**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Flipcause, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1150758** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **101 Broadway, Fl 3** **Oakland, CA 94607** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Alameda** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.flipcause.org** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor        **Flipcause, Inc.**
                                                                    Case number (*if known*) _____
              Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **Flipcause, Inc.**                                    Case number (*if known*) _____
_____
Name

List all cases. If more than 1,      Debtor _____   Relationship _____
attach a separate list               District _____ When _____   Case number, if known _____

---

**11.** **Why is the case filed in**     *Check all that apply:*
    **this district?**

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or**      ■ No
    **have possession of any**      ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

                                     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                         What is the hazard? _____

                                     ☐ It needs to be physically secured or protected from the weather.

                                     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                     ☐ Other _____
                                     **Where is the property?** _____
                                                                  Number, Street, City, State & ZIP Code
                                     **Is the property insured?**
                                     ☐ No
                                     ☐ Yes.  Insurance agency _____
                                                Contact name _____
                                                Phone _____

---

▮ **Statistical and administrative information**

**13.** **Debtor's estimation of**   .   *Check one:*
    **available funds**
                                     ■ Funds will be available for distribution to unsecured creditors.

                                     ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of**   ☐ 1-49              ■ 1,000-5,000          ☐ 25,001-50,000
    **creditors**               ☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
                                ☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
                                ☐ 200-999

---

**15.** **Estimated Assets**   ☐ $0 - $50,000               ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000         ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                             ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.** **Estimated liabilities**   ☐ $0 - $50,000               ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000         ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor  **Flipcause, Inc.**
_____  Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 19, 2025**
             MM / DD / YYYY

X **/s/ Emerson Rayvn**
Signature of authorized representative of debtor

**Emerson Rayvn**
Printed name

Title   **Executive Chairman**

**18. Signature of attorney**

X **/s/ Ronald S. Gellert**
Signature of attorney for debtor

Date  **December 19, 2025**
      MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Seitz Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 425-5806**     Email address  **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Flipcause, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**December 19, 2025**__          X /s/ Emerson Rayvn _____
                                                                    Signature of individual signing on behalf of debtor

                                                                    **Emerson Rayvn**
                                                                    Printed name

                                                                    **Executive Chairman**
                                                                    Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### District of Delaware

In re    **Flipcause, Inc.** _____    Case No. _____

Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [List other services that counsel has agreed to provide]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 19, 2025** _____    **/s/ Ronald S. Gellert**
_Date_

**Ronald S. Gellert**
_Signature of Attorney_
**Gellert Seitz Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**(302) 425-5806**
**rgellert@gsbblaw.com**
_Name of law firm_

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Flipcause, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sweet Relief Musicians Fund 2650 E. Imperial Hwy Ste 208 Brea, CA  92821 | info@sweetrelief.org | | | $1,200,928.27 | $0.00 | $1,200,928.27 |
| Loveland Foundation 320 7th Avenue #263 Brooklyn, NY  11215 | development@thelovelandfoundation.org | | | $701,231.31 | $0.00 | $701,231.31 |
| Pejman Taeiteh | taeipj@gmail.com | | C | $500,000.00 | $0.00 | $500,000.00 |
| Michael D. Apgar 538 5th Ave E Kalispell, MT  59901 | mike@apgars.org | | | $500,000.00 | $0.00 | $500,000.00 |
| Michael D. Apgar Trust 538 5th Ave E Kalispell, MT  59901 | mike@apgars.org | | C | $500,000.00 | $0.00 | $500,000.00 |
| 805undocufund 1010 N H Street #40 Lompoc, CA  93436 | phernandez@805undocufund.org | | | $352,500.90 | $0.00 | $352,500.90 |
| Mark & Christina Jackson Family Revocable Trust 10947 E. Mountain Spring Rd. Scottsdale, AZ  85255 | chrisj6502@icloud.com | | C | $250,000.00 | $0.00 | $250,000.00 |
| Mark R. Jackson 10947 E. Mountain Spring Rd. Scottsdale, AZ  85255 | mark6502@icloud.com | | C | $250,000.00 | $0.00 | $250,000.00 |
| Enduro Development 3103 Hidden Wood Dr. Sandy, UT  84092 | jeff.richards@cbre.com | | C | $250,000.00 | $0.00 | $250,000.00 |

| Debtor | **Flipcause, Inc.** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Miss Texas Scholarship Organization 951 Greenside Drive, Suite 7108 Richardson, TX 75080 | janm@misstexas.org | | | $237,890.95 | $0.00 | $237,890.95 |
| Firmage Investments 7 Bentwood Lane Sandy, UT  84092 | mfirmage@horizonpartners.com | | C | $200,000.00 | $0.00 | $200,000.00 |
| Second Harvest Food Bank of San Joaquin & Stanislaus 1220 Vanderbilt Cir Manteca, CA  95337 | jvaughan@secondharvest.org | | | $172,457.05 | $0.00 | $172,457.05 |
| Safety Compass PO Box 1293 Silverton, OR  97381 | esther@safetycompass.org | | | $147,512.60 | $0.00 | $147,512.60 |
| SBA EIDL Loan 14925 Kingsport Rd Ft. Worth, TX  76155 | | | | $140,531.89 | $0.00 | $140,531.89 |
| The Ellington Fund 3500 R Street NW Washington, DC 20007 | ljackson@ellingtonarts.org | | | $140,180.85 | $0.00 | $140,180.85 |
| Three Little Pitties Rescue 509 Rustic Lane Friendswood, TX 77546 | jenelle@threelittlepittiesrescue.org | | | $138,358.61 | $0.00 | $138,358.61 |
| The Michelle O'Neill Foundation Inc. PO Box 478 Long Beach, NY 11561 | nivvycaryl@gmail.com | | | $131,510.02 | $0.00 | $131,510.02 |
| Ondeck 4201 Wilson Blvd, Suite 110-209 Arlington, VA  22203 | support@ondeck.com | | | $129,446.11 | $0.00 | $129,446.11 |
| CityLax Inc. 65 W 89th St New York, NY  10024 | hadleymongellcitylax@gmail.com | | | $127,219.95 | $0.00 | $127,219.95 |
| Golub Family Foundation 625 N. Michigan Ave Chicago, IL 60611 | marketing@goco.com | | | $118,494.18 | $0.00 | $118,494.18 |

**Fill in this information to identify the case:**

Debtor name  **Flipcause, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................................... $ _____0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................................................................................................... $ _____20,228,513.19

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*...................................................................................................... $ _____20,228,513.19

## Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ _____1,225,000.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____11,707.25

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ _____29,290,553.70

4.   **Total liabilities** ...........................................................................................................
Lines 2 + 3a + 3b

$ _____30,527,260.95

**Fill in this information to identify the case:**

Debtor name **Flipcause, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Citibank** | **Business Checking** | 2984 | $70,000.00 |

4.    **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1.  **Stripe, Inc. Merchant Account** | $1,145,114.97 |

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,215,114.97 |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    **Flipcause, Inc.**                                    Case number *(If known)* _____
     Name

| 11a. 90 days old or less: | 520,174.97 | - | 0.00 | = .... | $520,174.97 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 3,456,814.33 | - | 0.00 | = .... | $3,456,814.33 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $3,976,989.30 |
|---|---|---|---|

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:  % of ownership | | |
| 15.1. | Venture Studio collateral  ___ % | | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

| 17. | **Total of Part 4.** | | $0.00 |
|---|---|---|---|

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Flipcause, Inc.**                                          Case number *(If known)* _____
            Name

39.    **Office furniture**
       **Miscellaneous office furniture (in storage)**          _____ **Unknown** _____          _____ **Unknown**

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**
       **Miscellaneous computer and accessories**              _____ **$0.00**    **Recent cost**  _____ **$36,408.92**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                    | **$36,408.92** |
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites** **website - www.flipcause.com** | **Unknown** | | **$0.00** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

Debtor    **Flipcause, Inc.**                                    Case number *(If known)* _____
          Name

| **Customer lists, mailing lists, etc** | **Unknown** | | **$0.00** |

---

64.   **Other intangibles, or intellectual property**
      **Other intangibles, web platform**    **Unknown**    **$15,000,000.00**

---

65.   **Goodwill**
      **Goodwill**    **Unknown**    **$0.00**

---

66.   **Total of Part 10.**                                    **$15,000,000.00**

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**)?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

| Debtor | **Flipcause, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,215,114.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,976,989.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $36,408.92 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $15,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $20,228,513.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $20,228,513.19 |

**Fill in this information to identify the case:**

Debtor name __**Flipcause, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Alexander Kory**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |

**2.1** | **Alexander Kory**
Creditor's Name

**7661 Fisher Island Dr**
**Miami Beach, FL 33109**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/7/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          $100,000.00          $0.00

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**2.2** | **Firmage Investments**
Creditor's Name

**7 Bentwood Lane**
**Sandy, UT 84092**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/7/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien          $100,000.00          $0.00

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Flipcause, Inc.**                                            Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Grand Avenue Investments LP - Series 14B** | | |
|---|---|---|---|

Creditor's Name

**285 Grand Ave, Bldg One**
**Englewood, NJ 07631**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $600,000.00    Unknown
**Accounts, chattel paper, deposit accounts,**
**etc**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/7/23**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | **Johnathan Gertler** | | |
|---|---|---|---|

Creditor's Name

**35 Twin Oaks Ave**
**San Rafael, CA 94902**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $50,000.00    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/7/23**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.5 | **Landscape Holdings** | | |
|---|---|---|---|

Creditor's Name

**286 Grand Avenue,**
**Building 1**
**Englewood, NJ 07631**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $150,000.00    Unknown
**Accounts, chattel paper, deposit accounts,**
**etc**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No

---

Debtor  **Flipcause, Inc.**
_____
Name

Case number *(if known)* _____

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**8/7/23**

**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | **Right Side Capital Management** | Describe debtor's property that is subject to a lien | $150,000.00 | Unknown |
|-----|-----|-----|-----|-----|

Creditor's Name

**649 Mission St**
**San Francisco, CA 94105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Accounts, chattel paper, deposit accounts, etc**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 | **VisionPassage, LLC** | Describe debtor's property that is subject to a lien | $25,000.00 | $0.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**112 Parkhaven Dr**
**Danville, CA 94506**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.8 | **Williden Properties** | Describe debtor's property that is subject to a lien | $50,000.00 | $0.00 |
|-----|-----|-----|-----|-----|

Debtor **Flipcause, Inc.**
_____
Name

Case number (if known) _____

_____
Creditor's Name

**140 Salt Fork Drive**
**Liberty Hill, TX 78642**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/7/23**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | |
|---|---|
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,225,000.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company, as rep.**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** | Line  **2.6** | |
| **Corporation Service Company, as rep.**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** | Line  **2.5** | |

**Fill in this information to identify the case:**

Debtor name   **Flipcause, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alex Mendioro**<br>**(address on file)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$774.19** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Alla Kokikyan**<br>**(address on file)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$966.56** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Flipcause, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**California Franchise Tax Board**
**300 South Spring Street, Suite 5704**
**Los Angeles, CA 90013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $967.74 | $0.00

**Crystal Vo**
**(address on file)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Delaware Division of Revenue**
**820 N. French St.**
**P.O. Box 8763**
**Wilmington, DE 19899**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $999.69 | $0.00

**Dominique Mathis**
**(address on file)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Flipcause, Inc.**
_____
Name

Case number _(if known)_ _____

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address

**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    $0.00

Date or dates debt was incurred
_____

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address

**Jessica Wheeler**
**(address on file)**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$894.67**    $0.00

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address

**Joe Flynn**
**(address on file)**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,437.98**    $0.00

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address

**Kendal Caston**
**(address on file)**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,075.26**    $0.00

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Flipcause, Inc.**        Case number *(if known)* _____

_____
Name

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.10 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Lauren Woolfolk**
**(address on file)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $817.25 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Melissa Shrum**
**(address on file)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,247.02 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**Sean Wheeler**
**(address on file)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,139.79 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**Shelby Jones**
**(address on file)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

Debtor **Flipcause, Inc.**
_____    Case number (if known) _____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,290,553.70 |

**SEE ATTACHED**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 11,707.25 |
| **5b. Total claims from Part 2** | 5b. + | $ 29,290,553.70 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 29,302,260.95 |

| Line | Nonpriority Creditor's Name | Mailing Address | City | State | Zipcode | Date Incurred | Basis for Claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sweet Relief Musicians Fund | 2650 E Imperial Hwy Ste 208 | Brea | CA | 92821 | Various | Trade Debt | N | | | | $1,200,928.27 |
| 2 | Loveland Foundation | 320 7TH AVENUE #263 | Brooklyn | NY | 11215 | Various | Trade Debt | N | | | | $701,231.31 |
| 3 | Pejman Taeiteh | | | | | Various | Trade Debt | N | | X | | $500,000.00 |
| 4 | Michael D. Apgar | 538 5th Ave E | Kalispell | MT | 59901 | Various | Trade Debt | N | | | | $500,000.00 |
| 5 | Michael D. Apgar Trust | 538 5th Ave E | Kalispell | MT | 59901 | Various | Trade Debt | N | | X | | $500,000.00 |
| 6 | 805undocufund | 1010 N H Street #40 | Lompoc | CA | 93436 | Various | Trade Debt | N | | | | $352,500.90 |
| 7 | Mark & Christina Jackson Family Revocable Trust | 10947 E Mountain Spring Rd | Scottsdale | AZ | 85255 | Various | Trade Debt | N | | X | | $250,000.00 |
| 8 | Mark R. Jackson | 10947 E Mountain Spring Rd | Scottsdale | AZ | 85255 | Various | Trade Debt | N | | | | $250,000.00 |
| 9 | Enduro Development | | | | | Various | Trade Debt | N | | X | | $250,000.00 |
| 10 | Miss Texas Scholarship Organization | 951 Greenside Drive Suite 7108 | Richardson | TX | 75080 | Various | Trade Debt | N | | | | $237,890.95 |
| 11 | Second Harvest Food Bank of San Joaquin & Stanislaus County Inc. | 1220 Vanderbilt Cir | Manteca | CA | 95337 | Various | Trade Debt | N | | | | $172,457.05 |
| 12 | Safety Compass | P.O. Box 1293 | Silverton | OR | 97381 | Various | Trade Debt | N | | | | $147,512.60 |
| 13 | SBA EIDL Loan | 14925 Kingsport Rd | Fort Worth | TX | 76155 | Various | Trade Debt | N | | | | $140,531.89 |
| 14 | The Ellington Fund | 3500 R Street NW | Washington | DC | 20007 | Various | Trade Debt | N | | | | $140,180.85 |
| 15 | Three Little Pitties Rescue | 509 Rustic Lane | Friendswood | TX | 77546 | Various | Trade Debt | N | | | | $138,358.61 |
| 16 | The Michelle O'Neill Foundation Inc. | PO Box 478 | Long Beach | NY | 11561 | Various | Trade Debt | N | | | | $131,510.02 |
| 17 | Ondeck | 4201 Wilson Blvd., Suite 110-209 | Arlington | VA | 22203 | Various | Trade Debt | N | | | | $129,446.11 |
| 18 | CityLax Inc. | 65 W 89Th St | New York | NY | 10024 | Various | Trade Debt | N | | | | $127,219.95 |
| 19 | Golub Family Foundation | 625 North Michigan Avenue | Chicago | IL | 60611 | Various | Trade Debt | N | | | | $118,494.18 |
| 20 | Michigan Doodle Rescue Connect | P.O. Box 2471 | Midland | MI | 48641 | Various | Trade Debt | N | | | | $118,445.80 |
| 21 | White Bird Clinic | 341 E 12th Ave | Eugene | OR | 97401 | Various | Trade Debt | N | | | | $118,368.52 |
| 22 | California Collaborative for Immigrant Justice | 1999 Harrison Street Suite 1800 | Oakland | CA | 94612 | Various | Trade Debt | N | | | | $111,211.86 |
| 23 | Segner Ministries (Healing Faith) | Po Box 1649 | Bryan | TX | 77806 | Various | Trade Debt | N | | | | $111,078.75 |
| 24 | Park Lawn Association | 10833 Laporte Avenue | Oak Lawn | IL | 60453 | Various | Trade Debt | N | | | | $110,326.10 |
| 25 | The Multi Cultural Center | 951 Tristar Drive | Webster | TX | 77598 | Various | Trade Debt | N | | | | $109,026.15 |
| 26 | The Cameron Heyward Foundation Inc. | 745 North Negley Avenue | Pittsburgh | PA | 15206 | Various | Trade Debt | N | | | | $108,736.48 |
| 27 | Project 34 | 10479 E. San Salvador Dr | Scottsdale | AZ | 85258 | Various | Trade Debt | N | | | | $108,560.36 |
| 28 | STAAR Low-Grade Serous Ovarian Cancer | 680 North Lake Shore Drive Suite 110 #1185 | Chicago | IL | 60611 | Various | Trade Debt | N | | | | $106,823.99 |
| 29 | Border Angels | 2258 Island Avenue | San Diego | CA | 92102 | Various | Trade Debt | N | | | | $105,787.06 |
| 30 | Open Source Wellness | 6921 Snowdon Ave | El Cerrito | CA | 94530 | Various | Trade Debt | N | | | | $100,452.81 |
| 31 | Alexander Reming Kory | 7661 Fisher Island Drive | Miami Beach | FL | 33109 | Various | Trade Debt | N | | X | | $100,000.00 |
| 32 | Uniting Pride of Champaign County | 1001 South Wright Street | Champaign | IL | 61820 | Various | Trade Debt | N | | | | $97,970.81 |
| 33 | Williden Properties | 140 Salt Fork Dr | Liberty Hill | TX | 78642 | Various | Trade Debt | N | | | | $97,057.30 |
| 34 | Marsha P. Johnson Institute | 21 East State Street | Columbus | OH | 43215 | Various | Trade Debt | N | | | | $93,394.38 |
| 35 | People First Foundation - by EPIC | 1 California St | San Francisco | CA | 94111 | Various | Trade Debt | N | | | | $92,620.36 |
| 36 | Ravens Roost 50 - Foundation for Families Inc. | P.O. Box 20426 | Baltimore | MD | 21284 | Various | Trade Debt | N | | | | $90,707.69 |
| 37 | Chicago Coalition for Family Building | 676 N. St Clair Street Suite 2310 23rd Floor | Chicago | IL | 60611 | Various | Trade Debt | N | | | | $88,345.98 |
| 38 | Philippine Development Foundation | 325 Lytton Ave. Suite 4A | Palo Alto | CA | 94301 | Various | Trade Debt | N | | | | $86,816.02 |
| 39 | No Longer Orphans | PO Box 134 | Derby | KS | 67037 | Various | Trade Debt | N | | | | $86,667.66 |
| 40 | Life House Foundation for Children | PO Box 1005 | Glendora | CA | 91740 | Various | Trade Debt | N | | | | $83,969.96 |
| 41 | Humanitarian Social Innovations | 301 Broadway Suite 115 | Bethlehem | PA | 18015 | Various | Trade Debt | N | | | | $81,059.80 |
| 42 | Lucky Dog Refuge | 36 Pulaski Street | Stamford | CT | 6902 | Various | Trade Debt | N | | | | $80,359.85 |
| 43 | Children's Coalition for Northeast Louisiana | 117 Hall Street | Monroe | LA | 71201 | Various | Trade Debt | N | | | | $79,646.66 |
| 44 | Sacred Design Lab Chaplaincy Innovation Lab | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | | | | $78,486.96 |
| 45 | YWCA Kalamazoo | 353 E Michigan | Kalamazoo | MI | 49007 | Various | Trade Debt | N | | | | $77,929.67 |
| 46 | Turfgrass Water Conservation Alliance | 1581 NW Terracegreen Pl | Corvallis | OR | 97330 | Various | Trade Debt | N | | | | $77,608.89 |
| 47 | Palmer Drug Abuse Program | 3730 Kirby Drive Ste 1200 | Houston | TX | 77098 | Various | Trade Debt | N | | | | $76,793.26 |
| 48 | East Oakland Collective | P.O. Box 5382 | Oakland | CA | 94605 | Various | Trade Debt | N | | | | $76,381.86 |
| 49 | Latino Medical Student Association - Northeast | PO Box 662 | New York | NY | 10012 | Various | Trade Debt | N | | | | $75,223.71 |
| 50 | CBR YouthConnect | 601 16th Street Ste C-450 | Golden | CO | 80401 | Various | Trade Debt | N | | | | $75,205.89 |
| 51 | Collective Acceleration | 436 14Th Street 5Th Floor | Oakland | CA | 94612 | Various | Trade Debt | N | | | | $73,931.56 |
| 52 | Angels For Change | 1211 Tech Blvd Suite 124 | Tampa | FL | 33619 | Various | Trade Debt | N | | | | $73,036.85 |
| 53 | Black Trans Femmes in the Arts Inc | 141 Flushing Avenue Building 77 Suite 1319 | Brooklyn | NY | 11205 | Various | Trade Debt | N | | | | $71,533.46 |
| 54 | Restorative Justice for Oakland Youth | 1733 Broadway | Oakland | CA | 94612 | Various | Trade Debt | N | | | | $70,747.61 |
| 55 | The Torch Foundation | 3435 Wilshire Blvd 14th Floor | Los Angeles | CA | 90010 | Various | Trade Debt | N | | | | $70,501.48 |
| 56 | The Humane Society of North Myrtle Beach Inc. | 409 Bay Street | North Myrtle Beach | SC | 29582 | Various | Trade Debt | N | | | | $70,380.82 |
| 57 | Beyond Trenches | P.O. Box 2612 | Loganville | GA | 30052 | Various | Trade Debt | N | | | | $69,352.52 |
| 58 | Running Rivers | P.O. Box 460694 | Denver | CO | 80246 | Various | Trade Debt | N | | | | $68,937.43 |
| 59 | Winters Center for Autism | 92 Mahan Street | West Babylon | NY | 11704 | Various | Trade Debt | N | | | | $68,361.18 |
| 60 | The Adrian Dell And Carmen Roberts Foundation Corporation | 4567 Sedgwick Avenue | Riverside | CA | 92507 | Various | Trade Debt | N | | | | $66,770.57 |
| 61 | Eighty-Seven & Running | 19885 Detroit Rd Ste 115 | Rocky River | OH | 44116 | Various | Trade Debt | N | | | | $65,925.18 |
| 62 | Black United Fund Of Oregon Inc. | 2828 NE Alberta St | Portland | OR | 97211 | Various | Trade Debt | N | | | | $64,780.09 |
| 63 | TODEC Legal Center Perris | Mailing Address: PO Box 1733 | Perris | CA | 92570 | Various | Trade Debt | N | | | | $63,989.91 |
| 64 | Tough2Gether Foundation | 2201 Columbian Road | Wamego | KS | 66547 | Various | Trade Debt | N | | | | $62,297.10 |
| 65 | Bet Mishpachah | PO Box 1410 | Washington | DC | 20013 | Various | Trade Debt | N | | | | $60,881.67 |
| 66 | The GEANCO Foundation | 435 S. Detroit Street #202 | Los Angeles | CA | 90036 | Various | Trade Debt | N | | | | $60,782.88 |
| 67 | Walk with Austin Inc. | 2201 Francisco Dr. Ste 140-578 | El Dorado Hills | CA | 95762 | Various | Trade Debt | N | | | | $60,448.32 |
| 68 | Essential Partners | PO Box 400175 | Cambridge | MA | 1240 | Various | Trade Debt | N | | | | $59,177.65 |
| 69 | Heirborn Servants Inc. | 1026 Fleeman Rd | Hoschton | GA | 30548 | Various | Trade Debt | N | | | | $58,881.45 |
| 70 | Vital Seed Ministries International Inc. | 8418 Bear Tree Circle Suite 100 | San Antonio | TX | 78255 | Various | Trade Debt | N | | | | $58,433.54 |

| 71 | SPEAR Foundation LLC | 4375 N. Las Vegas Blvd. Suite 7 PMB 5051 | North Las Vegas | NV | 89115 | Various | Trade Debt | N | $56,305.56 |
|---|---|---|---|---|---|---|---|---|---|
| 72 | Springbrook NY Inc. | 105 Campus Drive | Oneonta | NY | 13820 | Various | Trade Debt | N | $55,125.47 |
| 73 | DAYA Foundation | 4416 SW Lobelia St. | Portland | OR | 97219 | Various | Trade Debt | N | $54,850.53 |
| 74 | Inspire Spaces Inspire Students | 3419 Westminster Ave 291 | Dallas | TX | 75205 | Various | Trade Debt | N | $54,754.75 |
| 75 | Seattle's LGBTQ Center | 400 E Pine Street Suite 100 | Seattle | WA | 98122 | Various | Trade Debt | N | $54,511.10 |
| 76 | Millennium School | 888 Turk Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $54,368.20 |
| 77 | Orr's & Bailey Islands Fire Department | 1600 Harpswell Islands Road | Orrs Island | ME | 4066 | Various | Trade Debt | N | $53,986.66 |
| 78 | Extreme Kids and Crew Inc. | 145 Brooklyn Ave Brooklyn NYC 11213 | Brooklyn | NY | 11213 | Various | Trade Debt | N | $53,681.64 |
| 79 | Latin Balle Pee the Child Is Innocent | 6 Vista Avenue | Boston | MA | 1970 | Various | Trade Debt | N | $53,486.37 |
| 80 | CALEB | P.O. Box 11202 | Chattanooga | TN | 37401 | Various | Trade Debt | N | $53,270.21 |
| 81 | GOALS Youth River Expeditions | 5317 S Kendall St | Littleton | CO | 80123 | Various | Trade Debt | N | $53,100.02 |
| 82 | The Little Fox - Tobys Foundation | 142 Kelvington Drive | Monroeville | PA | 15146 | Various | Trade Debt | N | $52,313.98 |
| 83 | atTAcK addiction | 75 Caravel Dr | Wilmington | DE | 19808 | Various | Trade Debt | N | $51,708.41 |
| 84 | Americana Community Center Inc | 4801 Southside Drive | Louisville | KY | 40214 | Various | Trade Debt | N | $51,594.27 |
| 85 | Flagstaff Youth Riders Inc. FLYRS | 2532 N 4th ST #419 | Flagstaff | AZ | 86004 | Various | Trade Debt | N | $51,389.26 |
| 86 | Keeping Our Promise Inc. | PO Box 92117 | Pittsford | NY | 14692 | Various | Trade Debt | N | $51,292.18 |
| 87 | Association for the Advancement of Filipino American Arts & Culture | 153 Glendale Blvd | Los Angeles | CA | 90026 | Various | Trade Debt | N | $51,236.77 |
| 88 | Dr. Howard Fuller Collegiate Academy | 4030 N. 29th Street | Milwaukee | WI | 53216 | Various | Trade Debt | N | $51,042.70 |
| 89 | Chicago HOPES for Kids | 688 North Milwaukee Avenue Suite 301 | Chicago | IL | 60642 | Various | Trade Debt | N | $50,910.27 |
| 90 | CHIP | 1014 Prospect Street | Indianapolis | IN | 46203 | Various | Trade Debt | N | $50,635.91 |
| 91 | Madison Roller Derby | 2702 International Lane Ste 111 | Madison | WI | 53704 | Various | Trade Debt | N | $50,491.29 |
| 92 | Haiti One by One Inc. | 9602 Flatlands Ave | Brooklyn | NY | 11236 | Various | Trade Debt | N | $50,473.55 |
| 93 | The Community Ecology Institute | 8000 Harriet Tubman Lane | Columbia | MD | 21044 | Various | Trade Debt | N | $50,469.25 |
| 94 | Palestinian American Community Center | 388 Lakeview Avenue | Clifton | NJ | 7011 | Various | Trade Debt | N | $50,258.20 |
| 95 | Ciudad Nueva Community Outreach Inc. | 810 N Campbell Street | El Paso | TX | 79902 | Various | Trade Debt | N | $49,829.88 |
| 96 | Hunt With Heart Inc. | PO Box 1214 | Pearland | TX | 77588 | Various | Trade Debt | N | $49,821.78 |
| 97 | Douglas County Visiting Nurses Association Inc. | 200 Maine Street Suite C | Lawrence | KS | 66044 | Various | Trade Debt | N | $48,839.20 |
| 98 | Shadle Park High School Boosters | 1818 W. Francis #233 | Spokane | WA | 99205 | Various | Trade Debt | N | $48,780.21 |
| 99 | Worthington Partnership | 777 High Street | Columbus | OH | 43085 | Various | Trade Debt | N | $48,620.89 |
| 100 | Sky's The Limit Observatory & Nature Center | P O Box 1 | Twentynine Palms | CA | 92277 | Various | Trade Debt | N | $48,558.43 |
| 101 | Deeply Rooted Grounds | 120 Palencia Village Dr. #C105 PMB134 | Saint Augustine | FL | 32095 | Various | Trade Debt | N | $48,520.69 |
| 102 | Election Verification Network | PO Box 8006 | Kingston | NY | 12401 | Various | Trade Debt | N | $48,173.14 |
| 103 | G.O.A.L.S. Athletic League Inc. | 21337 38th Ave. | Bayside | NY | 11361 | Various | Trade Debt | N | $47,812.09 |
| 104 | Cuttyhunk Yacht Club | 176 Ridge Road | Hollis | NH | 3049 | Various | Trade Debt | N | $47,712.33 |
| 105 | U.S. - Mexico Border Philanthropy Partnership | 2508 Historic Decatur Road Suite 130 | San Diego | CA | 92106 | Various | Trade Debt | N | $47,446.20 |
| 106 | Energetic Health Institute | 3300 NW 185th Ave Suit 189 | Portland | OR | 97229 | Various | Trade Debt | N | $47,291.95 |
| 107 | Infinite Chance | 473 Cherry Hill Ln. | Lebanon | OH | 45036 | Various | Trade Debt | N | $47,076.14 |
| 108 | Abara Inc. | 1228 Wyoming Ave. | El Paso | TX | 79902 | Various | Trade Debt | N | $46,820.55 |
| 109 | Great Lakes Stewardship Initiative | 10925 Foreman Street | Lowell | MI | 49331 | Various | Trade Debt | N | $46,691.79 |
| 110 | Philippine Nurses Association of America | 1346 How Lane Block 37 Lot 1 | North Brunswick | NJ | 8902 | Various | Trade Debt | N | $46,260.00 |
| 111 | Tanner LLC | 36 S. State St, Suite 600 | Salt Lake City | UT | 84111 | Various | Trade Debt | N | $46,000.00 |
| 112 | TEACH (Training in Early Abortion for Comprehensive Healthcare) | PO Box 720189 | San Francisco | CA | 94172 | Various | Trade Debt | N | $45,732.91 |
| 113 | For the Gworls Inc. | 312 W 36th Street Fl 1 | New York | NY | 10018 | Various | Trade Debt | N | $45,713.77 |
| 114 | Virginia African American Cultural Center | P.O. Box 61701 | Virginia Beach | VA | 23466 | Various | Trade Debt | N | $45,481.71 |
| 115 | Arizona Suicide Prevention Coalition | PO Box 10745 | | AZ | 85064 | Various | Trade Debt | N | $45,289.07 |
| 116 | North Dakota Solid Waste and Recycling Association | P.O. Box 1071 | Bismarck | ND | 58502 | Various | Trade Debt | N | $44,695.27 |
| 117 | Make Your Own Ball Day Llc | 2150 Harbor Ct | Greenwood | IN | 46143 | Various | Trade Debt | N | $44,615.38 |
| 118 | Casey's Clubhouse | 1023 Paxton Dr | Bethel Park | PA | 15102 | Various | Trade Debt | N | $44,602.80 |
| 119 | Global Development for Economic Change | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $43,881.75 |
| 120 | American Learning Institute for Muslims | P.O. Box 871785 | Canton | MI | 48187 | Various | Trade Debt | N | $43,701.67 |
| 121 | Rancho Los Amigos Foundation | 7601 Imperial Hwy HB2011 | Downey | CA | 90242 | Various | Trade Debt | N | $42,668.85 |
| 122 | Waterville Valley Adaptive Sports | 1 Ski Area Rd | Waterville Valley | NH | 3215 | Various | Trade Debt | N | $42,437.89 |
| 123 | The REACH Institute | 54 West 40th Street #1 | New York | NY | 10018 | Various | Trade Debt | N | $42,076.03 |
| 124 | California Service Dog Academy | 18701 Lort Drive | Visalia | CA | 93292 | Various | Trade Debt | N | $41,871.18 |
| 125 | Humane Society of Southwest Missouri | 3161 W. Norton Road | Springfield | MO | 65803 | Various | Trade Debt | N | $41,746.42 |
| 126 | ParaSport Spokane | 3407 W 7th Ave | Spokane | WA | 99224 | Various | Trade Debt | N | $41,719.68 |
| 127 | Books For Newborns | 9051 Watson Road #329 | Saint Louis | MO | 63126 | Various | Trade Debt | N | $41,480.80 |
| 128 | Special Olympics Arkansas (SOA | 2115 Main Street | North Little Rock | AR | 72046 | Various | Trade Debt | N | $41,153.11 |
| 129 | Emmaus Inn Ministries | PO Box 98 | New Almaden | CA | 95120 | Various | Trade Debt | N | $41,039.83 |
| 130 | Support The Kid For Cancer | 11 Paul St | Port Jefferson Station | NY | 11776 | Various | Trade Debt | N | $40,587.55 |
| 131 | United Way of Bartow County | PO Box 1264 | Cartersville | GA | 30120 | Various | Trade Debt | N | $40,533.55 |
| 132 | Friends Of Manual High School Inc. | 1700 E 28th Ave. | Denver | CO | 80205 | Various | Trade Debt | N | $39,828.01 |
| 133 | Miami-Dade Fawl Foundation Inc. | 1395 Brickell Avenue | Miami | FL | 33131 | Various | Trade Debt | N | $39,810.75 |
| 134 | National Active and Retired Federal Employees Association | 606 N Washington St. | Alexandria | VA | 22314 | Various | Trade Debt | N | $39,580.31 |
| 135 | The Wilhelm and Karl Maybach Foundation | 2423 Polk Street | San Francisco | CA | 94109 | Various | Trade Debt | N | $39,466.80 |
| 136 | VC Include | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $39,348.51 |
| 137 | DC Girls Baseball | PO Box 42450 | Washington | DC | 20015 | Various | Trade Debt | N | $38,878.31 |
| 138 | Friends of Francois dba For All | 1425 Broadway #528 | Seattle | WA | 98122 | Various | Trade Debt | N | $38,761.69 |
| 139 | Nightingale Awards of Pennsylvania | 45 E. City Ave | Bala Cynwyd | PA | 19004 | Various | Trade Debt | N | $38,510.03 |
| 140 | College Bound Inc. | 128 M Street NW Suite 220 | Washington | DC | 20001 | Various | Trade Debt | N | $38,488.89 |
| 141 | The Vanderpump Dog Foundation | 8134 W 3rd St | Los Angeles | CA | 90048 | Various | Trade Debt | N | $38,376.43 |
| 142 | UC Berkeley Chicanx Latinx Alumni Association | 888 Calico Drive Rocklin | Rocklin | CA | 95765 | Various | Trade Debt | N | $38,335.93 |
| 143 | Live Violence Free | 2941 Lake Tahoe Blvd | South Lake Tahoe | CA | 96150 | Various | Trade Debt | N | $38,150.76 |
| 144 | Apex Protection Project | P.O. Box 220 | Acton | CA | 93510 | Various | Trade Debt | N | $38,036.35 |

| 145 | West Virginia Botanic Garden Inc. | 714 Venture Drive PMB #121 | Morgantown | WV | 26508 | Various | Trade Debt | N | $36,900.03 |
|---|---|---|---|---|---|---|---|---|---|
| 146 | Vintage Paws Sanctuary Inc. | 7950 State Road 72 | Sarasota | FL | 34241 | Various | Trade Debt | N | $36,841.33 |
| 147 | Franklin County Humane Society | 100 Companion Place | Frankfort | KY | 40601 | Various | Trade Debt | N | $36,783.68 |
| 148 | Aloha Medical Mission | 200 N. Vineyard Blvd. B-120 | Honolulu | HI | 96817 | Various | Trade Debt | N | $36,479.18 |
| 149 | Business Jet Cares Inc. | 8611 Lemmon Ave | Dallas | TX | 75209 | Various | Trade Debt | N | $36,265.70 |
| 150 | WAM Block Party | 7296 W Manchester Ave | Los Angeles | CA | 90045 | Various | Trade Debt | N | $36,204.33 |
| 151 | Butterflies and Birdies Foundation | 28610 Hwy 290 Ste F09 #246 | Cypress | TX | 77433 | Various | Trade Debt | N | $36,186.20 |
| 152 | Conexion Inc. | 28 State St Suite 2304 | Boston | MA | 2109 | Various | Trade Debt | N | $35,577.19 |
| 153 | Planned2Give | 25 Villa Pointe Dr | Springboro | OH | 45066 | Various | Trade Debt | N | $35,523.92 |
| 154 | Fine Arts Advisory Committee | PO Box 138 | Mercer Island | WA | 98040 | Various | Trade Debt | N | $35,007.10 |
| 155 | Cavalier Rescue of Florida Inc. | 1015 Atlantic Boulevard #109 | Atlantic Beach | FL | 32233 | Various | Trade Debt | N | $34,792.19 |
| 156 | Philomath Frolic & Rodeo Association | 502 S 13th Street | Philomath | OR | 97370 | Various | Trade Debt | N | $34,774.88 |
| 157 | ICHA | 1400 Van Buren Street NE Suite 200 #35 | Minneapolis | MN | 55413 | Various | Trade Debt | N | $34,672.30 |
| 158 | Most Holy Redeemer School Foundation | 9719 S Lawndale | Evergreen Park | IL | 60805 | Various | Trade Debt | N | $34,649.20 |
| 159 | Desert Winds Freedom Band | P.O. Box 4732 | Palm Springs | CA | 92263 | Various | Trade Debt | N | $34,579.59 |
| 160 | Give A Goat Inc. | 9911 Shelbyville Rd. #100 | Louisville | KY | 40223 | Various | Trade Debt | N | $34,501.86 |
| 161 | SHE-CAN Global | P.O. Box 876 | Mill Valley | CA | 94942 | Various | Trade Debt | N | $34,431.87 |
| 162 | 21st Century Dads Foundation | 1515 S. Grove Street #3667 | Barrington | IL | 60010 | Various | Trade Debt | N | $34,251.02 |
| 163 | Southern Arizona Association for the Education of Young Children | P.O. Box 68475 | Oro Valley | AZ | 85737 | Various | Trade Debt | N | $34,175.16 |
| 164 | Orchestra of the Southern Finger Lakes | PO Box 15 | Corning | NY | 14830 | Various | Trade Debt | N | $33,977.27 |
| 165 | Moiliili Community Center | 2535 South King Street | Honolulu | HI | 96826 | Various | Trade Debt | N | $33,767.16 |
| 166 | Down Syndrome Network Of Northern Nevada | 1301 Cordone Ave Ste 114 | Reno | NV | 89502 | Various | Trade Debt | N | $33,602.69 |
| 167 | CYCS | P.O. Box 4192 | Santa Clara | CA | 95054 | Various | Trade Debt | N | $33,561.86 |
| 168 | Urban Neighborhood Initiatives Inc. | 8300 Longworth | Detroit | MI | 48209 | Various | Trade Debt | N | $33,259.67 |
| 169 | Ima's Home for Children | 14526 Broken Arrow Rd | Santa Fe | TX | 77517 | Various | Trade Debt | N | $32,815.95 |
| 170 | Egypt Scholars Inc. | 2403 Eva Ct | Campbell | CA | 95008 | Various | Trade Debt | N | $32,750.15 |
| 171 | Special Surfers | P.O. Box 752 | Saco | ME | 4072 | Various | Trade Debt | N | $32,617.94 |
| 172 | Institute for Dunham Technique Certification Inc. | 572 W. Mendocino St. | Altadena | CA | 91001 | Various | Trade Debt | N | $32,314.50 |
| 173 | Diversity Center Of Oklahoma Inc. | 2242 NW 39 | Oklahoma City | OK | 73112 | Various | Trade Debt | N | $32,276.76 |
| 174 | Southern Nevada Association of Women Attorneys | 1180 N Town Center Dr. Suite 100 | Las Vegas | NV | 89144 | Various | Trade Debt | N | $32,034.21 |
| 175 | Quarterbacking Children's Health Foundation | 2019 4th Avenue North Suite 101 | Birmingham | AL | 35203 | Various | Trade Debt | N | $31,763.17 |
| 176 | The Climb for Cancer Foundation | 5745 SW 75th Street #317 | Gainesville | FL | 32608 | Various | Trade Debt | N | $31,646.34 |
| 177 | Education for Liberation Network | 235 Main Street Suite 114 | Madison | NJ | 7940 | Various | Trade Debt | N | $31,458.41 |
| 178 | Black Educators Rock Inc. | 7235 Bentley Road Suite 220 | Jacksonville | FL | 32256 | Various | Trade Debt | N | $31,217.44 |
| 179 | Hitchcock Free Academy | 2 Brookfield Road | Brimfield | MA | 1010 | Various | Trade Debt | N | $31,013.41 |
| 180 | NY Tri-State Chapter of NAMC | 58-09 28th Avenue | Woodside | NY | 11377 | Various | Trade Debt | N | $30,945.70 |
| 181 | Metropolitan Section PGA Foundation | 49 Knollwood Road | Elmsford | NY | 10523 | Various | Trade Debt | N | $30,837.55 |
| 182 | Mishna Sdura | 8424 Skokie Blvd. #200 | Skokie | IL | 60067 | Various | Trade Debt | N | $30,811.93 |
| 183 | St. HOPE | PO Box 5447 | Sacramento | CA | 95817 | Various | Trade Debt | N | $30,557.58 |
| 184 | Putting 4 Pops | 27638 Autumn Ter | Boerne | TX | 78006 | Various | Trade Debt | N | $30,336.85 |
| 185 | Coast Guard Auxiliary Association Inc. (AuxA) | 1301 W First Street Suite E1 | Granite City | IL | 62040-1802 | Various | Trade Debt | N | $30,288.44 |
| 186 | Optimal ACCESS | 1003 State Route 662 W | Newburgh | IN | 47630 | Various | Trade Debt | N | $30,239.09 |
| 187 | Rodriguez Athletic Boosters | 5000 Red Top Road | Fairfield | CA | 94534 | Various | Trade Debt | N | $30,144.60 |
| 188 | Friends of Dragon Run | PO Box 882 | Gloucester | VA | 23061 | Various | Trade Debt | N | $30,121.11 |
| 189 | Hazlets Hope Network | P.O. Box 84 | Hazlet | NJ | 7730 | Various | Trade Debt | N | $29,830.34 |
| 190 | SevaChild International | P.O. Box 1300 | Idyllwild | CA | 92549 | Various | Trade Debt | N | $29,818.16 |
| 191 | Foundation For Community Betterment | PO Box 523566 | Springfield | VA | 22152 | Various | Trade Debt | N | $29,791.48 |
| 192 | Riverside Community Services Foundation | 6927 Magnolia Avenue | Riverside | CA | 92506 | Various | Trade Debt | N | $29,628.51 |
| 193 | Deron Cherry Foundation | 114 S. Main Street | Independence | MO | 64050 | Various | Trade Debt | N | $29,594.15 |
| 194 | BrothersKeepers | PO Box 471249 | Fort Worth | TX | 76147 | Various | Trade Debt | N | $29,533.10 |
| 195 | American Criminal Justice Association Lambda Alpha Epsilon | 3211 Fitzgerald Dr | Montgomery | TX | 77356 | Various | Trade Debt | N | $29,504.52 |
| 196 | The Man Up Club | 1018 N. 5th St. | Roseville | MN | 55411 | Various | Trade Debt | N | $29,502.80 |
| 197 | The MacJannet Foundation | 396 Washington St Suite 200 | Wellesley Hills | MA | 2481 | Various | Trade Debt | N | $29,484.91 |
| 198 | Black Girls Smile Inc. | 352 University Avenue SW Unit W117 | Atlanta | GA | 30310 | Various | Trade Debt | N | $29,096.60 |
| 199 | My Jump Inc. | P.O. Box 119 | La Quinta | CA | 92247 | Various | Trade Debt | N | $28,780.89 |
| 200 | Be Perfect Foundation | 720 Indigo Court | Pomona | CA | 91767 | Various | Trade Debt | N | $28,738.56 |
| 201 | Eden Ministries Inc. | 2133 Berkey Ave | Goshen | IN | 46526 | Various | Trade Debt | N | $28,577.27 |
| 202 | Cow Hollow Association | 2837 Pierce Street | San Francisco | CA | 94123 | Various | Trade Debt | N | $28,513.04 |
| 203 | Dachshund Rescue South Florida | P.O. Box 267386 | Fort Lauderdale | FL | 33326 | Various | Trade Debt | N | $28,404.58 |
| 204 | WAKE | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $28,195.22 |
| 205 | For Oak Cliff | 4478 S. Marsalis Avenue | Dallas | TX | 75216 | Various | Trade Debt | N | $28,168.64 |
| 206 | Wells 4 Wellness Inc. | P.O. Box 233 | Moline | IL | 61266 | Various | Trade Debt | N | $28,103.50 |
| 207 | Dean Paras Foundation | 10 ERIN CT | Rocky River | OH | 44116 | Various | Trade Debt | N | $28,064.95 |
| 208 | Cure On Wheels Inc. | 200 2nd Avenue South #475 | Saint Petersburg | FL | 33701 | Various | Trade Debt | N | $27,984.96 |
| 209 | Think Watts Foundation | 1225 E. 100th St | Los Angeles | CA | 90002 | Various | Trade Debt | N | $27,827.05 |
| 210 | inCOMMON Community Development | 1340 Park Ave. | Omaha | NE | 68105 | Various | Trade Debt | N | $27,827.00 |
| 211 | Cancer Crackdown Inc. | 1754 Woodruff Rd. #127 | Greenville | SC | 29607 | Various | Trade Debt | N | $27,730.00 |
| 212 | The South Coast LGBTQ+ Network | 1213 Purchase St. Unit 2 | New Bedford | MA | 2740 | Various | Trade Debt | N | $27,717.13 |
| 213 | SisterReach | 2811 Clarke Road | Memphis | TN | 38115 | Various | Trade Debt | N | $27,667.54 |
| 214 | Canine Partners of the Rockies | 651 Potomac St Ste E | Aurora | CO | 80011 | Various | Trade Debt | N | $27,447.80 |
| 215 | SEPA Mujer Inc. | 110 North Ocean Ave | Patchogue | NY | 11772 | Various | Trade Debt | N | $27,333.56 |
| 216 | Meals For Good inc | 130 Lenox Avenue #802 | New York | NY | 10026 | Various | Trade Debt | N | $27,240.83 |
| 217 | RACE Matters SLO County | | | | | Various | Trade Debt | N | $27,192.10 |
| 218 | Scientists Center For Animal Welfare | 2660 NE Hwy 20 Suite 610-115 | Bend | OR | 97701 | Various | Trade Debt | N | $27,169.91 |
| 219 | Housing Trust Fund Ventura County | 360 Mobil Ave. Suite 213A | Camarillo | CA | 93010 | Various | Trade Debt | N | $27,087.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 220 | Midwest Rett Syndrome Foundation MRSF | P.O. Box 43155 | Brooklyn Park | MN | 55443 | Various | Trade Debt | N | $27,068.97 |
| 221 | Channel Islands Gulls | P.O.Box 50126 | Oxnard | CA | 93031 | Various | Trade Debt | N | $27,005.24 |
| 222 | Communities Without Borders | PO Box 111 | Newton | MA | 2468 | Various | Trade Debt | N | $26,995.47 |
| 223 | Institute for Women | P.O. Box 657 | Temple Hills | MD | 20745 | Various | Trade Debt | N | $26,983.12 |
| 224 | St George Episcopal Church | 200 W 4TH ST | Leadville | CO | 80461 | Various | Trade Debt | N | $26,980.53 |
| 225 | Vitendo 4 Africa | 7220 N. Lindbergh BLVD Suite 270 | Hazelwood | MO | 63042 | Various | Trade Debt | N | $26,696.37 |
| 226 | Ignatians West | 8601 Lincoln Blvd. Ste 180 | Los Angeles | CA | 90045 | Various | Trade Debt | N | $26,677.41 |
| 227 | Karat School Project | 801 Alma Street #313 | Palo Alto | CA | 94301 | Various | Trade Debt | N | $26,570.60 |
| 228 | VOOM Foundation | 1602 Rock Prairie Road Suite 130A | College Station | TX | 77845 | Various | Trade Debt | N | $26,565.35 |
| 229 | ANEWPlace Inc. | 89 North Street | Burlington | VT | 5401 | Various | Trade Debt | N | $26,461.79 |
| 230 | Tiny Paws Pug Rescue | P.O. Box 281 | Aptos | CA | 95001 | Various | Trade Debt | N | $26,209.95 |
| 231 | Male Contraceptive Initiative | 811 Ninth Street Suite 120 #255 | Durham | NC | 27705 | Various | Trade Debt | N | $26,206.21 |
| 232 | Arizona Academy of the Performing Arts Inc. | 5861 S. Kyrene Rd. Suite 17 | Tempe | AZ | 85283 | Various | Trade Debt | N | $26,012.53 |
| 233 | Washington State Crime Prevention Association | Seattle PD- South Precinct 3001 South Myrtle Street | Seattle | WA | 98108 | Various | Trade Debt | N | $25,721.63 |
| 234 | Pure Justice | 4530 West 34th Street | Houston | TX | 77092 | Various | Trade Debt | N | $25,627.05 |
| 235 | Fam 1st Family Foundation | 101 Montgomery Street suite 2800 | San Francisco | CA | 94104 | Various | Trade Debt | N | $25,596.18 |
| 236 | WellSpring Foundation | P.O. Box 232 | Alburtis | PA | 18011 | Various | Trade Debt | N | $25,531.72 |
| 237 | RELATIONAL LIFE FOUNDATION | 10810 N Tatum Blvd Ste 102-2030 | Phoenix | AZ | 85028 | Various | Trade Debt | N | $25,455.45 |
| 238 | Gig Harbor Wildlife Rescue | 6701 85th Ave NW | Gig Harbor | WA | 98335 | Various | Trade Debt | N | $25,270.12 |
| 239 | Warrior Health Foundation | 3535 Military Trl Ste 103 | Jupiter | FL | 33458 | Various | Trade Debt | N | $25,192.50 |
| 240 | TOGONETWORK | P.O.Box 1001 | Virginia Beach | VA | 23451 | Various | Trade Debt | N | $25,042.75 |
| 241 | Acta Non Verba: Youth Urban Farm Project | 1001 83rd Ave. Mailbox#1 | Oakland | CA | 94621 | Various | Trade Debt | N | $24,970.91 |
| 242 | Cultivating Families | 3900 Lexington Blvd. #210 | Missouri City | TX | 77459 | Various | Trade Debt | N | $24,931.26 |
| 243 | Ad Hoc Group Against Crime | 104 Vietnam Veterans Memorial Dr. | Kansas City | MO | 64111 | Various | Trade Debt | N | $24,814.05 |
| 244 | Wheeling Forward | 540 Court St # 2002 | Brooklyn | NY | 11231 | Various | Trade Debt | N | $24,746.15 |
| 245 | Barrington Area Animal Rescue & Kennels NFP | 18 Little Bend Road | | IL | 60010 | Various | Trade Debt | N | $24,717.05 |
| 246 | Hmong Museum | 941 Lafond Ave | Saint Paul | MN | 55104 | Various | Trade Debt | N | $24,710.82 |
| 247 | Peaceful Families Project | P.O.Box 771 | Great Falls | VA | 22066 | Various | Trade Debt | N | $24,686.82 |
| 248 | Early Life Speech & Language | 506 W 2nd Ave | Spokane | WA | 99201 | Various | Trade Debt | N | $24,675.90 |
| 249 | Pedal It Forward NWA LLC | 3902 nw wishing springs rd | Bentonville | AR | 72712 | Various | Trade Debt | N | $24,609.04 |
| 250 | Urban Triage | 2312 South Park Street | Madison | WI | 53713 | Various | Trade Debt | N | $24,595.85 |
| 251 | The Isabella Santos Foundation | 9935-D Rea Road #275 | Charlotte | NC | 28277 | Various | Trade Debt | N | $24,536.95 |
| 252 | Lone Star Education Foundation | 433 Belle Grove Dr. Box 830400 | Richardson | TX | 75080 | Various | Trade Debt | N | $24,488.42 |
| 253 | Morris Catholic High School | 200 Morris Avenue | Denville | NJ | 7834 | Various | Trade Debt | N | $24,421.75 |
| 254 | Lift Louisiana | P. O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $24,329.64 |
| 255 | Loveland Legacy Foundation | P.O. Box 1 | Loveland | OH | 45140 | Various | Trade Debt | N | $24,265.04 |
| 256 | Legal Access Alameda | 548 Market Street PMB 22692 | San Francisco | CA | 94104-5401 | Various | Trade Debt | N | $24,259.17 |
| 257 | Lebanon County Christian Ministries | 250 S. 7th Street | Lebanon | PA | 17042 | Various | Trade Debt | N | $24,142.81 |
| 258 | Verdun Adventure Bound | 17044 Adventure Bound Trail | Rixeyville | VA | 22737 | Various | Trade Debt | N | $24,022.88 |
| 259 | Advocates for Immigrant Rights and Reconciliation Inc. | PO Box 171603 | Kansas City | KS | 66117 | Various | Trade Debt | N | $24,001.82 |
| 260 | Veterans of Armenia | 1146 N. Central Ave #684 | Glendale | CA | 91202 | Various | Trade Debt | N | $23,955.24 |
| 261 | Stuff the Sleigh | P.O. Box 342 | Katy | TX | 77492 | Various | Trade Debt | N | $23,955.04 |
| 262 | Project Prakash Foundation | 955 Massachusetts Avenue #351 | Cambridge | MA | 2139 | Various | Trade Debt | N | $23,895.23 |
| 263 | Messenger Films | 1414 W. Swann Avenue Ste. 100 | Tampa | FL | 33606 | Various | Trade Debt | N | $23,865.02 |
| 264 | PJs for Sick Days | 481 N. Santa Cruz Ave Ste 170 | Los Gatos | CA | 95030 | Various | Trade Debt | N | $23,820.25 |
| 265 | New River Alliance of Climbers Inc. | 101 W. Wiseman Ave | Fayetteville | WV | 25840 | Various | Trade Debt | N | $23,813.08 |
| 266 | Montessori Seeds of Education Inc. | 631 Chester Ave | Moorestown | NJ | 8057 | Various | Trade Debt | N | $23,778.89 |
| 267 | Kids on Bikes | 2222 Bott Avenue | Colorado Springs | CO | 80904 | Various | Trade Debt | N | $23,761.10 |
| 268 | Animal Nation Inc. | P.O Box 72 | South Salem | NY | 10590 | Various | Trade Debt | N | $23,750.12 |
| 269 | California Revels | 2501 Harrison St U8 | Oakland | CA | 94612 | Various | Trade Debt | N | $23,487.66 |
| 270 | Queen Anne Helpline | 311 West McGraw St | Seattle | WA | 98119 | Various | Trade Debt | N | $23,484.47 |
| 271 | Bring Hope Now | P.O. Box 38 | Fort Walton Beach | FL | 32549 | Various | Trade Debt | N | $23,458.94 |
| 272 | Firefighters For Healing | P.O. Box 374 | Champlin | MN | 55316 | Various | Trade Debt | N | $23,440.20 |
| 273 | Morgan County Humane Society | 690 West Mitchell Ave | Martinsville | IN | 46151 | Various | Trade Debt | N | $23,434.97 |
| 274 | Monthly Miracles | P.O. Box 1107 | Pleasanton | CA | 94566 | Various | Trade Debt | N | $23,428.78 |
| 275 | JAG Junior Fund | 955 Red Coat Farm Drive | Chalfont | PA | 18914 | Various | Trade Debt | N | $23,370.38 |
| 276 | United Irish Cultural Center Inc. | 2700 45th Avenue | San Francisco | CA | 94116 | Various | Trade Debt | N | $23,305.62 |
| 277 | Humane Society of St Lucie County | 8890 Glades Cut Off Road | Port Saint Lucie | FL | 34986 | Various | Trade Debt | N | $23,299.53 |
| 278 | Medford Arts Center | 8 North Main Street | Medford | NJ | 8055 | Various | Trade Debt | N | $23,287.45 |
| 279 | 4A's Foundation | 25 W. 45th Street 16th Floor | New York | NY | 10036 | Various | Trade Debt | N | $23,236.54 |
| 280 | IACUC 101 Series | 215 Exmoor Pl | Eugene | OR | 97401 | Various | Trade Debt | N | $23,223.72 |
| 281 | Why Not Prosper Inc. | 717 E. Chelten Avenue | Philadelphia | PA | 19144 | Various | Trade Debt | N | $23,205.70 |
| 282 | Blossom Hill Foundation | P.O. Box 143 | New Canaan | CT | 6840 | Various | Trade Debt | N | $23,102.36 |
| 283 | Brave Trails | PO Box 691300 | Los Angeles | CA | 90069 | Various | Trade Debt | N | $23,022.23 |
| 284 | Pasadena Roving Archers | P.O. Box 683 | Pasadena | CA | 91102 | Various | Trade Debt | N | $22,945.71 |
| 285 | Camp Bethel | 9050 Camp Bethel Road | Wise | VA | 24293 | Various | Trade Debt | N | $22,943.16 |
| 286 | Coupeville Farm To School | P. O. Box 1032 | Coupeville | WA | 98239 | Various | Trade Debt | N | $22,935.35 |
| 287 | Crescent Foundation | 6445 Vine St 1st Floor | Philadelphia | PA | 19139 | Various | Trade Debt | N | $22,874.06 |
| 288 | BLAC INC | 18 E 17th St | New York | NY | 10003 | Various | Trade Debt | N | $22,836.60 |
| 289 | African Children's Mission | PO Box 26470 | Birmingham | AL | 35260 | Various | Trade Debt | N | $22,821.93 |
| 290 | Tidewater Classical Guitar | PO Box 777 | Norfolk | VA | 23501 | Various | Trade Debt | N | $22,577.40 |
| 291 | National Association of State Trust Lands | 3800 N Central Ave Ste 460 | Phoenix | AZ | 85021 | Various | Trade Debt | N | $22,575.15 |
| 292 | VT Seva | P.O. Box 1125 | Coppell | TX | 75019 | Various | Trade Debt | N | $22,499.33 |
| 293 | Al-Misbaah | 10277 Iron Rock Way Suite 200 | Elk Grove | CA | 95823 | Various | Trade Debt | N | $22,443.31 |
| 294 | 5 Strong Scholarship Foundation | 2598 Lake Shore Drive | College Park | GA | 30337 | Various | Trade Debt | N | $22,386.79 |
| 295 | The Harbor Home Ministries | P.O. Box 416 | Conway | AR | 72033 | Various | Trade Debt | N | $22,284.70 |
| 296 | Puget Soundworks | 6523 California Ave SW #514 | Seattle | WA | 98136 | Various | Trade Debt | N | $22,261.66 |

| 297 | Kittyland Cat And Kitten Rescue Inc. | 1717 E Vista Chino Ste A-7 Box 499 | Palm Springs | CA | 92262 | Various | Trade Debt | N | $22,233.03 |
| 298 | Combat Marine Outdoors | 750 Town and Country Blvd Suite 800 | Houston | TX | 77024 | Various | Trade Debt | N | $22,216.78 |
| 299 | Community Partnership Charter School | 114 Kosciuszko Street | Brooklyn | NY | 11216 | Various | Trade Debt | N | $22,196.47 |
| 300 | Equal Rights Institute | 1030 Central Dr NW Suite A | Concord | NC | 28027 | Various | Trade Debt | N | $22,167.93 |
| 301 | National Queer and Trans Therapists of Color Network - Fiscal Sponsor: Social And Environmental Entrepreneurs Inc. | P.O. Box 50058 | Baltimore | MD | 21211 | Various | Trade Debt | N | $22,076.11 |
| 302 | RTB Memphis | 2019 Ball Rd | Memphis | TN | 38114 | Various | Trade Debt | N | $21,981.22 |
| 303 | Love Wins NYC | 436 14th Street 5Th Floor | Oakland | CA | 94612 | Various | Trade Debt | N | $21,971.11 |
| 304 | FAST | Po Box 183 | Farmington | NM | 87499 | Various | Trade Debt | N | $21,962.07 |
| 305 | Association of Staff and Faculty Women | 190 N. Oval Mall 388 Bricker Hall | Columbus | OH | 43210 | Various | Trade Debt | N | $21,919.73 |
| 306 | The Okra Project | 223 Bedford Ave Ste A PMB 1049 | Brooklyn | NY | 11211 | Various | Trade Debt | N | $21,826.75 |
| 307 | Malama Loko Ea Foundation | 62-540 Kamehameha Hwy | Haleiwa | HI | 96712 | Various | Trade Debt | N | $21,801.29 |
| 308 | Moonlighter FabLab Inc. | 1661 Pennsylvania Ave. | Miami Beach | FL | 33139 | Various | Trade Debt | N | $21,727.47 |
| 309 | J B Johnston Club | 2403 Barton Ave | Nashville | TN | 37212 | Various | Trade Debt | N | $21,686.01 |
| 310 | Space Between | PO Box 81041 | Seattle | WA | 98108 | Various | Trade Debt | N | $21,675.40 |
| 311 | Connectional Lay Organization of the African Methodist Episcopal Church | 1134 11th Street NW | Washington | DC | 20001 | Various | Trade Debt | N | $21,578.05 |
| 312 | National Collegiate Rugby Organization | 24A Trolley Square #1365 | Wilmington | DE | 19806 | Various | Trade Debt | N | $21,560.11 |
| 313 | Kind Foundation | 215 Mustang Mesa | Liberty Hill | TX | 78642 | Various | Trade Debt | N | $21,536.16 |
| 314 | Yuvaan Tiwari Foundation | P.O. BOX 570753 | Atlanta | GA | 30357 | Various | Trade Debt | N | $21,472.10 |
| 315 | One Dog at a Time | 234 W Mill St. | Colorado Springs | CO | 80903 | Various | Trade Debt | N | $21,469.12 |
| 316 | Bigger Than The Trail | PO 5242 | De Pere | WI | 54115 | Various | Trade Debt | N | $21,370.89 |
| 317 | Chicago United for Equity | 355 E Ohio St. Room 200 #11396 | Chicago | IL | 60611 | Various | Trade Debt | N | $21,324.39 |
| 318 | Eternal Family Project Inc. | P.O. Box 171 | Hiram | GA | 30141 | Various | Trade Debt | N | $21,299.99 |
| 319 | ThinkBIG Pediatric Cancer Fund | 530 Montour Blvd Suite B | Bloomsburg | PA | 17815 | Various | Trade Debt | N | $21,276.48 |
| 320 | United States Submarine Veterans Charitable Foundation | PO Box 1063 | Groton | CT | 06340-1063 | Various | Trade Debt | N | $21,210.90 |
| 321 | Primos Dallas | 6060 N Central Expressway #500 | Dallas | TX | 75206 | Various | Trade Debt | N | $21,019.18 |
| 322 | Humane Borders Inc. | 243 W. 33rd St. | Tucson | AZ | 85713 | Various | Trade Debt | N | $20,988.27 |
| 323 | Caleb Hope Foundation | 1439 S Crescent Heights Blvd | Los Angeles | CA | 90035 | Various | Trade Debt | N | $20,961.20 |
| 324 | The Satanic Temple | 64 Bridge St | Salem | MA | 1970 | Various | Trade Debt | N | $20,942.16 |
| 325 | Ds Connections Northwest | 3839 W. Prairie Ave | Hayden | ID | 83838 | Various | Trade Debt | N | $20,896.29 |
| 326 | Ukraine Orphan Outreach | 18519 CR 5 | Berthoud | CO | 80513 | Various | Trade Debt | N | $20,893.84 |
| 327 | Sonoma County Philharmonic | P.O Box 7438 | Cotati | CA | 94931 | Various | Trade Debt | N | $20,825.13 |
| 328 | Hope Pregnancy Centers - Fiscal Sponsor: People for People Inc. | 716 N Broad | Philadelphia | PA | 19130 | Various | Trade Debt | N | $20,736.86 |
| 329 | San Francisco Bay Bird Observatory | 524 Valley Way | Milpitas | CA | 95035 | Various | Trade Debt | N | $20,723.69 |
| 330 | Project Uplift Inc. | 7245 Rockbridge Road Suite 300-826 | Lithonia | GA | 30058 | Various | Trade Debt | N | $20,690.05 |
| 331 | Helping Kids in Ecuador | 3991 MacArthur Blvd Ste 240 | Newport Beach | CA | 92660 | Various | Trade Debt | N | $20,683.48 |
| 332 | Insight Meditation Community of Western Massachusetts | 116 Pleasant St Ste 242 | Easthampton | MA | 1027 | Various | Trade Debt | N | $20,647.18 |
| 333 | Wild Alabama | 552 Lawrence St | Moulton | AL | 35650 | Various | Trade Debt | N | $20,486.38 |
| 334 | Trailmixer - OUT Hiking for Our Community | 1414 Ellsmere Ave | Los Angeles | CA | 90019 | Various | Trade Debt | N | $20,462.49 |
| 335 | Healthy Savannah Inc. | P.O. Box 9910 | Savannah | GA | 31412 | Various | Trade Debt | N | $20,434.00 |
| 336 | Sweet Dreams Foundation | P.O. Box 1233 | Folsom | CA | 95763 | Various | Trade Debt | N | $20,318.64 |
| 337 | Stay Happy FUNdation | 6701 Power Inn Rd Ste A | Sacramento | CA | 95828 | Various | Trade Debt | N | $20,233.64 |
| 338 | Afro Charities Inc. | 12 W. Madison Street | Baltimore | MD | 21201 | Various | Trade Debt | N | $20,193.62 |
| 339 | Teatro Mascara Magica A Common Ground Company | 1604 Dartmouth St | Chula Vista | CA | 91913 | Various | Trade Debt | N | $20,174.48 |
| 340 | The Learning Source | 929 29th Street | Denver | CO | 80205 | Various | Trade Debt | N | $20,038.68 |
| 341 | Huntington Historical Society | 209 Main Street | Huntington | NY | 11743 | Various | Trade Debt | N | $20,037.81 |
| 342 | The COOL Cooperative | 800 Richard St | New Orleans | LA | 70130 | Various | Trade Debt | N | $20,009.90 |
| 343 | RYSE Center | 205 41st Street | Richmond | CA | 94805 | Various | Trade Debt | N | $19,859.64 |
| 344 | Old Maroon Rugby Football Club | 804 Southern Hills Ct | College Station | TX | 77845-8930 | Various | Trade Debt | N | $19,821.15 |
| 345 | Metropolitan Denver North Islamic Center (Masjid Ikhlas) | 11141 N Irma Drive | Northglenn | CO | 80233 | Various | Trade Debt | N | $19,813.98 |
| 346 | Prelinger Library | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $19,804.26 |
| 347 | Promise to Kate Foundation | 2380 Osprey Lake Drive | Jacksonville | FL | 32224 | Various | Trade Debt | N | $19,797.56 |
| 348 | Project Makeover | 1307 Sw 96th St | Gainesville | FL | 32607 | Various | Trade Debt | N | $19,786.42 |
| 349 | Matthews Hope Foundation | 121 N Post Oak Ln | Houston | TX | 77024 | Various | Trade Debt | N | $19,725.00 |
| 350 | CITRS | 40 Morris Avenue Suite 100 | Bryn Mawr | PA | 19010 | Various | Trade Debt | N | $19,695.20 |
| 351 | Texas Swimming & Diving Hall of Fame | 1900 Robert Dedman Drive | Austin | TX | 78712 | Various | Trade Debt | N | $19,685.11 |
| 352 | Reach Rescue Inc. | 372 Townline Road | Mundelein | IL | 60060 | Various | Trade Debt | N | $19,680.50 |
| 353 | International Academy of Dispute Resolution | 9510 Turnberry Trail | Lakewood | IL | 60014 | Various | Trade Debt | N | $19,591.72 |
| 354 | 4Kira4Moms | 3535 Peachtree Road | Atlanta | GA | 30326 | Various | Trade Debt | N | $19,556.27 |
| 355 | The Etowah Foundation Inc. | 104 E Cherokee Ave | Cartersville | GA | 30120 | Various | Trade Debt | N | $19,524.00 |
| 356 | Hogar Infantil Inc. | 3180 University Avenue Suite 255 | San Diego | CA | 92104 | Various | Trade Debt | N | $19,493.08 |
| 357 | Sahar Education | PO Box 17672 | Seattle | WA | 98127 | Various | Trade Debt | N | $19,451.60 |
| 358 | Mission of Sight | 965 Marseilles Galion Rd E | Marion | OH | 43302 | Various | Trade Debt | N | $19,419.60 |
| 359 | Cape Decision Lighthouse Society | P.O. Box 20163 | Juneau | AK | 99802 | Various | Trade Debt | N | $19,311.05 |
| 360 | Union ShareWaves Foundation | 6721 W 121st | Overland Park | KS | 66207 | Various | Trade Debt | N | $19,305.31 |
| 361 | Celebrate Saint James Past Present Future Inc | 176 Second Street | Saint James | NY | 11780 | Various | Trade Debt | N | $19,247.23 |
| 362 | Wellesley Community Childrens Center Inc. | 106 Central Street | Wellesley | MA | 2481 | Various | Trade Debt | N | $19,241.27 |
| 363 | La Senda Verde | 50 Menores Ave. Unit 724 | Coral Gables | FL | 33134 | Various | Trade Debt | N | $19,241.11 |
| 364 | Cancer Couch Foundation Inc. | P.O. Box 1145 | Southport | CT | 6890 | Various | Trade Debt | N | $19,216.57 |
| 365 | The Factory Ministries | 3293 Lincoln Highway East PO BOX 282 | Paradise | PA | 17562 | Various | Trade Debt | N | $19,158.52 |
| 366 | Newton County Christian Learning Center | PO Box 941 | | GA | 30015 | Various | Trade Debt | N | $19,078.74 |
| 367 | Asociacion Mutua De Orientacion Y Rehabilitacion Aka Amor | 710 South Kolb Rd #6 | Tucson | AZ | 85710 | Various | Trade Debt | N | $19,025.78 |
| 368 | Second Chance for Life Foundation | P.O.Box 131462 | Roseville | MN | 55113 | Various | Trade Debt | N | $18,994.65 |

| 369 | Rhode Island Dietetic Association Inc. | P.O. Box 6892 | Providence | RI | 2940 | Various | Trade Debt | N | $18,972.88 |
|---|---|---|---|---|---|---|---|---|---|
| 370 | Seeds of Love | 1113 Elderberry Circle Seeds of Love | Folsom | CA | 95630 | Various | Trade Debt | N | $18,923.35 |
| 371 | Stratton Ovarian Cancer Foundation | 6662 N Calle De Calipso | Tucson | AZ | 85718 | Various | Trade Debt | N | $18,890.72 |
| 372 | Children's Brittle Bone Foundation | P.O. Box 619 | Zion | IL | 60099 | Various | Trade Debt | N | $18,765.31 |
| 373 | Catholic Community Service Inc. | 1803 Glacier Hwy | Juneau | AK | 99801 | Various | Trade Debt | N | $18,666.56 |
| 374 | Tennessee Association of Color Alliance | 41 PEABODY ST | Nashville | TN | 37210 | Various | Trade Debt | N | $18,659.13 |
| 375 | California Presenters | PO Box 750182 | Petaluma | CA | 94975 | Various | Trade Debt | N | $18,651.87 |
| 376 | Pacific Southwest Mennonite Conference | 379 N. Campus Ave. | Upland | CA | 91786 | Various | Trade Debt | N | $18,471.21 |
| 377 | SFAI Legacy Foundation and Archive | 20 Hawthorne St | San Francisco | CA | 94105 | Various | Trade Debt | N | $18,318.65 |
| 378 | The Love Pit | 2029 E Levee St | Dallas | TX | 75207 | Various | Trade Debt | N | $18,291.74 |
| 379 | Apogee Strong Foundation | 102 College Station Drive Ste 3 | Brevard | NC | 28712 | Various | Trade Debt | N | $18,205.80 |
| 380 | Empowerment Program Inc. | 1600 York Street | Denver | CO | 80206 | Various | Trade Debt | N | $18,197.31 |
| 381 | Corvallis Youth Symphony Association | P.O. Box 857 | Corvallis | OR | 97339 | Various | Trade Debt | N | $18,143.89 |
| 382 | Complete Transformation Ministries Inc. | 2804 48th Drive W | Bradenton | FL | 34207 | Various | Trade Debt | N | $17,958.12 |
| 383 | Services Immigrant Rights & Education Network | 1769 Park Ave Ste 200 | San Jose | CA | 95126 | Various | Trade Debt | N | $17,929.55 |
| 384 | Cape Ann Animal Aid | 4 Paws Lane | Gloucester | MA | 1930 | Various | Trade Debt | N | $17,926.65 |
| 385 | We All Rise African American Resource Center | 430 S Webster Ave | Green Bay | WI | 54301 | Various | Trade Debt | N | $17,888.36 |
| 386 | We Are Laurel Canyon | 8751 Wonderland Park Ave | Los Angeles | CA | 90046 | Various | Trade Debt | N | $17,886.54 |
| 387 | Safe Passage Project | 185 West Broadway | New York | NY | 10013 | Various | Trade Debt | N | $17,835.05 |
| 388 | SOULWELL Ministries | 9818 Fry Rd #150 Unit 82 | Cypress | TX | 77433 | Various | Trade Debt | N | $17,826.65 |
| 389 | Cincinnati Academy of Performing Arts | 7864 Camargo Road | Cincinnati | OH | 45243 | Various | Trade Debt | N | $17,821.94 |
| 390 | Knoxville Center of the Deaf Inc. | 3731 Martin Mill Pike | Knoxville | TN | 37920 | Various | Trade Debt | N | $17,793.52 |
| 391 | Behavioral Health Leadership Institute Inc. | 2200 Arden Rd. | Baltimore | MD | 21209 | Various | Trade Debt | N | $17,782.53 |
| 392 | Los Angeles Contemporary Exhibitions Inc. | 6522 Hollywood Boulevard | Los Angeles | CA | 90028 | Various | Trade Debt | N | $17,760.60 |
| 393 | The Charis Project | 306-N West El Norte Pkwy. #314 | Escondido | CA | 92026 | Various | Trade Debt | N | $17,755.35 |
| 394 | The Bakari Foundation | P O Box 28081 | Austin | TX | 78755 | Various | Trade Debt | N | $17,739.14 |
| 395 | Wind River Cultural Centers Foundation | Box 1863 | Lander | WY | 82520 | Various | Trade Debt | N | $17,701.58 |
| 396 | Ohio Veterans Hall of Fame Foundation | PO Box 20955 | Columbus | OH | 43220 | Various | Trade Debt | N | $17,681.05 |
| 397 | Alaska Peace Officers Association | PO Box 240106 | Anchorage | AK | 99524 | Various | Trade Debt | N | $17,618.26 |
| 398 | Echo Community | 83335 N Factory Rd | Folsom | LA | 70437 | Various | Trade Debt | N | $17,603.02 |
| 399 | LeMoyne Arts | 125 N Gadsden St | Tallahassee | FL | 32301 | Various | Trade Debt | N | $17,551.64 |
| 400 | Camp Impact | 2004 Heather Way Dr | Arlington | TX | 76012 | Various | Trade Debt | N | $17,526.03 |
| 401 | Ddamien Project | 3025 County Road 4325 | Omaha | TX | 75571 | Various | Trade Debt | N | $17,496.54 |
| 402 | Veteran Business Project | 2020 Calamos Court Suite 120 | Naperville | IL | 60563 | Various | Trade Debt | N | $17,474.34 |
| 403 | Tate's Place | 407 Clay Rd | Big Spring | TX | 79720 | Various | Trade Debt | N | $17,467.04 |
| 404 | Suncoast Youth for Christ | PO Box 123 | Bradenton | FL | 34206 | Various | Trade Debt | N | $17,441.98 |
| 405 | Live4It Community Inc. | PO Box 2062 | Dalton | GA | 30722 | Various | Trade Debt | N | $17,407.57 |
| 406 | It Takes Guts | 9630 Bruceville Rd. 106-240 | Elk Grove | CA | 95757 | Various | Trade Debt | N | $17,167.92 |
| 407 | Partners in Hope USA | PO BOX 51173 | Amarillo | TX | 79159 | Various | Trade Debt | N | $17,067.76 |
| 408 | Fathers Making Progress | P.O. Box 12301 | Milwaukee | WI | 53212 | Various | Trade Debt | N | $17,030.98 |
| 409 | FEEDtheMUSIC | P.O. Box 7342 | Newport Beach | CA | 92658 | Various | Trade Debt | N | $17,022.30 |
| 410 | Palante Transformative Justice Inc. | 220 Linden St. | Holyoke | MA | 1040 | Various | Trade Debt | N | $16,990.11 |
| 411 | Elephants Rhinos & People | 4780 Ashford Dunwoody Road Suite 540 #617 | Atlanta | GA | 30338-5504 | Various | Trade Debt | N | $16,989.70 |
| 412 | Rab Wilkinson Foundation Inc. | 1600 Hylan Boulevard | Staten Island | NY | 10305 | Various | Trade Debt | N | $16,975.60 |
| 413 | New Jersey Sleep Society Inc. | PO Box 473 | Pedricktown | NJ | 8067 | Various | Trade Debt | N | $16,955.82 |
| 414 | California Humanities | 300 Frank Ogawa Plaza Suite 203 | Oakland | CA | 94612 | Various | Trade Debt | N | $16,905.11 |
| 415 | Multiplier | 2261 Market Street STE 86505 | San Francisco | CA | 94114 | Various | Trade Debt | N | $16,903.10 |
| 416 | African American Real Estate Professional of Los Angeles | PO Box 5336 | Hacienda Heights | CA | 91745 | Various | Trade Debt | N | $16,821.52 |
| 417 | Women in Science Portland | #537 5331 S Macadam Ave Ste 258 | Portland | OR | 97239 | Various | Trade Debt | N | $16,777.37 |
| 418 | La Salle College High School | 8605 Cheltenham Avenue | Wyndmoor | PA | 19038 | Various | Trade Debt | N | $16,765.67 |
| 419 | Advaita Society/Mount Madonna Center | 445 Summit Rd | Watsonville | CA | 95076 | Various | Trade Debt | N | $16,678.99 |
| 420 | Latinos United For A New America | 1692 Story Rd ste. 221 | San Jose | CA | 95122 | Various | Trade Debt | N | $16,643.18 |
| 421 | Mountain Community School | 613 Glover Street | Hendersonville | NC | 28792 | Various | Trade Debt | N | $16,605.62 |
| 422 | Community Fund of Darien | 30 Old Kings Highway South | Darien | CT | 6820 | Various | Trade Debt | N | $16,568.92 |
| 423 | African People's Education and Defense Fund Inc. | 1245 18th Ave S | Saint Petersburg | FL | 33705 | Various | Trade Debt | N | $16,562.01 |
| 424 | Spanish Hawaiian Heritage Association | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $16,520.93 |
| 425 | Oxford Research Institute Inc | PO BOX 10982 | Rockville | MD | 20849 | Various | Trade Debt | N | $16,488.75 |
| 426 | Canine Support Teams Inc. | 24480 Jenny Lane | Murrieta | CA | 92562 | Various | Trade Debt | N | $16,474.09 |
| 427 | Forever Never Forgotten I Inc | 10 Branch Cr. | Carmel | NY | 10512 | Various | Trade Debt | N | $16,454.38 |
| 428 | Hawaii Children's Cancer Foundation | 1814 Liliha Street | Honolulu | HI | 96817 | Various | Trade Debt | N | $16,449.00 |
| 429 | Ms President US Inc. | P.O. Box 238 | Ridgefield | CT | 6877 | Various | Trade Debt | N | $16,417.21 |
| 430 | Keep Oakland Beautiful | P.O. Box 22015 | Oakland | CA | 94623-2015 | Various | Trade Debt | N | $16,413.88 |
| 431 | Grassroot Projects | 314 210th Ct SE | Sammamish | WA | 98074 | Various | Trade Debt | N | $16,412.13 |
| 432 | North Brooklyn Coalition Against Family Violence | 893 Lexington Ave | Brooklyn | NY | 11221 | Various | Trade Debt | N | $16,365.68 |
| 433 | 100 Black Men of Metro New Orleans | Po Box 871522 | New Orleans | LA | 70187 | Various | Trade Debt | N | $16,314.11 |
| 434 | Music For Minors II (MFMII) | P.O. Box 2661 | Fremont | CA | 94536 | Various | Trade Debt | N | $16,292.09 |
| 435 | Ivey Ranch Park Association | 110 Rancho del Oro Drive | Oceanside | CA | 92057 | Various | Trade Debt | N | $16,254.14 |
| 436 | Garrett Trails | P.O. Box 62 | Mc Henry | MD | 21541 | Various | Trade Debt | N | $16,195.91 |
| 437 | Zephyrus Arts Institute | 3333 South Harvard Suite D | Tulsa | OK | 74135 | Various | Trade Debt | N | $16,179.68 |
| 438 | Dancers' Group's Fiscal Sponsorship Program | 44 Gough Street #201 | San Francisco | CA | 94103 | Various | Trade Debt | N | $16,048.23 |
| 439 | Veterans on the Rise | 5002 Sheriff Rd NE | Washington | DC | 20019 | Various | Trade Debt | N | $16,030.56 |
| 440 | Mission Ispossible Foundation | 901 N Broad St Ne Ste 100 | Rome | GA | 30161 | Various | Trade Debt | N | $15,980.42 |
| 441 | Navabman | 38 W 32nd St Suite 300 | New York | NY | 10001 | Various | Trade Debt | N | $15,972.64 |
| 442 | Circle City Relief | 3421 N. Park Ave | Indianapolis | IN | 46205 | Various | Trade Debt | N | $15,854.48 |
| 443 | Granite Wellness Centers Foundation | 180 Sierra College Drive | Grass Valley | CA | 95945 | Various | Trade Debt | N | $15,818.60 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Dorf & Nelson LLP Attn: Daniel R. Alcott Esq. The International | | | | | | | |
| 444 | Friends of Sivananda Ashram Yoga in the Caribbean Inc. | Corporate Center 555 Theodore Fremd Ave. Suite A200 | Rye | NY | 10580 | Various | Trade Debt | N | $15,791.24 |
| 445 | Empowerment Works Inc. | 1187 Coast Village Rd Suite 101 | Santa Barbara | CA | 93108 | Various | Trade Debt | N | $15,789.80 |
| 446 | SARA | PO Box 813 | Seguin | TX | 78156 | Various | Trade Debt | N | $15,748.25 |
| 447 | Famcore Foundation Inc. | 101 Livingston Pl | Metairie | LA | 70005 | Various | Trade Debt | N | $15,744.62 |
| 448 | Halau Ke'alaokamaile | PO Box 450 | Kula | HI | 96790 | Various | Trade Debt | N | $15,715.00 |
| 449 | Miracle League Northshore | 13505 Highway 1085 | Covington | LA | 70433 | Various | Trade Debt | N | $15,695.24 |
| 450 | Healing Tree International | P O box 6571 | Harrisburg | PA | 17112 | Various | Trade Debt | N | $15,641.29 |
| 451 | Community Fruit Rescue | 2861 Ellison Pl | Boulder | CO | 80304 | Various | Trade Debt | N | $15,582.09 |
| 452 | Post-Landfill Action Network | 1 Washington St Suite 3123 | Dover | NH | 3820 | Various | Trade Debt | N | $15,526.32 |
| 453 | Couleecap Inc. | 201 Melby Street | Westby | WI | 54667 | Various | Trade Debt | N | $15,513.32 |
| 454 | Converge Great Lakes | PO Box 440 | Columbus | WI | 53925 | Various | Trade Debt | N | $15,475.59 |
| 455 | SAFE Soldiers and Families Embraced Inc. | 2693 Townsend Ct Ste A | Clarksville | TN | 37043 | Various | Trade Debt | N | $15,471.78 |
| 456 | Southwest Florida Honor Flight | P.O. Box 495065 | Port Charlotte | FL | 33949 | Various | Trade Debt | N | $15,463.46 |
| 457 | Men Supporting Women With Cancer | 5257 Buckeystown Pike/Suite 193 | Frederick | MD | 21704 | Various | Trade Debt | N | $15,425.00 |
| 458 | RVCC | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $15,403.29 |
| | | San Diego Consortium for Excellence in Nursing and Allied | | | | | | | |
| 459 | Health | 4983 Date Place | San Diego | CA | 92102 | Various | Trade Debt | N | $15,395.70 |
| 460 | Women Invested To Save Earth Fund Corporation | 1966 Tice Valley Blvd. #132 | Walnut Creek | CA | 94595 | Various | Trade Debt | N | $15,350.89 |
| 461 | Philippine International Aid | 1813 El Camino Real Suite 3 | Burlingame | CA | 94010 | Various | Trade Debt | N | $15,329.92 |
| 462 | Pure Hope Foundation dba Dollar Fund | 450 Co Rd NW 1051 | Talco | TX | 75487 | Various | Trade Debt | N | $15,293.05 |
| 463 | Indigenous Fashion Collective | 436 14Th Street 5Th Floor | Oakland | CA | 94612 | Various | Trade Debt | N | $15,291.59 |
| 464 | Asian Youth Center (AYC) | 100 West Clary Avenue | San Gabriel | CA | 91776 | Various | Trade Debt | N | $15,200.23 |
| 465 | Stop Alzheimer's Now | 300 Beardsley Lane | Austin | TX | 78746 | Various | Trade Debt | N | $15,163.46 |
| 466 | Community Education Partnerships | 827 Broadway Suite 200 | Oakland | CA | 94607 | Various | Trade Debt | N | $15,158.69 |
| 467 | NashvilleHealth | 3810 Bedford Ave. Ste 200 | Nashville | TN | 37215 | Various | Trade Debt | N | $15,146.44 |
| 468 | Puppy Kitty Ny City | 6329 75th St | Middle Village | NY | 11379 | Various | Trade Debt | N | $15,128.54 |
| 469 | RAINE Foundation | 17 Racoon Drive | Hazlet | NJ | 7730 | Various | Trade Debt | N | $15,113.27 |
| 470 | Testicular Cancer Society | 8190A Beechmont Avenue Suite #161 | Cincinnati | OH | 45255 | Various | Trade Debt | N | $15,101.72 |
| 471 | Meals on Wheels Northeastern Illinois | 1723 Simpson Street | Evanston | IL | 60201 | Various | Trade Debt | N | $15,045.76 |
| 472 | SmartCohort | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $14,998.00 |
| 473 | Crossing Thresholds Inc. | PO Box 446 | New Canaan | CT | 6840 | Various | Trade Debt | N | $14,962.90 |
| 474 | Recycling Association of Minnesota | 2250 Wabash Ave | Saint Paul | MN | 55114 | Various | Trade Debt | N | $14,953.11 |
| 475 | OKB Hope Foundation | 9 South Grosser Place | Somerset | NJ | 8873 | Various | Trade Debt | N | $14,934.84 |
| 476 | Pro Life Waco | 4200 Grim Ave. | Waco | TX | 76710 | Various | Trade Debt | N | $14,923.25 |
| 477 | Athens Area Diaper Bank | 130 Conway Drive Suite E | Bogart | GA | 30622 | Various | Trade Debt | N | $14,890.31 |
| 478 | Motion Picture Associates of Utah | PO BOX 510587 | Salt Lake City | UT | 84151 | Various | Trade Debt | N | $14,890.25 |
| 479 | Friends of the Roseville Public Library Inc. | PO Box 232 | Roseville | CA | 95678 | Various | Trade Debt | N | $14,847.45 |
| 480 | Aspen Cancer Conference Inc. | P.O Box 887 | Basalt | CO | 81621 | Various | Trade Debt | N | $14,804.10 |
| 481 | Net Gains Foundation | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $14,789.00 |
| 482 | Blaq Birth Circle | 2272 Quebec Rd | Cincinnati | OH | 45214 | Various | Trade Debt | N | $14,686.03 |
| | | Health Justice Commons - Fiscal Sponsor: Social and | | | | | | | |
| 483 | Environmental Entrepreneurs | 23564 Calabasas Road Suite 201 | Calabasas | CA | 91302 | Various | Trade Debt | N | $14,664.70 |
| 484 | Under the Bridges and on the Streets | 2261 W. 28th Street | Los Angeles | CA | 90018 | Various | Trade Debt | N | $14,628.70 |
| 485 | Smart Coast California | 2350 Wankel Way | Oxnard | CA | 93030 | Various | Trade Debt | N | $14,601.23 |
| 486 | Christopher Kids | 2601 Highland Avenue South | Birmingham | AL | 35205 | Various | Trade Debt | N | $14,600.94 |
| 487 | AVM Research Foundation | 179 Windfair Loop | Montgomery | TX | 77316 | Various | Trade Debt | N | $14,543.85 |
| 488 | Gifts of Hope | 803 Lyons Avenue NE | Renton | WA | 98059 | Various | Trade Debt | N | $14,531.45 |
| 489 | West Liberty Youth Dream Catchers | 1330 100th Street | West Liberty | IA | 52776 | Various | Trade Debt | N | $14,516.46 |
| 490 | HERO for Kids Foundation | P.O. Box 4955 | Orange | CA | 92833 | Various | Trade Debt | N | $14,489.26 |
| 491 | 100 Black Men Of Sonoma County Inc. | P. O. Box 1756 | Rohnert Park | CA | 94927 | Various | Trade Debt | N | $14,485.86 |
| 492 | Lions Camp Tatiyee Inc. | 5283 West White Mountain Boulevard | Lakeside | AZ | 85929 | Various | Trade Debt | N | $14,475.15 |
| 493 | Beautiful Response | 25978 Mission Street | Carmel | CA | 93923 | Various | Trade Debt | N | $14,459.65 |
| 494 | Purr Partners Feline Rescue | PO Box 905 | Youngsville | NC | 27596 | Various | Trade Debt | N | $14,406.71 |
| 495 | Hand Help | 800 Village Walk Suite 130 | Guilford | CT | 6437 | Various | Trade Debt | N | $14,391.63 |
| 496 | Thai Community Development Center | 6376 Yucca Street Suite B | Los Angeles | CA | 90028 | Various | Trade Debt | N | $14,366.00 |
| 497 | Front Row Foundation | P. O. Box 15795 | Richmond | VA | 23227 | Various | Trade Debt | N | $14,355.76 |
| 498 | BikeSD | 3900 Cleveland Avenue Suite A | San Diego | CA | 92103 | Various | Trade Debt | N | $14,328.18 |
| 499 | Presidential Scholars Foundation | 1058 N. Tamiami Trail Suite 108-115 | Sarasota | FL | 34228 | Various | Trade Debt | N | $14,227.45 |
| 500 | Utah Pet Partners | 10102 S Redwood Rd Unit 95507 | South Jordan | UT | 84095 | Various | Trade Debt | N | $14,227.24 |
| 501 | Ashland Education Foundation | Po Box 71 | Ashland | MA | 1721 | Various | Trade Debt | N | $14,200.17 |
| 502 | Wheat Ridge Community Foundation | c/o WR Rec Center 4005 Kipling St. | Wheat Ridge | CO | 80033 | Various | Trade Debt | N | $14,147.32 |
| 503 | 33 JordynStrong Foundation | 5156 Limerick Ave NW | North Canton | OH | 44720 | Various | Trade Debt | N | $14,086.09 |
| 504 | USMWF | P.O. Box 12 | Topsfield | MA | 1983 | Various | Trade Debt | N | $14,046.34 |
| 505 | Karnes County Human Organization | 105 S Sunset Strip | Kenedy | TX | 78119 | Various | Trade Debt | N | $14,038.47 |
| 506 | Grandview Foundation | 1230 N Marengo Ave | Pasadena | CA | 91103 | Various | Trade Debt | N | $14,022.55 |
| 507 | Maryland Diaper Bank | 1282 Smallwood Drive W Suite 265 | Waldorf | MD | 20603 | Various | Trade Debt | N | $14,017.84 |
| 508 | Charlie's PLACE (Sisters in Business) | P.O. Box 145 | Kalamazoo | MI | 49004 | Various | Trade Debt | N | $13,979.77 |
| 509 | New Vision Dance Company | 5206 Hanover Close | New Albany | OH | 43054-8728 | Various | Trade Debt | N | $13,941.78 |
| 510 | Bonsall Education Foundation | 5256 S. Mission Road Suite 703 #606 | Bonsall | CA | 92003 | Various | Trade Debt | N | $13,938.18 |
| 511 | Lion Heart Heroes Foundation | 18327 145th St E | Bonney Lake | WA | 98391 | Various | Trade Debt | N | $13,933.32 |
| 512 | National Coalition for Community Capital NC3 | 1680 Woodbine St | New York | NY | 11385 | Various | Trade Debt | N | $13,907.87 |
| 513 | BLM Phoenix Metro | PO Box 56693 | Phoenix | AZ | 85079 | Various | Trade Debt | N | $13,851.81 |
| 514 | Operation SAVE | 220 East Main Street | Marshville | NC | 28103 | Various | Trade Debt | N | $13,647.87 |
| 515 | Del Lago Academy Foundation | 1740 Scenic Trails Way | Escondido | CA | 92029 | Various | Trade Debt | N | $13,639.74 |
| 516 | Helping Hand Rescue Mission | 225 Broadway | Huntington | NY | 11746 | Various | Trade Debt | N | $13,627.40 |
| 517 | Luling Animal Welfare Society | 1800 E. Pierce St. | Luling | TX | 78648 | Various | Trade Debt | N | $13,618.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 518 | Class Act Detroit | 20501 Livernois Ave PO Box 21827 | Detroit | MI | 48221 | Various | Trade Debt | N | $13,613.51 |
| 519 | Ballet Folklorico de Colores | 3401 N. 4th Street | Flagstaff | AZ | 86004 | Various | Trade Debt | N | $13,543.58 |
| 520 | Hope's Path | 28918 S Plum Creek Dr | Spring | TX | 77386 | Various | Trade Debt | N | $13,529.16 |
| 521 | History Center of San Luis Obispo County | 696 Monterey Street | San Luis Obispo | CA | 93401 | Various | Trade Debt | N | $13,447.07 |
| 522 | New Mexico Dream Center | 126 General Chennault NE | Albuquerque | NM | 87123 | Various | Trade Debt | N | $13,414.98 |
| 523 | MEs Team Charitable Foundation Inc. | 581 SE Southwood Trail | Stuart | FL | 34994 | Various | Trade Debt | N | $13,397.83 |
| 524 | Free Hearts Free Minds | 2010 El Camino Real | Santa Clara | CA | 95050 | Various | Trade Debt | N | $13,395.04 |
| 525 | Holbrook Farms Retreat | 51383 Bucks Mill Road | Detroit Lakes | MN | 56501 | Various | Trade Debt | N | $13,380.86 |
| 526 | USPA Powerlifting Foundation | 30 Waterworks Way | Irvine | CA | 92618 | Various | Trade Debt | N | $13,378.09 |
| 527 | Alliance for Paired Donation | 3245 Levis Commons Blvd. 2nd Floor | Perrysburg | OH | 43551 | Various | Trade Debt | N | $13,356.20 |
| 528 | 7 Rivers Alliance | 601 N. 7th St. | La Crosse | WI | 54601 | Various | Trade Debt | N | $13,344.92 |
| 529 | Share to Care Foundation Inc. | 12357 yew court | Porter Ranch | CA | 91326 | Various | Trade Debt | N | $13,299.17 |
| 530 | San Francisco Zine Fest | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $13,297.50 |
| 531 | Nigerian American Public Affairs Committee foundation | 5777 West Century Boulevard Suite 1125-2200 | Los Angeles | CA | 90045 | Various | Trade Debt | N | $13,293.10 |
| 532 | Blue Skies for Children | 1310 Broadway Suite 2A | Bellingham | WA | 98225 | Various | Trade Debt | N | $13,211.95 |
| 533 | Pink Daisy Project | 15600 NE 8th Street Suite B1 #632 | Bellevue | WA | 98008 | Various | Trade Debt | N | $13,209.20 |
| 534 | Skylight Engagement Inc. | 147 Prince Street 3rd Floor | Brooklyn | NY | 11201 | Various | Trade Debt | N | $13,200.34 |
| 535 | Asylum Hill Neighborhood Association Inc. | 814 Asylum Ave. | Hartford | CT | 6105 | Various | Trade Debt | N | $13,197.91 |
| 536 | Cactus Cares | 600 South Tyler Street Suite 2800 | Amarillo | TX | 79101 | Various | Trade Debt | N | $13,175.20 |
| 537 | Arabian Horse Rescue & Education Inc. | 16318 S. Harding Rd. | Boring | OR | 97045 | Various | Trade Debt | N | $13,141.63 |
| 538 | Boy Scouts of America - Aloha Council 104 | 42 Puiwa Road | Honolulu | HI | 96817 | Various | Trade Debt | N | $13,139.87 |
| 539 | The Riley Katheryn Foundation | PO Box 538 | Honolulu | MI | 48178 | Various | Trade Debt | N | $13,064.02 |
| 540 | MS Moments | 7118 Horton Ave | Urbandale | IA | 50322 | Various | Trade Debt | N | $13,059.57 |
| 541 | Canine Lymphoma Education Awareness and Research Inc. | 19223 Prairie Street | Northridge | CA | 91324 | Various | Trade Debt | N | $13,021.95 |
| 542 | Trees For The Triangle | 226 Bracken Ct | Raleigh | NC | 27615 | Various | Trade Debt | N | $12,921.93 |
| 543 | Tulips | 436 W. Azure Ave. | North Las Vegas | NV | 89031 | Various | Trade Debt | N | $12,861.82 |
| 544 | Baseball Beyond Borders | PO Box 5555 | Kent | WA | 98064 | Various | Trade Debt | N | $12,859.43 |
| 545 | SF Firefighters Toy Program | 1139 Mission Street | San Francisco | CA | 94103 | Various | Trade Debt | N | $12,821.71 |
| 546 | The Jonah Project | PO BOX 18374 | Spokane | WA | 99228 | Various | Trade Debt | N | $12,792.44 |
| 547 | Selah Gospel Choir | c/o Fulcrum Arts Emerge Program 145 N Raymond Ave. | Pasadena | CA | 91103 | Various | Trade Debt | N | $12,763.39 |
| 548 | Toys for Joy Inc. | 3200 Main Street #110 | Minneapolis | MN | 55448 | Various | Trade Debt | N | $12,755.00 |
| 549 | Universidad Simon Bolivar Alumni Association of America Inc. | 35 Jennings Rd. | Waltham | MA | 2451 | Various | Trade Debt | N | $12,743.44 |
| 550 | Montrose Grace Place | PO Box 540632 | Houston | TX | 77254 | Various | Trade Debt | N | $12,721.45 |
| 551 | Van Ness Main Streets Inc. | 4401 A Connecticut Avenue NW #126 | Washington | DC | 20008 | Various | Trade Debt | N | $12,679.84 |
| 552 | Midwest Animal ResQ | 705b SE Melody LN #199 | Lees Summit | MO | 64063 | Various | Trade Debt | N | $12,665.10 |
| 553 | 100 Black Men of Savannah | 1900 Abercorn Street | Savannah | GA | 31419 | Various | Trade Debt | N | $12,637.50 |
| 554 | Delta Arts Center | 2611 New Walkertown Rd. | Winston Salem | NC | 27101 | Various | Trade Debt | N | $12,557.60 |
| 555 | Lake Charlevoix Association | P.O. Box 294 | Charlevoix | MI | 49720 | Various | Trade Debt | N | $12,545.37 |
| 556 | The Sasamani Foundation | P.O. Box 315 | Old Mystic | CT | 6372 | Various | Trade Debt | N | $12,524.58 |
| 557 | Community Orthodox Minyan dba Mekor Habracha - Center City Synagogue | 1500 Walnut Street Suite 206 | Philadelphia | PA | 19102 | Various | Trade Debt | N | $12,482.69 |
| 558 | Farmers Rising | 1545 Rockton Rd | Caledonia | IL | 61011 | Various | Trade Debt | N | $12,463.59 |
| 559 | Access Books | PO Box 64045 | Los Angeles | CA | 90064 | Various | Trade Debt | N | $12,435.54 |
| 560 | The Irish Pastoral Centre of the Archdiocese of Boston | 540 Gallivan Blvd. Rear | Boston | MA | 2124 | Various | Trade Debt | N | $12,435.03 |
| 561 | Crossfire Ranch Inc. | N8540 County Road N | Menasha | WI | 54952 | Various | Trade Debt | N | $12,433.47 |
| 562 | Join The Movement | W4051 Cty Hwy NN PO Box 133 | Elkhorn | WI | 53121 | Various | Trade Debt | N | $12,430.40 |
| 563 | Sabrina Cohen Foundation | 1800 Purdy Ave apt 2406 | Miami Beach | FL | 33139 | Various | Trade Debt | N | $12,367.50 |
| 564 | Food Chain Workers Alliance | 3055 Wilshire Boulevard #300 | Los Angeles | CA | 90010 | Various | Trade Debt | N | $12,353.47 |
| 565 | Butterfly Baskets | 149 W King Street | Malvern | PA | 19355 | Various | Trade Debt | N | $12,342.13 |
| 566 | Welcome Home Alliance for Veterans | 4 Hillcrest Plaza Way | Montrose | CO | 81401 | Various | Trade Debt | N | $12,338.76 |
| 567 | Ra-Ve Cultural Foundation Inc. | 2001 NE Oakview Cove | Bentonville | AR | 72712 | Various | Trade Debt | N | $12,336.35 |
| 568 | Randy Jones Foundation Inc. | 11618 Boulton Ave | San Diego | CA | 92128 | Various | Trade Debt | N | $12,334.56 |
| 569 | Crossroads Communities | 146 W Grant St. | Lebanon | OR | 97355 | Various | Trade Debt | N | $12,296.78 |
| 570 | International Association of Ministers and Ministries Inc. | PO Box 2145 Granite Bay | Granite Bay | CA | 95746 | Various | Trade Debt | N | $12,273.18 |
| 571 | Mississippi Vision Foundation | 141 Executive Drive Suite 5 | Madison | MS | 39110 | Various | Trade Debt | N | $12,267.95 |
| 572 | H.O.P.E. Foundation Inc. | 2085 Lynnhaven Parkway Suite 106 Box 128 | Virginia Beach | VA | 23456 | Various | Trade Debt | N | $12,254.04 |
| 573 | Rich At Heart | 11100 telegraph rd space 85 | Ventura | CA | 93004 | Various | Trade Debt | N | $12,234.77 |
| 574 | Fighting H.A.R.D. Foundation | PO Box 386 | Howell | NJ | 7731 | Various | Trade Debt | N | $12,226.94 |
| 575 | Hopeful Acres | 1440 Nockenut Rd | Seguin | TX | 78155 | Various | Trade Debt | N | $12,202.57 |
| 576 | Historic Salem Inc. | 9 North Street | Salem | MA | 1970 | Various | Trade Debt | N | $12,169.83 |
| 577 | Cultural Studies Association | 1658 Milwaukee Ave # 100-7388 | Chicago | IL | 60647 | Various | Trade Debt | N | $12,164.27 |
| 578 | Afripeace & Development Foundation | PO Box 293924 | Sacramento | CA | 95829 | Various | Trade Debt | N | $12,113.80 |
| 579 | Shadows Forever Friends | 1474 Greenville Dr | Bellingham | WA | 98226 | Various | Trade Debt | N | $12,112.91 |
| 580 | Freedom Life Compass Inc. | P.O. Box 43 | Valparaiso | FL | 32580 | Various | Trade Debt | N | $12,106.00 |
| 581 | Double Trellis Food Initiative | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $12,070.56 |
| 582 | Collision Industry Foundation | P.O. Box 3007 | Mechanicsville | VA | 23116 | Various | Trade Debt | N | $12,044.36 |
| 583 | All Together Foundation | 26 Beidler Drive | Washington Crossing | PA | 18977 | Various | Trade Debt | N | $12,030.74 |
| 584 | Alabama Spay Neuter Clinic Inc. | 2721 Crestwood Blvd | Birmingham | AL | 35210 | Various | Trade Debt | N | $11,986.64 |
| 585 | WIKS-USA Inc. | P.O. Box 200413 | New Haven | CT | 6520 | Various | Trade Debt | N | $11,974.41 |
| 586 | Community Foundation for Coupeville Public Schools | PO Box 1133 | Coupeville | WA | 98239 | Various | Trade Debt | N | $11,947.60 |
| 587 | Friends of Freeland Foundation | 492 Hill Street | Green Lake | WI | 54941 | Various | Trade Debt | N | $11,941.07 |
| 588 | Payette Lakes Ski Club Inc. | P.O. Box 442 | Mccall | ID | 83638 | Various | Trade Debt | N | $11,931.70 |
| 589 | Israel Healing Initiative | 315 S Beverly Dr Ste 307 | Beverly Hills | CA | 90212 | Various | Trade Debt | N | $11,895.49 |
| 590 | 17 Strong | PO Box 1712 | Pismo Beach | CA | 93448 | Various | Trade Debt | N | $11,864.13 |
| 591 | Enduring Hearts Inc. | 1205 Johnson Ferry Rd Ste. 136-329 | Marietta | GA | 30068 | Various | Trade Debt | N | $11,835.36 |

| 592 | Center for Community Stewardship Inc. | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $11,824.48 |
|-----|---------------------------------------|-------------------------|---------|-----|--------|---------|------------|---|------------|
| 593 | Shared Space For All | 22301 51st Ave W | Mountlake Terrace | WA | 98043-4003 | Various | Trade Debt | N | $11,817.08 |
| 594 | Broome County Habitat For Humanity | 103 Adams Ave | Endicott | NY | 13760 | Various | Trade Debt | N | $11,778.37 |
| 595 | Mad River Riders Inc. | P.O. Box 692 | Waitsfield | VT | 5673 | Various | Trade Debt | N | $11,759.55 |
| 596 | Jersey Surf | 465 East Taunton Avenue Suite 202 | West Berlin | NJ | 8091 | Various | Trade Debt | N | $11,721.45 |
| 597 | Angel Fund Inc. | P.O. Box 171 | Point Of Rocks | MD | 21777 | Various | Trade Debt | N | $11,719.31 |
| 598 | Hormel Historic Home | 208 4th Avenue NW | Austin | MN | 55912 | Various | Trade Debt | N | $11,715.00 |
| 599 | Kramerica Gives | 2662 E. 90th Pl. | Thornton | CO | 80229 | Various | Trade Debt | N | $11,694.01 |
| 600 | Chicago Gateway Green | 33 W Kinzie St | Chicago | IL | 60654 | Various | Trade Debt | N | $11,686.02 |
| 601 | A Giving Heart Project Inc | 11823 Springpoint Lane | Charlotte | NC | 28278 | Various | Trade Debt | N | $11,672.32 |
| 602 | The Institute for Art and Olfaction | 932 Chung King Road | Los Angeles | CA | 90012 | Various | Trade Debt | N | $11,625.97 |
| 603 | Sammy's Superheroes Foundation | 2002 23rd St | Columbus | NE | 68601 | Various | Trade Debt | N | $11,607.70 |
| 604 | Sweet Blackberry | 11 S. Angell St. #349 | Providence | RI | 2906 | Various | Trade Debt | N | $11,568.44 |
| 605 | Support Creativity | 521 West 146th Street #512 | New York | NY | 10031 | Various | Trade Debt | N | $11,564.48 |
| 606 | Business of Light | 1020 Cameron Street | Alexandria | VA | 22314 | Various | Trade Debt | N | $11,560.35 |
| 607 | Eye Zen Presents | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $11,560.07 |
| 608 | Luna Cares Fund Inc. | 115 W. Spring Street | Oxford | OH | 45056 | Various | Trade Debt | N | $11,503.80 |
| 609 | Ardella's House Inc. | 2428 N 33rd Street | Philadelphia | PA | 19151 | Various | Trade Debt | N | $11,481.47 |
| 610 | homeLA | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $11,474.80 |
| 611 | Heart Of A Champion Sports Inc. | 609 Oakledge DR NW | Marietta | GA | 30060 | Various | Trade Debt | N | $11,470.76 |
| 612 | Lorton Volunteer Fire Department and Rescue Squad | 7701 Armistead Rd | Lorton | VA | 22079 | Various | Trade Debt | N | $11,424.83 |
| 613 | Jason Taylor Foundation | 10380 W. State Road 84 Unit 11 | Weston | FL | 33324 | Various | Trade Debt | N | $11,404.90 |
| 614 | ZiRu Family Foundation | 303 Twin Dolphin Dr Floor 6 | Redwood City | CA | 94065 | Various | Trade Debt | N | $11,399.00 |
| 615 | Philadelphia Association of Black Journalists | 30 S 15th St (15th floor) | Philadelphia | PA | 19102 | Various | Trade Debt | N | $11,387.60 |
| 616 | OWE | 2225 Saint Albans st | Philadelphia | PA | 19146 | Various | Trade Debt | N | $11,383.23 |
| 617 | Rhode Trip | 630 Currant Road | Fall River | MA | 2720 | Various | Trade Debt | N | $11,355.52 |
| 618 | Treasure Valley Children's Theater | 440 W Pennwood St. Ste. 100 | Meridian | ID | 83642 | Various | Trade Debt | N | $11,337.69 |
| 619 | Houston Athletic Rugby Club | 15702 Welshire Village Court | Sugar Land | TX | 77498 | Various | Trade Debt | N | $11,238.21 |
| 620 | SWARAVEDIKA | 17675 62nd Ave N | Minneapolis | MN | 55311 | Various | Trade Debt | N | $11,220.00 |
| 621 | Minneapolis Scottish Rite Building and Museum Foundation | 2011 Dupont Avenue South | Minneapolis | MN | 55405 | Various | Trade Debt | N | $11,207.30 |
| 622 | Santa Clara Schools Foundation | PO Box 1369 | Santa Clara | CA | 95052 | Various | Trade Debt | N | $11,185.50 |
| 623 | Texas Gulf Coast Crime Prevention Association | Po Box 2790 | Angleton | TX | 77516 | Various | Trade Debt | N | $11,160.51 |
| 624 | West Point School of Music | 1233 W 109th Pl | Chicago | IL | 60643 | Various | Trade Debt | N | $11,116.50 |
| 625 | Avian Conservation Center of Appalachia | 286 Fairchance Road | Morgantown | WV | 26508 | Various | Trade Debt | N | $11,112.54 |
| 626 | Hope for Heroes | 124 Walsh Road | Lagrangeville | NY | 12540 | Various | Trade Debt | N | $11,105.44 |
| 627 | Community Learning Initiative Inc. | 5 Fields Lane | Wayland | MA | 1778 | Various | Trade Debt | N | $11,097.88 |
| 628 | Trinidad Coastal Land Trust | PO Box 457 | Trinidad | CA | 95570 | Various | Trade Debt | N | $11,089.45 |
| 629 | Columbia Main Street | PO Box 1940 | Columbia | TN | 38402 | Various | Trade Debt | N | $11,076.05 |
| 630 | Destiny Sports Mission INC | 3011 78th Street | Lubbock | TX | 79423 | Various | Trade Debt | N | $11,075.00 |
| 631 | The Royal Oak Initiative (ROI) | 80 Parsons Ave | Columbus | OH | 43215 | Various | Trade Debt | N | $11,062.39 |
| 632 | Diamond Wave | 2830 20th Street Suite 207 | San Francisco | CA | 94110 | Various | Trade Debt | N | $11,050.00 |
| 633 | Mattess Joy | 1018 Blaye | Bourbonnais | IL | 60914 | Various | Trade Debt | N | $11,015.96 |
| 634 | Youth Volunteer Corps of Greater Philadelphia | 1501 S Beaver Hill Road | Chester Springs | PA | 19425 | Various | Trade Debt | N | $11,003.33 |
| 635 | Culleystrong Foundation | Po Box 580 | Manasquan | NJ | 8736 | Various | Trade Debt | N | $11,002.20 |
| 636 | Center for Immigrant Protection | 526 Castro Street | San Francisco | CA | 94114 | Various | Trade Debt | N | $10,987.65 |
| 637 | KAMO Inc. | 2925 County Road O | Tekamah | NE | 68061 | Various | Trade Debt | N | $10,979.92 |
| 638 | MORMON WOMEN FOR ETHICAL GOVERNMENT | 6211 S. Highland Dr #4020 | Salt Lake City | UT | 84121 | Various | Trade Debt | N | $10,955.99 |
| 639 | Michael Skoubis Foundation | 1990 E Algonquin Road Ste 230 | Schaumburg | IL | 60173 | Various | Trade Debt | N | $10,934.95 |
| 640 | Equal Access To Justice Inc. | P.O. Box 25941 | Albuquerque | NM | 87125 | Various | Trade Debt | N | $10,882.41 |
| 641 | NACAÂ® Foundation | 13 Harbison Way | Columbia | SC | 29212 | Various | Trade Debt | N | $10,875.84 |
| 642 | Lambda Archives of San Diego | 4545 Park Blvd Ste 104 | San Diego | CA | 92116 | Various | Trade Debt | N | $10,875.24 |
| 643 | Annie Appleseed Project | 3340 SE Federal Highway # 209 | Stuart | FL | 34997 | Various | Trade Debt | N | $10,857.21 |
| 644 | P.A.S.O West Suburban Action Project | 3415 W North Ave Ste D | Melrose Park | IL | 60160 | Various | Trade Debt | N | $10,854.17 |
| 645 | All About Cats | 301 Central Ave #211 | Hilton Head Island | SC | 29926 | Various | Trade Debt | N | $10,825.05 |
| 646 | The Gray Matter Experience | 20 N Wacker Dr Suite 1200 | Chicago | IL | 60606 | Various | Trade Debt | N | $10,824.49 |
| 647 | Strong and Salty | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $10,795.50 |
| 648 | Team Hoyt VB | 501 21st Street | Virginia Beach | VA | 23451 | Various | Trade Debt | N | $10,773.77 |
| 649 | Minnesota Law Enforcement Memorial Association | 1670 S Robert Street #196 | Saint Paul | MN | 55118 | Various | Trade Debt | N | $10,745.26 |
| 650 | Iowa Mediation Service | 1441 29th Street | West Des Moines | IA | 50266 | Various | Trade Debt | N | $10,740.89 |
| 651 | Colorado Name Change Project | P.O. Box 200474 | Denver | CO | 80220 | Various | Trade Debt | N | $10,687.99 |
| 652 | Lewis-Palmer School District No. 38 Education Foundation | 146 N. Jefferson PO Box 40 | Monument | CO | 80132 | Various | Trade Debt | N | $10,687.55 |
| 653 | East Texas Arboretum and Botanical | P.O. Box 2231 | Athens | TX | 75751 | Various | Trade Debt | N | $10,618.67 |
| 654 | Soul Food Cafe Mission | 1717 S. Donaghey | Conway | AR | 72034 | Various | Trade Debt | N | $10,600.74 |
| 655 | Mondiant Initiative | 5049 Park Terrace | Minneapolis | MN | 55436 | Various | Trade Debt | N | $10,589.25 |
| 656 | Pharmacists United for Truth and Transparency | 326 S. Main Street | Winston Salem | NC | 27101 | Various | Trade Debt | N | $10,560.00 |
| 657 | Motley Zoo Animal Rescue | 7345 164th Ave NE Suite 145 Box 320 | Redmond | WA | 98052 | Various | Trade Debt | N | $10,548.29 |
| 658 | The Kiran Anjali Project | P.O. Box 757 | Mercer Island | WA | 98040 | Various | Trade Debt | N | $10,528.17 |
| 659 | ALWAYS B SMILING INC | 304 Pine Valley Drive | Bridgeville | PA | 15017 | Various | Trade Debt | N | $10,523.14 |
| 660 | BoxoPROJECTS | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $10,523.05 |
| 661 | Hampton Roads Community Health Center Inc. | 664 Lincoln Street | Portsmouth | VA | 23704 | Various | Trade Debt | N | $10,510.11 |
| 662 | Keith Bolsen Silage Safety Foundation | 13428 E. Herndon Ave. | Clovis | CA | 93619 | Various | Trade Debt | N | $10,504.20 |
| 663 | Camp Millennium | 2880 NW Stewart Parkway Ste 200 | Roseburg | OR | 97471 | Various | Trade Debt | N | $10,482.28 |
| 664 | Nashville Filmmakers Guild | P.O. Box 330564 | Nashville | TN | 37203 | Various | Trade Debt | N | $10,479.26 |
| 665 | Warm Heart Worldwide | 434 Cedar Avenue | Highland Park | NJ | 8904 | Various | Trade Debt | N | $10,350.65 |
| 666 | Ryan's House for Youth | 19777 SR 20 | Coupeville | WA | 98239 | Various | Trade Debt | N | $10,334.66 |

| 667 | Benjamin Benefit Foundation | 208 Sonni Lane | Mc Kees Rocks | PA | 15136 | Various | Trade Debt | N | $10,330.70 |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 668 | Big Ten Club of Southern CA | 2400 Carnegie Lane | Redondo Beach | CA | 90278 | Various | Trade Debt | N | $10,324.55 |
| 669 | Iskali | 1812 N 38th Ave | Maywood | IL | 60165 | Various | Trade Debt | N | $10,310.75 |
| 670 | Crowded Fire Theater Company | 1695 18th Street C101 | San Francisco | CA | 94107 | Various | Trade Debt | N | $10,275.78 |
| 671 | Sisters of Solace | 3024 Frederick Avenue | Saint Joseph | MO | 64506 | Various | Trade Debt | N | $10,272.77 |
| 672 | The Mya Lin Terry Foundation | 1637 Finderne Street | Oakhurst | NJ | 7755 | Various | Trade Debt | N | $10,264.52 |
| 673 | Whisker City Feline Rescue | 1620 N. 183rd Street | Shoreline | WA | 98133 | Various | Trade Debt | N | $10,258.23 |
| 674 | Beginner's Mind Zen Center | 9325 Lasaine Ave | Northridge | CA | 91325 | Various | Trade Debt | N | $10,215.14 |
| 675 | Jesse's House Inc. | P.O. Box 3318 | Cumming | GA | 30028 | Various | Trade Debt | N | $10,204.72 |
| 676 | Delta Gateway Foundation Inc. | P.O. Box 37290 | Cincinnati | OH | 45222 | Various | Trade Debt | N | $10,185.25 |
| 677 | Kunoichi Productions | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $10,177.25 |
| 678 | Rhea of Hope Foundation | 1385 Monarch Cir | Naperville | IL | 60564 | Various | Trade Debt | N | $10,153.90 |
| 679 | The Potters Recovery Center Inc | 15218 Summit Ave. STE 300-211 | Fontana | CA | 92336 | Various | Trade Debt | N | $10,126.80 |
| 680 | Fulcrum Arts | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $10,106.85 |
| 681 | Education and Hope | P.O. Box 486 | Norwalk | CT | 6856 | Various | Trade Debt | N | $10,099.78 |
| 682 | Lake Travis Education Foundation | 607 Ranch Road 620 North - P1 | Austin | TX | 78734 | Various | Trade Debt | N | $10,099.26 |
| 683 | Friends of the Vergennes Opera House Inc. | P.O. Box 88 | Vergennes | VT | 5491 | Various | Trade Debt | N | $10,091.64 |
| 684 | Unite to Light | 1117 State St #19 | Santa Barbara | CA | 93101 | Various | Trade Debt | N | $10,091.25 |
| 685 | Saffron Communities Initiatives | 1275 Minnesota St. #205 | San Francisco | CA | 94107 | Various | Trade Debt | N | $10,068.00 |
| 686 | ElderCircle | NO 1 400 RIVER ROAD | Grand Rapids | MN | 55744 | Various | Trade Debt | N | $10,047.50 |
| 687 | Gateway Housing First Inc. | 1104 S. Jefferson Av. (FRONT) | Saint Louis | MO | 63104 | Various | Trade Debt | N | $10,046.37 |
| 688 | Helping Hands for GAND Inc. | PO Box 5304 | Huntsville | AL | 35814 | Various | Trade Debt | N | $10,038.49 |
| 689 | Obodo Collective | 1770 Post St Suite 135 | San Francisco | CA | 94115 | Various | Trade Debt | N | $10,028.04 |
| 690 | Splashes of Hope Inc | PO Box 537 | Huntington | NY | 11743 | Various | Trade Debt | N | $10,026.75 |
| 691 | Step Up Transitional Living Program | 500 N Washington Suite 5 | Weatherford | OK | 73096 | Various | Trade Debt | N | $9,994.50 |
| 692 | Hawkeye Area Down Syndrome Association | 5249 North Park Pl #328 | Cedar Rapids | IA | 52402 | Various | Trade Debt | N | $9,967.92 |
| 693 | Texas Culture Change Coalition | 3361 Pioneer Crossing | Round Rock | TX | 78665 | Various | Trade Debt | N | $9,945.91 |
| 694 | Dayton Right to Life | 425 N Findlay St | Dayton | OH | 45404 | Various | Trade Debt | N | $9,921.35 |
| 695 | Healthy Steps Diaper Bank | 4075 Linglestown Road PMB #229 | Harrisburg | PA | 17112 | Various | Trade Debt | N | $9,903.14 |
| 696 | Rob Dollar Foundation | 368 S Dutchman's Trail #403 | Young | AZ | 85554 | Various | Trade Debt | N | $9,893.40 |
| 697 | Brain Stories | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $9,850.00 |
| 698 | Calidan Missions | 12839 N 31 St | Phoenix | AZ | 85032 | Various | Trade Debt | N | $9,834.92 |
| 699 | Englewood Sailing Association Inc. | 4291 S Tamiami Trail #1009 | Venice | FL | 34293 | Various | Trade Debt | N | $9,796.40 |
| 700 | Congo Square Preservation Society | P.O. Box 58371 | New Orleans | LA | 70158 | Various | Trade Debt | N | $9,725.07 |
| 701 | Hinsdale Historical Society | PO Box 336 | Hinsdale | IL | 60522 | Various | Trade Debt | N | $9,722.33 |
| 702 | Please Select | 617 Mccorkle Blvd #1994 | Westerville | OH | 43086-1994 | Various | Trade Debt | N | $9,701.63 |
| 703 | Shoreline Arts Alliance | 63 Wall Street | Madison | CT | 6443 | Various | Trade Debt | N | $9,638.57 |
| 704 | New Story Leadership | 713 N Vermont St | Arlington | VA | 22203 | Various | Trade Debt | N | $9,636.22 |
| 705 | Water Underground | 3080 Arlotte Avenue | Long Beach | CA | 90808 | Various | Trade Debt | N | $9,602.00 |
| 706 | Colorado Community Action Association | PO Box 18321 | Denver | CO | 80218 | Various | Trade Debt | N | $9,532.92 |
| 707 | Spero | 1114 E 38th St. | Minneapolis | MN | 55407 | Various | Trade Debt | N | $9,525.82 |
| 708 | Called To Serve CDC | 3600 North Broad Street | Philadelphia | PA | 19140 | Various | Trade Debt | N | $9,508.20 |
| 709 | Center for Engagement Environmental Justice and Health | 1625 Clay St Floor 6 | Oakland | CA | 94612 | Various | Trade Debt | N | $9,475.20 |
| 710 | Catalyst San Gabriel Valley Inc. | 20 W. Commonwealth Ave | Alhambra | CA | 91801 | Various | Trade Debt | N | $9,431.68 |
| 711 | The Greater Worcester Land Trust | 4 Ash Street | Worcester | MA | 1608 | Various | Trade Debt | N | $9,420.35 |
| 712 | NE Ohio Greyhound Rescue | 905 Mechanicsville Rd | Geneva | OH | 44041 | Various | Trade Debt | N | $9,390.49 |
| 713 | Hunger Coalition of Transylvania County | P.O. Box 1695 | Brevard | NC | 28712 | Various | Trade Debt | N | $9,380.85 |
| 714 | Clear Lake Islamic Center | 17511 El Camino Real | Houston | TX | 77058 | Various | Trade Debt | N | $9,378.58 |
| 715 | Strong Like Lisa Inc | 14460 Northwest 61st Street | Kansas City | MO | 64152 | Various | Trade Debt | N | $9,370.37 |
| 716 | Autism Support Group of NWA | 1200 W Walnut St Suite 1111 | Rogers | AR | 72758 | Various | Trade Debt | N | $9,360.75 |
| 717 | Animal Adoption Center | 501 Berlin Road North | Lindenwold | NJ | 8021 | Various | Trade Debt | N | $9,349.35 |
| 718 | Lackey Ministries | PO Box 925869 | Houston | TX | 77292-5869 | Various | Trade Debt | N | $9,346.03 |
| 719 | Helping Oppressed People Everywhere | PO Box 5521 | Kingwood | TX | 77325 | Various | Trade Debt | N | $9,310.37 |
| 720 | Community For The Commons | P.O. Box 333 | Excelsior | MN | 55331 | Various | Trade Debt | N | $9,304.82 |
| 721 | Vermont Day School | 6701 Shelburne Road | Shelburne | VT | 5482 | Various | Trade Debt | N | $9,296.24 |
| 722 | Brain Injury Association of Maryland | 2200 Kernan Drive | Baltimore | MD | 21207 | Various | Trade Debt | N | $9,255.12 |
| 723 | The Learning Fund Foundation | 1370 N Riverwoods Rd | Lincolnshire | IL | 60069 | Various | Trade Debt | N | $9,251.72 |
| 724 | Playing 4 Hope | PO BOX 10156 | Columbia | MO | 65205 | Various | Trade Debt | N | $9,230.00 |
| 725 | Pockets of Hope | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $9,201.17 |
| 726 | Spandana Foundation | 1146 Yorkshire Drive | Breinigsville | PA | 18031 | Various | Trade Debt | N | $9,181.80 |
| 727 | Rainier Valley Leadership Academy | 6020 Rainier Ave S | Seattle | WA | 98118 | Various | Trade Debt | N | $9,148.51 |
| 728 | Eagle Rock Camp | 113 1st Ave S | Conover | NC | 28613 | Various | Trade Debt | N | $9,141.00 |
| 729 | Angelic Kindness | Po Box 1655 | Bolingbrook | IL | 60440 | Various | Trade Debt | N | $9,102.52 |
| 730 | Listen4Life Foundation | c/o Jerome Lenk 336 Peoria St. | Daly City | CA | 94014 | Various | Trade Debt | N | $9,071.28 |
| 731 | Wasatch Wigeons | 475 West 2125 North | Ogden | UT | 84414 | Various | Trade Debt | N | $9,067.88 |
| 732 | International Hands in Service dba Project Salud y Paz | PMB 67022 21750 Hardy Oak Blvd Ste 104 | San Antonio | TX | 78258-4946 | Various | Trade Debt | N | $9,053.00 |
| 733 | Marriage and Family Works Inc. | 1007 Manatee Avenue East | Bradenton | FL | 34208 | Various | Trade Debt | N | $9,035.38 |
| 734 | Parker Artists Guild | Po Box 4595 | Parker | CO | 80134 | Various | Trade Debt | N | $9,010.11 |
| 735 | Many Hands Many Meals | 301 County Road 19 | Excelsior | MN | 55331 | Various | Trade Debt | N | $8,997.59 |
| 736 | Washington Youth Academy Foundation | 1207 Carver Street W | Bremerton | WA | 98312 | Various | Trade Debt | N | $8,986.93 |
| 737 | Open Doors for Refugees | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $8,933.87 |
| 738 | Down Syndrome Association of Greater Charlotte | 3900 PARK ROAD C | Charlotte | NC | 28209-2133 | Various | Trade Debt | N | $8,932.08 |
| 739 | Intersection for the Arts | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $8,917.75 |
| 740 | Animal Services and Operations Support dba Animal SOS | 8734 Whitesville Road | Columbus | GA | 31904 | Various | Trade Debt | N | $8,888.00 |
| 741 | Kiawah Cares Foundation | 23 Beachwalker Dr | Kiawah Island | SC | 29455 | Various | Trade Debt | N | $8,879.38 |
| 742 | Sports Outreach Northwest | 2459 SE T.V. Hwy PMB#145 | Hillsboro | OR | 97123 | Various | Trade Debt | N | $8,861.44 |

| 743 | Achieving My Purpose | Po Box 5483 | Scottsdale | AZ | 85261 | Various | Trade Debt | N | $8,844.46 |
|---|---|---|---|---|---|---|---|---|---|
| 744 | Alicia's Angels Inc. | 294 Crystal Ave | New London | CT | 6320 | Various | Trade Debt | N | $8,840.47 |
| 745 | St Marys Outreach Center | 3939 Roland Avenue Lower Level (POB 4739) | Baltimore | MD | 21211 | Various | Trade Debt | N | $8,835.70 |
| 746 | Rio Rancho Creative Crossroads | 5033 White Owl Way NE | Rio Rancho | NM | 87144 | Various | Trade Debt | N | $8,821.64 |
| 747 | Happy Tales Animal Sanctuary Inc. | PO Box 51 | Union Mills | NC | 28167 | Various | Trade Debt | N | $8,819.72 |
| 748 | Open Connections | 1616 Delchester Rd | Newtown Square | PA | 19073 | Various | Trade Debt | N | $8,819.34 |
| 749 | From Prison Cells To Phd Inc. | 26 N. Highland Ave. | Baltimore | MD | 21224 | Various | Trade Debt | N | $8,812.35 |
| 750 | Friends Of WomenSafe Inc. | PO Box 84 | Chardon | OH | 44024 | Various | Trade Debt | N | $8,793.04 |
| 751 | RAFT - Resilience for Advocates through Foundational Training | 594 Sawdust Road #355 | The Woodlands | TX | 77380 | Various | Trade Debt | N | $8,775.14 |
| 752 | The Learning Collaborative | P.O. Box 220488 | Charlotte | NC | 28222 | Various | Trade Debt | N | $8,768.04 |
| 753 | ARTemis Arts | 2 Grouse Ter | Lake Oswego | OR | 97035 | Various | Trade Debt | N | $8,766.50 |
| 754 | EAGLE OPS Foundation | 12324 E. 86th ST N Suite 254 | Owasso | OK | 74055 | Various | Trade Debt | N | $8,726.71 |
| 755 | Upbeat Academy Foundation | 715 Girod St. Suite 100 | New Orleans | LA | 70130 | Various | Trade Debt | N | $8,718.00 |
| 756 | The PAW Mission | 13229 7th Pl | Yucaipa | CA | 92399 | Various | Trade Debt | N | $8,714.74 |
| 757 | Stage 62 | P.O. Box 462 | Carnegie | PA | 15106 | Various | Trade Debt | N | $8,704.66 |
| 758 | The American Friends of Waterford | 1025 Connecticut Ave NW Ste 904 | Washington | DC | 20036 | Various | Trade Debt | N | $8,698.80 |
| 759 | The Quinan Street Project - Fiscal Sponsor: Intersection for the Arts | 1448 Market St | San Francisco | CA | 94103 | Various | Trade Debt | N | $8,672.00 |
| 760 | Black Trans Travel Fund | 2214 Frederick Douglass Blvd Ste 152 | New York | NY | 10026 | Various | Trade Debt | N | $8,670.83 |
| 761 | Plum Ski-ters Water Ski Show Team | P.O. Box 404 | Saint Germain | WI | 54558 | Various | Trade Debt | N | $8,628.80 |
| 762 | The Matias Rosado Foundation | 6008 Pinewood Court | Weddington | NC | 28104 | Various | Trade Debt | N | $8,622.95 |
| 763 | WAVE Project | 20588 Hall Road | Clinton Township | MI | 48038 | Various | Trade Debt | N | $8,598.25 |
| 764 | ERF | 14301 FNB Parkway Suite 100 | Omaha | NE | 68154 | Various | Trade Debt | N | $8,548.45 |
| 765 | Learning 4 Life Farm | 3062 Johnstown Utica Rd | Johnstown | OH | 43031 | Various | Trade Debt | N | $8,546.34 |
| 766 | Michigan Coalition for Deaf & Hard of Hearing People | P.O. Box 980553 | Ypsilanti | MI | 48198-0553 | Various | Trade Debt | N | $8,544.45 |
| 767 | Asheville Youth Mission | 40 Church Street | Asheville | NC | 28803 | Various | Trade Debt | N | $8,466.24 |
| 768 | Nashua Education Foundation | 1617 Southwood DR Suite 200 | Nashua | NH | 3063 | Various | Trade Debt | N | $8,465.40 |
| 769 | JUSTin HOPE Foundation | P.O. Box 10121 | Reno | NV | 89510 | Various | Trade Debt | N | $8,462.88 |
| 770 | Support Sisterz | P.O. Box 6841 | Norco | CA | 92860 | Various | Trade Debt | N | $8,455.75 |
| 771 | Liholiho Laulima | 3430 Maunaloa Avenue | Honolulu | HI | 96816 | Various | Trade Debt | N | $8,412.42 |
| 772 | Success Stories Program | 23638 Newhall Ave Ste 6 #356 | Newhall | CA | 91321 | Various | Trade Debt | N | $8,380.14 |
| 773 | Second Chance Animal Shelter | P O Box 147 | Selma | CA | 93662 | Various | Trade Debt | N | $8,380.00 |
| 774 | Bodies in Play | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $8,375.00 |
| 775 | JAR of Hope | Taylors Mills Rd | Manalapan | NJ | 7726 | Various | Trade Debt | N | $8,368.76 |
| 776 | Kern Literacy Council | 331 18th Street | Bakersfield | CA | 93301 | Various | Trade Debt | N | $8,351.03 |
| 777 | Gary Literacy Coalition | 650 Grant St | Gary | IN | 46404 | Various | Trade Debt | N | $8,269.08 |
| 778 | Nana Grants Inc. | 6065 Roswell Rd #450 | Atlanta | GA | 30328 | Various | Trade Debt | N | $8,266.61 |
| 779 | Living Lotus Project | 65 East 4th Street Suite 31 | New York | NY | 10003 | Various | Trade Debt | N | $8,264.84 |
| 780 | Living Tongues Institute for Endangered Languages | 8269 Jordan St SE | Salem | OR | 97317 | Various | Trade Debt | N | $8,252.85 |
| 781 | Sports Boosters of MD | 12118 Heneson Garth | Owings Mills | MD | 21117 | Various | Trade Debt | N | $8,224.70 |
| 782 | Open Works | 1400 Greenmount Avenue | Baltimore | MD | 21202 | Various | Trade Debt | N | $8,220.98 |
| 783 | Kansas City Infertility Awareness Foundation | PO Box 22463 | Kansas City | MO | 64113 | Various | Trade Debt | N | $8,209.03 |
| 784 | Aeta Tribe Foundation | 611 Waller Street | San Francisco | CA | 94117 | Various | Trade Debt | N | $8,183.89 |
| 785 | Fight To End Exploitation Inc. | 621 16th Street | Racine | WI | 53403 | Various | Trade Debt | N | $8,166.30 |
| 786 | One More Moment | 772 Bradford PL NE | Grand Rapids | MI | 49525 | Various | Trade Debt | N | $8,156.58 |
| 787 | ATL Foundation | PO Box 17852 | Golden | CO | 80402 | Various | Trade Debt | N | $8,155.57 |
| 788 | Provision Packs | 289 Walnut St | Ormond Beach | FL | 32174 | Various | Trade Debt | N | $8,155.51 |
| 789 | Friends Of The Wagner Ranch Nature Area | P.O. Box 821 | Orinda | CA | 94563 | Various | Trade Debt | N | $8,149.97 |
| 790 | National Urban Fellows Inc. | 1120 Avenue of Americas | New York | NY | 10036 | Various | Trade Debt | N | $8,118.70 |
| 791 | Whatcom Family & Community Network | 2303 Moore Street | Bellingham | WA | 98229 | Various | Trade Debt | N | $8,112.81 |
| 792 | Silver Linings Foundation | 832 11th Ave | York | PA | 17402 | Various | Trade Debt | N | $8,109.48 |
| 793 | A Mighty Change of Heart | 9950 W Van Buren St Suite 108 | Avondale | AZ | 85323 | Various | Trade Debt | N | $8,102.67 |
| 794 | AAngelsNJ | Post Office Box 150 | Montclair | NJ | 7042 | Various | Trade Debt | N | $8,099.36 |
| 795 | Del Camino Connection Nfp | 605 Lincoln Avenue | Fox River Grove | IL | 60021 | Various | Trade Debt | N | $8,088.95 |
| 796 | Church Connection International | 730 Woodside Creek Dr | Festus | MO | 63028 | Various | Trade Debt | N | $8,086.70 |
| 797 | Benicia Community Foundation | 831 East 2nd St. Suite 202 | Benicia | CA | 94510 | Various | Trade Debt | N | $8,076.16 |
| 798 | Love Never Fails | 6937 Village Parkway #2074 | Dublin | CA | 94568 | Various | Trade Debt | N | $8,065.95 |
| 799 | Brazoria County Alliance for Children Inc. | 139 E Myrtle St | Angleton | TX | 77515 | Various | Trade Debt | N | $8,063.38 |
| 800 | Anything is Possible Foundation | 3776 Quarter Mile Drive | San Diego | CA | 92130 | Various | Trade Debt | N | $8,056.75 |
| 801 | Hunts Of Honor | 1366 Hornsby Circle | Lugoff | SC | 29078 | Various | Trade Debt | N | $8,039.12 |
| 802 | JiVA Mental Health | 3255 Sawtelle Blvd Apt 101 | Los Angeles | CA | 90066 | Various | Trade Debt | N | $8,028.32 |
| 803 | Charlotte Maxwell Clinic | 411 30th Street Suite 508 | Oakland | CA | 94609 | Various | Trade Debt | N | $8,028.09 |
| 804 | Independent Musician's Alliance - Fiscal Sponsor: Intersection for the Arts | 1446 Market St | San Francisco | CA | 94102 | Various | Trade Debt | N | $8,027.62 |
| 805 | Wounded Warriors United-Minnesota | 6043 Woodbury Drive | Wright | MN | 55798 | Various | Trade Debt | N | $7,981.25 |
| 806 | Project Mobility | 2930 Campton Hills Road | Saint Charles | IL | 60175 | Various | Trade Debt | N | $7,969.47 |
| 807 | Devices 4 the Disabled | 2701 W. 36th Place | Chicago | IL | 60632 | Various | Trade Debt | N | $7,959.40 |
| 808 | Boys & Girls Club Of South San Luis Obispo County | 1830 19th Street | Oceano | CA | 93445 | Various | Trade Debt | N | $7,958.79 |
| 809 | Alma Bonita Animal Rescue | 5970 Little Uvas Road | Morgan Hill | CA | 95037 | Various | Trade Debt | N | $7,911.75 |
| 810 | Enliven Foundation | 550 S Main Street | Lebanon | OR | 97355 | Various | Trade Debt | N | $7,906.00 |
| 811 | Gracies army foundation | 19 Stafford Place | Towaco | NJ | 7082 | Various | Trade Debt | N | $7,902.45 |
| 812 | Set Free Services | 1032 W Main St | Medford | OR | 97501 | Various | Trade Debt | N | $7,899.62 |
| 813 | Alliance for Felix Cove | 1625 Clay Street 6th floor | Oakland | CA | 94612 | Various | Trade Debt | N | $7,888.96 |
| 814 | BRITE Initiative Inc. | P.O. Box 224065 | West Palm Beach | FL | 33422 | Various | Trade Debt | N | $7,881.80 |
| 815 | Women's Initiative for Self Empowerment | 570 N Asbury St Suite 202 | Saint Paul | MN | 55104 | Various | Trade Debt | N | $7,872.96 |
| 816 | Whitman County Humane Society Inc. | 1340 Old Moscow Rd | Pullman | WA | 99163 | Various | Trade Debt | N | $7,860.23 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 817 | Whitefish Bay Civic Foundation | 5300 N Marlborough Drive | | WI | 53217 | Various | Trade Debt | N | $7,849.10 |
| 818 | Tomb Of The Unknown Soldier Foundation | PO Box 409 | Simpsonville | MD | 21150 | Various | Trade Debt | N | $7,848.22 |
| 819 | Jesus Cares 2020 Ministries | 1440 Slater St Apt 4 | Santa Rosa | CA | 95404 | Various | Trade Debt | N | $7,840.80 |
| 820 | Temple Childrens Museum | 11 N. 4th St. | Temple | TX | 76501 | Various | Trade Debt | N | $7,834.01 |
| 821 | SEMIS Coalition | 10925 Foreman St. | Lowell | MI | 49331 | Various | Trade Debt | N | $7,833.87 |
| 822 | Social Justice Tours | 172 Allen Street | New York | NY | 10002 | Various | Trade Debt | N | $7,825.69 |
| 823 | Pink Queen Foundation | 2635 Old Okeechobee Rd. | West Palm Beach | FL | 33409 | Various | Trade Debt | N | $7,771.52 |
| 824 | Sustainable Seattle | 7511 Greenwood Ave N #121 | Seattle | WA | 98103 | Various | Trade Debt | N | $7,770.55 |
| 825 | University City Hospitality Coalition Inc. | PMB 410 3720 Spruce St | Philadelphia | PA | 19104 | Various | Trade Debt | N | $7,756.07 |
| 826 | Thank You First Responder | 401 East Las Olas Blvd STE 130-516 | Fort Lauderdale | FL | 33301 | Various | Trade Debt | N | $7,751.25 |
| 827 | Bastion Community of Resilience | 1901 Mirabeau Ave. | New Orleans | LA | 70122 | Various | Trade Debt | N | $7,744.00 |
| 828 | Mid-Valley Literacy Center | 1850 45th Avenue NE/PO Box 7639 | Salem | OR | 97303 | Various | Trade Debt | N | $7,681.58 |
| 829 | National Fish Habitat Fund INC | 1100 1St St Ne Ste 825 | Washington | DC | 20002 | Various | Trade Debt | N | $7,668.81 |
| 830 | 4Breath4Life | 8595 Pelham Road Suite 400-210 | Greenville | SC | 29615 | Various | Trade Debt | N | $7,655.81 |
| 831 | Girl Talk Foundation Inc. | 730 Lawrence Street NE | Washington | DC | 20017 | Various | Trade Debt | N | $7,645.55 |
| 832 | MidDel Public Schools Foundation | 7217 SE 15th | Midwest City | OK | 73110 | Various | Trade Debt | N | $7,596.34 |
| 833 | Philadelphia Family Pride | P.O. Box 31848 | Philadelphia | PA | 19104 | Various | Trade Debt | N | $7,584.66 |
| 834 | Foundation for Pierce College | 6201 Winnetka Avenue | Woodland Hills | CA | 91371 | Various | Trade Debt | N | $7,582.46 |
| 835 | The Sean Hanna Foundation | PO Box 223 | Piscataway | NJ | 8854 | Various | Trade Debt | N | $7,570.00 |
| 836 | Music Moves | 66 Joyce Blvd. Suite 1 | Fayetteville | AR | 72703 | Various | Trade Debt | N | $7,552.90 |
| 837 | Jacob's Well Missions | PO Box 63491 | Colorado Springs | CO | 80962 | Various | Trade Debt | N | $7,551.80 |
| 838 | TUCSON POPS ORCHESTRA | P O Box 43114 | Tucson | AZ | 85733 | Various | Trade Debt | N | $7,548.65 |
| 839 | Memphis Artists for Change | 3890 Millbranch Rd | Memphis | TN | 38116 | Various | Trade Debt | N | $7,540.70 |
| 840 | Rocky Mountain Youth Leadership Foundation Inc. | Po Box 2152 | Monument | CO | 80132 | Various | Trade Debt | N | $7,526.85 |
| 841 | Raizes Collective | 1535 Franklin Ave | Santa Rosa | CA | 95404 | Various | Trade Debt | N | $7,490.00 |
| 842 | Society of Military Otolaryngologists | 5150 Broadway St. #251 | San Antonio | TX | 78209 | Various | Trade Debt | N | $7,486.12 |
| 843 | John Drypen Foundation | 10409 Sandpiper Ct | South Lyon | MI | 48178 | Various | Trade Debt | N | $7,480.65 |
| 844 | Blackbox International | P.O. Box 188 | Joplin | MO | 64802 | Various | Trade Debt | N | $7,468.23 |
| 845 | The Nephrotic Syndrome Foundation | 325 Marks Rd. | Alamo | CA | 94507 | Various | Trade Debt | N | $7,455.80 |
| 846 | The Pope Valley Farm Center | 5820 Chiles Pope Valley Rd. | Saint Helena | CA | 94567 | Various | Trade Debt | N | $7,443.50 |
| 847 | Point Hope Inc. | P.O. Box 8623 | Port Orchard | WA | 98366 | Various | Trade Debt | N | $7,383.95 |
| 848 | Madison Vegan Fest | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $7,361.51 |
| 849 | Art Forces | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $7,358.10 |
| 850 | Alliance in Mentorship | 3000 American River Drive | Sacramento | CA | 95864 | Various | Trade Debt | N | $7,347.68 |
| 851 | Larena Smith Bengoa Run Ride Or Walk For The Cure | 750 W Winnemucca Blvd | Winnemucca | NV | 89445 | Various | Trade Debt | N | $7,338.45 |
| 852 | Team Tobati | 9 Rogers Place | New Britain | CT | 6051 | Various | Trade Debt | N | $7,334.80 |
| 853 | Mid City Redevelopment Alliance | 419 N 19th Street | Baton Rouge | LA | 70802 | Various | Trade Debt | N | $7,328.76 |
| 854 | Hands In Service Inc. | P.O. Box 725 | Sellersville | PA | 18960 | Various | Trade Debt | N | $7,320.70 |
| 855 | A Servant's Love Inc. | P.O. Box 9068 | Mobile | AL | 36691 | Various | Trade Debt | N | $7,319.34 |
| 856 | Become Inc. | 207 E Ohio Unit 291 | Chicago | IL | 60611 | Various | Trade Debt | N | $7,317.14 |
| 857 | Reedsburg Area Youth Golf | P.O. Box 4 | Reedsburg | WI | 53959 | Various | Trade Debt | N | $7,310.00 |
| 858 | International Project for Human Potential | 4420 Hotel Circle Ct. Suite 235 | San Diego | CA | 92108 | Various | Trade Debt | N | $7,305.70 |
| 859 | Los Angeles Viking Charities | C/O Bob Pratt P.O. Box 9223 | Marina Del Rey | CA | 90295 | Various | Trade Debt | N | $7,274.90 |
| 860 | The Jude Project | P.O. Box 532 | Dulles | VA | 20146 | Various | Trade Debt | N | $7,255.88 |
| 861 | Military Order of the Purple Heart of the USA | 5413-B Backlick Road | Springfield | VA | 22151 | Various | Trade Debt | N | $7,248.00 |
| 862 | CommunityWorks | 100 Pine St Ste NW-4 | Holland | MI | 49464-2605 | Various | Trade Debt | N | $7,230.50 |
| 863 | Hillel at Baruch Inc. | 55 Lexington Ave B2-210 | New York | NY | 10010 | Various | Trade Debt | N | $7,217.12 |
| 864 | Colorado Renewable Energy Society | 430 N College Avenue Suite 400 | Fort Collins | CO | 80524 | Various | Trade Debt | N | $7,214.95 |
| 865 | Operation Grateful Hearts | 481 South Tiburon Avenue | Meridian | ID | 83642-3587 | Various | Trade Debt | N | $7,200.70 |
| 866 | Dubbers Care Foundation | 1200 S Reserve St Ste F | Missoula | MT | 59801 | Various | Trade Debt | N | $7,180.67 |
| 867 | LAN VWA | P.O. Box 19772 | Asheville | NC | 28805 | Various | Trade Debt | N | $7,176.60 |
| 868 | Council of Religious Leaders of Metropolitan Chicago | 5416 S Cornell Ave #141 | Chicago | IL | 60615 | Various | Trade Debt | N | $7,170.47 |
| 869 | Girls Shelter of Fort Smith Ark Inc | P.O. Box 3177 | Fort Smith | AR | 72913 | Various | Trade Debt | N | $7,139.51 |
| 870 | Hoffen Foundation | P.O. Box 121062 | Arlington | TX | 76012 | Various | Trade Debt | N | $7,131.82 |
| 871 | Long X Arts Foundation | 100 2nd Ave SW | Watford City | ND | 58854 | Various | Trade Debt | N | $7,128.70 |
| 872 | In Harmony Foundation | Po Box 1653 | Benicia | CA | 94510 | Various | Trade Debt | N | $7,128.00 |
| 873 | Richard Myles Johnson Foundation | 2855 E. Guasti Rd. Suite 202 | Ontario | CA | 91761 | Various | Trade Debt | N | $7,120.00 |
| 874 | Athena Project | 5761 S. Youngfield Street | Littleton | CO | 80127 | Various | Trade Debt | N | $7,113.95 |
| 875 | Honor Tribe Outdoors | 1712 Old Highway 431 | Gadsden | AL | 35905 | Various | Trade Debt | N | $7,065.90 |
| 876 | Global Missions Of Mercy | PO Box 2969 | Muscle Shoals | AL | 35661 | Various | Trade Debt | N | $7,055.94 |
| 877 | Cecil Land Trust | 135 East Main Street | Elkton | MD | 21921 | Various | Trade Debt | N | $7,055.05 |
| 878 | Friends Of SoZo Kids | 333 Colony Blvd. Suite 164 | The Villages | FL | 32162 | Various | Trade Debt | N | $7,053.92 |
| 879 | Rescued Hearts Ranch | PO Box 1893 | Zephyr Cove | NV | 89448 | Various | Trade Debt | N | $7,050.00 |
| 880 | Court Advocates for Children for Kittitas County | 421 North Pearl Street | Ellensburg | WA | 98926 | Various | Trade Debt | N | $7,030.00 |
| 881 | First Generation Investors | 48 Wall Street Suite 1100 | New York | NY | 10005 | Various | Trade Debt | N | $7,002.99 |
| 882 | Avon Grove Library | 117 Rosehill Avenue | West Grove | PA | 19390 | Various | Trade Debt | N | $6,998.44 |
| 883 | Open Road Global | 1811 Palisades Drive | Carlsbad | CA | 92008 | Various | Trade Debt | N | $6,993.81 |
| 884 | Faces of Change Inc | P.O. Box 2632 | Camden | NJ | 8102 | Various | Trade Debt | N | $6,985.38 |
| 885 | River & Rail Theatre Company | 111 State Street | Knoxville | TN | 37902 | Various | Trade Debt | N | $6,975.00 |
| 886 | Conflict Resolution Center Of Santa Cruz County | 614 Ocean St | Santa Cruz | CA | 95060 | Various | Trade Debt | N | $6,964.82 |
| 887 | Big Apple Honor Flight Inc. | 909 Third Avenue #159 | New York | NY | 10150 | Various | Trade Debt | N | $6,960.19 |
| 888 | Nokota Horse Conservancy Inc. | PO Box 761 | Linton | ND | 58552 | Various | Trade Debt | N | $6,938.50 |
| 889 | Rebound Inc. | 6120 Earle Brown Dr. Suite 230 | Minneapolis | MN | 55430 | Various | Trade Debt | N | $6,919.40 |
| 890 | Quincy Society of Fine Arts | 300 Civic Center Plaza Suite #244 | Quincy | IL | 62301 | Various | Trade Debt | N | $6,919.35 |
| 891 | Tahoe Youth and Family Services | 1021 Fremont Ave | South Lake Tahoe | CA | 96150 | Various | Trade Debt | N | $6,908.03 |
| 892 | The Berean Way | PO Box 63 | Franklin | TN | 37064 | Various | Trade Debt | N | $6,899.60 |
| 893 | Highline College Foundation | Po Box 98000 MS CV3 | Des Moines | WA | 98198 | Various | Trade Debt | N | $6,897.17 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 894 | Desert Cancer Foundation of Arizona Inc. | P.O. Box 2796 | Chandler | AZ | 85224 | Various | Trade Debt | N | $6,895.76 |
| 895 | Rad Ops | 1625 Clay Street 6th Floor | Oakland | CA | 94612 | Various | Trade Debt | N | $6,892.35 |
| 896 | Hero's Bridge | 98 Alexandria Pike Suite 41 | Warrenton | VA | 20186 | Various | Trade Debt | N | $6,884.79 |
| 897 | Back Pack Blessings Inc. | 4385 Lower Roswell Road | Marietta | GA | 30068 | Various | Trade Debt | N | $6,879.85 |
| 898 | Cauda Equina Foundation Inc. | P.O. Box 381 | Howey In The Hills | FL | 34737 | Various | Trade Debt | N | $6,877.52 |
| 899 | Farmers Market of the Ozarks | 2144 E Republic Road B103 | Springfield | MO | 65804 | Various | Trade Debt | N | $6,872.04 |
| 900 | philanthropy@phoenixpanhellenic.com | 1007 W Kristal Way | Phoenix | AZ | 85027 | Various | Trade Debt | N | $6,864.70 |
| 901 | The Fibroid Foundation | 1201 Seven Locks Rd Ste 360 | Rockville | MD | 20854 | Various | Trade Debt | N | $6,863.25 |
| 902 | Kinetic Tapestry Physical Theatre Inc. | 2500 Metro Blvd Suite | Maryland Heights | MO | 63043 | Various | Trade Debt | N | $6,863.22 |
| 903 | Community Kitchen Inc. | 640 S Ohio Ave | Columbus | OH | 43205 | Various | Trade Debt | N | $6,859.14 |
| 904 | Bosque Animal Rescue Kennels Inc. | 4300 HWY 6 | Clifton | TX | 76634 | Various | Trade Debt | N | $6,841.68 |
| 905 | A Broader Living Experience | 25 De Anza Way | San Rafael | CA | 94903 | Various | Trade Debt | N | $6,837.05 |
| 906 | Greater Bucky Open Inc. | 6160 Briggs Road | Waunakee | WI | 53597 | Various | Trade Debt | N | $6,813.71 |
| 907 | SolarEquity | Box #356 FPG Student Union UNCH Campus Box 5210 | Chapel Hill | NC | 27599 | Various | Trade Debt | N | $6,813.00 |
| 908 | The National Coalition For Dialogue And Deliberation Inc. | 203 Front Street | Boiling Springs | PA | 17007 | Various | Trade Debt | N | $6,807.48 |
| 909 | Let My People Sing | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $6,789.50 |
| 910 | Missouri Stream Team Watershed Coalition | PO Box 483 | Shelbina | MO | 63468 | Various | Trade Debt | N | $6,775.93 |
| 911 | Redford Ranch Foundation | 1640 W Deberry Ave | Aransas Pass | TX | 78336 | Various | Trade Debt | N | $6,775.28 |
| 912 | The Rebound Foundation | P.O. Box 14482 | Springfield | MO | 65814 | Various | Trade Debt | N | $6,765.35 |
| 913 | Shoals Scholar Dollars | 20 Hightower Place | Florence | AL | 35630 | Various | Trade Debt | N | $6,759.50 |
| 914 | Live Like Luke | 5451 W. 164th Place | Overland Park | KS | 66085 | Various | Trade Debt | N | $6,750.00 |
| 915 | Montana Renewable Energy Association | P.O. Box 276 | Helena | MT | 59624 | Various | Trade Debt | N | $6,685.89 |
| 916 | Ethiopian Physics Society In North America Inc. | 7199 Woodfin Road | Christiana | TN | 37037 | Various | Trade Debt | N | $6,675.00 |
| 917 | Fair Trade Holiday Festival | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $6,670.00 |
| 918 | California Coalition for Reproductive Freedom | P.O. Box #1531 | Duarte | CA | 91009 | Various | Trade Debt | N | $6,640.43 |
| 919 | Architecture and Construction Alliance | 1924 NW 6th Street | Gainesville | FL | 32609 | Various | Trade Debt | N | $6,627.80 |
| 920 | Reach Africa Inc. | P.O. Box 1432 | Radford | VA | 24143 | Various | Trade Debt | N | $6,619.32 |
| 921 | Tears | P.O. Box 471353 | Lake Monroe | FL | 32747 | Various | Trade Debt | N | $6,579.38 |
| 922 | Iowa City Foreign Relations Council | 308 E. Burlington St. #282 | Iowa City | IA | 52240 | Various | Trade Debt | N | $6,568.62 |
| 923 | A Girl Like Me | 16129 Beaverland St | Detroit | MI | 48219 | Various | Trade Debt | N | $6,560.36 |
| 924 | Neighbors Abroad | 355 Alma St | Palo Alto | CA | 94301 | Various | Trade Debt | N | $6,552.22 |
| 925 | Little Hands Virginia Inc. | 9702 Gayton Rd. #116 | Richmond | VA | 23238 | Various | Trade Debt | N | $6,549.00 |
| 926 | Chase Right Choices | 7805 Halliday | Beaumont | TX | 77706 | Various | Trade Debt | N | $6,546.70 |
| 927 | The Boston Education Development Foundation Inc. | 7 Palmer St. 2nd Floor | Boston | MA | 2119 | Various | Trade Debt | N | $6,531.32 |
| 928 | RC Howell Music | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $6,531.00 |
| 929 | Roots of Justice | Po Box 27345 | Philadelphia | PA | 19118 | Various | Trade Debt | N | $6,527.04 |
| 930 | Children's Action Network | 2999 Overland Ave. Suite 207A | Los Angeles | CA | 90064 | Various | Trade Debt | N | $6,523.08 |
| 931 | SEEDS- Supporting Educational Excellence in Daphne Schools | P.O. Box 460 | Daphne | AL | 36526 | Various | Trade Debt | N | $6,520.00 |
| 932 | Rise and Shine Foundation Inc. | 4400 Troost Ave | Kansas City | MO | 64110 | Various | Trade Debt | N | $6,501.00 |
| 933 | Blue Heart | 12651 San Pablo Ave | Richmond | CA | 94805 | Various | Trade Debt | N | $6,499.62 |
| 934 | Community Lutheran Ministry Inc. | 942 Joseph Avenue | Rochester | NY | 14621 | Various | Trade Debt | N | $6,454.20 |
| 935 | Fresh Start Rescue | PO Box 256 | Willard | NC | 28478 | Various | Trade Debt | N | $6,437.00 |
| 936 | Services to Abused Families Inc. | 501 East Piedmont St | Culpeper | VA | 22701 | Various | Trade Debt | N | $6,435.24 |
| 937 | LightHouse DC | 1726 7th Street NW | Washington | DC | 20001 | Various | Trade Debt | N | $6,425.27 |
| 938 | Sierra HOPE | P.O. Box 159 | Angels Camp | CA | 95222 | Various | Trade Debt | N | $6,420.63 |
| 939 | Upstream Podcast | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $6,415.14 |
| 940 | Restoring One's Hope of Atlanta Inc. | P. O. Box 311908 | Atlanta | GA | 31131 | Various | Trade Debt | N | $6,393.17 |
| 941 | Piedmont Animal Rescue | 228 East Waterlynn Rd | Mooresville | NC | 28117 | Various | Trade Debt | N | $6,390.17 |
| 942 | Hopewell Downtown Partnership | 205 1/2 E Broadway Avenue | Hopewell | VA | 23860 | Various | Trade Debt | N | $6,385.15 |
| 943 | Monte Vista Projects | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $6,383.39 |
| 944 | The National Agricultural Center and Hall of Fame | 630 N 126th St. | Bonner Springs | KS | 66012 | Various | Trade Debt | N | $6,353.65 |
| 945 | William Harris Homestead | 3636 Ga Hwy 11 | Atlanta | GA | 30656 | Various | Trade Debt | N | $6,353.07 |
| 946 | Central Texas Pig Rescue | 1920 E Riverside Dr Ste A120 #411 | Austin | TX | 78741 | Various | Trade Debt | N | $6,342.20 |
| 947 | ADEFUA Cultural Education Workshop | 2810 Rainier Avenue South | Seattle | WA | 98118 | Various | Trade Debt | N | $6,335.24 |
| 948 | Kentucky Waterways Alliance | 330 North Hubbards Lane | Louisville | KY | 40207 | Various | Trade Debt | N | $6,333.83 |
| 949 | Domestic Violence Outreach | 1914 S. Ashland Avenue | Chicago | IL | 60608 | Various | Trade Debt | N | $6,333.80 |
| 950 | Public Art Exchange PAX | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $6,329.20 |
| 951 | Recycle Colorado | 205 Ken Pratt. Blvd. Ste 120 #73 | Longmont | CO | 80501 | Various | Trade Debt | N | $6,308.08 |
| 952 | Castle Rock Youth Cycling Club | 1944 Baguette Drive | Castle Rock | CO | 80108 | Various | Trade Debt | N | $6,287.93 |
| 953 | Oak Grove School Education Foundation | 1700 O'Plaine Road | Libertyville | IL | 60048 | Various | Trade Debt | N | $6,286.00 |
| 954 | AMERICAS BIG SISTER ORGANIZATION | 159 N Sangamon Ave Suite 200 | Chicago | IL | 60607 | Various | Trade Debt | N | $6,284.57 |
| 955 | Nevada Hands & Voices | PO Box 570 | Sparks | NV | 89432 | Various | Trade Debt | N | $6,283.53 |
| 956 | Aidan's Avengers | 107 Slate Run | Douglassville | PA | 19518 | Various | Trade Debt | N | $6,274.49 |
| 957 | SUNDANCE CIRCLE HIPPOTHERAPY FOUNDATION | 17217 92nd St E | Sumner | WA | 98390 | Various | Trade Debt | N | $6,274.48 |
| 958 | Programs In Bowen Theory | 120 Pleasant Hill Ave North Suite 370 | Sebastopol | CA | 95472 | Various | Trade Debt | N | $6,250.00 |
| 959 | Mission PossibleDominican Republic | 929 Pearl Rd | Brunswick | OH | 44212 | Various | Trade Debt | N | $6,218.80 |
| 960 | Rome Symphony Orchestra | PO Box 533 | Rome | GA | 30162-0 | Various | Trade Debt | N | $6,215.96 |
| 961 | Brevard Academy | 1110 Hendersonville Highway | Pisgah Forest | NC | 28768 | Various | Trade Debt | N | $6,193.50 |
| 962 | Friends of Eagle River Nature Center Inc. | 32750 Eagle River Rd Mile 12 5 Eagle River Rd | Eagle River | AK | 99577 | Various | Trade Debt | N | $6,178.81 |
| 963 | K9 Battle Buddies | 1534 Airport RD | Hinesville | GA | 31313 | Various | Trade Debt | N | $6,158.62 |
| 964 | Credit Unions Building Financial Independence Inc. | 24 W. Main Street | Clinton | CT | 6413 | Various | Trade Debt | N | $6,154.15 |
| 965 | Brighter Tomorrow lancaster Inc | 181 Conestoga Boulevard | Lancaster | PA | 17602 | Various | Trade Debt | N | $6,149.73 |
| 966 | Art Share Los Angeles Inc. | 801 East 4th Place | Los Angeles | CA | 90013 | Various | Trade Debt | N | $6,146.74 |
| 967 | Live Oak School District | 984 Bostwick Lane Ste 1 | Santa Cruz | CA | 95062 | Various | Trade Debt | N | $6,142.80 |
| 968 | St. Joseph School | PO Box 370/ 26 School Rd. | San Fidel | NM | 87049 | Various | Trade Debt | N | $6,142.57 |
| 969 | Slammin Famine | PO Box 270365 | Fort Collins | CO | 80527 | Various | Trade Debt | N | $6,139.10 |

| 970 | Salisbury Rowan Community Action Agency Inc. | 1300 West Bank Street | Salisbury | NC | 28144 | Various | Trade Debt | N | $6,135.00 |
|---|---|---|---|---|---|---|---|---|---|
| 971 | Barks of Hope | 257 Pennington Harbourton Rd | Pennington | NJ | 8534 | Various | Trade Debt | N | $6,084.46 |
| 972 | Malama Learning Center | PO Box 1662 | Honolulu | HI | 96806-1662 | Various | Trade Debt | N | $6,080.47 |
| 973 | Brad Keselowski's Checkered Flag Foundation | 258 W. Aviation Drive | Statesville | NC | 28677 | Various | Trade Debt | N | $6,066.06 |
| 974 | Exceptional Children's Charities Inc. | P.O. Box 366 | Steger | IL | 60475 | Various | Trade Debt | N | $6,060.00 |
| 975 | A Shot For Life Inc. | 80 Poplar St. | Watertown | MA | 2472 | Various | Trade Debt | N | $6,056.69 |
| 976 | Rendezvous in Moscow Inc. | PO Box 8004 | Moscow | ID | 83843 | Various | Trade Debt | N | $6,020.53 |
| 977 | Spirit Filled Hearts Ministry | 3943 Irvine Blvd #231 | Irvine | CA | 92602 | Various | Trade Debt | N | $5,995.40 |
| 978 | Floyd County Humane Society Inc. | P.O. Box 862 | Floyd | VA | 24091 | Various | Trade Debt | N | $5,987.25 |
| 979 | Foundation For Youth Resiliency and Engagement | PO Box 3907 | Omak | WA | 98841 | Various | Trade Debt | N | $5,945.24 |
| 980 | Battle Born Academy | | | | | Various | Trade Debt | N | $5,944.66 |
| 981 | Kula Kamala Foundation and Yoga Ashram | 17 Basket Road | Reading | PA | 19606 | Various | Trade Debt | N | $5,940.17 |
| 982 | Family Career and Community Leaders of America Inc. | 1910 Association Dr. | Reston | VA | 20191 | Various | Trade Debt | N | $5,935.91 |
| 983 | Lifted Higher Ministries | P.O. Box 492 | Headland | AL | 36345 | Various | Trade Debt | N | $5,927.87 |
| 984 | Mariposa Family Learning Center Team | 403 Vargas Rd | Austin | TX | 78741 | Various | Trade Debt | N | $5,923.14 |
| 985 | Project ECHO | P.O. Box 2410 | Santa Monica | CA | 90407 | Various | Trade Debt | N | $5,921.53 |
| 986 | Ruth and Naomi Project Inc. | 10347 Silverberry Street | Apple Valley | CA | 92308 | Various | Trade Debt | N | $5,886.93 |
| 987 | Teller County Regional Animal Shelter Inc. | 308 Weaverville Road P.O. Box 904 | Divide | CO | 80814 | Various | Trade Debt | N | $5,876.14 |
| 988 | Gill Tract Farm Coalition | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $5,874.66 |
| 989 | KIPP Columbus | 2980 INSPIRE Drive | Columbus | OH | 43224 | Various | Trade Debt | N | $5,866.30 |
| 990 | The Arc Detroit | 51 W. Hancock Suite 200 | Detroit | MI | 48201 | Various | Trade Debt | N | $5,862.50 |
| 991 | Dyckman Farmhouse Museum | 4881 Broadway | New York | NY | 10034 | Various | Trade Debt | N | $5,861.44 |
| 992 | Los Angeles United Methodist Museum of Social Justice | 115 Paseo de la Plaza | Los Angeles | CA | 90012 | Various | Trade Debt | N | $5,845.57 |
| 993 | 127 Pure | 207 Grace Bridge Lane | Dawsonville | GA | 30534 | Various | Trade Debt | N | $5,841.58 |
| 994 | Teton Wildlife Rehabilitation Center | PO Box 885 | Driggs | ID | 83455 | Various | Trade Debt | N | $5,835.00 |
| 995 | Releaf Michigan Inc. | 1100 N. Main St. Suite 105 | Ann Arbor | MI | 48104 | Various | Trade Debt | N | $5,808.48 |
| 996 | Paws-Ability | Po Box 6174 | Ocean Isle Beach | NC | 28469 | Various | Trade Debt | N | $5,800.94 |
| 997 | Live & In Color | 170 Darling Rd | Salem | CT | 6415 | Various | Trade Debt | N | $5,793.22 |
| 998 | Tame The Kraken Inc. | 2985 Gordy Parkway | Marietta | GA | 30066 | Various | Trade Debt | N | $5,767.29 |
| 999 | VETOGA | 220 32nd Street | Manhattan Beach | CA | 90266 | Various | Trade Debt | N | $5,779.70 |
| 1000 | Guardian Baltimore | 824 Cedarcroft Rd | Baltimore | MD | 21212 | Various | Trade Debt | N | $5,768.77 |
| 1001 | Moonshadow's Spirit | 776 Saffron Way | Webster | NY | 14580 | Various | Trade Debt | N | $5,747.02 |
| 1002 | Azimuth Check Foundation | 22 Acropolis Ave | Londonderry | NH | 3053 | Various | Trade Debt | N | $5,739.92 |
| 1003 | Fundamentals of Organizing Addition | PO Box 3337 | Bloomington | IL | 61702-3337 | Various | Trade Debt | N | $5,736.73 |
| 1004 | Just Be | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $5,730.55 |
| 1005 | VAW/VRC Foundation Inc. | 9696 Businesspark Ave | San Diego | CA | 92131 | Various | Trade Debt | N | $5,728.90 |
| 1006 | Helping Paws | 969 Vale Terrace Dr. Suite D | Vista | CA | 92084 | Various | Trade Debt | N | $5,724.67 |
| 1007 | Birth Choice Centers | 1 Ridgegate Dr. Suite 220 | Temecula | CA | 92590 | Various | Trade Debt | N | $5,715.00 |
| 1008 | Soul Purpose Ministries | PO Box 51283 | Eugene | OR | 97405 | Various | Trade Debt | N | $5,705.38 |
| 1009 | Forget Me Not Farm Sanctuary Inc. | 18721 Bernard Drive | Eagle River | AK | 99577 | Various | Trade Debt | N | $5,676.44 |
| 1010 | Lights & Sirens International | 147 Atwells Avenue | Providence | RI | 2903 | Various | Trade Debt | N | $5,674.03 |
| 1011 | Cancer Community Clubhouse | 1344 Disc Dr #220 | Sparks | NV | 89436 | Various | Trade Debt | N | $5,672.52 |
| 1012 | Leadership Middle Tennessee Inc. | 100 Bluegrass Commons Blvd. Ste 2370 | Hendersonville | TN | 37075 | Various | Trade Debt | N | $5,653.70 |
| 1013 | Oddfellows Playhouse Youth Theater | 128 Washington Street | Middletown | CT | 6457 | Various | Trade Debt | N | $5,649.84 |
| 1014 | Encounter Ministries | 425 Savannah Cv | Calera | AL | 35040 | Various | Trade Debt | N | $5,638.15 |
| 1015 | Aurora Commons | 302A N 78th St | Seattle | WA | 98103 | Various | Trade Debt | N | $5,636.08 |
| 1016 | Michigan City Mainstreet Association | PO Box 442 | Michigan City | IN | 46360 | Various | Trade Debt | N | $5,632.55 |
| 1017 | North Dakota Farm Bureau Foundation | 1101 1st Ave N | Fargo | ND | 58102 | Various | Trade Debt | N | $5,629.75 |
| 1018 | Vision Leads Foundation | PO Box 562 | Elm Grove | WI | 53122 | Various | Trade Debt | N | $5,623.12 |
| 1019 | Bradetich Foundation | 1155 Union Circle #310143 | Denton | TX | 76201 | Various | Trade Debt | N | $5,614.28 |
| 1020 | Sunshine Meadows Retirement Community | | | KS | | | | | | $5,608.00 |
| 1021 | Mount Vernon Parks Foundation | P.O. Box 1572 | Mount Vernon | WA | 98273 | Various | Trade Debt | N | $5,600.29 |
| 1022 | Dementia Studies Foundation | 8198 Walnut Hill Jackson Lane Ste 100 | Dallas | TX | 75231 | Various | Trade Debt | N | $5,599.00 |
| 1023 | Water Charity | 404 S. Main St. #118 | Yreka | CA | 96097 | Various | Trade Debt | N | $5,585.58 |
| 1024 | KC Healthy Kids | 650 Minnesota Avenue | Kansas City | KS | 66101 | Various | Trade Debt | N | $5,574.37 |
| 1025 | Akxe Jiu Jitsu | 28631 Canwood ST Unit C | Agoura Hills | CA | 91301 | Various | Trade Debt | N | $5,571.14 |
| 1026 | Tender Hearts Girls Home Inc. DBA Tender Hearts Ministries | 145 Blackburn Street | York | SC | 29745 | Various | Trade Debt | N | $5,567.34 |
| 1027 | East Savannah United | 3 Merlin Court | Savannah | GA | 31405 | Various | Trade Debt | N | $5,562.69 |
| 1028 | Special Olympics Mississippi Inc. | 2906 North State Street Suite 206 | Jackson | MS | 39216 | Various | Trade Debt | N | $5,562.20 |
| 1029 | Lakewood Playhouse | 5729 Lakewood Towne Center | Lakewood | WA | 98499 | Various | Trade Debt | N | $5,552.32 |
| 1030 | Citizens For A Healthy Community | P.O. Box 1283 | Paonia | CO | 81428 | Various | Trade Debt | N | $5,538.15 |
| 1031 | BarbaraCares | P.O. Box 15007 | Fort Worth | TX | 76119 | Various | Trade Debt | N | $5,525.00 |
| 1032 | Ashoka Trust For Research In Ecology And The Environment | 11 Richmond Road | Belmont | MA | 2178 | Various | Trade Debt | N | $5,521.65 |
| 1033 | Knowing You Matter Inc | P.O. Box 1384 | Arroyo Grande | CA | 93421 | Various | Trade Debt | N | $5,511.05 |
| 1034 | Karis Inc. | 720 Grand Ave. | Grand Junction | CO | 81502 | Various | Trade Debt | N | $5,503.24 |
| 1035 | Outdoors Network International Inc. | P.O. Box 4502 | Missoula | MT | 59801 | Various | Trade Debt | N | $5,500.00 |
| 1036 | Action | 2442 NW Market Street #559 | Seattle | WA | 98107 | Various | Trade Debt | N | $5,499.14 |
| 1037 | Dr. Berny Rothschild Foundation | 1902 Key West Cove | Austin | TX | 78746 | Various | Trade Debt | N | $5,482.74 |
| 1038 | Central Cabarrus Bible Teaching Association | P.O. Box 63 | Harrisburg | NC | 28075 | Various | Trade Debt | N | $5,425.85 |
| 1039 | Lite House Partners Inc. | 120 Carnegie Pl Ste 202 | Fayetteville | GA | 30214 | Various | Trade Debt | N | $5,422.50 |
| 1040 | Just 4 Them Inc. | PO Box 3072 | Decatur | IL | 62524 | Various | Trade Debt | N | $5,418.39 |
| 1041 | College Skateboarding Educational Foundation | 1422 Campus Rd | Los Angeles | CA | 90042 | Various | Trade Debt | N | $5,401.00 |
| 1042 | Forest Grove Community School | 1914 Pacific Avenue | Forest Grove | OR | 97116 | Various | Trade Debt | N | $5,385.93 |
| 1043 | Living Real Inc. | 4411 Suwanee Dam Rd Ste 545 | Suwanee | GA | 30024 | Various | Trade Debt | N | $5,370.00 |
| 1044 | Raider Sailing | 12402 North Division Street Ste 255 | Spokane | WA | 99218 | Various | Trade Debt | N | $5,367.56 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1045 | Birthright of Charleston | Po Box 30191 | Charleston | SC | 29417 | Various | Trade Debt | N | $5,354.60 |
| 1046 | Anchors Outdoor Adventures | 19910 NE 43RD CIR | Vancouver | WA | 98682 | Various | Trade Debt | N | $5,354.43 |
| 1047 | Carters Classic | 1708 Syracuse Drive | Richardson | TX | 75081 | Various | Trade Debt | N | $5,350.00 |
| 1048 | ELP Gives Back | 14100 Marian Drive | Rockville | MD | 20850 | Various | Trade Debt | N | $5,334.71 |
| 1049 | Homies Helping Homies | 1901 S 9th Street Bok Room 212 | Pennsylvania Furnac | PA | 19148 | Various | Trade Debt | N | $5,334.13 |
| 1050 | Launch | 1310 South Range Avenue | Denham Springs | LA | 70726 | Various | Trade Debt | N | $5,332.20 |
| 1051 | General's Future Charity Inc. | P.O. BOX 4904 | Upper Marlboro | MD | 20775 | Various | Trade Debt | N | $5,317.00 |
| 1052 | Bindlestiff Studio | PO Box 190205 | San Francisco | CA | 94119 | Various | Trade Debt | N | $5,308.96 |
| 1053 | Fishing for the Heart Inc. | 12602 W Hampton Ave | Butler | WI | 53007 | Various | Trade Debt | N | $5,289.57 |
| 1054 | Dub Baseball/Softball Foundation | 15535 Watsonville Road | Morgan Hill | CA | 95037 | Various | Trade Debt | N | $5,275.00 |
| 1055 | Footloose Montana | 4175 Rattlesnake Drive | Missoula | MT | 59802 | Various | Trade Debt | N | $5,270.21 |
| 1056 | Kids Matter International | 351 E Hudgins St Suite 113 | Grapevine | TX | 76051 | Various | Trade Debt | N | $5,269.75 |
| 1057 | Missioners of Christ | 5880 Oak Terrace Drive | Virginia Beach | VA | 23464 | Various | Trade Debt | N | $5,267.68 |
| 1058 | Howard Zinn Book Fair | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $5,238.52 |
| 1059 | Pasadenans Organizing for Progress | 1030 S. Arroyo Parkway Ste. 106 | Pasadena | CA | 91105 | Various | Trade Debt | N | $5,237.25 |
| 1060 | Friends of Knox Farm State Park Inc. | 437 Buffalo St | East Aurora | NY | 14052 | Various | Trade Debt | N | $5,218.04 |
| 1061 | Community Mediation Center St. Mary's County | 41620 Courthouse Dr #853 | Leonardtown | MD | 20650 | Various | Trade Debt | N | $5,207.25 |
| 1062 | American Climate Partners | P.O. Box 901 | Orange | VA | 22960 | Various | Trade Debt | N | $5,188.48 |
| 1063 | All People Free | P.O. Box 1040 | Lynden | WA | 98264 | Various | Trade Debt | N | $5,179.05 |
| 1064 | The Cutler Foundation | PO Box 7374 | Ocean Isle Beach | NC | 28469 | Various | Trade Debt | N | $5,169.18 |
| 1065 | 100 BMIE | 1721 N Riverside Ave | Rialto | CA | 92376 | Various | Trade Debt | N | $5,167.38 |
| 1066 | RestoreHER US.America Inc (RestoreHER) | 211 Green Valley Rd. | Fayetteville | GA | 30214 | Various | Trade Debt | N | $5,166.88 |
| 1067 | Advancing Inmate Ministry Inc. | P.O. Box 716 | Livingston | TX | 77351 | Various | Trade Debt | N | $5,163.59 |
| 1068 | Black United Fund of Texas | 2606 Gregg Street | Houston | TX | 77026 | Various | Trade Debt | N | $5,160.33 |
| 1069 | Texas Good Deeds Project | PO Box 2521 | Grapevine | TX | 76099 | Various | Trade Debt | N | $5,154.54 |
| 1070 | Angels for Humanity | 10579 Buttonwood Lake Drive | Boca Raton | FL | 33498 | Various | Trade Debt | N | $5,146.38 |
| 1071 | Three Little Birds Perinatal & Palliative Care | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $5,130.97 |
| 1072 | Salinas Police Activities League | 100 Howard Street PO Box 88 Salinas CA.93902 | Salinas | CA | 93901 | Various | Trade Debt | N | $5,121.00 |
| 1073 | Team Sunshine Performance Corporation | 2329 S. 3rd Street 3nd Floor | Philadelphia | PA | 19148 | Various | Trade Debt | N | $5,120.00 |
| 1074 | Another Journey Inc | 1515 W. Gurley St. Suite 600 | Prescott | AZ | 86303 | Various | Trade Debt | N | $5,086.00 |
| 1075 | Affordable Housing Centers of Pennsylvania | 846 N. Broad St. | Philadelphia | PA | 19130 | Various | Trade Debt | N | $5,084.98 |
| 1076 | Islamic Center of Reading | 18 S Noble St | Reading | PA | 19611 | Various | Trade Debt | N | $5,078.92 |
| 1077 | Chanooka Wish | 26965 W Sycamore Rd | | IL | 60410 | Various | Trade Debt | N | $5,078.80 |
| 1078 | Discovery Bay Wild Bird Rescue | 1014 Parkridge Drive | Port Townsend | WA | 98368 | Various | Trade Debt | N | $5,068.37 |
| 1079 | Andrew K Dwyer Foundation | 756 Guard Hill Rd | Bedford | NY | 10506 | Various | Trade Debt | N | $5,050.00 |
| 1080 | Texas Sports Hall of Fame | 1108 S. University Parks Drive | Waco | TX | 76706 | Various | Trade Debt | N | $5,045.00 |
| 1081 | Montrose Veterans Memorial Coalition | 4 Hillcrest Plaza Way | Montrose | CO | 81401 | Various | Trade Debt | N | $5,040.00 |
| 1082 | National Black Lives Matter at School | 340 S. Lemon Avenue #3717 | Walnut | CA | 91789 | Various | Trade Debt | N | $5,031.01 |
| 1083 | Deerfield Beach Community Cares | 959 SE 6th Ave | Deerfield Beach | FL | 33441 | Various | Trade Debt | N | $5,026.26 |
| 1084 | Abundance Foundation Inc. | 3331 Sun Disk Ct | Fort Collins | CO | 80526 | Various | Trade Debt | N | $5,024.80 |
| 1085 | Sisters of Watts | 36635 Little Sycamore St | Palmdale | CA | 93552 | Various | Trade Debt | N | $5,020.75 |
| 1086 | IRON Lives | PO Box 1262 | Lynchburg | VA | 24505 | Various | Trade Debt | N | $5,020.70 |
| 1087 | Missing Man Ministry | 5424 Sunol Blvd #10-107 | Pleasanton | CA | 94566 | Various | Trade Debt | N | $5,003.60 |
| 1088 | B Local NYC | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $5,000.00 |
| 1089 | C4H Inc. | 4212 San Felipe St Suite 115 | Houston | TX | 77027 | Various | Trade Debt | N | $5,000.00 |
| 1090 | Austin Blacks Rugby | 1004 Strickland Dr. | Austin | TX | 78748 | Various | Trade Debt | N | $4,990.20 |
| 1091 | Anchorage Community Theatre | 1133 E 70Th Ave | Anchorage | AK | 99518 | Various | Trade Debt | N | $4,989.28 |
| 1092 | Positive Deposits | 7112 Donnell Pl Apt D4 | Washington | DC | 20747 | Various | Trade Debt | N | $4,986.51 |
| 1093 | Pride Paws | 26 S. Main Street | Medford | NJ | 8055 | Various | Trade Debt | N | $4,983.00 |
| 1094 | Community Uplift Partnership | 10601 Reunion Pkwy | Commerce City | CO | 80022 | Various | Trade Debt | N | $4,979.02 |
| 1095 | Warrior Collective Inc. | 54 Danbury Rd Suite 454 | Ridgefield | CT | 6877 | Various | Trade Debt | N | $4,975.00 |
| 1096 | Home Builders Association of Raleigh-Wake County Charitable Corp | 5580 Centerview Dr Ste 115 | Raleigh | NC | 27606 | Various | Trade Debt | N | $4,970.72 |
| 1097 | Critter Adoption and Rescue Effort Inc. | 1528 27th Street SW | Ruskin | FL | 33570 | Various | Trade Debt | N | $4,962.93 |
| 1098 | Women's Debate Institute | 47 Harrington Street | San Francisco | CA | 94112 | Various | Trade Debt | N | $4,961.60 |
| 1099 | Addy's Hope Social Services | 3601 S FM 51 | Decatur | TX | 76234 | Various | Trade Debt | N | $4,950.00 |
| 1100 | Bridge the Generations | 3 Fallen Arrow Ct | Hilton Head Island | SC | 29926 | Various | Trade Debt | N | $4,943.80 |
| 1101 | Beat The Streets Inc. | P.O. Box 2232 | Antioch | CA | 94531 | Various | Trade Debt | N | $4,940.00 |
| 1102 | Nicholas Wihlborg Foundation | P.O. Box 64 | Stanhope | NJ | 7874 | Various | Trade Debt | N | $4,929.32 |
| 1103 | Pets of Aguirre Welfare Shelter Inc. | 1623 Washington | Denver | CO | 80203 | Various | Trade Debt | N | $4,915.00 |
| 1104 | Luca To The U | 622 Stanton Dr | North Augusta | SC | 29841 | Various | Trade Debt | N | $4,913.80 |
| 1105 | Front Rangers Cycling Club | 700 Colorado Blvd #690 | Denver | CO | 80206 | Various | Trade Debt | N | $4,912.23 |
| 1106 | Opportunity House Inc. | 357 N California St. | Sycamore | IL | 60178 | Various | Trade Debt | N | $4,904.91 |
| 1107 | sailfuture | 801 3rd Street South | Saint Petersburg | FL | 33701 | Various | Trade Debt | N | $4,896.37 |
| 1108 | Flinch Forward | 20 Pipers Canyon Road | Estes Park | CO | 80517 | Various | Trade Debt | N | $4,896.00 |
| 1109 | G-Men Nation Inc. | 1046 Highway 3043 | Opelousas | LA | 70570 | Various | Trade Debt | N | $4,891.45 |
| 1110 | HEAL International | 567 W. 10th Street | Mesa | AZ | 85201 | Various | Trade Debt | N | $4,888.81 |
| 1111 | South Alamo Regional Alliance for the Homeless | 4100 E. Piedras Suite 105 | San Antonio | TX | 78228 | Various | Trade Debt | N | $4,872.06 |
| 1112 | Trinity Therapeutic Riding Center Inc. | 14870 El Sobrante Rd | Riverside | CA | 92503 | Various | Trade Debt | N | $4,868.00 |
| 1113 | Love For Ethiopia | 4333 Ripken Circle West | Jacksonville | FL | 32224 | Various | Trade Debt | N | $4,862.14 |
| 1114 | IAS America | 2020 N California Ave Suite 7 #220 | Chicago | IL | 60647 | Various | Trade Debt | N | $4,833.04 |
| 1115 | Your Local Epidemiologist | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $4,831.13 |
| 1116 | Hope City Redding | 20 Lake Blvd | Redding | CA | 96003 | Various | Trade Debt | N | $4,825.00 |
| 1117 | Vermont AMBUCS a Chapter of National AMBUCS | 46 Wallis Drive | Waitsfield | VT | 5673 | Various | Trade Debt | N | $4,821.75 |
| 1118 | Hendricks County Humane Society Ark Inc. | 3033 E. Main Street | Danville | IN | 46122 | Various | Trade Debt | N | $4,818.27 |
| 1119 | Art coop | 436 14Th Street 5Th Floor | Oakland | CA | 94612 | Various | Trade Debt | N | $4,816.42 |
| 1120 | BRAVE | P.O Box 88113 | Seattle | WA | 98138 | Various | Trade Debt | N | $4,811.85 |

| 1121 | Henning Inc. | 1025 W. 77th Ave | Anchorage | AK | 99518 | Various | Trade Debt | N | $4,811.18 |
|------|------|------|------|------|------|------|------|------|------|
| 1122 | The Pinkney Foundation | 306 12th Street | Oakland | CA | 94607 | Various | Trade Debt | N | $4,790.25 |
| 1123 | End Rape On Campus | 235 Peachtree St NE Suite 400 | Atlanta | GA | 30303 | Various | Trade Debt | N | $4,778.69 |
| 1124 | Berkeley Youth Living With Disabilites | 2110 7th Street | Berkeley | CA | 94710 | Various | Trade Debt | N | $4,774.47 |
| 1125 | Joliet Area Historical Museum | 204 North Ottawa Street | Joliet | IL | 60432 | Various | Trade Debt | N | $4,773.70 |
| 1126 | Motherly Intercession | 3010 S. Dye Road | Flint | MI | 48507 | Various | Trade Debt | N | $4,751.04 |
| 1027 | Innovative Community Engagement Foundation | 5614 Connecticut Ave NW #292 | Washington | DC | 20015 | Various | Trade Debt | N | $4,746.61 |
| 1128 | HEY RADIO | PO Box 1511 | Muskegon | MI | 49443 | Various | Trade Debt | N | $4,738.66 |
| 1129 | Kids' Chance of California Inc. | 1084 N El Camino Real Ste B338 | Encinitas | CA | 92024 | Various | Trade Debt | N | $4,706.85 |
| 1130 | Alaska Farmland Trust | 248 E Dahlia Ave | Palmer | AK | 99645 | Various | Trade Debt | N | $4,705.83 |
| 1131 | Rose L Fortune Faith Outreach Ministries Inc. | 2823 Orchard Rd | Conyers | GA | 30094 | Various | Trade Debt | N | $4,694.91 |
| 1132 | Eastland County Crisis Center Inc. | P.O. Box 1010 | Eastland | TX | 76448 | Various | Trade Debt | N | $4,673.08 |
| 1133 | San Mateo Arboretum Society Inc. | 101 Ninth Avenue | San Mateo | CA | 94401 | Various | Trade Debt | N | $4,669.53 |
| 1134 | Quincy Area Network Against Domestic Abuse | 2707 Maine St | Quincy | IL | 62301 | Various | Trade Debt | N | $4,666.55 |
| 1135 | Fallen Watermans Foundation | 930 Tahoe Blvd Suite Suite 802-164 | Incline Village | NV | 89451 | Various | Trade Debt | N | $4,659.55 |
| 1136 | Nashville in Harmony | P.O. Box 159156 | Nashville | TN | 37215 | Various | Trade Debt | N | $4,659.45 |
| 1137 | Little Compton Makers Inc. | P.O. Box 932 (1 Helger Ln.) | Little Compton | RI | 2837 | Various | Trade Debt | N | $4,654.74 |
| 1138 | Beastly Rescue Inc. | 64 Bergen St. | Brooklyn | NY | 11201 | Various | Trade Debt | N | $4,649.89 |
| 1139 | IALD Educational Trust Fund | 242 N York Street Suite 514 | Elmhurst | IL | 60126 | Various | Trade Debt | N | $4,645.00 |
| 1140 | Shadarobah Horse Rescue Inc. | 3395 Co Rd 19 | Auburn | IN | 46706 | Various | Trade Debt | N | $4,636.05 |
| 1141 | Epitome of Excellence | P.O. Box 28163 | Jacksonville | FL | 32218 | Various | Trade Debt | N | $4,610.70 |
| 1142 | Realty ONE Group Cares | 23811 Aliso Creek Road | Laguna Niguel | CA | 92677 | Various | Trade Debt | N | $4,602.60 |
| 1143 | MJM Horse Rescue | 505 W Nebraska St | Dunbar | NE | 68346 | Various | Trade Debt | N | $4,589.00 |
| 1144 | First R Foundation Inc. | 74 Langsford Street | Gloucester | MA | 1930 | Various | Trade Debt | N | $4,588.00 |
| 1145 | Hindu Community Institute Inc. | 691 S. Milpitas Blvd. | Milpitas | CA | 95035 | Various | Trade Debt | N | $4,587.67 |
| 1146 | Be Head Strong Inc. | 3200 McCormick Road | Kansas City | KS | 66115 | Various | Trade Debt | N | $4,579.95 |
| 1147 | Topeka Doula Project | 2303 sw college ave | Topeka | KS | 66611 | Various | Trade Debt | N | $4,563.99 |
| 1148 | REACH Shirati | PO Box 7776 | Berkeley | CA | 94707 | Various | Trade Debt | N | $4,562.44 |
| 1149 | Encephalitis411 | 3617 Pennsylvania Ln | Plano | TX | 75075 | Various | Trade Debt | N | $4,560.00 |
| 1150 | Kansas City Suicide Awareness and Prevention Program | 4700 Belleview L-12 | Kansas City | MO | 64112 | Various | Trade Debt | N | $4,553.26 |
| 1151 | HEAL Food Alliance | 2522 W Lawrence Ave #25104 | Chicago | IL | 60625 | Various | Trade Debt | N | $4,550.86 |
| 1152 | Beare Garden Plantation Animal Rescue | 1164 US Hwy 258 | Snow Hill | NC | 28580 | Various | Trade Debt | N | $4,539.70 |
| 1153 | A Step Ahead Foundation Of East Tennessee Inc. | PO Box 20363 | Knoxville | TN | 37940 | Various | Trade Debt | N | $4,537.99 |
| 1154 | HydeFM | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $4,533.80 |
| 1155 | Virginia Farmers Market Association | 14241 Midlothian Tmpk. #153 | Midlothian | VA | 23113 | Various | Trade Debt | N | $4,499.56 |
| 1156 | Litquake Foundation | 268 Bush Street #4226 | San Francisco | CA | 94104 | Various | Trade Debt | N | $4,498.67 |
| 1157 | Shule Foundation Inc. | 211 East 35 Street 3G | New York | NY | 10016 | Various | Trade Debt | N | $4,470.00 |
| 1158 | Worldwide Musicians United | 943A Urania Avenue | Encinitas | CA | 92024 | Various | Trade Debt | N | $4,447.97 |
| 1159 | No Limit Health and Education | 819 East 1st Street Suite 4 | Sanford | FL | 32771 | Various | Trade Debt | N | $4,447.80 |
| 1160 | Walkin & Rollin Costumes Inc. | 26050 W. 143rd Place | Olathe | KS | 66061 | Various | Trade Debt | N | $4,446.37 |
| 1161 | Victory Center Rescue Mission Inc. | 516 9th Ave South | Clinton | IA | 52732 | Various | Trade Debt | N | $4,436.90 |
| 1162 | Friends of the Library of El Dorado County Inc. | 345 Fair Lane | Placerville | CA | 95667 | Various | Trade Debt | N | $4,431.32 |
| 1163 | Awesäme Orchestra Collective | 1448 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $4,423.92 |
| 1164 | Love Rescues International Inc. | 4615 Reagan Street | Beaumont | TX | 77706 | Various | Trade Debt | N | $4,420.00 |
| 1165 | Conservation Coalition of Oklahoma | P.O. Box 2571 | Oklahoma City | OK | 73101 | Various | Trade Debt | N | $4,414.35 |
| 1166 | Amazing Maasai Girls Project | 713 Whispering Marsh Drive | Charleston | SC | 29412 | Various | Trade Debt | N | $4,390.00 |
| 1167 | Big Brothers Big Sisters of the TN Valley | 303 Williams Ave SW Suite 123 | Huntsville | AL | 35801 | Various | Trade Debt | N | $4,389.20 |
| 1168 | Cultured Kids | 53 Moraine St | Belmont | MA | 2478 | Various | Trade Debt | N | $4,387.15 |
| 1169 | LoveLikeReed | 139 Inman Dr. | Canton | GA | 30114 | Various | Trade Debt | N | $4,380.00 |
| 1170 | Land Trust of Santa Clara Valley | 605 Tennant Ave. Suite H | Morgan Hill | CA | 95037 | Various | Trade Debt | N | $4,362.80 |
| 1171 | Italian American ONE VOICE Coalition | 246B Livingston Street Suite 200 | Northvale | NJ | 7647 | Various | Trade Debt | N | $4,353.67 |
| 1172 | Ready to Empower | PO BOX 4498 | Greenwich | CT | 6831 | Various | Trade Debt | N | $4,350.60 |
| 1173 | Casa For Kids of South Central Texas | 1500 South Day St | Brenham | TX | 77833 | Various | Trade Debt | N | $4,340.00 |
| 1174 | ShareTheCaregivingâ„¢ A project of The National Center for Civic Innovation (501c3) | 6th Fl. 121 Ave of the Americas | New York | NY | 10013 | Various | Trade Debt | N | $4,328.50 |
| 1175 | The Heartbeat Collective | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $4,285.97 |
| 1176 | Berkeley Dulcimer Gathering Dulcimoon | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $4,282.76 |
| 1177 | Challenging Racism | 3100 Clarendon Blvd. Suite 200 | Arlington | VA | 22201 | Various | Trade Debt | N | $4,272.17 |
| 1178 | Junior League of Phoenix Foundation | 2505 N Central Ave | Phoenix | AZ | 85004 | Various | Trade Debt | N | $4,265.54 |
| 1179 | Friends of The Castle | 133 N Main Street | Dayton | OH | 45459 | Various | Trade Debt | N | $4,251.79 |
| 1180 | Mercy International Mission USA | 345 University Avenue W | Saint Paul | MN | 55103 | Various | Trade Debt | N | $4,249.42 |
| 1181 | Marine Life Studies | PO Box 163 | Moss Landing | CA | 95039 | Various | Trade Debt | N | $4,249.29 |
| 1182 | Gulfside Healthcare Services Inc. | 2061 Collier Parkway | Land O Lakes | FL | 34639 | Various | Trade Debt | N | $4,245.67 |
| 1183 | Masterpiece Inc. | 2244 S Sutherland Dr | Montgomery | AL | 36116 | Various | Trade Debt | N | $4,245.00 |
| 1184 | Minnesota Montessori Network | 30 North 1st Street | Minneapolis | MN | 55401 | Various | Trade Debt | N | $4,235.95 |
| 1185 | CJ's Thumbs Up Foundation | PO Box 854 | Ashland | VA | 23005 | Various | Trade Debt | N | $4,235.31 |
| 1186 | Prevent Suicide Greater Milwaukee - Fiscal Sponsor: NAMI Southeast WI Inc. | 2717 N. Grandview Blvd. Suite 205 | Waukesha | WI | 53188 | Various | Trade Debt | N | $4,234.97 |
| 1187 | IMPACTability | 474 West 238th Street No. 6i | Bronx | NY | 10463 | Various | Trade Debt | N | $4,225.85 |
| 1188 | Special Olympics Louisiana | 46 Louis Prima Drive Unit A | Covington | LA | 70433 | Various | Trade Debt | N | $4,225.28 |
| 1189 | Materna Foundation | 2891 E Bonanza Ct | Gilbert | AZ | 85297 | Various | Trade Debt | N | $4,221.95 |
| 1190 | New Way Mississippi | PO Box 24404 | Jackson | MS | 39225 | Various | Trade Debt | N | $4,218.88 |
| 150 | Kids Together Inc. | 150 Wrenn Dr-Unit 1622 | Cary | NC | 27512 | Various | Trade Debt | N | $4,206.33 |
| 1192 | Billings Mediation Center Inc. | 3031 Grand Ave Unit 156 | Billings | MT | 59102 | Various | Trade Debt | N | $4,204.55 |
| 1193 | The Native American Humane Society | 776 McHenry St. | Baltimore | MD | 21230 | Various | Trade Debt | N | $4,201.65 |
| 1194 | Friends of Sholan Farms | PO Box 632 | Leominster | MA | 1453 | Various | Trade Debt | N | $4,193.29 |
| 1195 | Chattanooga Organized for Action Inc. | 1918 Union Avenue | Chattanooga | TN | 37404 | Various | Trade Debt | N | $4,188.36 |

| 1196 | Gateway Educational Services | 185 S. Patterson Ave Suite E | Goleta | CA | 93117 | Various | Trade Debt | N | $4,176.38 |
|---|---|---|---|---|---|---|---|---|---|
| 1197 | Bump: The Triangle | 504 W. Chapel Hill Street | Durham | NC | 27701 | Various | Trade Debt | N | $4,172.72 |
| 1198 | Menominee Animal Shelter Inc. | N184 Haggerson Court | Menominee | MI | 49858 | Various | Trade Debt | N | $4,165.80 |
| 1199 | Bountiful Cities Project | 50 S. French Broad Ave #257 | Asheville | NC | 28801 | Various | Trade Debt | N | $4,165.50 |
| 1200 | Memorial Hospital of Sweetwater County Foundation | 1200 College Dr. | Rock Springs | WY | 82901 | Various | Trade Debt | N | $4,161.20 |
| 1201 | Bridges of Hope New Haven Inc. | 135 Whitney Ave | New Haven | CT | 6510 | Various | Trade Debt | N | $4,156.18 |
| 1202 | Advocating 4 Kids Inc. | 3500 Virginia Beach Blvd Ste 420 | Virginia Beach | VA | 23452 | Various | Trade Debt | N | $4,150.70 |
| 1203 | Dawson Community Food Bank | 671 Lumpkin Campground Rd S. ste 130 | Dawsonville | GA | 30534 | Various | Trade Debt | N | $4,140.85 |
| 1204 | 4Shayj Foundation | 84573 Anchora Way | Indio | CA | 92203 | Various | Trade Debt | N | $4,131.40 |
| 1205 | Fathers and Sons Together (FAST) | 9276 Spear Place South | Seattle | WA | 98118 | Various | Trade Debt | N | $4,121.75 |
| 1206 | Leahs Dream Inc. | 835 Morris St. | Philadelphia | PA | 19148 | Various | Trade Debt | N | $4,104.05 |
| 1207 | Correa Family Foundation | 26400 Kuykendahl Rd Ste C180-249 | The Woodlands | TX | 77375 | Various | Trade Debt | N | $4,100.25 |
| 1208 | Community Partnership for Youth | P.O. Box 42 | Monterey | CA | 93942 | Various | Trade Debt | N | $4,087.97 |
| 1209 | TheEPICFoundation | PO Box 160273 | Atlanta | GA | 30316 | Various | Trade Debt | N | $4,083.42 |
| 1210 | High Plains Heritage Foundation | P.O. Box 1278 | Liberal | KS | 67901 | Various | Trade Debt | N | $4,077.20 |
| 1211 | Gregory House Programs | 200 N Vineyard Blvd Ste A310 | Honolulu | HI | 96817 | Various | Trade Debt | N | $4,062.57 |
| 1212 | Cancer Can Kiss My Ass | 4527 30Th Avenue | Rock Island | IL | 61201 | Various | Trade Debt | N | $4,059.96 |
| 1213 | OPUS | 1000 E 15th St. | Edmond | OK | 73013 | Various | Trade Debt | N | $4,051.37 |
| 1214 | We Care - Lagoinha Orlando Church | 67808 Grand National Dr | | FL | 32819 | Various | Trade Debt | N | $4,045.08 |
| 1215 | Oon Jai Foundation Inc. | 133 Fabyan Woodstock Road | North Grosvenordale | CT | 6255 | Various | Trade Debt | N | $4,043.27 |
| 1216 | B R Emergency Training | 2181 Camino de Verdad | Mercedes | TX | 78570 | Various | Trade Debt | N | $4,042.60 |
| 1217 | Mission Valley Track and Field Club | 25357 Villager Lane | Hayward | CA | 94555 | Various | Trade Debt | N | $4,042.56 |
| 1218 | Vida Autentica | 853 Moultrie Street | San Francisco | CA | 94110 | Various | Trade Debt | N | $4,030.00 |
| 1219 | Joseph's Warriors | 310 Morningside Dr. | League City | TX | 77573 | Various | Trade Debt | N | $4,025.84 |
| 1220 | Ventura County Family Justice Center Foundation Inc | 3170 Loma Vista Road | Ventura | CA | 93003 | Various | Trade Debt | N | $4,025.68 |
| 1221 | LA Design Weekend | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $4,019.90 |
| 1222 | Talons Out Honor Flight Inc. | PO Box 280 | Portage | MI | 49081 | Various | Trade Debt | N | $4,019.66 |
| 1223 | More Than Walking Incorporated | 155 Peace Acre Lane | Stratford | CT | 6614 | Various | Trade Debt | N | $4,003.45 |
| 1224 | Clinton Public School Foundation | P.O. Box 822 | Clinton | OK | 73801 | Various | Trade Debt | N | $4,000.00 |
| 1225 | CAN Behavioral Health | 401 W. Texas Ave. | Baytown | TX | 77520 | Various | Trade Debt | N | $3,987.59 |
| 1226 | Shaping San Francisco | 518 Valencia Street | San Francisco | CA | 94110 | Various | Trade Debt | N | $3,981.24 |
| 1227 | Revive the Roots | 10 Old Forge Rd | Smithfield | RI | 2917 | Various | Trade Debt | N | $3,977.09 |
| 1228 | Ncompass | PO Box 1429 | Beaverton | OR | 97075 | Various | Trade Debt | N | $3,968.61 |
| 1229 | The National Coalition of 100 Black Women Decatur-Dekalb Chapter Inc. | PO Box 360752 | Decatur | GA | 30036 | Various | Trade Debt | N | $3,951.66 |
| 1230 | Carry On | 2525 Carlisle St Apt 109 | Dallas | TX | 75201 | Various | Trade Debt | N | $3,950.03 |
| 1231 | Malama Maui Nui | E Camp 5 Road | Puunene | HI | 96784 | Various | Trade Debt | N | $3,946.60 |
| 1232 | Green Interchange | One Vantage Way Ste E250 | Nashville | TN | 37228 | Various | Trade Debt | N | $3,943.91 |
| 1233 | Apogee Education Foundation | 1754 BAGDAD ROAD BUILDING D | Cedar Park | TX | 78613 | Various | Trade Debt | N | $3,941.00 |
| 1234 | Gibbon Conservation Center | PO Box 800249 | Santa Clarita | CA | 91380 | Various | Trade Debt | N | $3,940.31 |
| 1235 | California Rock Art Foundation | 1200 Franklin Mall Suite #94 | Santa Clara | CA | 95050 | Various | Trade Debt | N | $3,938.15 |
| 1236 | Blue Hearts of Hope | 4639 Gulfstarr Dr | Destin | FL | 32541 | Various | Trade Debt | N | $3,933.00 |
| 1237 | Dayton Right to Life Society | 425 N Findlay St | Dayton | OH | 45404 | Various | Trade Debt | N | $3,932.14 |
| 1238 | Armijo Athletic Boosters | 1300 Kimberly Ct. | Suisun City | CA | 94585 | Various | Trade Debt | N | $3,926.64 |
| 1239 | The Contributor Inc. | 154 Rep John Lewis Way N | Nashville | TN | 37219 | Various | Trade Debt | N | $3,918.00 |
| 1240 | Central Valley Veterans | 1134 Riordan Avenue | Clovis | CA | 93619 | Various | Trade Debt | N | $3,909.65 |
| 1241 | San Gabriel Valley NCNW Inc. | P. O. Box 413 | Walnut | CA | 91788 | Various | Trade Debt | N | $3,905.57 |
| 1242 | Arte Libre VA Inc. | 118 Fairway Drive | Winchester | VA | 22602 | Various | Trade Debt | N | $3,900.24 |
| 1243 | Conviviium Urban Farmstead | 2811 Jackson St. | Dubuque | IA | 52001 | Various | Trade Debt | N | $3,895.00 |
| 1244 | New Haven Pride Center | 84 Orange St. | New Haven | CT | 6510 | Various | Trade Debt | N | $3,879.14 |
| 1245 | Lupus Foundation of Northern California | 2635 N First Avenue Suite 211 | San Jose | CA | 95134 | Various | Trade Debt | N | $3,868.46 |
| 1246 | Project Thug Inc | 9300 Nw 18th Ave | Miami | FL | 33147 | Various | Trade Debt | N | $3,867.00 |
| 1247 | Wellesley Parents of Performing Students | P.O. Box 812136 | Wellesley | MA | 2482 | Various | Trade Debt | N | $3,864.36 |
| 1248 | Collaborative Resolutions Group Inc. | P.O. Box 931 | Greenfield | MA | 1302 | Various | Trade Debt | N | $3,863.55 |
| 1249 | Black Association of Documentary Filmmakers West | 145 N. Raymond Avenue | Pasadena | CA | 91105 | Various | Trade Debt | N | $3,863.49 |
| 1250 | French House Inc. | 633 North Frances St | Madison | WI | 53703 | Various | Trade Debt | N | $3,857.21 |
| 1251 | Raasin in the Sun | 1801 E 51st Street Suite 365 #551 | Austin | TX | 78723 | Various | Trade Debt | N | $3,853.71 |
| 1252 | America's Credit Union Museum Foundation | 420 Notre Dame Ave. | Manchester | NH | 3102 | Various | Trade Debt | N | $3,850.00 |
| 1253 | Southern California Dance Theatre | 4410 Greenmeadow Road | Long Beach | CA | 90808 | Various | Trade Debt | N | $3,847.58 |
| 1254 | Divine Mercy Family Foundation | 385 Oakes Blvd | San Leandro | CA | 94577 | Various | Trade Debt | N | $3,813.52 |
| 1255 | Friends of Bloomingdale Trail - Fiscal Sponsor: Friends of the Parks | 2107 N Albany Ave | Chicago | IL | 60647 | Various | Trade Debt | N | $3,808.91 |
| 1256 | Foundation for Disabled Youths | P.O. Box 5025 | Hacienda Heights | CA | 91745 | Various | Trade Debt | N | $3,802.28 |
| 1257 | BK Natured | BKNatur(ed) 25 8th avenue suite B | Brooklyn | NY | 11217 | Various | Trade Debt | N | $3,795.00 |
| 1258 | Options Care Center | 560 West 3rd St | Jamestown | NY | 14701 | Various | Trade Debt | N | $3,788.22 |
| 1259 | Seena Magowitz Foundation | PO BOX 4119 | Arlington | VA | 22204 | Various | Trade Debt | N | $3,783.00 |
| 1260 | Filipino-American Development Foundation | 1010 Mission Street | San Francisco | CA | 94103 | Various | Trade Debt | N | $3,780.88 |
| 1261 | Oregon Parks Forever | 1501 SW Jefferson Street | Portland | OR | 97201 | Various | Trade Debt | N | $3,778.79 |
| 1262 | National Collegiate Gymnastic Association | 5 Lenape Rd | Marlboro | NJ | 7746 | Various | Trade Debt | N | $3,763.25 |
| 1263 | Be Involved * Act Now * Champion Autism Inc. | 163-2226 River Run Drive | San Diego | CA | 92108 | Various | Trade Debt | N | $3,761.97 |
| 1264 | Our Legacy | P.O. Box 874 | Owatonna | MN | 55060 | Various | Trade Debt | N | $3,759.80 |
| 1265 | Elevate Northeast Events and Education Inc. | 203 School St | Watertown | MA | 2472 | Various | Trade Debt | N | $3,748.58 |
| 1266 | New Revelations Collegiate Mission | 3281 Hopkins Road | Krum | TX | 76249 | Various | Trade Debt | N | $3,745.07 |
| 1267 | Empowerment Avenue | 1187 Coast Village Rd #101 | Santa Barbara | CA | 93108 | Various | Trade Debt | N | $3,740.92 |
| 1268 | East Grand Community Services | 3721 E Sunshine St. | Springfield | MO | 65809 | Various | Trade Debt | N | $3,737.83 |
| 1269 | Pathways to Independence Inc. | 401 Northlake Blvd Suite 4 | North Palm Beach | FL | 33408 | Various | Trade Debt | N | $3,734.95 |
| 1270 | Melita's Dream Animal Rescue | 21200 Oxnard St Num 6492 | Woodland Hills | CA | 91365 | Various | Trade Debt | N | $3,722.71 |

| 1271 | Beautiful You Mrkh Foundation | 13301 Clifton Rd | Silver Spring | MD | 20904 | Various | Trade Debt | N | $3,715.66 |
|------|------|------|------|------|------|------|------|------|------|
| 1272 | Conservation Centers For Species Survival | 2155 County Road 2008 | Glen Rose | TX | 76043 | Various | Trade Debt | N | $3,708.80 |
| 1273 | LIVE-Today Foundation Inc | 1507 E 53Rd Street 274 | Chicago | IL | 60615 | Various | Trade Debt | N | $3,708.07 |
| 1274 | The Four-Seven Inc. | 675 Deis Dr. Suite N #273 | Fairfield | OH | 45014 | Various | Trade Debt | N | $3,704.42 |
| 1275 | Arts Los Altos | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $3,665.10 |
| 1276 | Canfield Consortium | 4017 Montclair | Detroit | MI | 48214 | Various | Trade Debt | N | $3,660.00 |
| 1277 | Opera Theatre of the Rockies | PO Box 8110 | Colorado Springs | CO | 80933 | Various | Trade Debt | N | $3,655.60 |
| 1278 | Angelton Police Officers Association | P.O. Box 1593 | Angleton | TX | 77516 | Various | Trade Debt | N | $3,645.47 |
| 1279 | Manahan | 120 S Holland Sylvania Rd | Toledo | OH | 43615 | Various | Trade Debt | N | $3,636.32 |
| 1280 | Detroit Food Policy Council | 1420 Washington Blvd. Suite 230 | Detroit | MI | 48226 | Various | Trade Debt | N | $3,632.50 |
| 1281 | Upshur County Recreation Complex Inc. | P.O Box 216 | Buckhannon | WV | 26201 | Various | Trade Debt | N | $3,631.70 |
| 1282 | Infinite Love for Kids Fighting Cancer | P.O. Box 4064 | Middletown | NJ | 7748 | Various | Trade Debt | N | $3,630.70 |
| 1283 | St Joseph SVdP Conference Marinette WI | 2715 Taylor St PO Box 563 | Marinette | WI | 54143 | Various | Trade Debt | N | $3,628.80 |
| 1284 | United Way of Rhea County | 224 4th Avenue Suite 101 | Dayton | TN | 37321 | Various | Trade Debt | N | $3,628.03 |
| 1285 | Foster Your Future | 13235 N. Verde River Dr. | Fountain Hills | AZ | 85268 | Various | Trade Debt | N | $3,623.73 |
| 1286 | Finn It Forward | 18530 Mack Ave | Grosse Pointe | MI | 48236 | Various | Trade Debt | N | $3,615.13 |
| 1287 | Plant a Million Corals | 24215 Caribbean Drive W | Summerland Key | FL | 33042 | Various | Trade Debt | N | $3,614.03 |
| 1288 | WATERisLIFE | P.O. Box 7481 | Edmond | OK | 73083 | Various | Trade Debt | N | $3,603.18 |
| 1289 | National Association of Orthopaedic Nurses Foundation | 289 S. Main Street | Alpharetta | GA | 30009 | Various | Trade Debt | N | $3,598.32 |
| 1290 | Guildhaus | 2413 Canal Street | Blue Island | IL | 60406 | Various | Trade Debt | N | $3,592.26 |
| 1291 | Oregon Basketball Club | 14925 SW Barrows Rd Suite 109 #107 | Beaverton | OR | 97007 | Various | Trade Debt | N | $3,587.75 |
| 1292 | Made4More | 6700 N Linder Ave St 156A #292 | Meridian | ID | 83646 | Various | Trade Debt | N | $3,586.84 |
| 1293 | Youth for Technology Foundation (YTF) | 1300 W Muhammad Ali Blvd. | Louisville | KY | 40203 | Various | Trade Debt | N | $3,586.63 |
| 1294 | EaglExit Corporation | 12110 Business Blvd. Ste 6 #165 | Eagle River | AK | 99577 | Various | Trade Debt | N | $3,575.71 |
| 1295 | Kas Ioane Foundation | 5619 Venice St SE | Salem | OR | 97306 | Various | Trade Debt | N | $3,570.00 |
| 1296 | Oregon State K of C Charities | 2455 Fir Street | North Bend | OR | 97459 | Various | Trade Debt | N | $3,567.58 |
| 1297 | Warrior Wellness Program | 1750 Arcadia Road | Holiday | FL | 34690 | Various | Trade Debt | N | $3,560.00 |
| 1298 | Compas De Nicaragua | 5 Rogers Street | Plymouth | NH | 3264 | Various | Trade Debt | N | $3,560.00 |
| 1299 | Paradise Stronger | Po Box 1000 | Paradise | CA | 95967 | Various | Trade Debt | N | $3,557.65 |
| 1300 | Social Responsibility Through Me | 1703 South 4th Street | Camden | NJ | 8104 | Various | Trade Debt | N | $3,556.00 |
| 1301 | Mountain Top Journey | 13524 White Oaks Rd | Havana | IL | 62644 | Various | Trade Debt | N | $3,550.00 |
| 1302 | Society of Mayflower Descendants in the State of Delaware | 1007 Orange Street | Wilmington | DE | 19899 | Various | Trade Debt | N | $3,548.52 |
| 1303 | Rock to Recovery | 7250 Franklin Ave Unit 409 | Los Angeles | CA | 90046 | Various | Trade Debt | N | $3,526.78 |
| 1304 | Crownsville Conservancy | PO Box 44 | Crownsville | MD | 21032 | Various | Trade Debt | N | $3,524.43 |
| 1305 | Regenerative Medicine Foundation Inc. | 9314 Forest Hill Blvd. Ste 2 | Wellington | FL | 33411 | Various | Trade Debt | N | $3,518.97 |
| 1306 | Sarah's Fight for Hope Foundation | PO Box 578 | Long Valley | NJ | 7853 | Various | Trade Debt | N | $3,518.80 |
| 1307 | Back the Badges BBQ Foundation | 325 Venezia Vw | Leander | TX | 78641 | Various | Trade Debt | N | $3,501.04 |
| 1308 | Harold Colbert Jones Memorial Community Center | 220 E.15th Street | Chicago Heights | IL | 60411 | Various | Trade Debt | N | $3,500.70 |
| 1309 | Asian American Native Hawaiian Pacific Islander POWER | 2126 Citroen St | Las Vegas | NV | 89142 | Various | Trade Debt | N | $3,500.00 |
| 1310 | Solid Pastoral Coaching Inc. | 1246 Lucca Dr | Dripping Springs | TX | 78620 | Various | Trade Debt | N | $3,500.00 |
| 1311 | Project LPAC | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $3,498.20 |
| 1312 | Jack's Caregiver Coalition | 817 Fifth Ave S Unit 400 | Minneapolis | MN | 55404 | Various | Trade Debt | N | $3,490.89 |
| 1313 | Southwest Tennis Foundation Inc. | 7010 E. Acoma Dr. Ste. 201 | Scottsdale | AZ | 85254 | Various | Trade Debt | N | $3,468.52 |
| 1314 | I Am Green | 1021 S. 37th Street | San Diego | CA | 92113 | Various | Trade Debt | N | $3,466.21 |
| 1315 | Tranformational Prison Project | P.O. Box 309385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $3,464.57 |
| 1316 | Reina Robinson MA | PO BOX 5543 | Vallejo | CA | 94590 | Various | Trade Debt | N | $3,456.83 |
| 1317 | Step Up Savannah Inc. | 428 Bull Str. STE 208 | Savannah | GA | 31401 | Various | Trade Debt | N | $3,456.82 |
| 1318 | Pocatello Field Archers | 8578 Pocatello Creek Road | Pocatello | ID | 83201 | Various | Trade Debt | N | $3,449.68 |
| 1319 | To Show We Care | 15 Dale Avenue #836 | Gloucester | MA | 1931 | Various | Trade Debt | N | $3,447.20 |
| 1320 | Harold Hunter Foundation | 151 First Ave #210 | New York | NY | 10003 | Various | Trade Debt | N | $3,444.75 |
| 1321 | People Inc. | 2495 Main St. Suite 446 | Buffalo | NY | 14214 | Various | Trade Debt | N | $3,430.04 |
| 1322 | Foundation for the Poor | 4862 East Blossom Drive | Doylestown | PA | 18902 | Various | Trade Debt | N | $3,426.25 |
| 1323 | The STAR Chapter Foundation | Po Box 17002 | Cincinnati | OH | 45217 | Various | Trade Debt | N | $3,425.00 |
| 1324 | Project Scleroderma | 119 Hastings Ave | Havertown | PA | 19083 | Various | Trade Debt | N | $3,423.00 |
| 1325 | Sustainable Transformation of Youth Lives - STYL Inc. | NEPI c/o Law Office of Janet M. Rickershauser LLC 321 Walnut Street #350 | Newton | MA | 2460 | Various | Trade Debt | N | $3,416.75 |
| 1326 | Harmony In Horses | 8847 N 800 E | Sheridan | IN | 46069 | Various | Trade Debt | N | $3,402.20 |
| 1327 | Art & Soul Innovations | P.O. Box 6306 | Monona | WI | 53716 | Various | Trade Debt | N | $3,400.77 |
| 1328 | Medic Now Foundation Inc. | 3 Charlotte Dn | Plymouth | MA | 2360 | Various | Trade Debt | N | $3,389.44 |
| 1329 | Hugz4Haiti | 42 Lake Ave Ext Ste 302 | Danbury | CT | 6811 | Various | Trade Debt | N | $3,380.00 |
| 1330 | Cedar Valley Angels | PO Box 1841 | Waterloo | IA | 50704 | Various | Trade Debt | N | $3,378.60 |
| 1331 | GreenLight Solutions Foundation | 1848 E Hermosa Drive | Tempe | AZ | 85282 | Various | Trade Debt | N | $3,376.00 |
| 1332 | Click4life | 10163 CR 2446 | Royse City | TX | 75189 | Various | Trade Debt | N | $3,365.14 |
| 1333 | The Blue Family Tree | 236 S Park Court | Fruita | CO | 81521 | Various | Trade Debt | N | $3,362.49 |
| 1334 | The 411 Live Inc. | 12201 W Burleigh Suite 14 | Wauwatosa | WI | 53205 | Various | Trade Debt | N | $3,355.00 |
| 1335 | Ostara Initiative | PO Box 18603 | Minneapolis | MN | 55418 | Various | Trade Debt | N | $3,349.53 |
| 1336 | Garden of Peace Inc | 4048 NE 122nd Ave | Portland | OR | 97266 | Various | Trade Debt | N | $3,333.03 |
| 1337 | Return the Salute | P.O. Box 1731 | Grapevine | TX | 76099 | Various | Trade Debt | N | $3,318.57 |
| 1338 | HAVING P.U.R.P.O.S.E Inc. | 470 Howard Avenue | Brooklyn | NY | 11233 | Various | Trade Debt | N | $3,312.75 |
| 1339 | Benjamin Franklin Elementary Foundation | 1610 Lake Ave | Glendale | CA | 91201 | Various | Trade Debt | N | $3,311.85 |
| 1340 | Johnson C. Smith Theological Seminary | 1328 Peachtree Street NE | Atlanta | GA | 30309 | Various | Trade Debt | N | $3,300.20 |
| 1341 | United Hmong With Disabilities Inc. | 1425 Minnehaha Ave E #600203 | Saint Paul | MN | 55106 | Various | Trade Debt | N | $3,294.86 |
| 1342 | Senior Citizens of Logan County Inc. | 2810 Woodlawn Road | Lincoln | IL | 62656 | Various | Trade Debt | N | $3,293.91 |
| 1343 | Charlotte Center for Mindfulness | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $3,278.09 |
| 1344 | Aidan Jack Seeger Foundation/ALD Alliance | 70 North 15th St | Brooklyn | NY | 11222 | Various | Trade Debt | N | $3,275.00 |
| 1345 | Minnesota Federated Humane Societies | PO Box 416 | Anoka | MN | 55303 | Various | Trade Debt | N | $3,268.60 |

| 1346 | Leaders In Training | 900 N. Lamb Blvd. Ste. 130 | Las Vegas | NV | 89110 | Various | Trade Debt | N | $3,253.41 |
| 1347 | Citizens Against Abuse | 1112 W Boughton Rd | Bolingbrook | IL | 60440 | Various | Trade Debt | N | $3,250.00 |
| 1348 | Home Makers | 117 Dotts St | Adrian | PA | 18073 | Various | Trade Debt | N | $3,240.00 |
| 1349 | Beauty Out Of Dust | 1833 Greenfield Avenue | Fort Worth | TX | 76102 | Various | Trade Debt | N | $3,235.00 |
| 1350 | EdConnect Inc. | 160 Pearl Moss Ln | Douglasville | GA | 31047 | Various | Trade Debt | N | $3,233.73 |
| 1351 | ArtPop Street Gallery | P.O. Box 63 | Barium Springs | NC | 28010 | Various | Trade Debt | N | $3,230.68 |
| 1352 | 22nd Century Initiative | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $3,226.18 |
| 1353 | Growing4ward | 300 Glenwood Ave. Suite 432 | Bloomfield | NJ | 7003 | Various | Trade Debt | N | $3,219.25 |
| 1354 | Urban Financial Services Coalition | PO Box 11450 | Omaha | NE | 68111 | Various | Trade Debt | N | $3,218.20 |
| 1355 | Idaho Regular Baptist Bible Camp Inc. | 300 N. Mission St | Mccall | ID | 83638 | Various | Trade Debt | N | $3,215.08 |
| 1356 | Fondy Food Center Inc. | 2102 W Fond du Lac Ave | Milwaukee | WI | 53206 | Various | Trade Debt | N | $3,210.10 |
| 1357 | World Arts West | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $3,207.45 |
| 1358 | Refugee Womens Center | 76 Mountain Rd | North Granby | CT | 6060 | Various | Trade Debt | N | $3,205.00 |
| 1359 | Make Them Know Your Name Foundation | 5815 Landerbrook Dr #241541 | Cleveland | OH | 44124 | Various | Trade Debt | N | $3,195.95 |
| 1360 | Community ONE Inc. | 7288 HANOVER GREEN DRIVE | Alexandria | VA | 23111 | Various | Trade Debt | N | $3,194.65 |
| 1361 | Rey Cultural Centre | PO Box 286 | Waterville Valley | NH | 3215 | Various | Trade Debt | N | $3,188.39 |
| 1362 | Chloe Sanctuary for Parrots and Cockatoos | 3481 W WILSON RD | Pahrump | NV | 89048 | Various | Trade Debt | N | $3,185.90 |
| 1363 | A Voice 4 the Unheard | 374 Eastern Pkwy Apt C6 | Brooklyn | NY | 11225 | Various | Trade Debt | N | $3,179.80 |
| 1364 | Kentucky Womans Missionary Union Inc. | 13420 Eastpoint Centre Dr | Louisville | KY | 40223 | Various | Trade Debt | N | $3,168.40 |
| 1365 | Chateau Elan Military Support Foundation | 1915 Gene Sarazen Way | Braselton | GA | 30517 | Various | Trade Debt | N | $3,150.00 |
| 1366 | Ohio Campus Compact | 1179 University Dr | Newark | OH | 43055 | Various | Trade Debt | N | $3,131.75 |
| 1367 | Hoop Roots | 4389 Cindy Lane | Syracuse | NY | 13215 | Various | Trade Debt | N | $3,131.64 |
| 1368 | Make the Distinction | 4640 Roosevelt Blvd STE 3 #1084 | Philadelphia | PA | 19124 | Various | Trade Debt | N | $3,126.41 |
| 1369 | Greater Heights Missions | 3691 Green Spring Rd | Winchester | VA | 22603 | Various | Trade Debt | N | $3,126.20 |
| 1370 | Offering Alternative Therapy With Smiles | 4920 Groveland Rd | Ortonville | MI | 48462 | Various | Trade Debt | N | $3,123.65 |
| 1371 | Benicia Chamber Players | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $3,122.00 |
| 1372 | Watts Community Core | 9501 Cerritos Ave | Anaheim | CA | 92804 | Various | Trade Debt | N | $3,118.36 |
| 1373 | Temple Beth Jacob | 290 North Street | Newburgh | NY | 12550 | Various | Trade Debt | N | $3,105.17 |
| 1374 | Homestead High School Music Boosters | 1669 Hollenbeck Avenue #2-222 | Sunnyvale | CA | 94087 | Various | Trade Debt | N | $3,100.00 |
| 1375 | Dress for Success Boston Inc. | 989 Commonwealth Avenue | Boston | MA | 2215 | Various | Trade Debt | N | $3,093.87 |
| 1376 | Safe Kids Clark County | 3196 South Maryland Parkway Suite 101 | Las Vegas | NV | 89109 | Various | Trade Debt | N | $3,089.22 |
| 1377 | Strong Families | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $3,067.25 |
| 1378 | The Sacramento Blues Society | P.O. Box 60580 | Sacramento | CA | 95860 | Various | Trade Debt | N | $3,058.48 |
| 1379 | Carmel River Watershed Conservancy | 225 Crossroads Blvd | Carmel By The Sea | CA | 93923 | Various | Trade Debt | N | $3,054.32 |
| 1380 | Motherful | 1436 Chelsmford Ct | Columbus | OH | 43229 | Various | Trade Debt | N | $3,048.11 |
| 1381 | Block Island Community Sailing Inc. | P.O. Box 457 | Block Island | RI | 2807 | Various | Trade Debt | N | $3,040.14 |
| 1382 | Old Pros | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $3,038.58 |
| 1383 | Krewe of Dolly | 914 Cambronne Street | New Orleans | LA | 70118 | Various | Trade Debt | N | $3,037.32 |
| 1384 | Black and Gold Initiative Foundation | 2102 Windsor Pl Ste 5 | Champaign | IL | 61820 | Various | Trade Debt | N | $3,035.00 |
| 1385 | Guardian Training | 3007 Sacramento Street | Berkeley | CA | 94703 | Various | Trade Debt | N | $3,024.68 |
| 1386 | Deb's Dream Inc. | 2852 Coral Valley Dr. | Leander | TX | 78641 | Various | Trade Debt | N | $3,020.00 |
| 1387 | Conexa | 2851 Cam Del Rio S Ste 300 | San Diego | CA | 92108 | Various | Trade Debt | N | $3,015.75 |
| 1388 | Your Childrens Trees | 69 Calaveras Ave | Goleta | CA | 93117 | Various | Trade Debt | N | $3,015.00 |
| 1389 | Wisconsin Men's Lacrosse Foundation | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $3,010.20 |
| 1390 | WeCount | PO BOX 344116 | Florida City | FL | 33034 | Various | Trade Debt | N | $2,997.18 |
| 1391 | Backpacks of Dreams Inc. | P.O. Box 940426 | Miami | FL | 33194 | Various | Trade Debt | N | $2,992.70 |
| 1392 | Military Transition Roundtable | 27026 Granite Path | San Antonio | TX | 78258 | Various | Trade Debt | N | $2,990.00 |
| 1393 | Literacy Chicago | 641 W. Lake Street Suite 104 | Chicago | IL | 60661 | Various | Trade Debt | N | $2,987.35 |
| 1394 | SFC Virginia | 9916 Brock rd | Spotsylvania | VA | 22553 | Various | Trade Debt | N | $2,983.00 |
| 1395 | United Women of Color | PO Box 296 | Capshaw | AL | 35742 | Various | Trade Debt | N | $2,969.37 |
| 1396 | CIM USA La Communaute Ivoire De Minnesota | 316 Arlington Ave E | Saint Paul | MN | 55130 | Various | Trade Debt | N | $2,945.51 |
| 1397 | Visuality of SWFL | P.O. Box 9385 | Fort Myers | FL | 33902 | Various | Trade Debt | N | $2,945.00 |
| 1398 | Living Water World Missions | P.O. Box 7509 | Visalia | CA | 93290 | Various | Trade Debt | N | $2,943.63 |
| 1399 | Mercy Drops Dream Center | PO Box 9416 | Chesapeake | VA | 23321 | Various | Trade Debt | N | $2,940.66 |
| 1400 | Acupuncture Relief Project | 2114 Main St Ste 100 #203 | Vancouver | WA | 98660 | Various | Trade Debt | N | $2,932.63 |
| 1401 | Reel Fathers | 6 Torneo Court | Santa Fe | NM | 87508 | Various | Trade Debt | N | $2,930.00 |
| 1402 | Latinx Community Center for Empowerment LCCE | 97 Central Street Ste 300 | Lowell | MA | 1852 | Various | Trade Debt | N | $2,929.52 |
| 1403 | Ryan Rocks!!! Outdoor Adventures Inc. | 850 Stephenson Hwy Suite 301 | Troy | MI | 48083 | Various | Trade Debt | N | $2,923.58 |
| 1404 | South Bay Military Veterans Chorus | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $2,918.27 |
| 1405 | Hope Performance Tennis | 1861 Briarcliff Cir NE APT E | Atlanta | GA | 30329 | Various | Trade Debt | N | $2,914.40 |
| 1406 | Mission of Hope International | 1510 Windrider Ct. | Fenton | MO | 63026 | Various | Trade Debt | N | $2,913.55 |
| 1407 | Everett Museum of History | PO Box 5556 | Everett | WA | 98206-5556 | Various | Trade Debt | N | $2,900.00 |
| 1408 | Madys movement | 2925 Gulf Freeway South Ste B | League City | TX | 77573 | Various | Trade Debt | N | $2,885.00 |
| 1409 | Recovery Cafe Frogtown | 499 Charles Avenue | Saint Paul | MN | 55103-1 | Various | Trade Debt | N | $2,880.82 |
| 1410 | Joyride Society Inc. | 3104 E Camelback Rd 2706 | Phoenix | AZ | 85016 | Various | Trade Debt | N | $2,878.42 |
| 1411 | Speaklife Ministries Inc. | 609 Holly Drive | Edmond | OK | 73034 | Various | Trade Debt | N | $2,877.90 |
| 1412 | Save Their Smiles | 24127 Crystal Lake Road | Woodinville | WA | 98077 | Various | Trade Debt | N | $2,877.48 |
| 1413 | Heart N Soul Hospice Foundation | 51 Century Blvd Ste 110 | Nashville | TN | 37214 | Various | Trade Debt | N | $2,872.80 |
| 1414 | Ava Potter Pilcher Foundation | 4105 Weston Dr | Knoxville | MD | 21758 | Various | Trade Debt | N | $2,870.00 |
| 1415 | Gloucester United Emergency Shelter Team | 6536 Moose Drive | Gloucester | VA | 23061 | Various | Trade Debt | N | $2,865.91 |
| 1416 | West Point Retreats | 1132 GREEN RIDGE RD | East Berlin | PA | 17316 | Various | Trade Debt | N | $2,864.75 |
| 1417 | New Creation Inc. | 544 E. Spruce St Olathe Ks. 66061 | Olathe | KS | 66061 | Various | Trade Debt | N | $2,863.43 |
| 1418 | The Dented Fender | 1324 Orchardview Ct | Dayton | OH | 45458 | Various | Trade Debt | N | $2,857.75 |
| 1419 | RARARA! | 339 Sierra Madre Villa Ave. | Pasadena | CA | 91107 | Various | Trade Debt | N | $2,856.85 |
| 1420 | Syzygy Dance Project | PO Box 2532 | Sausalito | CA | 94966 | Various | Trade Debt | N | $2,856.06 |
| 1421 | Mother of Mercy Charitable Foundation | P.O. Box 320041 | San Francisco | CA | 94132 | Various | Trade Debt | N | $2,850.00 |
| 1422 | Families Up | 123 N 456 E | Pleasant Grove | UT | 84062 | Various | Trade Debt | N | $2,847.75 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1423 | America Supporting Americans | PO Box 543 45300 Portola Ave. | Palm Desert | CA | 92260-9996 | Various | Trade Debt | N | $2,843.80 |
| 1424 | California Children's Academy | 2701 N Main Street | Los Angeles | CA | 90031 | Various | Trade Debt | N | $2,843.80 |
| 1425 | Girl I got you | 13000 Harbor Center Drive | Woodbridge | VA | 22192 | Various | Trade Debt | N | $2,842.19 |
| 1426 | BIPOC Student Midwife Fund | 1625 Clay St Floor 6 | Oakland | CA | 94612 | Various | Trade Debt | N | $2,829.68 |
| 1427 | Georgia Rugby Foundation dba Renegades Forever | 6849 Peachtree Dunwoody Rd. Building B-3 Suite 100 | Atlanta | GA | 30328 | Various | Trade Debt | N | $2,818.20 |
| 1428 | Rishama International | 204 Station Ave | Glenside | PA | 19038 | Various | Trade Debt | N | $2,815.00 |
| 1429 | Daughters of St. Paul | 50 St. Paul's Ave | Boston | MA | 2130 | Various | Trade Debt | N | $2,812.32 |
| 1430 | Every Cats Dream | 1270 State Highway 206 | Greene | NY | 13778 | Various | Trade Debt | N | $2,807.81 |
| 1431 | ArtsUP! LA | 11777 San Vicente Blvd. Suite 502 | Los Angeles | CA | 90049 | Various | Trade Debt | N | $2,803.99 |
| 1432 | A Brighter Day Youth Work Program | 1025 Alameda De Las Pulgas #745 | Belmont | CA | 94002 | Various | Trade Debt | N | $2,803.90 |
| 1433 | Prologue Theatre | 6408 Williamsburg Blvd | Arlington | VA | 22207 | Various | Trade Debt | N | $2,803.38 |
| 1434 | Gaia Passages | 8331 Kent Court | El Cerrito | CA | 94530 | Various | Trade Debt | N | $2,798.80 |
| 1435 | Relief Inc. | 4120 Dale Rd. Ste J-8 #163 | Modesto | CA | 95356 | Various | Trade Debt | N | $2,791.52 |
| 1436 | Helping Hands For The Disabled Of NYC Inc. | P.O. Box 9174 | Astoria | NY | 11103 | Various | Trade Debt | N | $2,787.24 |
| 1437 | Daniel Alexander Payne Community Development Corporation | 1518 M Street NW | Washington | DC | 20005 | Various | Trade Debt | N | $2,783.22 |
| 1438 | Public Matters | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $2,780.00 |
| 1439 | Rosemarie K Witter Foundation Inc. | 610 5th Avenue #3953 | New York | NY | 10185 | Various | Trade Debt | N | $2,775.00 |
| 1440 | Society for History and Racial Equity | 471 W. South Suite 42a | Kalamazoo | MI | 49007 | Various | Trade Debt | N | $2,766.22 |
| 1441 | Young Masterminds Initiative Inc | 137 Montague St. Suite 185 | Brooklyn | NY | 11201 | Various | Trade Debt | N | $2,750.00 |
| 1442 | K-9s For Heroes Inc. | 1734 Kingsley Ave #14 | Orange Park | FL | 32073 | Various | Trade Debt | N | $2,750.00 |
| 1443 | Pass It Along | 75 State Route 15 Unit 62 | Lafayette | NJ | 7848 | Various | Trade Debt | N | $2,743.79 |
| 1444 | Lifeline of Galveston County | 100 E Nasa Parkway Ste 55 | Webster | TX | 77598 | Various | Trade Debt | N | $2,734.18 |
| 1445 | Athletes Care Association | 401 SW Bunker Street | Madison | FL | 32340 | Various | Trade Debt | N | $2,732.75 |
| 1446 | New Neighbor Relief | 10031 Prospect Avenue Ste B | Santee | CA | 92071 | Various | Trade Debt | N | $2,730.00 |
| 1447 | Delmar Public Library | 101 N. Bi-State Blvd. | Delmar | DE | 19940 | Various | Trade Debt | N | $2,730.00 |
| 1448 | Tulsa YouthWorks | 1073 North Owasso Avenue | Tulsa | OK | 74106 | Various | Trade Debt | N | $2,729.86 |
| 1449 | Hot Springs Community Band Inc. | P.O. Box 8667 | Hot Springs Village | AR | 71910 | Various | Trade Debt | N | $2,703.63 |
| 1450 | Lyrkis Institute | 7201 East 67th Street | Kansas City | MO | 64133 | Various | Trade Debt | N | $2,703.33 |
| 1451 | The Thankful Ones | 4011 Paseo Campanario Dr. | Richmond | TX | 77406 | Various | Trade Debt | N | $2,685.00 |
| 1452 | Salute2Service | 190 So. Sycamore street | Newtown | PA | 18940 | Various | Trade Debt | N | $2,678.75 |
| 1453 | We Lead Ours | 55 Santa Clara Ave Suite 127 | Oakland | CA | 94610 | Various | Trade Debt | N | $2,674.16 |
| 1454 | HOPE Collaborative | 2000 Franklin Street 3rd Floor | Oakland | CA | 94612 | Various | Trade Debt | N | $2,672.00 |
| 1455 | Advice To The Players | 12 Main St | Center Sandwich | NH | 3227 | Various | Trade Debt | N | $2,671.42 |
| 1456 | Mount Shepherd Retreat Center Inc. | 1045 Mount Shepherd Road Ext. | Asheboro | NC | 27205 | Various | Trade Debt | N | $2,664.06 |
| 1457 | Golden Experience Inc | 8134 W Pine Creek Bnd | Cypress | TX | 77433 | Various | Trade Debt | N | $2,662.50 |
| 1458 | Institute of Cultural Affairs | 4750 N Sheridan Rd | Chicago | IL | 60640 | Various | Trade Debt | N | $2,660.97 |
| 1459 | ASA Now | 7830 East University Drive | Mesa | AZ | 85207 | Various | Trade Debt | N | $2,656.00 |
| 1460 | Next Step Education Foundation | P.O. Box 490062 | Atlanta | GA | 30349 | Various | Trade Debt | N | $2,655.00 |
| 1461 | Philadelphia College Prep Roundtable | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $2,655.00 |
| 1462 | Fauquier Excellence In Education Foundation | P.O. Box 512 | Warrenton | VA | 20188 | Various | Trade Debt | N | $2,651.38 |
| 1463 | Home Storytellers | 1187 Coast Village Rd. Suite 101 | Santa Barbara | CA | 93108 | Various | Trade Debt | N | $2,650.00 |
| 1464 | Impowered Minds of Florida | 19406 Via Del Mar | Tampa | FL | 33647 | Various | Trade Debt | N | $2,646.48 |
| 1465 | Hmong Association of Washington | P.O. Box 84601 | Seattle | WA | 98124 | Various | Trade Debt | N | $2,644.70 |
| 1466 | Growing Roots | 341 E Kingsley Ave | Pomona | CA | 91767 | Various | Trade Debt | N | $2,637.93 |
| 1467 | National Coalition of 100 Black Women PA Chapter | P.O. Box 13108 | Philadelphia | PA | 19101 | Various | Trade Debt | N | $2,635.92 |
| 1468 | Mississippi Headwaters Audubon Society | P.O. Box 193 | Bemidji | MN | 56619 | Various | Trade Debt | N | $2,633.09 |
| 1469 | Autism Society Inland Empire | 420 N McKinley St 111-118 | Corona | CA | 92879 | Various | Trade Debt | N | $2,625.25 |
| 1470 | Veterans4USA | 4 Kensington Cir Apt C | Mount Pleasant | MI | 48858 | Various | Trade Debt | N | $2,622.05 |
| 1471 | Spurs N Halos | P.O. Box 1186 | Enumclaw | WA | 98022 | Various | Trade Debt | N | $2,620.70 |
| 1472 | Felines of Chicago | 1501 Cuyler Ave | Berwyn | IL | 60402 | Various | Trade Debt | N | $2,617.02 |
| 1473 | Hope Rising Foundation | P. O. Box 971893 | Miami | FL | 33197 | Various | Trade Debt | N | $2,610.00 |
| 1474 | Filipino-American Law Enforcement Officers Association | PO Box 77086 | San Francisco | CA | 94107 | Various | Trade Debt | N | $2,607.34 |
| 1475 | North Carolina Down Syndrome Alliance | P.O. BOX 99562 | Raleigh | NC | 27624 | Various | Trade Debt | N | $2,600.95 |
| 1476 | Girls of Dog Rescue | 13141 Labrunum Dr | Tustin | CA | 92780 | Various | Trade Debt | N | $2,593.80 |
| 1477 | Los Ninos De Leonardo Y Meredith | 686 South St. Unit 3 | Wrentham | MA | 2093 | Various | Trade Debt | N | $2,583.06 |
| 1478 | Little Baby Blessings Foundation | 3121 Edgefield Rd | Franklin | OH | 43221 | Various | Trade Debt | N | $2,582.20 |
| 1479 | Computers 4 Kids | 2455 W Capitol Ave Apt 106 | West Sacramento | CA | 95691 | Various | Trade Debt | N | $2,581.45 |
| 1480 | IYDE | 2232 Stratford Ave Ste 220 | Cincinnati | OH | 45219 | Various | Trade Debt | N | $2,578.47 |
| 1481 | USA Warrior Stories | PO Box 2755 | East Hampton | NY | 11937 | Various | Trade Debt | N | $2,567.10 |
| 1482 | Empower Playgrounds Inc | 881 W State St Ste 140-211 | Pleasant Grove | UT | 84062 | Various | Trade Debt | N | $2,550.00 |
| 1483 | Mass Alliance | P.O. Box 317 | Roslindale | MA | 2131 | Various | Trade Debt | N | $2,547.67 |
| 1484 | Redwood Discovery Museum | 612 G Street #102 | Eureka | CA | 95501 | Various | Trade Debt | N | $2,546.20 |
| 1485 | HKF | P.O. Box 15339 | Chesapeake | VA | 23328 | Various | Trade Debt | N | $2,543.00 |
| 1486 | Found Hope | 400 w. Cunningham | Butler | PA | 16001 | Various | Trade Debt | N | $2,540.00 |
| 1487 | The Porch | 2811 Dogwood Pl. | Nashville | TN | 37203 | Various | Trade Debt | N | $2,534.68 |
| 1488 | Kappa Alpha Psi Fraternity Inc Omaha Alumni Chapter | 4089 South 84th Street Suite 181 | Omaha | NE | 68127 | Various | Trade Debt | N | $2,533.90 |
| 1489 | LEAD Foundation International | 267 Oak Hill Drive | Roanoke | TX | 76262 | Various | Trade Debt | N | $2,525.00 |
| 1490 | Champions 4 Character | 730 Baldwin Palm Ave | Fort Lauderdale | FL | 33324 | Various | Trade Debt | N | $2,519.75 |
| 1491 | Military Academy Alumni Association | 900 W. 4th | Weslaco | TX | 78596 | Various | Trade Debt | N | $2,515.00 |
| 1492 | Israel ParaSport Center | One Northfield Plaza Suite 300 | Northfield | IL | 60093 | Various | Trade Debt | N | $2,514.60 |
| 1493 | Worthy Stables | 502 Sheeplo Loop | Petal | MS | 39465 | Various | Trade Debt | N | $2,508.79 |
| 1494 | Big Brothers Big Sisters of Clarksville | 401-A Tiny Town Rd | Clarksville | TN | 37043 | Various | Trade Debt | N | $2,505.96 |
| 1495 | Statesmen | P.O. Box 321 | Meade | KS | 67864 | Various | Trade Debt | N | $2,500.00 |
| 1496 | Veterinary Emergency Treatment Fund | 6102 Morningside Drive VA | Henrico | VA | 23226 | Various | Trade Debt | N | $2,500.00 |
| 1497 | Autism Society of Boulder County | 1905 15th Street #4909 | Boulder | CO | 80306 | Various | Trade Debt | N | $2,499.02 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1498 | Granite Mountain Interagency Hotshot Crew Learning And Tribute | 3250 Gateway Blvd. | Prescott | AZ | 86303 | Various | Trade Debt | N | $2,491.34 |
| 1499 | JIFF Inc. | 254 South Lauderdale Street | Memphis | TN | 38126 | Various | Trade Debt | N | $2,488.69 |
| 1500 | Central Coast Veterans Helping Veterans | P.O. Box 12725 | San Luis Obispo | CA | 93406 | Various | Trade Debt | N | $2,486.23 |
| 1501 | It Takes A Village Community Giving | P.O. Box 520 | Downingtown | PA | 19335 | Various | Trade Debt | N | $2,477.66 |
| 1502 | Roots Charter High School | 2250 South 1300 West | West Jordan | UT | 84119 | Various | Trade Debt | N | $2,473.15 |
| 1503 | Liberty Lake Foundation Inc. | 1195 Florence-Columbus Rd. | Bordentown | NJ | 8505 | Various | Trade Debt | N | $2,471.55 |
| 1504 | Mental Fitness 21st Century Learning | 149 SW Broad Street | Fairburn | GA | 30213 | Various | Trade Debt | N | $2,470.00 |
| 1505 | Friends Of The Saxonia House Inc. | 9304 S Lake Dr | Manitowoc | WI | 54220 | Various | Trade Debt | N | $2,469.00 |
| 1506 | My Strength Wellness Program Inc. | 12823 Seahorse dr | Rancho Cucamonga | CA | 91739 | Various | Trade Debt | N | $2,460.20 |
| 1507 | n-ACTION Family Network | P.O. Box 1715 | La Mirada | CA | 90637 | Various | Trade Debt | N | $2,456.92 |
| 1508 | Repairers of Broken Walls dba RBW Missions | 405 Robbins Ave | Willmar | MN | 56201 | Various | Trade Debt | N | $2,452.70 |
| 1509 | Our Daily Bread | 909 N Loop 288 | Denton | TX | 76209 | Various | Trade Debt | N | $2,450.21 |
| 1510 | Colorado NORML | 1144 17th Street Suite 2700 | Denver | CO | 80202 | Various | Trade Debt | N | $2,444.35 |
| 1511 | Aurora Warms The Night | 9360 E Colfax | Aurora | CO | 80010 | Various | Trade Debt | N | $2,441.73 |
| 1512 | Reiki Home | 1711 Willamette Suite 301 Box #504 | Eugene | OR | 97401 | Various | Trade Debt | N | $2,441.00 |
| 1513 | Florida Bat Conservancy | 2400 Phillips Road | Christmas | FL | 32709 | Various | Trade Debt | N | $2,440.48 |
| 1514 | Healing Clinic Collective | 1625 Clay Street 76th floor | Oakland | CA | 94612 | Various | Trade Debt | N | $2,432.25 |
| 1515 | Wings For Ewing Sarcoma | 3 Powderhorn Road | Ardsley | NY | 10502 | Various | Trade Debt | N | $2,431.97 |
| 1516 | Twin Valley Community Education Foundation | 4851 N Twin Valley Road | Elverson | PA | 19520 | Various | Trade Debt | N | $2,425.00 |
| 1517 | Tustin Community Foundation | PO Box 362 | Tustin | CA | 92781 | Various | Trade Debt | N | $2,418.70 |
| 1518 | Boundless Expectations | 21855 Fairway Drive | Leonardtown | MD | 20650 | Various | Trade Debt | N | $2,407.34 |
| 1519 | Bay Area Urban Debate League | 287 17th Street #201 | Oakland | CA | 94612 | Various | Trade Debt | N | $2,405.17 |
| 1520 | www.freedomfightingmissionaries.org | 222 S Church St Charlotte NC 28202 | Charlotte | NC | 28210 | Various | Trade Debt | N | $2,400.00 |
| 1521 | Orange County Bomberos | 4770 Eureka Ave. #216 | Yorba Linda | CA | 92885 | Various | Trade Debt | N | $2,399.96 |
| 1522 | A Brighter Future Global | 526 N West Ave #125 | Arlington | WA | 98223 | Various | Trade Debt | N | $2,395.42 |
| 1523 | Down to Defend | 3265 Walker Ave Nw Suite | Grand Rapids | MI | 49544 | Various | Trade Debt | N | $2,390.80 |
| 1524 | The International Society for Military Ethics | 1557 Brunswig Ln | Emeryville | CA | 94608 | Various | Trade Debt | N | $2,379.36 |
| 1525 | Teach About Women | 30 Hartford Lane | White Plains | NY | 10603 | Various | Trade Debt | N | $2,376.00 |
| 1526 | Middletown Free Library | 464 S Old Middletown Rd Suite 3 | Media | PA | 19063 | Various | Trade Debt | N | $2,375.29 |
| 1527 | My Brother's Keeper Cares | 5646 Beaumont Ave | Philadelphia | PA | 19143 | Various | Trade Debt | N | $2,375.00 |
| 1528 | Americans For A Vibrant Palestinian Economy | 2700 Patriot Blvd Ste 250 | Glenview | IL | 60026 | Various | Trade Debt | N | $2,372.45 |
| 1529 | Story Starters | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $2,366.33 |
| 1530 | Youth With A Mission Modesto | 300 TRASK LANE | Modesto | CA | 95354 | Various | Trade Debt | N | $2,361.05 |
| 1531 | Educators Rising South Dakota | 200 Willow St | Harrisburg | SD | 57032 | Various | Trade Debt | N | $2,350.00 |
| 1532 | American Swimming Coaches Association | 1 Hall of Fame Drive | Fort Lauderdale | FL | 33316 | Various | Trade Debt | N | $2,350.00 |
| 1533 | Seven Pearls Foundation | 1000 Southhill Drive Suite 100 | Cary | NC | 27513 | Various | Trade Debt | N | $2,343.45 |
| 1534 | First Light Child Sponsorship And Charitable Giving | 3377 Bethel Rd SE Ste 107 PMB 138 | Port Orchard | WA | 98366 | Various | Trade Debt | N | $2,333.40 |
| 1535 | Range of the Condor | 60 Bonifacio Plaza | Monterey | CA | 93940 | Various | Trade Debt | N | $2,330.74 |
| 1536 | Knock Knock Angels | 7426 Cherry Ave #210-629 | Fontana | CA | 92336 | Various | Trade Debt | N | $2,330.51 |
| 1537 | BIPOC Acro Collective Care Ecosystem BACCES | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $2,330.00 |
| 1538 | Cascadia Forest Therapy | 15814 11th Ave SW | Seattle | WA | 98166 | Various | Trade Debt | N | $2,328.62 |
| 1539 | Westby Norse Fund Inc | PO Box 45 | Westby | WI | 54667 | Various | Trade Debt | N | $2,325.00 |
| 1540 | Woof Dog Rescue Inc. | 14 East 60th Street Suite 500 | New York | NY | 10022 | Various | Trade Debt | N | $2,325.00 |
| 1541 | Girls on Fire Leaders | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $2,323.20 |
| 1542 | The Last Ice | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $2,314.75 |
| 1543 | MU'EED Inc. | PO BOX 18465 | Oakland | CA | 94619 | Various | Trade Debt | N | $2,305.46 |
| 1544 | Beneficial Plain | 828 E Baltimore St | Baltimore | MD | 21202 | Various | Trade Debt | N | $2,300.00 |
| 1545 | Route 7 Orlando | P.O. Box 165 | Ocoee | FL | 34761 | Various | Trade Debt | N | $2,295.00 |
| 1546 | Basic Assistance to Students In the Community | P.O. Box 1914 | Borrego Springs | CA | 92004 | Various | Trade Debt | N | $2,294.00 |
| 1547 | Partners in Sustainable Learning | 1674 Butte St. | Richmond | CA | 94804 | Various | Trade Debt | N | $2,292.40 |
| 1548 | Friends of Stones River National Battlefield | P.O. Box 4092 | Murfreesboro | TN | 37129-4092 | Various | Trade Debt | N | $2,292.27 |
| 1549 | Wild and Free Foundation | 502 W Manor Dr | Pittsburgh | PA | 15238 | Various | Trade Debt | N | $2,290.62 |
| 1550 | Mt Lowe Chamber Players | 388 E. Marigold Street | Altadena | CA | 91001 | Various | Trade Debt | N | $2,287.45 |
| 1551 | Burst Into Books | 11001 S. Michigan Ave | Chicago | IL | 60628 | Various | Trade Debt | N | $2,286.15 |
| 1552 | Ann's Angels Adaptive Waterski Foundation Inc. | 4699 Costa Bravo Dr | Orlando | FL | 32839 | Various | Trade Debt | N | $2,284.55 |
| 1553 | International Institute of Islamic Medicine | 137 National Plaza Suite 300 | Oxon Hill | MD | 20745 | Various | Trade Debt | N | $2,283.88 |
| 1554 | Mitchell Thorp Foundation | 2382 Faraday Ave Suite 150 | Carlsbad | CA | 92008 | Various | Trade Debt | N | $2,283.58 |
| 1555 | Napili Bay and Beach Foundation Inc. | P.O. Box 10823 | Lahaina | HI | 96761 | Various | Trade Debt | N | $2,281.68 |
| 1556 | St. Raymond Nonnatus Foundation for Freedom Family and Faith | P.O. Box 951 | Skippack | PA | 19474-0951 | Various | Trade Debt | N | $2,277.50 |
| 1557 | Clean Oceans International | 345 Lake Ave #G | Santa Cruz | CA | 95060 | Various | Trade Debt | N | $2,264.12 |
| 1558 | Therapy on the Move | 1921 Maple Shade Drive | Virginia Beach | VA | 23453 | Various | Trade Debt | N | $2,257.97 |
| 1559 | Chinle Planting Hope | P.O. Box 4119 | Chinle | AZ | 86503 | Various | Trade Debt | N | $2,254.62 |
| 1560 | Venture Free Foundation | 307 County Rd | Woodside | CA | 94062 | Various | Trade Debt | N | $2,253.75 |
| 1561 | National Small College Rugby Organization | 116 North Lakeside Drive East | Medford | NJ | 8055 | Various | Trade Debt | N | $2,251.00 |
| 1562 | Shana Simmons Dance | 134 Sumner Ave | Pittsburgh | PA | 15221 | Various | Trade Debt | N | $2,247.35 |
| 1563 | Cross Roads Recovery Ministries Inc. | PO Box 2036 | Macon | GA | 31203 | Various | Trade Debt | N | $2,244.75 |
| 1564 | The Wahine Project Inc. | 333 Junipero Ave | Pacific Grove | CA | 93950 | Various | Trade Debt | N | $2,238.60 |
| 1565 | Alaska Innocence Project | PO BOX 201656 | Anchorage | AK | 99508 | Various | Trade Debt | N | $2,235.00 |
| 1566 | Incredible Credible Messengers Inc | 581 Sutter Avenue | Brooklyn | NY | 11207 | Various | Trade Debt | N | $2,220.00 |
| 1567 | Woman Within International Ltd. | 2222 W. GRAND RIVER AVE STE A | Okemos | MI | 48864 | Various | Trade Debt | N | $2,220.00 |
| 1568 | Avatar Meher Babas Circle of Friends | PO Box 1234 | North Myrtle Beach | SC | 29598 | Various | Trade Debt | N | $2,215.81 |
| 1569 | Rainbow Street | 3244 California Street | Berkeley | CA | 94703 | Various | Trade Debt | N | $2,211.65 |
| 1570 | The Barnraisers Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $2,210.00 |
| 1571 | Dior Sunset Foundation | 516 w Esther st | Long Beach | CA | 90813 | Various | Trade Debt | N | $2,209.01 |
| 1572 | Legacy Learning Boone River Valley | 723 Seneca St | Webster City | IA | 50595 | Various | Trade Debt | N | $2,182.68 |

| 1573 | Plastic Ocean Project Inc. | 5998 Marvin K. Moss Lane Suite 2009 | Wilmington | NC | 28409 | Various | Trade Debt | N | $2,181.75 |
|---|---|---|---|---|---|---|---|---|---|
| 1574 | Unique Umbrella Effect | 709 Paddington Place | Brandon | FL | 33510 | Various | Trade Debt | N | $2,178.49 |
| 1575 | National Housing Resource Center | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $2,174.48 |
| 1576 | Education for Tomorrow Alliance | 3200 College Park Drive E205 | Conroe | TX | 77384 | Various | Trade Debt | N | $2,173.55 |
| 1577 | The Cat Collaborative | 201 Rouse Blvd | Philadelphia | PA | 19112 | Various | Trade Debt | N | $2,162.85 |
| 1578 | Canaan Inc. | 4433 Iroquois St STE 3B | New Orleans | LA | 70126 | Various | Trade Debt | N | $2,151.55 |
| 1579 | Building Smiles Foundation Inc. | 9720 Coit Rd STE 220-221 | Plano | TX | 75025 | Various | Trade Debt | N | $2,150.00 |
| 1580 | Services For The Deaf and Hard of Hearing | 8 Franklin Street | Lexington | NC | 27292 | Various | Trade Debt | N | $2,147.25 |
| 1581 | Unikids | 10416 Sandbourne Wy | Louisville | KY | 40241 | Various | Trade Debt | N | $2,142.93 |
| 1582 | International Asthma Services Inc dba Saahns | 3405 Shore Road | Fort Collins | CO | 80524 | Various | Trade Debt | N | $2,140.85 |
| 1583 | The PinkRose? Foundation | P.O. Box 1527 | South Dennis | MA | 2660 | Various | Trade Debt | N | $2,136.42 |
| 1584 | APSE Foundation | 46 Danebrock Dr | Amherst | NY | 14226 | Various | Trade Debt | N | $2,134.74 |
| 1585 | Calcagnini ALS Foundation | 261 Millard Street 1B | Fairfield | CT | 6824 | Various | Trade Debt | N | $2,131.10 |
| 1586 | Serving Melanin Collective | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $2,127.60 |
| 1587 | Hereland | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $2,125.76 |
| 1588 | Legal Link | 1721 Broadway Ste. 201 | Oakland | CA | 94612 | Various | Trade Debt | N | $2,125.00 |
| 1589 | WiseSupport | 64 Bridge Street | Salem | MA | 1970 | Various | Trade Debt | N | $2,120.55 |
| 1590 | Long Lake Conservation Foundation | 28952 438th Ln | Palisade | MN | 56469 | Various | Trade Debt | N | $2,120.00 |
| 1591 | South Miami Middle Community School Center for the Arts Magnet Band | 9745 NW 29th Terrace | South Miami | FL | 33143 | Various | Trade Debt | N | $2,120.00 |
| 1592 | Salt Lake County Republican Party | P.O. Box 571058 | Salt Lake City | UT | 84157 | Various | Trade Debt | N | $2,117.27 |
| 1593 | Liberators Alliance | 1025 Burning Bush Pt | Monument | CO | 80132 | Various | Trade Debt | N | $2,115.57 |
| 1594 | Ugali Youth | 11831 Woodvale Ct | Cincinnati | OH | 45246 | Various | Trade Debt | N | $2,110.80 |
| 1595 | The Good Karma Los Angeles Org | 10600 Lemona Ave | Mission Hills | CA | 91345 | Various | Trade Debt | N | $2,109.00 |
| 1596 | Make A Smile Foundation | | | | | Various | Trade Debt | N | $2,107.02 |
| 1597 | Faith of the Nations | 41280 Dublin Dr. | Parker | CO | 80138 | Various | Trade Debt | N | $2,103.30 |
| 1598 | The National Association of Bunco Investigators Inc. | 614 Appleton Pl | Oviedo | FL | 32765 | Various | Trade Debt | N | $2,100.36 |
| 1599 | Camp Chautauqua | 9985 Camp Trail | Miamisburg | OH | 45342 | Various | Trade Debt | N | $2,100.00 |
| 1600 | PFLAG New Orleans Chapter Inc. | P.O. Box 16515 | New Orleans | LA | 70175 | Various | Trade Debt | N | $2,094.51 |
| 1601 | Children's Advocacy Center of Douglas County | 1009 New Hampshire | Lawrence | KS | 66044 | Various | Trade Debt | N | $2,093.55 |
| 1602 | Center for Disability Inclusion Inc. | PO Box 23 | Boys Town | NE | 68010 | Various | Trade Debt | N | $2,088.30 |
| 1603 | OPEN Out Professional Engagement Network | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $2,086.85 |
| 1604 | Critters Without Litters | 4300 Stine Rd Ste 720 | Bakersfield | CA | 93313 | Various | Trade Debt | N | $2,086.02 |
| 1605 | Jewlina y Co | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $2,084.99 |
| 1606 | Amplify Youth Health Collective | 1601 S MAIN ST STE 200 | Tulsa | OK | 74119-4429 | Various | Trade Debt | N | $2,081.00 |
| 1607 | Alumni Association of SUNY Old Westbury | 233 Store Hill Rd | Old Westbury | NY | 11568 | Various | Trade Debt | N | $2,075.00 |
| 1608 | Veterans | Po Box 2166 | Lakeside | AZ | 85929 | Various | Trade Debt | N | $2,073.02 |
| 1609 | Blessings in Disguise | 2150 River Road | Maumee | OH | 43537 | Various | Trade Debt | N | $2,065.00 |
| 1610 | TACO-LA | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $2,061.94 |
| 1611 | Anti-Predator Project | Po Box 770157 | Miami | FL | 33177 | Various | Trade Debt | N | $2,061.10 |
| 1612 | Beyond Autism Inc. | 2301 W Thomas Rd | Phoenix | AZ | 85015 | Various | Trade Debt | N | $2,055.00 |
| 1613 | Solemn Pride | 4542 Whiskey Ln | Mims | FL | 32754 | Various | Trade Debt | N | $2,050.00 |
| 1614 | Burchell Youth Development Foundation | 6505 Beddo Ct | Colleyville | TX | 76034 | Various | Trade Debt | N | $2,050.00 |
| 1615 | Foster Village Waco | 9191 Woodway Drive | Waco | TX | 76712 | Various | Trade Debt | N | $2,044.38 |
| 1616 | Flying Tiger Historical Organization | 21133 Jimmersall Lane | Groveland | CA | 95321 | Various | Trade Debt | N | $2,041.60 |
| 1617 | Hopewell Ranch | 6410 W Leiter Rd | Weidman | MI | 48893 | Various | Trade Debt | N | $2,037.86 |
| 1618 | Beta Omega Social Services Inc. | 3919 13th Street NW | Washington | DC | 20011 | Various | Trade Debt | N | $2,034.05 |
| 1619 | Merrimack Valley Dream Center | 60 Island ST | Lawrence | MA | 1840 | Various | Trade Debt | N | $2,033.81 |
| 1620 | AlaQuest Collaborative for Education | PO Box 550241 | Birmingham | AL | 35255 | Various | Trade Debt | N | $2,033.64 |
| 1621 | Be Loud Studios | 3600 Palmyra St | New Orleans | LA | 70119 | Various | Trade Debt | N | $2,032.59 |
| 1622 | Michigan Chapter American Academy Of Pediatrics | 106 W Allegan St. Suite 310 | Lansing | MI | 48933 | Various | Trade Debt | N | $2,031.27 |
| 1623 | Sure We Can | 219 McKibbin Street | New York | NY | 11206 | Various | Trade Debt | N | $2,025.30 |
| 1624 | Basset Buddies Rescue Inc. | P.O. Box 13562 | Milwaukee | WI | 53213 | Various | Trade Debt | N | $2,025.29 |
| 1625 | Foundations for Divergent Minds | 500 North Central Expressway Suite 500 PMB 51 | Plano | TX | 75074 | Various | Trade Debt | N | $2,025.00 |
| 1626 | Fremont Adventure Recreation | 455 Greenhorn Dr | Canon City | CO | 81212 | Various | Trade Debt | N | $2,025.00 |
| 1627 | Queen City Honor Flight Inc. | 13663 Providence Rd #389 | Weddington | NC | 28104 | Various | Trade Debt | N | $2,019.83 |
| 1628 | Friends of the People in Blue | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $2,010.00 |
| 1629 | North Port Area Art Guild Inc. | 5950 Sam Shapos Way | North Port | FL | 34287 | Various | Trade Debt | N | $2,006.19 |
| 1630 | Uneed2 | 1005 E. Pescadero Ave Suite 167 | Tracy | CA | 95304 | Various | Trade Debt | N | $2,000.00 |
| 1631 | ABS-CBN Foundation International | 2001 Junipero Serra Blvd. Suite 200 | Daly City | CA | 94014 | Various | Trade Debt | N | $1,996.57 |
| 1632 | Desert Voices | P.O. Box 270 | Tucson | AZ | 85702 | Various | Trade Debt | N | $1,996.22 |
| 1633 | The National Adrenal Diseases Foundation | P.O. Box 95149 | Newton | MA | 2495 | Various | Trade Debt | N | $1,994.18 |
| 1634 | The Made to Play Foundation | 208 W. Stephenson Ave. | Harrison | AR | 72601 | Various | Trade Debt | N | $1,992.50 |
| 1635 | Nature Speaks | 11065 164th Court North | Jupiter | FL | 33478 | Various | Trade Debt | N | $1,989.95 |
| 1636 | Do It For James Foundation | PO Box 2128 | Streetsboro | OH | 44241 | Various | Trade Debt | N | $1,983.14 |
| 1637 | Guitars In The Classroom | 1286 University Ave #389 | San Diego | CA | 92103 | Various | Trade Debt | N | $1,982.62 |
| 1638 | Mentor$chip Inc. | 1755 North Tomahawk Island Drive #1030 | Portland | OR | 97217 | Various | Trade Debt | N | $1,981.03 |
| 1639 | For The Struggle Inc. | P.O. Box 16072 | Charlotte | NC | 28297 | Various | Trade Debt | N | $1,971.75 |
| 1640 | Shaw Community Center | 1701 11th Street NW | Washington | DC | 20001 | Various | Trade Debt | N | $1,960.95 |
| 1641 | I Light Global | 2 HARVEST BEND RD | Robbinsville | NJ | 8691 | Various | Trade Debt | N | $1,960.40 |
| 1642 | BAAITS | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $1,955.00 |
| 1643 | Youthaven Public EcoVillageÂ® | 941 Edgetree Lane | Cincinnati | OH | 45238 | Various | Trade Debt | N | $1,955.00 |
| 1644 | Northern Alliance Reentry Inc | 4001 Ingra St. Suite 147 | Anchorage | AK | 99503 | Various | Trade Debt | N | $1,942.38 |
| 1645 | Redefining You Foundation | 2526 12Th Street Pl Sw | Puyallup | WA | 98373 | Various | Trade Debt | N | $1,942.00 |
| 1646 | Pet Peace of Mind | 1313 Mill Street SE #304 | Salem | OR | 97301 | Various | Trade Debt | N | $1,941.75 |
| 1647 | Circle Haven Inc. | 369 Stamets Road | Milford | NJ | 8848 | Various | Trade Debt | N | $1,940.00 |
| 1648 | Africa Thriving Group Inc. | 2737 Abejorro St Carlsbad CA | Carlsbad | CA | 92009 | Various | Trade Debt | N | $1,940.00 |

| 1649 | Reach Inc. | 344 Church Ave SW | Roanoke | VA | 24016 | Various | Trade Debt | N | $1,935.11 |
|---|---|---|---|---|---|---|---|---|---|
| 1650 | Tennessee Environmental Council | 1 Vantage Way Suite E-250 | Nashville | TN | 37228 | Various | Trade Debt | N | $1,927.24 |
| 1651 | Brent Sopel Foundation | 585 signal hill rd | Barrington | IL | 60010 | Various | Trade Debt | N | $1,920.00 |
| 1652 | Care Fresno | P.O. Box 8147 | Fresno | CA | 93747 | Various | Trade Debt | N | $1,913.13 |
| 1653 | Capital Region Nordic Alliance | 28 Eileen St. | Albany | NY | 12203-2102 | Various | Trade Debt | N | $1,908.95 |
| 1654 | Medical Advocacy & Outreach (MAO) | 2900 McGehee Road | Montgomery | AL | 36111 | Various | Trade Debt | N | $1,903.48 |
| 1655 | The Dee Dee Jackson Foundation | 18375 Ventura Blvd #126 | Tarzana | CA | 91356 | Various | Trade Debt | N | $1,900.09 |
| 1656 | Southeast Ohio Youth Mentoring Inc. | 449 East State Street | Athens | OH | 45701 | Various | Trade Debt | N | $1,900.00 |
| 1657 | Prison From-Theinside-Out Inc. | P.O. Box 4853 | Antioch | CA | 94531 | Various | Trade Debt | N | $1,899.72 |
| 1658 | Solar Punk Sonoma | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $1,899.16 |
| 1659 | Lily And The Sparrow | PO Box 102 | Jesup | GA | 31598 | Various | Trade Debt | N | $1,897.62 |
| 1660 | California Abortion Alliance | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,870.82 |
| 1661 | Adoption Knowledge Affiliates | P.O. Box 4082 | Austin | TX | 78765 | Various | Trade Debt | N | $1,868.28 |
| 1662 | St Marys County NAACP | PO Box 189 | Lexington Park | MD | 20653 | Various | Trade Debt | N | $1,862.63 |
| 1663 | Street Spirit | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $1,857.21 |
| 1664 | Jamestown Education Foundation | 77 Narragansett Avenue | Jamestown | RI | 2835 | Various | Trade Debt | N | $1,856.70 |
| 1665 | Main Street Paris | 301 W Walnut St | Paris | AR | 72855 | Various | Trade Debt | N | $1,851.78 |
| 1666 | Logans Little Warriors | 9485 Village Tree Dr | Elk Grove | CA | 95758 | Various | Trade Debt | N | $1,850.00 |
| 1667 | Newburgh Creates Foundation | 10 Carpenter Avenue | Newburgh | NY | 12550 | Various | Trade Debt | N | $1,838.15 |
| 1668 | Mikey's Way Foundation | 1925 Black Rock Turnpike Suite 201B | Fairfield | CT | 6825 | Various | Trade Debt | N | $1,835.75 |
| 1669 | Capitol City Robotics | 2846 Belair Pl NE | Washington | DC | 20018 | Various | Trade Debt | N | $1,828.00 |
| 1670 | Give A Watt | 1035 W Broken Stone Pl | Oro Valley | AZ | 85737 | Various | Trade Debt | N | $1,825.00 |
| 1671 | Give a Beat | 387 S Coast Highway | Laguna Beach | CA | 92651 | Various | Trade Debt | N | $1,820.56 |
| 1672 | Covenant Life Fellowship | 4720 Forestville Road | Raleigh | NC | 27616 | Various | Trade Debt | N | $1,813.33 |
| 1673 | Friends of Suenos | 308 East Lancaster Ave (Suite 235) | Bryn Mawr | PA | 19096 | Various | Trade Debt | N | $1,810.00 |
| 1674 | Love To Langa | P.O. Box 104 | Gladwyne | PA | 19035 | Various | Trade Debt | N | $1,810.00 |
| 1675 | Raf Zayas Ministries | 9 George St | Denville | NJ | 7834 | Various | Trade Debt | N | $1,805.20 |
| 1676 | Red Door Urban Missions | 3636 Queensland Dr Suite 1 | Memphis | TN | 38116 | Various | Trade Debt | N | $1,805.00 |
| 1677 | Action Africa Giving Circle | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,800.00 |
| 1678 | Ikaika Hawaii Watermans | 4013 Lurline Drive | Honolulu | HI | 96816 | Various | Trade Debt | N | $1,800.00 |
| 1679 | Noel Family Foundation Inc. (fka Make A Mark Foundation Inc.) | 4501 State Hwy 66 | Stevens Point | WI | 54482 | Various | Trade Debt | N | $1,800.00 |
| 1680 | Code Switch Restorative Justice for Girls of Color | Po Box 91233 | Henderson | NV | 89009 | Various | Trade Debt | N | $1,789.40 |
| 1681 | Chicago Angels - Fiscal Sponsor: Transformations by Austin Angels | 47 W Division St PMB #152 | Chicago | IL | 60601 | Various | Trade Debt | N | $1,784.52 |
| 1682 | All Things Made New | PO Box 154745 | Irving | TX | 75015 | Various | Trade Debt | N | $1,780.20 |
| 1683 | Angels Camp Museum Foundation | P.O. Box 1385 | Angels Camp | CA | 95222 | Various | Trade Debt | N | $1,780.00 |
| 1684 | Wrightwood Blues Society | P.O. Box 3432 | Wrightwood | CA | 92397 | Various | Trade Debt | N | $1,777.65 |
| 1685 | New York School for the Deaf Foundation | 555 Knollwood Road | White Plains | NY | 10603 | Various | Trade Debt | N | $1,776.00 |
| 1686 | Urban Financial Services Coalition Foundation | 182 Howard St #731 | San Francisco | CA | 94105 | Various | Trade Debt | N | $1,775.12 |
| 1687 | Child's Passport to Health | Po Box 446 | Bothell | WA | 98041 | Various | Trade Debt | N | $1,770.20 |
| 1688 | Greenmount West Community Center Foundation Inc. | 1634 Guilford Ave | | MD | 21202 | Various | Trade Debt | N | $1,769.00 |
| 1689 | Yes We Care Inc | 55 Illinois St | Worcester | MA | 1610 | Various | Trade Debt | N | $1,768.13 |
| 1690 | Love Moves Mountains Foundation | 14925 Henry Harrison Stillwell Dr | Huntersville | NC | 28078 | Various | Trade Debt | N | $1,760.00 |
| 1691 | MAPSO Freedom School | P.O. Box 1230 | Maplewood | NJ | 7040 | Various | Trade Debt | N | $1,757.75 |
| 1692 | The Britton Fund Inc. | 31916 Country Club Drive | Porterville | CA | 93257 | Various | Trade Debt | N | $1,753.19 |
| 1693 | Camp Common Ground | 2033 98th Avenue | Oakland | CA | 94603 | Various | Trade Debt | N | $1,750.00 |
| 1694 | Haiti Hope House Inc. | PO Box 292 | Orange | NJ | 7051 | Various | Trade Debt | N | $1,750.00 |
| 1695 | Civitas Lancaster | P.O. Box 8135 | Lancaster | PA | 17604 | Various | Trade Debt | N | $1,749.35 |
| 1696 | The Strong and Brave Foundation Inc. | PO Box 563 | Manorville | NY | 11949 | Various | Trade Debt | N | $1,745.78 |
| 1697 | Chester County Futures Inc. | The Lukens Executive Building 50 South First Avenue - Suite 105 | Coatesville | PA | 19320 | Various | Trade Debt | N | $1,739.95 |
| 1698 | Red Cedar Rowing Foundation | 4910 Dancer Rd | Horton | MI | 49246 | Various | Trade Debt | N | $1,730.00 |
| 1699 | Karadah Project International | 24 Road 3635 | Aztec | NM | 87410 | Various | Trade Debt | N | $1,725.33 |
| 1700 | Action Corps | PO BOX 216 | Brattleboro | VT | 5302 | Various | Trade Debt | N | $1,724.81 |
| 1701 | Actionplay Inc. | 227 Clermont Ave. #3 | Brooklyn | NY | 11205 | Various | Trade Debt | N | $1,722.15 |
| 1702 | Techtonica | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,719.81 |
| 1703 | Visionbox Studio | 7108 E. Lowry Blvd. #2114 | Denver | CO | 80230 | Various | Trade Debt | N | $1,717.80 |
| 1704 | Zion Global Missions Inc. | 9180 Cincinnati Columbus Road | West Chester | OH | 45069 | Various | Trade Debt | N | $1,712.90 |
| 1705 | Clay Day LBC | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $1,710.00 |
| 1706 | Wounded Heroes Hunting Camp Inc. | 8839 Old National Pike | Boonsboro | MD | 21713 | Various | Trade Debt | N | $1,705.80 |
| 1707 | Mary Gloria Foundation | PO Box 745 | Queen Creek | AZ | 85142 | Various | Trade Debt | N | $1,705.60 |
| 1708 | Dream Haiti Inc. | 2784 Seneca St. | West Seneca | NY | 14224 | Various | Trade Debt | N | $1,704.94 |
| 1709 | Helpless Hounds | 4605 E Admiral Blvd | Tulsa | OK | 74115 | Various | Trade Debt | N | $1,700.00 |
| 1710 | Philadelphia Auto and Parole Inc. | 5224 Woodland Ave | Philadelphia | PA | 19143 | Various | Trade Debt | N | $1,700.00 |
| 1711 | Autism Compassion Africa | 3615 Meadow Ave N | Renton | WA | 98056 | Various | Trade Debt | N | $1,694.20 |
| 1712 | Lauren's Hope | 12395 NC Hwy 50 E | Hampstead | NC | 28443 | Various | Trade Debt | N | $1,687.95 |
| 1713 | Trans Advocacy and Care Team | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,683.90 |
| 1714 | Rainbow Animal Assisted Therapy | 6042 W. Oakton | Morton Grove | IL | 60053 | Various | Trade Debt | N | $1,683.02 |
| 1715 | Legacies of the Pacific | 301 Whitecliff Drive | Vallejo | CA | 94589 | Various | Trade Debt | N | $1,675.00 |
| 1716 | Becoming Kings and Queens Inc. | 5831 Sunnygate | Spring | TX | 77373 | Various | Trade Debt | N | $1,666.00 |
| 1717 | Arizona Muslim Alliance Inc. | P.O. Box 269 | Tempe | AZ | 85280 | Various | Trade Debt | N | $1,665.30 |
| 1718 | West Michigan Alliance for Veterans | 2633 Middleboro Lane NE West Michigan Alliance for Veterans | Grand Rapids | MI | 49506 | Various | Trade Debt | N | $1,665.20 |
| 1719 | Options Community Help Center dba Options Pregnancy Help Center | 434 Duncan St | Newport | TN | 37821 | Various | Trade Debt | N | $1,660.00 |
| 1720 | Paws and Claws Resource Center | 1803 West 5th Street | Clifton | TX | 76634 | Various | Trade Debt | N | $1,656.60 |
| 1721 | Hill City Crash | 32 Mosby Court | Rustburg | VA | 24588 | Various | Trade Debt | N | $1,656.00 |
| 1722 | The Jill Foundation | 960 N Tustin St #342 | Orange | CA | 92867 | Various | Trade Debt | N | $1,645.77 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1723 | Yachad Inc. | 8720 Georgia Avenue Suite 705 | Silver Spring | MD | 20910 | Various | Trade Debt | N | $1,641.50 |
| 1724 | The Power of Life Foundation | 1116 20th St Suite 432 | Birmingham | AL | 35205 | Various | Trade Debt | N | $1,641.00 |
| 1725 | Advocates for Justice | 225 Broadway Ste. 1902 | New York | NY | 10007 | Various | Trade Debt | N | $1,635.00 |
| 1726 | Wavys Inc | 5682 Fletcher Oaks Drive | Tallahassee | FL | 32317 | Various | Trade Debt | N | $1,623.35 |
| 1727 | The Jaya Beemon Foundation | 124 w. 69th Street | Chicago | IL | 60619 | Various | Trade Debt | N | $1,620.99 |
| 1728 | Know Your Worth Girls Inc. | 262 South 52nd Street | Philadelphia | PA | 19139 | Various | Trade Debt | N | $1,620.42 |
| 1729 | Reach the Children Inc. | 14 Chesham Way | Fairport | NY | 14450 | Various | Trade Debt | N | $1,618.60 |
| 1730 | Fearless Beauty Inc. | 280 E 134th Street Apt. 6H | Bronx | NY | 10454 | Various | Trade Debt | N | $1,617.57 |
| 1731 | Lions Home School Football Inc. | 10810 Talisman Dr. | Noblesville | IN | 46060 | Various | Trade Debt | N | $1,617.32 |
| 1732 | Jewish Family Service of Lancaster | 75 E. James St | Lancaster | PA | 17602 | Various | Trade Debt | N | $1,611.72 |
| 1733 | Repertory Dance Theatre | PO Box 510427 | Salt Lake City | UT | 84151 | Various | Trade Debt | N | $1,605.55 |
| 1734 | 525 Foundation | 1400 E Angela Blvd #146 | South Bend | IN | 46617 | Various | Trade Debt | N | $1,605.00 |
| 1735 | Clayton Christensen Institute | 49 Winter Street | Natick | MA | 1760 | Various | Trade Debt | N | $1,600.00 |
| 1736 | Built on the Rock Education | P.O. Box 270433 | Louisville | CO | 80027 | Various | Trade Debt | N | $1,600.00 |
| 1737 | PRODIGY Kids | 1407 West Fremont Street | Stockton | CA | 95203 | Various | Trade Debt | N | $1,600.00 |
| 1738 | Ocean Outreach Inc. | 28 Railroad Ave Suite 2C | Warwick | NY | 10990 | Various | Trade Debt | N | $1,599.93 |
| 1739 | Montana Outdoor Science School | P.O. Box 502 | Bozeman | MT | 59771 | Various | Trade Debt | N | $1,596.10 |
| 1740 | Utah Association for the Education of Young Children | PO Box 25836 | Salt Lake City | UT | 84125 | Various | Trade Debt | N | $1,595.00 |
| 1741 | Creative Emajinations | P.O. Box 5242 | Kansas City | MO | 64112 | Various | Trade Debt | N | $1,594.00 |
| 1742 | Arts Business Collaborative | 44-70 21st Street #3096 | Long Island City | NY | 11101 | Various | Trade Debt | N | $1,591.00 |
| 1743 | Magnolia Art Xchange | 531 NE 1st Ave | Ocala | FL | 34471 | Various | Trade Debt | N | $1,588.08 |
| 1744 | Cooperative Economics Alliance of New York City | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,587.36 |
| 1745 | Integrated Schools | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,586.85 |
| 1746 | B Walker Ranch | 780 Upper Pond Ct | Lafayette | CA | 94549 | Various | Trade Debt | N | $1,585.00 |
| 1747 | People's Kitchen Collective / Blackness in America | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,578.57 |
| 1748 | Back Roads Animal Rescue | 580 Steele Road | Grayson | KY | 41143 | Various | Trade Debt | N | $1,575.00 |
| 1749 | Coastal Steward Long Island | 544 Jefferson Plaza #48 | Port Jefferson Station | NY | 11776 | Various | Trade Debt | N | $1,573.97 |
| 1750 | Responsive Law | 1380 Monroe St NW #210 | Washington | DC | 20010 | Various | Trade Debt | N | $1,573.85 |
| 1751 | Metropolitan Youth Symphony Orchestra | 655 Wooley Road | Oswego | IL | 60543 | Various | Trade Debt | N | $1,572.00 |
| 1752 | Woodlawn Community Table Inc. | 139 54th Street North | Birmingham | AL | 35212 | Various | Trade Debt | N | $1,560.00 |
| 1753 | Off The Block | 157-10 Riverside Drive West 7P | New York | NY | 10032 | Various | Trade Debt | N | $1,557.41 |
| 1754 | L.E. Phillips Career Development Center Inc. | 1515 Ball Street | Eau Claire | WI | 54703 | Various | Trade Debt | N | $1,555.00 |
| 1755 | Above The Wake | 4784 Bimbaum Dr | Bay City | MI | 48706 | Various | Trade Debt | N | $1,550.00 |
| 1756 | No More Tears Inc. | 1714 Franklin Street Suite 100-355 | Oakland | CA | 94612 | Various | Trade Debt | N | $1,550.00 |
| 1757 | BioIntegrity Partnerships | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,548.77 |
| 1758 | Mission K9 Rescue | P.O. Box 395 | Needville | TX | 77461-0395 | Various | Trade Debt | N | $1,547.47 |
| 1759 | Newvines International Inc. | P.O. Box 2971 | Salem | VA | 24153 | Various | Trade Debt | N | $1,546.40 |
| 1760 | Spirit & Truth Message Tabernacle Inc. | 2228 Brightseat Rd Apt 302 | Landover | MD | 20785 | Various | Trade Debt | N | $1,533.72 |
| 1761 | Spokane Angels Nonprofit | 104 S Freya St | Red Building Suite 203 | Spokane | WA | 99202 | Various | Trade Debt | N | $1,532.80 |
| 1762 | Drawtogether Friends | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $1,531.80 |
| 1763 | The Every Voice Coalition | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,530.47 |
| 1764 | Oakhurst Neighborhood Association | 2055 W Lotus Ave | Fort Worth | TX | 76111 | Various | Trade Debt | N | $1,530.00 |
| 1765 | Arc of Cumberland Valley | 730 Belvedere Drive | Gallatin | TN | 37066 | Various | Trade Debt | N | $1,527.91 |
| 1766 | Windy25 Memorial Fund | 61903 Fall Creek Loop | Bend | OR | 97702 | Various | Trade Debt | N | $1,525.00 |
| 1767 | Warriors In Nature Project | 415 Western Pkwy | Seymour | IN | 47274 | Various | Trade Debt | N | $1,522.95 |
| 1768 | Cecil Williams South Carolina Civil Rights Museum | 1865 Lake Drive | Orangeburg | SC | 29115 | Various | Trade Debt | N | $1,522.15 |
| 1769 | Trackside Teen Center of Wilton Inc. | 15 Station Road | Wilton | CT | 6897 | Various | Trade Debt | N | $1,520.00 |
| 1770 | Framingham Country Club Charitable Foundation | 16 Gates Street P.O. Box 2284 | Framingham | MA | 1703 | Various | Trade Debt | N | $1,520.00 |
| 1771 | South Philly Punks With Lunch | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $1,510.82 |
| 1772 | The Bridge at Crossing Creeks Inc. | 221 Eady Rd | Shelbyville | TN | 37160 | Various | Trade Debt | N | $1,510.00 |
| 1773 | Rochester Outreach Center | 1500 1st Ave NE Suite 126 | Rochester | MN | 55906 | Various | Trade Debt | N | $1,504.75 |
| 1774 | Concrete Footprints Corporation | 4461 Wayne Road | Mantua | OH | 44255 | Various | Trade Debt | N | $1,504.00 |
| 1775 | Nonviolence Works | 7351 South Coles Avenue | Chicago | IL | 60649 | Various | Trade Debt | N | $1,503.00 |
| 1776 | Pennsylvania Chapter of the American Academy of Pediatrics | 661 Moore Road Suite 200 | King Of Prussia | PA | 19406 | Various | Trade Debt | N | $1,502.80 |
| 1777 | Art Time Presents | 2970 4th Ave. | Los Angeles | CA | 90018 | Various | Trade Debt | N | $1,501.40 |
| 1778 | People's Pottery Project | 2807 Beverly Blvd | Los Angeles | CA | 90057 | Various | Trade Debt | N | $1,501.00 |
| 1779 | Anew Vision Transitional Living | 4900 E Berry St | Fort Worth | TX | 76105 | Various | Trade Debt | N | $1,500.00 |
| 1780 | Academic Coaching Services ACS Foundation Inc. | 8375 W Flamingo Rd STE 101 | Las Vegas | NV | 89147 | Various | Trade Debt | N | $1,500.00 |
| 1781 | Nashira | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,497.81 |
| 1782 | Sickle Cell Reproductive Health Educatio | 10 Cheltenham Ct | Owings Mills | MD | 21117 | Various | Trade Debt | N | $1,496.35 |
| 1783 | Reach For The Stars Hot Air Balloon Foundation | 32365 Thompson Road | Winchester | CA | 92596 | Various | Trade Debt | N | $1,495.44 |
| 1784 | Formidable Joy | 7819 Torreyson Drive | Los Angeles | CA | 90046 | Various | Trade Debt | N | $1,495.34 |
| 1785 | Sustainable Tahoe | 1048 War Bonnet Way | Incline Village | NV | 89451 | Various | Trade Debt | N | $1,487.75 |
| 1786 | Healing Farms Inc. | P.O. Box 2002 | Mount Pleasant | SC | 29465 | Various | Trade Debt | N | $1,485.62 |
| 1787 | Parenting For Non-Violence | 5113 S. Harper Avenue Ste 2C | Chicago | IL | 60615 | Various | Trade Debt | N | $1,480.70 |
| 1788 | One Heart Wild Education Sanctuary | 12620 Willamette Meridian | Silverdale | WA | 98383 | Various | Trade Debt | N | $1,480.25 |
| 1789 | Voice of the Experienced (VOTE) | 2022 St. Bernard Ave. | New Orleans | LA | 90116 | Various | Trade Debt | N | $1,480.00 |
| 1790 | Beyond Basic Life Skills | 406 N GUM ST | Summerville | SC | 29483 | Various | Trade Debt | N | $1,478.50 |
| 1791 | LGBTQ+ Editors Association | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $1,477.50 |
| 1792 | Wareham Area Committee for the Homeless Inc. | 777 Main Street | Wareham | MA | 2571 | Various | Trade Debt | N | $1,477.48 |
| 1793 | Marriage and Family Savers Ministries Inc. | 436B Robinson Ave. Suite 130 | Newburgh | NY | 12550 | Various | Trade Debt | N | $1,475.00 |
| 1794 | Promontory Point Conservancy | 5052 S Woodlawn Ave Apt 1BNA | Chicago | IL | 60615 | Various | Trade Debt | N | $1,474.80 |
| 1795 | Sovern Intersectional Arts | 5757 West Adams Blvd. | Los Angeles | CA | 90016 | Various | Trade Debt | N | $1,470.95 |
| 1796 | Creative City Public Charter School | 2810 Shirley Ave | Baltimore | MD | 21215 | Various | Trade Debt | N | $1,470.00 |
| 1797 | The CJK Foundation | PO Box 242 | Cheshire | CT | 6410 | Various | Trade Debt | N | $1,462.98 |
| 1798 | Angels of Las Vegas | 7836 W Sahara Ave | Las Vegas | NV | 89117 | Various | Trade Debt | N | $1,461.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1799 | CoBiz Richmond Inc. | 1503 Macdonald Ave Ste A | Richmond | CA | 94801 | Various | Trade Debt | N | $1,459.75 |
| 1800 | Greater Richmond Chapter of the Military Order of the Purple Heart of the USA | 3100 Domino Rd. | Richmond | VA | 23235 | Various | Trade Debt | N | $1,458.00 |
| 1801 | SHINE | PO BOX 68 | Victoria | MN | 55386 | Various | Trade Debt | N | $1,456.70 |
| 1802 | Dream Team Traverse City | 2002 Arrowhead Drive | Traverse City | MI | 49686 | Various | Trade Debt | N | $1,455.00 |
| 1803 | Puzzle Solvers | 50 Clinton Avenue | Cortland | NY | 13045 | Various | Trade Debt | N | $1,455.00 |
| 1804 | VAYLA New Orleans | 650 Poydras St. Suite 1400 PMB 1553 | New Orleans | LA | 70130 | Various | Trade Debt | N | $1,452.63 |
| 1805 | West Rehoboth Community Land Trust | P.O. Box 633 | Rehoboth Beach | DE | 19971 | Various | Trade Debt | N | $1,451.00 |
| 1806 | Bridges Middle School | 2510 SW 1st Avenue | Portland | OR | 97201 | Various | Trade Debt | N | $1,450.00 |
| 1807 | ClimateVoice | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $1,447.50 |
| 1808 | Making Housing and Community Happen | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,444.69 |
| 1809 | Justin Parvler Warrior House | 1900 S Norfolk St. Ste 350 | San Mateo | CA | 94403 | Various | Trade Debt | N | $1,440.00 |
| 1810 | Friends of Fairview | 800 E 6th St | New Albany | IN | 47150 | Various | Trade Debt | N | $1,430.00 |
| 1811 | Little Creek Foundation LTD | 914 Church Street | Honesdale | PA | 18431 | Various | Trade Debt | N | $1,425.80 |
| 1812 | MyKingstonKids | 101 Hurley Avenue suite 5 | Kingston | NY | 12401 | Various | Trade Debt | N | $1,425.00 |
| 1813 | North American One-Armed Golfer Association | 481 Green Ln | Peach Bottom | PA | 17563 | Various | Trade Debt | N | $1,425.00 |
| 1814 | River Raisin National Battlefield Park Foundation Inc | 333 N Dixie HWY | Monroe | MI | 48162 | Various | Trade Debt | N | $1,424.00 |
| 1815 | Sustainable Coastlines Hawaii | 3160 Waialae Ave Suite 120 | Honolulu | HI | 96816 | Various | Trade Debt | N | $1,422.42 |
| 1816 | Purpose Parenting | 2236 Washington Ave #102 | Silver Spring | MD | 20910 | Various | Trade Debt | N | $1,418.80 |
| 1817 | Kappa Alpha Psi Foundation of Southeastern Wisconsin Inc | PO Box 080441 | Milwaukee | WI | 53208 | Various | Trade Debt | N | $1,410.83 |
| 1818 | Toledo Harbor Lighthouse Preservation Society | 1750 Park Rd. #2 | Oregon | OH | 43616 | Various | Trade Debt | N | $1,410.62 |
| 1819 | International Falls Education Fund | P.O. Box 933 | International Falls | MN | 56649 | Various | Trade Debt | N | $1,409.95 |
| 1820 | Skid Row Arts Alliance | 1317 E. 7th St. | Los Angeles | CA | 90021 | Various | Trade Debt | N | $1,408.82 |
| 1821 | Caroline's Promise | PO 1484 | Bowling Green | VA | 22427 | Various | Trade Debt | N | $1,407.07 |
| 1822 | Rising Soul Foundation | 4649 Guthrie Highway | Clarksville | TN | 37040 | Various | Trade Debt | N | $1,400.00 |
| 1823 | Military-Veterans Advocacy | 769 Robert Blvd Suite 201D | Slidell | LA | 70458 | Various | Trade Debt | N | $1,400.00 |
| 1824 | Tristen Scott Foundation NFP | 8705 Pyott Rd | Lake In The Hills | IL | 60156 | Various | Trade Debt | N | $1,400.00 |
| 1825 | Powerhouse Community Development Corporation | 103 North Miami Ave | Marshall | MO | 65340 | Various | Trade Debt | N | $1,398.80 |
| 1826 | Calabasas Community Foundation | 100 Civic Center Way | Calabasas | CA | 91302 | Various | Trade Debt | N | $1,396.20 |
| 1827 | Cheshire Childrens Museum | 149 Emerald St | Keene | NH | 3431 | Various | Trade Debt | N | $1,395.31 |
| 1828 | Single Seed Enrichment School Inc. | 7914 Hatchmere Court | Converse | TX | 78109 | Various | Trade Debt | N | $1,395.00 |
| 1829 | New York City And Lower Hudson Valley Clean Communities Inc. | 55 Water Street 6th Floor | New York | NY | 10041 | Various | Trade Debt | N | $1,393.34 |
| 1830 | Mississippi Breastfeeding Coalition | 405 Northtown Drive | Jackson | MS | 39211 | Various | Trade Debt | N | $1,390.25 |
| 1831 | Kenai's House | 31886 Red Pine Way | Temecula | CA | 92592 | Various | Trade Debt | N | $1,390.20 |
| 1832 | Boamah Weikel Foundation | 5615 Netherland Ave Apt 5g | Bronx | NY | 10471 | Various | Trade Debt | N | $1,390.00 |
| 1833 | Girls Like Me Project | 7116 South Morgan Street | Chicago | IL | 60621 | Various | Trade Debt | N | $1,385.20 |
| 1834 | Grounded Inc. | 8299 MT Hwy 35 | Bigfork | MT | 59911 | Various | Trade Debt | N | $1,383.40 |
| 1835 | South Dakota Youth Foundation Inc. | 1310 Main Ave. S. Suite 109' | Brookings | SD | 57006 | Various | Trade Debt | N | $1,380.00 |
| 1836 | Al-Hamra Academy | 435 South Street | Shrewsbury | MA | 1545 | Various | Trade Debt | N | $1,374.00 |
| 1837 | People Trust Community Loan Fund | 5300 W 65th Street | Little Rock | AR | 72209 | Various | Trade Debt | N | $1,372.21 |
| 1838 | Way 2 Love Inc | 1503 Macdonald Ave. | Richmond | CA | 94801 | Various | Trade Debt | N | $1,366.20 |
| 1839 | East Hampton Historical Society Inc. | 151 Main Street | East Hampton | NY | 11937 | Various | Trade Debt | N | $1,365.16 |
| 1840 | Jabalu Nur Foundation | 2508 Kent Dr | Irving | TX | 75062 | Various | Trade Debt | N | $1,363.37 |
| 1841 | Katlyn Mary Bennett for Answers Inc | 1900 West Bloomfield Road | Honeoye Falls | NY | 14472 | Various | Trade Debt | N | $1,356.70 |
| 1842 | Friends of the Bay Inc. | 111 South Street Suite 210 | Oyster Bay | NY | 11771 | Various | Trade Debt | N | $1,354.93 |
| 1843 | Valdez Charitable Foundation | 329 Tennessee Street | Vallejo | CA | 94590 | Various | Trade Debt | N | $1,350.88 |
| 1844 | Second Family Inc. | 4611 ASSEMBLY DR STE N | Lanham | MD | 20706 | Various | Trade Debt | N | $1,347.22 |
| 1845 | Pilzno Inc. | 128 Poplar St | West Hempstead | NY | 11552 | Various | Trade Debt | N | $1,345.46 |
| 1846 | Feeding People Through Plants | 1711 S. Halsted | Chicago | IL | 60608 | Various | Trade Debt | N | $1,345.00 |
| 1847 | Access Distributed | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,345.00 |
| 1848 | Hui o Ho'ohonua | 91-1224 Kaihuopalaai St. | Ewa Beach | HI | 96706 | Various | Trade Debt | N | $1,340.00 |
| 1849 | Rescues Rock Inc | 8757 Wonderland Park Ave | Los Angeles | CA | 90046 | Various | Trade Debt | N | $1,340.00 |
| 1850 | My Buddy Bench Project Foundation | 9555 SW 175 Ter PMB 563 | Palmetto | FL | 33157 | Various | Trade Debt | N | $1,336.00 |
| 1851 | Rising Sun Recovery | 3446 Parsons Greene Ct | Powder Springs | GA | 30127 | Various | Trade Debt | N | $1,332.13 |
| 1852 | Angieâ€™s Option GRM | 2471 W 700 S | Lehi | UT | 84043 | Various | Trade Debt | N | $1,328.81 |
| 1853 | Seventh Wave Magazine Inc. | 1213 SW 174th PL | Seattle | WA | 98166 | Various | Trade Debt | N | $1,325.66 |
| 1854 | Seeds of Hope for Haiti Inc. | 910 Main Street South PO Box 284 | Southbury | CT | 6488 | Various | Trade Debt | N | $1,325.00 |
| 1855 | Hope After Betrayal Ministries | PO Box 376 | Oldsmar | FL | 34677 | Various | Trade Debt | N | $1,324.32 |
| 1856 | Transformations by Cleveland Angels | 25935 Detroit Road PMB 220 | Cleveland | OH | 44145 | Various | Trade Debt | N | $1,323.20 |
| 1857 | Carolina Foundation For The Arts | 202 N Brown St | Chadbourn | NC | 28431 | Various | Trade Debt | N | $1,321.25 |
| 1858 | Nourish You Community Kitchen | 11260 Donner Pass Road 543 | Truckee | CA | 96161 | Various | Trade Debt | N | $1,320.00 |
| 1859 | American Legion Baseball San Diego County | 201 West F. Street | Encinitas | CA | 92024 | Various | Trade Debt | N | $1,315.70 |
| 1860 | Gearin' Up Bicycles | 1811 Rhode Island Avenue NE | Washington | DC | 20018 | Various | Trade Debt | N | $1,314.12 |
| 1861 | God's Hygiene Help Center | 1402 Oakland Park | Columbus | OH | 43224 | Various | Trade Debt | N | $1,308.00 |
| 1862 | Parkinson's Community Los Angeles | 119 N Fairfax Ave #424 | Los Angeles | CA | 90036 | Various | Trade Debt | N | $1,304.95 |
| 1863 | Kings Players Community Theatre | Norfolk VA | Norfolk | VA | 23502 | Various | Trade Debt | N | $1,302.73 |
| 1864 | Gratitude Foundation | 39 E ELDER Street | Cumberland | MD | 21502 | Various | Trade Debt | N | $1,300.94 |
| 1865 | Connect Conference | 3431 Trickum Road NE | Marietta | GA | 30066 | Various | Trade Debt | N | $1,300.09 |
| 1866 | CHW Strength Foundation | 7305 Hancock Village Dr | Chesterfield | VA | 23832 | Various | Trade Debt | N | $1,300.00 |
| 1867 | San Antonio Black International Film Festival (SABIFF) | 322 Rice Road | San Antonio | TX | 78220 | Various | Trade Debt | N | $1,300.00 |
| 1868 | Youth Help Foundation | 710 12th Street South Apt 2001 | Arlington | VA | 22202 | Various | Trade Debt | N | $1,296.30 |
| 1869 | ACF Flint Saginaw Valley Chapter | 456 Commonwealth Ave | Flint | MI | 48503 | Various | Trade Debt | N | $1,294.78 |
| 1870 | The Twin Cities Community Gospel Choir | 12299 Champlin Drive Suite 87 | Saint Paul | MN | 55316 | Various | Trade Debt | N | $1,292.50 |
| 1871 | Reid Family Foundation | 2733 N Power Rd #102-183 | Mesa | AZ | 85215 | Various | Trade Debt | N | $1,290.00 |
| 1872 | I'm Hooked Inc | 3300 NW 185th Ave #333 | Portland | OR | 97229 | Various | Trade Debt | N | $1,289.24 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1873 | The ASET Foundation | 312 SW Greenwich Dr Ste 669 | Lees Summit | MO | 64082 | Various | Trade Debt | N | $1,286.00 |
| 1874 | Alive Inside Foundation | 237 Eldridge Street | New York | NY | 10002 | Various | Trade Debt | N | $1,284.65 |
| 1875 | Southern California Area National Council of Negro Women | 3720 W. 54th St | Los Angeles | CA | 90043 | Various | Trade Debt | N | $1,283.22 |
| 1876 | FC Balboa | 3329 Nutmeg St | San Diego | CA | 92104 | Various | Trade Debt | N | $1,282.45 |
| 1877 | Sara Snyder Defendant Support Fund | 1849 SE 36th Ave | Portland | OR | 97214 | Various | Trade Debt | N | $1,275.25 |
| 1878 | God Made Self Driven Ministries | P.O Box 2031 | Abbeville | LA | 70511 | Various | Trade Debt | N | $1,275.00 |
| 1879 | Beauty From Ashes Ranch | PO Box 69922 | Tucson | AZ | 85737 | Various | Trade Debt | N | $1,270.34 |
| 1880 | SOFESA | 6201 W 87th Street Suite 2651 | Los Angeles | CA | 90045 | Various | Trade Debt | N | $1,270.00 |
| 1881 | Wastecap Resource Solutions Inc. | 2123 W. Michigan St. Suite 100 | Milwaukee | WI | 53233 | Various | Trade Debt | N | $1,270.00 |
| 1882 | Sprint to Cite Soleil | 5215 Morgan Ave S | Minneapolis | MN | 55419 | Various | Trade Debt | N | $1,268.80 |
| 1883 | The Hali Method Dance Ensemble | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $1,267.74 |
| 1884 | Black Pearls of Genealogy | 4199 Prairie Hill St | Kalamazoo | MI | 49048 | Various | Trade Debt | N | $1,265.00 |
| 1885 | Back The Badge and Books Family Foundation | 1362 US Highway 395 N Ste 102 | Gardnerville | NV | 89410 | Various | Trade Debt | N | $1,262.32 |
| 1886 | Urban Cowgirl Ranch Foundation | 24977 Palomares Road | Castro Valley | CA | 94552 | Various | Trade Debt | N | $1,260.00 |
| 1887 | Shema Kolainu-Hear Our Voices | 4302 New Utrecht Ave. | Brooklyn | NY | 11219 | Various | Trade Debt | N | $1,251.73 |
| 1888 | Harvest Ministry Team | 407 Edwardsville Rd | Troy | IL | 62294 | Various | Trade Debt | N | $1,250.00 |
| 1889 | NOMA Arizona | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,250.00 |
| 1890 | Paulve Dance | 1446 Market Street | San Francisco | CA | 94530 | Various | Trade Debt | N | $1,250.00 |
| 1891 | Bay Choral Guild | P.O. Box 597 | Los Altos | CA | 94023 | Various | Trade Debt | N | $1,246.40 |
| 1892 | CHAMP Cancer Hope & Awareness Month for Pediatrics | 10024 E Lomita Ave | Mesa | AZ | 85209 | Various | Trade Debt | N | $1,246.25 |
| 1893 | Arms Wide Open Childhood Cancer Foundation | PO Box 258 | Marlboro | NJ | 7746 | Various | Trade Debt | N | $1,245.99 |
| 1894 | Knoxville Family Justice Center | 400 Harriet Tubman Street | Knoxville | TN | 37915 | Various | Trade Debt | N | $1,245.00 |
| 1895 | Foothills Art Society | PO Box 701 to 43 Pearl St. | Malone | NY | 12953 | Various | Trade Debt | N | $1,244.25 |
| 1896 | Florida Yorkie Rescue Inc. | 2740 SW Martin Downs Blvd. Suite #205 | Palm City | FL | 34990 | Various | Trade Debt | N | $1,239.48 |
| 1897 | The Vascular Access Advancement Group | 23075 Jacobson Rd | Brooksville | FL | 34601 | Various | Trade Debt | N | $1,237.63 |
| 1898 | Sarah's Cause Inc | PO Box 613 | Candor | NY | 13743 | Various | Trade Debt | N | $1,235.75 |
| 1899 | Inner City Innovators | 313 Datura Street Suite 200 | West Palm Beach | FL | 33401 | Various | Trade Debt | N | $1,234.77 |
| 1900 | Amigos De Bolsa Chica | P.O. Box 1563 | Huntington Beach | CA | 92647 | Various | Trade Debt | N | $1,231.07 |
| 1901 | Beast Crawl Literary Festival | 101 Broadway | Oakland | CA | 94607 | Various | Trade Debt | N | $1,227.00 |
| 1902 | Earth Day Indiana Inc. | P.O. Box 40655 | Indianapolis | IN | 46260 | Various | Trade Debt | N | $1,226.70 |
| 1903 | Mercys Shore | Po Box 141062 | Dallas | TX | 75214 | Various | Trade Debt | N | $1,226.25 |
| 1904 | New Hope Fund | 1420 Lakewood Drive | Bolivar | MO | 65613 | Various | Trade Debt | N | $1,226.00 |
| 1905 | American Hero Hunt | 3597 Refugee Rd SW | Hebron | OH | 43025 | Various | Trade Debt | N | $1,225.87 |
| 1906 | Project Safe Of The Cedar River Corridor Area Inc | 2794 Croy Rd NW | Swisher | IA | 52338 | Various | Trade Debt | N | $1,225.00 |
| 1907 | Hands of Hope Foundation International | 429 North Palm Avenue Apt A | Alhambra | CA | 91801 | Various | Trade Debt | N | $1,223.38 |
| 1908 | Create Independence | 110 Hopmeadow Street | Weatogue | CT | 6089 | Various | Trade Debt | N | $1,216.00 |
| 1909 | Isaiah Stone Foundation | 621 N. Robinson Avenue Suite 600 | Oklahoma City | OK | 73102 | Various | Trade Debt | N | $1,215.55 |
| 1910 | Roots for Life | 1905 Gales Street NE | Washington | DC | 20002 | Various | Trade Debt | N | $1,213.98 |
| 1911 | Queer Maps | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $1,212.00 |
| 1912 | Expanding Horizons Farm Inc. | 4400 E CR 34E | Fort Collins | CO | 80528 | Various | Trade Debt | N | $1,210.40 |
| 1913 | Feeding Accepting Inspiring The Hurting | 3422 Marriott Dr | Columbus | GA | 31907 | Various | Trade Debt | N | $1,210.00 |
| 1914 | Touching Lives Worldwide Inc. | 2908 Millennium Circle | Melbourne | FL | 32940 | Various | Trade Debt | N | $1,208.58 |
| 1915 | Dharma Dreams Vocational Center | 439 Columbia Rd | Hanover | MA | 2339 | Various | Trade Debt | N | $1,205.00 |
| 1916 | I Am My Brother's Keeper CDC | 6601 Imperial Avenue | San Diego | CA | 92114 | Various | Trade Debt | N | $1,204.95 |
| 1917 | Bethany Lutheran Church School | 1011 Ulatis Dr | Vacaville | CA | 95687 | Various | Trade Debt | N | $1,203.83 |
| 1918 | Grand Arts Consortium | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $1,200.57 |
| 1919 | Bethel Land Trust | PO Box 332 | Bethel | CT | 6801 | Various | Trade Debt | N | $1,200.00 |
| 1920 | Connextions.pro | 14827 Ventura Blvd. Suite 120 | Sherman Oaks | CA | 91403 | Various | Trade Debt | N | $1,200.00 |
| 1921 | Pasadena Photography Arts | 480 S. Orange Grove Blvd #14 | Pasadena | CA | 91105 | Various | Trade Debt | N | $1,200.00 |
| 1922 | SEND | 1100 North Main Street Suite 103A | Ann Arbor | MI | 48104 | Various | Trade Debt | N | $1,200.00 |
| 1923 | Mentoring in Medicine & Science | 333 Helgenberger Ste 208 | Oakland | CA | 94621 | Various | Trade Debt | N | $1,193.80 |
| 1924 | Cornwall College Foundation Inc. | P.O. Box 16571 | Chicago | IL | 8831 | Various | Trade Debt | N | $1,185.00 |
| 1925 | Congregation Agudas Israel | 290 North Street | Newburgh | NY | 12550 | Various | Trade Debt | N | $1,182.65 |
| 1926 | FIERCE Advocates | 312 9th St. | Richmond | CA | 94801 | Various | Trade Debt | N | $1,180.00 |
| 1927 | Charleston Coalition For Kids | 334 East Bay Street #198 | Charleston | SC | 29401 | Various | Trade Debt | N | $1,178.07 |
| 1928 | Endless Opportunities Worldwide | 100 Ezekiel Ct | Hillsboro | MO | 63050 | Various | Trade Debt | N | $1,175.36 |
| 1929 | Power of One Foundation | 918 N. Cleveland St. | Orange | CA | 92867 | Various | Trade Debt | N | $1,175.00 |
| 1930 | Diabetes and Me | a 501(c)3 non profit charity | Bellevue | WA | 98004 | Various | Trade Debt | N | $1,173.29 |
| 1931 | Housing Development Corporation of SW Florida | 3200 Bailey Lane 109 | Naples | FL | 34105 | Various | Trade Debt | N | $1,173.22 |
| 1932 | Natural Creativity | 5534 Pulaski Ave | Philadelphia | PA | 19144 | Various | Trade Debt | N | $1,172.00 |
| 1933 | Red Poppy Art House | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $1,172.00 |
| 1934 | TopHand Sports | 206 W Atlantic St | Emporia | VA | 23847 | Various | Trade Debt | N | $1,171.06 |
| 1935 | S.T.R.O.N.G. Youth Inc. | 559 Jerusalem Ave | Uniondale | NY | 11553 | Various | Trade Debt | N | $1,162.33 |
| 1936 | Association on Aging in New York | 515 Broadway STE 402 | Albany | NY | 12207 | Various | Trade Debt | N | $1,160.00 |
| 1937 | Community Pet Project | 3513 King George Lane | Seffner | FL | 33584 | Various | Trade Debt | N | $1,156.42 |
| 1938 | Edina Historical Society | 4711 West 70th Street | Minneapolis | MN | 55435 | Various | Trade Debt | N | $1,154.85 |
| 1939 | Table Tennis Connections | | | | | Various | Trade Debt | N | $1,154.30 |
| 1940 | The Eye Cancer Foundation | 115 East 61st Street Suite 5B | New York | NY | 10065 | Various | Trade Debt | N | $1,152.33 |
| 1941 | North American Hindu Chaplains Association | 26 Dutton Place Way | Glastonbury | CT | 6033 | Various | Trade Debt | N | $1,151.87 |
| 1942 | Love Water Org | 9530 Hageman Road Suite B #139 | Bakersfield | CA | 93312 | Various | Trade Debt | N | $1,150.00 |
| 1943 | City Hope San Francisco | P.O. Box 640959 | San Francisco | CA | 94164 | Various | Trade Debt | N | $1,146.36 |
| 1944 | Inspiration Actions Inc. | P.O. Box 506 | Lincoln | MI | 48742 | Various | Trade Debt | N | $1,145.08 |
| 1945 | Flo Creed-Jacobson Initiative | 118 Copperwood Drive | Stoughton | MA | 2072 | Various | Trade Debt | N | $1,145.00 |
| 1946 | Nashville General Hospital Foundation | 1818 Albion Street | Nashville | TN | 37208 | Various | Trade Debt | N | $1,138.80 |
| 1947 | Chicago Training Center | P.O. Box 7076 | Chicago | IL | 60680 | Various | Trade Debt | N | $1,137.02 |
| 1948 | The BRICC Foundry | 65 Pine Ave PMB 356 | Long Beach | CA | 90802 | Various | Trade Debt | N | $1,135.51 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1949 | Council on Social Work Education | 333 John Carlyle Street | Alexandria | VA | 22314 | Various | Trade Debt | N | $1,135.00 |
| 1950 | Boys & Girls Club Of Trinity Texas Inc. | 100 West San Jacinto | Trinity | TX | 75862 | Various | Trade Debt | N | $1,135.00 |
| 1951 | Destination Of Hope Africa | P.O. box 270805 | Flower Mound | TX | 75028 | Various | Trade Debt | N | $1,134.25 |
| 1952 | Mound City Medical Forum | P.O. Box 16746 | Saint Louis | MO | 63105 | Various | Trade Debt | N | $1,133.47 |
| 1953 | TYME Foundation | 373 Redondo Ave. #458 | Long Beach | CA | 90814 | Various | Trade Debt | N | $1,133.20 |
| 1954 | Kimbilio | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,130.00 |
| 1955 | Bibles for China | PO Box 268947 | Oklahoma City | OK | 73126-8947 | Various | Trade Debt | N | $1,129.58 |
| 1956 | Rose Leaf Foundation | P.O. Box 290303 | Columbia | SC | 29229 | Various | Trade Debt | N | $1,125.00 |
| 1957 | Agape in Action Inc. | P.O. Box 230 | Porter | TX | 77365 | Various | Trade Debt | N | $1,117.00 |
| 1958 | Thrive Network | 436 14Th Street 5Th Floor | Oakland | CA | 94612 | Various | Trade Debt | N | $1,116.25 |
| 1959 | Foundation 4 Heroes | 23127 Three Notch Road | California | MD | 20619 | Various | Trade Debt | N | $1,115.00 |
| 1960 | Carnicom Institute | P.O. Box 105 | Alberton | MT | 59820 | Various | Trade Debt | N | $1,113.59 |
| 1961 | The Global Majority Consortium | 928 SW Austin St | Seattle | WA | 98106 | Various | Trade Debt | N | $1,113.47 |
| 1962 | Safe Communities | 313 W Liberty Street Suite 242 | Lancaster | PA | 17603 | Various | Trade Debt | N | $1,107.00 |
| 1963 | Represented Foundation | 950 Fulton St Unit 380616 | Brooklyn | NY | 11238 | Various | Trade Debt | N | $1,103.00 |
| 1964 | Substratum | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $1,100.00 |
| 1965 | Pine Richland Opportunities Fund | Po Box 248 | Wexford | PA | 15090 | Various | Trade Debt | N | $1,100.00 |
| 1966 | Dan Begay Foundation For Excellence Inc. | PO Box 6332 | Mesa | AZ | 85216 | Various | Trade Debt | N | $1,100.00 |
| 1967 | Grace World Ministries | 8400 NW 25th Street Suite 100 | Doral | FL | 33198 | Various | Trade Debt | N | $1,100.00 |
| 1968 | Sister Cities of Nashville | PO Box 120555 | Nashville | TN | 37212 | Various | Trade Debt | N | $1,096.75 |
| 1969 | Center on South Asian Studies | 1801 Hucks Rd. STE D | Rolling Meadows | IL | 60008 | Various | Trade Debt | N | $1,094.23 |
| 1970 | Feet First Foundation | 816 Main Street | Martinez | CA | 94553 | Various | Trade Debt | N | $1,090.50 |
| 1971 | Heaven Instead | 1307 Juliet Court | Richmond | TX | 77469 | Various | Trade Debt | N | $1,089.80 |
| 1972 | Friends of Hemlock Bluffs | PO Box 62 | Cary | NC | 27512 | Various | Trade Debt | N | $1,085.14 |
| 1973 | Conquering Gyrate Atrophy | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,082.75 |
| 1974 | Shelter Me Photography | 143 Harrys Court | Pagosa Springs | CO | 81147 | Various | Trade Debt | N | $1,077.58 |
| 1975 | Northern California Weimaraner Rescue | P.O. Box 92 | Cloverdale | CA | 95425 | Various | Trade Debt | N | $1,075.20 |
| 1976 | Teacher Salary Initiative | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $1,075.00 |
| 1977 | Soil4Climate Inc. | Box 332 | Thetford Center | VT | 5075 | Various | Trade Debt | N | $1,073.92 |
| 1978 | Meadow City Academy of Music | 812 Highland Dr | Las Vegas | NM | 87701 | Various | Trade Debt | N | $1,071.75 |
| 1979 | Henry Purcell Society of Boston | P.O Box 3 | Belmont | MA | 2478 | Various | Trade Debt | N | $1,068.80 |
| 1980 | NAMI Main Line PA | 320 Woodley Road | Merion Station | PA | 19066 | Various | Trade Debt | N | $1,067.51 |
| 1981 | Shoot Basketballs Not People | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $1,064.96 |
| 1982 | Buck Out Cleveland | 1242 E. 49th Street 3rd Floor | Cleveland | OH | 44114 | Various | Trade Debt | N | $1,063.92 |
| 1983 | Temenos Catholic Worker | Po Box 642656 | San Francisco | CA | | Various | Trade Debt | N | $1,062.16 |
| 1984 | The Small Monsters Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,060.00 |
| 1985 | Veterans Research and Education Foundation of St Louis | 501 N Grand Blvd - Suite 300 | Saint Louis | MO | 63103 | Various | Trade Debt | N | $1,058.81 |
| 1986 | Central Christian College of Kansas | 1200 South Main Street | Mcpherson | KS | 67460 | Various | Trade Debt | N | $1,058.73 |
| 1987 | Cloven Heart Farm Sanctuary | 11225 Yankie Rd | China Spring | TX | 76633 | Various | Trade Debt | N | $1,056.11 |
| 1988 | Borrego Springs Civic Foundation | PO Box 1164 | Borrego Springs | CA | 92004 | Various | Trade Debt | N | $1,055.00 |
| 1989 | Just Roots Chicago | 2936 South Wabash Avenue | Chicago | IL | 60616 | Various | Trade Debt | N | $1,055.00 |
| 1990 | Babyjays Legacy of Hope Fund | 2040 West 31st St Suite G #195 | Lawrence | KS | 66046 | Various | Trade Debt | N | $1,055.00 |
| 1991 | Steer for Student Athletes Inc. | 304 Midland Avenue | Port Chester | NY | 10573 | Various | Trade Debt | N | $1,052.68 |
| 1992 | Ribe Project Inc. | 8951 Shelburne Way | Zionsville | IN | 46077 | Various | Trade Debt | N | $1,051.75 |
| 1993 | iSchool | Mailing: 503 E Telegraph St. | Carson City | NV | 89701 | Various | Trade Debt | N | $1,050.00 |
| 1994 | Maniapure Foundation | 9 Island Ave Apt 706 | Miami Beach | FL | 33139 | Various | Trade Debt | N | $1,046.25 |
| 1995 | Within Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $1,041.90 |
| 1996 | Black Women Instilling Scholarly Excellence | 2335 Collin Dr | Grand Prairie | TX | 75052 | Various | Trade Debt | N | $1,035.00 |
| 1997 | Old Westbury College Foundation Inc. | 223 Store Hill Road | Old Westbury | NY | 11568-0210 | Various | Trade Debt | N | $1,031.73 |
| 1998 | Our Father's House Missions International | 1546 Rowlett Rd. #115 | Garland | TX | 75043 | Various | Trade Debt | N | $1,030.20 |
| 1999 | YoPro Global Foundation | 100 SE 3rd Ave | Fort Lauderdale | FL | 33394 | Various | Trade Debt | N | $1,025.00 |
| 2000 | Love the Sea | 33 Hoe St | Paia | HI | 96779 | Various | Trade Debt | N | $1,025.00 |
| 2001 | Shabbat with Friends NM AKA Panim Hadashot | 9701 Montgomery Blvd NE. #1015 | Albuquerque | NM | 87111 | Various | Trade Debt | N | $1,024.97 |
| 2002 | Beloved Community Network | 436 14th Suite 425 | Oakland | CA | 94612 | Various | Trade Debt | N | $1,022.95 |
| 2003 | God'sMorning Foundation | 18 Wedge Drive | Charlotte | NC | 8610 | Various | Trade Debt | N | $1,022.00 |
| 2004 | Parangello Players | 2067 San Diego Dr. | Corona | CA | 92882 | Various | Trade Debt | N | $1,019.38 |
| 2005 | Creepy Critters Rescue | P.O. Box 494 | Los Banos | CA | 93635 | Various | Trade Debt | N | $1,010.05 |
| 2006 | Cultural Bridge Foundation Inc. | 1282 Fraser Lane | Ojai | CA | 93023 | Various | Trade Debt | N | $1,000.20 |
| 2007 | Leader Breeders Inc | 2435 Brambleton Rd Apt C | Baltimore | MD | 21209 | Various | Trade Debt | N | $1,000.00 |
| 2008 | Help ALS Speak | 5304 Inverness Circle | Mckinney | TX | 75070 | Various | Trade Debt | N | $1,000.00 |
| 2009 | Lions of PA Foundation | 156B South Broad St | York | PA | 17406 | Various | Trade Debt | N | $1,000.00 |
| 2010 | Social Prescribing USA | 1569 Solano Avenue #238 | Berkeley | CA | 94707 | Various | Trade Debt | N | $1,000.00 |
| 2011 | Bold Life Inc. | 6948 Sonya Dr | Nashville | TN | 37209 | Various | Trade Debt | N | $1,000.00 |
| 2012 | Celebrate You Foundation | 4912 S Cushman Ave | Tacoma | WA | 98408 | Various | Trade Debt | N | $1,000.00 |
| 2013 | Braid Africa | 767 Burgoyne Street | Mountain View | CA | 94043 | Various | Trade Debt | N | $1,000.00 |
| 2014 | The Dream Center | 111 Hillcrest Drive Suite A | Easley | SC | 29640 | Various | Trade Debt | N | $1,000.00 |
| 2015 | Wafa House | 23 Howe Ave | Passaic | NJ | 7055 | Various | Trade Debt | N | $999.00 |
| 2016 | Housing Opportunities Made Easier | PO Box 191 | Camarillo | CA | 93011 | Various | Trade Debt | N | $998.22 |
| 2017 | Auntie Na's Village | 12028 Yellowstone St. | Detroit | MI | 48204 | Various | Trade Debt | N | $996.44 |
| 2018 | Give With Lily | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $995.00 |
| 2019 | Future Kings | PO Box 159 | Dumfries | VA | 22026 | Various | Trade Debt | N | $994.75 |
| 2020 | Frontier Gospel Mission Inc. | 36 Off Foster Road | East Sandwich | MA | 2537 | Various | Trade Debt | N | $993.50 |
| 2021 | Unity is Strength | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $993.44 |
| 2022 | Urban Impact Of Black Rock Inc. | P.O. Box 3716 | Bridgeport | CT | 6605 | Various | Trade Debt | N | $992.28 |
| 2023 | BeUnlimited | 7600 Ora Glen Drive #1761 | Greenbelt | MD | 20768 | Various | Trade Debt | N | $990.25 |
| 2024 | American Youth Academy Inc. | 5905 E 130th Ave | Tampa | FL | 33617 | Various | Trade Debt | N | $988.73 |
| 2025 | Akamai University | Intl. Headquarters 3211 Gibson Road | Durham | NC | 27703 | Various | Trade Debt | N | $985.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2026 | Chat with Champs | P.O. Box 1075 | Decatur | TX | 76234 | Various | Trade Debt | N | $985.00 |
| 2027 | Transcending Through Education Foundation | 127 Dorrance St. 4th Floor | Providence | RI | 2903 | Various | Trade Debt | N | $985.00 |
| 2028 | Serve2Gether | 2550 W Union Hills Dr Suite 350 | Phoenix | AZ | 85027 | Various | Trade Debt | N | $984.65 |
| 2029 | CHELSEA BRENDLEN | 1570 Driggers Ln | Ridgeland | SC | 29936 | Various | Trade Debt | N | $980.40 |
| 2030 | Human Rights in Childbirth | Po Box 14370 | San Francisco | CA | 94114 | Various | Trade Debt | N | $980.00 |
| 2031 | Jeremiah Recovery House Inc. | 705 South Springfield Ave | Green Forest | AR | 72638 | Various | Trade Debt | N | $980.00 |
| 2032 | St. Mark United Methodist Church | 6217 Glen Oaks Drive | Baton Rouge | LA | 70811 | Various | Trade Debt | N | $979.74 |
| 2033 | South Florida Wildlands Association Inc. | 1314 East Las Olas Blvd. #2297 | Fort Lauderdale | FL | 33301 | Various | Trade Debt | N | $977.86 |
| 2034 | Fanikia Foundation | 5900 119th Ave SE Apt B40 | Bellevue | WA | 98006 | Various | Trade Debt | N | $973.22 |
| 2035 | Dads Move | 105 112th st #131 | Tacoma | WA | 98444 | Various | Trade Debt | N | $973.16 |
| 2036 | Eugenie Chan Theater Projects | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $972.38 |
| 2037 | Operation Honour Our Local Veterans Inc. | 6238 Tibaldo Ln | Santa Fe | TX | 77510 | Various | Trade Debt | N | $972.00 |
| 2038 | Humane Society Adoption Center of Monroe | 920 Freight Drive | Monroe | LA | 71203 | Various | Trade Debt | N | $971.00 |
| 2039 | Bogies for the Brave Inc. | 15 Southwood Road | Newington | CT | 6111 | Various | Trade Debt | N | $970.20 |
| 2040 | Love Transforming Community | 1367 Main st | Brockton | MA | 2301 | Various | Trade Debt | N | $964.87 |
| 2041 | Muslim Alliance for Sexual and Gender Diversity The MASGD | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $961.30 |
| 2042 | LEOA Foundation | 4192 Laird Rd | Loomis | CA | 95650 | Various | Trade Debt | N | $960.00 |
| 2043 | Triad Independent Cat Rescue Inc. | 2405 Cottage Place | Greensboro | NC | 27455 | Various | Trade Debt | N | $957.90 |
| 2444 | The Beat Within | 1448 Market St. | San Francisco | CA | 94102 | Various | Trade Debt | N | $953.25 |
| 2045 | Next Chapter Initiative | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $952.11 |
| 2046 | Venison Provisions | 1884 County Road 6 | Shorter | AL | 36075 | Various | Trade Debt | N | $950.00 |
| 2047 | Reclaim Me | 4612 stonington court | Columbia | MO | 65203 | Various | Trade Debt | N | $950.00 |
| 2048 | Spear Head Missions Inc. | 881 Bracht Piner Road | Morning View | KY | 41063 | Various | Trade Debt | N | $950.00 |
| 2049 | MELANATED PEARL INCORPORATION | 11071 Panhandle Rd 2nd Floor | Hampton | GA | 30228 | Various | Trade Debt | N | $950.00 |
| 2050 | A Father Forever | P. O. Box 470143 | Los Angeles | CA | 90047 | Various | Trade Debt | N | $950.00 |
| 2051 | Autumns Gift | 884 Lake Ave NE | Atlanta | GA | 30307 | Various | Trade Debt | N | $946.30 |
| 2052 | Kay's Carry On | 813 Duren St | Lufkin | TX | 75904 | Various | Trade Debt | N | $945.88 |
| 2053 | Blues Babe Foundation | 2233 N Broad Street | Philadelphia | PA | 19132 | Various | Trade Debt | N | $935.30 |
| 2054 | The Visibility Impact Fund | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $934.00 |
| 2055 | Asian Women for Health Inc. | 50 Milk St 16th Floor | Boston | MA | 2109 | Various | Trade Debt | N | $931.19 |
| 2056 | The Susan Mosure Memorial Fund | 6660 Doubletree Ave | Columbus | OH | 43229 | Various | Trade Debt | N | $930.96 |
| 2057 | Sampson And Butters Rescue And Rehab | 5745 Sobb Ave | Las Vegas | NV | 89118 | Various | Trade Debt | N | $930.70 |
| 2058 | Hawaii Council on Economic Education | 900 Fort Street Mall Suite 600 | Honolulu | HI | 96813 | Various | Trade Debt | N | $929.93 |
| 2059 | USA Surfing | 1001 Avenida Pico Ste C229 | San Clemente | CA | 92673 | Various | Trade Debt | N | $919.93 |
| 2060 | Society of Extraordinary Women | 6820 Indiana Ave Suite 110 | Riverside | CA | 92506 | Various | Trade Debt | N | $915.40 |
| 2061 | Angeles Para Honduras | 3097 US Route 2 | North Hero | VT | 5474 | Various | Trade Debt | N | $911.95 |
| 2062 | Sprout Detroit | 1168 Wabasso St | Walled Lake | MI | 48390 | Various | Trade Debt | N | $911.00 |
| 2063 | Crossover Basketball And Scholars Academy | 14 Winslow Road | Belmont | MA | 2478 | Various | Trade Debt | N | $910.00 |
| 2064 | Tiffanie TurnerPapel SF | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $900.00 |
| 2065 | Assist ME | 5034 Big Bend Drive | Lancaster | SC | 29720 | Various | Trade Debt | N | $900.00 |
| 2066 | Vivienne's Joy Foundation | 1041 Grand Ave #111 | Saint Paul | MN | 55105 | Various | Trade Debt | N | $900.00 |
| 2067 | The Arlington Chorale | 4422 19th Rd N | Arlington | VA | 22207 | Various | Trade Debt | N | $899.66 |
| 2068 | Greene Scholars | PO Box 6393 | Santa Clara | CA | 95056 | Various | Trade Debt | N | $893.95 |
| 2069 | Robot Garden | 700 Terminal Circle | Livermore | CA | 94551 | Various | Trade Debt | N | $892.60 |
| 2070 | Trails for All | PO Box 386 | Westcliffe | CO | 81252 | Various | Trade Debt | N | $892.35 |
| 2071 | A Combat Veteran's Hope | 121 E Main St Ste 108 | Visalia | CA | 93291 | Various | Trade Debt | N | $890.35 |
| 2072 | Chris Canty Foundation | 3122-100 Fincher Farm Road | Charlotte | NC | 28105 | Various | Trade Debt | N | $890.00 |
| 2073 | El Timpano | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $887.80 |
| 2074 | Harvest House Transitional Residence Inc. | P.O.Box 9063 | Vallejo | CA | 94591 | Various | Trade Debt | N | $885.26 |
| 2075 | MedCycle Inc. | PO Box 8056 | Trenton | NJ | 8650 | Various | Trade Debt | N | $885.00 |
| 2076 | B.A.R.E. Truth Inc. | 633 w 5th st #2877 | Los Angeles | CA | 90071 | Various | Trade Debt | N | $884.22 |
| 2077 | Health Support Foundation | 6172 Popes Creek Place | Haymarket | VA | 20169 | Various | Trade Debt | N | $880.00 |
| 2078 | Better Day Givings Inc. | 5200 Dallas hwy Suite 202-463 | Marietta | GA | 30064 | Various | Trade Debt | N | $877.52 |
| 2079 | San Diego Urban Sustainability Coalition Inc. | 2325 Manzana Way | San Diego | CA | 92139 | Various | Trade Debt | N | $876.55 |
| 2080 | Zealous | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $875.53 |
| 2081 | Transportation Energy Partners | 311 Conference Center Building | Knoxville | TN | 37996 | Various | Trade Debt | N | $875.00 |
| 2082 | Resonance Network | 1625 Clay Street 6th Floor | Oakland | CA | 94612 | Various | Trade Debt | N | $875.00 |
| 2083 | Lexington Genealogical And Historical Society Inc. | 318 West Main Street | Lexington | IL | 61753 | Various | Trade Debt | N | $874.23 |
| 2084 | All Souls Animal Rescue And Sanctuary | 3561 State Highway 49 | Cool | CA | 95614 | Various | Trade Debt | N | $873.81 |
| 2085 | Rebuilding the Village | 720 Wilson Avenue | Saint Paul | MN | 55106 | Various | Trade Debt | N | $870.04 |
| 2086 | Dykes with Drills | 12651 San Pablo Ave Unit 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $866.48 |
| 2087 | International Pemphigus & Pemphigoid Foundation | 1331 Garden Highway #100 | Sacramento | CA | 95833 | Various | Trade Debt | N | $865.24 |
| 2088 | Manhattan Area Resettlement Team (MART) | 400 Osage | Manhattan | KS | 66502 | Various | Trade Debt | N | $865.00 |
| 2089 | Restoring The Breach | 515 Denmark Street Suite 2500 | Statesboro | GA | 30458 | Various | Trade Debt | N | $865.00 |
| 2090 | Atoot | 2738 Elm St | Davenport | IA | 52803 | Various | Trade Debt | N | $865.00 |
| 2091 | Allied Community Enterprises Inc. | 23 The Parkway | Katonah | NY | 10536 | Various | Trade Debt | N | $857.80 |
| 2092 | Kortright Kares Foundation | P.O. Box 430 | East Islip | NY | 11730 | Various | Trade Debt | N | $850.00 |
| 2093 | K9 Victory Project | P.O. Box 160 | Kilgore | TX | 75663 | Various | Trade Debt | N | $850.00 |
| 2094 | Sages and Seekers | 1925 Curson Place | Los Angeles | CA | 90046 | Various | Trade Debt | N | $850.00 |
| 2095 | Inspire to Live | 4001 William Clark Trail | Monroe | NC | 28110 | Various | Trade Debt | N | $850.00 |
| 2096 | Brooklyn Vets 4 Kids Inc. | 137-41 173st | Jamaica | NY | 11434 | Various | Trade Debt | N | $850.00 |
| 2097 | Prevent Suicide Greater Milwaukee - Fiscal Sponsor: Jewish Family Services Inc. | 1300 N Jackson Street | Milwaukee | WI | 53202 | Various | Trade Debt | N | $849.04 |
| 2098 | Community Grief Center | 4650 West 20th Street | Greeley | CO | 80634 | Various | Trade Debt | N | $843.02 |
| 2099 | Heroes Center | 1500 Bridges Dr | High Point | NC | 27262 | Various | Trade Debt | N | $840.00 |
| 2100 | Volunteering Untapped- ATX | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $836.14 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2101 | Legacy of Excellence Foundation | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $834.48 |
| 2102 | Reno Tahoe Athletics | 2000 Vassar St. #20255 | Reno | NV | 89515 | Various | Trade Debt | N | $834.33 |
| 2103 | Global Citizens Circle | 28 Manter St. | Cape Elizabeth | ME | 4107 | Various | Trade Debt | N | $833.16 |
| 2104 | Interconnected Justice dba TFAM Global | 200 West 138th Street Suite 1B | New York | NY | 10030 | Various | Trade Debt | N | $833.13 |
| 2105 | Peyton's Promise | P.O. Box 271 | Schofield | WI | 54476 | Various | Trade Debt | N | $830.00 |
| 2106 | (DSAP) Down Syndrome Association of Pittsburgh | 2211 Lesnett Rd Unit 12864 | Pittsburgh | PA | 15241 | Various | Trade Debt | N | $827.00 |
| 2107 | Lip Gloss For Love | 3809 Keyani Dr | Dallas | TX | 75215 | Various | Trade Debt | N | $825.00 |
| 2108 | Fathers Cave Inc. | PO Box 669244 | Marietta | GA | 30066 | Various | Trade Debt | N | $825.00 |
| 2109 | The Matzevah Foundation Inc. | 2020 Fieldstone Parkway Ste 900-246 | Franklin | TN | 37069 | Various | Trade Debt | N | $823.11 |
| 2110 | Gold In Fight | P.O. Box 1005 | Fort George G Mead | MD | 20755 | Various | Trade Debt | N | $820.00 |
| 2111 | Second Chance Animal Rescue | 1908 Redbird Dr | Las Vegas | NV | 89134 | Various | Trade Debt | N | $817.25 |
| 2112 | Lunch Box of Love | 1223 Corporate Drive East Ste-H | Arlington | TX | 76006 | Various | Trade Debt | N | $816.78 |
| 2113 | Et al | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $815.00 |
| 2114 | Johns Creek Beautification Inc. | 5805 State Bridge Road Suite G99 | John Creek | GA | 30097 | Various | Trade Debt | N | $810.45 |
| 2115 | The Pacific Coast Conservation Alliance | 66 Terrace Hill Drive | Paso Robles | CA | 93446 | Various | Trade Debt | N | $810.00 |
| 2116 | Project Clothe A Child | 2402 Barton Shores Dr | Pearland | TX | 77584 | Various | Trade Debt | N | $807.04 |
| 2117 | Zsquare4theCure | 4505 Jubilee Drive | Mckinney | TX | 75070 | Various | Trade Debt | N | $805.00 |
| 2118 | Harmony New Beginnings Animal Rescue | 9604 Harmony Rd | Sheridan | OR | 97378 | Various | Trade Debt | N | $805.00 |
| 2119 | El Puente de Encuentros | 600 Central Blvd Se | Albuquerque | NM | 87102 | Various | Trade Debt | N | $800.00 |
| 2120 | Walls of Hope | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $800.00 |
| 2121 | Museum of Children's Art | 1221 Broadway LL-49 | Oakland | CA | 94612 | Various | Trade Debt | N | $800.00 |
| 2122 | Vortex Theatre | 2900 Carlisle Boulevard Northeast | Albuquerque | NM | 87110 | Various | Trade Debt | N | $798.62 |
| 2123 | San Francisco Nature Education | P.O. Box 210303 | San Francisco | CA | 94121 | Various | Trade Debt | N | $795.75 |
| 2124 | GearUp2Lead | 141 W. Second St. | Flint | MI | 48502 | Various | Trade Debt | N | $794.93 |
| 2125 | Gospel Music Workshop of America Inc. Atlanta Chapter | P. O. Box 56223 | Atlanta | GA | 30343 | Various | Trade Debt | N | $794.77 |
| 2126 | Planters Seed Foundation | 2815 Black Oak Drive | Pekin | IL | 61554 | Various | Trade Debt | N | $792.50 |
| 2127 | Friends of the Locust Fork River | P.O. Box 638 | Cleveland | AL | 35031 | Various | Trade Debt | N | $788.20 |
| 2128 | Step Seven Inc. | 10890 Acadia Place | Parker | CO | 80138 | Various | Trade Debt | N | $785.21 |
| 2129 | Utah Mountain Sports Academy | 4399 N. Canyon Road | Provo | UT | 84604 | Various | Trade Debt | N | $781.64 |
| 2130 | Mesa Dr. Martin Luther King Jr Celebration | 3501 S. McClintock Dr. Apt 1106 | Tempe | AZ | 85282 | Various | Trade Debt | N | $780.00 |
| 2131 | We Are Limitless | 10153 1/2 Riverside Drive #752 | Toluca Lake | CA | 91602 | Various | Trade Debt | N | $780.00 |
| 2132 | Sacred Earth Community Garden LLC | 136 Tait Pl | Louisville | KY | 40212 | Various | Trade Debt | N | $775.00 |
| 2133 | Imagine Pamlico | PO Box 308 | Bayboro | NC | 28515 | Various | Trade Debt | N | $775.00 |
| 2134 | Young Parent Collective | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $775.00 |
| 2135 | Ignite Theatre Company | 3519 Hampton Ave | Saint Louis | MO | 63139 | Various | Trade Debt | N | $775.00 |
| 2136 | Gemassist Brain Awareness Co dba Gemassist Brain Awareness Foundation | 9500 Gerardia Ln | Prospect | KY | 40059 | Various | Trade Debt | N | $775.00 |
| 2137 | INNERVERSE | 13926 Kenswick Key Lane | Houston | TX | 77047 | Various | Trade Debt | N | $774.57 |
| 2138 | From Darkness To Light | 3555 East 91st Street | Cleveland | OH | 44105 | Various | Trade Debt | N | $772.00 |
| 2139 | Van Courtlandt Foundation | 3306 Coryell Cove | San Antonio | TX | 78253 | Various | Trade Debt | N | $771.16 |
| 2140 | Association Des Ouanaminthais | 211 Street # 88-33 | Queens Village | NY | 11427 | Various | Trade Debt | N | $770.88 |
| 2141 | Little River Railroad and Lumber Company Museum | P.O. Box 211 | Townsend | TN | 37882 | Various | Trade Debt | N | $770.50 |
| 2142 | Tennessee Composting Council | One Vantage Way Suite E250 | Nashville | TN | 37210 | Various | Trade Debt | N | $770.00 |
| 2143 | The Demand Project | PO Box 1352 | Jenks | OK | 74037 | Various | Trade Debt | N | $769.60 |
| 2144 | 100 Who Care Alliance | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $768.27 |
| 2145 | The Village Method (TVM) | 33170 Alvarado Niles Rd. #795 | Union City | CA | 94587 | Various | Trade Debt | N | $767.80 |
| 2146 | New Hampshire Academy of Science | 49 Mountain Meadow Road | Warren | NH | 3279 | Various | Trade Debt | N | $766.60 |
| 2147 | Olivia Caldwell Foundation | 419 South Washington Street Suite 102 | Casper | WY | 82601 | Various | Trade Debt | N | $762.00 |
| 2148 | Taking Shape Non-profit youth leadership | 1018 E 10th Street | Carrollton | MO | 64633 | Various | Trade Debt | N | $758.64 |
| 2149 | Mound Ridge Retreat and Mission Center | 31 Agape Ln | Cook Station | MO | 65449 | Various | Trade Debt | N | $754.00 |
| 2150 | Pono Academy | 893 Middle Road | Kula | HI | 96790 | Various | Trade Debt | N | $751.83 |
| 2151 | Med Troop Youth Division Inc. | 699 Dekalb Avenue | Brooklyn | NY | 11216 | Various | Trade Debt | N | $751.28 |
| 2152 | WeTheChange | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $750.58 |
| 2153 | The Wild Hunt | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $750.00 |
| 2154 | Ireze Foundation | 303 Lyon Cir | Doylestown | PA | 18902 | Various | Trade Debt | N | $750.00 |
| 2155 | Closing The Gap | 2450 Venture Oaks Way Suite 400 | Sacramento | CA | 95833 | Various | Trade Debt | N | $750.00 |
| 2156 | Night With The Stars Prom | 13614 7th Avenue Cir. NE | Bradenton | FL | 34212 | Various | Trade Debt | N | $749.10 |
| 2157 | Literacy Council of Benton County | 2307 SE B St Ste 9 | Bentonville | AR | 72712 | Various | Trade Debt | N | $749.03 |
| 2158 | DC Grays Baseball LLC | 1800 M Street NW Suite 500 South | Washington | DC | 20036 | Various | Trade Debt | N | $748.15 |
| 2159 | Hayes Valley Art Works | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $746.16 |
| 2160 | Americans for Middle East Understanding | 475 Riverside Drive | New York | NY | 10115 | Various | Trade Debt | N | $741.15 |
| 2161 | Project Readiness | 75 Bloomfield Avenue Suite 304 | Denville | NJ | 7834 | Various | Trade Debt | N | $739.77 |
| 2162 | Sharswood Foundation | 5685 Riceville Rd | Gretna | VA | 24557 | Various | Trade Debt | N | $738.13 |
| 2163 | Legacy Premier Foundation | 3311 Toledo Terrace Ste B203 | Hyattsville | MD | 20782 | Various | Trade Debt | N | $736.00 |
| 2164 | Good in the Hood | 4815 NE 7th Avenue | Portland | OR | 97211 | Various | Trade Debt | N | $735.00 |
| 2165 | Best Medicine Rep Inc. | 20709 Bountyfield Court | Montgomery Village | MD | 20886 | Various | Trade Debt | N | $733.27 |
| 2166 | 350 Brooklyn | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $727.10 |
| 2167 | Echo Ministries Inc. | PO Box 904 | Highland City | FL | 33846 | Various | Trade Debt | N | $725.00 |
| 2168 | Catalyze SV | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $722.92 |
| 2169 | Archaeology in the Community | 2231 14Th St NE | Washington | DC | 20018 | Various | Trade Debt | N | $720.00 |
| 2170 | Step Up And Do Something! Inc. | 1314 Gainsville Ave | San Jose | CA | 95122 | Various | Trade Debt | N | $720.00 |
| 2171 | Khor Wakow School Project | PO Box 295 | Sioux Falls | SD | 57101 | Various | Trade Debt | N | $720.00 |
| 2172 | Family Promise of Bryan - College Station | 1401 W. Martin Luther King Jr. Street | Bryan | TX | 77803 | Various | Trade Debt | N | $717.84 |
| 2173 | The Urban Farmers | P.O. Box 1632 | Santa Cruz | California | 95061 | Various | Trade Debt | N | $714.99 |
| 2174 | Ride4Life | P.O. Box 39594 | Solon | OH | 44139 | Various | Trade Debt | N | $712.72 |
| 2175 | Franklin Township Dr Martin Luther King Community Foundation | P.O. Box 5684 | Somerset | NJ | 8875 | Various | Trade Debt | N | $709.97 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2176 | Best Start for Families | 1700 N Farnsworth Ave STE 11 | Aurora | IL | 60505 | Various | Trade Debt | N | $705.24 |
| 2177 | Lake Erie Waterkeeper | 1750 Park Rd 2 | Oregon | OH | 43616 | Various | Trade Debt | N | $701.76 |
| 2178 | Green Acres Farm Animal Foundation | 9703 X Rd | Meriden | KS | 66512 | Various | Trade Debt | N | $701.10 |
| 2179 | The Gift of Chess Inc | 308 W 46th St | New York | NY | 10036 | Various | Trade Debt | N | $701.00 |
| 2180 | Enriching Explorations in Engineering Inc | 10161 Park Run Drive Suite 150 | Las Vegas | NV | 89145 | Various | Trade Debt | N | $700.00 |
| 2181 | Cervantes Fund for Social Justice | 13477 Gridley St. | San Fernando | CA | 91340 | Various | Trade Debt | N | $700.00 |
| 2182 | Cheers From Emily Inc. | 6751 Woodcliff Circle | Zionsville | IN | 46077 | Various | Trade Debt | N | $700.00 |
| 2183 | MS is BS New England Inc. | 426 Main Street Suite One | Stoneham | MA | 2180 | Various | Trade Debt | N | $697.50 |
| 2184 | Urban Jazz Dance Company | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $695.93 |
| 2185 | Knights of Columbus | 2200 S Meadowbrook Rd | Springfield | IL | 62711 | Various | Trade Debt | N | $695.26 |
| 2186 | Bridge Network | 7851 35th Avenue | Sacramento | CA | 95824 | Various | Trade Debt | N | $690.05 |
| 2187 | His Open Door Ministry Inc. | 3211 Everett Street Sand Springs OK USA | Sand Springs | OK | 74063 | Various | Trade Debt | N | $690.00 |
| 2188 | Angel K Love Project | PO BOX 224 Thompson St. #66 | Hendersonville | NC | 28792 | Various | Trade Debt | N | $690.00 |
| 2189 | Stand With Trans | 23332 Farmington Rd. #84 | Farmington | MI | 48336 | Various | Trade Debt | N | $685.00 |
| 2190 | Allied Rockaway Foundation For Animal Recreation And Fitness Inc. (ARF-ARF) | 317 Beach 66th Street | Arverne | NY | 11692 | Various | Trade Debt | N | $684.40 |
| 2191 | Omega Uplifts Foundation Inc. | 401 W. Atlantic Ave Suite O9 | Delray Beach | FL | 33444 | Various | Trade Debt | N | $684.30 |
| 2192 | Tu Prensa Local | PO BOX 1032 | Center Moriches | NY | 11934 | Various | Trade Debt | N | $677.25 |
| 2193 | New Roads Retreats | PO Box 751014 | Petaluma | CA | 94975 | Various | Trade Debt | N | $675.00 |
| 2194 | Sky Cross Inc | 11118 Wurzbach Road Ste 300 | San Antonio | TX | 78230 | Various | Trade Debt | N | $675.00 |
| 2195 | Hope Unlimited Kirkwood | 100 S Kirkwood Pl | Saint Louis | MO | 63122 | Various | Trade Debt | N | $675.00 |
| 2196 | Paradise Valley Mothers of Multiples dba Phoenix Valley Mothers of Multiples | 6501 E. Greenway Parkway Suite 103-521 | Phoenix | AZ | 85008 | Various | Trade Debt | N | $675.00 |
| 2197 | A-OK Mentoring & Tutoring Inc | PO Box 871 | Columbia | MD | 21044 | Various | Trade Debt | N | $672.31 |
| 2198 | Foreign Press Foundation | 1501 Broadway 12th Floor | New York | NY | 10036 | Various | Trade Debt | N | $670.20 |
| 2199 | BreatheStrong CF Inc. | PO Box 2984 | Atlanta | GA | 30085 | Various | Trade Debt | N | $670.00 |
| 2200 | Youth in Arts | 917 C Street | San Rafael | CA | 94901 | Various | Trade Debt | N | $667.12 |
| 2201 | One Life to Live Foundation | 1931 West Court | West Palm Beach | FL | 33406 | Various | Trade Debt | N | $665.00 |
| 2202 | Mask Oakland | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $663.70 |
| 2203 | Paws4Good | 9 Reed Rd | Morristown | NJ | 7960 | Various | Trade Debt | N | $660.00 |
| 2204 | Cundys Harbor Fire Department | P.O. Box 498 | Brunswick | ME | 4011 | Various | Trade Debt | N | $659.47 |
| 2205 | Kids Saving the Rainforest | 34215 Peppers Corner Road | Frankford | DE | 19945 | Various | Trade Debt | N | $659.22 |
| 2206 | International Client Counseling Competition | 6000 S 74th St | Lincoln | NE | 68516 | Various | Trade Debt | N | $658.30 |
| 2207 | Union Diversified Industries Inc. | 2815 Walkup Ave. | Monroe | NC | 28110 | Various | Trade Debt | N | $656.95 |
| 2208 | Dr Aisha Literidge Minority Women in Science Foundation | PO Box 90134 | Washington | DC | 20090 | Various | Trade Debt | N | $655.00 |
| 2209 | Patients United | P.O. Box 4141 | Salem | OR | 97302 | Various | Trade Debt | N | $655.00 |
| 2210 | CEIC Corp | 1714 W 44th St | Chicago | IL | 60609 | Various | Trade Debt | N | $654.41 |
| 2211 | Beltway 8 South Crisis Pregnancy Center | 10851 Scarsdale Blvd | Houston | TX | 77089 | Various | Trade Debt | N | $650.00 |
| 2212 | Hattingh Equine Rescue & Rehab Inc | 35176 CHARLES TOWN PIKE | Purcellville | VA | 20132 | Various | Trade Debt | N | $650.00 |
| 2213 | Brown Sisters Speak | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $650.00 |
| 2214 | Taylor Hagen Memorial Foundation | 6376 South Crestmount Cir | Salt Lake City | UT | 84121 | Various | Trade Debt | N | $650.00 |
| 2215 | Love Crosses Oceans Foundation | 4736 Meadowbrook Dr | Oceanside | CA | 92056 | Various | Trade Debt | N | $650.00 |
| 2216 | A Beautiful Lady Exploration Center | 3850 Gaskins Road Suite100 Hive Salon Studio #6 | Richmond | VA | 23233 | Various | Trade Debt | N | $648.52 |
| 2217 | We Mourn Together Project | P.O. Box 1143 | Doylestown | PA | 18901 | Various | Trade Debt | N | $645.00 |
| 2218 | Small Ball United | 666 Dundee Road 600 | Northbrook | IL | 60062 | Various | Trade Debt | N | $642.00 |
| 2219 | Teaneck Volunteer Ambulance Corps | 855 Windsor Road | Teaneck | NJ | 7666 | Various | Trade Debt | N | $640.66 |
| 2220 | York Opioid Collaborative | 227 W. Market Street Suite 101 | York | PA | 17401 | Various | Trade Debt | N | $640.25 |
| 2221 | Proud Stutter | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $637.44 |
| 2222 | Agape Life Gardens | 2700 North University Blvd | Mobile | AL | 36618 | Various | Trade Debt | N | $633.36 |
| 2223 | Foresight Ski Guides Inc. | P.O. Box 882 | Vail | CO | 81658 | Various | Trade Debt | N | $632.40 |
| 2224 | Peace At Any Pace Inc. | 4400 Keller Ave Ste 140 Pmb 160 | Oakland | CA | 94605 | Various | Trade Debt | N | $631.26 |
| 2225 | Love the Wild Foundation | PO Box 50030 | Idaho City | ID | 83405 | Various | Trade Debt | N | $631.25 |
| 2226 | I Will Right Now Foundation | 9864 E. Grand River P.O. Box 234 | Brighton | MI | 48116 | Various | Trade Debt | N | $630.90 |
| 2227 | Next Steps of O'Connor Foundation | 8434 Corcoran Rd | Willow Springs | IL | 60480 | Various | Trade Debt | N | $630.39 |
| 2228 | The House of Whiskers | 6539 Alabama Rd | Hope Mills | NC | 28348 | Various | Trade Debt | N | $630.00 |
| 2229 | KCMO Angels | P.O. Box 47201 | Kansas City | MO | 64188 | Various | Trade Debt | N | $630.00 |
| 2230 | BeMoreCaring Inc. | 1321 Mercedes Drive Suite A | Hanover | MD | 21076 | Various | Trade Debt | N | $630.00 |
| 2231 | Starfleet Service Dogs | 7910 Woodmont Ave 500 | Bethesda | MD | 20814 | Various | Trade Debt | N | $625.00 |
| 2232 | Oakland Style Lab | 2830 20th St Ste 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $625.00 |
| 2233 | Movement Strategy Center | 1625 Clay Street 6th Floor | Oakland | CA | 94612 | Various | Trade Debt | N | $625.00 |
| 2234 | Crossroads Community Supported Healthcare | 1320 S SOLANO DR | Las Cruces | NM | 88001 | Various | Trade Debt | N | $624.22 |
| 2235 | Josephs Locker | 708 Paluxy Rd. Ste. B | Granbury | TX | 76048 | Various | Trade Debt | N | $620.70 |
| 2236 | Cajun Wheelers Inc | P.O. Box 81292 | Lafayette | LA | 70598 | Various | Trade Debt | N | $620.00 |
| 2237 | Creative Cat Care | 2840 N. Stowell Ave. | Milwaukee | WI | 53211 | Various | Trade Debt | N | $619.00 |
| 2238 | LA Zine Fest | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $617.68 |
| 2239 | Coastal Georgia Indicators Coalition | 110 E State St | Savannah | GA | 31401 | Various | Trade Debt | N | $617.50 |
| 2240 | Chefs Table Foundation | 7 Fairview Ave | Boston | MA | 2136 | Various | Trade Debt | N | $617.34 |
| 2241 | The Widow Mother Foundation | 2893 Island Point Dr Nw | Concord | NC | 28027 | Various | Trade Debt | N | $615.00 |
| 2242 | Riverside Interfaith Council | 6185 Magnolia Avenue Suite 262 | Riverside | CA | 92506 | Various | Trade Debt | N | $615.00 |
| 2243 | Zam Zam Water | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $611.39 |
| 2244 | Jeremiah's Hope Inc. | 318 Hill Haven Drive | Abilene | TX | 79601 | Various | Trade Debt | N | $610.00 |
| 2245 | A Bridge 2 Light | 1910 Pacific Ave 2000 PMB 1182 | Dallas | TX | 75201 | Various | Trade Debt | N | $608.97 |
| 2246 | Sadie Keller Foundation | 2650 FM 407 E 145/180 | Argyle | TX | 76226 | Various | Trade Debt | N | $607.15 |
| 2247 | The 280 Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $607.06 |
| 2248 | Gem-N-Me | 7100 Kinsman | Cleveland | OH | 44104 | Various | Trade Debt | N | $605.00 |
| 2249 | Chess Prodigies | 4017 Country Club dr #101 | Los Angeles | CA | 90019 | Various | Trade Debt | N | $603.63 |
| 2250 | Bridge Every Gap | 4111 NW 16th Blvd Ste 358405 | Gainesville | FL | 32635 | Various | Trade Debt | N | $602.58 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2251 | 111 Tara Place Inc | 3225 McLeod Dr. 100 | Las Vegas | NV | 89121 | Various | Trade Debt | N | $600.00 |
| 2252 | Tabithas Closet | 373 E Foster-Maineville | Maineville | OH | 45039 | Various | Trade Debt | N | $600.00 |
| 2253 | ReLife Initiatives Corporation | 362 Poole Bridge Road | Hiram | GA | 30141 | Various | Trade Debt | N | $600.00 |
| 2254 | Tuscaloosa Angels | P.O. Box 3001 | Tuscaloosa | AL | 35403 | Various | Trade Debt | N | $600.00 |
| 2255 | Uplifting Society Inc. | 312 Rainier Dr | Fayetteville | NC | 28311 | Various | Trade Debt | N | $600.00 |
| 2256 | Universe Gives Inc. | 9120 Telfair Ave Unit 1 | Sun Valley | CA | 91352 | Various | Trade Debt | N | $600.00 |
| 2257 | Promise of Democracy Foundation Inc. | 1401 Mercantile Lane - Suite 200-0 | Upper Marlboro | MD | 20774 | Various | Trade Debt | N | $600.00 |
| 2258 | St.Teresa of Avila School | 402 E High St. | Grants | NM | 87020 | Various | Trade Debt | N | $600.00 |
| 2259 | Field Projects International | 443 Old Via Rancho Drive | Escondido | CA | 92029 | Various | Trade Debt | N | $600.00 |
| 2260 | Cb Seed Foundation | C/O Ciak Intl 1800 Vine Street | Los Angeles | CA | 90028 | Various | Trade Debt | N | $599.63 |
| 2261 | The Curve Foundation | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $597.26 |
| 2262 | Crimsonrise Inc | 1015 Castleton Avenue #100326 | Staten Island | NY | 10310 | Various | Trade Debt | N | $596.25 |
| 2263 | Adei Institute of Technology | 3179 Stockton Pl | Palo Alto | CA | 94303 | Various | Trade Debt | N | $592.50 |
| 2264 | Guardian Angels Foundation | 405 West Maple Ave | Morrisville | PA | 19067 | Various | Trade Debt | N | $590.00 |
| 2265 | We Are A.L.I.V.E. Inc. | 1211 Tech Blvd | Tampa | FL | 33619 | Various | Trade Debt | N | $589.88 |
| 2266 | The Children First Foundation | PO Box 233 | Cromwell | CT | 6416 | Various | Trade Debt | N | $588.83 |
| 2267 | World Christian Outreach | 2336 Chad Court | Napa | CA | 94558 | Various | Trade Debt | N | $586.25 |
| 2268 | Gaines-Jones Scholars | Po Box 3016 | Novato | CA | 94948 | Various | Trade Debt | N | $577.10 |
| 2269 | Hear Your Heart Inc. | 4060 Promontory Street | San Diego | CA | 92109 | Various | Trade Debt | N | $575.00 |
| 2270 | A Place to Sleep | PO Box 546 | Shelbyville | KY | 40066 | Various | Trade Debt | N | $575.00 |
| 2271 | Camp Gilbert Inc. | P.O. Box 89406 | Sioux Falls | SD | 57109 | Various | Trade Debt | N | $569.60 |
| 2272 | Friends of Music Alley | P.O. Box 461 | Bridgewater | MA | 2324 | Various | Trade Debt | N | $565.35 |
| 2273 | Friends of the San Quentin Prison Library | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $560.25 |
| 2274 | Topeka Center for Peace and Justice | 2914 SW MacVicar Ave. | Topeka | KS | 66611 | Various | Trade Debt | N | $555.26 |
| 2275 | Thuggin for Christ | 4411 Walzem Rd | San Antonio | TX | 78218 | Various | Trade Debt | N | $555.05 |
| 2276 | Something mAAgic Foundation | PO Box 156481 | Fort Worth | TX | 76155 | Various | Trade Debt | N | $554.37 |
| 2277 | Girls Who build STEAM Inc. | 114-02 Guy R Brewer Blvd | Jamaica | NY | 11434 | Various | Trade Debt | N | $551.25 |
| 2278 | Fully Tactile Art Exhibition | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $550.00 |
| 2279 | Dakota Pro Musica | 4740 N 19Th St Apt 102 | Bismarck | ND | 58503 | Various | Trade Debt | N | $550.00 |
| 2280 | www.atefeo.org | 3916 Shepway Loop | Greensboro | NC | 27405 | Various | Trade Debt | N | $550.00 |
| 2281 | One Life | P.O. Box 66 | Battle Ground | WA | 98604 | Various | Trade Debt | N | $548.22 |
| 2282 | Nikenos Second Chances | 1446 Estes Street | Lakewood | CO | 80215 | Various | Trade Debt | N | $547.50 |
| 2283 | Help Our Heroes | 109 Nelson Circle | Olathe | KS | 66061 | Various | Trade Debt | N | $547.09 |
| 2284 | Musical Mentors | 28001 Paseo Alba | San Juan Capistrano | CA | 92675 | Various | Trade Debt | N | $546.46 |
| 2285 | Awakening the Domestic Church | 500 Studio Dr. Suite C | Virginia Beach | VA | 23452 | Various | Trade Debt | N | $542.76 |
| 2286 | Jeanies Jar Of Hope Foundation | 5 Sawtelle Rd | Brookline | NH | 3033 | Various | Trade Debt | N | $541.00 |
| 2287 | QuitDoc Foundation | 5944 Coral Ridge Drive #255 | Pompano Beach | FL | 33076 | Various | Trade Debt | N | $540.98 |
| 2288 | Homeless Services Consortium of Dane County | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $540.00 |
| 2289 | Laramie Connections Center | PO Box 1779 | Laramie | WY | 82073 | Various | Trade Debt | N | $540.00 |
| 2290 | Hummingbird Monitoring Network | PO Box 115 | Patagonia | AZ | 85624 | Various | Trade Debt | N | $536.75 |
| 2291 | Bold Visions Conservation | P.O. Box 40399 | Albuquerque | NM | 87196 | Various | Trade Debt | N | $536.00 |
| 2292 | Leaders of Today Inc | PO Box 2011 | Elyria | OH | 44035 | Various | Trade Debt | N | $535.81 |
| 2293 | Batavia Parks Foundation | 327 West Wilson Street | Batavia | IL | 60510 | Various | Trade Debt | N | $531.30 |
| 2294 | National Black Trans Advocacy Coalition | 1925 E. Beltline Rd. #404 | Carrollton | TX | 75011 | Various | Trade Debt | N | $531.05 |
| 2295 | Behind The Veil: Women Race and Leadership in the Nonprofit Social Justice Sector | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $530.10 |
| 2296 | Life Journey Partners of America Inc | 28610 N 154th Street | Scottsdale | AZ | 85262 | Various | Trade Debt | N | $525.00 |
| 2297 | Cancer Support Community Southwest Colorado | 1701 Main Ave. Ste. C PO Box 941 | Durango | CO | 81302 | Various | Trade Debt | N | $525.00 |
| 2298 | LoyalTeach | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $525.00 |
| 2299 | Noble Public Schools Foundation for Academic Excellence Inc. | P.O. Box 1111 | Noble | OK | 73068 | Various | Trade Debt | N | $525.00 |
| 2300 | Race Track Chaplaincy of America New York Division | 2150 Hempstead Tpke Gate 6 | Elmont | NY | 11003 | Various | Trade Debt | N | $525.00 |
| 2301 | ABEN: A Black Education Network | Po Box 3134 | San Jose | CA | 95156 | Various | Trade Debt | N | $525.00 |
| 2302 | Barnegat Bay Maritime Museum | 78 East Water Street | Toms River | NJ | 8753 | Various | Trade Debt | N | $523.00 |
| 2303 | WiConduit | 11150 Canyon Rd Forestville California USA | Forestville | CA | 95436 | Various | Trade Debt | N | $522.88 |
| 2304 | Sensee Foundation of Hope | 37951 47 St E Ste A7 -539 | Palmdale | CA | 93552 | Various | Trade Debt | N | $522.00 |
| 2305 | Lift UP | 3448 NW Yeon Avenue | Portland | OR | 97210 | Various | Trade Debt | N | $521.29 |
| 2306 | Digital Bridges 4 Nepal Inc. | 75-22 37th Avenue Suite 407 | Jackson Heights | NY | 11372 | Various | Trade Debt | N | $520.00 |
| 2307 | Pacifica Family Fund | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $516.00 |
| 2308 | Spark in the Dark | 1249 3 Mile Rd S. | Traverse City | MI | 49686 | Various | Trade Debt | N | $514.40 |
| 2309 | Nebraska Sustainable Agriculture Society Inc. | PO Box 22573 1201 Calvert St. | Lincoln | NE | 68542 | Various | Trade Debt | N | $514.22 |
| 2310 | The Kids Co-op Inc. | 3634 23rd St. | San Francisco | CA | 94110 | Various | Trade Debt | N | $513.16 |
| 2311 | November In My Soul | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $512.05 |
| 2312 | Quinn Center | 815 Lexington Street | Maywood | IL | 60153 | Various | Trade Debt | N | $510.00 |
| 2313 | Climate Disobedience Center | 920 Knoxville College Drive | Knoxville | TN | 37921 | Various | Trade Debt | N | $509.90 |
| 2314 | Choice and Dignity Inc. | P.O. Box 86886 | Tucson | AZ | 85754 | Various | Trade Debt | N | $504.97 |
| 2315 | The Uncharted Trail Co. | 3016 Amellia Dr. | Jacksonville | FL | 32257 | Various | Trade Debt | N | $503.80 |
| 2316 | Pacific West Aerospace Academy | P.O. Box 5861 | Kent | WA | 98064 | Various | Trade Debt | N | $501.00 |
| 2317 | Encourage Me Im Young Inc. | 14179 Evergreen Rd | Detroit | MI | 48223 | Various | Trade Debt | N | $500.00 |
| 2318 | At Ease Horsemanship | 1106 Emerson St | Sheridan | WY | 82801 | Various | Trade Debt | N | $500.00 |
| 2319 | For Sudan Inc | 2531 Lott avenue | Holt | MI | 48842 | Various | Trade Debt | N | $500.00 |
| 2320 | Bronc Botz | 13011 Kyle Seale Pkwy | San Antonio | TX | 78249 | Various | Trade Debt | N | $500.00 |
| 2321 | www.abfacharity.org | PO Box 173 | Alda | VA | 20108 | Various | Trade Debt | N | $500.00 |
| 2322 | National Education Finance Academy Inc. | 1096C CB 3500 Peabody Hall | Chapel Hill | NC | 27599-3500 | Various | Trade Debt | N | $500.00 |
| 2323 | for the time being | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $500.00 |
| 2324 | Chattanooga Technology Council | 100 Cherokee Blvd | Chattanooga | TN | 37405 | Various | Trade Debt | N | $500.00 |
| 2325 | Urban Village Outreach | 1800 Walnut Street | Kansas City | MO | 64108 | Various | Trade Debt | N | $500.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2326 | Music Is First | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $500.00 |
| 2327 | Hmong Impact Giving Network | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $500.00 |
| 2328 | Toby's Place Inc. | P.O. Box 2578 | Mccall | ID | 83638 | Various | Trade Debt | N | $500.00 |
| 2329 | Chesapeake Bay Wind Ensemble Inc. | P.O. Box 6633 | Yorktown | VA | 23690 | Various | Trade Debt | N | $500.00 |
| 2330 | Immigrant Defense Advocates | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $500.00 |
| 2331 | Purple Light Touch Foundation | 5757 Rufe Snow Dr Suite B | North Richland Hills | TX | 76180 | Various | Trade Debt | N | $500.00 |
| 2332 | Life and Breath Foundation Inc. | 11101 Resort Road Suite 270 | Ellicott City | MD | 21042 | Various | Trade Debt | N | $500.00 |
| 2333 | Belydia | 3801 N. Capital of TX HWY suite E-240/#80 | Austin | TX | 78746 | Various | Trade Debt | N | $500.00 |
| 2334 | New River Gorge Learning Co-Op | P.O. Box 696 | Fayetteville | WV | 25840 | Various | Trade Debt | N | $500.00 |
| 2335 | Renewed Inspiration | 2750 E WT Harris Blvd Suite 219 | Charlotte | NC | 28213 | Various | Trade Debt | N | $500.00 |
| 2336 | Transgender Allies Group | 1095 Waverly Drive | Reno | NV | 89519 | Various | Trade Debt | N | $500.00 |
| 2337 | The Dr Annise Mabry Foundation | PO BOX 114 | Porterdale | GA | 30070 | Various | Trade Debt | N | $498.98 |
| 2338 | Community Partners of Lubbock | 1103 M.L.K. Jr Blvd | Lubbock | TX | 79403 | Various | Trade Debt | N | $498.75 |
| 2339 | Neighbors Nourishing Neighbors | 474 N Hays Rd Ste E1 | Prosper | TX | 75078 | Various | Trade Debt | N | $498.75 |
| 2340 | DFW Angels | 6333 E Mockingbird Ln: Ste 147-571 | Dallas | TX | 75214 | Various | Trade Debt | N | $498.00 |
| 2341 | Beyond Educating Foundation | 5097 Leonard Rd STE 2 | Memphis | TN | 38109 | Various | Trade Debt | N | $496.75 |
| 2342 | Talent4Change Inc. | 710 Michigan Avenue Suite 9 | Miami Beach | FL | 33139 | Various | Trade Debt | N | $495.53 |
| 2343 | Miami Valley Golf Foundation | 263 Regency Ridge Dr. | Dayton | OH | 45459 | Various | Trade Debt | N | $495.29 |
| 2344 | Columbia Housing Center Inc. | P.O. Box 154 | Simpsonville | MD | 21150 | Various | Trade Debt | N | $495.00 |
| 2345 | UP Zambia | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $494.50 |
| 2346 | Creating Freedom Movements | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $492.20 |
| 2347 | Ernest Brooks Foundation | 23 Hitchcock Way Suite 108 | Santa Barbara | CA | 93105 | Various | Trade Debt | N | $489.20 |
| 2348 | Campaign One at a Time | 2620 Associated Road A98 | Fullerton | CA | 92835 | Various | Trade Debt | N | $486.75 |
| 2349 | Ossining Athletic Booster Club Inc. | P.O. Box 82 | Maryknoll | NY | 10545 | Various | Trade Debt | N | $486.74 |
| 2350 | AfroSolo Projects | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $480.00 |
| 2351 | Heroes on the Quabbin | 110 Griffin Street | Bondsville | MA | 1009 | Various | Trade Debt | N | $477.50 |
| 2352 | C Life Community Inc | PO. BOX 800721 | Dallas | TX | 75380 | Various | Trade Debt | N | $476.27 |
| 2353 | Colton Underwood Legacy Foundation Inc. | 15322 E Alameda Pkwy | Aurora | CO | 80017 | Various | Trade Debt | N | $476.15 |
| 2354 | Commit2Change | PO Box 102 | Tuckahoe | NY | 10707 | Various | Trade Debt | N | $475.88 |
| 2355 | Paint the Void | 1446 Market St | San Francisco | CA | 94102 | Various | Trade Debt | N | $475.61 |
| 2356 | Jazz in Fairmount | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $475.00 |
| 2357 | Operation Project HOPE | 2629 Foothill Blvd. Suite # 415 | La Crescenta | CA | 91214 | Various | Trade Debt | N | $475.00 |
| 2358 | Clazzical Notes | 50 N. Mentor Ave # 430 | Pasadena | CA | 91106 | Various | Trade Debt | N | $475.00 |
| 2359 | Friends of Baseball | 100 SW Market St Suite 200 | Portland | OR | 97201 | Various | Trade Debt | N | $475.00 |
| 2360 | National Center on Domestic and Sexual Violence | 4612 Shoal Creek Blvd | Austin | TX | 78756 | Various | Trade Debt | N | $473.41 |
| 2361 | The Xena Foundation | 7945 30th Avenue SW | Seattle | WA | 98126 | Various | Trade Debt | N | $470.00 |
| 2362 | Next Generation Politics/YVote | 12651 San Pablo Ave #5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $470.00 |
| 2363 | Briggs and Barrett Project | 1108 Riverside Blvd Suite A | Norfolk | NE | 68701 | Various | Trade Debt | N | $470.00 |
| 2364 | New Palestine Lions Club | PO Box 492 | New Palestine | IN | 46163 | Various | Trade Debt | N | $469.00 |
| 2365 | San Francisco NeoFuturists | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $465.00 |
| 2366 | World Cannabis Foundation | 825 North La Jolla Avenue | Los Angeles | CA | 90046 | Various | Trade Debt | N | $461.20 |
| 2367 | ALStogether | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $460.00 |
| 2368 | The Bardo Foundation Inc. | 2555 Ponce de Leon Blvd. Suite 600 | Coral Gables | FL | 33134 | Various | Trade Debt | N | $460.00 |
| 2369 | African Human Rights Coalition | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $458.54 |
| 2370 | WNY Mobile Overdose Prevention Services | 800 Sycamore Street | Buffalo | NY | 14212 | Various | Trade Debt | N | $456.30 |
| 2371 | Nurture Cultivate Inc | 200 N Vineyard BLVD STE A325 - 282 | Honolulu | HI | 96817 | Various | Trade Debt | N | $455.00 |
| 2372 | Dr. Vernard Hodges It Takes A Village Foundation Inc. | 102 Starlight Drive | Bonaire | GA | 31005 | Various | Trade Debt | N | $455.00 |
| 2373 | The Safe House Education (S.H.E.) Fund | 225 Laurel Dr. | Fairfax | CA | 94930 | Various | Trade Debt | N | $455.00 |
| 2374 | BRCAStrong | 4535 nw 50th Court | Coconut Creek | FL | 33073 | Various | Trade Debt | N | $454.00 |
| 2375 | The Sanctuary At Soledad Goats - Where Every Animal Has A Home | 1525 se county road 405 | Mayo | FL | 32066 | Various | Trade Debt | N | $454.00 |
| 2376 | Change Me Foundation | 1420 Nw 7th Terr | Pompano Beach | FL | 33060 | Various | Trade Debt | N | $452.77 |
| 2377 | Son Mission | 932 Crawford Ave | Wenatchee | WA | 98801 | Various | Trade Debt | N | $451.38 |
| 2378 | Save a Life Save the World Foundation | 7371 Atlas Walk Way Suite 305 | Gainesville | VA | 20155 | Various | Trade Debt | N | $450.00 |
| 2379 | Women Blessing Women | 6187 Atlantic Ave #332 | Long Beach | CA | 90805 | Various | Trade Debt | N | $450.00 |
| 2380 | Veterans Green Projects Initiative Foundation | 826 Rancheros Rd. | San Marcos | CA | 92069 | Various | Trade Debt | N | $450.00 |
| 2381 | Descanso Town Hall Association | 24536 Viejas Grade Rd | Descanso | CA | 91916 | Various | Trade Debt | N | $450.00 |
| 2382 | Acts Of Wisdom | 19802 Appleton Hills Trail | Cypress | TX | 77433 | Various | Trade Debt | N | $445.00 |
| 2383 | The Therapeutic Play Foundation Inc. | 530 S Lake Avenue Suite 236 | Pasadena | CA | 91101 | Various | Trade Debt | N | $445.00 |
| 2384 | Gift Of Love Foundation Corporation | 4640 Lipscomb Street Suite # 21 | Palm Bay | FL | 32905 | Various | Trade Debt | N | $441.25 |
| 2385 | Grounded Idealist | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $440.00 |
| 2386 | Seminary Coop Bookstores | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $440.00 |
| 2387 | Sweet Beginnings Diaper Bank | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $437.44 |
| 2388 | Dream Center ICT | 13303 W Maple Ave. Suite 139 Box 176 | Wichita | KS | 67235 | Various | Trade Debt | N | $435.00 |
| 2389 | Philly Children's Movement | Philadelphia | Philadelphia | PA | 19119 | Various | Trade Debt | N | $435.00 |
| 2390 | Colorado Companion Animal Sanctuary | 572 Holmes Gulch Road | Bailey | CO | 80421 | Various | Trade Debt | N | $435.00 |
| 2391 | Build UP | 222 6th Ave SW | Birmingham | AL | 35211 | Various | Trade Debt | N | $434.59 |
| 2392 | The Elevation Project | 4950 Parkside Ave Annex | Philadelphia | PA | 19131 | Various | Trade Debt | N | $430.00 |
| 2393 | Central Texas Feline Rescue Inc. | 2106 Willow Way | Round Rock | TX | 78664 | Various | Trade Debt | N | $430.00 |
| 2394 | TEACH Rwanda | 1787 Chateau Place Apt C | Easton | PA | 18045 | Various | Trade Debt | N | $430.00 |
| 2395 | Need to Read Inc. | 8053 Gilliam Road | Apopka | FL | 32703 | Various | Trade Debt | N | $425.80 |
| 2396 | Mulch For Military | 84 Manchester St | Leominster | MA | 1453 | Various | Trade Debt | N | $425.00 |
| 2397 | Sonoma Coast Trauma Treatment | 314B Keller Street | Petaluma | CA | 94952 | Various | Trade Debt | N | $425.00 |
| 2398 | Rafiki Village Project | 1141 SE 72nd Avenue | Portland | OR | 97215 | Various | Trade Debt | N | $425.00 |
| 2399 | Water For A Warrior | 1079 Sunrise Ave. Ste. B #224 | Roseville | CA | 95661 | Various | Trade Debt | N | $425.00 |
| 2400 | One Love Market NC | 409 40Th St | Sunset Beach | NC | 28448 | Various | Trade Debt | N | $420.13 |
| 2401 | This Is The Way Foundation | 1800 S Parkview Blvd | Brandon | SD | 57005 | Various | Trade Debt | N | $420.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2402 | The Womens Council of the First Coast | 7235 Bentley Road Suite 220 | Jacksonville | FL | 32256 | Various | Trade Debt | N | $420.00 |
| 2403 | Educacion Para Mexico Inc. | 1 Kings Hwy | Tappan | NY | 10983 | Various | Trade Debt | N | $420.00 |
| 2404 | Community Coalition of Sussex Virginia | 9436 Mayes St. | Jarratt | VA | 23867 | Various | Trade Debt | N | $420.00 |
| 2405 | Empower Dance Foundation | P.O. BOX 106 | Durham | NC | 27702 | Various | Trade Debt | N | $420.00 |
| 2406 | The Ascension Fund | 406 East Worthy | Gonzales | LA | 70769 | Various | Trade Debt | N | $420.00 |
| 2407 | Starlight Outreach and Rescue | PO Box 1642 | Alvin | TX | 77512 | Various | Trade Debt | N | $419.66 |
| 2408 | 5 Loaves | 23811 Washington Ave c110-297 | Murrieta | CA | 92562 | Various | Trade Debt | N | $417.95 |
| 2409 | Healing for the Soul Ministries Inc. | 1 E 43rd St | Brooklyn | NY | 11203 | Various | Trade Debt | N | $415.79 |
| 2410 | Acorn Equality Fund | PO Box 6286 | Peoria | IL | 61601 | Various | Trade Debt | N | $415.33 |
| 2411 | Project DIVA International | 410 Oak Grove Street | Minneapolis | MN | 55403 | Various | Trade Debt | N | $414.66 |
| 2412 | Tiyuv | 116 N Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $414.00 |
| 2413 | American Renaissance School | 132 E. Broad St. | Statesville | NC | 28677 | Various | Trade Debt | N | $413.87 |
| 2414 | Paws 4 Autism | 4065 SW Pendant Dr | Lees Summit | MO | 64082 | Various | Trade Debt | N | $413.22 |
| 2415 | MAGGIES MUTTS FOUNDATION | 1900 Flower St | Mchenry | IL | 60050 | Various | Trade Debt | N | $412.00 |
| 2416 | East Austin Creative Coalition | 1101 Navasota St STE #1 | Austin | TX | 78702 | Various | Trade Debt | N | $410.84 |
| 2417 | Melanin Children Matter | 3921 Hawthorne Drive | Owensboro | KY | 42303 | Various | Trade Debt | N | $410.00 |
| 2418 | Birth In Color RVA | 13805 village mill drive | Midlothian | VA | 23114 | Various | Trade Debt | N | $410.00 |
| 2419 | G4 Pilot Assistance Fund Inc. | 7901 4th Street North Suite 300 | Saint Petersburg | FL | 33702-4399 | Various | Trade Debt | N | $402.34 |
| 2420 | Veterans TV Inc. | 101 W McKnight Way Ste B #402 | Grass Valley | CA | 95949 | Various | Trade Debt | N | $402.30 |
| 2421 | Dachshund World Charities | 5671 Jean Dr. | Orlando | FL | 32822 | Various | Trade Debt | N | $400.65 |
| 2422 | Bailey's Heart and Soul Foundation | 151 W. Ring Factory Road | Bel Air | MD | 21014 | Various | Trade Debt | N | $400.00 |
| 2423 | Employers Against Domestic Violence | 100 South Main Street Suite 100-J | Middleton | MA | 1949 | Various | Trade Debt | N | $400.00 |
| 2424 | Tragic To Magic | 160 West 71st street Apt 12F | New York | NY | 10023 | Various | Trade Debt | N | $400.00 |
| 2425 | San Francisco Recovery Theatre | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $400.00 |
| 2426 | Colored Ink | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $400.00 |
| 2427 | BioBenin | 7483 Pinebrook Rd | Park City | UT | 84098 | Various | Trade Debt | N | $400.00 |
| 2428 | The Asafa Collective | 4096 Piedmont ave unit 190 | Oakland | CA | 94611 | Various | Trade Debt | N | $400.00 |
| 2429 | Play on Purpose | 2502 Harford Road Suite B | Baltimore | MD | 21218 | Various | Trade Debt | N | $400.00 |
| 2430 | Network Support Services Inc. | Third Floor West Wing | Bronx | NY | 10455 | Various | Trade Debt | N | $400.00 |
| 2431 | Choosing Earth Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $400.00 |
| 2432 | Our Words Our Water! | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $400.00 |
| 2433 | Black Women in STEM 2.0 | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $400.00 |
| 2434 | Tarrant County Sheriffs Posse | P.O. Box 164342 | Fort Worth | TX | 76161 | Various | Trade Debt | N | $400.00 |
| 2435 | Garrettâ€™s Fight Foundation | 10691 London St. | Cooper City | FL | 33026 | Various | Trade Debt | N | $400.00 |
| 2436 | Sebastopol Educational Foundation | 7611 Huntley St | Sebastopol | CA | 95472 | Various | Trade Debt | N | $400.00 |
| 2437 | United By Media | 737 SW 17th Ave #214 | Portland | OR | 97205 | Various | Trade Debt | N | $400.00 |
| 2438 | CASA - Voices For Children | 129 NW 4th Street Suite #B | Corvallis | OR | 97330 | Various | Trade Debt | N | $400.00 |
| 2439 | Know Hope NC | 102 Connors Cir | Cary | NC | 27511 | Various | Trade Debt | N | $399.80 |
| 2440 | Montego Bay Animal Haven Ltd. | 125 Maple Ave-Suite C | Chester | NJ | 7930 | Various | Trade Debt | N | $395.89 |
| 2441 | Mission Reconcile | P.O. Box 19301 | New Orleans | LA | 70179 | Various | Trade Debt | N | $395.00 |
| 2442 | Telegraph Hill Arts and Literature | 1501 Grant Ave | San Francisco | CA | 94133 | Various | Trade Debt | N | $394.35 |
| 2443 | Parenting for Liberation | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $392.73 |
| 2444 | Salt Light Helping Hands | 59 Aberdale Ln | Sicklerville | NJ | 8081 | Various | Trade Debt | N | $391.00 |
| 2445 | I Am My Sisters Keeper | 4547 Valley Stream Dr | Memphis | TN | 38128 | Various | Trade Debt | N | $390.00 |
| 2446 | Transformations by Charlotte Angels | P.O. Box 77755 | Charlotte | NC | 28271 | Various | Trade Debt | N | $386.70 |
| 2447 | Texans Against Gerrymandering | 811 Windsor Woods Ln | Katy | TX | 77494 | Various | Trade Debt | N | $385.00 |
| 2448 | United Stateless | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $384.80 |
| 2449 | The 500 Capp Street Foundation | 500 Capp Street | San Francisco | CA | 94110 | Various | Trade Debt | N | $380.00 |
| 2450 | Brazeal Dennard Chorale | 269 Walker St #905 | Detroit | MI | 48207 | Various | Trade Debt | N | $379.72 |
| 2451 | Led by TRUTH | 3601 Girard Ave N | Minneapolis | MN | 55412 | Various | Trade Debt | N | $379.01 |
| 2452 | Bags Into Beds | 3821 Wassatch Ave | Los Angeles | CA | 90066 | Various | Trade Debt | N | $375.00 |
| 2453 | Restoring Oaks Inc | 3280 36 Tamiami Trail #255 | Port Charlotte | FL | 33952 | Various | Trade Debt | N | $375.00 |
| 2454 | Association of Community Rehabilitation Educators | PO Box 2003 | East Greenwich | RI | 2818 | Various | Trade Debt | N | $375.00 |
| 2455 | United in Humanity | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $375.00 |
| 2456 | Women's Prison Association and Home Inc. | 110 Second Avenue | New York | NY | 10003 | Various | Trade Debt | N | $375.00 |
| 2457 | Little Trooper Ranch | 11041 Main St PO Box 1071 | Penngrove | CA | 94951 | Various | Trade Debt | N | $372.97 |
| 2458 | Reclamation Community Center | 2456 Tilbrook Rd | Monroeville | PA | 15146 | Various | Trade Debt | N | $370.73 |
| 2459 | Rebuilding Together - El Paso Inc. | 6400 Airport Road Bldg A Suite G | El Paso | TX | 79925 | Various | Trade Debt | N | $370.00 |
| 2460 | Esperanza En Escalante | 3700 S Calle Polar | Tucson | AZ | 85730 | Various | Trade Debt | N | $370.00 |
| 2461 | Spelman Ministries | P.O. Box 242 | Olathe | KS | 66051 | Various | Trade Debt | N | $370.00 |
| 2462 | Stembiotic Communities Inc | 1239 Burgos Drive | Sarasota | FL | 34238 | Various | Trade Debt | N | $365.00 |
| 2463 | BAY-Peace | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $364.30 |
| 2464 | Madison Eagle Christmas Fund MECF | PO Box 2 | Madison | NJ | 7940 | Various | Trade Debt | N | $360.00 |
| 2465 | Somaliland Community of Greater Washington DC | 2667 S. Arlington Mill Dr unit 212 | Arlington | VA | 22206 | Various | Trade Debt | N | $360.00 |
| 2466 | Armenia Hearing Aid Project | 478 W Colorado St | Glendale | CA | 91204 | Various | Trade Debt | N | $360.00 |
| 2467 | Westchester Torah Academy | 1000 Pinebrook Blvd. | New Rochelle | NY | 10804 | Various | Trade Debt | N | $360.00 |
| 2468 | Ninos Del Sol | 85 Circle Loop | New York | NY | 10304 | Various | Trade Debt | N | $359.08 |
| 2469 | TFT Organization | PO Box 24621 | Fort Worth | TX | 76124 | Various | Trade Debt | N | $357.97 |
| 2470 | Pashodo Community Mutual Assistance Association | PO Box 41091 | Des Moines | IA | 50311-3198 | Various | Trade Debt | N | $357.31 |
| 2471 | San Ramon Chamber Ensemble | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $355.62 |
| 2472 | COOL Ministries | PO Box 924135 | Houston | TX | 77292 | Various | Trade Debt | N | $355.00 |
| 2473 | Coalition of Families of Korean & Cold War POW/MIAs | PO Box 4194 | Portsmouth | NH | 3802 | Various | Trade Debt | N | $355.00 |
| 2474 | Coach's Place | 1965 Hamer Road | Dyersburg | TN | 38024 | Various | Trade Debt | N | $350.33 |
| 2475 | The Way Coffee Co | 15174 Charluene Drive | Fenton | MI | 48430 | Various | Trade Debt | N | $350.10 |
| 2476 | Burden the Bear | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $350.00 |
| 2477 | The Human Animal Bond | 15392 Assembly Lane | Huntington Beach | CA | 92649 | Various | Trade Debt | N | $350.00 |
| 2478 | Harmony For Peace Foundation | 256 Eagleview Blvd. #267 | Exton | PA | 19341 | Various | Trade Debt | N | $350.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2479 | South Shore Caribbean Connection | 22 Boylston St | | Randolph | MA | 2368 | Various | Trade Debt | N | $350.00 |
| 2480 | Real Way Foundation Inc | 28422 Constellation Road Ste 215 | | Los Angeles | CA | 91355 | Various | Trade Debt | N | $350.00 |
| 2481 | Friends and Neighbors | 1446 Market Street | | San Francisco | CA | 94102 | Various | Trade Debt | N | $350.00 |
| 2482 | Sustain Our Abilities | 17 Lakeside Place West | | Palm Coast | FL | 32137 | Various | Trade Debt | N | $350.00 |
| 2483 | San Antonio Busy Bodies Incorporated | 11985 Starcrest Dr | | San Antonio | TX | | Various | Trade Debt | N | $350.00 |
| 2484 | Roots of Resilience Project | 124 Center Road | | Chimacum | WA | 98325 | Various | Trade Debt | N | $350.00 |
| 2485 | Equestrian Spirits Inc. | 45027 SR 64E | | Myakka City | FL | 34251 | Various | Trade Debt | N | $350.00 |
| 2486 | Caribbean Philanthropic Alliance | P.O. Box 5473 | | Richmond | CA | 94805 | Various | Trade Debt | N | $350.00 |
| 2487 | I Am Cultured Inc. | PO Box 8024 | | Hicksville | NY | 11801 | Various | Trade Debt | N | $350.00 |
| 2488 | NGAAP Impact Initiatives | P.O. Box 5473 | | Richmond | CA | 94805 | Various | Trade Debt | N | $350.00 |
| 2489 | Live Like Kayla Foundation | 500 La Terraza Blvd Suite 150 | | Escondido | CA | 92025 | Various | Trade Debt | N | $350.00 |
| 2490 | A Kitty's Pursuit Of Happiness | PO Box 1011 | | Spring Branch | TX | 78070 | Various | Trade Debt | N | $347.33 |
| 2491 | https://www.girlsofexcellenceinc.org/ | PO BOX 89131 | | Atlanta | GA | 30312 | Various | Trade Debt | N | $344.23 |
| 2492 | Rebuild the Hood | 205 North Michigan Avenue Suite 810 | | Chicago | IL | 60601 | Various | Trade Debt | N | $342.00 |
| 2493 | Georgia Alliance to End Homelessness | 2655 Dallas Highway SW Suite 610 | | Marietta | GA | 30064 | Various | Trade Debt | N | $342.00 |
| 2494 | Wild Me | 1726 North Terry Street | | Portland | OR | 97217 | Various | Trade Debt | N | $341.70 |
| 2495 | California Police Activities League | 8250 Calvine Road #C326 | | Sacramento | CA | 95828 | Various | Trade Debt | N | $338.22 |
| 2496 | Agape Acres | 37603 S Staghorn Lane | | Marana | AZ | 85658 | Various | Trade Debt | N | $335.00 |
| 2497 | The h3 Project | P.O. Box 5473 | | Richmond | CA | 94805 | Various | Trade Debt | N | $333.47 |
| 2498 | Sunflower Kids | PO Box 1324 | | Lander | WY | 82520 | Various | Trade Debt | N | $333.40 |
| 2499 | Stand 4 Sisterhood | 2435 Squire Place Suite 100 | | Farmers Branch | TX | 75234 | Various | Trade Debt | N | $333.00 |
| 2500 | Be the Change Charleston | P.O. Box 81061 | | Charleston | SC | 29416 | Various | Trade Debt | N | $330.00 |
| 2501 | Doing Good in the Hood | 6041 Kimberly Blvd Suite A | | Pompano Beach | FL | 33068 | Various | Trade Debt | N | $330.00 |
| 2502 | Ministry for Priestly Support | P.O. Box 1097 | | Grand Isle | LA | 70358 | Various | Trade Debt | N | $330.00 |
| 2503 | Caribbean Equality Project | P.O. Box 200248 | | Richmond Hill | NY | 11420 | Various | Trade Debt | N | $330.00 |
| 2504 | ArtsConnect | 9158 Winton Road Building A | | Cincinnati | OH | 45231 | Various | Trade Debt | N | $330.00 |
| 2505 | WhenWeLove | 1100 E. Lancaster Ave | | Fort Worth | TX | 76102 | Various | Trade Debt | N | $330.00 |
| 2506 | H2O Ministries Inc. | 641 Old Folkstone Rd | | Sneads Ferry | NC | 28460 | Various | Trade Debt | N | $330.00 |
| 2507 | Reentry Task Force Of Columbia County | 52 Green Street | | Hudson | NY | 12534 | Various | Trade Debt | N | $326.00 |
| 2508 | Abbeville Youth Center | 201 South Main Street | | Abbeville | SC | 29620 | Various | Trade Debt | N | $325.95 |
| 2509 | Kings Gift Fund | 288 Stuart Rd | | Carlisle | PA | 17015 | Various | Trade Debt | N | $325.00 |
| 2510 | Impact life inc | Po Box 638 | | Milford | MA | 1757 | Various | Trade Debt | N | $325.00 |
| 2511 | Bestpals Animal Rescue Center | 13888 Blair St. | | Zeeland | MI | 49424 | Various | Trade Debt | N | $325.00 |
| 2512 | ANADEL SPEAKS | 3140 Legacy Dr Bldg 300 Ste 330 | | Frisco | TX | 75034 | Various | Trade Debt | N | $325.00 |
| 2513 | Designer Genes of North Dakota Inc. | 1500 E. Capitol Ave. Ste. 204 | | Bismarck | ND | 58501 | Various | Trade Debt | N | $325.00 |
| 2514 | Weconnect Reconnect | 111 N Reus St | | Pensacola | FL | 32502 | Various | Trade Debt | N | $324.88 |
| 2515 | NY Crusaders | 257 Greene Ave Apt 1L | | Brooklyn | NY | | Various | Trade Debt | N | $324.73 |
| 2516 | Urban Mentors Network | PO Box 18782 | | Oakland | CA | 94619 | Various | Trade Debt | N | $321.50 |
| 2517 | Gamers Giving | 8304 W. 90th Ave | | Broomfield | CO | 80021 | Various | Trade Debt | N | $320.00 |
| 2518 | Intermezzo Academy of Music | 8181 Arista Place Suite 100 | | Broomfield | CO | 80021 | Various | Trade Debt | N | $320.00 |
| 2519 | Douglas Space and Science Foundation Inc. | 2388 N 10 W | | Layton | UT | 84041 | Various | Trade Debt | N | $320.00 |
| 2520 | Lumedia Musicworks Inc. | 3630 Harry Hines Blvd. Ste 23 | | Dallas | TX | 75219 | Various | Trade Debt | N | $317.00 |
| 2521 | San Diego Breastfeeding Center Foundation Inc. | 8325 University Ave | | La Mesa | CA | 91942 | Various | Trade Debt | N | $315.00 |
| 2522 | Transgender Strategy Center | P.O. Box 5473 | | Richmond | CA | 94805 | Various | Trade Debt | N | $315.00 |
| 2523 | Friends of the Goodhue County Fair | 27711 County 16 Boulevard | | Goodhue | MN | 55027 | Various | Trade Debt | N | $310.00 |
| 2524 | Cheyenne Greenway Foundation | 1457 Turquoise Rd. | | Cheyenne | WY | 82009 | Various | Trade Debt | N | $310.00 |
| 2525 | Lafayette HSA | 5701 Broad Branch Road NW | | Washington | DC | 20015 | Various | Trade Debt | N | $310.00 |
| 2526 | Neville Dance Theatre Inc. | PO Box 1625 | | New York | NY | 10101 | Various | Trade Debt | N | $310.00 |
| 2527 | CapitalBop Inc. | 2853 Ontario Rd. NW #501 | | Washington | DC | 20009 | Various | Trade Debt | N | $310.00 |
| 2528 | H.Y.P.E. to Empower Inc. | 1530 DeKalb Ave NE A | | Atlanta | GA | 30307 | Various | Trade Debt | N | $310.00 |
| 2529 | Cotuit Library Association | P.O. Box 648 | | Cotuit | MA | 2635 | Various | Trade Debt | N | $306.09 |
| 2530 | Summit School | 1600 N 8th Ave E | | Duluth | MN | 55805 | Various | Trade Debt | N | $305.00 |
| 2531 | Tampa Kids Camp | 1704 N 16th St | | Tampa | FL | 33605 | Various | Trade Debt | N | $304.30 |
| 2532 | Crosswalk Teen Center | 103 W Lawrence Ave | | Charlotte | MI | 48813 | Various | Trade Debt | N | $302.35 |
| 2533 | Beverly's Angels | 5080 Post Oak Lane | | Naples | FL | 34105 | Various | Trade Debt | N | $302.00 |
| 2534 | Reaching Your Dream Foundation | 808 Glen Road | | Danville | CA | 94526 | Various | Trade Debt | N | $300.76 |
| 2535 | Beloved Birth Collective | 436 14Th Street 5Th Floor | | Oakland | CA | 94612 | Various | Trade Debt | N | $300.00 |
| 2536 | Black Violin Foundation | 811 Mockingbird Lane | | Fort Lauderdale | FL | 33324 | Various | Trade Debt | N | $300.00 |
| 2537 | Okomo Otado and Leonora Odinya Foundation Inc | 4938 Hampden Lane Ste 201 | | Bethesda | MD | 20814 | Various | Trade Debt | N | $300.00 |
| 2538 | Reinforcing Houston | P.O. Box 840913 | | Houston | TX | 77284 | Various | Trade Debt | N | $300.00 |
| 2539 | Alliance for the 7th Generation | 116 N. Few St. Suite 3 | | Madison | WI | 53703 | Various | Trade Debt | N | $300.00 |
| 2540 | Antara Asthaayi Dance | 2830 20th Street STE 201 | | San Francisco | CA | 94110 | Various | Trade Debt | N | $300.00 |
| 2541 | Oakland Serves | 4028 Coolidge Ave | | Oakland | CA | 94602 | Various | Trade Debt | N | $300.00 |
| 2542 | Route 1 Emerging Farmers Institute | P.O. Box 5473 | | Richmond | CA | 94805 | Various | Trade Debt | N | $300.00 |
| 2543 | Traci's Paws Inc. | 7922 BLUE JAY PL | | San Diego | CA | 92123 | Various | Trade Debt | N | $300.00 |
| 2544 | Independent Arts and Media | 2830 20th Street STE 201 | | San Francisco | CA | 94110 | Various | Trade Debt | N | $300.00 |
| 2545 | JT Foundation | 700 Liberty Place | | Sicklerville | NJ | 8081 | Various | Trade Debt | N | $300.00 |
| 2546 | Beautiful Feet. Beautiful Minds. Inc. | 3801 Sioux Trail | | Jacksonville | AR | 72076 | Various | Trade Debt | N | $300.00 |
| 2547 | Hope Haven of Cass County | 200 N. Oakland St | | Harrisonville | MO | 64701 | Various | Trade Debt | N | $300.00 |
| 2548 | FUSION Leaders Inc. | 265 S. Randolph Ave Suite 250 | | Brea | CA | 92821 | Various | Trade Debt | N | $300.00 |
| 2549 | Veteran Air Warriors | 1001 South 24th Street West | | Billings | MT | 59102 | Various | Trade Debt | N | $300.00 |
| 2550 | Global Liberty Alliance | 600 Cameron Street Suite 411 | | Alexandria | VA | 22314 | Various | Trade Debt | N | $300.00 |
| 2551 | Henry Koperweis Foundation | 648 Alcatraz Ave. #202 | | Oakland | CA | 94609 | Various | Trade Debt | N | $300.00 |
| 2552 | Institute For Local Innovations Inc. | 650 Poydras Street Suite 1400 | | New Orleans | LA | 70130 | Various | Trade Debt | N | $300.00 |
| 2553 | Henrico Police Athletic League | 8655 Staples Mill Rd | | Henrico | VA | 23228 | Various | Trade Debt | N | $300.00 |
| 2554 | Broadened Opportunity For Outstanding Student Selection And | 15 JC Lane | | Collins | MS | 39428 | Various | Trade Debt | N | $300.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2555 | Artists Rights Coalition | 1009 E. 17th Street Suite #63 | Cheyenne | WY | 82001 | Various | Trade Debt | N | $300.00 |
| 2556 | TEAM A.S.S.I.S.T. PROGRAM | 601 W 11th Ave #114 | Denver | CO | 80204 | Various | Trade Debt | N | $300.00 |
| 2557 | Public Square Inc. | P.O. Box 15573 | Washington | DC | 20003 | Various | Trade Debt | N | $300.00 |
| 2558 | The Center for Sexuality & Gender Diversity | 902 18th Street | Bakersfield | CA | 93301 | Various | Trade Debt | N | $300.00 |
| 2559 | Jory's Journey Foundation Inc. | 500- Southland Dr. Suite 128 | Birmingham | AL | 35226 | Various | Trade Debt | N | $299.65 |
| 2560 | BikeDFW | PO Box 671354 | Dallas | TX | 75367 | Various | Trade Debt | N | $297.05 |
| 2561 | Sustainable Crested Butte Inc. | P.O. Box 1866 | Crested Butte | CO | 81224 | Various | Trade Debt | N | $295.81 |
| 2562 | Haven Family Resource | 200 N. La Cumbre Rd | Santa Barbara | CA | 93105 | Various | Trade Debt | N | $295.00 |
| 2563 | GlobalPost | P.O. Box 5473 | Richmond | CA | 94102 | Various | Trade Debt | N | $293.42 |
| 2564 | Chronic Hope Cares | 180 Mine Lake Court #100 | Raleigh | NC | 27615 | Various | Trade Debt | N | $292.98 |
| 2565 | Landmarks of Art Initiative | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $292.10 |
| 2566 | CinemaSF | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $290.00 |
| 2567 | 619 Productions | P.O. Box 24885 | Fort Worth | TX | 76124 | Various | Trade Debt | N | $289.26 |
| 2568 | A Brighter Day Charity | 411 Read Rd | Lafayette | CA | 94549 | Various | Trade Debt | N | $288.00 |
| 2569 | Pacesetters Outreach Ministry | 2578 Forest Spring Drive | Warren | OH | 44484 | Various | Trade Debt | N | $281.00 |
| 2570 | Mission Bells | 15325 Bellaire Blvd. | Houston | TX | 77083 | Various | Trade Debt | N | $275.92 |
| 2571 | Envoute Productions | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $275.00 |
| 2572 | Baco Che-Na-Wah Bazaar Foundation | 484 South Wood Road | Rockville Centre | NY | 11570 | Various | Trade Debt | N | $275.00 |
| 2573 | New Beginnings Global Outreach | 5950 Lakehurst Drive Suite 169 | Orlando | FL | 32819 | Various | Trade Debt | N | $275.00 |
| 2574 | My Lion's Heart | 8001 Castor Avenue #333 | Philadelphia | PA | 19152 | Various | Trade Debt | N | $274.75 |
| 2575 | KeepTheFaith Charities Inc. | 2000 Mallory Lane Suite 130-237 | Franklin | TN | 37067 | Various | Trade Debt | N | $274.71 |
| 2576 | Five Loaves | 116 South Main Street PO Box 144 | Fillmore | IL | 62032 | Various | Trade Debt | N | $272.97 |
| 2577 | Launch No5 Hudson River Enviromental and Safety Foundation Inc. | 136 Cedar Lane | Ossining | NY | 10562 | Various | Trade Debt | N | $272.00 |
| 2578 | Bay Area Green Tours Inc. | Remote | Oakland | CA | 94612 | Various | Trade Debt | N | $271.08 |
| 2579 | Movement Strategy Center Action Fund | 1625 Clay St Floor 6 | Oakland | CA | 94612 | Various | Trade Debt | N | $270.00 |
| 2580 | Nonprofit Mortgage | 4445 W 77Th St | Minneapolis | MN | 55435 | Various | Trade Debt | N | $270.00 |
| 2581 | Go Fund Bean Inc. | 200 Westport Road Suite 10144 | Kansas City | MO | 64171-1236 | Various | Trade Debt | N | $270.00 |
| 2582 | Baht Babies Inc. | 1409 Arnold Palmer Blvd | Louisville | KY | 40245 | Various | Trade Debt | N | $270.00 |
| 2583 | Diverse City Fund | 518 Kennedy St NW | Washington | DC | 20011 | Various | Trade Debt | N | $265.00 |
| 2584 | Journal of Emerging Investigators Inc. | 260 Longwood Avenue TMEC 435 | Boston | MA | 2115 | Various | Trade Debt | N | $265.00 |
| 2585 | Angela's Pulse | 421 5th Avenue | Brooklyn | NY | 11215 | Various | Trade Debt | N | $260.00 |
| 2586 | Concordia Academy-Wichita | 909 S. Market St. | Wichita | KS | 67221 | Various | Trade Debt | N | $257.34 |
| 2587 | KC Kansas Angels | 15621 West 87th Street Pkwy #238 | Lenexa | KS | 66219 | Various | Trade Debt | N | $257.00 |
| 2588 | Seguin Christian Academy Inc. | 1456 E Kingsbury Street | Seguin | TX | 78155 | Various | Trade Debt | N | $256.16 |
| 2589 | New Life Movement | 322 Harbour Way | Richmond | CA | 94801 | Various | Trade Debt | N | $256.05 |
| 2590 | TapIN Youth Dance Ensemble | 1446 Market Street | San Francisco | CA | 94139 | Various | Trade Debt | N | $255.00 |
| 2591 | Tight Lipped | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $254.66 |
| 2592 | Lovely Bouquet of Flowers | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $253.00 |
| 2593 | Black Liberation Fund | 1435 Homecoming Blvd | Mount Pleasant | SC | 29470 | Various | Trade Debt | N | $251.75 |
| 2594 | TeamKakata Association Inc | 1404 Orangetip Ourt | Frederick | MD | 21703 | Various | Trade Debt | N | $250.00 |
| 2595 | SoulAtlas | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $250.00 |
| 2596 | CTE TAY Hub | 436 14Th Street 5Th Floor | Oakland | CA | 94612 | Various | Trade Debt | N | $250.00 |
| 2597 | B Local Philadelphia | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $250.00 |
| 2598 | Good Thoughts Us | 104 Williams St | Carrboro | NC | 27510 | Various | Trade Debt | N | $250.00 |
| 2599 | Storm The Heavens Fund | 2424 E. York Street Unit 327 | Philadelphia | PA | 19125 | Various | Trade Debt | N | $250.00 |
| 2600 | Magic Box Productions Inc. | 444 Bedford Rd Ste 203 | Pleasantville | NY | 10570 | Various | Trade Debt | N | $250.00 |
| 2601 | Father-Daughter Foundation | 6345 Joliet Rd # 1 | La Grange | IL | 60525 | Various | Trade Debt | N | $250.00 |
| 2602 | Ukrainian Resource Center Inc. | 3407 Pembrook Dr | Sarasota | FL | 34239 | Various | Trade Debt | N | $250.00 |
| 2603 | Miracle League of Corpus Christi | PO Box 531 | Corpus Christi | TX | 78403 | Various | Trade Debt | N | $250.00 |
| 2604 | Nathan Ebanks Children Advocacy Group Inc. | P.O Box 341033 | Jamaica | NY | 11434 | Various | Trade Debt | N | $250.00 |
| 2605 | Adult Literacy Advocates | 7732 Goodwood Blvd. Suite 111 | Baton Rouge | LA | 70806 | Various | Trade Debt | N | $250.00 |
| 2606 | Hope For Children International | 12 Hampden Ave | Brockton | MA | 2301 | Various | Trade Debt | N | $246.25 |
| 2607 | New Braunfels Angels | 1447 W Mill St | New Braunfels | TX | 78130 | Various | Trade Debt | N | $246.00 |
| 2608 | Living By Design Ministries | P.O. Box 1121 | Rapid City | SD | 57709 | Various | Trade Debt | N | $245.24 |
| 2609 | The Brown Box Project | 436 14Th Street 5Th Floor | Oakland | CA | 94612 | Various | Trade Debt | N | $245.00 |
| 2610 | Boys & Girls Clubs of the Brazos Valley | 900 W William J Bryan | Bryan | TX | 77806 | Various | Trade Debt | N | $245.00 |
| 2611 | GRACE INTERNATIONAL INC. | P.O Box 246537 | Pembroke Pines | FL | 33024 | Various | Trade Debt | N | $245.00 |
| 2612 | SEED: A Project of Tides | P.O. Box 750162 | San Francisco | CA | 11375 | Various | Trade Debt | N | $242.32 |
| 2613 | The Lazarus Family Foundation | 2738 Oak.Rd. apt#161 | Walnut Creek | CA | 94597 | Various | Trade Debt | N | $240.00 |
| 2614 | Help Educate Assist Lives HEAL Inc | 811 Sonoma Dr | Lawrenceville | GA | 30045 | Various | Trade Debt | N | $240.00 |
| 2615 | Medium Photo | 2358 University Ave. #791 | San Diego | CA | 92104 | Various | Trade Debt | N | $240.00 |
| 2616 | Matir Asurim | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $238.00 |
| 2617 | Salted Roots Surf | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $236.00 |
| 2618 | Destiny Driven | 1628 Queen Elizabeth Ct | Montgomery | AL | 36117 | Various | Trade Debt | N | $235.00 |
| 2619 | Love N Action CDC | 1585 Compton Rd | Cincinnati | OH | 45231 | Various | Trade Debt | N | $235.00 |
| 2620 | Ready Set Push Inc | 1740 Winding Woods Lane | Jonesboro | GA | 30236 | Various | Trade Debt | N | $235.00 |
| 2621 | Oracle Egg | 145 N Raymond | Pasadena | CA | 90013 | Various | Trade Debt | N | $233.47 |
| 2622 | MHE Coalition | P.O. Box 128 | Willsburg | KY | 40078 | Various | Trade Debt | N | $233.23 |
| 2623 | Radio Club Collective | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $231.40 |
| 2624 | Korean American Artist Collective | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $230.00 |
| 2625 | The LucStrong Foundation | PO Box 7374 | Thousand Oaks | CA | 91359 | Various | Trade Debt | N | $230.00 |
| 2626 | Call For Caring Inc | 2260 Fairburn Rd SW # 311843 | Atlanta | GA | 31131 | Various | Trade Debt | N | $228.32 |
| 2627 | Arts Education Alliance of the Bay Area | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $227.75 |
| 2628 | TC Ministries | 126 Camp Lane | Ahoskie | NC | 27910 | Various | Trade Debt | N | $225.00 |
| 2629 | The Grapehound Wine Tour Inc | 111 Tyler Drive | Coatesville | PA | 19320 | Various | Trade Debt | N | $225.00 |
| 2630 | Men of JESUS Inc. | 100 Terra Mango Loop Suite A | Orlando | FL | 32835 | Various | Trade Debt | N | $225.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2631 | Beyond Chacay Foundation | 19 Sears Road | Newfane | VT | 5345 | Various | Trade Debt | N | $225.00 |
| 2632 | Venice Institute for Performing Arts Center Management | 100 Venice Avenue West Suite G | Venice | FL | 34285 | Various | Trade Debt | N | $225.00 |
| 2633 | DMV PAL | 1200 18th St. NW Suite 700 | Washington | DC | 20036 | Various | Trade Debt | N | $222.72 |
| 2634 | Seeding Mercy | 2747 E University Dr | Mesa | AZ | 85213 | Various | Trade Debt | N | $220.90 |
| 2635 | Transformations By Boise Angels | 7154 W State St #252 | Boise | ID | 83714 | Various | Trade Debt | N | $220.11 |
| 2636 | American Bystander | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $220.00 |
| 2637 | Childrens Art Studio Richmond | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $220.00 |
| 2638 | Live Music Movement Foundation | PO Box 11855 | Spring | TX | 77391 | Various | Trade Debt | N | $215.28 |
| 2639 | UNM Student Occupational Therapy Association | 316 12th St SW | Albuquerque | New Mexicc | 87102 | Various | Trade Debt | N | $215.06 |
| 2640 | His paws & tails rescue and transport | 544 Hardwood Ct | Los Banos | CA | 93635 | Various | Trade Debt | N | $215.00 |
| 2641 | Queer Healing Arts Center | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $215.00 |
| 2642 | Calico Culture Strategies | P.O. Box 5473 | Emeryville | CA | 94806 | Various | Trade Debt | N | $215.00 |
| 2643 | Operation Grow | 222 Woodland Avenue | East Orange | NJ | 7017 | Various | Trade Debt | N | $214.47 |
| 2644 | America Adapts | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $211.00 |
| 2645 | Sail-School for Arts-Infused Learning | 4575 Blanchard Woods Drive | Evans | GA | 30809 | Various | Trade Debt | N | $210.76 |
| 2646 | Black Elected Officials of the East Bay | PO Box 747 | Riverside | CA | 92502 | Various | Trade Debt | N | $210.00 |
| 2647 | Food for the Spirit | PO Box 956 | Naples | NY | 14512 | Various | Trade Debt | N | $210.00 |
| 2648 | Self Reflection Girls and Women Organization Inc | Location: | Irving | TX | 75060 | Various | Trade Debt | N | $210.00 |
| 2649 | Shift Press | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $210.00 |
| 2650 | Florida Urgent Rescue Inc. | 7643 Gate Parkway #104-27 | Jacksonville | FL | 32256 | Various | Trade Debt | N | $206.74 |
| 2651 | Joy Moja | 550 Lena Street | Saint Augustine | FL | 32084 | Various | Trade Debt | N | $203.69 |
| 2652 | Fire and Ice Horse Training and Rescue | 1504 Iron Springs Drive | | NV | 89144 | Various | Trade Debt | N | $201.30 |
| 2653 | Winner Mindset | 7350 Montgomery Road Suite #499 | Cincinnati | OH | 45236 | Various | Trade Debt | N | $201.00 |
| 2654 | Gromfather Foundation | 9860 Country Park Ct | Granite Bay | CA | 95661 | Various | Trade Debt | N | $200.00 |
| 2655 | Rippling Hope | Po Box 27499 | Detroit | MI | 48227 | Various | Trade Debt | N | $200.00 |
| 2656 | Sapphire Rays of Sunshine | 19710 Governors Hwy. Ste. 5 #1024 | Flossmoor | IL | 60422 | Various | Trade Debt | N | $200.00 |
| 2657 | Afribridge | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $200.00 |
| 2658 | Jeremiah 1&5 | 520 E. Vine Street P.O. Box 60 | Keller | TX | 76248 | Various | Trade Debt | N | $200.00 |
| 2659 | House of Gongs Gongsters Paradise | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $200.00 |
| 2660 | StageWrite | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $200.00 |
| 2661 | Boss Kidz Inc | 514 Vinings Estates Dr. SE | Smyrna | GA | 30126 | Various | Trade Debt | N | $200.00 |
| 2662 | Meet the Ocean | PO Box 14632 | Portland | OR | 97293 | Various | Trade Debt | N | $200.00 |
| 2663 | Jion Academy | P.O. Box 99044 | Emeryville | CA | 94662 | Various | Trade Debt | N | $200.00 |
| 2664 | Build A Miracle | 11207 Lady Fern Court | San Diego | CA | 92131 | Various | Trade Debt | N | $200.00 |
| 2665 | A Warriors Mind | 9174 Buckingham Ct | Huntley | IL | 60142 | Various | Trade Debt | N | $200.00 |
| 2666 | Criminal Justice Policy Coalition Inc. | 549 Columbus Avenue | Boston | MA | 2118 | Various | Trade Debt | N | $200.00 |
| 2667 | Keystone House Inc. | 147 Main Street | Norwalk | CT | 6851 | Various | Trade Debt | N | $197.00 |
| 2668 | Arctic Winds Healing Winds | 11910 Kristie Circle | Anchorage | AK | 99516 | Various | Trade Debt | N | $197.00 |
| 2669 | Big Buddy Gsd Rescue | 4368 Norway Street | Cold Brook | NY | 13324 | Various | Trade Debt | N | $195.00 |
| 2670 | The Greenhouse Connection Center | 4700 Claude Ct | Denver | CO | 80216 | Various | Trade Debt | N | $195.00 |
| 2671 | Black Women United | P.O. Box 189304 | Sacramento | CA | 95818 | Various | Trade Debt | N | $194.83 |
| 2672 | Salem Angels | 4742 Liberty Rd S #555 | Salem | OR | 97302 | Various | Trade Debt | N | $194.08 |
| 2673 | Ratzon - Center for Healing and Resistance | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $190.36 |
| 2674 | The Platform of Hope | 1640 Columbia Road NW | Washington | DC | 20009 | Various | Trade Debt | N | $190.00 |
| 2675 | The Stork Foundation for Infertility | 6265 Old Carpenter Rd. | Edwardsville | IL | 62025 | Various | Trade Debt | N | $189.48 |
| 2676 | Special Spectators Inc. | 1160 5th Avenue #206 | New York | NY | 10029 | Various | Trade Debt | N | $187.69 |
| 2677 | Home Base Alpha Foundation Inc. | PO Box 5796 | Oakland | CA | 94605 | Various | Trade Debt | N | $185.00 |
| 2678 | Soul Missions Inc. | 8685 East Bay Drive | Treasure Island | FL | 33706 | Various | Trade Debt | N | $185.00 |
| 2679 | Los Angeles Artist Census | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $180.00 |
| 2680 | Kids At Risk Action | 910 1st St S #4091 | Hopkins | MN | 55343 | Various | Trade Debt | N | $180.00 |
| 2681 | Len Guire Institute of Fashions | 232 Milford Rd. Pleasant Rd. | Milford | NJ | 8848 | Various | Trade Debt | N | $178.22 |
| 2682 | Ozarks Pet Rescue | 1404 Southern Hills Ctr Pmb 364 | West Plains | MO | 65775 | Various | Trade Debt | N | $175.00 |
| 2683 | Poets Reading the News | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $175.00 |
| 2684 | Kyles Heart Helpers | 53 Cromwell Rd | Monroe | NY | 10950 | Various | Trade Debt | N | $175.00 |
| 2685 | The Healthcare Plug | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $175.00 |
| 2686 | Ocean Debris Management Initiative | 8470 Ridgecrest Dr | West Chester | OH | 45069 | Various | Trade Debt | N | $175.00 |
| 2687 | Orthodox Christian Coaching | 1613 Ashbury Place | Eagan | MN | 55122 | Various | Trade Debt | N | $175.00 |
| 2688 | Quality Care Institute Inc. | 21726 E Highway 412 | Springdale | AR | 72764 | Various | Trade Debt | N | $175.00 |
| 2689 | Stars Performing Arts | 6710 Oxon Hill Rd. Suite 210 | Oxon Hill | MD | 20745 | Various | Trade Debt | N | $170.80 |
| 2690 | Vote Early Day | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $170.30 |
| 2691 | BISS List | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $170.00 |
| 2692 | Lous House | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $170.00 |
| 2693 | Covenant Home for Children | 3223 Grandeur Avenue | Altadena | CA | 91001 | Various | Trade Debt | N | $170.00 |
| 2694 | Loss Of Loved Ones To Sudden Tragedy Foundation | 6253 Miller Drive | Alexandria | VA | 22315 | Various | Trade Debt | N | $170.00 |
| 2695 | Clarion Alley Mural Project | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $169.80 |
| 2696 | New Healthcare Concepts | 1980 Bostian Road | China Grove | NC | 28088 | Various | Trade Debt | N | $168.22 |
| 2697 | Berni & Murcer - Friends for Life | 81 Norfield Road | Weston | CT | 6883 | Various | Trade Debt | N | $167.22 |
| 2698 | Courageous heARTS | 2235 E. 38th Street | Minneapolis | MN | 55407 | Various | Trade Debt | N | $167.00 |
| 2699 | Berrett-Koehler Foundation | P.O. Box 401066 | San Francisco | CA | 94140 | Various | Trade Debt | N | $166.00 |
| 2700 | Plan For America | 29000 US HWY 98 Suite B201 | Daphne | AL | 36526 | Various | Trade Debt | N | $166.00 |
| 2701 | Faith in Action Ministries | 4714 9th Ave | Los Angeles | CA | 90043 | Various | Trade Debt | N | $163.60 |
| 2702 | Ground Truths Network | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $160.00 |
| 2703 | Service Dog Solutions | 2035 Summerhill Ln | Henderson | KY | 42420 | Various | Trade Debt | N | $155.00 |
| 2704 | Fishes and Loaves Outreach dba Fishes & Loaves Vocational Center | 3519 Sheffield Rd. | Springfield | IL | 62703 | Various | Trade Debt | N | $155.00 |
| 2705 | Praxis Fiber Workshop | Po Box 85 | Cleveland | OH | 44110 | Various | Trade Debt | N | $153.21 |
| 2706 | In the Spirit of Kindness | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $150.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2707 | Social Responsibility Through Me | 1703 South 4th Street | Camden | NJ | 8104 | Various | Trade Debt | N | $150.00 |
| 2708 | Hope For Family Inc. | Po Box 46 | Mount Freedom | NJ | 7970 | Various | Trade Debt | N | $150.00 |
| 2709 | The Legacy Foundation of SC | Po Box 277 | Pineland | SC | 29934 | Various | Trade Debt | N | $150.00 |
| 2710 | Madisons Got Talent | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $150.00 |
| 2711 | Muses & Melanin Fellowship Program | 180 Steuart St. Box 190206 | San Francisco | CA | 94119 | Various | Trade Debt | N | $150.00 |
| 2712 | The Desert Tortoise Conservancy | 305 W. Annas Road | Palm Springs | CA | 92262 | Various | Trade Debt | N | $150.00 |
| 2713 | SheSlayed Foundation | 4934 W Iowa St | Chicago | IL | 60651 | Various | Trade Debt | N | $150.00 |
| 2714 | True to the Streets Corp | 3939 N Virginia Rd | Long Beach | CA | 90807 | Various | Trade Debt | N | $150.00 |
| 2715 | Hope At The Lake Foundation | 631 Brawley School Road Suite 200B- PMB 307 | Mooresville | NC | 28117 | Various | Trade Debt | N | $150.00 |
| 2716 | Pendragon Theatre | 15 Brandy Brook Ave | Saranac Lake | NY | 12983 | Various | Trade Debt | N | $150.00 |
| 2717 | Gang Breaker Inc. | 2200 Willow Trail Parkway | Norcross | GA | 30093 | Various | Trade Debt | N | $150.00 |
| 2718 | Fabulous On Purpose Inc. | 65 Edwards St | Griffin | GA | 30223 | Various | Trade Debt | N | $150.00 |
| 2719 | All-Star Smiles Inc. | 3911 W Atlantic Blvd | Delray Beach | FL | 33345 | Various | Trade Debt | N | $150.00 |
| 2720 | Youth and Family Circle Inc. | 1935 County Road B2 West Suite 108 | Roseville | MN | 55113 | Various | Trade Debt | N | $150.00 |
| 2721 | America's Job Honor Awards | 544 53rd Street | Des Moines | IA | 50312 | Various | Trade Debt | N | $150.00 |
| 2722 | Keep It Real Ministry | 777 Jones Branch Road | Fort Mill | SC | 29715 | Various | Trade Debt | N | $150.00 |
| 2723 | Magic City Opera Inc. | 12253 SW 82nd Ave | Miami | FL | 33156 | Various | Trade Debt | N | $150.00 |
| 2724 | The Pride Tree | 7995 Blue Diamond Road STE #102 Mail Box #633 | Las Vegas | NV | 89178 | Various | Trade Debt | N | $148.00 |
| 2725 | Great Heights Foster Care Inc. | 5710 Ogeechee Road #200 #224 | Savannah | GA | 31405 | Various | Trade Debt | N | $146.13 |
| 2726 | Strength in Sisters - US | 8697 La Mesa Blvd. Suite C-122 | La Mesa | CA | 91942 | Various | Trade Debt | N | $145.83 |
| 2727 | Emerging Arts Professionals San FranciscoBay Area | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $145.00 |
| 2728 | MC Arts and Culture | 100 Donahue Street. Suite 160B | Sausalito | CA | 94965 | Various | Trade Debt | N | $145.00 |
| 2729 | Legacy Scholarship Foundation Inc. | Post Box 1025 | Madison | FL | 32341 | Various | Trade Debt | N | $145.00 |
| 2730 | Sprouting Tohono Inc. | 11 Colonial Court | Totowa | NJ | 7512 | Various | Trade Debt | N | $144.50 |
| 2731 | Nevada Humanities | P.O. Box 8029 | Reno | NV | 89507 | Various | Trade Debt | N | $142.58 |
| 2732 | YouthReach Costa Rica | Po Box 357 | Summerdale | AL | 36580 | Various | Trade Debt | N | $141.25 |
| 2733 | ResilientMe Inc. | 2875 W Ray Rd | Chandler | AZ | 85224 | Various | Trade Debt | N | $140.96 |
| 2734 | First Five Years & Beyond | 1225 S. Weller St. #400 | Seattle | WA | 98144 | Various | Trade Debt | N | $140.00 |
| 2735 | Starved Rock Regional Center For Therapy And Child Development | 1013 Adams Street | Ottawa | IL | 61325 | Various | Trade Debt | N | $140.00 |
| 2736 | Community Reads | 263 Reily Street | Harrisburg | PA | 17102 | Various | Trade Debt | N | $137.75 |
| 2737 | USA Touch | PO Box 11792 | Tempe | AZ | 85284 | Various | Trade Debt | N | $137.45 |
| 2738 | Arrow15 | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $136.30 |
| 2739 | Sebastian River Rowing Inc | PO Box 782083 | Sebastian | FL | 32978 | Various | Trade Debt | N | $135.50 |
| 2740 | Women of Color International Stockton | 6333 Pacific Avenue #188 | Stockton | CA | 95207 | Various | Trade Debt | N | $135.00 |
| 2741 | Caring With Compassion Community | 20113 96th Ave East | Graham | WA | 98338 | Various | Trade Debt | N | $135.00 |
| 2742 | Weekend Adventures | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $135.00 |
| 2743 | Mannlicher Collectors Association Inc. | 9624 Ritter Rd. | Oklahoma City | OK | 73162 | Various | Trade Debt | N | $135.00 |
| 2744 | HBCU Power Awards | 1200 GRIGGS ST SE | Grand Rapids | MI | 49507 | Various | Trade Debt | N | $132.20 |
| 2745 | Brewerytown Sharswood Neighborhood Coalition | 1901 S 9th Street Book Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $130.49 |
| 2746 | Mats for All | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $130.00 |
| 2747 | In Return | 800 Redna Terr. | Cincinnati | OH | 45215 | Various | Trade Debt | N | $130.00 |
| 2748 | Y-Knot Missions | PO Box 132767 | Dallas | TX | 75313 | Various | Trade Debt | N | $130.00 |
| 2749 | Trips For Kids Marin | 610 4th Street | San Rafael | CA | 94901 | Various | Trade Debt | N | $129.95 |
| 2750 | On Eagles Wings Inc. | 1221 Chapel Hill Drive | Mishawaka | IN | 46545 | Various | Trade Debt | N | $128.20 |
| 2751 | Hearts Awakening | 2113 Joy View Lane | Henderson | NV | 89012 | Various | Trade Debt | N | $125.60 |
| 2752 | Angels for Ukraine | 2810 North Church Street 673212 | Wilmington | DE | 19802 | Various | Trade Debt | N | $125.00 |
| 2753 | Code For Philly | 1901 S 9th Street Book Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $125.00 |
| 2754 | Operation Provider | Po Box 26 | Twin Peaks | CA | 92391 | Various | Trade Debt | N | $125.00 |
| 2755 | The Dock Ellis Foundation | 304 S Jones Blvd #6405 | Las Vegas | NV | 89107 | Various | Trade Debt | N | $125.00 |
| 2756 | STAND Foundation | 706 Ridge Rd SE | Washington | DC | 20019 | Various | Trade Debt | N | $125.00 |
| 2757 | KALICO Art Center | 149 Main St | Kalispell | MT | 59901 | Various | Trade Debt | N | $125.00 |
| 2758 | United African Women | 9003 Artesian street | Detroit | MI | 48228 | Various | Trade Debt | N | $125.00 |
| 2759 | Ray's The Roof House The Homeless Foundation | 4330 Pond Road | Burlington | NC | 27215 | Various | Trade Debt | N | $125.00 |
| 2760 | SmartPower | 4075 Wilson Blvd 8th Floor | Arlington | VA | 22203 | Various | Trade Debt | N | $125.00 |
| 2761 | Boomers R Heroes | 6100 Henry Ave. Apt.7-L | Philadelphia | PA | 19128 | Various | Trade Debt | N | $125.00 |
| 2762 | EMO Haiti | P.O. Box 3863 | Ithaca | NY | 14850 | Various | Trade Debt | N | $125.00 |
| 2763 | Right To Protect | 1256 W Lathrop Rd #210 | Manteca | CA | 95336 | Various | Trade Debt | N | $125.00 |
| 2764 | McClain Garvin YFC dba Frontline Family Solutions | 902 NW 32nd St | Newcastle | OK | 73065 | Various | Trade Debt | N | $125.00 |
| 2765 | Today's Future Sound - Fiscal Sponsor: Oakland Parks And Recreation Foundation | 2625 Alcatraz Ave PMB #139 | Berkeley | CA | 94705 | Various | Trade Debt | N | $125.00 |
| 2766 | Help's Right Here | 5004 Burlington Pike | Burlington | KY | 41005 | Various | Trade Debt | N | $125.00 |
| 2767 | Ella Bebe Angels | P. O. Box 1725 | Olive Branch | MS | 38654 | Various | Trade Debt | N | $120.30 |
| 2768 | Mask Bloc San Jose | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $120.00 |
| 2769 | San Francisco Public Bank Coalition | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $120.00 |
| 2770 | Better Parks Project | PO Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $120.00 |
| 2771 | Chicago Youth Shakespeare | 2222 W Roscoe St STE FRNT | Chicago | IL | 60618 | Various | Trade Debt | N | $120.00 |
| 2772 | Mandate Democracy Foundation | 10300 Eaton Pl Ste 440 | Fairfax | VA | 22030 | Various | Trade Debt | N | $118.00 |
| 2773 | Orphelinat Avenir De Demain Oad | 6730 River Hills Dr | Greensboro | NC | 27410 | Various | Trade Debt | N | $115.00 |
| 2774 | Respect The Haven | Po Box 161345 | Memphis | TN | 38186 | Various | Trade Debt | N | $115.00 |
| 2775 | International Peace Arch Association | P.O. Box 2564 | Blaine | WA | 98231 | Various | Trade Debt | N | $115.00 |
| 2776 | Argosy Collegiate Charter School Foundation | 263 Hamlet St | Fall River | MA | 2721 | Various | Trade Debt | N | $115.00 |
| 2777 | SKJAJA Fund | 117 W. Main Street | Carrboro | NC | 27510 | Various | Trade Debt | N | $115.00 |
| 2778 | Future Doctors Teach | 1901 S 9th Street Book Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $113.80 |
| 2779 | Community Foundation for Ocala Marion County | 324 SE 24th Street | Ocala | FL | 34471 | Various | Trade Debt | N | $110.45 |
| 2780 | All cats lives matter inc | 1585 Central Park Avenue PO Box unit 72 | Yonkers | NY | 10710 | Various | Trade Debt | N | $110.00 |
| 2781 | The JK Foundation | 1063 Iglehart Ave | Saint Paul | MN | 55104 | Various | Trade Debt | N | $110.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2782 | Reimagine Outdoors | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $110.00 |
| 2783 | Highlander Booster Club | 175 Watchung Blvd | Berkeley Heights | NJ | 7922 | Various | Trade Debt | N | $110.00 |
| 2784 | Hopeworks Inc. | 1712 GARRISON DR | Frisco | TX | 75033 | Various | Trade Debt | N | $109.95 |
| 2785 | Maui Filipino Chamber of Commerce | 24 Central Ave | Wailuku | HI | 96793 | Various | Trade Debt | N | $108.00 |
| 2786 | Playa Animal Welfare Services Inc. | PO Box 2518 | Anasco | PR | 610 | Various | Trade Debt | N | $108.00 |
| 2787 | The 1421 Research Education and Exploration Foundation | 3422 OLD CAPITOL TRL STE 700 | Wilmington | DE | 19808 | Various | Trade Debt | N | $105.94 |
| 2788 | Nesika Wilamut | 1292 High St #1030 | Eugene | OR | 97401 | Various | Trade Debt | N | $105.20 |
| 2789 | Transitional Reentry Adult Program | 1331 Union Ave suite 750D | Memphis | TN | 38104 | Various | Trade Debt | N | $105.00 |
| 2790 | The Nocturnists | The Nocturnists c/o Social Good Fund 12651 San Pablo Ave. #5473 | Richmond | CA | 94850 | Various | Trade Debt | N | $105.00 |
| 2791 | Arrows Rugby Football Club | 1914 Viking Dr | Houston | TX | 77018 | Various | Trade Debt | N | $105.00 |
| 2792 | The Hinabi Project | 1320 Paloma Avenue | Burlingame | CA | 94010 | Various | Trade Debt | N | $104.35 |
| 2793 | My Own Home Project Inc. | 402 Palm Trail | Delray Beach | FL | 33483 | Various | Trade Debt | N | $102.00 |
| 2794 | Global Colon Cancer Alliance | 33 East City Ave Suite PL-14 | Bala Cynwyd | PA | 19004 | Various | Trade Debt | N | $101.47 |
| 2795 | ACEs Matter | 4046 N Goldenrod Rd #245 | Winter Park | FL | 32792 | Various | Trade Debt | N | $101.00 |
| 2796 | Love Heals Free Clinic | 4418 N Dresden Place | Garden City | ID | 83714 | Various | Trade Debt | N | $100.99 |
| 2797 | Center For Integration And Migrant Support | 12 S Valley Rd | Paoli | PA | 19301 | Various | Trade Debt | N | $100.00 |
| 2798 | TAPS | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $100.00 |
| 2799 | Transformative Justice Alliance Planning Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $100.00 |
| 2800 | Rise and Lead Moms | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $100.00 |
| 2801 | Kabila Founder Mental Health Fund | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $100.00 |
| 2802 | The BAK Sandbox | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $100.00 |
| 2803 | Pretty Beat | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $100.00 |
| 2804 | Sacramento Afghan Community and Religious Center | 700 Glide Ave | West Sacramento | CA | 95691 | Various | Trade Debt | N | $100.00 |
| 2805 | End Rape On Campus | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $100.00 |
| 2806 | Peace Love Rescue New York | 339 Weeks Avenue | Manorville | NY | 11949 | Various | Trade Debt | N | $100.00 |
| 2807 | A Cure for Issa | Warner Center | Woodland Hills | CA | 91367 | Various | Trade Debt | N | $100.00 |
| 2808 | Tracy Community Connections Center Inc | 95 W 11th St. Suite 206 | Tracy | CA | 95376 | Various | Trade Debt | N | $100.00 |
| 2809 | TURN THE BUS | 21213 SE 42ND PL | Issaquah | WA | 98029 | Various | Trade Debt | N | $100.00 |
| 2810 | Compathos Foundation | 6411 Capitol Ave | Diamond Springs | CA | 95619 | Various | Trade Debt | N | $100.00 |
| 2811 | The Lord's Gym Vancouver | 2410 Grand Blvd | Vancouver | WA | 98661 | Various | Trade Debt | N | $100.00 |
| 2812 | Right fit rescue | 910 Bryant st | Calimesa | CA | 92320 | Various | Trade Debt | N | $100.00 |
| 2813 | Saratoga Symphony | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $100.00 |
| 2814 | Venice Cat Coalition | 1131 Columbine Rd. | Venice | FL | 34293 | Various | Trade Debt | N | $100.00 |
| 2815 | Tech in the Tenderloin | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $100.00 |
| 2816 | Art for Civil Discourse | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $100.00 |
| 2817 | Chinese Whispers | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $100.00 |
| 2818 | Irish-American Crossroads Festival | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $100.00 |
| 2819 | Global Newborn Solutions Inc | 20 Hillside Ter | Belmont | MA | 2478 | Various | Trade Debt | N | $100.00 |
| 2820 | Pure 1 | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $100.00 |
| 2821 | Trauma Art Ministries Inc. | co/Pittsburgh Baptist Church 3100 Pioneer Avenue | Pittsburgh | PA | 15226 | Various | Trade Debt | N | $100.00 |
| 2822 | Hardy Community Outreach | 8922 Cedar Top Dr. | Houston | TX | 77088 | Various | Trade Debt | N | $100.00 |
| 2823 | Fallen Fruit | 844 Sanborn Avenue | Los Angeles | CA | 90029 | Various | Trade Debt | N | $100.00 |
| 2824 | Rise Together | 410 Hazel Grove Ln | Crozet | VA | 22932 | Various | Trade Debt | N | $100.00 |
| 2825 | The Mojave Project | POB 1085 | Joshua Tree | CA | 92252 | Various | Trade Debt | N | $100.00 |
| 2826 | The Natalie Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $100.00 |
| 2827 | Palmer House | PO Box 17593 | Sugar Land | TX | 77496 | Various | Trade Debt | N | $100.00 |
| 2828 | BWE Safe Haven | Virtual | Fort Wayne | IN | 46835 | Various | Trade Debt | N | $100.00 |
| 2829 | Next Generation Learning Challenges | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $100.00 |
| 2830 | Fawohodze Inc | 2427 23rd Ave | Oakland | CA | 94606 | Various | Trade Debt | N | $100.00 |
| 2831 | Buck for the Fallen | 1040 Townley Circle | Longmont | CO | 80501 | Various | Trade Debt | N | $100.00 |
| 2832 | Rock Life Memphis Inc. | 200 Madison Avenue Op 423 | Memphis | TN | 38103 | Various | Trade Debt | N | $100.00 |
| 2833 | Somali Women Foundation | 13932 Rockland Village Dr Ste 104 | Chantilly | VA | 20151 | Various | Trade Debt | N | $100.00 |
| 2834 | Mywhy | 6050 Stirrup Road | Cincinnati | OH | 45244 | Various | Trade Debt | N | $100.00 |
| 2835 | B Local Boston | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $100.00 |
| 2836 | Valor Ranch | 109 Bridgeport Dr | Smithville | MO | 64089 | Various | Trade Debt | N | $100.00 |
| 2837 | Columbarium | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $100.00 |
| 2838 | Justice & Mercy Inc. | P.O. Box 187 | Hopeland | PA | 17533 | Various | Trade Debt | N | $100.00 |
| 2839 | Good Journey Development Foundation | 5046 Vernon | Saint Louis | MO | 63113 | Various | Trade Debt | N | $100.00 |
| 2840 | Tuscarawas County University Foundation | 330 University Dr. NE | New Philadelphia | OH | 44663 | Various | Trade Debt | N | $100.00 |
| 2841 | Let's Beehive Inc. | 773 S Kirkman Rd Ste 120 | Orlando | FL | 32811 | Various | Trade Debt | N | $100.00 |
| 2842 | Tema Choir USA Inc. | 1266 Belle View Rd #302 | Woodbridge | VA | 22191 | Various | Trade Debt | N | $100.00 |
| 2843 | Cedar Key Dolphin Project | 28504 SW 63rd Ave | Newberry | FL | 32669 | Various | Trade Debt | N | $100.00 |
| 2844 | MCTA Horse Trials Inc. | 614 Calvary Rd. | Churchville | MD | 21028 | Various | Trade Debt | N | $100.00 |
| 2845 | International Cell Research Organization | 221 Conover Road | Squirrel Hill | PA | 15208 | Various | Trade Debt | N | $100.00 |
| 2846 | ETHOS - Academic Center Without Walls Inc. | P.O. Box 470707 | Brookline Village | MA | 2447 | Various | Trade Debt | N | $100.00 |
| 2847 | Awakenings Prayer Institute | 2522 Rucker Ave #202 | Everett | WA | 98201 | Various | Trade Debt | N | $100.00 |
| 2848 | North County Christian School | 6255 Atascadero Mall Road | Atascadero | CA | 93422 | Various | Trade Debt | N | $100.00 |
| 2849 | Arizona Developmental Services | 2040 W Camelback Rd | Phoenix | AZ | 85015 | Various | Trade Debt | N | $100.00 |
| 2850 | When She Thrives | P.O. Box 675 | Coraopolis | PA | 15108 | Various | Trade Debt | N | $99.94 |
| 2851 | American Association of Acupuncture and Oriental Medicine | PO Box 96503 #44114 | Washington | DC | 20090 | Various | Trade Debt | N | $99.00 |
| 2852 | Bay Area Emerging Museum Professionals | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $98.50 |
| 2853 | Project Semicolon Inc. | P.O. Box 337134 | Greeley | CO | 80633 | Various | Trade Debt | N | $98.47 |
| 2854 | Inward Discovery Grows Outdoors - InDiGO | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $96.94 |
| 2855 | Service & Therapy Animals of Rockbridge Inc. | 90 Buckland Drive | Lexington | VA | 24450 | Various | Trade Debt | N | $96.52 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2856 | Stillborn And Infant Loss Support | 322 Main Street Suite 116 | Laurel | MD | 20707 | Various | Trade Debt | N | $93.80 |
| 2857 | For the Love of a Veteran Inc. | P.O. BOX 1238 | Hanover | PA | 17331 | Various | Trade Debt | N | $93.80 |
| 2858 | The Arctic Arts Project | 1143 Auraria Pkwy Unit 106 | Denver | CO | 80204 | Various | Trade Debt | N | $93.35 |
| 2859 | The Compton Initiative | 8303 Alondra Blvd. | Paramount | CA | 90723 | Various | Trade Debt | N | $92.80 |
| 2860 | New Jersey Angels | 915 Bennetts Mills Road #794 | Jackson | NJ | 8527 | Various | Trade Debt | N | $92.25 |
| 2861 | Porterville College Foundation | 100 East College Avenue | Porterville | CA | 93257 | Various | Trade Debt | N | $92.06 |
| 2862 | iVisionary Academy | 2323 Broadway | Oakland | CA | 94612 | Various | Trade Debt | N | $90.56 |
| 2863 | YE Mobility Assistance | 1028 Nations Dr | Charlotte | NC | 28217 | Various | Trade Debt | N | $90.00 |
| 2864 | Upbuild Foundation | 4593 Patricia Dr | Long Grove | IL | 60047 | Various | Trade Debt | N | $90.00 |
| 2865 | Eriesponsible Inc. | 30875 Doral Lane | Westlake | OH | 44145 | Various | Trade Debt | N | $90.00 |
| 2866 | ClimateMusic | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $90.00 |
| 2867 | Love Without Reason | P.O. Box 21009 | Chattanooga | TN | 37424 | Various | Trade Debt | N | $88.24 |
| 2868 | Broke Ass Stuart Local Arts Journalism | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $87.63 |
| 2869 | National Museum of American Religion | 240 E Loudoun Valley Drive | Purcellville | VA | 201 | Various | Trade Debt | N | $85.00 |
| 2870 | Avril Heals | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $85.00 |
| 2871 | Scholars for a New Deal for Higher Education | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $85.00 |
| 2872 | DAUGHTERS ACROSS THE DIASPORA | 3711 Higgins Ave | Dallas | TX | 75211 | Various | Trade Debt | N | $85.00 |
| 2873 | Dreams For Kids | 820 W. Jackson Blvd. Suite 805 | Chicago | IL | 60607 | Various | Trade Debt | N | $85.00 |
| 2874 | Lee Owens Foundation | 1614 E Wood Street Suite 3 | Mesa | AZ | 85040 | Various | Trade Debt | N | $85.00 |
| 2875 | Jewish Climate Action Network - MA | P.O. Box 2673 | Westwood | MA | 2090 | Various | Trade Debt | N | $83.44 |
| 2876 | Friends of WPVM Inc. | 34 Wall St #407 | Asheville | NC | 28801 | Various | Trade Debt | N | $82.97 |
| 2877 | The LUNAR Collective | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $82.00 |
| 2878 | National PTSD Service Assocation | 2685 Temple St | Sarasota | FL | 34239 | Various | Trade Debt | N | $81.00 |
| 2879 | Edukid | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $80.00 |
| 2880 | Project Monas House Inc. | 111 West Humboldt Parkway | Buffalo | NY | 14214 | Various | Trade Debt | N | $80.00 |
| 2881 | Transformative Educational Leadership | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $80.00 |
| 2882 | Calling Up Justice | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $80.00 |
| 2883 | One Life Liberia | 940 Eagle Heights | Madison | WI | 53705 | Various | Trade Debt | N | $80.00 |
| 2884 | STooPS | 398 Hancock St. Ground Floor | New York | NY | 11216 | Various | Trade Debt | N | $80.00 |
| 2885 | Buffalo Groundhog Day Society | 100 Independence Rd. | Orchard Park | NY | 14127 | Various | Trade Debt | N | $78.64 |
| 2886 | Haiti International Alliance Inc. | 301 NE 152ND Street | Miami | FL | 33162 | Various | Trade Debt | N | $78.26 |
| 2887 | Alaska Botanical Garden | 4601 Campbell Airstrip Rd | Anchorage | AK | 99507 | Various | Trade Debt | N | $78.25 |
| 2888 | Corazon Performing Arts | 125 S. Topanga Cny Blv | Topanga | CA | 90290 | Various | Trade Debt | N | $76.02 |
| 2889 | Environteers | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $75.44 |
| 2890 | Linkage Community | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $75.00 |
| 2891 | HEART Altadena | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $75.00 |
| 2892 | Bell of Hearts Foundation | Po Box 9367 | Fayetteville | NC | 28311 | Various | Trade Debt | N | $75.00 |
| 2893 | Queer Rebel Productions | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $75.00 |
| 2894 | BIPOC Parents of Haverford Township | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $75.00 |
| 2895 | The Trinity Reset | 234 River Meadow Dr | Lagrange | GA | 30241 | Various | Trade Debt | N | $75.00 |
| 2896 | The Cohill Foundation | 717 Ave I | Bessemer | AL | 35020 | Various | Trade Debt | N | $75.00 |
| 2897 | You Artistry Collaborative Inc. | 9510 Mary Geneva Lane | Owings Mills | MD | 21117 | Various | Trade Debt | N | $75.00 |
| 2898 | Diversity in the Arts and Entertainment | PO Box 9615 | Houston | TX | 77213 | Various | Trade Debt | N | $75.00 |
| 2899 | Hearts and Hands Counseling | 420 Folsom Road STE C | Roseville | CA | 95678 | Various | Trade Debt | N | $75.00 |
| 2900 | The H.E.A.R.T Center | 21152 N 22nd St | Phoenix | AZ | 85024 | Various | Trade Debt | N | $75.00 |
| 2901 | The Helen Project International Inc | P.O. Box 306 | Keene | VA | 22946 | Various | Trade Debt | N | $74.23 |
| 2902 | Elevate 3 in 1 Inc. | 1204 Snowberry Dr. | Golden | CO | 80401 | Various | Trade Debt | N | $73.50 |
| 2903 | Fairness Campaign | 2263 Frankfort Ave. | Louisville | KY | 40206 | Various | Trade Debt | N | $72.66 |
| 2904 | Urban Indigo | 1700 Northside Drive Nw Ste A7-3414 | Atlanta | GA | 30318 | Various | Trade Debt | N | $70.00 |
| 2905 | 1Pyramid at a Time | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $70.00 |
| 2906 | PUENTES | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $70.00 |
| 2907 | Black Lives Matter Louisville | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $70.00 |
| 2908 | Open Source Pharma Foundation USA | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $70.00 |
| 2909 | Central Peninsula Garden Club | P.O. Box 767 | Kenai | AK | 99611 | Various | Trade Debt | N | $70.00 |
| 2910 | C.J. Ministries International | 7000 N 16th Str Suite 120-329 | Phoenix | AZ | 85020 | Various | Trade Debt | N | $70.00 |
| 2911 | Oluwafemi S J Tevoedjre Foundation (Femis Heart Foundation) | 11522 South 39th Street | Bellevue | NE | 68123-5 | Various | Trade Debt | N | $68.95 |
| 2912 | US Mens Sheds | 3465 North Pines Way ste 104 | Wilson | WY | 83014 | Various | Trade Debt | N | $68.51 |
| 2913 | Cumbe: Center for African and Diaspora Dance | 558 Fulton Street. 2nd Floor | Brooklyn | NY | 11238 | Various | Trade Debt | N | $67.43 |
| 2914 | Kilusan Wellness | Oakland | Oakland | CA | 94619 | Various | Trade Debt | N | $67.00 |
| 2915 | Jaeger Foundation | 15745 River Side Dr | Spring Lake | MI | 49456 | Various | Trade Debt | N | $66.99 |
| 2916 | Get Girls Going INC. | 1452 Dorchester Avenue 4th Floor | Boston | MA | 2122 | Various | Trade Debt | N | $66.30 |
| 2917 | Resound Research for Reproductive Health | P.O. Box 399385 | San Francisco | CA | 94139 | Various | Trade Debt | N | $65.00 |
| 2918 | The Pencil Box Inc. | 2002 E Sixth St. | Tulsa | OK | 74104 | Various | Trade Debt | N | $65.00 |
| 2919 | Butler Art Center | 344 S. Main St | Butler | PA | 16001 | Various | Trade Debt | N | $65.00 |
| 2920 | United Way of 1000 Lakes | 350 NW 1st Ave. Suite A | Grand Rapids | MN | 55744 | Various | Trade Debt | N | $64.66 |
| 2921 | Flourish Foundation Project | 9107 Carrot Patch Dr | Charlotte | NC | 28216 | Various | Trade Debt | N | $62.00 |
| 2922 | Green Student Fund | 1031 Lavender Lane | La Canada Flintridge | CA | 91011 | Various | Trade Debt | N | $61.42 |
| 2923 | ABATE of Maryland Inc. | 71 Franklin Street | Annapolis | MD | 21401 | Various | Trade Debt | N | $60.00 |
| 2924 | Beaver Taught Salmon to Jump | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $60.00 |
| 2925 | Chi-Town GVP Summit | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $60.00 |
| 2926 | Black Women's Wall Street Inc. dba BWWS | 2363 U.S. HWY 287 Suite 210 | Mansfield | TX | 76063 | Various | Trade Debt | N | $60.00 |
| 2927 | Right Kind of Black Girl | 819 W Washington Blvd. Suite 151201 | Los Angeles | CA | 90015 | Various | Trade Debt | N | $60.00 |
| 2928 | PlantDiego | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $60.00 |
| 2929 | 4TheAbility | 2173 S Orchard St | Boise | ID | 83705 | Various | Trade Debt | N | $60.00 |
| 2930 | Medinexo Telehealth Mission Corp. | 1401 S. Brentwood Boulevard Suite 170 | Saint Louis | MO | 63144 | Various | Trade Debt | N | $60.00 |
| 2931 | 5A Elite Youth Empowerment | 620 Broadhead Ave. | Pittsburgh | PA | 15205 | Various | Trade Debt | N | $60.00 |

| 2932 | Junior League of Clearwater-Dunedin Inc. | 1265 Bayshore Blvd. | Dunedin | FL | 34698 | Various | Trade Debt | N | $60.00 |
|------|------------------------------------------|---------------------|---------|-----|-------|---------|------------|---|--------|
| 2933 | Metro Detroit Share Group | 10227 Continental Dr | Taylor | MI | 48180 | Various | Trade Debt | N | $58.75 |
| 2934 | AthLead Indy | 8103 Tanager Ct | Indianapolis | IN | 46256 | Various | Trade Debt | N | $58.22 |
| 2935 | This is Reno | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $57.00 |
| 2936 | Lift Up Love Always Inc. | 2251 Florin Road Ste. 129 | Sacramento | CA | 95822 | Various | Trade Debt | N | $56.90 |
| 2937 | 350NYC | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $56.82 |
| 2938 | My PKU Awareness Foundation | 10851 Scarsdale Blvd | Houston | TX | 77089 | Various | Trade Debt | N | $55.00 |
| 2939 | Santa Fe Area Council | 3007 E 32nd St | Kansas City | MO | 64128 | Various | Trade Debt | N | $55.00 |
| 2940 | Bohler Family | 1384 Lake Hills Road | Auburn | AL | 36830 | Various | Trade Debt | N | $50.00 |
| 2941 | Precinct2gether | 14350 Wallisville Rd. Suite 101 | Houston | TX | 77049 | Various | Trade Debt | N | $50.00 |
| 2942 | Most Healthy Bronx | 1525 E Gun Hill Rd Unit 355 | Bronx | NY | 10469 | Various | Trade Debt | N | $50.00 |
| 2943 | The Mitzvah Project Inc. | 6795 Huntington Ln Apt 103 | Delray Beach | FL | 33446 | Various | Trade Debt | N | $50.00 |
| 2944 | Bridge To Power | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $50.00 |
| 2945 | Kyles Cool Beans | 1001 Briarcliff Trce | Birmingham | AL | 35242 | Various | Trade Debt | N | $50.00 |
| 2946 | Meagan Holdeman | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $50.00 |
| 2947 | Outdoorithm Collective | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $50.00 |
| 2948 | SoulFlow Oakland | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $50.00 |
| 2949 | FAACTS Food and Agriculture Action Coalition Toward Sovereignty | P.O. Box 5473 | Raymond | CA | 94805 | Various | Trade Debt | N | $50.00 |
| 2950 | Charcoal and Grey | 116 Muir Street | Warren | PA | 16365 | Various | Trade Debt | N | $50.00 |
| 2951 | CALM | 646 FANTASY STREET | Palmdale | CA | 93551 | Various | Trade Debt | N | $50.00 |
| 2952 | Ebam | 4500 SPRINGFIELD St. | Sioux City | IA | 51108 | Various | Trade Debt | N | $50.00 |
| 2953 | Walls For Justice | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $50.00 |
| 2954 | Fresh Start Community Coalition | 2427 McLaran | Saint Louis | MO | 63136 | Various | Trade Debt | N | $50.00 |
| 2955 | Brilliant Minds Collective Inc. | 2248 Broadway | New York | NY | 10024 | Various | Trade Debt | N | $50.00 |
| 2956 | New Attitude On My Image Inc | 2321 Warren | Toledo | OH | 43620 | Various | Trade Debt | N | $50.00 |
| 2957 | Coalition of Asheville Neighborhoods | PO Box 1858 | Asheville | NC | 28801 | Various | Trade Debt | N | $50.00 |
| 2958 | Kobu Foundation | 1737 S. Williams St. | Denver | CO | 80210 | Various | Trade Debt | N | $50.00 |
| 2959 | KRIO DESCENDANT UNION OF TEXAS | 344 REDSTONE DR | Sunnyvale | TX | 75182 | Various | Trade Debt | N | $50.00 |
| 2960 | El Cerrito Trail Trekkers | 949 Norvell Street | El Cerrito | CA | 94539 | Various | Trade Debt | N | $50.00 |
| 2961 | WI EcoLatinos | 116 N. Few St. Suite 3 | Madison | WI | 53703 | Various | Trade Debt | N | $50.00 |
| 2962 | Diamond Wave | 2830 20th Street Suite 207 | San Francisco | CA | 94110 | Various | Trade Debt | N | $50.00 |
| 2963 | Mundo Sostenible Inc. | P.O. Box 5473 | Richgrove | CA | 94805 | Various | Trade Debt | N | $50.00 |
| 2964 | Ammunition Theatre Company | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $50.00 |
| 2965 | Colors of Cancer | 9907 Bentwood Street | Houston | TX | 77016 | Various | Trade Debt | N | $50.00 |
| 2966 | Building Compassion | P.O. Box 90372 | Austin | TX | 78709 | Various | Trade Debt | N | $50.00 |
| 2967 | Blackfashionfund | 2150 W 117th st #1011 | Cleveland | OH | 44111 | Various | Trade Debt | N | $50.00 |
| 2968 | Warrior Path Home | 917 Gray Fox Ct | Howell | MI | 48843 | Various | Trade Debt | N | $50.00 |
| 2969 | Black Society for Economic and Social Transformation | 3111 Northside Ave. Suite 400 | Richmond | VA | 23228 | Various | Trade Debt | N | $50.00 |
| 2970 | Dancing Earth | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $50.00 |
| 2971 | Formerly Incarcerated People's Performance Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $50.00 |
| 2972 | Unfixed | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $50.00 |
| 2973 | HERI Kenya | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $50.00 |
| 2974 | National Alliance Of African American Athletes | P.O. Box 60743 | Harrisburg | PA | 17106 | Various | Trade Debt | N | $50.00 |
| 2975 | Holcombe Rucker Community League Inc. | 505 West 152 Street | New York | NY | 10031 | Various | Trade Debt | N | $50.00 |
| 2976 | San Juan Capistrano Equestrian Coalition | 28382 Paseo Establo | San Juan Capistrano | CA | 92675 | Various | Trade Debt | N | $50.00 |
| 2977 | Collaborating Voices Foundation | 3403 West T C Jester Blvd #1032 | Houston | TX | 77018 | Various | Trade Debt | N | $50.00 |
| 2978 | The Partnership for a Drug Free St. Joseph County | 227 W. Jefferson Blvd | South Bend | IN | 46601 | Various | Trade Debt | N | $50.00 |
| 2979 | Fresno Metro Black Chamber of Commerce | 1444 Fulton Street #206 | Fresno | CA | 93721 | Various | Trade Debt | N | $50.00 |
| 2980 | QMI Restore The Queen | 2105 S. Bascom Ave Ste 360 | Campbell | CA | 95008 | Various | Trade Debt | N | $50.00 |
| 2981 | Extra Mile Ministries | 16701 SE Rock Creek Ct | Happy Valley | OR | 97015 | Various | Trade Debt | N | $50.00 |
| 2982 | Safe Return Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $50.00 |
| 2983 | Majiji | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $50.00 |
| 2984 | C.O.O.K. Alliance | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $50.00 |
| 2985 | Cherokees For Black Indian History Preservation Foundation | PO Box 833 | Tahlequah | OK | 74465 | Various | Trade Debt | N | $50.00 |
| 2986 | Tularosa Arts and History Council | PO Box 334 | Tularosa | NM | 88352 | Various | Trade Debt | N | $50.00 |
| 2987 | Rochester Outreach Center | 1500 1st Ave NE Suite 126 | Rochester | MN | 55906 | Various | Trade Debt | N | $50.00 |
| 2988 | Riverside African American Historical Society | PO Box 209 | Riverside | CA | 92502 | Various | Trade Debt | N | $49.25 |
| 2989 | The One Wish Project | 1130 Rexford Drive Suite 4 | | CA | 90035 | Various | Trade Debt | N | $48.70 |
| 2990 | Girls Rock Camp Foundation | 5313 N. Montana | Encino | CA | 97217 | Various | Trade Debt | N | $48.44 |
| 2991 | Enduring the Course Inc | 27801 Euclid Ave | Euclid | OH | 44132 | Various | Trade Debt | N | $47.00 |
| 2992 | New Mexico Autism Society | P.O. Box 30955 | Albuquerque | NM | 87190 | Various | Trade Debt | N | $46.18 |
| 2993 | PACT | 9311 N FM 620 Suite 156 | Austin | TX | 78726 | Various | Trade Debt | N | $45.90 |
| 2994 | Unspoken Treasure Society | 3850 NW 83rd Street | Gainesville | FL | 32606 | Various | Trade Debt | N | $45.00 |
| 2995 | Out of the Box Boxer Rescue Inc. | 6003 Highway 81 | Loganville | GA | 30052 | Various | Trade Debt | N | $45.00 |
| 2996 | Intersex Justice Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $45.00 |
| 2997 | Craving for a Change Foundation Inc. | 2501 Palmer Highway #260 | Texas City | TX | 77590 | Various | Trade Debt | N | $44.30 |
| 2998 | The Sessions * Enrich* Educate* Empower | 1060 Pinellas Bayway #101 | Saint Petersburg | FL | 33715 | Various | Trade Debt | N | $43.58 |
| 2999 | The Global Foundation for Education and Economic Mobility | 2 Interlock Ave. NW | Atlanta | GA | 30318 | Various | Trade Debt | N | $43.18 |
| 3000 | CorpWatch | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $42.49 |
| 3001 | United Managed Care Alzheimer Support Inc. | 5010 N. Travelers Palm LN | Tamarac | FL | 33319 | Various | Trade Debt | N | $41.00 |
| 3002 | Use Your Gift Foundation | PO Box 1855 | Jacksonville | OR | 97530 | Various | Trade Debt | N | $40.67 |
| 3003 | A Deeper Love | 2830 20th STREET STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $40.00 |
| 3004 | Team Truck Melanoma | 2092 NW 17TH ST | Gresham | OR | 97030-4 | Various | Trade Debt | N | $40.00 |
| 3005 | The Bold Italic | PO Box 420442 | San Francisco | CA | 94142 | Various | Trade Debt | N | $40.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3006 | Civity | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $40.00 |
| 3007 | Climate Creative Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $40.00 |
| 3008 | South Bay Philharmonic | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $40.00 |
| 3009 | Fairfield Youth Cheerleading Association | 400 Office Park Dr Suite A | Fairfield | OH | 45014 | Various | Trade Debt | N | $40.00 |
| 3010 | The Council for American Students in International Negotiations | PO Box 2243 | New York | NY | 10108 | Various | Trade Debt | N | $40.00 |
| 3011 | Fight Oar Die | 4507 Park Road | Mobile | AL | 36605 | Various | Trade Debt | N | $39.40 |
| 3012 | Mosaic Film Experience | PO Box 888246 | Grand Rapids | MI | 49588 | Various | Trade Debt | N | $35.46 |
| 3013 | Skytour Livestream | 9221 E. Baseline Road suite 109 #297 | Mesa | AZ | 85209 | Various | Trade Debt | N | $35.00 |
| 3014 | Trinity Foundation | 5640 Columbia Ave. | Dallas | TX | 75214 | Various | Trade Debt | N | $35.00 |
| 3015 | Simple Truth Foundation Inc. | P.O. Box 618343 | Orlando | FL | 32861 | Various | Trade Debt | N | $34.62 |
| 3016 | Black Wall Street Southern Nevada | 3430 E Russell Rd. Ste. 301-28 | Las Vegas | NV | 89109 | Various | Trade Debt | N | $34.60 |
| 3017 | Limmud Atlanta + Southeast | 1440 Spring Street | Atlanta | GA | 30309 | Various | Trade Debt | N | $34.50 |
| 3018 | I60 Inc. | 12659 Pine Marsh Way | Jacksonville | FL | 32226 | Various | Trade Debt | N | $34.30 |
| 3019 | True Prosperity Evangelist Outreach Inc. | 8751 N 40th St | Tampa | FL | 33604 | Various | Trade Debt | N | $33.00 |
| 3020 | Women Officials Network Foundation | 30325 Ponds View Drive | Franklin | MI | 48025 | Various | Trade Debt | N | $32.63 |
| 3021 | Transform Network | 9805 Statesville Rd. Suite 4030 | Charlotte | NC | 28269 | Various | Trade Debt | N | $31.00 |
| 3022 | New Women New Yorkers | 55 W 68th Street | Brooklyn | NY | 10023 | Various | Trade Debt | N | $30.58 |
| 3023 | The Home Team Foundation | 42 Brookside Loop | Staten Island | NY | 10309 | Various | Trade Debt | N | $30.29 |
| 3024 | Mirrors in Education | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $30.00 |
| 3025 | Little Boxes Theater | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $30.00 |
| 3026 | Black In Cancer | 12651 San Pablo Avenue 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $30.00 |
| 3027 | R and R The rest of our lives | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $30.00 |
| 3028 | Dream Big Queen Society | 1440 W Taylor St Unit 1803 | Chicago | IL | 60607 | Various | Trade Debt | N | $30.00 |
| 3029 | The Brook Wellness Center Inc. | P.O. Box 826 | Branson | MO | 65615 | Various | Trade Debt | N | $30.00 |
| 3030 | CBZ Reboot Inc. | P.O. Box 7502 | Beverly Hills | CA | 90212 | Various | Trade Debt | N | $30.00 |
| 3031 | LEVYdance | 19 Heron Street | San Francisco | CA | 94103 | Various | Trade Debt | N | $28.83 |
| 3032 | Center for Wise Democracy | 1040 Taylor Street | Port Townsend | WA | 98368 | Various | Trade Debt | N | $28.48 |
| 3033 | Need 4 Bridges | 3806 W Commonwealth Ave | Fullerton | CA | 92833 | Various | Trade Debt | N | $28.00 |
| 3034 | United Hmong with Disabilities | PO Box 84601 | Seattle | WA | 98124 | Various | Trade Debt | N | $27.93 |
| 3035 | Prevent Child Abuse Oregon | P.O. Box 185 | Salem | OR | 97308 | Various | Trade Debt | N | $27.50 |
| 3036 | Next Step Athletics | PO Box 13361 | Mill Creek | WA | 98082 | Various | Trade Debt | N | $27.50 |
| 3037 | American Life Caribbean Mission | PO Box 2853 | Durham | NC | 27715 | Various | Trade Debt | N | $27.11 |
| 3038 | Kick at Darkness Inc. | 2919 W. Heatherbrae Drive | Phoenix | AZ | 85017 | Various | Trade Debt | N | $26.75 |
| 3039 | Pajama Program Inc. | 114 E.39 Street Ground Floor | New York | NY | 10016 | Various | Trade Debt | N | $26.22 |
| 3040 | Correlate | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $26.00 |
| 3041 | Twin Cities Habitat for Humanity | 1954 University Avenue W | Saint Paul | MN | 55104 | Various | Trade Debt | N | $26.00 |
| 3042 | Children's Palliative Care Coalition | 3032 Hamlet Circle | Okemos | MI | 48823 | Various | Trade Debt | N | $25.81 |
| 3043 | Kind Theory | 730 F Avenue | Plano | TX | 75074 | Various | Trade Debt | N | $25.37 |
| 3044 | Sierra Leone Foundation For New Democracy | 2409 16th Ave South | Minneapolis | MN | 55404 | Various | Trade Debt | N | $25.05 |
| 3045 | Munyundo Foundation | 4812 West 34th Street | Indianapolis | IN | 46224 | Various | Trade Debt | N | $25.00 |
| 3046 | Garlyn Place | Po Box 6 | Vidor | TX | 77670 | Various | Trade Debt | N | $25.00 |
| 3047 | Rich Dee Entrepreneur Foundation | 359 Sigourney St Ste 3 | Hartford | CT | 6112 | Various | Trade Debt | N | $25.00 |
| 3048 | Life On Display | 8019 Barr Rd | Portland | MI | 48875 | Various | Trade Debt | N | $25.00 |
| 3049 | Kept inc | P.O.Box 290 | Louisville | KY | 40027 | Various | Trade Debt | N | $25.00 |
| 3050 | The Father In Me | 2532 S Hairston Rd | Decatur | GA | 30035 | Various | Trade Debt | N | $25.00 |
| 3051 | The Maale Foundation | 601 Center Dr | Cactus | TX | 79013 | Various | Trade Debt | N | $25.00 |
| 3052 | United for Baby | 9 Jonquil Court | Elgin | SC | 29045 | Various | Trade Debt | N | $25.00 |
| 3053 | Left Hearts Inc | 3 Edwin st | Bridgeport | CT | 6607 | Various | Trade Debt | N | $25.00 |
| 3054 | Good Mourning Club | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $25.00 |
| 3055 | Community Reflections Inc | 10020 S. Western Ave | Los Angeles | CA | 90047 | Various | Trade Debt | N | $25.00 |
| 3056 | Kancyber Awareness | 14041 w 158th st | Olathe | KS | 66062 | Various | Trade Debt | N | $25.00 |
| 3057 | Fahma Humanitarian Organization International | 901 N McDonald street ste 504 | Mckinney | TX | 75069 | Various | Trade Debt | N | $25.00 |
| 3058 | Behavioral Health Wellness Center VR | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $25.00 |
| 3059 | Beyond The Valley | 6419 64th Way | West Palm Beach | FL | 33409 | Various | Trade Debt | N | $25.00 |
| 3060 | Know Thy Worth | 3146 Pacific Ave. | Memphis | TN | 38112 | Various | Trade Debt | N | $25.00 |
| 3061 | CHAMPION Now | 441 N 3rd Ave | Des Plaines | IL | 60016 | Various | Trade Debt | N | $25.00 |
| 3062 | Mission San Pedro | 1187 Coast Village Rd #101 | Santa Barbara | CA | 93108 | Various | Trade Debt | N | $25.00 |
| 3063 | Roguelike Celebration | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $25.00 |
| 3064 | North Shore Helpers | 2600 Forest Glen Trl | Deerfield | IL | 60015 | Various | Trade Debt | N | $25.00 |
| 3065 | Epicenter Projects THE ELEMENTAL | 145 N Raymond | Pasadena | CA | 91105 | Various | Trade Debt | N | $25.00 |
| 3066 | Presenting AfroClassical Composers | 1430 N Harper Avenue 105 | Los Angeles | CA | 90046 | Various | Trade Debt | N | $25.00 |
| 3067 | Tea Verse Poetry Salon | 145 N Raymond | Pasadena | CA | 91103 | Various | Trade Debt | N | $25.00 |
| 3068 | Comite Mexicano de Cleveland | 13609 Lakewood Heights Blvd | Cleveland | OH | 44107 | Various | Trade Debt | N | $25.00 |
| 3069 | Embracing With Value Foundation | 2121 Oak Knoll Dr | Baton Rouge | LA | 70815 | Various | Trade Debt | N | $25.00 |
| 3070 | Courageous Convictions | 1111 W Chicago Ave Apt 2A | Chicago | IL | 60642 | Various | Trade Debt | N | $25.00 |
| 3071 | CAAIRE for Youth Inc. | 1746 E. Silver Star Road Ste. 288B | Ocoee | FL | 34761 | Various | Trade Debt | N | $25.00 |
| 3072 | Voices of the Community | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $25.00 |
| 3073 | COCOA House | 869 Stanley St | Schenectady | NY | 12307 | Various | Trade Debt | N | $25.00 |
| 3074 | Community Cultivation Project | 3101 Heritage Dr Unit 8 | Joliet | IL | 60435 | Various | Trade Debt | N | $25.00 |
| 3075 | Simply Southern Rescue | 4232 Beacon Light Rd | Ruston | LA | 71270 | Various | Trade Debt | N | $25.00 |
| 3076 | Helping Hands One Life At A Time | 1309 Zinnia Court | Patterson | CA | 95363 | Various | Trade Debt | N | $25.00 |
| 3077 | Project Roots Inc. | 7000 N 16th St. #326 | Phoenix | AZ | 85020 | Various | Trade Debt | N | $25.00 |
| 3078 | Work It Well Project | 248 3rd St #624 | Oakland | CA | 94607 | Various | Trade Debt | N | $25.00 |
| 3079 | Chicago Education Advocacy Cooperative | 1330 East 53rd Street #529 | Chicago | IL | 60615 | Various | Trade Debt | N | $25.00 |
| 3080 | Bakersfield Angels | 8200 Stockdale Hwy. Ste. M10-261 | Bakersfield | CA | 93311 | Various | Trade Debt | N | $25.00 |
| 3081 | Changing Destinations Journey To Excellence Inc. | 8630 M Guilford Road Suite 174 | Columbia | MD | 21046 | Various | Trade Debt | N | $25.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3082 | Climate Warrior Collective Inc. | 6820 Wisconsin Ave Suite 8009 | Bethesda | MD | 20815 | Various | Trade Debt | N | $25.00 |
| 3083 | Mona Bailey Academy | P.O. Box 53073 | Bellevue | WA | 98015 | Various | Trade Debt | N | $25.00 |
| 3084 | Torus Teens | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $25.00 |
| 3085 | Project Girls for Girls | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $25.00 |
| 3086 | Footwork: The International Podoconiosis Initiative | P.O. Box 5473 STE 17 | Richmond | CA | 94805 | Various | Trade Debt | N | $25.00 |
| 3087 | 1 Step Away Foundation | 4139 West Bell Road STE 17 | Phoenix | AZ | 85053 | Various | Trade Debt | N | $25.00 |
| 3088 | One for Health Foundation Inc. | 290 South Br. | Walpole | MA | 2081 | Various | Trade Debt | N | $25.00 |
| 3089 | Blu Collar Group Inc. | 15621 W. 87th Street Pkwy. #110 | Lenexa | KS | 66219 | Various | Trade Debt | N | $25.00 |
| 3090 | Orans: The Campaign For Relational Leadership Inc. | 102 Longwood Road | Baltimore | MD | 21210 | Various | Trade Debt | N | $25.00 |
| 3091 | Senior Citizens' Legal Services | 317 Soquel Ave | Santa Cruz | CA | 95062 | Various | Trade Debt | N | $25.00 |
| 3092 | The Braddock Inclusion Project | 114 9th Street | Braddock | PA | 15104 | Various | Trade Debt | N | $25.00 |
| 3093 | Esmay's Garden Inc. | 30 E Columbia Ave | Battle Creek | MI | 49015 | Various | Trade Debt | N | $25.00 |
| 3094 | The Boston Fencing Club | 100 Holton Street | Boston | MA | 2135 | Various | Trade Debt | N | $25.00 |
| 3095 | Jeremiah Lee Corporation | PO Box | Woodbridge | VA | 22193 | Various | Trade Debt | N | $25.00 |
| 3096 | H.E.L.P.S. Ministry Outreach | 238 W State Street | Jacksonville | IL | 62650 | Various | Trade Debt | N | $25.00 |
| 3097 | CHEER | 546 S. Bedford St. | Georgetown | DE | 19947 | Various | Trade Debt | N | $25.00 |
| 3098 | Asian Law Alliance | 991 W. Hedding St. Suite 202 | San Jose | CA | 95126 | Various | Trade Debt | N | $25.00 |
| 3099 | Joint Awareness Foundation Inc. | 2774 Cobb Pkway NW Suite 109 | Kennesaw | GA | 30152 | Various | Trade Debt | N | $24.39 |
| 3100 | LIONMAN Foundation | 9954 Lake Forest Blvd Suite 5 | New Orleans | LA | 70127 | Various | Trade Debt | N | $22.48 |
| 3101 | John Henry Foundation | 403 N. Susan Street | Santa Ana | CA | 92703 | Various | Trade Debt | N | $22.08 |
| 3102 | The Bridge Connection | 1570 Bozman Rd Wylie TX 75098 | Wylie | TX | 75098 | Various | Trade Debt | N | $21.36 |
| 3103 | Down Syndrome Association of Northwest Michigan | P.O. Box 2151 | Traverse City | MI | 49685 | Various | Trade Debt | N | $21.00 |
| 3104 | AdventureVet | 375 S Main St. #115 | Moab | UT | 84532 | Various | Trade Debt | N | $21.00 |
| 3105 | Hope Mohr Dance | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $20.00 |
| 3106 | Community Health Partners Uganda | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $20.00 |
| 3107 | Silicon Valley Rhythm Dance | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $20.00 |
| 3108 | The Coalition for Disability Rights and Justice CDRJ | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $20.00 |
| 3109 | Latinx Racial Equity Project | 1625 Clay St Floor 6 | Oakland | CA | 94612 | Various | Trade Debt | N | $20.00 |
| 3110 | California Migration Museum | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $20.00 |
| 3111 | Sick in Quarters | 145 N Raymond Avenue | Pasadena | CA | 91103 | Various | Trade Debt | N | $20.00 |
| 3112 | Team America Relief | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $20.00 |
| 3113 | Nor Cal FDC | 300 Frank H. Ogawa Plaza | Oakland | CA | 94612 | Various | Trade Debt | N | $20.00 |
| 3114 | Oakland Technology and Education Center | 8117 Sunkist Dr | Oakland | CA | 94605 | Various | Trade Debt | N | $20.00 |
| 3115 | National Black Home Educators Resource Association | 13434 Plank Road | Baker | LA | 70714 | Various | Trade Debt | N | $20.00 |
| 3116 | National EMS Museum | 26422 Oakridge Drive Suite 105 | Milwaukee | WI | 53185-1402 | Various | Trade Debt | N | $20.00 |
| 3117 | WHIN Food Council | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $20.00 |
| 3118 | Peacock Rebellion | 1714 Franklin St. #100-404 | Oakland | CA | 94612 | Various | Trade Debt | N | $20.00 |
| 3119 | Ikkatsu Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $20.00 |
| 3120 | Global Climate & Health Alliance | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $20.00 |
| 3121 | Cage-Free Repair | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $20.00 |
| 3122 | Arts without Boundaries | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $19.90 |
| 3123 | Runway For A Cause Foundation | 8205 Lapping Brook Court | Laurel | MD | 20723 | Various | Trade Debt | N | $18.55 |
| 3124 | Lawndale Christian Development Corporation | 3843 West Ogden Ave | Chicago | IL | 60623 | Various | Trade Debt | N | $17.80 |
| 3125 | Swim Across America Inc. | 22 Vandewater #105 | San Francisco | CA | 94133 | Various | Trade Debt | N | $17.65 |
| 3126 | Born Again Ministries | 5001 Allyson Court | Austin | TX | 78744 | Various | Trade Debt | N | $16.93 |
| 3127 | The Douglas Brothers Foundation Inc. | 495 Highway 138 | Jonesboro | GA | 30236 | Various | Trade Debt | N | $16.29 |
| 3128 | Billy's Loving Cats Inc. | 528 115th Street | College Point | NY | 11356 | Various | Trade Debt | N | $15.00 |
| 3129 | Civically Engaged | 1901 S 9th Street Bok Room 212 | Philadelphia | PA | 19148 | Various | Trade Debt | N | $15.00 |
| 3130 | Juneteenth Coalition | 11 Monte Vista Dr. | Monterey | CA | 93940 | Various | Trade Debt | N | $15.00 |
| 3131 | Wild Ramp Publishing | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $15.00 |
| 3132 | Meg Foundation | 10169 E 28Th Ave | Denver | CO | 80238 | Various | Trade Debt | N | $15.00 |
| 3133 | Sunrise of Philadelphia | 907 Cantrell St | Philadelphia | PA | 19148 | Various | Trade Debt | N | $13.93 |
| 3134 | San Angelo Civic Ballet | 15 W. Beauregard | San Angelo | TX | 76903 | Various | Trade Debt | N | $13.50 |
| 3135 | Next Steps Today Inc. | PO Box 1856 | Simpsonville | SC | 29681 | Various | Trade Debt | N | $13.19 |
| 3136 | Lake Pend Oreille Waterkeeper | PO Box 732 | Sandpoint | ID | 83864 | Various | Trade Debt | N | $12.67 |
| 3137 | NAMI Northern Lakes | 235 N Stevens St | Rhinelander | WI | 54501 | Various | Trade Debt | N | $12.00 |
| 3138 | New Life Global Ministries | 201 E Burke St | Martinsburg | WV | 25401 | Various | Trade Debt | N | $11.30 |
| 3139 | Act for Africa | 9040 Falcon Glen Court | Bristow | VA | 20136 | Various | Trade Debt | N | $11.00 |
| 3140 | Epilepsy Foundation Central & South Texas | 8601 Village Drive Suite 220 | San Antonio | TX | 78217 | Various | Trade Debt | N | $10.79 |
| 3141 | Parents Coalition To Stop Teen Driving Deaths Now Inc. | 1253 Springfield Ave. Ste 167 | New Providence | NJ | 7974 | Various | Trade Debt | N | $10.00 |
| 3142 | Resilience Human Services Inc | 14605 Elm Street Ste 365 | Upper Marlboro | MD | 20772 | Various | Trade Debt | N | $10.00 |
| 3143 | Your Money Matters | 420 E Main St | Auburn | WA | 98002 | Various | Trade Debt | N | $10.00 |
| 3144 | Canton Black Assistance Foundation | 4649 South Blvd Nw Apt 22 | Canton | OH | 44718 | Various | Trade Debt | N | $10.00 |
| 3145 | Storied SF | 2830 20th Street STE 201 | San Francisco | CA | 94110 | Various | Trade Debt | N | $10.00 |
| 3146 | Affiliated Worldwide | 4018 Muirfield Rd S | Los Angeles | CA | 90008 | Various | Trade Debt | N | $10.00 |
| 3147 | Greater Bettendorf Community Foundation | 2511 Bellevue Ave | Bettendorf | IA | 52722 | Various | Trade Debt | N | $10.00 |
| 3148 | TOP Foundation | 359 Redondo Ave. | Long Beach | CA | 90814 | Various | Trade Debt | N | $10.00 |
| 3149 | Hope for the Culture | 77 Sugar Creek Center Blvd Suite 600 | Sugar Land | TX | 77478 | Various | Trade Debt | N | $10.00 |
| 3150 | Scheuermanns Disease Fund | 124 Froebe Road | Venetia | PA | 15367 | Various | Trade Debt | N | $10.00 |
| 3151 | Arts For More | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $10.00 |
| 3152 | Springclean | 932 Seigle Avenue | Charlotte | NC | 28205 | Various | Trade Debt | N | $10.00 |
| 3153 | Center for Cetacean Research Conservation | 800 Mere Point | Brunswick | ME | 4011 | Various | Trade Debt | N | $10.00 |
| 3154 | Community Saviors | 815 South Main Street | Sumter | SC | 29150 | Various | Trade Debt | N | $10.00 |
| 3155 | Mend Hunger | 127 Audubon Dr Suite C - 323 | Maumelle | AR | 72113 | Various | Trade Debt | N | $10.00 |
| 3156 | Sama Sama Cooperative | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $10.00 |
| 3157 | Vets' Community Connections (VCC) | 401 Mile of Cars Way | National City | CA | 91950 | Various | Trade Debt | N | $10.00 |
| 3158 | SaveMoneySaveLife Foundation | 517 E. 47th Street | Chicago | IL | 60609 | Various | Trade Debt | N | $10.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3159 | World Access For The Blind | Visioneers.org | 650 N. Rose Drive #208 | Placentia | CA | 92870 | Various | Trade Debt | N | $10.00 |
| 3160 | Legacy Global Foundation Inc. | 1423 S. Higley Rd. Suite 127 | Mesa | AZ | 85206 | Various | Trade Debt | N | $10.00 |
| 3161 | HALO Healing Autism through Learning and Opportunities | 40 Whitehall Newport Beach CA 92660 | Newport Beach | CA | 92660 | Various | Trade Debt | N | $10.00 |
| 3162 | Project Impact South Bend Inc. | 55501 Moss Rd. | South Bend | IN | 46628 | Various | Trade Debt | N | $10.00 |
| 3163 | Support for Families of Children with Disabilities | 1663 Mission Street Suite 700 | San Francisco | CA | 94103 | Various | Trade Debt | N | $10.00 |
| 3164 | Rhode Island Juvenile Officers Association | 102 A Palmer Drive | North Providence | RI | 2904 | Various | Trade Debt | N | $10.00 |
| 3165 | Aaron's Presents | 180 Main Street | Andover | MA | 1810 | Various | Trade Debt | N | $9.95 |
| 3166 | Glorious Expression Ministry | 12811 B Locbury Circle | Germantown | MD | 20874 | Various | Trade Debt | N | $9.83 |
| 3167 | Playbuilders Of Hawaii Theater Company | 807 Kaluanui RD | Honolulu | HI | 96825 | Various | Trade Debt | N | $9.70 |
| 3168 | Fort Worth Abandoned Animal Alliance | 7140 STEWART LN | Benbrook | TX | 76126 | Various | Trade Debt | N | $9.03 |
| 3169 | U.S. Masters Swimming | 1751 Mound Street Suite 201 | Sarasota | FL | 34236 | Various | Trade Debt | N | $9.02 |
| 3170 | Protective FORCES | 110 Chapman Street | Buena Vista | GA | 31803 | Various | Trade Debt | N | $8.95 |
| 3171 | Three Hots and a Cot | 7353 Kimberly Ave | Birmingham | AL | 35206 | Various | Trade Debt | N | $8.73 |
| 3172 | Sun Camp | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $7.35 |
| 3173 | Children's Oncology Services Inc. | 213 W. Institute Place Suite 306 | Chicago | IL | 60610 | Various | Trade Debt | N | $7.23 |
| 3174 | Audiopharmacy Prescriptions | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $7.10 |
| 3175 | Star Walkers Foundation Inc. | 7766 Highpoint Circle | West Bend | WI | 53090 | Various | Trade Debt | N | $7.00 |
| 3176 | TENxSG | 7000 Coliseum Way | Oakland | CA | 94621 | Various | Trade Debt | N | $7.00 |
| 3177 | No More Dirty | 5045 Memorial Pkwy. NW Suite B | Huntsville | AL | 35810 | Various | Trade Debt | N | $6.92 |
| 3178 | A Giving Heart | 816 Climax Street | Pittsburgh | PA | 15210 | Various | Trade Debt | N | $6.64 |
| 3179 | Dave's Redistricting | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $6.45 |
| 3180 | State of Mind Foundation | 2213 Gabriels Horn Rd | Leander | TX | 78641 | Various | Trade Debt | N | $6.00 |
| 3181 | Altadena Arts | 2591 Fair Oaks Avenue #403 | Altadena | CA | 91001 | Various | Trade Debt | N | $6.00 |
| 3182 | Wildlife Watch | PO Box 562 | New Paltz | NY | 12561 | Various | Trade Debt | N | $6.00 |
| 3183 | 5000 Puppets | 3817 26th Street | San Francisco | CA | 94110 | Various | Trade Debt | N | $5.48 |
| 3184 | National Storm Chaser Summit | PO Box 451 | Burkburnett | TX | 76354 | Various | Trade Debt | N | $5.00 |
| 3185 | Making Change Pawsible | 501 Knights Run Ave Apt 1107 | Tampa | FL | 33602 | Various | Trade Debt | N | $5.00 |
| 3186 | Youth Democracy Institute | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $5.00 |
| 3187 | Merlins Magic Wand Foundation | 1 LEGOLAND Drive | Carlsbad | CA | 92008 | Various | Trade Debt | N | $5.00 |
| 3188 | Lubbock Art Builders | 2304 Kewanee Ave | Lubbock | TX | 79407 | Various | Trade Debt | N | $5.00 |
| 3189 | Friendship New Vision Inc | 5301 Nebraska Ave | Toledo | OH | 43615 | Various | Trade Debt | N | $5.00 |
| 3190 | Get Everything U Foundation | 776 Jackson Street | Cincinnati | OH | 45215 | Various | Trade Debt | N | $5.00 |
| 3191 | Village Micro Fund | 1679 N Olympian Way SW | Atlanta | GA | 30310 | Various | Trade Debt | N | $5.00 |
| 3192 | New Carlisle Community Garden Inc. | 307 N Henry St | New Carlisle | OH | 45344 | Various | Trade Debt | N | $5.00 |
| 3193 | Rescued Love Inc. | 7950 1/2 S. Sam Houston Pkwy W - UNIT 344 | Houston | TX | 77085 | Various | Trade Debt | N | $5.00 |
| 3194 | 360Armor | 2507 Fulton Place | Santa Rosa | CA | 95401 | Various | Trade Debt | N | $5.00 |
| 3195 | Tina Fuller Foundation | 707 NW 10th Court | Hallandale | FL | 33009 | Various | Trade Debt | N | $5.00 |
| 3196 | Jersey City Gators | PO Box 4243 | Langhorne | PA | 7304 | Various | Trade Debt | N | $5.00 |
| 3197 | All In 1 Body | 112 Apple Blossom Ct | Orlando | FL | 32807 | Various | Trade Debt | N | $5.00 |
| 3198 | TRUE Mentors Inc. | PO Box 6264 | Hoboken | NJ | 7030 | Various | Trade Debt | N | $4.91 |
| 3199 | Friends of Cuso International | 122 Primrose Dr. | Covington | Louisiana | 70433 | Various | Trade Debt | N | $4.80 |
| 3200 | New Mexico Ethics Watch | P.O. Box 30586 | Albuquerque | NM | 87190 | Various | Trade Debt | N | $4.70 |
| 3201 | Free Geek | 1731 SE 10th Avenue | Portland | OR | 97214 | Various | Trade Debt | N | $4.60 |
| 3202 | Risala Foundation | 7623 Westmoreland | Sugar Land | TX | 77479 | Various | Trade Debt | N | $4.57 |
| 3203 | The Flower Project | P.O. Box 5473 | Richmond | CA | 94805 | Various | Trade Debt | N | $4.45 |
| 3204 | Frontline Ressurection | 10015 Farinosa Ave Sw | Albuquerque | NM | 87121 | Various | Trade Debt | N | $4.30 |
| 3205 | Bridges to America Inc. | 2225 Garfield Avenue | Salt Lake City | UT | 84108 | Various | Trade Debt | N | $4.05 |
| 3206 | Mask Bloc Santa Cruz | 1840 41st Ave Suite 102 #260 | Capitola | CA | 95010 | Various | Trade Debt | N | $3.70 |
| 3207 | The Depot | 200 S. Jones | Norman | OK | 73069 | Various | Trade Debt | N | $3.70 |
| 3208 | Access IT | P.O. Box 610 | San Antonio | TX | 78209 | Various | Trade Debt | N | $3.47 |
| 3209 | Pacific Atrocities Education | 950 Grant Ave. 2nd Floor | San Francisco | CA | 94108 | Various | Trade Debt | N | $3.47 |
| 3210 | House Of Matthew Permanent & Supportive Housing | 2342 Tacoma Ave S | Tacoma | WA | 98402 | Various | Trade Debt | N | $3.43 |
| 3211 | Orange Downtown Alliance Inc. | 130 W. Main Street | Orange | VA | 22960 | Various | Trade Debt | N | $3.40 |
| 3212 | Star Alliance | 2322 Shattuck Ave | Berkeley | CA | 94704 | Various | Trade Debt | N | $3.07 |
| 3213 | MobilityVision Inc | 2108 N St Suite #8299 | Sacramento | CA | 95816 | Various | Trade Debt | N | $3.00 |
| 3214 | Bayside Food Pantry | 311 Oak Street | Oakland | CA | 94607 | Various | Trade Debt | N | $3.00 |
| 3215 | Saint Francis Challenge | 401 S. Ventura Street | Ojai | CA | 93023 | Various | Trade Debt | N | $2.53 |
| 3216 | Forum Charitable Fund | 23600 Cristo Rey Drive | Cupertino | CA | 95014 | Various | Trade Debt | N | $2.50 |
| 3217 | The Freedom CafÂ© | 10 Mill Rd | Durham | NH | 3824 | Various | Trade Debt | N | $2.41 |
| 3218 | Caterpillar Hill Initiative | 328 Caterpillar Hill Rd | Sedgwick | ME | 4676 | Various | Trade Debt | N | $2.06 |
| 3219 | StartAnew | 1401 Newton Ave N | Minneapolis | MN | 55411 | Various | Trade Debt | N | $2.00 |
| 3220 | ART | 1446 Market Street | San Francisco | CA | 94102 | Various | Trade Debt | N | $2.00 |
| 3221 | Nsembui Foundation | 13352 West 88 Circle Apt B | Lenexa | KS | 66215 | Various | Trade Debt | N | $2.00 |
| 3222 | Akoma Arts - Fiscal Sponsor: School of Arts and Culture | 4108 Clemence Avenue | San Jose | CA | 95122 | Various | Trade Debt | N | $1.65 |
| 3223 | Trumbull Manor Inc | 50 Rica Vista | Novato | CA | 94947 | Various | Trade Debt | N | $1.62 |
| 3224 | New Leaf Organization | 690 S Tiffin St | Port Clinton | OH | 43452 | Various | Trade Debt | N | $1.58 |
| 3225 | Rotary Club of Los Angeles Foundation | 1150 S. Olive Street 10th Floor | Los Angeles | CA | 90015 | Various | Trade Debt | N | $1.41 |
| 3226 | Kids Creative | 71 Fifth Ave. 6th FL | New York | NY | 10003 | Various | Trade Debt | N | $1.40 |
| 3227 | Trinity Enrichment Center | 401 Tom Landry #224461 | Dallas | TX | 75222 | Various | Trade Debt | N | $1.25 |
| 3228 | CSUMB | ATTN: Business Club 100 Campus Center CSUMB Student Center (Building 12) | Seaside | CA | 93955 | Various | Trade Debt | N | $1.17 |
| 3229 | Generation Good Respect | PO Box 1121 | Sterling | CO | 80751 | Various | Trade Debt | N | $1.11 |
| 3230 | Colorado International Soccer Academy | P.O Box 3436 | Parker | CO | 80134 | Various | Trade Debt | N | $1.04 |
| 3231 | Help Mito Kids | Po Box 5154 | El Dorado Hills | CA | 95762 | Various | Trade Debt | N | $1.00 |
| 3232 | Rally2Give | 32 Lowell Rd | Concord | MA | 1742 | Various | Trade Debt | N | $1.00 |
| 3233 | Bring the Change | 201 Washington St. Suite 533 | Reading | PA | 19601 | Various | Trade Debt | N | $1.00 |
| 3234 | Housing Land Trust Ventura County | 360 Mobil Avenue Suite 213A | Camarillo | CA | 93010 | Various | Trade Debt | N | $1.00 |

| 3235 | RJ Media | 71-19 80th St | Fresh Meadows | NY | 11385 | Various | Trade Debt | N | $1.00 |
| 3236 | Vision Carthage | 221 W. 4th Street Suite 15 | Carthage | MO | 64836 | Various | Trade Debt | N | $1.00 |
| 3237 | Garden of Destiny CDC | 15500 Voss Rd Ste 597 | Sugar Land | TX | 77498 | Various | Trade Debt | N | $1.00 |
| 3238 | Stepping Stone Pathways | 500 Laurel Drive | Monroeville | PA | 15146 | Various | Trade Debt | N | $1.00 |
| 3239 | Christmas Wish Project of Tarrant County | 1905 Cielo Court | Keller | TX | 76262 | Various | Trade Debt | N | $1.00 |
| 3240 | Friends of Roosevelt Middle School | 3366 Park Boulevard Street | San Diego | CA | 92103 | Various | Trade Debt | N | $1.00 |
| 3241 | The Wisdom Center for Autism | 810 Kokomo Road | | HI | 96708 | Various | Trade Debt | N | $1.00 |
| 3242 | Community Connections for Youth | 369 East 149th Street 7th Floor | Bronx | NY | 10455 | Various | Trade Debt | N | $1.00 |
| 3243 | Blessing Through Broken Hearts | PO Box 551434 | Jacksonville | FL | 32255 | Various | Trade Debt | N | $0.99 |
| 3244 | Lutheran Outdoor Ministries Center | 1834 S. IL Rt. #2 | Oregon | IL | 61061 | Various | Trade Debt | N | $0.99 |
| 3245 | Pacific Rivers | 1001 SE Water Ave. Suite 450 | Portland | OR | 97214 | Various | Trade Debt | N | $0.95 |
| 3246 | Hilson Management | 686 N Lilly DR | Big Lake | AK | 99652 | Various | Trade Debt | N | $0.94 |
| 3247 | Wumaniti Earth Native Sanctuary Nac | 203 Ledoux St. | Taos | NM | 87571 | Various | Trade Debt | N | $0.92 |
| 3248 | DoughMain Financial Literacy Foundation Inc. | 189 Wall Street | Princeton | NJ | 8540 | Various | Trade Debt | N | $0.90 |
| 3249 | Imagine And Create Foundation | 59-778 Kamehameha Hwy | Haleiwa | HI | 96712 | Various | Trade Debt | N | $0.82 |
| 3250 | LauraValentine Ministries | 201 Cargile Lane | Nashville | TN | 37205 | Various | Trade Debt | N | $0.80 |
| 3251 | Mimi Cave | 87 Ethel Ave Apt 4 | Mill Valley | CA | 94941 | Various | Trade Debt | N | $0.77 |
| 3252 | Kuleana Micro-Lending | 1726 B Anapuni Street | Honolulu | HI | 96822 | Various | Trade Debt | N | $0.75 |
| 3253 | Friends of Cuso International | 1101 15th St. NW | Washington | DC | 20005 | Various | Trade Debt | N | $0.72 |
| 3254 | Joe Namath Charitable Foundation | 273 Columbus Ave | Tuckahoe | NY | 10707 | Various | Trade Debt | N | $0.68 |
| 3255 | Friends of Cuso International | 876 North Sapphire Dr. | Layton | Utah | 84041 | Various | Trade Debt | N | $0.68 |
| 3256 | The Lukezic Family Foundation | 55 Wall Street Apt 708 | New York | NY | 10005 | Various | Trade Debt | N | $0.63 |
| 3257 | New Orleans Kids Partnership | 2640 Canal Street 4th Floor | New Orleans | LA | 70119 | Various | Trade Debt | N | $0.60 |
| 3258 | CPRunners Inc. | 4756 Valley View Ave | Yorba Linda | CA | 92886 | Various | Trade Debt | N | $0.56 |
| 3259 | Kokua Charitable Foundation | 47125 Via Antibes | La Quinta | CA | 92253 | Various | Trade Debt | N | $0.52 |
| 3260 | The Protege Project | 2911 Mills Ave Ne | Washington | DC | 20018 | Various | Trade Debt | N | $0.50 |
| 3261 | Pebble Beach Parlor Legacy | 112 Stage Road | Pescadero | CA | 94060 | Various | Trade Debt | N | $0.47 |
| 3262 | Team ECCO Inc. | 511 N Main Street | Hendersonville | NC | 28792 | Various | Trade Debt | N | $0.40 |
| 3263 | World Orphans Education Fund | 9620 Barrel House Road #P | Laurel | MD | 20723 | Various | Trade Debt | N | $0.40 |
| 3264 | Integral Living Society | 53 La Grande Ave | San Francisco | CA | 94112 | Various | Trade Debt | N | $0.30 |
| 3265 | Service DOC | 7807 Centella Street | Carlsbad | CA | 92009 | Various | Trade Debt | N | $0.27 |
| 3266 | Kingdom Outdoors | 1010 Victory Lane | Starkville | MS | 39759 | Various | Trade Debt | N | $0.26 |
| 3267 | HSC Foundation Inc. | N8474 Krause Rd | Engadine | MI | 49827 | Various | Trade Debt | N | $0.25 |
| 3268 | | 411 Main Street 1st Floor | Indian Orchard | MA | 1151 | Various | Trade Debt | N | $0.25 |
| 3269 | Catering for the Homeless Inc. | 60-39 56th Rd Apt 3R | Maspeth | NY | 11378 | Various | Trade Debt | N | $0.23 |
| 3270 | SpreadPeace.org | 304 S. Jone Blvd 3339 | Las Vegas | NV | 89107 | Various | Trade Debt | N | $0.21 |
| 3271 | Paititi Institute | 1187 Coast Village Rd Suite 101 | Santa Barbara | CA | 93108 | Various | Trade Debt | N | $0.20 |
| 3272 | Torrey Pines Pop Warner | 3830 Valley Center Dr. Pmb 551 #705 | San Diego | CA | 92130 | Various | Trade Debt | N | $0.15 |
| 3273 | Royal Christian Institute | 55 South State Avenue Suite 312 | | IN | 46201 | Various | Trade Debt | N | $0.14 |
| 3274 | Synapse School | 3375 Edison Way | Menlo Park | CA | 94025 | Various | Trade Debt | N | $0.09 |
| 3275 | American Express | PO Box 981535 | El Paso | TX | 79998 | Various | Trade Debt | N | $0.00 |
| 3276 | Brex | 50 W Broadway, Suite #15548 | Salt Lake City | UT | 84101 | Various | Trade Debt | N | $0.00 |

**Fill in this information to identify the case:**

Debtor name     **Flipcause, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement |
|  State the term remaining | |
|  List the contract number of any government contract | **A-Lign**<br>**400 N. Ashley Dr., Suite 1325**<br>**Tampa, FL 33602** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement |
|  State the term remaining | |
|  List the contract number of any government contract | **Adobe**<br>**345 Park Ave**<br>**San Jose, CA 95110** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement |
|  State the term remaining | |
|  List the contract number of any government contract | **Aircall.io, Inc.**<br>**44 W 28th St., 14th Fl**<br>**New York, NY 10001** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement |
|  State the term remaining | |
|  List the contract number of any government contract | **Airtable**<br>**1 Front St., Floor 28**<br>**San Francisco, CA 94111** |

Debtor 1  **Flipcause, Inc.**                                          Case number (*if known*) _____
          First Name        Middle Name        Last Name

<span style="background-color:purple">    </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Amazon Web Services** |
| | List the contract number of any government contract | | **410 Terry Ave North**<br>**Seattle, WA 98109-5210** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Artia International S.R.L** |
| | List the contract number of any government contract | | **Bld. Decebal 28**<br>**Bucharest, 030971**<br>**Romania** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Atlassian Pty Ltd** |
| | List the contract number of any government contract | | **Level 6, 341 George St**<br>**Sydney NSW 2000**<br>**Australia** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Augment Code** |
| | List the contract number of any government contract | | **395 Page Mill Rd., Suite 100**<br>**Palo Alto, CA 94306** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Avion Technology, Inc.** |
| | List the contract number of any government contract | | **415 W. Golf Rd., Suite 45**<br>**Golf Corporate Center**<br>**Arlington Heights, IL 60005** |

Debtor 1   **Flipcause, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

<table>
<tr><td style="background:#4b1f4e"> </td><td><b>Additional Page if You Have More Contracts or Leases</b></td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Beamer**<br>**3500 South Dupont Hwy**<br>**Dover, DE 19901** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Beautiful Slides, Inc.**<br>**1556 Sanchez St**<br>**San Francisco, CA 94131** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Bluehost, Inc.**<br>**5335 Gate Parkway**<br>**Jacksonville, FL 32256** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Calendly LLC**<br>**115 E Main St**<br>**Ste A1B PMB 123**<br>**Buford, GA 30518** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Candid**<br>**32 Old Slip**<br>**New York, NY 10005** |

Debtor 1  **Flipcause, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*) _____

<table>
<tr><td style="background:#3a0a3a"> </td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**IT/Software Agreement**

**Canva US Inc**
**3212 E. Cesar Chavez St**
**Building 1, Suite 1300**
**Austin, TX 78702**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**IT/Software Agreement**

**Celonis Inc.**
**One World Trade Center, 70th Floor**
**New York, NY 10007**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**IT/Software Agreement**

**Check Point Software Technologies, Inc.**
**100 Oracle Pkwy, Suite 800**
**Redwood City, CA 94065**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**IT/Software Agreement**

**Cloud4J, Inc.**
**21615 W 96th Street**
**Lenexa, KS 66220**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**IT/Software Agreement**

**Cloudcraft**
**228 Park Ave S**
**New York, NY 10003**

---

Debtor 1   **Flipcause, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement | |
|---|---|---|---|
| | State the term remaining | | Cloudflare, Inc. |
| | List the contract number of any government contract | | 101 Townsend St<br>San Francisco, CA 94107 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement | |
|---|---|---|---|
| | State the term remaining | | Constant Contact |
| | List the contract number of any government contract | | 890 Winter St, Suite 300<br>Waltham, MA 02451 |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement | |
|---|---|---|---|
| | State the term remaining | | Cronitor, Inc. |
| | List the contract number of any government contract | | 1701 10th St<br>Berkeley, CA 94710 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement | |
|---|---|---|---|
| | State the term remaining | | Diawi |
| | List the contract number of any government contract | | 34 rue Notre-Dame de Lorette<br>75009 Paris |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement | |
|---|---|---|---|
| | State the term remaining | | Docusign, Inc. |
| | List the contract number of any government contract | | 221 Main St, Suite 800<br>San Francisco, CA 94105 |

Debtor 1   **Flipcause, Inc.**

First Name        Middle Name        Last Name

Case number (if known) _____

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest     **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

Doppler Technologies, Inc.
440 N. Barranca Ave #5880
Covina, CA 91723

**2.26.** State what the contract or lease is for and the nature of the debtor's interest     **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

DropSecure
6469 Almaden Expy, Ste 80 #371
San Jose, CA 95120

**2.27.** State what the contract or lease is for and the nature of the debtor's interest     **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

Eleven Labs Inc.
169 Madison Ave., #2484
New York, NY 10016

**2.28.** State what the contract or lease is for and the nature of the debtor's interest     **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

Envato Elements Pty Ltd
PO Box 16122
Collins Street West
Melbourne, Victoria 8007
Australia

**2.29.** State what the contract or lease is for and the nature of the debtor's interest     **Storage unit lease**

State the term remaining

List the contract number of any government contract

ExtraSpace Storage
210 Fallon St
Oakland, CA 94607

Debtor 1  **Flipcause, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Businessowners Insurance** | |
|---|---|---|---|
| | State the term remaining | **2/18/25 - 2/18/26** | |
| | List the contract number of any government contract | | **Farmers Insurance**<br>**39675 Cedar Blvd #190**<br>**Newark, CA 94560** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Figma**<br>**760 Market St, Floor 10**<br>**San Francisco, CA 94102** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **First Orion Corp**<br>**520 Main St, Ste 400**<br>**North Little Rock, AR 72114** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Salesforce administration services agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Flipkloud**<br>**1208 Sector 23 A**<br>**Faribadad, India** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Flywheel Digital**<br>**1801 Porter Street, Suite 300**<br>**Baltimore, MD 21230** |

Debtor 1    **Flipcause, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*

<table>
<tr><td style="background:#3d0a3d;"> </td><td><b>Additional Page if You Have More Contracts or Leases</b></td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fontawesome** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
| | State the term remaining | | **GitHub, Inc.** |
| | List the contract number of any government contract | | **88 Colin P. Kelly Jr. St.**<br>**San Francisco, CA 94107** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
| | State the term remaining | | **Google Cloud** |
| | List the contract number of any government contract | | **1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
| | State the term remaining | | **Google, LLC** |
| | List the contract number of any government contract | | **1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
| | State the term remaining | | **Grammarly** |
| | List the contract number of any government contract | | **548 Market St., #35410**<br>**San Francisco, CA 94104** |

Debtor 1  **Flipcause, Inc.**
_____     Case number *(if known)* _____
First Name          Middle Name          Last Name

█ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement | |
|---|---|---|---|
| | State the term remaining | | **Guardian Network Solutions** |
| | List the contract number of any government contract | | **119 Goliad St., Suite 201** **Fort Worth, TX 76126** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement | |
|---|---|---|---|
| | State the term remaining | | **Guru Technologies Inc.** |
| | List the contract number of any government contract | | **121 S Broad St., 10th Fl** **Philadelphia, PA 19107** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Horizon Growth Partners LLC** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement | |
|---|---|---|---|
| | State the term remaining | | **Intercom, Inc.** |
| | List the contract number of any government contract | | **55 2nd Street, Suite 400** **San Francisco, CA 94105** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | IT/Software Agreement | |
|---|---|---|---|
| | State the term remaining | | **Intuit Inc.** **Attn:  Quickbooks** |
| | List the contract number of any government contract | | **2800 E. Commerce Center Place** **Tucson, AZ 85706** |

Debtor 1   **Flipcause, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **JetBrains Americas Inc.** |
| | List the contract number of any government contract | | **989 East HIllsdale Blvd., Suite 200** **San Mateo, CA 94404** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **JetBrains Americas Inc.** |
| | List the contract number of any government contract | | **989 E. Hillsdale Blvd, Suite 200** **San Mateo, CA 94404** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kaseya US LLC** |
| | List the contract number of any government contract | | **701 Brickell Ave, Suite 400** **Miami, FL 33131** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **LambdaTest, Inc.** |
| | List the contract number of any government contract | | **1390 Market St., Suite 200** **San Francisco, CA 94102** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Laracasts** |
| | List the contract number of any government contract | | **300 N New York Ave** **Winter Park, FL 32790** |

Debtor 1   **Flipcause, Inc.**

First Name      Middle Name      Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.50.** State what the contract or lease is for and the nature of the debtor's interest

**IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Lemon Squeezy LLC**
**354 Oyster Point Blvd**
**South San Francisco, CA 94080**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

**IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Lockwell**
**68 Jay St, Suite 201**
**Brooklyn, NY 11201**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest

**IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Loom, Inc.**
**5214F Diamond Heights Blvd. #3391**
**San Francisco, CA 94131**

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

**IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**mabl**
**38 Chauncy St., 9th Fl**
**Boston, MA 02111**

---

**2.54.** State what the contract or lease is for and the nature of the debtor's interest

**IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Mailchimp**
**c/o The Rocket Science Group, LLC**
**405 N. Angier Ave NE**
**Atlanta, GA 30308**

---

Debtor 1    **Flipcause, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*) _____

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.55.**  State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**MassMailer, Inc.**
**8 The Green, Suite #8176**
**Dover, DE 19901**

**2.56.**  State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Microsoft Corporation**
**One Microsoft Way**
**Redmond, WA 98052**

**2.57.**  State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**myInterview Ltd**
**156 Menachem Begin Road**
**Tel Aviv-Yafo, Tel Aviv District 6492108**
**Israel**

**2.58.**  State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Namecheap, Inc.**
**4600 E. Washington St., Suite 305**
**Phoenix, AZ 85034**

**2.59.**  State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Nav Technologies**
**13693 S 200 W., Suite 200**
**Draper, UT 84020**

Debtor 1  **Flipcause, Inc.**                                    Case number *(if known)* _____
         First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Numeracle, Inc.** |
| | List the contract number of any government contract | | **7918 Jones Branch Dr., 4th Floor**<br>**Mc Lean, VA 22102** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **ODS resource tracking agreement** | |
|---|---|---|---|
| | State the term remaining | | **Oakland Data Systems** |
| | List the contract number of any government contract | | **Purok 2**<br>**Poblacion, Lila, Bohol**<br>**Philippines** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Virtual assistant services agreement** | |
|---|---|---|---|
| | State the term remaining | | **Ocean Os Group, Inc.** |
| | List the contract number of any government contract | | **220 Emerlad Vista Way, Unit #517**<br>**Las Vegas, NV 89144** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **OpenAI, LLC** |
| | List the contract number of any government contract | | **548 Market St**<br>**PMB 97273**<br>**San Francisco, CA 94104-5401** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Temporary Disability Insurance** | |
|---|---|---|---|
| | State the term remaining | **2/18/25 - 2/18/26** | **Pacific Guardian Life** |
| | List the contract number of any government contract | | **1440 Kapiolani Blvd., Suite 1700**<br>**Honolulu, HI 96814** |

Debtor 1    **Flipcause, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.65.** State what the contract or lease is for and the nature of the debtor's interest    **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

Paddle.com Inc.
3811 Ditmars Blvd #1071
Astoria, NY 11105

**2.66.** State what the contract or lease is for and the nature of the debtor's interest    **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

PandaDoc, Inc.
Dept. LA 24920
Pasadena, CA 91185-4920

**2.67.** State what the contract or lease is for and the nature of the debtor's interest    **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

PayPro Global, Inc.
225 The East Mall, Suite 1117
Toronto, Ontario M9B 9A9
Canada

**2.68.** State what the contract or lease is for and the nature of the debtor's interest    **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

Port Companies
344 20th St
Oakland, CA 94612

**2.69.** State what the contract or lease is for and the nature of the debtor's interest    **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

PortSwigger Ltd
6 Booths Park, Chelford Rd
Knutsford WA16 8ZS
United Kingdom

Debtor 1  **Flipcause, Inc.**
_____  Case number (*if known*) _____
First Name      Middle Name      Last Name

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Postman, Inc.**<br>**1 Market Plaza, Suite 0800** |
| | List the contract number of any government contract | | **Steuart Tower**<br>**San Francisco, CA 94105** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Raintank, Inc. dba Grafana Labs**<br>**165 Broadway, 23rd Floor** |
| | List the contract number of any government contract | | **New York, NY 10006** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Real Validation** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **RealtimeBoard Inc. dba Miro**<br>**201 Spear Street, Suite 1100** |
| | List the contract number of any government contract | | **San Francisco, CA 94105** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **IT/Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Reclaim.ai, Inc.**<br>**548 Market St PMB 83627** |
| | List the contract number of any government contract | | **San Francisco, CA 94104** |

Debtor 1  **Flipcause, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*) _____

<table>
<tr><td style="background:#3d0838;width:60px;"> </td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.75.** State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Rippling**
**People Center, Inc.**
**430 California St., 12th Floor**
**San Francisco, CA 94104**

---

**2.76.** State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Salesforce, Inc.**
**Salesforce Tower**
**415 Mission St, 3rd Floor**
**San Francisco, CA 94105**

---

**2.77.** State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Sentry**
**45 Fremont St, 8th Fl**
**San Francisco, CA 94105**

---

**2.78.** State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Snyk, Inc.**
**100 Summer St., 7th Floor**
**Boston, MA 02110**

---

**2.79.** State what the contract or lease is for and the nature of the debtor's interest — **Workers Compensation**

State the term remaining

List the contract number of any government contract

**State of Washington**
**Dept of Labor & Industries**
**7273 Linderson Way SW**
**Olympia, WA 98501**

---

Debtor 1   **Flipcause, Inc.**
_____          Case number (*if known*) _____
First Name        Middle Name        Last Name

<table>
<tr><td style="background:#3d1a3d;"> </td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.80. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **IT/Software Agreement**<br><br><br><br>**Synthesia Limited**<br>**Level 3, 20 Triton Street**<br>**Regent's Place**<br>**London NW1 3BF**<br>**United Kingdom** |
| 2.81. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **IT/Software Agreement**<br><br><br><br>**TeamViewer Germany GmbH**<br>**Bahnhofsplatz 2**<br>**73033 Goppingen**<br>**Germany** |
| 2.82. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Workers' Compensation**<br><br><br>**1/1/25 - 1/1/26**<br><br>**Technology Insurance Company, Inc.**<br>**800 Superior Ave East, 21st Fl**<br>**Cleveland, OH 44114** |
| 2.83. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **IT/Software Agreement**<br><br><br><br>**Tiptap**<br>**c/o Paddle.com Market Ltd**<br>**Judd House, 18-29 Mora St**<br>**London EC1V 8BT**<br>**United Kingdom** |
| 2.84. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Outsourcing Service Agreement**<br><br><br><br>**Transec BPO Solutions Inc.**<br>**3103 31st Floor One Corporate Centre**<br>**Meralco Ave, Ortigas Center**<br>**Pasig City, Metro Manilla**<br>**Philippines 1600** |

Debtor 1    **Flipcause, Inc.**                                              Case number (*if known*) _____

First Name        Middle Name        Last Name

◼ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.85.** State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Twilio Inc.**<br>**101 Spear St, Suite 500**<br>**San Francisco, CA 94105** |
| **2.86.** State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Twilio Inc.**<br>**101 Spear St, Suite 500**<br>**San Francisco, CA 94105** |
| **2.87.** State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Typeform S.L.**<br>**Can Rabia, 3-5, 4th Fl**<br>**Barcelona, Cataluna, Spain**<br>**08017** |
| **2.88.** State what the contract or lease is for and the nature of the debtor's interest — **IT/Software Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Verifalia**<br>**Cobisi Research**<br>**Via della Costituzione, 31**<br>**35010 - Vigonza, Italy** |
| **2.89.** State what the contract or lease is for and the nature of the debtor's interest — **Cellular Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Verizon Wireless**<br>**Attn: Bankruptcy**<br>**500 Technology Drive**<br>**Suite 550**<br>**Weldon Springs, MO 63304** |

Debtor 1   **Flipcause, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.90.**   State what the contract or lease is for and the nature of the debtor's interest    **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Visible.vc, Inc.
2045 W Grand Ave., Suite B
Chicago, IL 60612**

**2.91.**   State what the contract or lease is for and the nature of the debtor's interest    **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Wave Financial Inc.
155 Queens Quay East
Toronto, Ontario M5A 0W4
Canada**

**2.92.**   State what the contract or lease is for and the nature of the debtor's interest    **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Weebly
c/o Block Inc.
1955 Broadway
Oakland Uptown
Oakland, CA 94612**

**2.93.**   State what the contract or lease is for and the nature of the debtor's interest    **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Zapier Inc.
548 Market St #62411
San Francisco, CA 94104-5401**

**2.94.**   State what the contract or lease is for and the nature of the debtor's interest    **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**ZipCodeAPI**

Debtor 1  **Flipcause, Inc.**                                    Case number *(if known)* _____
_____
First Name      Middle Name      Last Name

<span style="background:purple">    </span> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.95.  State what the contract or lease is for and the nature of the debtor's interest   **IT/Software Agreement**

State the term remaining

List the contract number of any government contract

**Zoom Communications, Inc.**
**55 Almaden Blvd., 6th Floor**
**San Jose, CA 95113**

**Fill in this information to identify the case:**

Debtor name        **Flipcause, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
  amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ City      State      Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City      State      Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City      State      Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City      State      Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name **Flipcause, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**     **Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,606,606.71** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$11,138,352.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$11,162,558.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**     **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Flipcause, Inc.**                                    Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Emerson Ravyn** | **Misc between 12.1.24 and 7.1.25** | **$455,400.00** | **Board approved external investment initiative** |
| 4.2. **Lockwell** | **Misc between 12.1.24 and 9.8.25** | **$66,469.28** | **service fees for cybersecurity and compliance** |
| 4.3. **RGI Venture Studio** | **Misc between 12.1.24 and 9.25.25** | **$2,763,200.00** | **Board approved external investment initiative** |
| 4.4. **Rolando Valiao** | **Misc between 12.1.24 and 6.20.25** | **$130,000.00** | |
| 4.5. **Ocean** | **Misc between 12.1.24 and 9.5.25** | **$140,125.00** | |
| 4.6. **Sean Wheeler** | **Misc between 12.1.24 and 3.17.25** | **$29,000.00** | **Board approved external investment initiative** |
| 4.7. **Sean Wheeler** | **Misc between 12.1.24 and 11.15.25** | **$183,333.27** | **Employee Salary** |
| 4.8. **Jessica Wheeler** | **Misc between 12.1.24 and 11.15.25** | **$63,448.00** | **Employee Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Flipcause, Inc.**                                                    Case number *(if known)*

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **In the Matter of the Order to Cease and Desist Against Flipcause and Sean Wheeler 2025-FP0003456** | **Flipcause, Inc to cease and desist from solicitations for charitable purposes in CA** | **Before the Attorney General State of CA Office of the Attorney General 300 South Spring St., Suite 1702 Los Angeles, CA 90013** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Knox Farm State Park c/o Office of the New York State Attorney General** | **Failure to Remit Funds** | **c/o Joel J. Terragnoli Main Place Tower, Suite 300A 350 Main St Buffalo, NY 14202** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Primates Peru dba Field Projects International v. Flipcause Inc. 25CU046546N** | **Breach of contract** | **Superior Court of California San Diego County 325 South Melrose Ave Vista, CA 92083** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Praxis Integrated Fiber Workshop v. FlipCause CDA-106195-C5H8W** | **Breach of Contract** | **Ohio Attorney General Rhodes State Office Tower 30 E Broad St, 14th Fl Columbus, OH 43215** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **The Safe House Education (S.H.E.) Fund c/o California Attorney General's Office** | **Breach of Contract** | **Office of the Attorney General Public Inquiry Unit PO Box 944255 Sacramento, CA 94244** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. **Arizona Academy of the Performing Arts c/o CA Office of the Attorney General** | **Breach of Contract** | **Office of the Attorney General California Dept of Justice Charitable Trusts Section PO Box 944255 Sacramento, CA 94244** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.7. **NewVines International, Inc. v. Flipcause, Inc. GV2500119700** | **Breach of Contract** | **Salem General District Court 2 East Calhoun St Salem, VA 24153** | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Flipcause, Inc.**                                                                   Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Designer Genes c/o North Dakota Office of Attorney General** | **Breach of Contract** | **North Dakota Office of Atty General<br>Consumer Protection Division<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Pearl & Ivy Community Corporation v. Flipcause, Inc.<br>25CL051416C** | **Breach of Contract** | **Superior Court of California County of San Diego - Central Division<br>330 West Broadway<br>San Diego, CA 92101** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Asheville FM c/o North Carolina Office of Attorney General** | **Breach of Contract** | **North Carolina Office of Attorney Genera<br>Attn:  Susan E. Davis<br>Consumer Protection Division<br>114 W. Edenton St<br>Raleigh, NC 27603** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Caily Grube, Allegheny CleanWays v. Flipcause, Inc.<br>MJ-05203-CV-0000286-2025** | **Breach of Contract** | **Magisterial District Court 05-2-03<br>1007 Mount Royal Blvd., Rear<br>Pittsburgh, PA 15223** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.12. | **CityLax, Inc. v. Flipcause, Inc.<br>25CU053085C** | **Breach of Contract** | **Superior Court of California County of San Diego - Central Division<br>330 West Broadway<br>San Diego, CA 92101** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Keeping Our Promise Inc. c/o California Office of the Attorney General** | **Breach of Contract** | **State of California Department of Justice Public Inquiry Unit<br>PO Box 944255<br>Sacramento, CA 94244** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Purr Partners** | **Breach of Contract** | **State of North Carolina Dept of Justice / Consumer Protection<br>114 W. Edenton Street<br>Raleigh, NC 27603** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Piedmont Animal Rescue** | **Breach of Contract** | **State of North Carolina Dept of Justice / Consumer Protection<br>114 W. Edenton Street<br>Raleigh, NC 27603** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Circle City Relief<br>11809656** | **Breach of Contract** | **State of Indiana Office of the Attorney General<br>302 W Washington St. IGCS 5th Floor<br>Indianapolis, IN 46204-2770** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Flipcause, Inc.                                                        Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.17. **Down to Defend, Inc. v. Flipcause, Inc.**<br>**25-0784-GC** | **Breach of Contract** | **59th Judicial District Court State of Michigan 4343 Remembrance Rd. NW Grand Rapids, MI 49534** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. **She-Can Global, Inc. v Flipcause, Inc.**<br>**25CV152741** | **Breach of Contract** | **Superior Court of California County of Alameda 1221 Oak St Oakland, CA 94612** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. **LMSA-NE et al v. Flipcause, Inc. et al**<br>**25-cv-9047** | **Breach of Contract** | **US District of Court Northern District of California 1301 Clay St Oakland, CA 94612** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. **Esperanza En Escalante v. Flipcause, Inc.**<br>**25-017312** | **Breach of Contract** | **Office of the Arizona Attorney General 2005 North Central Ave Phoenix, AZ 85004** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. **Space Between**<br>**704005** | **Breach of Contract** | **Office of the Washington Atty General 800 Fifth Ave, Suite 2000 Seattle, WA 98104** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. **SoulWell Ministries, LLC**<br>**1264359** | **Breach of Contract** | **Harris County Court County Civil Court at Law No. 2 201 Caroline, Suite 300 Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. **Global Missions of Mercy**<br>**255127-001** | **Breach of Contract** | **Office of the Alabama Attorney General 501 Washington Ave PO Box 300152 Montgomery, AL 36130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. **Iowa City Foreign Relations Council** | **Breach of Contract** | **Office of the Iowa Attorney General Hoover building 1305 E Walnut St Des Moines, IA 50319** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. **White Bird Clinic** | **Breach of Contract** | **c/o Courtney R. Caimona, Esquire Hershner Hunter LLP 675 Oak St, Suite 400 Eugene, OR 97401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. **Tuscarawas County University Foundation v. Flipcause, Inc.** | **Breach of Contract** | **Ohio Attorney General Rhodes State Office Tower 30 E Broad St, 14th Fl Columbus, OH 43215** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Flipcause, Inc.**                                            Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.27. **Project Athena Foundation v. Flipcause, Inc.** | **Breach of Contract** | **c/o Jessica Birken, MNM, Esq.**<br>**Birken Law Office PLLC**<br>**1887 Whitney Mesa Dr., #3679**<br>**Henderson, NV 89014** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Gellert Seitz Busenkell & Brown LLC**<br>**1201 N. Orange Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | | | **$50,000.00** |
| **Email or website address**<br>**www.gsbblaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Flipcause, Inc.**                                                Case number *(if known)*

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| Part 7: | Previous Locations |
| --- | --- |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| Part 9: | Personally Identifiable Information |
| --- | --- |

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Flipcause, Inc.**                                         Case number *(if known)*

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Flipcause, Inc.**                                        Case number *(if known)* _____

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Lauren Granroth**<br>**23387 Mullins Ave**<br>**Port Charlotte, FL 33954** | **2021 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Lauren Granroth**<br>**23387 Mullins Ave**<br>**Port Charlotte, FL 33954** | **2021 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Lauren Granroth**<br>**23387 Mullins Ave**<br>**Port Charlotte, FL 33954** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

Debtor    **Flipcause, Inc.**                                                              Case number *(if known)*

---

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Emerson Ravyn | 101 Broadway, Fl 3<br>Oakland, CA 94607 | | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Sean Wheeler | 101 Broadway, Fl 3<br>Oakland, CA 94607 | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Emerson Ravyn<br>101 Broadway, Fl 3<br>Oakland, CA 94607 | $455,400.00 | Misc between 12.24 and 12.25 | Board approved external investment initiative |
| | Relationship to debtor<br>Executive Chairman | | | |
| 30.2. | Sean Wheeler<br>101 Broadway, Fl 3<br>Oakland, CA 94607 | $212333.27 | Misc between 12.24 and 12.25 | Board approved external investment initiative and salary |
| | Relationship to debtor<br>President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Flipcause, Inc.**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 19, 2025**

**/s/ Emerson Rayvn**                              **Emerson Rayvn**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Executive Chairman**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### District of Delaware

In re   **Flipcause, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Executive Chairman** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 19, 2025**

Signature   **/s/ Emerson Rayvn**
             **Emerson Rayvn**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Delaware

In re    **Flipcause, Inc.**                                                     Case No.

_____    Chapter    **11**

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Executive Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 19, 2025**                        **/s/ Emerson Rayvn**

**Emerson Rayvn**/**Executive Chairman**
Signer/Title

1 STEP AWAY FOUNDATION
4139 WEST BELL ROAD STE 17
PHOENIX, AZ  85053

100 BLACK MEN OF METRO NEW ORLEANS
PO BOX 871522
NEW ORLEANS, LA  70187

100 BLACK MEN OF SAVANNAH
1900 ABERCORN STREET
SAVANNAH, GA  31419

100 BLACK MEN OF SONOMA COUNTY INC.
P O BOX 1756
ROHNERT PARK, CA  94927

100 BMIE
1721 N RIVERSIDE AVE
RIALTO, CA  92376

100 WHO CARE ALLIANCE
P.O. BOX 5473
RICHMOND, CA  94805

111 TARA PLACE INC
3225 MCLEOD DR. 100
LAS VEGAS, NV  89121

127 PURE
207 GRACE BRIDGE LANE
DAWSONVILLE, GA  30534

1421 RESEARCH EDUCATION AND
EXPLORATION FOUNDATION
3422 OLD CAPITOL TRL STE 700
WILMINGTON, DE  19808

17 STRONG
PO BOX 1712
PISMO BEACH, CA  93448

1PYRAMID AT A TIME
116 N. FEW ST. SUITE 3
MADISON, WI  53703

21ST CENTURY DADS FOUNDATION
1515 S. GROVE STREET 3667
BARRINGTON, IL  60010

22ND CENTURY INITIATIVE
P.O. BOX 399385
SAN FRANCISCO, CA  94139

33 JORDYNSTRONG FOUNDATION
5156 LIMERICK AVE NW
NORTH CANTON, OH  44720

350 BROOKLYN
P.O. BOX 5473
RICHMOND, CA  94805

350NYC
P.O. BOX 5473
RICHMOND, CA  94805

360ARMOR
2507 FULTON PLACE
SANTA ROSA, CA  95401

4AS FOUNDATION
25 W. 45TH STREET 16TH FLOOR
NEW YORK, NY  10036

4BREATH4LIFE
8595 PELHAM ROAD SUITE 400-210
GREENVILLE, SC  29615

4KIRA4MOMS
3535 PEACHTREE ROAD
ATLANTA, GA  30326

4SHAYJ FOUNDATION
84573 ANCHORA WAY
INDIO, CA  92203

4THEABILITY
2173 S ORCHARD ST
BOISE, ID  83705

5 LOAVES
23811 WASHINGTON AVE C110-297
MURRIETA, CA  92562

5 STRONG SCHOLARSHIP FOUNDATION
2598 LAKE SHORE DRIVE
COLLEGE PARK, GA  30337

5000 PUPPETS
3817 26TH STREET
SAN FRANCISCO, CA  94110

525 FOUNDATION
1400 E ANGELA BLVD 146
SOUTH BEND, IN  46617

5A ELITE YOUTH EMPOWERMENT
620 BROADHEAD AVE.
PITTSBURGH, PA  15205

619 PRODUCTIONS
P.O. BOX 24885
FORT WORTH, TX  76124

7 RIVERS ALLIANCE
601 N. 7TH ST.
LA CROSSE, WI  54601

805UNDOCUFUND
1010 N H STREET 40
LOMPOC, CA  93436

A BEAUTIFUL LADY EXPLORATION CENTER
3850 GASKINS ROAD SUITE100 HIVE SALON
STUDIO 6
RICHMOND, VA  23233

A BRIDGE 2 LIGHT
1910 PACIFIC AVE STE 2000 PMB 1182
DALLAS, TX  75201

A BRIGHTER DAY CHARITY
411 READ DR
LAFAYETTE, CA  94549

A BRIGHTER DAY YOUTH WORK PROGRAM
1025 ALAMEDA DE LAS PULGAS 745
BELMONT, CA  94002

A BRIGHTER FUTURE GLOBAL
526 N WEST AVE 125
ARLINGTON, WA  98223

A BROADER LIVING EXPERIENCE
25 DE ANZA WAY
SAN RAFAEL, CA  94903

A COMBAT VETERANS HOPE
121 E MAIN ST STE 108
VISALIA, CA  93291

A CURE FOR ISSA
WARNER CENTER
WOODLAND HILLS, CA  91367

A DEEPER LOVE
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

A FATHER FOREVER
P. O. BOX 470143
LOS ANGELES, CA  90047

A GIRL LIKE ME
16129 BEAVERLAND ST
DETROIT, MI  48219

A GIVING HEART PROJECT INC
11823 SPRINGPOINT LANE
CHARLOTTE, NC  28278

A GIVING HEART
816 CLIMAX STREET
PITTSBURGH, PA  15210

A KITTYS PURRSUIT OF HAPPINESS
PO BOX 1011
SPRING BRANCH, TX  78070

A MIGHTY CHANGE OF HEART
9950 W VAN BUREN ST SUITE 108
AVONDALE, AZ  85323

A PLACE TO SLEEP
PO BOX 546
SHELBYVILLE, KY  40066

A SERVANTS LOVE INC.
P.O. BOX 9068
MOBILE, AL  36691

A SHOT FOR LIFE INC.
80 POPLAR ST.
WATERTOWN, MA  02472

A STEP AHEAD FOUNDATION OF EAST
TENNESSEE INC.
PO BOX 20363
KNOXVILLE, TN  37940

A VOICE 4 THE UNHEARD
374 EASTERN PKWY APT C6
BROOKLYN, NY  11225

A WARRIORS MIND
9174 BUCKINGHAM CT
HUNTLEY, IL  60142

AANGELSNJ
POST OFFICE BOX 150
MONTCLAIR, NJ  07042

AARON B. JOHNSON, ESQUIRE
BARIDHOLM, LLP
1700 FARNAM STREET, SUITE 1500
OMAHA, NE  68102

AARON L. BOTTI, ESQUIRE
OSSENTJUK & BOTTI, PC
2815 TOWNSGATE ROAD, SUITE 320
WESTLAKE VILLAGE, CA  91361

AARONS PRESENTS
180 MAIN STREET
ANDOVER, MA  01810

ABARA INC.
1228 WYOMING AVE.
EL PASO, TX  79902

ABATE OF MARYLAND INC.
71 FRANKLIN STREET
ANNAPOLIS, MD  21401

ABBEVILLE YOUTH CENTER
201 SOUTH MAIN STREET
ABBEVILLE, SC  29620

ABEN: A BLACK EDUCATION NETWORK
P.O. BOX 3134
SAN JOSE, CA  95156

ABOVE THE WAKE
4784 BIRNBAUM DR
BAY CITY, MI  48706

ABS-CBN FOUNDATION INTERNATIONAL
2001 JUNIPERO SERRA BLVD. SUITE 200
DALY CITY, CA  94014

ABUNDANCE FOUNDATION INC.
3331 SUN DISK CT
FORT COLLINS, CO  80526

ACADEMIC COACHING SERVICES ACS
FOUNDATION INC.
8375 W FLAMINGO RD STE 101
LAS VEGAS, NV  89147

ACCESS BOOKS
PO BOX 64951
LOS ANGELES, CA  90064

ACCESS DISTRIBUTED
P.O. BOX 5473
RICHMOND, CA  94805

ACCESS IT
P.O. BOX 6431
SAN ANTONIO, TX  78209

ACES MATTER
4046 N GOLDENROD RD 245
WINTER PARK, FL  32792

ACF FLINT SAGINAW VALLEY CHAPTER
456 COMMONWEALTH AVE
FLINT, MI  48503

ACHIEVING MY PURPOSE
PO BOX 5483
SCOTTSDALE, AZ  85261

ACORN EQUALITY FUND
PO BOX 6286
PEORIA, IL  61601

ACT FOR AFRICA
9040 FALCON GLEN COURT
BRISTOW, VA  20136

ACTA NON VERBA: YOUTH URBAN FARM
PROJECT
1001 83RD AVE. MAILBOX1
OAKLAND, CA  94621

ACTION AFRICA GIVING CIRCLE
P.O. BOX 5473
RICHMOND, CA  94805

ACTION CORPS
PO BOX 216
BRATTLEBORO, VT  05302

ACTION
2442 NW MARKET STREET 559
SEATTLE, WA  98107

ACTIONPLAY INC.
227 CLERMONT AVE. 3
BROOKLYN, NY  11205

ACTS OF WISDOM
19802 APPLETON HILLS TRAIL
CYPRESS, TX  77433

ACUPUNCTURE RELIEF PROJECT
2114 MAIN ST STE 100 203
VANCOUVER, WA  98660

AD HOC GROUP AGAINST CRIME
104 VIETNAM VETERANS MEMORIAL DR.
KANSAS CITY, MO  64111

ADDYS HOPE SOCIAL SERVICES
3601 S FM 51
DECATUR, TX  76234

ADEFUA CULTURAL EDUCATION WORKSHOP
6716 RAINIER AVENUE SOUTH
SEATTLE, WA  98118

ADEI INSTITUTE OF TECHNOLOGY
3179 STOCKTON PL
PALO ALTO, CA  94303

ADOBE
345 PARK AVE
SAN JOSE, CA  95110

ADOPTION KNOWLEDGE AFFILIATES
P.O. BOX 4082
AUSTIN, TX  78765

ADULT LITERACY ADVOCATES
7732 GOODWOOD BLVD. SUITE 111
BATON ROUGE, LA  70806

ADVAITA SOCIETY/MOUNT MADONNA
CENTER
445 SUMMIT RD
WATSONVILLE, CA  95076

ADVANCING INMATE MINISTRY INC.
P.O. BOX 716
LIVINGSTON, TX  77351

ADVENTUREVET
375 S MAIN ST. 115
MOAB, UT  84532

ADVICE TO THE PLAYERS
12 MAIN ST
CENTER SANDWICH, NH  03227

ADVOCATES FOR IMMIGRANT RIGHTS AND
RECONCILIATION
PO BOX 171603
KANSAS CITY, KS  66117

ADVOCATES FOR JUSTICE
225 BROADWAY STE. 1902
NEW YORK, NY  10007

ADVOCATING 4 KIDS INC
3500 VIRGINIA BEACH BLVD STE 420
VIRGINIA BEACH, VA  23452

AETA TRIBE FOUNDATION
611 WALLER STREET
SAN FRANCISCO, CA  94117

AFFILIATED WORLDWIDE
4018 MUIRFIELD RD S
LOS ANGELES, CA  90008

AFFORDABLE HOUSING CENTERS OF
PENNSYLVANIA
846 N. BROAD ST.
PHILADELPHIA, PA  19130

AFRIBRIDGE
P.O. BOX 5473
RICHMOND, CA  94805

AFRICA THRIVING GROUP INC.
2737 ABEJORRO ST CARLSBAD CA
CARLSBAD, CA  92009

AFRICAN AMERICAN REAL ESTATE
PROFESSIONAL OF LOS ANGELES
PO BOX 5336
HACIENDA HEIGHTS, CA  91745

AFRICAN CHILDRENS MISSION
PO BOX 26470
BIRMINGHAM, AL  35260

AFRICAN HUMAN RIGHTS COALITION
P.O. BOX 5473
RICHMOND, CA  94805

AFRICAN PEOPLES EDUCATION AND
DEFENSE FUND INC.
1245 18TH AVE S
SAINT PETERSBURG, FL  33705

AFRIPEACE & DEVELOPMENT FOUNDATION
PO BOX 293924
SACRAMENTO, CA  95829

AFRO CHARITIES INC.
12 W. MADISON STREET
BALTIMORE, MD  21201

AFROSOLO PROJECTS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

AGAPE ACRES
37603 S STAGHORN LANE
MARANA, AZ  85658

AGAPE IN ACTION INC.
P.O. BOX 230
PORTER, TX  77365

AGAPE LIFE GARDENS
2700 NORTH UNIVERSITY BLVD
MOBILE, AL  36618

AIDAN JACK SEEGER FOUNDATION/ALD
ALLIANCE
70 NORTH 15TH ST
BROOKLYN, NY  11222

AIDANS AVENGERS
107 SLATE RUN
DOUGLASSVILLE, PA  19518

AIRCALL.IO, INC.
44 W 28TH ST., 14TH FL
NEW YORK, NY  10001

AIRTABLE
1 FRONT ST., FLOOR 28
SAN FRANCISCO, CA  94111

AKAMAI UNIVERSITY
INTL. HEADQUARTERS 3211 GIBSON ROAD
DURHAM, NC  27703

AKOMA ARTS - FISCAL SPONSOR: SCHOOL
OF ARTS AND CULTURE
1418 CLEMENCE AVENUE
SAN JOSE, CA  95122

AKXE JIU JITSU
28631 CANWOOD ST UNIT C
AGOURA HILLS, CA  91301

ALABAMA SPAY NEUTER CLINIC INC.
2721 CRESTWOOD BLVD
BIRMINGHAM, AL  35210

ALAQUEST COLLABORATIVE FOR
EDUCATION
PO BOX 550241
BIRMINGHAM, AL  35255

ALASKA BOTANICAL GARDEN
4601 CAMPBELL AIRSTRIP RD
ANCHORAGE, AK  99507

ALASKA FARMLAND TRUST
248 E DAHLIA AVE
PALMER, AK  99645

ALASKA INNOCENCE PROJECT
PO BOX 201656
ANCHORAGE, AK  99508

ALASKA PEACE OFFICERS ASSOCIATION
PO BOX 240106
ANCHORAGE, AK  99524

ALEX MENDIORO/ITENERGY, INC.
1502 ALICE ST. APT. 4
OAKLAND, CA  94612

ALEXANDAR REMING KORY
[ADDRESS REDACTED]

ALEXANDER M. NAITO, ESQUIRE
TARLOW NAITO & SUMMERS LLP
2014 NE BROADWAY
PORTLAND, OR  97232

AL-HAMRA ACADEMY
435 SOUTH STREET
SHREWSBURY, MA  01545

ALICIAS ANGELS INC.
294 CRYSTAL AVE
NEW LONDON, CT  06320

A-LIGN
400 N. ASHLEY DR., SUITE 1325
TAMPA, FL  33602

ALIVE INSIDE FOUNDATION
237 ELDRIDGE STREET
NEW YORK, NY  10002

ALL ABOUT CATS
301 CENTRAL AVE 211
HILTON HEAD ISLAND, SC  29926

ALL CATS LIVES MATTER INC
1585 CENTRAL PARK AVENUE PO BOX UNIT
72
YONKERS, NY  10710

ALL IN 1 BODY
112 APPLE BLOSSOM CT
ORLANDO, FL  32807

ALL PEOPLE FREE
P.O. BOX 1040
LYNDEN, WA  98264

ALL SOULS ANIMAL RESCUE AND
SANCTUARY
3561 STATE HIGHWAY 49
COOL, CA  95614

ALL THINGS MADE NEW
PO BOX 154745
IRVING, TX  75015

ALL TOGETHER FOUNDATION
26 BEIDLER DRIVE
WASHINGTON CROSSING, PA  18977

ALLA KOKIKYAN
[ADDRESS REDACTED]

ALLIANCE FOR FELIX COVE
1625 CLAY STREET 6TH FLOOR
OAKLAND, CA  94612

ALLIANCE FOR PAIRED DONATION
3245 LEVIS COMMONS BLVD. 2ND FLOOR
PERRYSBURG, OH  43551

ALLIANCE FOR THE 7TH GENERATION
116 N. FEW ST. SUITE 3
MADISON, WI  53703

ALLIANCE IN MENTORSHIP
3000 AMERICAN RIVER DRIVE
SACRAMENTO, CA  95864

ALLIED COMMUNITY ENTERPRISES INC.
23 THE PARKWAY
KATONAH, NY  10536

ALLIED ROCKAWAY FOUNDATION FOR
ANIMAL RECREATION AND FITNESS INC.
(ARF-ARF)
317 BEACH 66TH STREET
ARVERNE, NY  11692

ALL-STAR SMILES INC.
3911 W ATLANTIC BLVD
DELRAY BEACH, FL  33345

ALMA BONITA ANIMAL RESCUE
5970 LITTLE UVAS ROAD
MORGAN HILL, CA  95037

AL-MISBAAH
10277 IRON ROCK WAY SUITE 200
ELK GROVE, CA  95823

ALOHA MEDICAL MISSION
200 N. VINEYARD BLVD. B-120
HONOLULU, HI  96817

ALSTOGETHER
P.O. BOX 5473
RICHMOND, CA  94805

ALTADENA ARTS
2591 FAIR OAKS AVENUE 403
ALTADENA, CA  91001

ALUMNI ASSOCIATION OF SUNY OLD
WESTBURY
233 STORE HILL RD
OLD WESTBURY, NY  11568

ALWAYS B SMILING INC
304 PINE VALLEY DRIVE
BRIDGEVILLE, PA  15017

AMAZING MAASAI GIRLS PROJECT
713 WHISPERING MARSH DRIVE
CHARLESTON, SC  29412

AMAZON WEB SERVICES
410 TERRY AVE NORTH
SEATTLE, WA  98109

AMERICA ADAPTS
P.O. BOX 5473
RICHMOND, CA  94805

AMERICA SUPPORTING AMERICANS
PO BOX 543 45300 PORTOLA AVE.
PALM DESERT, CA  92260-9996

AMERICAN ASSOCIATION OF ACUPUNCTURE
AND ORIENTAL MEDICINE
PO BOX 96503 44114
WASHINGTON, DC  20090

AMERICAN BYSTANDER
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

AMERICAN CLIMATE PARTNERS
P.O. BOX 901
ORANGE, VA  22960

AMERICAN CRIMINAL JUSTICE
ASSOCIATION LAMBDA ALPHA EPSILON
3211 FITZGERALD DR
MONTGOMERY, TX  77356

AMERICAN HERO HUNT
3597 REFUGEE RD SW
HEBRON, OH  43025

AMERICAN LEARNING INSTITUTE FOR
MUSLIMS
P.O. BOX 871785
CANTON, MI  48187

AMERICAN LEGION BASEBALL SAN DIEGO
COUNTY
201 WEST F. STREET
ENCINITAS, CA  92024

AMERICAN LIFE CARIBBEAN MISSION
PO BOX 2853
DURHAM, NC  27715

AMERICAN RENAISSANCE SCHOOL
132 E. BROAD ST.
STATESVILLE, NC  28677

AMERICAN SWIMMING COACHES
ASSOCIATION
1 HALL OF FAME DRIVE
FORT LAUDERDALE, FL  33316

AMERICAN YOUTH ACADEMY INC.
5905 E 130TH AVE
TAMPA, FL  33617

AMERICANA COMMUNITY CENTER INC
4801 SOUTHSIDE DRIVE
LOUISVILLE, KY  40214

AMERICANS FOR A VIBRANT PALESTINIAN
ECONOMY
2700 PATRIOT BLVD STE 250
GLENVIEW, IL  60026

AMERICANS FOR MIDDLE EAST
UNDERSTANDING
475 RIVERSIDE DRIVE
NEW YORK, NY  10115

AMERICAS BIG SISTER ORGANIZATION
159 N SANGAMON AVE SUITE 200
CHICAGO, IL  60607

AMERICAS CREDIT UNION MUSEUM
FOUNDATION
420 NOTRE DAME AVE.
MANCHESTER, NH  03102

AMERICAS JOB HONOR AWARDS
544 53RD STREET
DES MOINES, IA  50312

AMEX
P.O. BOX 981535
EL PASO, TX  79998

AMIGOS DE BOLSA CHICA
P.O. BOX 1563
HUNTINGTON BEACH, CA  92647

AMMUNITION THEATRE COMPANY
145 N RAYMOND
PASADENA, CA  91105

AMPLIFY YOUTH HEALTH COLLECTIVE
1601 S MAIN ST STE 200
TULSA, OK  74119-4429

ANADEL SPEAKS
3140 LEGACY DR BLDG 300 STE 330
FRISCO, TX  75034

ANCHORAGE COMMUNITY THEATRE
1133 E 70TH AVE
ANCHORAGE, AK  99518

ANCHORS OUTDOOR ADVENTURES
19910 NE 43RD CIR
VANCOUVER, WA  98682

ANDRE FONTANA, ESQUIRE
SIDEMAN & BANCROFT
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CA  94111

ANDREW K DWYER FOUNDATION
756 GUARD HILL RD
BEDFORD, NY  10506

ANDREW M. HUTCHISON, ESQUIRE
LOEB & LOEB LLP
TWO EMBARCADARO CENTER, SUITE 2510
SAN FRANCISCO, CA  94111

ANEW VISION TRANSITIONAL LIVING
4900 E BERRY ST
FORT WORTH, TX 76105

ANEWPLACE INC.
89 NORTH STREET
BURLINGTON, VT 05401

ANGEL FUND INC.
P.O. BOX 171
POINT OF ROCKS, MD 21777

ANGEL K LOVE PROJECT
PO BOX 224 THOMPSON ST. 66
HENDERSONVILLE, NC 28792

ANGELA V. LOPEZ, ESQUIRE
LIGHT GABLER LLP
760 PASEO CAMARILLO, SUITE 300
CAMARILLO, CA 93010

ANGELAS PULSE
421 5TH AVENUE
BROOKLYN, NY 11215

ANGELES PARA HONDURAS
3097 US ROUTE 2
NORTH HERO, VT 05474

ANGELIC KINDNESS
PO BOX 1655
BOLINGBROOK, IL 60440

ANGELS CAMP MUSEUM FOUNDATION
P.O. BOX 1385
ANGELS CAMP, CA 95222

ANGELS FOR CHANGE
1211 TECH BLVD SUITE 124
TAMPA, FL 33619

ANGELS FOR HUMANITY
10579 BUTTONWOOD LAKE DRIVE
BOCA RATON, FL 33498

ANGELS FOR UKRAINE
2810 NORTH CHURCH STREET 673212
WILMINGTON, DE 19802

ANGELS OF LAS VEGAS
7836 W SAHARA AVE
LAS VEGAS, NV 89117

ANGELTON POLICE OFFICERS ASSOCIATION
P.O. BOX 1593
ANGLETON, TX 77516

ANGIEA€™S OPTION GRM
2471 W 700 S
LEHI, UT 84043

ANIMAL ADOPTION CENTER
501 BERLIN ROAD NORTH
LINDENWOLD, NJ 08021

ANIMAL NATION INC.
P.O BOX 72
SOUTH SALEM, NY 10590

ANIMAL SERVICES & OPERATION SUPPORT
DBA ANIMAL SOS
8734 WHITESVILLE ROAD
COLUMBUS, GA 31904

ANIMAL SERVICES & OPERATIONS SUPPORT
DBA ANIMAL SOS
8734 WHITESVILLE ROAD
COLUMBUS, GA 31904

ANNIE APPLESEED PROJECT
3340 SE FEDERAL HIGHWAY 209
STUART, FL 34997

ANNS ANGELS ADAPTIVE WATERSKI
FOUNDATION INC.
4699 COSTA BRAVO DR
ORLANDO, FL 32839

ANOTHER JOURNEY INC
1515 W. GURLEY ST. SUITE 600
PRESCOTT, AZ 86303

ANTARA ASTHAAYI DANCE
2830 20TH STREET STE 201
SAN FRANCISCO, CA 94110

ANTI-PREDATOR PROJECT
PO BOX 770157
MIAMI, FL 33177

ANYTHING IS POSSIBLE FOUNDATION
3776 QUARTER MILE DRIVE
SAN DIEGO, CA 92130

A-OK MENTORING & TUTORING INC
PO BOX 871
COLUMBIA, MD 21044

APEX PROTECTION PROJECT
P.O. BOX 220
ACTON, CA 93510

APOGEE EDUCATION FOUNDATION
1754 BAGDAD ROAD BUILDING D
CEDAR PARK, TX 78613

APOGEE STRONG FOUNDATION
102 COLLEGE STATION DRIVE STE 3
BREVARD, NC 28712

APSE FOUNDATION
46 DANEBROCK DR
AMHERST, NY 14226

ARABIAN HORSE RESCUE & EDUCATION INC
16318 S. HARDING RD.
BORING, OR 97045

ARC OF CUMBERLAND VALLEY
730 BELVEDERE DRIVE
GALLATIN, TN 37066

ARCHAEOLOGY IN THE COMMUNITY
2231 14TH ST NE
WASHINGTON, DC 20018

ARCHITECTURE AND CONSTRUCTION
ALLIANCE
1924 NW 6TH STREET
GAINESVILLE, FL 32609

ARCTIC WINDS HEALING WINDS
11910 KRISTIE CIRCLE
ANCHORAGE, AK 99516

ARDELLAS HOUSE INC.
2428 N 33RD STREET
PHILADELPHIA, PA 19151

ARGOSY COLLEGIATE CHARTER SCHOOL
FOUNDATION
263 HAMLET ST
FALL RIVER, MA 02721

ARIEL SOIFFER, ESQUIRE
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 STATE STREET
BOSTON, MA 02109

ARIZONA ACADEMY OF THE PERFORMING
ARTS INC.
5861 S. KYRENE RD. SUITE 17
TEMPE, AZ 85283

ARIZONA DEVELOPMENTAL SERVICES
2040 W CAMELBACK RD
PHOENIX, AZ 85015

ARIZONA MUSLIM ALLIANCE INC.
P.O. BOX 269
TEMPE, AZ 85280

ARIZONA SUICIDE PREVENTION COALITION
PO BOX 10745
PHOENIX, AZ 85064

ARMENIA HEARING AID PROJECT
478 W COLORADO ST
GLENDALE, CA 91204

ARMIJO ATHLETIC BOOSTERS
1300 KIMBERLY CT.
SUISUN CITY, CA 94585

ARMS WIDE OPEN CHILDHOOD CANCER
FOUNDATION
PO BOX 258
MARLBORO, NJ 07746

ARROW15
P.O. BOX 5473
RICHMOND, CA 94805

ARROWS RUGBY FOOTBALL CLUB
1914 VIKING DR
HOUSTON, TX 77018

ART & SOUL INNOVATIONS
P.O. BOX 6306
MONONA, WI 53716

ART COOP
436 14TH STREET 5TH FLOOR
OAKLAND, CA 94612

ART FOR CIVIL DISCOURSE
1446 MARKET STREET
SAN FRANCISCO, CA 94102

ART FORCES
2830 20TH STREET STE 201
SAN FRANCISCO, CA 94110

ART SHARE LOS ANGELES INC.
801 EAST 4TH PLACE
LOS ANGELES, CA 90013

ART TIME PRESENTS
2970 4TH AVE.
LOS ANGELES, CA 90018

ART
1446 MARKET STREET
SAN FRANCISCO, CA 94102

ARTE LIBRE VA INC.
118 FAIRWAY DRIVE
WINCHESTER, VA 22602

ARTEMIS ARTS
2 GROUSE TER
LAKE OSWEGO, OR 97035

ARTIA INTERNATIONAL S.R.L
BLD. DECEBAL 28
BUCHAREST 30971
ROMANIA

ARTISTS RIGHTS COALITION
1009 E. 17TH STREET SUITE 63
CHEYENNE, WY 82001

ARTPOP STREET GALLERY
P.O. BOX 63
BARIUM SPRINGS, NC 28010

ARTS BUSINESS COLLABORATIVE
44-70 21ST STREET 3096
LONG ISLAND CITY, NY 11101

ARTS EDUCATION ALLIANCE OF THE BAY
AREA
1446 MARKET STREET
SAN FRANCISCO, CA  94102

ARTS FOR MORE
1446 MARKET STREET
SAN FRANCISCO, CA  94102

ARTS LOS ALTOS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

ARTS WITHOUT BOUNDARIES
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

ARTSCONNECT
9158 WINTON ROAD BUILDING A
CINCINNATI, OH  45231

ARTSUP LA
11777 SAN VICENTE BLVD. SUITE 502
LOS ANGELES, CA  90049

ASA NOW
7830 EAST UNIVERSITY DRIVE
MESA, AZ  85207

ASHEVILLE YOUTH MISSION
40 CHURCH STREET
ASHEVILLE, NC  28803

ASHLAND EDUCATION FOUNDATION
PO BOX 71
ASHLAND, MA  01721

ASHLEY M. GREGSON, ESQUIRE
DENTONS DURHAM JONES PINEGAR PC
111 S MAIN STREET, SUITE 2400
SALT LAKE CITY, UT  84111

ASHOKA TRUST FOR RESEARCH IN
ECOLOGY AND
THE ENVIRONMENT
11 RICHMOND ROAD
BELMONT, MA  02178

ASIAN AMERICAN NATIVE HAWAIIAN PACIFIC
ISLANDER POWER
2126 CITROEN ST
LAS VEGAS, NV  89142

ASIAN LAW ALLIANCE
991 W. HEDDING ST. SUITE 202
SAN JOSE, CA  95126

ASIAN WOMEN FOR HEALTH INC.
50 MILK ST 16TH FLOOR
BOSTON, MA  02109

ASIAN YOUTH CENTER (AYC)
100 WEST CLARY AVENUE
SAN GABRIEL, CA  91776

ASOCIACION MUTUA DE ORIENTACION Y
REHABILITACION AKA AMOR
710 SOUTH KOLB RD 6
TUCSON, AZ  85710

ASPEN CANCER CONFERENCE INC.
P.O BOX 887
BASALT, CO  81621

ASSIST ME
5034 BIG BEND DRIVE
LANCASTER, SC  29720

ASSOCIATION DES OUANAMINTHAIS
211 STREET  88-33
QUEENS VILLAGE, NY  11427

ASSOCIATION FOR THE ADVANCEMENT
OF FILIPINO AMERICAN ARTS & CULTURE
153 GLENDALE BLVD
LOS ANGELES, CA  90026

ASSOCIATION OF COMMUNITY
REHABILITATION EDUCATORS
PO BOX 2003
EAST GREENWICH, RI  02818

ASSOCIATION OF STAFF AND FACULTY
WOMEN
190 N. OVAL MALL 388 BRICKER HALL
COLUMBUS, OH  43210

ASSOCIATION ON AGING IN NEW YORK
515 BROADWAY STE 402
ALBANY, NY  12207

ASYLUM HILL NEIGHBORHOOD
ASSOCIATION INC.
814 ASYLUM AVE.
HARTFORD, CT  06105

AT EASE HORSEMANSHIP
1106 EMERSON ST
SHERIDAN, WY  82801

ATHENA PROJECT
5761 S. YOUNGFIELD STREET
LITTLETON, CO  80127

ATHENS AREA DIAPER BANK
130 CONWAY DRIVE SUITE E
BOGART, GA  30622

ATHLEAD INDY
8103 TANAGER CT
INDIANAPOLIS, IN  46256

ATHLETES CARE ASSOCIATION
401 SW BUNKER STREET
MADISON, FL  32340

ATL FOUNDATION
PO BOX 17852
GOLDEN, CO  80402

ATLASSIAN PTY LTD
LEVEL 6, 341 GEORGE ST
SYDNEY NSW 2000
AUSTRALIA

ATOOT
2738 ELM ST
DAVENPORT, IA 52803

ATTACK ADDICTION
75 CARAVEL DR
WILMINGTON, DE 19808

AUDIOPHARMACY PRESCRIPTIONS
1446 MARKET STREET
SAN FRANCISCO, CA 94102

AUGMENT CODE
395 PAGE MILL RD., SUITE 100
PALO ALTO, CA 94306

AUNTIE NAS VILLAGE
12028 YELLOWSTONE ST.
DETROIT, MI 48204

AURORA COMMONS
302A N 78TH ST
SEATTLE, WA 98103

AURORA WARMS THE NIGHT
9360 E COLFAX
AURORA, CO 80010

AUSTIN BLACKS RUGBY
1004 STRICKLAND DR.
AUSTIN, TX 78748

AUTISM COMPASSION AFRICA
3615 MEADOW AVE N
RENTON, WA 98056

AUTISM SOCIETY INLAND EMPIRE
420 N MCKINLEY ST 111-118
CORONA, CA 92879

AUTISM SOCIETY OF BOULDER COUNTY
1905 15TH STREET 4909
BOULDER, CO 80306

AUTISM SUPPORT GROUP OF NWA
1200 W WALNUT ST SUITE 1111
ROGERS, AR 72758

AUTUMNS GIFT
884 LAKE AVE NE
ATLANTA, GA 30307

AVA POTTER PILCHER FOUNDATION
4105 WESTON DR
KNOXVILLE, MD 21758

AVATAR MEHER BABAS CIRCLE OF FRIENDS
PO BOX 1234
NORTH MYRTLE BEACH, SC 29598

AVIAN CONSERVATION CENTER OF
APPALACHIA
286 FAIRCHANCE ROAD
MORGANTOWN, WV 26508

AVION TECHNOLOGY, INC.
415 W. GOLF RD., SUITE 45
GOLF CORPORATE CENTER
ARLINGTON HEIGHTS, IL 60005

AVM RESEARCH FOUNDATION
179 WINDFAIR LOOP
MONTGOMERY, TX 77316

AVON GROVE LIBRARY
117 ROSEHILL AVENUE
WEST GROVE, PA 19390

AVRIL HEALS
P.O. BOX 5473
RICHMOND, CA 94805

AWAKENING THE DOMESTIC CHURCH
500 STUDIO DR. SUITE C
VIRGINIA BEACH, VA 23452

AWAKENINGS PRAYER INSTITUTE
2522 RUCKER AVE 202
EVERETT, WA 98201

AWESAME ORCHESTRA COLLECTIVE
1448 MARKET STREET
SAN FRANCISCO, CA 94102

AZIMUTH CHECK FOUNDATION
22 ACROPOLIS AVE
LONDONDERRY, NH 03053

B LOCAL BOSTON
P.O. BOX 5473
RICHMOND, CA 94805

B LOCAL NYC
P.O. BOX 5473
RICHMOND, CA 94805

B LOCAL PHILADELPHIA
P.O. BOX 5473
RICHMOND, CA 94805

B R EMERGENCY TRAINING
2181 CAMINO DE VERDAD
MERCEDES, TX 78570

B WALKER RANCH
780 UPPER POND CT
LAFAYETTE, CA 94549

B.A.R.E. TRUTH INC.
633 W 5TH ST 2877
LOS ANGELES, CA  90071

BAXITS
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

BABYJA'S LEGACY OF HOPE FUND
2040 WEST 31ST ST SUITE G 195
LAWRENCE, KS  66046

BACK PACK BLESSINGS INC.
4385 LOWER ROSWELL ROAD
MARIETTA, GA  30068

BACK ROADS ANIMAL RESCUE
580 STEELE ROAD
GRAYSON, KY  41143

BACK THE BADGE AND BOOKS FAMILY
FOUNDATION
1362 US HIGHWAY 395 N STE 102
GARDNERVILLE, NV  89410

BACK THE BADGES BBQ FOUNDATION
3205 VENEZIA VW
LEANDER, TX  78641

BACKPACKS OF DREAMS INC.
P.O BOX 940426
MIAMI, FL  33194

BACO CHE-NA-WAH BAZAAR FOUNDATION
484 SOUTH WOOD ROAD
ROCKVILLE CENTRE, NY  11570

BAGS INTO BEDS
3821 WASSATCH AVE
LOS ANGELES, CA  90066

BAHT BABIES INC.
1409 ARNOLD PALMER BLVD
LOUISVILLE, KY  40245

BAILEYS HEART AND SOUL FOUNDATION
151 W. RING FACTORY ROAD
BEL AIR, MD  21014

BAKERSFIELD ANGELS
8200 STOCKDALE HWY. STE. M10-261
BAKERSFIELD, CA  93311

BALLET FOLKLORICO DE COLORES
3401 N. 4TH STREET
FLAGSTAFF, AZ  86004

BARBARACARES
P.O. BOX 15007
FORT WORTH, TX  76119

BARKS OF HOPE
257 PENNINGTON HARBOURTON RD
PENNINGTON, NJ  08534

BARNEGAT BAY MARITIME MUSEUM
78 EAST WATER STREET
TOMS RIVER, NJ  08753

BARRINGTON AREA ANIMAL RESCUE &
KENNELS NFP
18 LITTLE BEND ROAD
BARRINGTON, IL  60010

BASEBALL BEYOND BORDERS
PO BOX 5555
KENT, WA  98064

BASIC ASSISTANCE TO STUDENTS IN THE
COMMUNITY
P.O. BOX 1914
BORREGO SPRINGS, CA  92004

BASSET BUDDIES RESCUE INC.
P.O. BOX 13562
MILWAUKEE, WI  53213

BASTION COMMUNITY OF RESILIENCE
1901 MIRABEAU AVE.
NEW ORLEANS, LA  70122

BATAVIA PARKS FOUNDATION
327 WEST WILSON STREET
BATAVIA, IL  60510

BATTLE BORN ACADEMY
2101 E OWENS AVE
LAS VEGAS, NV  89101

BAY AREA EMERGING MUSEUM
PROFESSIONALS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

BAY AREA GREEN TOURS INC.
REMOTE
OAKLAND, CA  94612

BAY AREA URBAN DEBATE LEAGUE
287 17TH STREET 201
OAKLAND, CA  94612

BAY CHORAL GUILD
P.O. BOX 597
LOS ALTOS, CA  94023

BAY-PEACE
P.O. BOX 5473
RICHMOND, CA  94805

BAYSIDE FOOD PANTRY
311 OAK STREET
OAKLAND, CA  94607

BE HEAD STRONG INC.
3200 MCCORMICK ROAD
KANSAS CITY, KS  66115

BE INVOLVED ACT NOW CHAMPION AUTISM
INC.
163-2226 RIVER RUN DRIVE
SAN DIEGO, CA  92108

BE LOUD STUDIOS
3600 PALMYRA ST
NEW ORLEANS, LA  70119

BE PERFECT FOUNDATION
720 INDIGO COURT
POMONA, CA  91767

BE THE CHANGE CHARLESTON
P.O. BOX 81061
CHARLESTON, SC  29416

BEAMER
3500 SOUTH DUPONT HWY
DOVER, DE  19901

BEARE GARDEN PLANTATION ANIMAL
RESCUE
1164 US HWY 258
SNOW HILL, NC  28580

BEAST CRAWL LITERARY FESTIVAL
101 BROADWAY
OAKLAND, CA  94607

BEASTLY RESCUE INC.
64 BERGEN ST.
BROOKLYN, NY  11201

BEAT THE STREETS INC.
P.O. BOX 2232
ANTIOCH, CA  94531

BEAUTIFUL FEET. BEAUTIFUL MINDS. INC.
3801 SIOUX TRAIL
JACKSONVILLE, AR  72076

BEAUTIFUL RESPONSE
25978 MISSION STREET
CARMEL, CA  93923

BEAUTIFUL SLIDES, INC.
1556 SANCHEZ ST
SAN FRANCISCO, CA  94131

BEAUTIFUL YOU MRKH FOUNDATION
13301 CLIFTON RD
SILVER SPRING, MD  20904

BEAUTY FROM ASHES RANCH
PO BOX 69922
TUCSON, AZ  85737

BEAUTY OUT OF DUST
1833 GREENFIELD AVENUE
FORT WORTH, TX  76102

BEAVER TAUGHT SALMON TO JUMP
P.O. BOX 5473
RICHMOND, CA  94805

BECOME INC.
207 E OHIO UNIT 291
CHICAGO, IL  60611

BECOMING KINGS AND QUEENS INC.
5831 SUNNYGATE
SPRING, TX  77373

BEGINNERS MIND ZEN CENTER
9325 LASAINE AVE
NORTHRIDGE, CA  91325

BEHAVIORAL HEALTH LEADERSHIP
INSTITUTE INC.
2200 ARDEN RD.
BALTIMORE, MD  21209

BEHAVIORAL HEALTH WELLNESS CENTER
VR
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

BEHIND THE VEIL: WOMEN RACE AND
LEADERSHIP IN
THE NONPROFIT SOCIAL JUSTICE SECTOR
P.O. BOX 5473
RICHMOND, CA  94805

BELL OF HEARTS FOUNDATION
PO BOX 9367
FAYETTEVILLE, NC  28311

BELOVED BIRTH COLLECTIVE
436 14TH STREET 5TH FLOOR
OAKLAND, CA  94612

BELOVED COMMUNITY NETWORK
436 14TH SUITE 425
OAKLAND, CA  94612

BELTWAY 8 SOUTH CRISIS PREGNANCY
CENTER
10851 SCARSDALE BLVD
HOUSTON, TX  77089

BELYDIA
3801 N. CAPITAL OF TX HWY SUITE E-240/80
AUSTIN, TX  78746

BEMORECARING INC.
1321 MERCEDES DRIVE SUITE A
HANOVER, MD  21076

BENEFICIAL PAIN
828 E BALTIMORE ST
BALTIMORE, MD  21202

BENICIA CHAMBER PLAYERS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

BENICIA COMMUITY FOUNDATION
831 EAST 2ND ST. SUITE 202
BENICIA, CA  94510

BENJAMIN BENEFIT FOUNDATION
208 SONNI LANE
MC KEES ROCKS, PA  15136

BENJAMIN FRANKLIN ELEMENTARY
FOUNDATION
1610 LAKE AVE
GLENDALE, CA  91201

BERKELEY DULCIMER GATHERING
DULCIMOON
1446 MARKET STREET
SAN FRANCISCO, CA  94102

BERKELEY YOUTH LIVING WITH DISABILITES
2110 7TH STREET
BERKELEY, CA  94710

BERNI & MURCER - FRIENDS FOR LIFE
81 NORFIELD ROAD
WESTON, CT  06883

BERRETT-KOEHLER FOUNDATION
P.O. BOX 401066
SAN FRANCISCO, CA  94140

BEST MEDICINE REP INC.
20709 BOUNTYFIELD COURT
MONTGOMERY VILLAGE, MD  20886

BEST START FOR FAMILIES
1700 N FARNSWORTH AVE STE 11
AURORA, IL  60505

BESTPALS ANIMAL RESCUE CENTER
13888 BLAIR ST.
ZEELAND, MI  49424

BET MISHPACHAH
PO BOX 1410
WASHINGTON, DC  20013

BETA OMEGA SOCIAL SERVICES INC.
3919 13TH STREET NW
WASHINGTON, DC  20011

BETHANY LUTHERAN CHURCH SCHOOL
1011 ULATIS DR
VACAVILLE, CA  95687

BETHEL LAND TRUST
PO BOX 332
BETHEL, CT  06801

BETTER DAY GIVINGS INC.
5200 DALLAS HWY SUITE 202-463
MARIETTA, GA  30064

BETTER PARKS PROJECT
PO BOX 5473
RICHMOND, CA  94805

BEUNLIMITED
7600 ORA GLEN DRIVE 1761
GREENBELT, MD  20768

BEVERLYS ANGELS
5080 POST OAK LANE
NAPLES, FL  34105

BEYOND AUTISM INC.
2301 W THOMAS RD
PHOENIX, AZ  85015

BEYOND BASIC LIFE SKILLS
406 N GUM ST
SUMMERVILLE, SC  29483

BEYOND CHACAY FOUNDATION
19 SEARS ROAD
NEWFANE, VT  05345

BEYOND EDUCATING FOUNDATION
5097 LEONARD RD STE 2
MEMPHIS, TN  38109

BEYOND THE VALLEY
6419 64TH WAY
WEST PALM BEACH, FL  33409

BEYOND TRENCHES
P.O. BOX 2612
LOGANVILLE, GA  30052

BIBLES FOR CHINA
PO BOX 268947
OKLAHOMA CITY, OK  73126-8947

BIG APPLE HONOR FLIGHT INC.
909 THIRD AVENUE 159
NEW YORK, NY  10150

BIG BROTHERS BIG SISTERS OF
CLARKSVILLE
401-A TINY TOWN RD
CLARKSVILLE, TN  37043

BIG BROTHERS BIG SISTERS OF THE TN
VALLEY
303 WILLIAMS AVE SW SUITE 123
HUNTSVILLE, AL  35801

BIG BUDDY GSD RESCUE
4368 NORWAY STREET
COLD BROOK, NY  13324

BIG TEN CLUB OF SOUTHERN CA
2400 CARNEGIE LANE
REDONDO BEACH, CA 90278

BIGGER THAN THE TRAIL
PO 5242
DE PERE, WI 54115

BIKEDFW
PO BOX 671354
DALLAS, TX 75367

BIKESD
3900 CLEVELAND AVENUE SUITE A
SAN DIEGO, CA 92103

BILLINGS MEDIATION CENTER INC.
3031 GRAND AVE UNIT 156
BILLINGS, MT 59102

BILLYS LOVING CATS INC.
528 115TH STREET
COLLEGE POINT, NY 11356

BINDLESTIFF STUDIO
PO BOX 190205
SAN FRANCISCO, CA 94119

BIOBENIN
7483 PINEBROOK RD
PARK CITY, UT 84098

BIOINTEGRITY PARTNERSHIPS
P.O. BOX 5473
RICHMOND, CA 94805

BIPOC ACRO COLLECTIVE CARE
ECOSYSTEM BACCES
2830 20TH STREET STE 201
SAN FRANCISCO, CA 94110

BIPOC PARENTS OF HAVERFORD TOWNSHIP
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA 19148

BIPOC STUDENT MIDWIFE FUND
1625 CLAY ST FLOOR 6
OAKLAND, CA 94612

BIRTH CHOICE CENTERS
1 RIDGEGATE DR. SUITE 220
TEMECULA, CA 92590

BIRTH IN COLOR RVA
13805 VILLAGE MILL DRIVE
MIDLOTHIAN, VA 23114

BIRTHRIGHT OF CHARLESTON
PO BOX 30191
CHARLESTON, SC 29417

BISS LIST
2830 20TH STREET STE 201
SAN FRANCISCO, CA 94110

BK NATURED
BKNATUR(ED) 25 8TH AVENUE SUITE B
BROOKLYN, NY 11217

BLAC INC
18 E 17TH ST
NEW YORK, NY 10003

BLACK AND GOLD INITIATIVE FOUNDATION
2102 WINDSOR PL STE 5
CHAMPAIGN, IL 61820

BLACK ASSOCIATION OF DOCUMENTARY
FILMMAKERS WEST
145 N. RAYMOND AVENUE
PASADENA, CA 91105

BLACK EDUCATORS ROCK INC.
7235 BENTLEY ROAD SUITE 220
JACKSONVILLE, FL 32256

BLACK ELECTED OFFICIALS OF THE EAST
BAY
PO BOX 747
RIVERSIDE, CA 92502

BLACK GIRLS SMILE INC.
352 UNIVERSITY AVENUE SW UNIT W117
ATLANTA, GA 30310

BLACK IN CANCER
12651 SAN PABLO AVENUE 5473
RICHMOND, CA 94805

BLACK LIBERATION FUND
1435 HOMECOMING BLVD
MOUNT PLEASANT, SC 29470

BLACK LIVES MATTER LOUISVILLE
P.O. BOX 5473
RICHMOND, CA 94805

BLACK PEARLS OF GENEALOGY
4199 PRAIRIE HILL ST
KALAMAZOO, MI 49048

BLACK SOCIETY FOR ECONOMIC & SOCIAL
TRANSFORMATION
3111 NORTHSIDE AVE. SUITE 400
RICHMOND, VA 23228

BLACK TRANS FEMMES IN THE ARTS INC
141 FLUSHING AVENUE BUILDING 77 SUITE
1319
BROOKLYN, NY 11205

BLACK TRANS TRAVEL FUND
2214 FREDERICK DOUGLASS BLVD STE 152
NEW YORK, NY 10026

BLACK UNITED FUND OF OREGON INC.
2828 NE ALBERTA ST
PORTLAND, OR  97211

BLACK UNITED FUND OF TEXAS
2606 GREGG STREET
HOUSTON, TX  77026

BLACK VIOLIN FOUNDATION
811 MOCKINGBIRD LANE
FORT LAUDERDALE, FL  33324

BLACK WALL STREET SOUTHERN NEVADA
3430 E RUSSELL RD. STE. 301-28
LAS VEGAS, NV  89109

BLACK WOMEN IN STEM 2.0
P.O. BOX 5473
RICHMOND, CA  94805

BLACK WOMEN INSTILLING SCHOLARLY
EXCELLENCE
2335 COLLIN DR
GRAND PRAIRIE, TX  75052

BLACK WOMEN UNITED
P.O. BOX 189304
SACRAMENTO, CA  95818

BLACK WOMENS WALL STREET INC. DBA
BWWS
2363 U.S. HWY 287 SUITE 210
MANSFIELD, TX  76063

BLACKBOX INTERNATIONAL
P.O. BOX 188
JOPLIN, MO  64802

BLACKFASHIONFUND
2150 W 117TH ST 1011
CLEVELAND, OH  44111

BLAISE D. WILLIAMS, ESQUIRE
THE NEAL LAW GROUP, PLLC
3006 BRAZOS STREET
HOUSTON, TX  77006

BLAQ BIRTH CIRCLE
2272 QUEBEC RD
CINCINNATI, OH  45214

BLESSING THROUGH BROKEN HEARTS
PO BOX 551434
JACKSONVILLE, FL  32255

BLESSINGS IN DISGUISE
2150 RIVER ROAD
MAUMEE, OH  43537

BLM PHOENIX METRO
PO BOX 56693
PHOENIX, AZ  85079

BLOCK ISLAND COMMUNITY SAILING INC.
P.O. BOX 457
BLOCK ISLAND, RI  02807

BLOSSOM HILL FOUNDATION
P.O. BOX 143
NEW CANAAN, CT  06840

BLU COLLAR GROUP INC.
15621 W. 87TH STREET PKWY. 110
LENEXA, KS  66219

BLUE HEART
12651 SAN PABLO AVE
RICHMOND, CA  94805

BLUE HEARTS OF HOPE
4639 GULFSTARR DR
DESTIN, FL  32541

BLUE SKIES FOR CHILDREN
1310 BROADWAY SUITE 2A
BELLINGHAM, WA  98225

BLUEHOST, INC.
5335 GATE PARKWAY
JACKSONVILLE, FL  32256

BLUES BABE FOUNDATION
2233 N BROAD STREET
PHILADELPHIA, PA  19132

BOAMAH WEIKEL FOUNDATION
5615 NETHERLAND AVE APT 5G
BRONX, NY  10471

BODIES IN PLAY
145 N RAYMOND
PASADENA, CA  91105

BOGIES FOR THE BRAVE INC.
15 SOUTHWOOD ROAD
NEWINGTON, CT  06111

BOHLER FAMILY
1384 LAKE HILLS ROAD
AUBURN, AL  36830

BOLD LIFE INC.
6948 SONYA DR
NASHVILLE, TN  37209

BOLD VISIONS CONSERVATION
P.O. BOX 40399
ALBUQUERQUE, NM  87196

BONSALL EDUCATION FOUNDATION
5256 S. MISSION ROAD SUITE 703 606
BONSALL, CA  92003

BOOKS FOR NEWBORNS
9051 WATSON ROAD 329
SAINT LOUIS, MO  63126

BOOMERS R HEROES
6100 HENRY AVE. APT.7-L
PHILADELPHIA, PA  19128

BORDER ANGELS
2258 ISLAND AVENUE
SAN DIEGO, CA  92102

BORN AGAIN MINISTRIES
5001 ALLYSON COURT
AUSTIN, TX  78744

BORREGO SPRINGS CIVIC FOUNDATION
PO BOX 1164
BORREGO SPRINGS, CA  92004

BOSQUE ANIMAL RESCUE KENNELS INC.
4340 HWY 6
CLIFTON, TX  76634

BOSS KIDZ INC
514 VININGS ESTATES DR. SE
SMYRNA, GA  30126

BOUNDLESS EXPECTATIONS
21855 FAIRWAY DRIVE
LEONARDTOWN, MD  20650

BOUNTIFUL CITIES PROJECT
50 S. FRENCH BROAD AVE 257
ASHEVILLE, NC  28801

BOXOPROJECTS
145 N RAYMOND
PASADENA, CA  91105

BOY SCOUTS OF AMERICA - ALOHA
COUNCIL 104
42 PUIWA ROAD
HONOLULU, HI  96817

BOYS & GIRLS CLUB OF SOUTH SAN LUIS
OBISPO COUNTY
1830 19TH STREET
OCEANO, CA  93445

BOYS & GIRLS CLUB OF TRINITY TEXAS INC.
100 WEST SAN JACINTO
TRINITY, TX  75862

BOYS & GIRLS CLUBS OF THE BRAZOS
VALLEY
900 W WILLIAM J BRYAN
BRYAN, TX  77806

BRAD KESELOWSKIS CHECKERED FLAG
FOUNDATION
258 W. AVIATION DRIVE
STATESVILLE, NC  28677

BRADETICH FOUNDATION
1155 UNION CIRCLE 310143
DENTON, TX  76201

BRAID AFRICA
767 BURGOYNE STREET
MOUNTAIN VIEW, CA  94043

BRAIN INJURY ASSOCIATION OF MARYLAND
2200 KERNAN DRIVE
BALTIMORE, MD  21207

BRAIN STORIES
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

BRAVE TRAILS
PO BOX 691300
LOS ANGELES, CA  90069

BRAVE
P.O BOX 88113
SEATTLE, WA  98138

BRAZEAL DENNARD CHORALE
269 WALKER ST 905
DETROIT, MI  48207

BRAZORIA COUNTY ALLIANCE FOR
CHILDREN INC.
139 E MYRTLE ST
ANGLETON, TX  77515

BRCASTRONG
4535 NW 50TH COURT
COCONUT CREEK, FL  33073

BREATHESTRONG CF INC.
PO BOX 2984
ATLANTA, GA  30085

BRENT SOPEL FOUNDATION
585 SIGNAL HILL RD
BARRINGTON, IL  60010

BREVARD ACADEMY
1110 HENDERSONVILLE HIGHWAY
PISGAH FOREST, NC  28768

BREWERYTOWN SHARSWOOD
NEIGHBORHOOD COALITION
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

BREX
50 W. BROADWAY, STE. 333 15548
SALT LAKE CITY, UT  84101

BRIDGE EVERY GAP
4111 NW 16TH BLVD STE 358405
GAINESVILLE, FL  32635

BRIDGE NETWORK
7851 35TH AVENUE
SACRAMENTO, CA  95824

BRIDGE THE GENERATIONS
3 FALLEN ARROW CT
HILTON HEAD ISLAND, SC  29926

BRIDGE TO POWER
P.O. BOX 5473
RICHMOND, CA  94805

BRIDGES MIDDLE SCHOOL
2510 SW 1ST AVENUE
PORTLAND, OR  97201

BRIDGES OF HOPE NEW HAVEN INC.
135 WHITNEY AVE
NEW HAVEN, CT  06510

BRIDGES TO AMERICA INC.
2225 GARFIELD AVENUE
SALT LAKE CITY, UT  84108

BRIGGS AND BARRETT PROJECT
1108 RIVERSIDE BLVD SUITE A
NORFOLK, NE  68701

BRIGHTER TOMORROW LANCASTER INC
181 CONESTOGA BOULEVARD
LANCASTER, PA  17602

BRILLIANT MINDS COLLECTIVE INC.
2248 BROADWAY
NEW YORK, NY  10024

BRING HOPE NOW
P.O. BOX 38
FORT WALTON BEACH, FL  32549

BRING THE CHANGE
201 WASHINGTON ST. SUITE 533
READING, PA  19601

BRITE INITIATIVE INC.
P.O. BOX 224065
WEST PALM BEACH, FL  33422

BROADENED OPPORTUNITY FOR
OUTSTANDING
STUDENT SELECTION AND
15 JC LANE
COLLINS, MS  39428

BROKE ASS STUART LOCAL ARTS
JOURNALISM
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

BRONC BOTZ
13011 KYLE SEALE PKWY
SAN ANTONIO, TX  78249

BROOKLYN VETS 4 KIDS INC.
137-41 173ST
JAMAICA, NY  11434

BROOME COUNTY HABITAT FOR HUMANITY
103 ADAMS AVE
ENDICOTT, NY  13760

BROTHERSKEEPERS
PO BOX 471249
FORT WORTH, TX  76147

BROWN SISTERS SPEAK
P.O. BOX 5473
RICHMOND, CA  94805

BUCK FOR THE FALLEN
1040 TOWNLEY CIRCLE
LONGMONT, CO  80501

BUCK OUT CLEVELAND
1242 E. 49TH STREET 3RD FLOOR
CLEVELAND, OH  44114

BUFFALO GROUNDHOG DAY SOCIETY
100 INDEPENDENCE RD.
ORCHARD PARK, NY  14127

BUILD A MIRACLE
11207 LADY FERN COURT
SAN DIEGO, CA  92131

BUILD UP
222 6TH AVE SW
BIRMINGHAM, AL  35211

BUILDING COMPASSION
P.O. BOX 90372
AUSTIN, TX  78709

BUILDING SMILES FOUNDATION INC.
9720 COIT RD STE 220-221
PLANO, TX  75025

BUILT ON THE ROCK EDUCATION
P.O. BOX 270433
LOUISVILLE, CO  80027

BUMP: THE TRIANGLE
504 W. CHAPEL HILL STREET
DURHAM, NC  27701

BURCHELL YOUTH DEVELOPMENT
FOUNDATION
6505 BEDDO CT
COLLEYVILLE, TX  76034

BURDEN THE BEAR
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

BURST INTO BOOKS
11001 S. MICHIGAN AVE
CHICAGO, IL  60628

BUSINESS JET CARES INC.
8611 LEMMON AVE
DALLAS, TX  75209

BUSINESS OF LIGHT
1020 CAMERON STREET
ALEXANDRIA, VA  22314

BUTLER ART CENTER
344 S. MAIN ST
BUTLER, PA  16001

BUTTERFLIES AND BIRDIES FOUNDATION
28610 HWY 290 STE F09 246
CYPRESS, TX  77433

BUTTERFLY BASKETS
149 W KING STREET
MALVERN, PA  19355

BWE SAFE HAVEN
VIRTUAL
FORT WAYNE, IN  46835

C LIFE COMMUNITY INC
PO. BOX 800721
DALLAS, TX  75380

C.J. MINISTRIES INTERNATIONAL
7000 N 16TH STR SUITE 120-329
PHOENIX, AZ  85020

C.O.O.K. ALLIANCE
P.O. BOX 5473
RICHMOND, CA  94805

C4H INC.
4212 SAN FELIPE ST SUITE 115
HOUSTON, TX  77027

CA. DEPT OF TOXIC SUBSTANCES CTRL
1001 "I" ST
SACRAMENTO, CA  95814-2828

CA. DEPT OF TOXIC SUBSTANCES CTRL
PO BOX 806
SACRAMENTO, CA  95812-0806

CAAIRE FOR YOUTH INC.
1746 E. SILVER STAR ROAD STE. 288B
OCOEE, FL  34761

CACTUS CARES
600 SOUTH TYLER STREET SUITE 2800
AMARILLO, TX  79101

CAGE-FREE REPAIR
P.O. BOX 5473
RICHMOND, CA  94805

CAILY GRUBE
[ADDRESS REDACTED]

CAJUN WHEELERS INC
P.O. BOX 81292
LAFAYETTE, LA  70598

CALABASAS COMMUNITY FOUNDATION
100 CIVIC CENTER WAY
CALABASAS, CA  91302

CALCAGNINI ALS FOUNDATION
261 MILLARD STREET 1B
FAIRFIELD, CT  06824

CALEB HOPE FOUNDATION
1439 S CRESCENT HEIGHTS BLVD
LOS ANGELES, CA  90035

CALEB
P.O. BOX 11202
CHATTANOOGA, TN  37401

CALENDLY LLC
115 E MAIN ST
STE A1B PMB 123
BUFORD, GA  30518

CALICO CULTURE STRATEGIES
P.O. BOX 5473
EMERYVILLE, CA  94806

CALIDAN MISSIONS
12839 N 31 ST
PHOENIX, AZ  85032

CALIFORNIA ABORTION ALLIANCE
P.O. BOX 5473
RICHMOND, CA  94805

CALIFORNIA AIR RESOURCES BOARD
1001 "I" ST
SACRAMENTO, CA  95814

CALIFORNIA AIR RESOURCES BOARD
PO BOX 2815
SACRAMENTO, CA  95812

CALIFORNIA BOARD OF EQUALIZATION
CALIFORNIA DEPT OF TAX AND FEE
ADMINISTRATION
PO BOX 942879
SACRAMENTO, CA  94279-0063

CALIFORNIA CHILDRENS ACADEMY
2701 N MAIN STREET
LOS ANGELES, CA  90031

CALIFORNIA COALITION FOR
REPRODUCTIVE FREEDOM
P.O. BOX 1531
DUARTE, CA  91009

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 HARRISON STREET SUITE 1800
OAKLAND, CA  94612

CALIFORNIA DEPARTMENT OF HEALTHCARE
SERVICES
MICHELLE BAASS, DIRECTOR
DEPARTMENT OF HEALTH CARE SERVICES
P.O. BOX 997413, MS 0000
SACRAMENTO, CA  95899-7413

CALIFORNIA DEPT FINANCIAL PROTECTION
& INNOVATION
651 BANNON ST, STE 300
SACRAMENTO, CA  95811

CALIFORNIA DEPT OF CONSERVATION
715 P ST, MS 1900
SACRAMENTO, CA  95814

CALIFORNIA DEPT OF WATER RESOURCES
715 P ST
SACRAMENTO, CA  95814

CALIFORNIA DEPT OF WATER RESOURCES
PO BOX 94236
SACRAMENTO, CA  94236-0001

CALIFORNIA ENVIRONMENTAL PROTECTION
AGENCY
1001 I ST
PO BOX 2815
SACRAMENTO, CA  95812-2815

CALIFORNIA FRANCHISE TAX BOARD
1515 CLAY ST
STE 305
OAKLAND, CA  94612-1445

CALIFORNIA FRANCHISE TAX BOARD
300 S SPRING ST
STE 5704
LOS ANGELES, CA  90013-1265

CALIFORNIA FRANCHISE TAX BOARD
300 SOUTH SPRING STREET, SUITE 5704
LOS ANGELES, CA  90013

CALIFORNIA FRANCHISE TAX BOARD
3321 POWER INN RD
STE 250
SACRAMENTO, CA  95826-3893

CALIFORNIA FRANCHISE TAX BOARD
600 W SANTA ANA BLVD
STE 300
SANTA ANA, CA  92701-4543

CALIFORNIA FRANCHISE TAX BOARD
7575 METROPOLITAN DR
STE 201
SAN DIEGO, CA  92108-4421

CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO, CA  94257-0001

CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO, CA  94267-0001

CALIFORNIA HUMANITIES
300 FRANK OGAWA PLAZA SUITE 203
OAKLAND, CA  94612

CALIFORNIA INTEGRATED WASTE MGMT
BOARD
1001 I ST
PO BOX 4025
SACRAMENTO, CA  95812-4025

CALIFORNIA MIGRATION MUSEUM
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

CALIFORNIA POLICE ACTIVITIES LEAGUE
8250 CALVINE ROAD C326
SACRAMENTO, CA  95828

CALIFORNIA PRESENTERS
PO BOX 750182
PETALUMA, CA  94975

CALIFORNIA REVELS
2501 HARRISON ST U8
OAKLAND, CA  94612

CALIFORNIA ROCK ART FOUNDATION
1200 FRANKLIN MALL SUITE 94
SANTA CLARA, CA  95050

CALIFORNIA SERVICE DOG ACADEMY
18701 LORT DRIVE
VISALIA, CA  93292

CALIFORNIA STATE BOARD OF PHARMACY
2720 GATEWAY OAKS DR, STE 100
SACRAMENTO, CA  95833

CALIFORNIA STATE CONTROLLERS OFFICE
UNCLAIMED PROPERTY DIVISION
300 CAPITOL MALL, STE 1850
SACRAMENTO, CA  95814

CALIFORNIA UNEMPLOYMENT INSURANCE
EMPLOYMENT DEVELOPMENT DEPT
PO BOX 8268800
UIPCD, MIC 40
SACRAMENTO, CA  94280-0001

CALL FOR CARING INC
2260 FAIRBURN RD SW  311843
ATLANTA, GA  31131

CALLED TO SERVE CDC
3600 NORTH BROAD STREET
PHILADELPHIA, PA  19140

CALLING UP JUSTICE
1446 MARKET STREET
SAN FRANCISCO, CA  94102

CALM
646 FANTASY STREET
PALMDALE, CA  93551

CAMP BETHEL
9050 CAMP BETHEL ROAD
WISE, VA  24293

CAMP CHAUTAUQUA
9985 CAMP TRAIL
MIAMISBURG, OH  45342

CAMP COMMON GROUND
2033 98TH AVENUE
OAKLAND, CA  94603

CAMP GILBERT INC.
P.O. BOX 89406
SIOUX FALLS, SD  57109

CAMP IMPACT
2004 HEATHER WAY DR
ARLINGTON, TX  76012

CAMP MILLENNIUM
2880 NW STEWART PARKWAY STE 200
ROSEBURG, OR  97471

CAMPAIGN ONE AT A TIME
2620 ASSOCIATED ROAD A98
FULLERTON, CA  92835

CAN BEHAVIORAL HEALTH
401 W. TEXAS AVE.
BAYTOWN, TX  77520

CANAAN INC.
4433 IROQUOIS ST STE 3B
NEW ORLEANS, LA  70126

CANCER CAN KISS MY ASS
4527 30TH AVENUE
ROCK ISLAND, IL  61201

CANCER COMMUNITY CLUBHOUSE
1344 DISC DR 220
SPARKS, NV  89436

CANCER COUCH FOUNDATION INC.
P.O. BOX 1145
SOUTHPORT, CT  06890

CANCER CRACKDOWN INC.
1754 WOODRUFF RD. 127
GREENVILLE, SC  29607

CANCER SUPPORT COMMUNITY
SOUTHWEST COLORADO
1701 MAIN AVE. STE. C PO BOX 941
DURANGO, CO  81302

CANDID
32 OLD SLIP
NEW YORK, NY  10005

CANFIELD CONSORTIUM
4017 MONTCLAIR
DETROIT, MI  48214

CANINE LYMPHOMA EDUCATION
AWARENESS AND RESEARCH
19223 PRAIRIE STREET
NORTHRIDGE, CA  91324

CANINE PARTNERS OF THE ROCKIES
651 POTOMAC ST STE E
AURORA, CO  80011

CANINE SUPPORT TEAMS INC.
24480 JENNY LANE
MURRIETA, CA  92562

CANTON BLACK ASSISTANCE FOUNDATION
4649 SOUTH BLVD NW APT 22
CANTON, OH  44718

CANVA US INC
3212 E. CESAR CHAVEZ ST
BUILDING 1, SUITE 1300
AUSTIN, TX  78702

CAPE ANN ANIMAL AID
4 PAWS LANE
GLOUCESTER, MA  01930

CAPE DECISION LIGHTHOUSE SOCIETY
P.O. BOX 20163
JUNEAU, AK  99802

CAPITAL REGION NORDIC ALLIANCE
28 EILEEN ST.
ALBANY, NY  12203-2102

CAPITALBOP INC.
2853 ONTARIO RD. NW 501
WASHINGTON, DC  20009

CAPITOL CITY ROBOTICS
2846 BELAIR PL NE
WASHINGTON, DC  20018

CARE FRESNO
P.O. BOX 8147
FRESNO, CA  93747

CARIBBEAN EQUALITY PROJECT
P.O. BOX 200248
RICHMOND HILL, NY  11420

CARIBBEAN PHILANTHROPIC ALLIANCE
P.O. BOX 5473
RICHMOND, CA  94805

CARING WITH COMPASSION COMMUNITY
20113 96TH AVE EAST
GRAHAM, WA  98338

CARMEL RIVER WATERSHED CONSERVANCY
225 CROSSROADS BLVD
CARMEL BY THE SEA, CA  93923

CARNICOM INSTITUTE
P.O. BOX 105
ALBERTON, MT  59820

CAROLINA FOUNDATION FOR THE ARTS
202 N BROWN ST
CHADBOURN, NC  28431

CAROLINES PROMISE
PO 1484
BOWLING GREEN, VA  22427

CARRY ON
2525 CARLISLE ST APT 109
DALLAS, TX  75201

CARTERS CLASSIC
1708 SYRACUSE DRIVE
RICHARDSON, TX  75081

CASA - VOICES FOR CHILDREN
129 NW 4TH STREET SUITE B
CORVALLIS, OR  97330

CASA FOR KIDS OF SOUTH CENTRAL TEXAS
1500 SOUTH DAY ST
BRENHAM, TX  77833

CASCADIA FOREST THERAPY
15814 11TH AVE SW
SEATTLE, WA  98166

CASEYS CLUBHOUSE
1023 PAXTON DR
BETHEL PARK, PA  15102

CASTLE ROCK YOUTH CYCLING CLUB
1944 BAGUETTE DRIVE
CASTLE ROCK, CO  80108

CATALYST SAN GABRIEL VALLEY INC.
20 W. COMMONWEALTH AVE
ALHAMBRA, CA  91801

CATALYZE SV
P.O. BOX 5473
RICHMOND, CA  94805

CATERING FOR THE HOMELESS INC.
60-39 56TH RD APT 3R
MASPETH, NY  11378

CATERPILLAR HILL INITIATIVE
328 CATERPILLAR HILL RD
SEDGWICK, ME  04676

CATHOLIC COMMUNITY SERVICE INC.
1803 GLACIER HWY
JUNEAU, AK  99801

CATHY MCCARTHY ZIELINSKI, ESQUIRE
[ADDRESS REDACTED]

CAUDA EQUINA FOUNDATION INC.
P.O. BOX 381
HOWEY IN THE HILLS, FL  34737

CAVALIER RESCUE OF FLORIDA INC.
1015 ATLANTIC BOULEVARD 109
ATLANTIC BEACH, FL  32233

CB SEED FOUNDATION
C/O CIAK INTL 1800 VINE STREET
LOS ANGELES, CA  90028

CBR YOUTHCONNECT
601 16TH STREET STE C-450
GOLDEN, CO  80401

CBZ REBOOT INC.
P.O. BOX 7502
BEVERLY HILLS, CA  90212

CECIL LAND TRUST
135 EAST MAIN STREET
ELKTON, MD  21921

CECIL WILLIAMS SOUTH CAROLINA CIVIL
RIGHTS MUSEUM
1865 LAKE DRIVE
ORANGEBURG, SC  29115

CEDAR KEY DOLPHIN PROJECT
28504 SW 63RD AVE
NEWBERRY, FL  32669

CEDAR VALLEY ANGELS
PO BOX 1841
WATERLOO, IA  50704

CEIC CORP
1714 W 44TH ST
CHICAGO, IL  60609

CELEBRATE SAINT JAMES PAST PRESENT
FUTURE INC
176 SECOND STREET
SAINT JAMES, NY  11780

CELEBRATE YOU FOUNDATION
4912 S CUSHMAN AVE
TACOMA, WA  98408

CELONIS INC
ONE WORLD TRADE CENTER, 70TH FL
NEW YORK, NY  10007

CENTER FOR CETACEAN RESEARCH
CONSERVATION
800 MERE POINT
BRUNSWICK, ME  04011

CENTER FOR COMMUNITY STEWARDSHIP
INC.
116 N. FEW ST. SUITE 3
MADISON, WI  53703

CENTER FOR DISABILITY INCLUSION INC.
PO BOX 23
BOYS TOWN, NE  68010

CENTER FOR ENGAGEMENT
ENVIRONMENTAL
JUSTICE & HEALTH
1625 CLAY ST FLOOR 6
OAKLAND, CA  94612

CENTER FOR IMMIGRANT PROTECTION
526 CASTRO STREET
SAN FRANCISCO, CA  94114

CENTER FOR INTEGRATION AND MIGRANT
SUPPORT
12 S VALLEY RD
PAOLI, PA  19301

CENTER FOR WISE DEMOCRACY
1040 TAYLOR STREET
PORT TOWNSEND, WA  98368

CENTER ON SOUTH ASIAN STUDIES
1801 HUCKS RD. STE D
ROLLING MEADOWS, IL  60008

CENTRAL CABARRUS BIBLE TEACHING
ASSOCIATION
P.O. BOX 63
HARRISBURG, NC  28075

CENTRAL CHRISTIAN COLLEGE OF KANSAS
1200 SOUTH MAIN STREET
MCPHERSON, KS  67460

CENTRAL COAST VETERANS HELPING
VETERANS
P.O. BOX 12725
SAN LUIS OBISPO, CA  93406

CENTRAL DISTRICT OF CALIFORNIA
BILAL A ESSAYLI
312 N SPRING ST, STE 1200
LOS ANGELES, CA  90012

CENTRAL PENINSULA GARDEN CLUB
P.O. BOX 767
KENAI, AK  99611

CENTRAL TEXAS FELINE RESCUE INC.
2106 WILLOW WAY
ROUND ROCK, TX  78664

CENTRAL TEXAS PIG RESCUE
1920 E RIVERSIDE DR STE A120 411
AUSTIN, TX  78741

CENTRAL VALLEY VETERANS
1134 RIORDAN AVENUE
CLOVIS, CA  93619

CERVANTES FUND FOR SOCIAL JUSTICE
13477 GRIDLEY ST.
SAN FERNANDO, CA  91340

CHALLENGING RACISM
3100 CLARENDON BLVD. SUITE 200
ARLINGTON, VA  22201

CHAMP CANCER HOPE & AWARENESS
MONTH FOR PEDIATRICS
10024 E LOMITA AVE
MESA, AZ  85209

CHAMPION NOW
441 N 3RD AVE
DES PLAINES, IL  60016

CHAMPIONS 4 CHARACTER
730 BALDWIN PALM AVE
FORT LAUDERDALE, FL  33324

CHANGE ME FOUNDATION
1420 NW 7TH TERR
POMPANO BEACH, FL  33060

CHANGING DESTINATIONS JOURNEY TO
EXCELLENCE INC.
8630 M GUILFORD ROAD SUITE 174
COLUMBIA, MD  21046

CHANNEL ISLANDS GULLS
P.O.BOX 50126
OXNARD, CA  93031

CHANOOKA WISH
26965 W SYCAMORE RD
CHANNAHON, IL  60410

CHARCOAL AND GREY
116 MUIR STREET
WARREN, PA  16365

CHARLESTON COALITION FOR KIDS
334 EAST BAY STREET 198
CHARLESTON, SC  29401

CHARLIES PLACE (SISTERS IN BUSINESS)
P.O. BOX 145
KALAMAZOO, MI  49004

CHARLOTTE CENTER FOR MINDFULNESS
P.O. BOX 5473
RICHMOND, CA  94805

CHARLOTTE MAXWELL CLINIC
411 30TH STREET SUITE 508
OAKLAND, CA  94609

CHASE RIGHT CHOICES
7805 HALLIDAY
BEAUMONT, TX  77706

CHAT WITH CHAMPS
P.O. BOX 1075
DECATUR, TX  76234

CHATEAU ELAN MILITARY SUPPORT
FOUNDATION
1915 GENE SARAZEN WAY
BRASELTON, GA  30517

CHATTANOOGA ORGANIZED FOR ACTION
INC.
1918 UNION AVENUE
CHATTANOOGA, TN  37404

CHATTANOOGA TECHNOLOGY COUNCIL
100 CHEROKEE BLVD
CHATTANOOGA, TN  37405

CHECK POINT SOFTWARE TECHNOLOGIES,
INC.
100 ORACLE PKWY, SUITE 800
REDWOOD CITY, CA  94065

CHEER
546 S. BEDFORD ST.
GEORGETOWN, DE  19947

CHEERS FROM EMILY INC.
6751 WOODCLIFF CIRCLE
ZIONSVILLE, IN  46077

CHEFS TABLE FOUNDATION
7 FAIRVIEW AVE
BOSTON, MA  02136

CHELSEA BRENDLEN
[ADDRESS REDACTED]

CHEROKEES FOR BLACK INDIAN HISTORY
PRESERVATION FOUNDATION
PO BOX 833
TAHLEQUAH, OK  74465

CHESAPEAKE BAY WIND ENSEMBLE INC.
P.O. BOX 6633
YORKTOWN, VA  23690

CHESHIRE CHILDRENS MUSEUM
149 EMERALD ST
KEENE, NH  03431

CHESS PRODIGIES
4017 COUNTRY CLUB DR 101
LOS ANGELES, CA  90019

CHESTER COUNTY FUTURES INC.
THE LUKENS EXECUTIVE BUILDING
50 SOUTH FIRST AVENUE - SUITE 105
COATESVILLE, PA  19320

CHEYENNE GREENWAY FOUNDATION
1457 TURQUOISE RD.
CHEYENNE, WY  82009

CHICAGO ANGELS - FISCAL SPONSOR:
TRANSFORMATIONS BY AUSTIN ANGELS
47 W DIVISION ST PMB 152
CHICAGO, IL  60601

CHICAGO COALITION FOR FAMILY BUILDING
676 N. ST CLAIR STREET SUITE 2310 23RD
FLOOR
CHICAGO, IL  60611

CHICAGO EDUCATION ADVOCACY
COOPERATIVE
1330 EAST 53RD STREET 529
CHICAGO, IL  60615

CHICAGO GATEWAY GREEN
33 W KINZIE ST
CHICAGO, IL  60654

CHICAGO HOPES FOR KIDS
688 NORTH MILWAUKEE AVENUE SUITE 301
CHICAGO, IL  60642

CHICAGO TRAINING CENTER
P.O. BOX 7076
CHICAGO, IL  60680

CHICAGO UNITED FOR EQUITY
355 E OHIO ST. ROOM 200 11396
CHICAGO, IL  60611

CHICAGO YOUTH SHAKESPEARE
2222 W ROSCOE ST STE FRNT
CHICAGO, IL  60618

CHILDRENS ACTION NETWORK
2999 OVERLAND AVE. SUITE 207A
LOS ANGELES, CA  90064

CHILDRENS ADVOCACY CENTER OF
DOUGLAS COUNTY
1009 NEW HAMPSHIRE
LAWRENCE, KS  66044

CHILDRENS ART STUDIO RICHMOND
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

CHILDRENS BRITTLE BONE FOUNDATION
P.O. BOX 619
ZION, IL  60099

CHILDRENS COALITION FOR NORTHEAST
LOUISIANA
117 HALL STREET
MONROE, LA  71201

CHILDRENS ONCOLOGY SERVICES INC.
213 W. INSTITUTE PLACE SUITE 306
CHICAGO, IL  60610

CHILDRENS PALLIATIVE CARE COALITION
3032 HAMLET CIRCLE
OKEMOS, MI  48823

CHILDS PASSPORT TO HEALTH
PO BOX 446
BOTHELL, WA  98041

CHINA TERRELL, ESQUIRE
[ADDRESS REDACTED]

CHINESE WHISPERS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

CHINLE PLANTING HOPE
P.O. BOX 4119
CHINLE, AZ  86503

CHIP
1014 PROSPECT STREET
INDIANAPOLIS, IN  46203

CHI-TOWN GVP SUMMIT
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

CHLOE SANCTUARY FOR PARROTS AND
COCKATOOS
3481 W WILSON RD
PAHRUMP, NV  89048

CHOICE AND DIGNITY INC.
P.O. BOX 86886
TUCSON, AZ  85754

CHOOSING EARTH PROJECT
P.O. BOX 5473
RICHMOND, CA  94805

CHRIS CANTY FOUNDATION
3122-100 FINCHER FARM ROAD
CHARLOTTE, NC  28105

CHRIS MOCHULSKY, ESQUIRE
SMOLEN LAW
611 S. DETROIT AVE
TULSA, OK  74120

CHRISTMAS WISH PROJECT OF TARRANT
COUNTY
1905 CIELO COURT
KELLER, TX  76262

CHRISTOPHER J. BRIDGER, ESQUIRE
BPE LAW GROUP, PC
700 E. MOUNTAIN VIEW AVE, SUITE 508
ELLENSBURG, WA  98926

CHRISTOPHER KIDS
2601 HIGHLAND AVENUE SOUTH
BIRMINGHAM, AL  35205

CHRONIC HOPE CARES
180 MINE LAKE COURT 100
RALEIGH, NC  27615

CHURCH CONNECTION INTERNATIONAL
730 WOODSIDE CREEK DR
FESTUS, MO  63028

CHW STRENGTH FOUNDATION
7305 HANCOCK VILLAGE DR
CHESTERFIELD, VA  23832

CIM USA LA COMMUNAUTE IVOIRE DE
MINNESOTA
316 ARLINGTON AVE E
SAINT PAUL, MN  55130

CINCINNATI ACADEMY OF PERFORMING
ARTS
7864 CAMARGO ROAD
CINCINNATI, OH  45243

CINEMASF
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

CIRCLE CITY RELIEF
3421 N. PARK AVE
INDIANAPOLIS, IN  46205

CIRCLE HAVEN INC.
369 STAMETS ROAD
MILFORD, NJ  08848

CITIZENS AGAINST ABUSE
1112 W BOUGHTON RD
BOLINGBROOK, IL  60440

CITIZENS FOR A HEALTHY COMMUNITY
P.O. BOX 1283
PAONIA, CO  81428

CITRS
40 MORRIS AVENUE SUITE 100
BRYN MAWR, PA  19010

CITY HOPE SAN FRANCISCO
P.O. BOX 640959
SAN FRANCISCO, CA  94164

CITYLAX INC.
65 W 89TH ST
NEW YORK, NY  10024

CIUDAD NUEVA COMMUNITY OUTREACH INC.
810 N CAMPBELL STREET
EL PASO, TX  79902

CIVICALLY ENGAGED
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA 19148

CIVITAS LANCASTER
P.O. BOX 8135
LANCASTER, PA 17604

CIVITY
P.O. BOX 5473
RICHMOND, CA 94805

CJS THUMBS UP FOUNDATION
PO BOX 854
ASHLAND, VA 23005

CLARION ALLEY MURAL PROJECT
2830 20TH STREET STE 201
SAN FRANCISCO, CA 94110

CLASS ACT DETROIT
20501 LIVERNOIS AVE PO BOX 21827
DETROIT, MI 48221

CLAY DAY LBC
145 N RAYMOND
PASADENA, CA 91105

CLAYTON CHRISTENSEN INSTITUTE
49 WINTER STREET
NATICK, MA 01760

CLAZZICAL NOTES
50 N. MENTOR AVE 430
PASADENA, CA 91106

CLEAN OCEANS INTERNATIONAL
345 LAKE AVE G
SANTA CRUZ, CA 95060

CLEAR LAKE ISLAMIC CENTER
17511 EL CAMINO REAL
HOUSTON, TX 77058

CLICKIT4LIFE
10163 CR 2446
ROYSE CITY, TX 75189

CLIMATE CREATIVE PROJECT
P.O. BOX 5473
RICHMOND, CA 94805

CLIMATE DISOBEDIENCE CENTER
920 KNOXVILLE COLLEGE DRIVE
KNOXVILLE, TN 37921

CLIMATE WARRIOR COLLECTIVE INC.
6820 WISCONSIN AVE SUITE 8009
BETHESDA, MD 20815

CLIMATEMUSIC
P.O. BOX 5473
RICHMOND, CA 94805

CLIMATEVOICE
P.O. BOX 399385
SAN FRANCISCO, CA 94139

CLINTON PUBLIC SCHOOL FOUNDATION
P.O. BOX 822
CLINTON, OK 73601

CLOSING THE GAP
2450 VENTURE OAKS WAY SUITE 400
SACRAMENTO, CA 95833

CLOUD4J, INC.
21615 W 96TH ST
LENEXA, KS 66220

CLOUDCRAFT
228 PARK AVE S
NEW YORK, NY 10003

CLOUDFLARE, INC.
101 TOWNSEND ST
SAN FRANCISCO, CA 94107

CLOVEN HEART FARM SANCTUARY
11225 YANKIE RD
CHINA SPRING, TX 76633

COACHS PLACE
1965 HAMER ROAD
DYERSBURG, TN 38024

COALITION OF ASHEVILLE NEIGHBORHOODS
PO BOX 1858
ASHEVILLE, NC 28801

COALITION OF FAMILIES KOREAN & COLD
WAR POW/MIAS
PO BOX 4194
PORTSMOUTH, NH 03802

COAST GUARD AUXILIARY ASSOCIATION
INC. (AUXA)
1301 W FIRST STREET SUITE E1
GRANITE CITY, IL 62040-18026

COASTAL GEORGIA INDICATORS COALITION
110 E STATE ST
SAVANNAH, GA 31401

COASTAL STEWARD LONG ISLAND
544 JEFFERSON PLAZA 48
PORT JEFFERSON STATION, NY 11776

COBIZ RICHMOND INC.
1503 MACDONALD AVE STE A
RICHMOND, CA 94801

COCOA HOUSE
869 STANLEY ST
SCHENECTADY, NY  12307

CODE FOR PHILLY
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

CODE SWITCH RESTORATIVE JUSTICE FOR
GIRLS OF COLOR
PO BOX 91233
HENDERSON, NV  89009

COLLABORATING VOICES FOUNDATION
3403 WEST T C JESTER BLVD 1032
HOUSTON, TX  77018

COLLABORATIVE RESOLUTIONS GROUP INC.
P.O. BOX 931
GREENFIELD, MA  01302

COLLECTIVE ACCELERATION
436 14TH STREET 5TH FLOOR
OAKLAND, CA  94612

COLLEEN M. FLYNN, ESQUIRE
JOHNSON POPE BOKOR RUPPEL & BURNS,
LLP
311 PARK PLACE BLVD., SUITE 300
CLEARWATER, FL  33759

COLLEGE BOUND INC.
128 M STREET NW SUITE 220
WASHINGTON, DC  20001

COLLEGE SKATEBOARDING EDUCATIONAL
FOUNDATION
1422 CAMPUS RD
LOS ANGELES, CA  90042

COLLISION INDUSTRY FOUNDATION
P.O. BOX 3007
MECHANICSVILLE, VA  23116

COLORADO COMMUNITY ACTION
ASSOCIATION
PO BOX 18321
DENVER, CO  80218

COLORADO COMPANION ANIMAL
SANCTUARY
572 HOLMES GULCH ROAD
BAILEY, CO  80421

COLORADO DEPT OF LABOR AND
EMPLOYMENT
633 17TH STREET
STE 201
DENVER, CO  80202-3660

COLORADO DEPT OF REVENUE (UPS, FED
EX)
1881 PIERCE ST, ENTRANCE B
LAKEWOOD, CO  80214

COLORADO DEPT OF REVENUE (USPS MAIL)
PO BOX 17087
DENVER, CO  80217-0087

COLORADO DIVISION OF SECURITIES
1560 BROADWAY
SUITE 900
DENVER, CO  80202

COLORADO INTERNATIONAL SOCCER
ACADEMY
P.O BOX 3436
PARKER, CO  80134

COLORADO NAME CHANGE PROJECT
P.O. BOX 200474
DENVER, CO  80220

COLORADO NORML
1144 17TH STREET SUITE 2700
DENVER, CO  80202

COLORADO RENEWABLE ENERGY SOCIETY
430 N COLLEGE AVENUE SUITE 400
FORT COLLINS, CO  80524

COLORED INK
1446 MARKET STREET
SAN FRANCISCO, CA  94102

COLORS OF CANCER
9907 BERTWOOD STREET
HOUSTON, TX  77016

COLTON UNDERWOOD LEGACY
FOUNDATION INC.
15322 E ALAMEDA PKWY
AURORA, CO  80017

COLUMBARIUM
P.O. BOX 5473
RICHMOND, CA  94805

COLUMBIA HOUSING CENTER INC.
P.O. BOX 154
SIMPSONVILLE, MD  21150

COLUMBIA MAIN STREET
PO BOX 1940
COLUMBIA, TN  38402

COMBAT MARINE OUTDOORS
750 TOWN AND COUNTRY BLVD SUITE 800
HOUSTON, TX  77024

COMITE MEXICANO DE CLEVELAND
13609 LAKEWOOD HEIGHTS BLVD
CLEVELAND, OH  44107

COMMIT2CHANGE
PO BOX 312
TUCKAHOE, NY  10707

COMMUNITIES WITHOUT BORDERS
PO BOX 111
NEWTON, MA  02468

COMMUNITY COALITION OF SUSSEX VIRGINIA
9436 MAYES ST.
JARRATT, VA 23867

COMMUNITY CONNECTIONS FOR YOUTH
369 EAST 149TH STREET 7TH FLOOR
BRONX, NY 10455

COMMUNITY CULTIVATION PROJECT
3101 HERITAGE DR UNIT 8
JOLIET, IL 60435

COMMUNITY EDUCATION PARTNERSHIPS
827 BROADWAY SUITE 200
OAKLAND, CA 94607

COMMUNITY FOR THE COMMONS
P.O. BOX 333
EXCELSIOR, MN 55331

COMMUNITY FOUNDATION FOR COUPEVILLE PUBLIC SCHOOLS
PO BOX 1133
COUPEVILLE, WA 98239

COMMUNITY FOUNDATION FOR OCALA MARION COUNTY
324 SE 24TH STREET
OCALA, FL 34471

COMMUNITY FRUIT RESCUE
2861 ELLISON PL
BOULDER, CO 80304

COMMUNITY FUND OF DARIEN
30 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820

COMMUNITY GRIEF CENTER
4650 WEST 20TH STREET
GREELEY, CO 80634

COMMUNITY HEALTH PARTNERS UGANDA
P.O. BOX 5473
RICHMOND, CA 94805

COMMUNITY KITCHEN INC.
640 S OHIO AVE
COLUMBUS, OH 43205

COMMUNITY LEARNING INITIATIVE INC.
5 FIELDS LANE
WAYLAND, MA 01778

COMMUNITY LUTHERAN MINISTRY INC.
942 JOSEPH AVENUE
ROCHESTER, NY 14621

COMMUNITY MEDIATION CENTER ST. MARYS COUNTY
41620 COURTHOUSE DR 853
LEONARDTOWN, MD 20650

COMMUNITY ONE INC.
7288 HANOVER GREEN DRIVE
ALEXANDRIA, VA 23111

COMMUNITY ORTHODOX MINYAN DBA MEKOR HABRACHA - CENTER CITY SYNAGOGUE
1500 WALNUT STREET SUITE 206
PHILADELPHIA, PA 19102

COMMUNITY PARTNERS OF LUBBOCK
1103 M.L.K. JR BLVD
LUBBOCK, TX 79403

COMMUNITY PARTNERSHIP CHARTER SCHOOL
114 KOSCIUSZKO STREET
BROOKLYN, NY 11216

COMMUNITY PARTNERSHIP FOR YOUTH
P.O. BOX 42
MONTEREY, CA 93942

COMMUNITY PET PROJECT
3513 KING GEORGE LANE
SEFFNER, FL 33584

COMMUNITY READS
263 REILY STREET
HARRISBURG, PA 17102

COMMUNITY REFLECTIONS INC
10020 S. WESTERN AVE
LOS ANGELES, CA 90047

COMMUNITY SAVIORS
815 SOUTH MAIN STREET
SUMTER, SC 29150

COMMUNITY UPLIFT PARTNERSHIP
10601 REUNION PKWY
COMMERCE CITY, CO 80022

COMMUNITYWORKS
100 PINE ST STE NW-4
HOLLAND, MI 49464-2605

COMPAS DE NICARAGUA
5 ROGERS STREET
PLYMOUTH, NH 03264

COMPATHOS FOUNDATION
6411 CAPITOL AVE
DIAMOND SPRINGS, CA 95619

COMPLETE TRANSFORMATION MINISTRIES INC.
2804 48TH DRIVE W
BRADENTON, FL 34207

COMPUTERS 4 KIDS
2455 W CAPITOL AVE APT 106
WEST SACRAMENTO, CA 95691

CONCORDIA ACADEMY-WICHITA
909 S. MARKET ST.
WICHITA, KS  67211

CONCRETE FOOTPRINTS CORPORATION
4461 WAYNE ROAD
MANTUA, OH  44255

CONEXA
2851 CAM DEL RIO S STE 300
SAN DIEGO, CA  92108

CONEXION INC.
28 STATE ST SUITE 2304
BOSTON, MA  02109

CONFLICT RESOLUTION CENTER OF SANTA
CRUZ COUNTY
614 OCEAN ST
SANTA CRUZ, CA  95060

CONGO SQUARE PRESERVATION SOCIETY
P.O. BOX 58371
NEW ORLEANS, LA  70158

CONGREGATION AGUDAS ISRAEL
290 NORTH STREET
NEWBURGH, NY  12550

CONNECT CONFERENCE
3431 TRICKUM ROAD NE
MARIETTA, GA  30066

CONNECTICUT DEPARTMENT OF BANKING
SECURITIES AND BUSINESS INVESTMENTS
DIVISION
260 CONSTITUTION PLAZA
HARTFORD, CT  06103-1800

CONNECTICUT DEPARTMENT OF LABOR
200 FOLLY BROOK BLVD
WETHERSFIELD, CT  06109

CONNECTICUT DEPT OF REVENUE SERVICES
450 COLUMBUS BLVD., STE 1
HARTFORD, CT  06103

CONNECTIONAL LAY ORGANIZATION OF
THE AFRICAN METHODIST EPISCOPAL
CHURCH
1134 11TH STREET NW
WASHINGTON, DC  20001

CONNEXTIONS.PRO
14827 VENTURA BLVD. SUITE 120
SHERMAN OAKS, CA  91403

CONQUERING GYRATE ATROPHY
P.O. BOX 5473
RICHMOND, CA  94805

CONSERVATION CENTERS FOR SPECIES
SURVIVAL
2155 COUNTY ROAD 2008
GLEN ROSE, TX  76043

CONSERVATION COALITION OF OKLAHOMA
P.O. BOX 2571
OKLAHOMA CITY, OK  73101

CONSTANT CONTACT
890 WINTER ST., SUITE 300
WALTHAM, MA  02451

CONVERGE GREAT LAKES
PO BOX 440
COLUMBUS, WI  53925

CONVIVIUM URBAN FARMSTEAD
2811 JACKSON ST.
DUBUQUE, IA  52001

COOL MINISTRIES
PO BOX 924135
HOUSTON, TX  77292

COOPERATIVE ECONOMICS ALLIANCE OF
NEW YORK CITY
P.O. BOX 5473
RICHMOND, CA  94805

CORAZON PERFORMING ARTS
125 S. TOPANGA CNY BLV
TOPANGA, CA  90290

CORNWALL COLLEGE FOUNDATION INC.
P.O. BOX 16571
CHICAGO, IL  08831

CORPORATION SERVICE COMPANY, AS REP
PO BOX 2576
SPRINGFIELD, IL  62708

CORPWATCH
P.O. BOX 5473
RICHMOND, CA  94805

CORREA FAMILY FOUNDATION
26400 KUYKENDAHL RD STE C180-249
THE WOODLANDS, TX  77375

CORRELATE
P.O. BOX 5473
RICHMOND, CA  94805

CORVALLIS YOUTH SYMPHONY
ASSOCIATION
P.O. BOX 857
CORVALLIS, OR  97339

COTUIT LIBRARY ASSOCIATION
P.O. BOX 648
COTUIT, MA  02635

COULEECAP INC.
201 MELBY STREET
WESTBY, WI  54667

COUNCIL OF RELIGIOUS LEADERS OF
METRO CHICAGO
5416 S CORNELL AVE 141
CHICAGO, IL  60615

COUNCIL ON SOCIAL WORK EDUCATION
333 JOHN CARLYLE STREET
ALEXANDRIA, VA  22314

COUPEVILLE FARM TO SCHOOL
P. O. BOX 1032
COUPEVILLE, WA  98239

COURAGEOUS CONVICTIONS
1111 W CHICAGO AVE APT 2A
CHICAGO, IL  60642

COURAGEOUS HEARTS
2235 E. 38TH STREET
MINNEAPOLIS, MN  55407

COURT ADVOCATES FOR CHILDREN FOR
KITTITAS COUNTY
421 NORTH PEARL STREET
ELLENSBURG, WA  98926

COURTNEY R. CAIMONA, ESQUIRE
HERSHNER HUNTER LLP
675 OAK STREET, SUITE 400
EUGENE, OR  97401

COVENANT HOME FOR CHILDREN
3223 GRANDEUR AVENUE
ALTADENA, CA  91001

COVENANT LIFE FELLOWSHIP
4720 FORESTVILLE ROAD
RALEIGH, NC  27616

COW HOLLOW ASSOCIATION
2837 PIERCE STREET
SAN FRANCISCO, CA  94123

CPRUNNERS INC.
4756 VALLEY VIEW AVE
YORBA LINDA, CA  92886

CRAVING FOR A CHANGE FOUNDATION INC.
2501 PALMER HIGHWAY 260
TEXAS CITY, TX  77590

CREATE INDEPENDENCE
110 HOPMEADOW STREET
WEATOGUE, CT  06089

CREATING FREEDOM MOVEMENTS
P.O. BOX 5473
RICHMOND, CA  94805

CREATIVE CAT CARE
2840 N. STOWELL AVE.
MILWAUKEE, WI  53211

CREATIVE CITY PUBLIC CHARTER SCHOOL
2810 SHIRLEY AVE
BALTIMORE, MD  21215

CREATIVE EMAJINATIONS
P.O. BOX 5242
KANSAS CITY, MO  64112

CREDIT UNIONS BUILDING FINANCIAL
INDEPENDENCE INC.
24 W. MAIN STREET
CLINTON, CT  06413

CREEPY CRITTERS RESCUE
P.O. BOX 494
LOS BANOS, CA  93635

CRESCENT FOUNDATION
6445 VINE ST 1ST FLOOR
PHILADELPHIA, PA  19139

CRIMINAL JUSTICE POLICY COALITION INC.
549 COLUMBUS AVENUE
BOSTON, MA  02118

CRIMSONRISE INC
1015 CASTLETON AVENUE 100326
STATEN ISLAND, NY  10310

CRITTER ADOPTION AND RESCUE EFFORT
INC.
1528 27TH STREET SW
RUSKIN, FL  33570

CRITTERS WITHOUT LITTERS
4300 STINE RD STE 720
BAKERSFIELD, CA  93313

CRONITOR, INC.
1701 10TH ST
BERKELEY, CA  94710

CROSS ROADS RECOVERY MINISTRIES INC.
PO BOX 2036
MACON, GA  31203

CROSSFIRE RANCH INC.
N8540 COUNTY ROAD N
MENASHA, WI  54952

CROSSING THRESHOLDS INC.
PO BOX 446
NEW CANAAN, CT  06840

CROSSOVER BASKETBALL AND SCHOLARS
ACADEMY
14 WINSLOW ROAD
BELMONT, MA  02478

CROSSROADS COMMUNITIES
146 W GRANT ST
LEBANON, OR  97355

CROSSROADS COMMUNITY SUPPORTED
HEALTHCARE
1320 S SOLANO DR
LAS CRUCES, NM  88001

CROSSWALK TEEN CENTER
103 W LAWRENCE AVE
CHARLOTTE, MI  48813

CROWDED FIRE THEATER COMPANY
1695 18TH STREET C101
SAN FRANCISCO, CA  94107

CROWNSVILLE CONSERVANCY
PO BOX 44
CROWNSVILLE, MD  21032

CRYSTAL VO
[ADDRESS REDACTED]

CSUMB
ATTN: BUSINESS CLUB
100 CAMPUS CENTER CSUMB STUDENT
CENTER
(BUILDING 12)
SEASIDE, CA  93955

CTE TAY HUB
436 14TH STREET 5TH FLOOR
OAKLAND, CA  94612

CULLEYSTRONG FOUNDATION
PO BOX 580
MANASQUAN, NJ  08736

CULTIVATING FAMILIES
3900 LEXINGTON BLVD. 210
MISSOURI CITY, TX  77459

CULTURAL BRIDGE FOUNDATION INC.
1282 FRASER LANE
OJAI, CA  93023

CULTURAL STUDIES ASSOCIATION
1658 MILWAUKEE AVE  100-7388
CHICAGO, IL  60647

CULTURED KIDS
53 MORAINE ST
BELMONT, MA  02478

CUMBE: CENTER FOR AFRICAN AND
DIASPORA DANCE
558 FULTON STREET. 2ND FLOOR
BROOKLYN, NY  11238

CUNDYS HARBOR FIRE DEPARTMENT
P.O. BOX 498
BRUNSWICK, ME  04011

CURE ON WHEELS INC.
200 2ND AVENUE SOUTH 475
SAINT PETERSBURG, FL  33701

CUTTYHUNK YACHT CLUB
176 RIDGE ROAD
HOLLIS, NH  03049

CYCS
P.O. BOX 4192
SANTA CLARA, CA  95054

DACHSHUND RESCUE SOUTH FLORIDA
P.O. BOX 267386
FORT LAUDERDALE, FL  33326

DACHSHUND WORLD CHARITIES
5671 JEAN DR.
ORLANDO, FL  32822

DADS MOVE
105 112TH ST 131
TACOMA, WA  98444

DAKOTA PRO MUSICA
4740 N 19TH ST APT 102
BISMARCK, ND  58503

DAN BEGAY FOUNDATION FOR EXCELLENCE
INC.
PO BOX 6332
MESA, AZ  85216

DANCERS GROUPS FISCAL SPONSORSHIP
PROGRAM
44 GOUGH STREET 201
SAN FRANCISCO, CA  94103

DANCING EARTH
1446 MARKET STREET
SAN FRANCISCO, CA  94102

DANIEL ALEXANDER PAYNE COMMUNITY
DEVELOPMENT CORPORATION
1518 M STREET NW
WASHINGTON, DC  20005

DAUGHTERS ACROSS THE DIASPORA
3711 HIGGINS AVE
DALLAS, TX  75211

DAUGHTERS OF ST. PAUL
50 ST. PAULS AVE
BOSTON, MA  02130

DAVES REDISTRICTING
P.O. BOX 5473
RICHMOND, CA  94805

DAWN J. POST, ESQUIRE
[ADDRESS REDACTED]

DAWSON COMMUNITY FOOD BANK
671 LUMPKIN CAMPGROUND RD S. STE 130
DAWSONVILLE, GA  30534

DAYA FOUNDATION
4416 SW LOBELIA ST.
PORTLAND, OR  97219

DAYTON RIGHT TO LIFE SOCIETY
425 N FINDLAY ST
DAYTON, OH  45404

DC GIRLS BASEBALL
PO BOX 42450
WASHINGTON, DC  20015

DC GRAYS BASEBALL LLC
1800 M STREET NW SUITE 500 SOUTH
WASHINGTON, DC  20036

DDAMIEN PROJECT
3025 COUNTY ROAD 4325
OMAHA, TX  75571

DEAN PARAS FOUNDATION
10 ERIN CT
ROCKY RIVER, OH  44116

DEAN R. PHILLIPS, ESQUIRE
MORELLA & ASSOCIATES
706 ROCHESTER ROAD
PITTSBURGH, PA  15237

DEBS DREAM INC.
2852 CORAL VALLEY DR.
LEANDER, TX  78641

DEEPLY ROOTED GROUNDS
120 PALENCIA VILLAGE DR. C105 PMB134
SAINT AUGUSTINE, FL  32095

DEERFIELD BEACH COMMUNITY CARES
959 SE 6TH AVE
DEERFIELD BEACH, FL  33441

DEL CAMINO CONNECTION NFP
605 LINCOLN AVENUE
FOX RIVER GROVE, IL  60021

DEL LAGO ACADEMY FOUNDATION
1740 SCENIC TRAILS WAY
ESCONDIDO, CA  92029

DELAWARE DEPARTMENT OF FINANCE
OFFICE OF UNCLAIMED PROPERTY
PO BOX 8931
WILMINGTON, DE  19899-8931

DELAWARE DEPARTMENT OF JUSTICE
CARVEL STATE OFFICE BUILDING
820 N. FRENCH STREET
WILMINGTON, DE  19801

DELAWARE DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
CARVEL STATE BUILDING
820 N. FRENCH STREET
WILMINGTON, DE  19801

DELAWARE DEPARTMENT OF LABOR
BLUE HEN CORPORATE CENTER
655 S BAY RD, STE 2H
DOVER, DE  19901

DELAWARE DEPARTMENT OF STATE
401 FEDERAL ST, STE 3
DOVER, DE  19901

DELAWARE DEPT OF LABOR
DIV. OF UNEMPLOYMENT INSURANCE
4425 N MARKET ST
WILMINGTON, DE  19802

DELAWARE DEPT OF LABOR
DIV. OF UNEMPLOYMENT INSURANCE
UNIVERSITY OFFICE PLAZA
252 CHAPMAN RD, 2ND FL
NEWARK, DE  19702

DELAWARE DEPT OF NATURAL RESOURCES
& ENVIRONMENTAL CONTROL
89 KINGS HIGHWAY
DOVER, DE  19901

DELAWARE DIVISION OF REVENUE
20653 DUPONT BLVD
STE 2
GEORGETOWN, DE  19947

DELAWARE DIVISION OF REVENUE
540 S DUPONT HWY
DOVER, DE  19901

DELAWARE DIVISION OF REVENUE
820 N FRENCH ST
WILMINGTON, DE  19801

DELAWARE DIVISION OF REVENUE
820 N. FRENCH ST
PO BOX 8763
WILMINGTON, DE  19899

DELAWARE DIVISION OF REVENUE
THOMAS COLLINS BUILDLING
540 S DUPONT HIGHWAY
DOVER, DE  19901

DELAWARE HEALTH AND SOCIAL SERVICES
1901 N DUPONT HIGHWAY
NEW CASTLE, DE  19720

DELAWARE STATE BOARD OF PHARMACY
CANNON BUILDING
STE 203
861 SILVER LAKE BLVD
DOVER, DE  19904

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE  19904

DELMAR PUBLIC LIBRARY
101 N. BI-STATE BLVD.
DELMAR, DE  19940

DELTA ARTS CENTER
2611 NEW WALKERTOWN RD.
WINSTON SALEM, NC  27101

DELTA GATEWAY FOUNDATION INC.
P.O. BOX 37290
CINCINNATI, OH  45222

DEMENTIA STUDIES FOUNDATION
8198 WALNUT HILL JACKSON LANE STE 100
DALLAS, TX  75231

DERON CHERRY FOUNDATION
114 S. MAIN STREET
INDEPENDENCE, MO  64050

DESCANSO TOWN HALL ASSOCIATION
24536 VIEJAS GRADE RD
DESCANSO, CA  91916

DESERT CANCER FOUNDATION OF ARIZONA
INC.
P.O. BOX 2796
CHANDLER, AZ  85224

DESERT VOICES
P.O. BOX 270
TUCSON, AZ  85702

DESERT WINDS FREEDOM BAND
P.O. BOX 4732
PALM SPRINGS, CA  92263

DESIGNER GENES OF NORTH DAKOTA INC.
1500 E. CAPITOL AVE. STE. 204
BISMARCK, ND  58501

DESTINATION OF HOPE AFRICA
P.O. BOX 270805
FLOWER MOUND, TX  75028

DESTINY DRIVEN
1628 QUEEN ELIZABETH CT
MONTGOMERY, AL  36117

DESTINY SPORTS MISSION INC
3011 78TH STREET
LUBBOCK, TX  79423

DETROIT FOOD POLICY COUNCIL
1420 WASHINGTON BLVD. SUITE 230
DETROIT, MI  48226

DEVICES 4 THE DISABLED
2701 W. 36TH PLACE
CHICAGO, IL  60632

DFW ANGELS
6333 E MOCKINGBIRD LN: STE 147-571
DALLAS, TX  75214

DHARMA DREAMS VOCATIONAL CENTER
439 COLUMBIA RD
HANOVER, MA  02339

DIABETES AND ME
A 501(C)3 NON PROFIT CHARITY
BELLEVUE, WA  98004

DIAMOND WAVE
2830 20TH STREET SUITE 207
SAN FRANCISCO, CA  94110

DIAWI
34 RUE NOTRE-DAME DE LORETTE
PARIS 75009
FRANCE

DIGITAL BRIDGES 4 NEPAL INC.
75-22 37TH AVENUE SUITE 407
JACKSON HEIGHTS, NY  11372

DIOR SUNSET FOUNDATION
516 W ESTHER ST
LONG BEACH, CA  90813

DISCOVERY BAY WILD BIRD RESCUE
1014 PARKRIDGE DRIVE
PORT TOWNSEND, WA  98368

DISTRICT OF COLORADO
J. BISHOP GREWELL
1801 CALIFORNIA ST
DENVER, CO  80202

DISTRICT OF COLORADO
J. BISHOP GREWELL
AUSA JEFFREY GRAVES
835 E 2ND AVE, STE 410
DURANGO, CO  81301

DISTRICT OF COLORADO
J. BISHOP GREWELL
AUSA PETER HAUTZINGER
205 N 4TH ST, STE 400
GRAND JUNCTION, CO  81501

DISTRICT OF CONNECTICUT
MARC H SILVERMAN
1000 LAFAYETTE BLVD, 10TH FL
BRIDGEPORT, CT  06604

DISTRICT OF CONNECTICUT
MARC H SILVERMAN
450 MAIN ST, ROOM 328
HARTFORD, CT  06103

DISTRICT OF CONNECTICUT
MARC H SILVERMAN
CONNECTICUT FINANCIAL CENTER
157 CHURCH ST, FL 25
NEW HAVEN, CT  06510

DISTRICT OF DELAWARE
SHANNON T HANSON
HERCULES BUILDING, US ATTORNEYS
OFFICE
1313 N. MARKET ST, PO BOX 2046
WILMINGTON, DE  19801

DISTRICT OF MARYLAND
KELLEY O HAYES
36 S CHARLES ST, 4TH FL
BALTIMORE, MD  21201

DISTRICT OF MARYLAND
KELLEY O HAYES
6406 IVY LANE STE 800
GREENBELT, MD  20770

DISTRICT OF NEW JERSEY
ALINA HABBA
US ATTORNEYS OFFICE
402 E STATE ST, ROOM 430
TRENTON, NJ  08608

DISTRICT OF NEW JERSEY
ALINA HABBA
US ATTORNEYS OFFICE
970 BROAD ST, 7TH FL
NEWARK, NJ  07102

DISTRICT OF NEW JERSEY
ALINA HABBA
US ATTORNEYS OFFICE, CAMDEN FEDERAL
BLDG & US COURTHOUSE
PO BOX 2098, 401 MARKET ST, 4TH FL
CAMDEN, NJ  08101

DISTRICT OF OREGON
WILLAIM NARUS
1000 SW THIRD AVE STE 600
PORTLAND, OR  97204

DISTRICT OF OREGON
WILLAIM NARUS
310 W SIXTH
MEDFORD, OR  97501

DISTRICT OF OREGON
WILLAIM NARUS
405 E 8TH AVE, STE 2400
EUGENE, OR  97401

DIVERSE CITY FUND
518 KENNEDY ST NW
WASHINGTON, DC  20011

DIVERSITY CENTER OF OKLAHOMA INC.
2242 NW 39
OKLAHOMA CITY, OK  73112

DIVERSITY IN THE ARTS AND
ENTERTAINMENT
PO BOX 9615
HOUSTON, TX  77213

DIVINE MERCY FAMILY FOUNDATION
385 OAKES BLVD
SAN LEANDRO, CA  94577

DMV PAL
1200 18TH ST. NW SUITE 700
WASHINGTON, DC  20036

DO IT FOR JAMES FOUNDATION
PO BOX 2128
STREETSBORO, OH  44241

DOCUSIGN, INC.
221 MAIN ST., SUITE 800
SAN FRANCISCO, CA  94105

DOING GOOD IN THE HOOD
6041 KIMBERLY BLVD SUITE A
POMPANO BEACH, FL  33068

DOMESTIC VIOLENCE OUTREACH
1914 S. ASHLAND AVENUE
CHICAGO, IL  60608

DOMINIQUE MATHIS
[ADDRESS REDACTED]

DOPPLER TECHNOLOGIES, INC.
440 N. BARRANCA AVE 5880
COVINA, CA  91723

DOUBLE TRELLIS FOOD INITIATIVE
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

DOUGHMAIN FINANCIAL LITERACY
FOUNDATION INC.
189 WALL STREET
PRINCETON, NJ  08540

DOUGLAS COUNTY VISITING NURSES
ASSOCIATION INC.
200 MAINE STREET SUITE C
LAWRENCE, KS  66044

DOUGLAS SPACE AND SCIENCE
FOUNDATION INC.
2388 N 10 W
LAYTON, UT  84041

DOWN SYNDROME ASSOC OF GREATER
CHARLOTTE
3900 PARK ROAD C
CHARLOTTE, NC  28209-2133

DOWN SYNDROME ASSOC OF NORTHWEST
MICHIGAN
P.O. BOX 2151
TRAVERSE CITY, MI  49685

DOWN SYNDROME ASSOC OF PITTSBURGH
(DSAP)
2211 LESNETT RD UNIT 12864
PITTSBURGH, PA  15241

DOWN SYNDROME NETWORK OF
NORTHERN NEVADA
1301 CORDONE AVE STE 114
RENO, NV  89502

DOWN TO DEFEND
3265 WALKER AVE NW SUITE
GRAND RAPIDS, MI  49544

DR AISHA LIFERIDGE MINORITY WOMEN IN
SCIENCE FOUNDATION
PO BOX 90134
WASHINGTON, DC  20090

DR. BERNY ROTHSCHILD FOUNDATION
1902 KEY WEST COVE
AUSTIN, TX  78746

DR. HOWARD FULLER COLLEGIATE
ACADEMY
4030 N. 29TH STREET
MILWAUKEE, WI  53216

DR. VERNARD HODGES IT TAKES A VILLAGE
FOUNDATION
102 STARLIGHT DRIVE
BONAIRE, GA  31005

DRAGAN IVETIC, ESQUIRE
[ADDRESS REDACTED]

DRAWTOGETHER FRIENDS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

DREAM BIG QUEEN SOCIETY
1440 W TAYLOR ST UNIT 1803
CHICAGO, IL  60607

DREAM CENTER ICT
13303 W MAPLE AVE. SUITE 139 BOX 176
WICHITA, KS  67235

DREAM HAITI INC.
2784 SENECA ST.
WEST SENECA, NY  14224

DREAM TEAM TRAVERSE CITY
2002 ARROWHEAD DRIVE
TRAVERSE CITY, MI  49686

DREAMS FOR KIDS
820 W. JACKSON BLVD. SUITE 805
CHICAGO, IL  60607

DRESS FOR SUCCESS BOSTON INC.
989 COMMONWEALTH AVENUE
BOSTON, MA  02215

DROPSECURE
6469 ALMADEN EXPY, SUITE 80 371
SAN JOSE, CA  95120

DS CONNECTIONS NORTHWEST
3839 W. PRAIRIE AVE
HAYDEN, ID  83838

DUB BASEBALL/SOFTBALL FOUNDATION
15535 WATSONVILLE ROAD
MORGAN HILL, CA  95037

DUBBERS CARE FOUNDATION
1200 S RESERVE ST STE F
MISSOULA, MT  59801

DYCKMAN FARMHOUSE MUSEUM
4881 BROADWAY
NEW YORK, NY  10034

DYKES WITH DRILLS
12651 SAN PABLO AVE UNIT 5473
RICHMOND, CA  94805

EAGLE OPS FOUNDATION
12324 E. 86TH ST N SUITE 254
OWASSO, OK  74055

EAGLE ROCK CAMP
113 1ST AVE S
CONOVER, NC  28613

EAGLEXIT CORPORATION
12110 BUSINESS BLVD. STE 6 165
EAGLE RIVER, AK  99577

EARLY LIFE SPEECH & LANGUAGE
506 W 2ND AVE
SPOKANE, WA  99201

EARTH DAY INDIANA INC.
P.O. BOX 40655
INDIANAPOLIS, IN  46260

EAST AUSTIN CREATIVE COALITION
1101 NAVASOTA ST STE 1
AUSTIN, TX  78702

EAST GRAND COMMUNITY SERVICES
3721 E SUNSHINE ST.
SPRINGFIELD, MO  65809

EAST HAMPTON HISTORICAL SOCIETY INC.
151 MAIN STREET
EAST HAMPTON, NY  11937

EAST OAKLAND COLLECTIVE
P.O. BOX 5382
OAKLAND, CA  94605

EAST SAVANNAH UNITED
3 MERLIN COURT
SAVANNAH, GA  31405

EAST TEXAS ARBORETUM AND BOTANICAL
P.O. BOX 2231
ATHENS, TX  75751

EASTERN DISTRICT OF CALIFORNIA
MICHELE BECKWITH
501 I ST, STE 10-100
SACRAMENTO, CA  95814

EASTERN DISTRICT OF WASHINGTON
RICHARD R BARKER
402 E YAKIMA AVE, STE 210
YAKIMA, WA  98901

EASTERN DISTRICT OF WASHINGTON
RICHARD R BARKER
PO BOX 1494
SPOKANE, WA  99210-1494

EASTLAND COUNTY CRISIS CENTER INC.
P.O. BOX 1010
EASTLAND, TX  76448

EBAM
4500 SPRINGFIELD ST.
SIOUX CITY, IA  51108

ECHO COMMUNITY
83335 N FACTORY RD
FOLSOM, LA 70437

ECHO MINISTRIES INC.
PO BOX 904
HIGHLAND CITY, FL 33846

EDCONNECT INC.
160 PEARL MOSS LN
DOUGLASVILLE, GA 31047

EDEN MINISTRIES INC.
2133 BERKEY AVE
GOSHEN, IN 46526

EDINA HISTORICAL SOCIETY
4711 WEST 70TH STREET
MINNEAPOLIS, MN 55435

EDUCACION PARA MEXICO INC.
1 KINGS HWY
TAPPAN, NY 10983

EDUCATION AND HOPE
P.O. BOX 486
NORWALK, CT 06856

EDUCATION FOR LIBERATION NETWORK
235 MAIN STREET SUITE 114
MADISON, NJ 07940

EDUCATION FOR TOMORROW ALLIANCE
3200 COLLEGE PARK DRIVE E205
CONROE, TX 77384

EDUCATORS RISING SOUTH DAKOTA
200 WILLOW ST
HARRISBURG, SD 57032

EDUKID
P.O. BOX 5473
RICHMOND, CA 94805

EGYPT SCHOLARS INC.
2403 EVA CT
CAMPBELL, CA 95008

EIGHTY-SEVEN & RUNNING
19885 DETROIT RD STE 115
ROCKY RIVER, OH 44116

EILEEN MORGAN JOHNSON, ESQUIRE
WHITEFORD TAYLOR & PRESTON LLP
3190 FAIRVIEW PARK DRIVE, SUITE 800
FALLS CHURCH, VA 22042

EL CERRITO TRAIL TREKKERS
949 NORVELL STREET
EL CERRITO, CA 94539

EL PUENTE DE ENCUENTROS
600 CENTRAL BLVD SE
ALBUQUERQUE, NM 87102

EL TIMPANO
2830 20TH STREET STE 201
SAN FRANCISCO, CA 94110

ELDERCIRCLE
NO 1 400 RIVER ROAD
GRAND RAPIDS, MN 55744

ELECTION VERIFICATION NETWORK
PO BOX 8006
KINGSTON, NY 12401

ELEPHANTS RHINOS & PEOPLE
4780 ASHFORD DUNWOODY ROAD SUITE 540
617
ATLANTA, GA 30338-5504

ELEVATE 3 IN 1 INC.
1204 SNOWBERRY DR.
GOLDEN, CO 80401

ELEVATE NORTHEAST EVENTS AND
EDUCATION INC.
203 SCHOOL ST
WATERTOWN, MA 02472

ELEVEN LABS INC.
169 MADISON AVE., 2484
NEW YORK, NY 10016

ELLA BEBE ANGELS
P. O. BOX 1725
OLIVE BRANCH, MS 38654

ELP GIVES BACK
14100 MARIAN DRIVE
ROCKVILLE, MD 20850

EMBRACING WITH VALUE FOUNDATION
2121 OAK KNOLL DR
BATON ROUGE, LA 70815

EMERGING ARTS PROFESSIONALS SAN
FRANCISCOBAY AREA
1446 MARKET STREET
SAN FRANCISCO, CA 94102

EMMAUS INN MINISTRIES
PO BOX 98
NEW ALMADEN, CA 95120

EMO HAITI
P.O. BOX 3863
ITHACA, NY 14850

EMPLOYERS AGAINST DOMESTIC VIOLENCE
100 SOUTH MAIN STREET SUITE 100-J
MIDDLETON, MA 01949

EMPOWER DANCE FOUNDATION
P.O. BOX 106
DURHAM, NC  27702

EMPOWER PLAYGROUNDS INC
881 W STATE ST STE 140-211
PLEASANT GROVE, UT  84062

EMPOWERMENT AVENUE
1187 COAST VILLAGE RD 101
SANTA BARBARA, CA  93108

EMPOWERMENT PROGRAM INC.
1600 YORK STREET
DENVER, CO  80206

EMPOWERMENT WORKS INC.
1187 COAST VILLAGE RD SUITE 101
SANTA BARBARA, CA  93108

ENCEPHALITIS411
3617 PENNSYLVANIA LN
PLANO, TX  75075

ENCOUNTER MINISTRIES
425 SAVANNAH CV
CALERA, AL  35040

ENCOURAGE ME IM YOUNG INC.
14179 EVERGREEN RD
DETROIT, MI  48223

END RAPE ON CAMPUS
235 PEACHTREE ST NE SUITE 400
ATLANTA, GA  30303

END RAPE ON CAMPUS
P.O. BOX 5473
RICHMOND, CA  94805

ENDLESS OPPORTUNITIES WORLDWIDE
100 EZEKIEL CT
HILLSBORO, MO  63050

ENDURING HEARTS INC.
1205 JOHNSON FERRY RD ST. 136-329
MARIETTA, GA  30068

ENDURING THE COURSE INC
27801 EUCLID AVE
EUCLID, OH  44132

ENDURO DEVELOPMENT, LLC
3103 E HIDDEN WOOD DR
SANDY, UT  84092

ENERGETIC HEALTH INSTITUTE
3300 NW 185TH AVE SUIT 189
PORTLAND, OR  97229

ENGLEWOOD SAILING ASSOCIATION INC.
4291 S TAMIAMI TRAIL 1009
VENICE, FL  34293

ENLIVEN FOUNDATION
550 S MAIN STREET
LEBANON, OR  97355

ENRICHING EXPLORATIONS IN
ENGINEERING INC
10161 PARK RUN DRIVE SUITE 150
LAS VEGAS, NV  89145

ENVATO ELEMENTS PTY LTD
PO BOX 16122
COLLINS STREET WEST
MELBOURNE, VICTORIA  8007
AUSTRALIA

ENVIRONTEERS
P.O. BOX 5473
RICHMOND, CA  94805

ENVOUTE PRODUCTIONS
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

EOIN P. BEIRNE, ESQUIRE
MINTZ LEVIN
ONE FINANCIAL CENTER
BOSTON, MA  02111

EPICENTER PROJECTS THE ELEMENTAL
145 N RAYMOND
PASADENA, CA  91105

EPILEPSY FOUNDATION CENTRAL & SOUTH
TEXAS
8601 VILLAGE DRIVE SUITE 220
SAN ANTONIO, TX  78217

EPITOME OF EXCELLENCE
P.O. BOX 28163
JACKSONVILLE, FL  32218

EQUAL ACCESS TO JUSTICE INC.
P.O. BOX 25941
ALBUQUERQUE, NM  87125

EQUAL RIGHTS INSTITUTE
1030 CENTRAL DR NW SUITE A
CONCORD, NC  28027

EQUESTRIAN SPIRITS INC.
45027 SR 64E
MYAKKA CITY, FL  34251

ERF
14301 FNB PARKWAY SUITE 100
OMAHA, NE  68154

ERIC L. RAY, ESQUIRE
HOLLAND & KNIGHT
777 SOUTH FLAGLER DRIVE, SUITE 1900
WEST TOWER
WEST PALM BEACH, FL  33401

ERIESPONSIBLE INC.
30875 DORAL LANE
WESTLAKE, OH  44145

ERIN J. ILLMAN, ESQUIRE
BRADLEY ARANT BOULT CUMMINGS LLP
TRUIST CENTER
214 NORTH TRYON STREET, SUITE 3700
CHARLOTTE, NC  28202

ERNEST BROOKS FOUNDATION
23 HITCHCOCK WAY SUITE 108
SANTA BARBARA, CA  93105

ESMAYS GARDEN INC.
30 E COLUMBIA AVE
BATTLE CREEK, MI  49015

ESPERANZA EN ESCALANTE
3700 S CALLE POLAR
TUCSON, AZ  85730

ESSENTIAL PARTNERS
PO BOX 400175
CAMBRIDGE, MA  01240

ET AL
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

ETAN Z. FRASER, ESQUIRE
THE LAW OFFICE OF ETAN Z. FRASER
354 PINE STREET, THIRD FLOOR
SAN FRANCISCO, CA  94104

ETERNAL FAMILY PROJECT INC.
P.O. BOX 171
HIRAM, GA  30141

ETHIOPIAN PHYSICS SOCIETY IN NORTH
AMERICA INC.
7199 WOODFIN ROAD
CHRISTIANA, TN  37037

ETHOS - ACADEMIC CENTER WITHOUT
WALLS INC.
P.O. BOX 470707
BROOKLINE VILLAGE, MA  02447

EUGENIE CHAN THEATER PROJECTS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

EVA ULZ, ESQUIRE
HALCYON LAW APC
890 MONTEREY STREET, SUITE 11
SAN LUIS OBISPO, CA  93401

EVERETT MUSEUM OF HISTORY
PO BOX 5556
EVERETT, WA  98206-5556

EVERY CATS DREAM
1270 STATE HIGHWAY 206
GREENE, NY  13778

EXCEPTIONAL CHILDRENS CHARITIES INC.
P.O. BOX 366
STEGER, IL  60475

EXPANDING HORIZONS FARM INC.
4400 E CR 34E
FORT COLLINS, CO  80528

EXTRA MILE MINISTRIES
16701 SE ROCK CREEK CT
HAPPY VALLEY, OR  97015

EXTRASPACE STORAGE
210 FALLON ST
OAKLAND, CA  94607

EXTREME KIDS AND CREW INC.
145 BROOKLYN AVE BROOKLYN NYC 11213
BROOKLYN, NY  11213

EYE ZEN PRESENTS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

FAACTS FOOD AND AGRICULTURE
ACTION COALITION TOWARD SOVEREIGNTY
P.O. BOX 5473
RAYMOND, CA  94805

FABULOUS ON PURPOSE INC.
65 EDWARDS ST
GRIFFIN, GA  30223

FACES OF CHANGE INC
P.O. BOX 2632
CAMDEN, NJ  08102

FAHMA HUMANITARIAN ORGANIZATION
INTERNATIONAL
901 N MCDONALD STREET STE 504
MCKINNEY, TX  75069

FAIR TRADE HOLIDAY FESTIVAL
116 N. FEW ST. SUITE 3
MADISON, WI  53703

FAIRFIELD YOUTH CHEERLEADING
ASSOCIATION
400 OFFICE PARK DR SUITE A
FAIRFIELD, OH  45014

FAIRNESS CAMPAIGN
2263 FRANKFORT AVE.
LOUISVILLE, KY  40206

FAITH IN ACTION MINISTRIES
4714 9TH AVE
LOS ANGELES, CA  90043

FAITH OF THE NATIONS
41280 DUBLIN DR.
PARKER, CO  80138

FALLEN FRUIT
844 SANBORN AVENUE
LOS ANGELES, CA 90029

FALLEN WATERMANS FOUNDATION
930 TAHOE BLVD SUITE SUITE 802-164
INCLINE VILLAGE, NV 89451

FAM 1ST FAMILY FOUNDATION
101 MONTGOMERY STREET SUITE 2800
SAN FRANCISCO, CA 94104

FAMCORE FOUNDATION INC.
101 LIVINGSTON PL
METAIRIE, LA 70005

FAMILIES UP
123 N 456 E
PLEASANT GROVE, UT 84062

FAMILY CAREER AND COMMUNITY LEADERS
OF AMERICA INC
1910 ASSOCIATION DR.
RESTON, VA 20191

FAMILY PROMISE OF BRYAN - COLLEGE
STATION
1401 W. MARTIN LUTHER KING JR. STREET
BRYAN, TX 77803

FANIKIA FOUNDATION
5900 119TH AVE SE APT B40
BELLEVUE, WA 98006

FARMERS INSURANCE
39675 CEDAR BLVD 190
NEWARK, CA 94560

FARMERS MARKET OF THE OZARKS
2144 E REPUBLIC ROAD B103
SPRINGFIELD, MO 65804

FARMERS RISING
1545 ROCKTON RD
CALEDONIA, IL 61011

FAST
PO BOX 183
FARMINGTON, NM 87499

FATHER-DAUGHTER FOUNDATION
6345 JOLIET RD 1
LA GRANGE, IL 60525

FATHERS AND SONS TOGETHER (FAST)
9276 SPEAR PLACE SOUTH
SEATTLE, WA 98118

FATHERS CARE INC.
PO BOX 669244
MARIETTA, GA 30066

FATHERS MAKING PROGRESS
P.O. BOX 12301
MILWAUKEE, WI 53212

FAUQUIER EXCELLENCE IN EDUCATION
FOUNDATION
P.O. BOX 512
WARRENTON, VA 20188

FAWOHODZE INC
2427 23RD AVE
OAKLAND, CA 94606

FC BALBOA
3329 NUTMEG ST
SAN DIEGO, CA 92104

FEARLESS BEAUTY INC.
280 E 134TH STREET APT. 6H
BRONX, NY 10454

FEEDING ACCEPTING INSPIRING THE
HURTING
3422 MARRIOTT DR
COLUMBUS, GA 31907

FEEDING PEOPLE THROUGH PLANTS
1711 S. HALSTED
CHICAGO, IL 60608

FEEDTHEMUSIC
P.O. BOX 7342
NEWPORT BEACH, CA 92658

FEET FIRST FOUNDATION
816 MAIN STREET
MARTINEZ, CA 94553

FELINES OF CHICAGO
1501 CUYLER AVE
BERWYN, IL 60402

FIELD PROJECTS INTERNATIONAL
443 OLD VIA RANCHO DRIVE
ESCONDIDO, CA 92029

FIERCE ADVOCATES
312 9TH ST.
RICHMOND, CA 94801

FIGHT OAR DIE
4507 PARK ROAD
MOBILE, AL 36605

FIGHT TO END EXPLOITATION INC.
621 16TH STREET
RACINE, WI 53403

FIGHTING H.A.R.D. FOUNDATION
PO BOX 386
HOWELL, NJ 07731

FIGMA
760 MARKET ST, FLOOR 10
SAN FRANCISCO, CA  94102

FILIPINO-AMERICAN DEVELOPMENT
FOUNDATION
1010 MISSION STREET
SAN FRANCISCO, CA  94103

FILIPINO-AMERICAN LAW ENFORCEMENT
OFFICERS ASSOCI.
PO BOX 77086
SAN FRANCISCO, CA  94107

FINE ARTS ADVISORY COMMITTEE
P.O. BOX 138
MERCER ISLAND, WA  98040

FINN IT FORWARD
18530 MACK AVE
GROSSE POINTE, MI  48236

FIRE AND ICE HORSE TRAINING AND RESCUE
1504 IRON SPRINGS DRIVE
LAS VEGAS, NV  89144

FIREFIGHTERS FOR HEALING
P.O. BOX 374
CHAMPLIN, MN  55316

FIRMAGE INVESTMENTS, LLC
7 BENTWOOD LN
SANDY, UT  84092

FIRST FIVE YEARS & BEYOND
1225 S. WELLER ST. 400
SEATTLE, WA  98144

FIRST GENERATION INVESTORS
48 WALL STREET SUITE 1100
NEW YORK, NY  10005

FIRST LIGHT CHILD SPONSORSHIP &
CHARITABLE GIVING
3377 BETHEL RD SE STE 107 PMB 138
PORT ORCHARD, WA  98366

FIRST ORION CORP
520 MAIN ST., SUITE 400
N. LITTLE ROCK, AR  72114

FIRST R FOUNDATION INC.
74 LANGSFORD STREET
GLOUCESTER, MA  01930

FISHES AND LOAVES OUTREACH
DBA FISHES & LOAVES VOCATIONAL CENTER
3519 SHEFFIELD RD.
SPRINGFIELD, IL  62703

FISHING FOR THE HEART INC.
12602 W HAMPTON AVE
BUTLER, WI  53007

FIVE LOAVES
116 SOUTH MAIN STREET PO BOX 144
FILLMORE, IL  62032

FLAGSTAFF YOUTH RIDERS INC. FLYRS
2532 N 4TH ST 419
FLAGSTAFF, AZ  86004

FLINCH FORWARD
20 PIPERS CANYON ROAD
ESTES PARK, CO  80517

FLIPKLOUD
1208 SECTOR 23A
FARIBADAD
INDIA

FLO CREED-JACOBSON INITIATIVE
118 COPPERWOOD DRIVE
STOUGHTON, MA  02072

FLORIDA BAT CONSERVANCY
2400 PHILLIPS ROAD
CHRISTMAS, FL  32709

FLORIDA DEPT OF LABOR
DEPT OF ECONOMIC OPPORTUNITY
107 EAST MADISON ST
CALDWELL BUILDING
TALLAHASSEE, FL  32399-4120

FLORIDA DEPT OF REVENUE
PO BOX 7443
TALLAHASSEE, FL  32314-7443

FLORIDA OFFICE OF FINANCIAL REGULATION
200 E. GAINES ST
TALLAHASSEE, FL  32399

FLORIDA URGENT RESCUE INC.
7643 GATE PARKWAY 104-27
JACKSONVILLE, FL  32256

FLORIDA YORKIE RESCUE INC.
2740 SW MARTIN DOWNS BLVD. SUITE 205
PALM CITY, FL  34990

FLOURISH FOUNDATION PROJECT
9107 CARROT PATCH DR
CHARLOTTE, NC  28216

FLOYD COUNTY HUMANE SOCIETY INC.
P.O. BOX 862
FLOYD, VA  24091

FLYING TIGER HISTORICAL ORGANIZATION
21133 JIMMERSALL LANE
GROVELAND, CA  95321

FLYWHEEL DIGITAL
1801 PLRTER ST., SUITE 300
BALTIMORE, MD  21230

FONDY FOOD CENTER INC.
2102 W FOND DU LAC AVE
MILWAUKEE, WI 53206

FONTAWESOME
307 S MAIN ST, SUITE 202
BENTONVILLE, AR 72712

FOOD CHAIN WORKERS ALLIANCE
3055 WILSHIRE BOULEVARD 300
LOS ANGELES, CA 90010

FOOD FOR THE SPIRIT
PO BOX 956
NAPLES, NY 14512

FOOTHILLS ART SOCIETY
PO BOX 701 TO 43 PEARL ST.
MALONE, NY 12953

FOOTLOOSE MONTANA
4175 RATTLESNAKE DRIVE
MISSOULA, MT 59802

FOOTWORK INTERNATIONAL
PODOCONISOSIS INITIATIVE
P.O. BOX 5473
RICHMOND, CA 94805

FOR OAK CLIFF
4478 S. MARSALIS AVENUE
DALLAS, TX 75216

FOR SUDAN INC
2531 LOTT AVENUE
HOLT, MI 48842

FOR THE GWORLS INC.
312 W 36TH STREET FL 1
NEW YORK, NY 10018

FOR THE LOVE OF A VETERAN INC.
P.O. BOX 1238
HANOVER, PA 17331

FOR THE STRUGGLE INC.
P.O. BOX 16072
CHARLOTTE, NC 28297

FOR THE TIME BEING
1446 MARKET STREET
SAN FRANCISCO, CA 94102

FOREIGN PRESS FOUNDATION
1501 BROADWAY 12TH FLOOR
NEW YORK, NY 10036

FORESIGHT SKI GUIDES INC.
P.O. BOX 882
VAIL, CO 81658

FOREST GROVE COMMUNITY SCHOOL
1914 PACIFIC AVENUE
FOREST GROVE, OR 97116

FOREVER NEVER FORGOTTEN I INC
10 BRANCH CT.
CARMEL, NY 10512

FORGET ME NOT FARM SANCTUARY INC.
18721 BERNARD DRIVE
EAGLE RIVER, AK 99577

FORMERLY INCARCERATED PEOPLES
PERFORMANCE PROJECT
P.O. BOX 5473
RICHMOND, CA 94805

FORMIDABLE JOY
7819 TORREYSON DRIVE
LOS ANGELES, CA 90046

FORT WORTH ABANDONED ANIMAL
ALLIANCE
7140 STEWART LN
BENBROOK, TX 76126

FORUM CHARITABLE FUND
23600 CRISTO REY DRIVE
CUPERTINO, CA 95014

FOSTER VILLAGE WACO
9191 WOODWAY DRIVE
WACO, TX 76712

FOSTER YOUR FUTURE
13235 N. VERDE RIVER DR.
FOUNTAIN HILLS, AZ 85268

FOUND HOPE
400 W. CUNNINGHAM
BUTLER, PA 16001

FOUNDATION 4 HEROES
23127 THREE NOTCH ROAD
CALIFORNIA, MD 20619

FOUNDATION FOR COMMUNITY
BETTERMENT
PO BOX 523566
SPRINGFIELD, VA 22152

FOUNDATION FOR DISABLED YOUTHS
P.O. BOX 5025
HACIENDA HEIGHTS, CA 91745

FOUNDATION FOR PIERCE COLLEGE
6201 WINNETKA AVENUE
WOODLAND HILLS, CA 91371

FOUNDATION FOR THE POOR
4862 EAST BLOSSOM DRIVE
DOYLESTOWN, PA 18902

FOUNDATION FOR YOUTH RESIDENCY AND
ENGAGEMENT
PO BOX 3907
OMAK, WA  98841

FOUNDATIONS FOR DIVERGENT MINDS
500 NORTH CENTRAL EXPRESSWAY SUITE
500 PMB 51
PLANO, TX  75074

FRAMINGHAM COUNTRY CLUB CHARITABLE
FOUNDATION
16 GATES STREET P.O. BOX 2284
FRAMINGHAM, MA  01703

FRANKLIN COUNTY HUMANE SOCIETY
100 COMPANION PLACE
FRANKFORT, KY  40601

FRANKLIN TOWNSHIP DR MARTIN
LUTHER KING COMMUNITY FOUNDATION
P.O. BOX 5684
SOMERSET, NJ  08875

FREE GEEK
1731 SE 10TH AVENUE
PORTLAND, OR  97214

FREE HEARTS FREE MINDS
2010 EL CAMINO REAL
SANTA CLARA, CA  95050

FREEDOM LIFE COMPASS INC.
P.O. BOX 43
VALPARAISO, FL  32580

FREMONT ADVENTURE RECREATION
455 GREENHORN DR
CANON CITY, CO  81212

FRENCH HOUSE INC.
633 NORTH FRANCES ST
MADISON, WI  53703

FRESH START COMMUNITY COALITION
2427 MCLARAN
SAINT LOUIS, MO  63136

FRESH START RESCUE
PO BOX 256
WILLARD, NC  28478

FRESNO METRO BLACK CHAMBER OF
COMMERCE
1444 FULTON STREET 206
FRESNO, CA  93721

FRIENDS AND NEIGHBORS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

FRIENDS OF BASEBALL
100 SW MARKET ST SUITE 200
PORTLAND, OR  97201

FRIENDS OF BLOOMINGDALE TRAIL -
FISCAL SPONSOR: FRIENDS OF THE PARKS
2107 N ALBANY AVE
CHICAGO, IL  60647

FRIENDS OF CUSO INTERNATIONAL
1101 15TH ST. NW
WASHINGTON, DC  20005

FRIENDS OF CUSO INTERNATIONAL
122 PRIMROSE DR.
COVINGTON, LA  70433

FRIENDS OF CUSO INTERNATIONAL
876 NORTH SAPPHIRE DR.
LAYTON, UT  84041

FRIENDS OF DRAGON RUN
PO BOX 882
GLOUCESTER, VA  23061

FRIENDS OF EAGLE RIVER NATURE CENTER
INC.
32750 EAGLE RIVER RD MILE 12 5 EAGLE
RIVER RD
EAGLE RIVER, AK  99577

FRIENDS OF FAIRVIEW
800 E 6TH ST
NEW ALBANY, IN  47150

FRIENDS OF FRANCOIS DBA FOR ALL
1425 BROADWAY 528
SEATTLE, WA  98122

FRIENDS OF FREELAND FOUNDATION
492 HILL STREET
GREEN LAKE, WI  54941

FRIENDS OF HEMLOCK BLUFFS
PO BOX 62
CARY, NC  27512

FRIENDS OF KNOX FARM STATE PARK INC.
437 BUFFALO ST
EAST AURORA, NY  14052

FRIENDS OF MANUAL HIGH SCHOOL INC.
1700 E 28TH AVE.
DENVER, CO  80205

FRIENDS OF MUSIC ALLEY
P.O. BOX 461
BRIDGEWATER, MA  02324

FRIENDS OF ROOSEVELT MIDDLE SCHOOL
3366 PARK BOULEVARD STREET
SAN DIEGO, CA  92103

FRIENDS OF SHOLAN FARMS
PO BOX 632
LEOMINSTER, MA  01453

FRIENDS OF SIVANANDA ASHRAM YOGA IN THE CARIBBEAN
DORF & NELSON LLP
ATTN: DANIEL R. ALCOTT ESQ., THE INTERNATIONAL CORPORATE CENTER
555 THEODORE FREMD AVE. SUITE A200
RYE, NY  10580

FRIENDS OF SOZO KIDS
333 COLONY BLVD. SUITE 164
THE VILLAGES, FL  32162

FRIENDS OF STONES RIVER NATIONAL BATTLEFIELD
P.O. BOX 4092
MURFREESBORO, TN  37129-4092

FRIENDS OF SUENOS
308 EAST LANCASTER AVE (SUITE 235)
BRYN MAWR, PA  19096

FRIENDS OF THE BAY INC.
111 SOUTH STREET SUITE 210
OYSTER BAY, NY  11771

FRIENDS OF THE CASTLE
133 N MAIN STREET
DAYTON, OH  45459

FRIENDS OF THE GOODHUE COUNTY FAIR
27711 COUNTY 16 BOULEVARD
GOODHUE, MN  55027

FRIENDS OF THE LIBRARY OF EL DORADO COUNTY INC.
345 FAIR LANE
PLACERVILLE, CA  95667

FRIENDS OF THE LOCUST FORK RIVER
P.O. BOX 638
CLEVELAND, AL  35031

FRIENDS OF THE PEOPLE IN BLUE
P.O. BOX 5473
RICHMOND, CA  94805

FRIENDS OF THE ROSEVILLE PUBLIC LIBRARY INC.
PO BOX 232
ROSEVILLE, CA  95678

FRIENDS OF THE SAN QUENTIN PRISON LIBRARY
P.O. BOX 5473
RICHMOND, CA  94805

FRIENDS OF THE SAXONIA HOUSE INC.
9304 S LAKE DR
MANITOWOC, WI  54220

FRIENDS OF THE VERGENNES OPERA HOUSE INC.
P.O. BOX 88
VERGENNES, VT  05491

FRIENDS OF THE WAGNER RANCH NATURE AREA
P.O. BOX 821
ORINDA, CA  94563

FRIENDS OF WOMENSAFE INC.
PO BOX 84
CHARDON, OH  44024

FRIENDS OF WPVM INC.
34 WALL ST 407
ASHEVILLE, NC  28801

FRIENDSHIP NEW VISION INC
5301 NEBRASKA AVE
TOLEDO, OH  43615

FROM DARKNESS TO LIGHT
3555 EAST 91ST STREET
CLEVELAND, OH  44105

FROM PRISON CELLS TO PHD INC.
26 N. HIGHLAND AVE.
BALTIMORE, MD  21224

FRONT RANGERS CYCLING CLUB
700 COLORADO BLVD 690
DENVER, CO  80206

FRONT ROW FOUNDATION
P. O. BOX 15795
RICHMOND, VA  23227

FRONTIER GOSPEL MISSION INC.
36 OFF FOSTER ROAD
EAST SANDWICH, MA  02537

FRONTLINE RESSURECTION
10015 FARINOSA AVE SW
ALBUQUERQUE, NM  87121

FULCRUM ARTS
145 N RAYMOND
PASADENA, CA  91105

FULLY TACTILE ART EXHIBITION
1446 MARKET STREET
SAN FRANCISCO, CA  94102

FUNDAMENTALS OF ORGANIZING ADDITION
PO BOX 3337
BLOOMINGTON, IL  61702-3337

FUSION LEADERS INC.
265 S. RANDOLPH AVE SUITE 250
BREA, CA  92821

FUTURE DOCTORS TEACH
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

FUTURE KINGS
PO BOX 159
DUMFRIES, VA  22026

G.O.A.L.S. ATHLETIC LEAGUE INC.
21337 39TH AVE.
BAYSIDE, NY  11361

G4 PILOT ASSISTANCE FUND INC.
7901 4TH STREET NORTH SUITE 300
SAINT PETERSBURG, FL  33702-4399

GAIA PASSAGES
8331 KENT COURT
EL CERRITO, CA  94530

GAINES-JONES SCHOLARS
PO BOX 3016
NOVATO, CA  94948

GAMERS GIVING
8304 W. 90TH AVE
BROOMFIELD, CO  80021

GANG BREAKER INC.
2200 WILLOW TRAIL PARKWAY
NORCROSS, GA  30093

GARDEN OF DESTINY CDC
15500 VOSS RD STE 597
SUGAR LAND, TX  77498

GARDEN OF PEACE INC
4048 NE 122ND AVE
PORTLAND, OR  97266

GARLYN PLACE
PO BOX 6
VIDOR, TX  77670

GARRETT TRAILS
P.O. BOX 62
MC HENRY, MD  21541

GARRETTA€™S FIGHT FOUNDATION
10691 LONDON ST.
COOPER CITY, FL  33026

GARY LITERACY COALITION
650 GRANT ST
GARY, IN  46404

GATEWAY EDUCATIONAL SERVICES
185 S. PATTERSON AVE SUITE E
GOLETA, CA  93117

GATEWAY HOUSING FIRST INC.
1104 S. JEFFERSON AV. (FRONT)
SAINT LOUIS, MO  63104

GEARIN UP BICYCLES
1811 RHODE ISLAND AVENUE NE
WASHINGTON, DC  20018

GEARUP2LEAD
141 W. SECOND ST.
FLINT, MI  48502

GEMASSIST BRAIN AWARENESS CO
DBA GEMASSIST BRAIN AWARENESS
FOUNDATION
9500 GERARDIA LN
PROSPECT, KY  40059

GEM-N-ME
7100 KINSMAN
CLEVELAND, OH  44104

GENERALS FUTURE CHARITY INC.
P.O. BOX 4904
UPPER MARLBORO, MD  20775

GENERATION GOOD RESPECT
PO BOS 1121
STERLING, CO  80751

GEOFFREY M. THORNE, ESQUIRE
HIGGS FLETCHER & MACK LLP
401 WEST A STREET, SUITE 2600
SAN DIEGO, CA  92101

GEORGIA ALLIANCE TO END
HOMELESSNESS
2655 DALLAS HIGHWAY SW SUITE 610
MARIETTA, GA  30064

GEORGIA RUGBY FOUNDATION DBA
RENEGADES FOREVER
6849 PEACHTREE DUNWOODY RD. BUILDING
B-3 SUITE 100
ATLANTA, GA  30328

GERALD R. VILLARRIAL, ESQUIRE
DUNNAM & DUNNAM
4125 WEST WACO DRIVE
WACO, TX  76710

GET EVERYTHING U FOUNDATION
776 JACKSON STREET
CINCINNATI, OH  45215

GET GIRLS GOING INC.
1452 DORCHESTER AVENUE 4TH FLOOR
BOSTON, MA  02122

GIBBON CONSERVATION CENTER
PO BOX 800249
SANTA CLARITA, CA  91380

GIFT OF LOVE FOUNDATION CORPORATION
4640 LIPSCOMB STREET SUITE  21
PALM BAY, FL  32905

GIFTS OF HOPE
803 LYONS AVENUE NE
RENTON, WA  98059

GIG HARBOR WILDLIFE RESCUE
6701 85TH AVE NW
GIG HARBOR, WA  98335

GILL TRACT FARM COALITION
P.O. BOX 5473
RICHMOND, CA  94805

GIRL I GOT YOU
13000 HARBOR CENTER DRIVE
WOODBRIDGE, VA  22192

GIRL PARK FOUNDATION INC.
730 LAWRENCE STREET NE
WASHINGTON, DC  20017

GIRLS LIKE ME PROJECT
7116 SOUTH MORGAN STREET
CHICAGO, IL  60621

GIRLS OF DOG RESCUE
13141 LABURNUM DR
TUSTIN, CA  92780

GIRLS ON FIRE LEADERS
P.O. BOX 5473
RICHMOND, CA  94805

GIRLS ROCK CAMP FOUNDATION
5313 N. MONTANA
ENCINO, CA  97217

GIRLS SHELTER OF FORT SMITH ARK INC
P.O. BOX 3177
FORT SMITH, AR  72913

GIRLS WHO BUILD STEAM INC.
114-02 GUY R BREWER BLVD
JAMAICA, NY  11434

GITHUB, INC.
88 COLIN P KELLY JR., STREET
SAN FRANCISCO, CA  94107

GIVE A BEAT
387 S COAST HIGHWAY
LAGUNA BEACH, CA  92651

GIVE A GOAT INC.
9911 SHELBYVILLE RD. 100
LOUISVILLE, KY  40223

GIVE A WATT
1035 W BROKEN STONE PL
ORO VALLEY, AZ  85737

GIVE WITH LILY
P.O. BOX 5473
RICHMOND, CA  94805

GLOBAL CITIZENS CIRCLE
28 MANTER ST.
CAPE ELIZABETH, ME  04107

GLOBAL CLIMATE & HEALTH ALLIANCE
P.O. BOX 5473
RICHMOND, CA  94805

GLOBAL COLON CANCER ALLIANCE
33 EAST CITY AVE SUITE PL-14
BALA CYNWYD, PA  19004

GLOBAL DEVELOPMENT FOR ECONOMIC
CHANGE
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

GLOBAL LIBERTY ALLIANCE
600 CAMERON STREET SUITE 411
ALEXANDRIA, VA  22314

GLOBAL MISSIONS OF MERCY
PO BOX 2969
MUSCLE SHOALS, AL  35661

GLOBAL NEWBORN SOLUTIONS INC
20 HILLSIDE TER
BELMONT, MA  02478

GLOBALPOST
P.O. BOX 5473
RICHMOND, CA  94102

GLORIOUS EXPRESSION MINISTRY
12811 B LOCBURY CIRCLE
GERMANTOWN, MD  20874

GLOUCESTER UNITED EMERGENCY
SHELTER TEAM
6536 MOOSE DRIVE
GLOUCESTER, VA  23061

G-MEN NATION INC.
1046 HIGHWAY 3043
OPELOUSAS, LA  70570

GO FUND BEAN INC.
200 WESTPORT ROAD SUITE 10144
KANSAS CITY, MO  64171-1236

GOALS YOUTH RIVER EXPEDITIONS
5317 S KENDALL ST
LITTLETON, CO  80123

GOD MADE SELF DRIVEN MINISTRIES
P.O BOX 2031
ABBEVILLE, LA  70511

GODS HYGIENE HELP CENTER
1402 OAKLAND PARK
COLUMBUS, OH  43224

GODSMORNING FOUNDATION
18 WEDGE DRIVE
CHARLOTTE, NC  08610

GOLD IN FIGHT
P.O. BOX 1005
FORT GEORGE G MEADE, MD 20755

GOLDEN EXPERIENCE INC
8134 W PINE CREEK BND
CYPRESS, TX 77433

GOLUB FAMILY FOUNDATION
625 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

GOOD IN THE HOOD
4815 NE 7TH AVENUE
PORTLAND, OR 97211

GOOD JOURNEY DEVELOPMENT
FOUNDATION
5046 VERNON
SAINT LOUIS, MO 63113

GOOD MOURNING CLUB
145 N RAYMOND
PASADENA, CA 91105

GOOD THOUGHTS US
104 WILLIAMS ST
CARRBORO, NC 27510

GOOGLE CLOUD
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043

GOOGLE, LLC
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043

GOSPEL MUSIC WORKSHOP OF AMERICA
INC.
ATLANTA CHAPTER
P. O. BOX 56223
ATLANTA, GA 30343

GRACE INTERNATIONAL INC.
P.O BOX 246537
PEMBROKE PINES, FL 33024

GRACE WORLD MINISTRIES
8400 NW 25TH STREET SUITE 100
DORAL, FL 33198

GRACIES ARMY FOUNDATION
19 STAFFORD PLACE
TOWACO, NJ 07082

GRAMMARLY
548 MARKET ST., 35410
SAN FRANCISCO, CA 94104

GRAND ARTS CONSORTIUM
2830 20TH STREET STE 201
SAN FRANCISCO, CA 94110

GRAND AVENUE INVESTMENTS LP - SERIES
14B
285 GRAND AVENUE BLDG 1
ENGLEWOOD, NJ 07631

GRANDVIEW FOUNDATION
1230 N MARENGO AVE
PASADENA, CA 91103

GRANITE MOUNTAIN INTERAGENCY
HOTSHOT CREW LEARNING AND TRIBUTE
3250 GATEWAY BLVD.
PRESCOTT, AZ 86303

GRANITE WELLNESS CENTERS FOUNDATION
180 SIERRA COLLEGE DRIVE
GRASS VALLEY, CA 95945

GRANT T. SHIBAO, ESQUIRE
3I LAW
2000 S. COLORADO BLVD
TOWER 1, SUITE 10000
DENVER, CO 80222

GRASSROOT PROJECTS
314 210TH CT SE
SAMMAMISH, WA 98074

GRATITUDE FOUNDATION
39 E ELDER STREET
CUMBERLAND, MD 21502

GREAT HEIGHTS FOSTER CARE INC.
5710 OGEECHEE ROAD 200 224
SAVANNAH, GA 31405

GREAT LAKES STEWARDSHIP INITIATIVE
10925 FOREMAN STREET
LOWELL, MI 49331

GREATER BETTENDORF COMMUNITY
FOUNDATION
2511 BELLEVUE AVE
BETTENDORF, IA 52722

GREATER BUCKY OPEN INC.
6160 BRIGGS ROAD
WAUNAKEE, WI 53597

GREATER HEIGHTS MISSIONS
3691 GREEN SPRING RD
WINCHESTER, VA 22603

GREATER RICHMOND CHAPTER OF THE
MILITARY
ORDER OF THE PURPLE HEART OF THE USA
3100 DOMINO RD.
RICHMOND, VA 23235

GREATER RICHMOND CHAPTER OF THE
MILITARY ORDER OF THE PURPLE HEART OF
THE USA
3100 DOMINO RD.
RICHMOND, VA 23235

GREEN ACRES FARM ANIMAL FOUNDATION
9703 X RD
MERIDEN, KS 66512

GREEN INTERCHANGE
ONE VANTAGE WAY STE E250
NASHVILLE, TN 37228

GREEN STUDENT FUND
1031 LAVENDER LANE
LA CANADA FLINTRIDGE, CA 91011

GREENE SCHOLARS
PO BOX 6393
SANTA CLARA, CA 95056

GREENLIGHT SOLUTIONS FOUNDATION
1848 E HERMOSA DRIVE
TEMPE, AZ 85282

GREENMOUNT WEST COMMUNITY CENTER
FOUNDATION INC.
1634 GUILFORD AVE
BALTIMORE, MD 21202

GREGORY HOUSE PROGRAMS
200 N VINEYARD BLVD STE A310
HONOLULU, HI 96817

GROMFATHER FOUNDATION
9860 COUNTRY PARK CT
GRANITE BAY, CA 95661

GROUND TRUTHS NETWORK
P.O. BOX 5473
RICHMOND, CA 94805

GROUNDED IDEALIST
P.O. BOX 5473
RICHMOND, CA 94805

GROUNDED INC.
8299 MT HWY 35
BIGFORK, MT 59911

GROWING ROOTS
341 E KINGSLEY AVE
POMONA, CA 91767

GROWING4WARD
300 GLENWOOD AVE. SUITE 432
BLOOMFIELD, NJ 07003

GUARDIAN ANGELS FOUNDATION
405 WEST MAPLE AVE
MORRISVILLE, PA 19067

GUARDIAN BALTIMORE
824 CEDARCROFT RD
BALTIMORE, MD 21212

GUARDIAN NETWORK SOLUTIONS
119 GOLIAD ST., SUITE 201
FORT WORTH, TX 76126

GUARDIAN TRAINING
3007 SACRAMENTO STREET
BERKELEY, CA 94703

GUILDHAUS
2413 CANAL STREET
BLUE ISLAND, IL 60406

GUITARS IN THE CLASSROOM
1286 UNIVERSITY AVE 389
SAN DIEGO, CA 92103

GULFSIDE HEALTHCARE SERVICES INC.
2061 COLLIER PARKWAY
LAND O LAKES, FL 34639

GURU TECHNOLOGIES INC.
121 S. BROAD ST., 10TH FL
PHILADELPHIA, PA 19107

H.E.L.P.S. MINISTRY OUTREACH
238 W STATE STREET
JACKSONVILLE, IL 62650

H.O.P.E. FOUNDATION INC.
2085 LYNNHAVEN PARKWAY SUITE 106 BOX
128
VIRGINIA BEACH, VA 23456

H.Y.P.E. TO EMPOWER INC.
1530 DEKALB AVE NE A
ATLANTA, GA 30307

H2O MINISTRIES INC.
641 OLD FOLKSTONE RD
SNEADS FERRY, NC 28460

HAITI HOPE HOUSE INC.
PO BOX 292
ORANGE, NJ 07051

HAITI INTERNATIONAL ALLIANCE INC.
301 NE 152ND STREET
MIAMI, FL 33162

HAITI ONE BY ONE INC.
9602 FLATLANDS AVE
BROOKLYN, NY 11236

HALAU KEALAOKAMAILE
PO BOX 450
KULA, HI 96790

HALO HEALING AUTISM THROUGH
LEARNING &
OPPORTUNITIES
40 WHITEHALL NEWPORT BEACH CA 92660
NEWPORT BEACH, CA 92660

HAMPTON ROADS COMMUNITY HEALTH
CENTER INC.
664 LINCOLN STREET
PORTSMOUTH, VA 23704

HAND HELP
800 VILLAGE WALK SUITE 130
GUILFORD, CT  06437

HANDS IN SERVICE INC.
P.O. BOX 725
SELLERSVILLE, PA  18960

HANDS OF HOPE FOUNDATION
INTERNATIONAL
429 NORTH PALM AVENUE APT A
ALHAMBRA, CA  91801

HANNAH E. MURPHY, ESQUIRE
JOHNSON, MURPHY & JONES, INC.
928 WEST GRAND AVE
GROVER BEACH, CA  93133

HANNAH RECKNAGEL, ESQUIRE
BAAR & LICHTERMAN PLLC
3140 RED MILL AVE SW
GRANDVILLE, MI  49418

HAPPY TALES ANIMAL SANCTUARY INC.
PO BOX 51
UNION MILLS, NC  28167

HARDY COMMUNITY OUTREACH
8922 CEDAR TOP DR.
HOUSTON, TX  77088

HARMONY FOR PEACE FOUNDATION
256 EAGLEVIEW BLVD. 267
EXTON, PA  19341

HARMONY IN HORSES
8847 N 800 E
SHERIDAN, IN  46069

HARMONY NEW BEGINNINGS ANIMAL
RESCUE
9604 HARMONY RD
SHERIDAN, OR  97378

HAROLD COLBERT JONES MEMORIAL
COMMUNITY CENTER
220 E.15TH STREET
CHICAGO HEIGHTS, IL  60411

HAROLD HUNTER FOUNDATION
151 FIRST AVE 210
NEW YORK, NY  10003

HARVEST HOUSE TRANSITIONAL
RESIDENCE INC.
P.O.BOX 9063
VALLEJO, CA  94591

HARVEST MINISTRY TEAM
407 EDWARDSVILLE RD
TROY, IL  62294

HATTINGH EQUINE RESCUE & REHAB INC
35176 CHARLES TOWN PIKE
PURCELLVILLE, VA  20132

HAVEN FAMILY RESOURCE
200 N. LA CUMBRE RD
SANTA BARBARA, CA  93105

HAVING P.U.R.P.O.S.E INC.
470 HOWARD AVENUE
BROOKLYN, NY  11233

HAWAII CHILDRENS CANCER FOUNDATION
1814 LILIHA STREET
HONOLULU, HI  96817

HAWAII COUNCIL ON ECONOMIC EDUCATION
900 FORT STREET MALL SUITE 600
HONOLULU, HI  96813

HAWKEYE AREA DOWN SYNDROME
ASSOCIATION
5249 NORTH PARK PL 328
CEDAR RAPIDS, IA  52402

HAYES VALLEY ART WORKS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

HAZLETS HOPE NETWORK
P.O. BOX 84
HAZLET, NJ  07730

HBCU POWER AWARDS
1200 GRIGGS ST SE
GRAND RAPIDS, MI  49507

HEAL FOOD ALLIANCE
2522 W LAWRENCE AVE 25104
CHICAGO, IL  60625

HEAL INTERNATIONAL
567 W. 10TH STREET
MESA, AZ  85201

HEALING CLINIC COLLECTIVE
1625 CLAY STREET 6TH FLOOR
OAKLAND, CA  94612

HEALING FARMS INC.
P.O. BOX 2002
MOUNT PLEASANT, SC  29465

HEALING FOR THE SOUL MINISTRIES INC.
1 E 43RD ST
BROOKLYN, NY  11203

HEALING TREE INTERNATIONAL
P O BOX 6571
HARRISBURG, PA  17112

HEALTH JUSTICE COMMONS - FISCAL
SPONSOR: SOCIAL &
ENVIRONMENTAL ENTREPRENEURS
23564 CALABASAS ROAD SUITE 201
CALABASAS, CA  91302

HEALTH SUPPORT FOUNDATION
6172 POPES CREEK PLACE
HAYMARKET, VA  20169

HEALTHY SAVANNAH INC.
P.O. BOX 9910
SAVANNAH, GA  31412

HEALTHY STEPS DIAPER BANK
4075 LINGLESTOWN ROAD PMB 229
HARRISBURG, PA  17112

HEAR YOUR HEART INC.
4060 PROMONTORY STREET
SAN DIEGO, CA  92109

HEART ALTADENA
145 N RAYMOND
PASADENA, CA  91105

HEART N SOUL HOSPICE FOUNDATION
51 CENTURY BLVD STE 110
NASHVILLE, TN  37214

HEART OF A CHAMPION SPORTS INC.
609 OAKLEDGE DR NW
MARIETTA, GA  30060

HEARTS AND HANDS COUNSELING
420 FOLSOM ROAD STE C
ROSEVILLE, CA  95678

HEARTS AWAKENING
2113 JOY VIEW LANE
HENDERSON, NV  89012

HEAVEN INSTEAD
1307 JULIET COURT
RICHMOND, TX  77469

HEIRBORN SERVANTS INC.
1026 FLEEMAN RD
HOSCHTON, GA  30548

HELP ALS SPEAK
5304 INVERNESS CIRCLE
MCKINNEY, TX  75070

HELP EDUCATE ASSIST LIVES HEAL INC
811 SONOMA DR
LAWRENCEVILLE, GA  30045

HELP MITO KIDS
PO BOX 5154
EL DORADO HILLS, CA  95762

HELP OUR HEROES
109 NELSON CIRCLE
OLATHE, KS  66061

HELPING HAND RESCUE MISSION
225 BROADWAY
HUNTINGTON, NY  11746

HELPING HANDS FOR GAND INC.
PO BOX 5304
HUNTSVILLE, AL  35814

HELPING HANDS FOR THE DISABLED OF
NYC INC.
P.O. BOX 9174
ASTORIA, NY  11103

HELPING HANDS ONE LIFE AT A TIME
1309 ZINNIA COURT
PATTERSON, CA  95363

HELPING KIDS IN ECUADOR
3991 MACARTHUR BLVD STE 240
NEWPORT BEACH, CA  92660

HELPING OPPRESSED PEOPLE
EVERYWHERE
PO BOX 5521
KINGWOOD, TX  77325

HELPING PAWS
969 VALE TERRACE DR. SUITE D
VISTA, CA  92084

HELPLESS HOUNDS
4605 E ADMIRAL BLVD
TULSA, OK  74115

HELPS RIGHT HERE
5004 BURLINGTON PIKE
BURLINGTON, KY  41005

HENDRICKS COUNTY HUMANE SOCIETY ARK
INC.
3033 E. MAIN STREET
DANVILLE, IN  46122

HENNING INC.
1025 W. 77TH AVE
ANCHORAGE, AK  99518

HENRICO POLICE ATHLETIC LEAGUE
8655 STAPLES MILL RD
HENRICO, VA  23228

HENRY KOPERWEIS FOUNDATION
648 ALCATRAZ AVE. 202
OAKLAND, CA  94609

HENRY PURCELL SOCIETY OF BOSTON
P.O BOX 3
BELMONT, MA  02478

HERELAND
145 N RAYMOND
PASADENA, CA  91105

HERI KENYA
P.O. BOX 5473
RICHMOND, CA  94805

HERO FOR KIDS FOUNDATION
P.O. BOX 4955
ORANGE, CA  92833

HEROES CENTER
1500 BRIDGES DR
HIGH POINT, NC  27262

HEROES ON THE QUABBIN
110 GRIFFIN STREET
BONDSVILLE, MA  01009

HEROS BRIDGE
98 ALEXANDRIA PIKE SUITE 41
WARRENTON, VA  20186

HEY RADIO
PO BOX 1511
MUSKEGON, MI  49443

HIGH PLAINS HERITAGE FOUNDATION
P.O. BOX 1278
LIBERAL, KS  67901

HIGHLANDER BOOSTER CLUB
175 WATCHUNG BLVD
BERKELEY HEIGHTS, NJ  07922

HIGHLINE COLLEGE FOUNDATION
PO BOX 98000 MS CV3
DES MOINES, WA  98198

HILL CITY CRASH
32 MOSBY COURT
RUSTBURG, VA  24588

HILLEL AT BARUCH INC.
55 LEXINGTON AVE B2-210
NEW YORK, NY  10010

HILSON MANAGEMENT
686 N LILLY DR
BIG LAKE, AK  99652

HINDU COMMUNITY INSTITUTE INC.
691 S. MILPITAS BLVD.
MILPITAS, CA  95035

HINSDALE HISTORICAL SOCIETY
PO BOX 336
HINSDALE, IL  60522

HIS OPEN DOOR MINISTRY INC.
3211 EVERETT STREET SAND SPRINGS OK
USA
SAND SPRINGS, OK  74063

HIS PAWS & TAILS RESCUE AND TRANSPORT
544 HARDWOOD CT
LOS BANOS, CA  93635

HISTORIC SALEM INC.
9 NORTH STREET
SALEM, MA  01970

HISTORY CENTER OF SAN LUIS OBISPO
COUNTY
696 MONTEREY STREET
SAN LUIS OBISPO, CA  93401

HITCHCOCK FREE ACADEMY
2 BROOKFIELD ROAD
BRIMFIELD, MA  01010

HKF
P.O. BOX 15339
CHESAPEAKE, VA  23328

HMONG ASSOCIATION OF WASHINGTON
P.O. BOX 84601
SEATTLE, WA  98124

HMONG IMPACT GIVING NETWORK
P.O. BOX 5473
RICHMOND, CA  94805

HMONG MUSEUM
941 LAFOND AVE
SAINT PAUL, MN  55104

HOFFEN FOUNDATION
P.O. BOX 121062
ARLINGTON, TX  76012

HOGAR INFANTIL INC.
3180 UNIVERSITY AVENUE SUITE 255
SAN DIEGO, CA  92104

HOLBROOK FARMS RETREAT
51383 BUCKS MILL ROAD
DETROIT LAKES, MN  56501

HOLCOMBE RUCKER COMMUNITY LEAGUE
INC.
505 WEST 152 STREET
NEW YORK, NY  10031

HOME BASE ALPHA FOUNDATION INC.
PO BOX 5796
OAKLAND, CA  94605

HOME BUILDERS ASSOCIATION OF
RALEIGH-WAKE COUNTY CHARITABLE CORP
5580 CENTERVIEW DR STE 115
RALEIGH, NC  27606

HOME MAKERS
117 DOTTS ST
ADRIAN, PA  18073

HOME STORYTELLERS
1187 COAST VILLAGE RD. SUITE 101
SANTA BARBARA, CA  93108

HOMELA
145 N RAYMOND
PASADENA, CA  91105

HOMELESS SERVICES CONSORTIUM OF
DANE COUNTY
116 N. FEW ST. SUITE 3
MADISON, WI  53703

HOMESTEAD HIGH SCHOOL MUSIC
BOOSTERS
1669 HOLLENBECK AVENUE 2-222
SUNNYVALE, CA  94087

HOMIES HELPING HOMIES
1901 S 9TH STREET BOK ROOM 212
PENNSYLVANIA FURNACE, PA  19148

HONOR TRIBE OUTDOORS
1712 OLD HIGHWAY 431
GADSDEN, AL  35905

HOOP ROOTS
4389 CINDY LANE
SYRACUSE, NY  13215

HOPE AFTER BETRAYAL MINISTRIES
PO BOX 376
OLDSMAR, FL  34677

HOPE AT THE LAKE FOUNDATION
631 BRAWLEY SCHOOL ROAD SUITE 200B-
PMB 307
MOORESVILLE, NC  28117

HOPE CITY REDDING
20 LAKE BLVD
REDDING, CA  96003

HOPE COLLABORATIVE
2000 FRANKLIN STREET 3RD FLOOR
OAKLAND, CA  94612

HOPE FOR CHILDREN INTERNATIONAL
12 HAMPDEN AVE
BROCKTON, MA  02301

HOPE FOR FAMILY INC.
PO BOX 46
MOUNT FREEDOM, NJ  07970

HOPE FOR HEROES
124 WALSH ROAD
LAGRANGEVILLE, NY  12540

HOPE FOR THE CULTURE
77 SUGAR CREEK CENTER BLVD SUITE 600
SUGAR LAND, TX  77478

HOPE HAVEN OF CASS COUNTY
200 N. OAKLAND ST
HARRISONVILLE, MO  64701

HOPE MOHR DANCE
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

HOPE PERFORMANCE TENNIS
1861 BRIARCLIFF CIR NE APT E
ATLANTA, GA  30329

HOPE PREGNANCY CENTERS -
FISCAL SPONSOR: PEOPLE FOR PEOPLE INC.
716 N BROAD
PHILADELPHIA, PA  19130

HOPE RISING FOUNDATION
P.O. BOX 971893
MIAMI, FL  33197

HOPE UNLIMITED KIRKWOOD
100 S KIRKWOOD PL
SAINT LOUIS, MO  63122

HOPEFUL ACRES
1440 NOCKENUT RD
SEGUIN, TX  78155

HOPES PATH
28918 S PLUM CREEK DR
SPRING, TX  77386

HOPEWELL DOWNTOWN PARTNERSHIP
205 1/2 E BROADWAY AVENUE
HOPEWELL, VA  23860

HOPEWELL RANCH
6410 W LEITER RD
WEIDMAN, MI  48893

HOPEWORKS INC.
1712 GARRISON DR
FRISCO, TX  75033

HORIZON GROWTH PARTNERS LLC
37 GRAHAM ST, SUITE 150
SAN FRANCISCO, CA  94129

HORMEL HISTORIC HOME
208 4TH AVENUE NW
AUSTIN, MN  55912

HOT SPRINGS COMMUNITY BAND INC.
P.O. BOX 8667
HOT SPRINGS VILLAGE, AR  71910

HOUSE OF GONGS GONGSTERS PARADISE
1446 MARKET STREET
SAN FRANCISCO, CA  94102

HOUSE OF MATTHEW PERMANENT &
SUPPORTIVE HOUSING
2342 TACOMA AVE S
TACOMA, WA  98402

HOUSING DEVELOPMENT CORPORATION OF
SW FLORIDA
3200 BAILEY LANE STE 109
NAPLES, FL  34105

HOUSING OPPORTUNITIES MADE EASIER
PO BOX 191
CAMARILLO, CA  93011

HOUSING TRUST FUND VENTURA COUNTY
360 MOBIL AVE. SUITE 213A
CAMARILLO, CA  93010

HOUSTON ATHLETIC RUGBY CLUB
15702 WELSHIRE VILLAGE COURT
SUGAR LAND, TX  77498

HOWARD ZINN BOOK FAIR
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

HSC FOUNDATION INC.
N8474 KRAUSE RD
ENGADINE, MI  49827

HTTPS://WWW.GIRLSOFEXCELLENCEINC.OR
G/
PO BOX 89131
ATLANTA, GA  30312

HUGZ4HAITI
42 LAKE AVE EXT STE 302
DANBURY, CT  06811

HUI O HOOHONUA
91-1224 KAIHUOPALAAI ST.
EWA BEACH, HI  96706

HUMAN RIGHTS IN CHILDBIRTH
PO BOX 14370
SAN FRANCISCO, CA  94114

HUMANE BORDERS INC.
243 W. 33RD ST.
TUCSON, AZ  85713

HUMANE SOCIETY ADOPTION CENTER OF
MONROE
920 FREIGHT DRIVE
MONROE, LA  71203

HUMANE SOCIETY OF SOUTHWEST
MISSOURI
3161 W. NORTON ROAD
SPRINGFIELD, MO  65803

HUMANE SOCIETY OF ST LUCIE COUNTY
8890 GLADES CUT OFF ROAD
PORT SAINT LUCIE, FL  34986

HUMANITARIAN SOCIAL INNOVATIONS
301 BROADWAY SUITE 115
BETHLEHEM, PA  18015

HUMMINGBIRD MONITORING NETWORK
PO BOX 115
PATAGONIA, AZ  85624

HUNGER COALITION OF TRANSYLVANIA
COUNTY
P.O. BOX 1695
BREVARD, NC  28712

HUNT WITH HEART INC.
PO BOX 1214
PEARLAND, TX  77588

HUNTINGTON HISTORICAL SOCIETY
209 MAIN STREET
HUNTINGTON, NY  11743

HUNTS OF HONOR
1366 HORNSBY CORCLE
LUGOFF, SC  29078

HYDEFM
1446 MARKET STREET
SAN FRANCISCO, CA  94102

I AM CULTURED INC.
PO BOX 8024
HICKSVILLE, NY  11801

I AM GREEN
1021 S. 37TH STREET
SAN DIEGO, CA  92113

I AM MY BROTHERS KEEPER CDC
6601 IMPERIAL AVENUE
SAN DIEGO, CA  92114

I AM MY SISTERS KEEPER
4547 VALLEY STREAM DR
MEMPHIS, TN  38128

I LIGHT GLOBAL
2 HARVEST BEND RD
ROBBINSVILLE, NJ  08691

I WILL RIGHT NOW FOUNDATION
9864 E. GRAND RIVER P.O. BOX 234
BRIGHTON, MI  48116

I60 INC.
12659 PINE MARSH WAY
JACKSONVILLE, FL  32226

IACUC 101 SERIES
215 EXMOOR PL
EUGENE, OR  97401

IALD EDUCATIONAL TRUST FUND
242 N YORK STREET SUITE 514
ELMHURST, IL  60126

IAS AMERICA
2020 N CALIFORNIA AVE SUITE 7 220
CHICAGO, IL  60647

ICHA
1400 VAN BUREN STREET NE SUITE 200 35
MINNEAPOLIS, MN  55413

IDAHO REGULAR BAPTIST BIBLE CAMP INC.
300 N. MISSION ST
MCCALL, ID  83638

IGNATIANS WEST
8601 LINCOLN BLVD. STE 180
LOS ANGELES, CA  90045

IGNITE THEATRE COMPANY
3519 HAMPTON AVE
SAINT LOUIS, MO  63139

IKAIKA HAWAII WATERMANS
4013 LURLINE DRIVE
HONOLULU, HI  96816

IKKATSU PROJECT
P.O. BOX 5473
RICHMOND, CA  94805

IM HOOKED INC
3300 NW 185TH AVE 333
PORTLAND, OR  97229

IMAGINE AND CREATE FOUNDATION
59-778 KAMEHAMEHA HWY
HALEIWA, HI  96712

IMAGINE PAMLICO
[ADDRESS REDACTED]

IMAS HOME FOR CHILDREN
14526 BROKEN ARROW RD
SANTA FE, TX  77517

IMMIGRANT DEFENSE ADVOCATES
P.O. BOX 5473
RICHMOND, CA  94805

IMPACT LIFE INC
PO BOX 638
MILFORD, MA  01757

IMPACTABILITY
474 WEST 238TH STREET NO. 6I
BRONX, NY  10463

IMPOWERED MINDS OF FLORIDA
19406 VIA DEL MAR
TAMPA, FL  33647

IN HARMONY FOUNDATION
PO BOX 1653
BENICIA, CA  94510

IN RETURN
800 REDNA TERR.
CINCINNATI, OH  45215

IN THE SPIRIT OF KINDNESS
116 N. FEW ST. SUITE 3
MADISON, WI  53703

INCOMMON COMMUNITY DEVELOPMENT
1340 PARK AVE.
OMAHA, NE  68105

INCREDIBLE CREDIBLE MESSENGERS INC
581 SUTTER AVENUE
BROOKLYN, NY  11207

INDEPENDENT ARTS AND MEDIA
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

INDEPENDENT MUSICIANS ALLIANCE -
FISCAL SPONSOR: INTERSECTION FOR THE
ARTS
1446 MARKET ST
SAN FRANCISCO, CA  94102

INDEPENDENT MUSICIANS ALLIANCE
FISCAL SPONSOR: INTERSECTION FOR THE
ARTS
1446 MARKET ST
SAN FRANCISCO, CA  94102

INDIANA DEPARTMENT OF LABOR
402 W. WASHINGTON ST
ROOM W195
INDIANAPOLIS, IN  46204

INDIANA DEPT OF REVENUE
100 EXECUTIVE DR STE B
LAFAYETTE, IN  47905

INDIANA DEPT OF REVENUE
100 N SENATE IGCN
RM N105
INDIANAPOLIS, IN  46204

INDIANA DEPT OF REVENUE
105 E JEFFERSON BLVD STE 350
SOUTH BEND, IN  46601

INDIANA DEPT OF REVENUE
1200 MADISON ST STE E
CLARKSVILLE, IN  47129

INDIANA DEPT OF REVENUE
124 W SUPERIOR ST
KOKOMO, IN  46901

INDIANA DEPT OF REVENUE
1411 E 85TH AVE
MERRILLVILLE, IN  46410

INDIANA DEPT OF REVENUE
1531 S CURREY PIKE
STE 400
BLOOMINGTON, IN  47403

INDIANA DEPT OF REVENUE
30 N 8TH ST 3RD FL
TERRE HAUTE, IN  47807

INDIANA DEPT OF REVENUE
3640 N BRIARWOOD LN STE 5
MUNCIE, IN  47304

INDIANA DEPT OF REVENUE
4475 RAY BOLL BLVD
COLUMBUS, IN  47203

INDIANA DEPT OF REVENUE
500 S GREEN RIVER RD
STE 202, GOODWILL BLDG
EVANSVILLE, IN  47715

INDIANA DEPT OF REVENUE
7230 ENGLE RD., STE. 314
FT WAYNE, IN  46804

INDIANA SECURITIES DIVISION
302 WEST WASHINGTON ST
ROOM E111
INDIANAPOLIS, IN  46204

INDIGENOUS FASHION COLLECTIVE
436 14TH STREET 5TH FLOOR
OAKLAND, CA  94612

INFINITE CHANCE
473 CHERRY HILL LN.
LEBANON, OH  45036

INFINITE LOVE FOR KIDS FIGHTING CANCER
P.O. BOX 4064
MIDDLETOWN, NJ  07748

INNER CITY INNOVATORS
313 DATURA STREET SUITE 200
WEST PALM BEACH, FL  33401

INNERVERSE
13926 KENSWICK KEY LANE
HOUSTON, TX  77047

INNOVATIVE COMMUNITY ENGAGEMENT
FOUNDATION
5614 CONNECTICUT AVE NW 292
WASHINGTON, DC  20015

INSIGHT MEDITATION COMMUNITY OF
WESTERN MASS
116 PLEASANT ST STE 242
EASTHAMPTON, MA  01027

INSPIRATION ALCONA INC.
P.O. BOX 506
LINCOLN, MI  48742

INSPIRE SPACES INSPIRE STUDENTS
3419 WESTMINSTER AVE 291
DALLAS, TX  75205

INSPIRE TO LIVE
4001 WILLIAM CLARK TRAIL
MONROE, NC  28110

INSTITUTE FOR DUNHAM TECHNIQUE
CERTIFICATION INC.
572 W. MENDOCINO ST.
ALTADENA, CA  91001

INSTITUTE FOR LOCAL INNOVATIONS INC.
650 POYDRAS STREET SUITE 1400
NEW ORLEANS, LA  70130

INSTITUTE FOR WOMEN
P.O. BOX 657
TEMPLE HILLS, MD  20745

INSTITUTE OF CULTURAL AFFAIRS
4750 N SHERIDAN RD
CHICAGO, IL  60640

INTEGRAL LIVING SOCIETY
53 LA GRANDE AVE
SAN FRANCISCO, CA  94112

INTEGRATED SCHOOLS
P.O. BOX 5473
RICHMOND, CA  94805

INTERCOM, INC.
55 2ND STREET, SUITE 400
SAN FRANCISCO, CA  94105

INTERCONNECTED JUSTICE DBA TFAM
GLOBAL
200 WEST 138TH STREET SUITE 1B
NEW YORK, NY  10030

INTERMEZZO ACADEMY OF MUSIC
8181 ARISTA PLACE SUITE 100
BROOMFIELD, CO  80021

INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE, NW
WASHINGTON, DC  20220-0001

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

INTERNATIONAL ACADEMY OF DISPUTE
RESOLUTION
9510 TURNBERRY TRAIL
LAKEWOOD, IL  60014

INTERNATIONAL ASSOCIATION OF
MINISTERS
AND MINISTRIES INC.
PO BOX 2145 GRANITE BAY
GRANITE BAY, CA  95746

INTERNATIONAL ASTHMA SERVICES INC
DBA SAAHNS
3405 SHORE ROAD
FORT COLLINS, CO  80524

INTERNATIONAL CELL RESEARCH
ORGANIZATION
221 CONOVER ROAD
SQUIRREL HILL, PA  15208

INTERNATIONAL CLIENT COUNSELING
COMPETITION
6000 S 74TH ST
LINCOLN, NE  68516

INTERNATIONAL FALLS EDUCATION FUND
P.O. BOX 933
INTERNATIONAL FALLS, MN  56649

INTERNATIONAL HANDS IN SERVICE
DBA PROJECT SALUD Y PAZ
PMB 67022 21750 HARDY OAK BLVD STE 104
SAN ANTONIO, TX  78258-4946

INTERNATIONAL INSTITUTE OF ISLAMIC
MEDICINE
137 NATIONAL PLAZA SUITE 300
OXON HILL, MD  20745

INTERNATIONAL PEACE ARCH ASSOCIATION
P.O. BOX 2564
BLAINE, WA  98231

INTERNATIONAL PEMPHIGUS & PEMPHIGOID
FOUNDATION
1331 GARDEN HIGHWAY 100
SACRAMENTO, CA  95833

INTERNATIONAL PROJECT FOR HUMAN
POTENTIAL
4420 HOTEL CIRCLE CT. SUITE 235
SAN DIEGO, CA  92108

INTERSECTION FOR THE ARTS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

INTERSEX JUSTICE PROJECT
P.O. BOX 5473
RICHMOND, CA  94805

INTUIT INC
ATTN:  QUICKBOOKS
2800 E. COMMERCE CENTER PLACE
TUCSON, AZ  85706

INWARD DISCOVERY GROWS OUTDOORS -
INDIGO
P.O. BOX 5473
RICHMOND, CA  94805

IOWA CITY FOREIGN RELATIONS COUNCIL
308 E. BURLINGTON ST. 282
IOWA CITY, IA  52240

IOWA MEDIATION SERVICE
1441 29TH STREET
WEST DES MOINES, IA  50266

IREZE FOUNDATION
303 LYON CIR
DOYLESTOWN, PA  18902

IRISH PASTORAL CENTRE OF THE
ARCHDIOCESE OF BOSTON
540 GALLIVAN BLVD. REAR
BOSTON, MA  02124

IRISH-AMERICAN CROSSROADS FESTIVAL
1446 MARKET STREET
SAN FRANCISCO, CA  94102

IRON LIVES
PO BOX 1262
LYNCHBURG, VA  24505

ISAIAH STONE FOUNDATION
621 N. ROBINSON AVENUE SUITE 600
OKLAHOMA CITY, OK  73102

ISCHOOL
MAILING: 503 E TELEGRAPH ST.
CARSON CITY, NV  89701

ISKALI
1812 N 38TH AVE
MAYWOOD, IL  60165

ISLAMIC CENTER OF READING
18 S NOBLE ST
READING, PA  19611

ISRAEL HEALING INITIATIVE
315 S BEVERLY DR STE 307
BEVERLY HILLS, CA  90212

ISRAEL PARASPORT CENTER
ONE NORTHFIELD PLAZA SUITE 300
NORTHFIELD, IL  60093

IT TAKES A VILLAGE COMMUNITY GIVING
P.O. BOX 520
DOWNINGTOWN, PA  19335

IT TAKES GUTS
9630 BRUCEVILLE RD. 106-240
ELK GROVE, CA  95757

ITALIAN AMERICAN ONE VOICE COALITION
246B LIVINGSTON STREET SUITE 200
NORTHVALE, NJ  07647

IVEY RANCH PARK ASSOCIATION
110 RANCHO DEL ORO DRIVE
OCEANSIDE, CA  92057

IVISIONARY ACADEMY
2323 BROADWAY
OAKLAND, CA  94612

TYDE
2232 STRATFORD AVE STE 220
CINCINNATI, OH  45219

J B JOHNSTON CLUB
2403 BARTON AVE
NASHVILLE, TN  37212

J. CHRISTOPHER SMITH, ESQUIRE
GENTLE TURNER & BENSON, LLC
501 RIVERCHASE PARKWAY EAST, SUITE 100
HOOVER, AL  35244

J. DERRECK WHITSON, ESQUIRE
[ADDRESS REDACTED]

JABALU NUR FOUNDATION
2508 KENT DR
IRVING, TX  75062

JACKS CAREGIVER COALITION
817 FIFTH AVE S UNIT 400
MINNEAPOLIS, MN  55404

JACOBS WELL MISSIONS
PO BOX 63491
COLORADO SPRINGS, CO  80962

JAEGER FOUNDATION
15745 RIVER SIDE DR
SPRING LAKE, MI  49456

JAG JUNIOR FUND
955 RED COAT FARM DRIVE
CHALFONT, PA  18914

JAMES M. FEUILLE, ESQUIRE
SCOTTHULSE PC
ONE SAN JACINTO PLAZA
201 E. MAIN DR., SUITE 1120
EL PASO, TX  79901

JAMES T. WEINER, ESQUIRE
[ADDRESS REDACTED]

JAMESTOWN EDUCATION FOUNDATION
77 NARRAGANSETT AVENUE
JAMESTOWN, RI  02835

JAR OF HOPE
TAYLORS MILLS RD
MANALAPAN, NJ  07726

JASON TAYLOR FOUNDATION
10380 W. STATE ROAD 84 UNIT 11
WESTON, FL  33324

JASPER L. OZBIRN, ESQUIRE
OZBIRN LAW
831 STATE STREET
SANTA BARBARA, CA  93101

JAZZ IN FAIRMOUNT
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

JEANIES JAR OF HOPE FOUNDATION
5 SAWTELLE RD
BROOKLINE, NH  03033

JENNIFER E. PECK, ESQUIRE
SOLOMON STEINER & PECK, LTD
6105 PARKLAND BOULEVARD, SUITE 140
MAYFIELD HEIGHTS, OH  44124

JEREMIAH 1&5
520 E. VINE STREET P.O. BOX 60
KELLER, TX  76248

JEREMIAH LEE CORPORATION
PO BOX
WOODBRIDGE, VA  22193

JEREMIAH RECOVERY HOUSE INC.
705 SOUTH SPRINGFIELD AVE
GREEN FOREST, AR  72638

JEREMIAHS HOPE INC.
318 HILL HAVEN DRIVE
ABILENE, TX  79601

JERSEY CITY GATORS
PO BOX 4243
LANGHORNE, PA  07304

JERSEY SURF
465 EAST TAUNTON AVENUE SUITE 202
WEST BERLIN, NJ  08091

JESSES HOUSE INC.
P.O. BOX 3318
CUMMING, GA  30028

JESSICA BIRKEN, MNM, ESQUIRE
BIRKEN LAW OFFICE PLLC
C/O VIRTUAL POST MAIL
1887 WHITNEY MESA DRIVE 3679
HENDERSON, NV  89014

JESSICA WHEELER
[ADDRESS REDACTED]

JESUS CARES 2020 MINISTRIES
1440 SLATER ST APT 4
SANTA ROSA, CA  95404

JETBRAINS AMERICAS INC.
989 EAST HILLSDALE BLVD., SUITE 200
SAN MATEO, CA  94404

JEWISH CLIMATE ACTION NETWORK - MA
P.O. BOX 2673
WESTWOOD, MA  02090

JEWISH FAMILY SERVICE OF LANCASTER
75 E. JAMES ST
LANCASTER, PA  17602

JEWTINA Y CO
P.O. BOX 5473
RICHMOND, CA  94805

JIFF INC.
254 SOUTH LAUDERDALE STREET
MEMPHIS, TN  38126

JION ACADEMY
P.O. BOX 99044
EMERYVILLE, CA  94662

JIVA MENTAL HEALTH
3255 SAWTELLE BLVD APT 101
LOS ANGELES, CA  90066

JOE FLYNN
[ADDRESS REDACTED]

JOE NAMATH CHARITABLE FOUNDATION
273 COLUMBUS AVE
TUCKAHOE, NY  10707

JOHN DRYPEN FOUNDATION
10409 SANDPIPER CT
SOUTH LYON, MI  48178

JOHN E. BELLUS, JR., ESQUIRE
STONE & BELLUS, PC
6849 PEACHTREE DUNWOODY ROAD
PEACHTREE DUNWOODY PARK, BUILDING B-
3, SUITE 100
ATLANTA, GA  30328

JOHN HENRY FOUNDATION
403 N. SUSAN STREET
SANTA ANA, CA  92703

JOHNATHAN GERTLER
[ADDRESS REDACTED]

JOHNS CREEK BEAUTIFICATION INC.
5805 STATE BRIDGE ROAD SUITE G99
JOHN CREEK, GA  30097

JOHNSON C. SMITH THEOLOGICAL
SEMINARY
1328 PEACHTREE STREET NE
ATLANTA, GA  30309

JOIN THE MOVEMENT
W4051 CTY HWY NN PO BOX 133
ELKHORN, WI  53121

JOINT AWARENESS FOUNDATION INC.
2774 COBB PKWAY NW SUITE 109
KENNESAW, GA  30152

JOLIET AREA HISTORICAL MUSEUM
204 NORTH OTTAWA STREET
JOLIET, IL  60432

JORYS JOURNEY FOUNDATION INC.
500- SOUTHLAND DR. SUITE 128
BIRMINGHAM, AL  35226

JOSEPHS LOCKER
708 PALUXY RD. STE. B
GRANBURY, TX  76048

JOSEPHS WARRIORS
310 MORNINGSIDE DR.
LEAGUE CITY, TX  77573

JOSHUA D. JONES, ESQUIRE
MCKOOL SMITH, PC
600 TRAVIS STREET, SUITE 7000
HOUSTON, TX  77002

JOURNAL OF EMERGING INVESTIGATORS
INC.
260 LONGWOOD AVENUE TMEC 435
BOSTON, MA  02115

JOY MOJA
550 LENA STREET
SAINT AUGUSTINE, FL  32084

JOYRIDE SOCIETY INC.
3104 E CAMELBACK RD 2706
PHOENIX, AZ  85016

JT FOUNDATION
700 LIBERTY PLACE
SICKLERVILLE, NJ  08081

JUNETEENTH COALITION
11 MONTE VISTA DR.
MONTEREY, CA  93940

JUNIOR LEAGUE OF CLEARWATER-DUNEDIN
INC.
1265 BAYSHORE BLVD.
DUNEDIN, FL  34698

JUNIOR LEAGUE OF PHOENIX FOUNDATION
2505 N CENTRAL AVE
PHOENIX, AZ  85004

JUST 4 THEM INC.
PO BOX 3072
DECATUR, IL  62524

JUST BE
P.O. BOX 399385
SAN FRANCISCO, CA  94139

JUST ROOTS CHICAGO
2936 SOUTH WABASH AVENUE
CHICAGO, IL  60616

JUSTICE & MERCY INC.
P.O. BOX 187
HOPELAND, PA  17533

JUSTIN HOPE FOUNDATION
P.O. BOX 10121
RENO, NV  89510

JUSTIN PARKER WARRIOR HOUSE
1900 S NORFOLK ST. STE 350
SAN MATEO, CA  94403

K9 BATTLE BUDDIES
1534 AIRPORT RD
HINESVILLE, GA  31313

K9 VICTORY PROJECT
P.O. BOX 160
KILGORE, TX  75663

K-9S FOR HEROES INC.
1734 KINGSLEY AVE 14
ORANGE PARK, FL  32073

KABILA FOUNDER MENTAL HEALTH FUND
P.O. BOX 5473
RICHMOND, CA  94805

KALICO ART CENTER
149 MAIN ST
KALISPELL, MT  59901

KAMO INC.
2925 COUNTY ROAD O
TEKAMAH, NE  68061

KANCYBER AWARENESS
14041 W 158TH ST
OLATHE, KS  66062

KANSAS CITY INFERTILITY AWARENESS
FOUNDATION
PO BOX 22463
KANSAS CITY, MO  64113

KANSAS CITY SUICIDE AWARENESS &
PREVENTION PROGRAM
4700 BELLEVIEW L-12
KANSAS CITY, MO  64112

KAPPA ALPHA PSI FOUNDATION OF
SOUTHEASTERN WISCONSIN INC.
PO BOX 080441
MILWAUKEE, WI  53208

KAPPA ALPHA PSI FRATERNITY OMAHA
ALUMNI CHAPTER
4089 SOUTH 84TH STREET SUITE 181
OMAHA, NE  68127

KARADAH PROJECT INTERNATIONAL
24 ROAD 3635
AZTEC, NM  87410

KARAT SCHOOL PROJECT
801 ALMA STREET 313
PALO ALTO, CA  94301

KARIS INC.
720 GRAND AVE.
GRAND JUNCTION, CO  81502

KARNES COUNTY HUMAN ORGANIZATION
105 S SUNSET STRIP
KENEDY, TX  78119

KAS IOANE FOUNDATION
5619 VENICE ST SE
SALEM, OR  97306

KASEYA US LLC
701 BRICKELL AVE., SUITE 400
MIAMI, FL  33131

KATLYN MARY BENNETT FOR ANSWERS INC
1900 WEST BLOOMFIELD ROAD
HONEOYE FALLS, NY  14472

KAYS CARRY ON
813 DUREN ST
LUFKIN, TX  75904

KC HEALTHY KIDS
650 MINNESOTA AVENUE
KANSAS CITY, KS  66101

KC KANSAS ANGELS
15621 WEST 87TH STREET PKWY 238
LENEXA, KS  66219

KCMO ANGELS
P.O. BOX 47201
KANSAS CITY, MO  64188

KEEP IT REAL MOMMY
777 JONES BRANCH ROAD
FORT MILL, SC  29715

KEEP OAKLAND BEAUTIFUL
P.O. BOX 22015
OAKLAND, CA  94623-2015

KEEPING OUR PROMISE INC.
PO BOX 92117
PITTSFORD, NY  14692

KEEPTHEFAITH CHARITIES INC.
2000 MALLORY LANE SUITE 130-237
FRANKLIN, TN  37067

KEITH BOLSEN SILAGE SAFETY FOUNDATION
13428 E. HERNDON AVE.
CLOVIS, CA  93619

KELLY Y. SCHWAB, ESQUIRE
[ADDRESS REDACTED]

KENAIS HOUSE
31886 RED PINE WAY
TEMECULA, CA  92592

KENDAL CASTON/FUTURA LIFE INC.
4401 MALCOLM AVENUE
OAKLAND, CA  94605

KENTUCKY WATERWAYS ALLIANCE
330 NORTH HUBBARDS LANE
LOUISVILLE, KY  40207

KENTUCKY WOMANS MISSIONARY UNION INC.
13420 EASTPOINT CENTRE DR
LOUISVILLE, KY  40223

KEPT INC
P.O.BOX 290
LOUISVILLE, KY  40027

KERN LITERACY COUNCIL
331 18TH STREET
BAKERSFIELD, CA  93301

KEYSTONE HOUSE INC.
147 MAIN STREET
NORWALK, CT  06851

KHOR WAKOW SCHOOL PROJECT
PO BOX 295
SIOUX FALLS, SD  57101

KIAWAH CARES FOUNDATION
23 BEACHWALKER DR
KIAWAH ISLAND, SC  29455

KICK AT DARKNESS INC.
2919 W. HEATHERBRAE DRIVE
PHOENIX, AZ  85017

KIDS AT RISK ACTION
910 1ST ST S 4091
HOPKINS, MN  55343

KIDS CHANCE OF CALIFORNIA INC.
1084 N EL CAMINO REAL STE B338
ENCINITAS, CA  92024

KIDS CREATIVE
71 FIFTH AVE. 6TH FL
NEW YORK, NY  10003

KIDS MATTER INTERNATIONAL
351 E HUDGINS ST SUITE 113
GRAPEVINE, TX  76051

KIDS ON BIKES
2222 BOTT AVENUE
COLORADO SPRINGS, CO  80904

KIDS SAVING THE RAINFOREST
34215 PEPPERS CORNER ROAD
FRANKFORD, DE  19945

KIDS TOGETHER INC.
150 WRENN DR-UNIT 1622
CARY, NC  27512

KILUSAN WELLNESS
OAKLAND
OAKLAND, CA  94619

KIM KASRELIOVICH, DAG
[ADDRESS REDACTED]

KIMBILIO
P.O. BOX 5473
RICHMOND, CA  94805

KIND FOUNDATION
215 MUSTANG MESA
LIBERTY HILL, TX  78642

KIND THEORY
730 F AVENUE
PLANO, TX  75074

KINETIC TAPESTRY PHYSICAL THEATRE INC.
2500 METRO BLVD SUITE
MARYLAND HEIGHTS, MO  63043

KINGDOM OUTDOORS
1010 VICTORY LANE
STARKVILLE, MS  39759

KINGS GIFT FUND
288 STUART RD
CARLISLE, PA  17015

KINGS PLAYERS COMMUNITY THEATRE
NORFOLK VA
NORFOLK, VA  23502

KIPP COLUMBUS
[ADDRESS REDACTED]

KITTYLAND CAT AND KITTEN RESCUE INC.
1717 E VISTA CHINO STE A-7 BOX 499
PALM SPRINGS, CA  92262

KNIGHTS OF COLUMBUS
2200 S MEADOWBROOK RD
SPRINGFIELD, IL  62711

KNOCK KNOCK ANGELS
7426 CHERRY AVE 210-629
FONTANA, CA  92336

KNOW HOPE NC
102 CONNORS CIR
CARY, NC  27511

KNOW THY WORTH
3146 PACIFIC AVE.
MEMPHIS, TN  38112

KNOW YOUR WORTH GIRLS INC.
262 SOUTH 52ND STREET
PHILADELPHIA, PA  19139

KNOWING YOU MATTER INC
P.O. BOX 1384
ARROYO GRANDE, CA  93421

KNOXVILLE CENTER OF THE DEAF INC.
3731 MARTIN MILL PIKE
KNOXVILLE, TN  37920

KNOXVILLE FAMILY JUSTICE CENTER
400 HARRIET TUBMAN STREET
KNOXVILLE, TN  37915

KOBU FOUNDATION
1737 S. WILLIAMS ST.
DENVER, CO  80210

KOKUA CHARITABLE FOUNDATION
47125 VIA ANTIBES
LA QUINTA, CA  92253

KOREAN AMERICAN ARTIST COLLECTIVE
145 N RAYMOND
PASADENA, CA  91105

KORTRIGHT KARES FOUNDATION
P.O. BOX 430
EAST ISLIP, NY  11730

KRAMERICA GIVES
2662 E. 90TH PL.
THORNTON, CO  80229

KREWE OF DOLLY
914 CAMBRONNE STREET
NEW ORLEANS, LA  70118

KRIO DESCENDANT UNION OF TEXAS
344 REDSTONE DR
SUNNYVALE, TX  75182

KULA KAMALA FOUNDATION AND YOGA
ASHRAM
17 BASKET ROAD
READING, PA  19606

KULEANA MICRO-LENDING
1726 B ANAPUNI STREET
HONOLULU, HI  96822

KUNOICHI PRODUCTIONS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

KYLES COOL BEANS
1001 BRIARCLIFF TRCE
BIRMINGHAM, AL  35242

KYLES HEART HELPERS
53 CROMWELL RD
MONROE, NY  10950

L.A. UNITED METHODIST MUSEUM OF
SOCIAL JUSTICE
115 PASEO DE LA PLAZA
LOS ANGELES, CA  90012

L.E. PHILLIPS CAREER DEVELOPMENT
CENTER INC.
1515 BALL STREET
EAU CLAIRE, WI  54703

LA DESIGN WEEKEND
145 N RAYMOND
PASADENA, CA  91105

LA SALLE COLLEGE HIGH SCHOOL
8605 CHELTENHAM AVENUE
WYNDMOOR, PA  19038

LA SENDA VERDE
50 MENORES AVE. UNIT 724
CORAL GABLES, FL  33134

LA ZINE FEST
145 N RAYMOND
PASADENA, CA  91105

LACKEY MINISTRIES
PO BOX 925869
HOUSTON, TX  77292-5869

LAFAYETTE HSA
5701 BROAD BRANCH ROAD NW
WASHINGTON, DC  20015

LAKE CHARLEVOIX ASSOCIATION
P.O. BOX 294
CHARLEVOIX, MI  49720

LAKE ERIE WATERKEEPER
1750 PARK RD 2
OREGON, OH  43616

LAKE PEND OREILLE WATERKEEPER
PO BOX 732
SANDPOINT, ID 83864

LAKE TRAVIS EDUCATION FOUNDATION
607 RANCH ROAD 620 NORTH - P1
AUSTIN, TX 78734

LAKEWOOD PLAYHOUSE
5729 LAKEWOOD TOWNE CENTER
LAKEWOOD, WA 98499

LAMBDA ARCHIVES OF SAN DIEGO
4545 PARK BLVD STE 104
SAN DIEGO, CA 92116

LAMBDATEST, INC.
1390 MARKET ST., SUITE 200
SAN FRANCISCO, CA 94102

LAN VWA
P.O. BOX 19772
ASHEVILLE, NC 28805

LAND TRUST OF SANTA CLARA VALLEY
605 TENNANT AVE. SUITE H
MORGAN HILL, CA 95037

LANDMARKS OF ART INITIATIVE
145 N RAYMOND
PASADENA, CA 91105

LANDSCAPE HOLDINGS, LLC
285 GRAND AVENUE BLDG 1
ENGLEWOOD, NJ 07631

LARACASTS
300 N NEW YORK AVE
WINTER PARK, FL 32790

LARAMIE CONNECTIONS CENTER
PO BOX 1779
LARAMIE, WY 82073

LARENA SMITH BENGOA RUN RIDE OR WALK
FOR THE CURE
750 W WINNEMUCCA BLVD
WINNEMUCCA, NV 89445

LATIN BALLE PEE THE CHILD IS INNOCENT
6 VISTA AVENUE
BOSTON, MA 01970

LATINO MEDICAL STUDENT ASSOCIATION -
NORTHEAST
PO BOX 662
NEW YORK, NY 10012

LATINOS UNITED FOR A NEW AMERICA
1692 STORY RD STE. 221
SAN JOSE, CA 95122

LATINX COMMUNITY CENTER FOR
EMPOWERMENT LCCE
97 CENTRAL STREET STE 300
LOWELL, MA 01852

LATINX RACIAL EQUITY PROJECT
1625 CLAY ST FLOOR 6
OAKLAND, CA 94612

LAUNCH NO5 HUDSON RIVER
ENVIROMENTAL AND SAFETY FOUNDATION
INC.
136 CEDAR LANE
OSSINING, NY 10562

LAUNCH
1310 SOUTH RANGE AVENUE
DENHAM SPRINGS, LA 70726

LAURAVALENTINE MINISTRIES
201 CARGILE LANE
NASHVILLE, TN 37205

LAUREN WOOLFOLK/PRECISEOWL INC.
23387 MULLINS AVENUE
PORT CHARLOTTE, FL 33954

LAURENS HOPE
12395 NC HWY 50 E
HAMPSTEAD, NC 28443

LAWNDALE CHRISTIAN DEVELOPMENT
CORPORATION
3843 WEST OGDEN AVE
CHICAGO, IL 60623

LEAD FOUNDATION INTERNATIONAL
267 OAK HILL DRIVE
ROANOKE, TX 76262

LEADER BREEDERS INC
2435 BRAMBLETON RD APT C
BALTIMORE, MD 21209

LEADERS IN TRAINING
900 N. LAMB BLVD. STE. 130
LAS VEGAS, NV 89110

LEADERS OF TODAY INC
PO BOX 2011
ELYRIA, OH 44035

LEADERSHIP MIDDLE TENNESSEE INC.
100 BLUEGRASS COMMONS BLVD. STE 2370
HENDERSONVILLE, TN 37075

LEAHS DREAM INC.
835 MORRIS ST.
PHILADELPHIA, PA 19148

LEARNING 4 LIFE FARM
3062 JOHNSTOWN UTICA RD
JOHNSTOWN, OH 43031

LEBANON COUNTY CHRISTIAN MINISTRIES
250 S. 7TH STREET
LEBANON, PA  17042

LED BY TRUTH
3601 GIRARD AVE N
MINNEAPOLIS, MN  55412

LEE OWENS FOUNDATION
1614 E WOOD STREET SUITE 3
MESA, AZ  85040

LEFT HEARTS INC
3 EDWIN ST
BRIDGEPORT, CT  06607

LEGACIES OF THE PACIFIC
301 WHITECLIFF DRIVE
VALLEJO, CA  94589

LEGACY GLOBAL FOUNDATION INC.
1423 S. HIGLEY RD. SUITE 127
MESA, AZ  85206

LEGACY LEARNING BOONE RIVER VALLEY
723 SENECA ST
WEBSTER CITY, IA  50595

LEGACY OF EXCELLENCE FOUNDATION
P.O. BOX 5473
RICHMOND, CA  94805

LEGACY PREMIER FOUNDATION
3311 TOLEDO TERRACE STE B203
HYATTSVILLE, MD  20782

LEGACY SCHOLARSHIP FOUNDATION INC.
POST BOX 1025
MADISON, FL  32341

LEGAL ACCESS ALAMEDA
548 MARKET STREET PMB 22692
SAN FRANCISCO, CA  94104-5401

LEGAL LINK
1721 BROADWAY STE. 201
OAKLAND, CA  94612

LEMON SQUEEZY LLC
354 OYSTER POINT BLVD
S. SAN FRANCISCO, CA  94080

LEMOYNE ARTS
125 N GADSDEN ST
TALLAHASSEE, FL  32301

LEN GUIRE INSTITUTE OF FASHIONS
232 MILFORD MT. PLEASANT RD.
MILFORD, NJ  08848

LEOA FOUNDATION
4192 LAIRD RD
LOOMIS, CA  95650

LET MY PEOPLE SING
P.O. BOX 5473
RICHMOND, CA  94805

LETS BEEHIVE INC.
773 S KIRKMAN RD STE 120
ORLANDO, FL  32811

LEVYDANCE
19 HERON STREET
SAN FRANCISCO, CA  94103

LEWIS-PALMER SCHOOL DISTRICT NO. 38
EDUCATION FOUNDATION
146 N. JEFFERSON PO BOX 40
MONUMENT, CO  80132

LEXINGTON GENEALOGICAL AND
HISTORICAL SOCIETY INC.
318 WEST MAIN STREET
LEXINGTON, IL  61753

LGBTQ EDITORS ASSOCIATION
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

LIBERATORS ALLIANCE
1025 BURNING BUSH PT
MONUMENT, CO  80132

LIBERTY LAKE FOUNDATION INC.
1195 FLORENCE-COLUMBUS RD.
BORDENTOWN, NJ  08505

LIFE AND BREATH FOUNDATION INC.
11101 RESORT ROAD SUITE 270
ELLICOTT CITY, MD  21042

LIFE HOUSE FOUNDATION FOR CHILDREN
PO BOX 1005
GLENDORA, CA  91740

LIFE JOURNEY PARTNERS OF AMERICA INC
28610 N 154TH STREET
SCOTTSDALE, AZ  85262

LIFE ON DISPLAY
8019 BARR RD
PORTLAND, MI  48875

LIFELINE OF GALVESTON COUNTY
100 E NASA PARKWAY STE 55
WEBSTER, TX  77598

LIFT LOUISIANA
P.O. BOX 399385
SAN FRANCISCO, CA  94139

LIFT UP LOVE ALWAYS INC.
2251 FLORIN ROAD STE. 129
SACRAMENTO, CA  95822

LIFT UP
3448 NW YEON AVENUE
PORTLAND, OR  97210

LIFTED HIGHER MINISTRIES
P.O. BOX 492
HEADLAND, AL  36345

LIGHTHOUSE DC
1726 7TH STREET NW
WASHINGTON, DC  20001

LIGHTS & SIRENS INTERNATIONAL
147 ATWELLS AVENUE
PROVIDENCE, RI  02903

LIHOLIHO LAULIMA
3430 MAUNALOA AVENUE
HONOLULU, HI  96816

LILY AND THE SPARROW
PO BOX 102
JESUP, GA  31598

LIMMUD ATLANTA  SOUTHEAST
1440 SPRING STREET
ATLANTA, GA  30309

LINKAGE COMMUNITY
P.O. BOX 5473
RICHMOND, CA  94805

LION HEART HEROES FOUNDATION
18327 145TH ST E
BONNEY LAKE, WA  98391

LIONMAN FOUNDATION
9954 LAKE FOREST BLVD SUITE 5
NEW ORLEANS, LA  70127

LIONS CAMP TATIYEE INC.
5283 WEST WHITE MOUNTAIN BOULEVARD
LAKESIDE, AZ  85929

LIONS HOME SCHOOL FOOTBALL INC.
10810 TALISMAN DR.
NOBLESVILLE, IN  46060

LIONS OF PA FOUNDATION
156B SOUTH BROAD ST
YORK, PA  17406

LIP GLOSS FOR LOVE
3809 KYNARD ST
DALLAS, TX  75215

LISTEN4LIFE FOUNDATION
C/O JEROME LENK 336 PEORIA ST.
DALY CITY, CA  94014

LITE HOUSE PARTNERS INC.
120 CARNEGIE PL STE 202
FAYETTEVILLE, GA  30214

LITERACY CHICAGO
641 W. LAKE STREET SUITE 104
CHICAGO, IL  60661

LITERACY COUNCIL OF BENTON COUNTY
2307 SE B ST STE 9
BENTONVILLE, AR  72712

LITQUAKE FOUNDATION
268 BUSH STREET 4226
SAN FRANCISCO, CA  94104

LITTLE BABY BLESSINGS FOUNDATION
3121 EDGEFIELD RD
FRANKLIN, OH  43221

LITTLE BOXES THEATER
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

LITTLE COMPTON MAKERS INC.
P.O. BOX 932 (1 HELGER LN.)
LITTLE COMPTON, RI  02837

LITTLE CREEK FOUNDATION LTD
914 CHURCH STREET
HONESDALE, PA  18431

LITTLE HANDS VIRGINIA INC.
9702 GAYTON RD. 116
RICHMOND, VA  23238

LITTLE RIVER RAILROAD AND LUMBER
COMPANY MUSEUM
P.O. BOX 211
TOWNSEND, TN  37882

LITTLE TROOPER RANCH
11041 MAIN ST PO BOX 1071
PENNGROVE, CA  94951

LIVE & IN COLOR
170 DARLING RD
SALEM, CT  06415

LIVE LIKE KAYLA FOUNDATION
500 LA TERRAZA BLVD SUITE 150
ESCONDIDO, CA  92025

LIVE LIKE LUKE
5451 W. 164TH PLACE
OVERLAND PARK, KS  66085

LIVE MUSIC MOVEMENT FOUNDATION
PO BOX 11855
SPRING, TX  77391

LIVE OAK SCHOOL DISTRICT
984 BOSTWICK LANE STE 1
SANTA CRUZ, CA  95062

LIVE VIOLENCE FREE
2941 LAKE TAHOE BLVD
SOUTH LAKE TAHOE, CA  96150

LIVE4IT COMMUNITY INC.
PO BOX 2062
DALTON, GA  30722

LIVE-TODAY FOUNDATION INC
1507 E 53RD STREET 274
CHICAGO, IL  60615

LIVING BY DESIGN MINISTRIES
P.O. BOX 1121
RAPID CITY, SD  57709

LIVING LOTUS PROJECT
65 EAST 4TH STREET SUITE 31
NEW YORK, NY  10003

LIVING REAL INC.
4411 SUWANEE DAM RD STE 545
SUWANEE, GA  30024

LIVING TONGUES INSTITUTE FOR
ENDANGERED LANGUAGES
8269 JORDAN ST SE
SALEM, OR  97317

LIVING WATER WORLD MISSIONS
P.O. BOX 7509
VISALIA, CA  93290

LOCKWELL
68 JAY ST., SUITE 201
BROOKLYN, NY  11201

LOGANS LITTLE WARRIORS
9485 VILLAGE TREE DR
ELK GROVE, CA  95758

LONE STAR EDUCATION FOUNDATION
433 BELLE GROVE DR. BOX 830400
RICHARDSON, TX  75080

LONG LAKE CONSERVATION FOUNDATION
28952 438TH LN
PALISADE, MN  56469

LONG X ARTS FOUNDATION
100 2ND AVE SW
WATFORD CITY, ND  58854

LOOM, INC.
5214F DIAMOND HEIGHTS BLVD 3391
SAN FRANCISCO, CA  94131

LORENE R. DANGA, ESQUIRE
QUARLES & BRADY
101 WEST BROADWAY, SUITE 1500
SAN DIEGO, CA  92101

LORTON VOLUNTEER FIRE DEPARTMENT
AND RESCUE SQUAD
7701 ARMISTEAD RD
LORTON, VA  22079

LOS ANGELES ARTIST CENSUS
145 N RAYMOND
PASADENA, CA  91105

LOS ANGELES CONTEMPORARY
EXHIBITIONS INC.
6522 HOLLYWOOD BOULEVARD
LOS ANGELES, CA  90028

LOS ANGELES VIKING CHARITIES
C/O BOB PRATT P.O. BOX 9223
MARINA DEL REY, CA  90295

LOS NINOS DE LEONARDO Y MEREDITH
686 SOUTH ST. UNIT 3
WRENTHAM, MA  02093

LOSS OF LOVED ONES TO SUDDEN
TRAGEDY FOUNDATION
6253 MILLER DRIVE
ALEXANDRIA, VA  22315

LOUS HOUSE
[ADDRESS REDACTED]

LOVE CROSSES OCEANS FOUNDATION
4736 MEADOWBROOK DR
OCEANSIDE, CA  92056

LOVE FOR ETHIOPIA
4333 RIPKEN CIRCLE WEST
JACKSONVILLE, FL  32224

LOVE HEALS FREE CLINIC
4418 N DRESDEN PLACE
GARDEN CITY, ID  83714

LOVE MOVES MOUNTAINS FOUNDATION
14925 HENRY HARRISON STILLWELL DR
HUNTERSVILLE, NC  28078

LOVE N ACTION CDC
1585 COMPTON RD
CINCINNATI, OH  45231

LOVE NEVER FAILS
6937 VILLAGE PARKWAY 2074
DUBLIN, CA  94568

LOVE RESCUES INTERNATIONAL INC.
4615 REAGAN STREET
BEAUMONT, TX  77706

LOVE THE SEA
33 HOE ST
PAIA, HI  96779

LOVE THE WILD FOUNDATION
PO BOX 50030
IDAHO CITY, ID  83405

LOVE TO LANGA
P.O. BOX 104
GLADWYNE, PA  19035

LOVE TRANSFORMING COMMUNITY
1367 MAIN ST
BROCKTON, MA  02301

LOVE WATER ORG
9530 HAGEMAN ROAD SUITE B 139
BAKERSFIELD, CA  93312

LOVE WINS NYC
436 14TH STREET 5TH FLOOR
OAKLAND, CA  94612

LOVE WITHOUT REASON
P.O. BOX 21009
CHATTANOOGA, TN  37424

LOVELAND FOUNDATION
320 7TH AVENUE 263
BROOKLYN, NY  11215

LOVELAND LEGACY FOUNDATION
P.O. BOX 1
LOVELAND, OH  45140

LOVELIKEREED
139 INMAN DR.
CANTON, GA  30114

LOVELY BOUQUET OF FLOWERS
145 N RAYMOND
PASADENA, CA  91105

LOYALTEACH
P.O. BOX 5473
RICHMOND, CA  94805

LUBBOCK ART BUILDERS
2304 KEWANEE AVE
LUBBOCK, TX  79407

LUCA TO THE U
622 STANTON DR
NORTH AUGUSTA, SC  29841

LUCKY DOG REFUGE
36 PULASKI STREET
STAMFORD, CT  06902

LULING ANIMAL WELFARE SOCIETY
1800 E. PIERCE ST.
LULING, TX  78648

LUMEDIA MUSICWORKS INC.
3630 HARRY HINES BLVD. STE 23
DALLAS, TX  75219

LUNA CARES FUND INC.
115 W. SPRING STREET
OXFORD, OH  45056

LUNCH BOX OF LOVE
1223 CORPORATE DRIVE EAST STE-H
ARLINGTON, TX  76006

LUPUS FOUNDATION OF NORTHERN
CALIFORNIA
2635 N FIRST AVENUE SUITE 211
SAN JOSE, CA  95134

LUTHERAN OUTDOOR MINISTRIES CENTER
1834 S. IL RT. 2
OREGON, IL  61061

LYRIKS INSTITUTE
7201 EAST 67TH STREET
KANSAS CITY, MO  64133

MABL
38 CHAUNCY ST, 9TH FL
BOSTON, MA  02111

MAD RIVER RIDERS INC.
P.O. BOX 692
WAITSFIELD, VT  05673

MADE4MORE
6700 N LINDER AVE ST 156A 292
MERIDIAN, ID  83646

MADISON EAGLE CHRISTMAS FUND MECF
PO BOX 2
MADISON, NJ  07940

MADISON ROLLER DERBY
2702 INTERNATIONAL LANE STE 111
MADISON, WI  53704

MADISON VEGAN FEST
116 N. FEW ST. SUITE 3
MADISON, WI  53703

MADISONS GOT TALENT
116 N. FEW ST. SUITE 3
MADISON, WI  53703

MADYS MOVEMENT
2925 GULF FREEWAY SOUTH STE B
LEAGUE CITY, TX  77573

MAGGIES MUTTS FOUNDATION
1900 FLOWER ST
MCHENRY, IL  60050

MAGIC BOX PRODUCTIONS INC.
444 BEDFORD RD STE 203
PLEASANTVILLE, NY  10570

MAGIC CITY OPERA INC.
12253 SW 82ND AVE
MIAMI, FL  33156

MAGNOLIA ART XCHANGE
531 NE 1ST AVE
OCALA, FL  34471

MAILCHIMP
C/O THE ROCKET SCIENCE GROUP, LLC
405 N. ANGIER AVE NE
ATLANTA, GA  30308

MAIN STREET PARIS
301 W WALNUT ST
PARIS, AR  72855

MAJIJI
P.O. BOX 5473
RICHMOND, CA  94805

MAKE A SMILE FOUNDATION
101 INTERCHANGE PLAZA - SUITE 301
CRANBURY, NJ  08512

MAKE THE DISTINCTION
4640 ROOSEVELT BLVD STE 3 1084
PHILADELPHIA, PA  19124

MAKE THEM KNOW YOUR NAME
FOUNDATION
5815 LANDERBROOK DR 241541
CLEVELAND, OH  44124

MAKE YOUR OWN BALL DAY LLC
2150 HARBOR CT
GREENWOOD, IN  46143

MAKING CHANGE PAWSIBLE
501 KNIGHTS RUN AVE APT 1107
TAMPA, FL  33602

MAKING HOUSING AND COMMUNITY HAPPEN
P.O. BOX 5473
RICHMOND, CA  94805

MALAMA LEARNING CENTER
PO BOX 1662
HONOLULU, HI  96806-1662

MALAMA LOKO EA FOUNDATION
62-540 KAMEHAMEHA HWY
HALEIWA, HI  96712

MALAMA MAUI NUI
E CAMP 5 ROAD
PUUNENE, HI  96784

MALE CONTRACEPTIVE INITIATIVE
811 NINTH STREET SUITE 120 255
DURHAM, NC  27705

MANAHAN
120 S HOLLAND SYLVANIA RD
TOLEDO, OH  43615

MANDATE DEMOCRACY FOUNDATION
10300 EATON PL STE 440
FAIRFAX, VA  22030

MANHATTAN AREA RESETTLEMENT TEAM
(MART)
400 OSAGE
MANHATTAN, KS  66502

MANIAPURE FOUNDATION
9 ISLAND AVE APT 706
MIAMI BEACH, FL  33139

MANNLICHER COLLECTORS ASSOCIATION
INC.
9624 RITTER RD.
OKLAHOMA CITY, OK  73162

MANY HANDS MANY MEALS
301 COUNTY ROAD 19
EXCELSIOR, MN  55331

MAPSO FREEDOM SCHOOL
P.O. BOX 1230
MAPLEWOOD, NJ  07040

MARINE LIFE STUDIES
PO BOX 163
MOSS LANDING, CA  95039

MARIPOSA FAMILY LEARNING CENTER TEAM
403 VARGAS RD
AUSTIN, TX  78741

MARK & CHRISTINA JACKSON FAMILY
REVOCABLE TRUST
[ADDRESS REDACTED]

MARK R. JACKSON
[ADDRESS REDACTED]

MARRIAGE AND FAMILY SAVERS MINISTRIES
INC.
436B ROBINSON AVE. SUITE 130
NEWBURGH, NY  12550

MARRIAGE AND FAMILY WORKS INC.
1007 MANATEE AVENUE EAST
BRADENTON, FL  34208

MARSHA P. JOHNSON INSTITUTE
21 EAST STATE STREET
COLUMBUS, OH  43215

MARY GLORIA FOUNDATION
PO BOX 745
QUEEN CREEK, AZ  85142

MARY T. DOWLING, ESQUIRE
TOVELLA DOWLING
501 W BROADWAY, SUITE 1540
SAN DIEGO, CA  92101

MARYLAND DEPT OF LABOR
1100 NORTH EUTAW ST
BALTIMORE, MD  21201

MARYLAND DEPT OF LABOR
DIVISION OF LABOR AND INDUSTRY
10946 GOLDEN W DR, STE 160
HUNT VALLEY, MD  21031

MARYLAND DIAPER BANK
1282 SMALLWOOD DRIVE W SUITE 265
WALDORF, MD  20603

MARYLAND OFFICE OF THE COMPTROLLER
REVENUE ADMINISTRATION CENTER
TAXPAYER SERVICES DIVISION
60 WEST ST
ANNAPOLIS, MD  21411-0001

MASK BLOC SAN JOSE
P.O. BOX 5473
RICHMOND, CA  94805

MASK BLOC SANTA CRUZ
1840 41ST AVE SUITE 102 260
CAPITOLA, CA  95010

MASK OAKLAND
P.O. BOX 5473
RICHMOND, CA  94805

MASS ALLIANCE
P.O. BOX 317
ROSLINDALE, MA  02131

MASSMAILER, INC.
8 THE GREEN, SUITE 8176
DOVER, DE  19901

MASTERPIECE INC
2244 S SUTHERLAND DR
MONTGOMERY, AL  36116

MATERNA FOUNDATION
2891 E BONANZA CT
GILBERT, AZ  85297

MATIR ASURIM
P.O. BOX 5473
RICHMOND, CA  94805

MATS FOR ALL
P.O. BOX 5473
RICHMOND, CA  94805

MATTEAS JOY
1018 BLAYE
BOURBONNAIS, IL  60914

MATTHEWS HOPE FOUNDATION
121 N POST OAK LN
HOUSTON, TX  77024

MAUI FILIPINO CHAMBER OF COMMERCE
24 CENTRAL AVE
WAILUKU, HI  96793

MC ARTS AND CULTURE
100 DONAHUE STREET. SUITE 160B
SAUSALITO, CA  94965

MCCLAIN GARVIN YFC DBA FRONTLINE
FAMILY SOLUTIONS
902 NW 32ND ST
NEWCASTLE, OK  73065

MCTA HORSE TRIALS INC.
614 CALVARY RD.
CHURCHVILLE, MD  21028

MEADOW CITY ACADEMY OF MUSIC
812 HIGHLAND DR
LAS VEGAS, NM  87701

MEAGAN HOLDEMAN
[ADDRESS REDACTED]

MEALS FOR GOOD INC
130 LENOX AVENUE 802
NEW YORK, NY  10026

MEALS ON WHEELS NORTHEASTERN
ILLINOIS
1723 SIMPSON STREET
EVANSTON, IL  60201

MED TROOP YOUTH DIVISION INC.
699 DEKALB AVENUE
BROOKLYN, NY  11216

MEDCYCLE INC.
PO BOX 8056
TRENTON, NJ  08650

MEDFORD ARTS CENTER
8 NORTH MAIN STREET
MEDFORD, NJ  08055

MEDIC NOW FOUNDATION INC.
3 CHARLOTTE DR.
PLYMOUTH, MA  02360

MEDICAL ADVOCACY & OUTREACH (MAO)
2900 MCGEHEE ROAD
MONTGOMERY, AL  36111

MEDINEXO TELEHEALTH MISSION CORP.
1401 S. BRENTWOOD BOULEVARD SUITE 170
SAINT LOUIS, MO  63144

MEDIUM PHOTO
2358 UNIVERSITY AVE. 791
SAN DIEGO, CA  92104

MEET THE OCEAN
PO BOX 14632
PORTLAND, OR  97293

MEG FOUNDATION
10169 E 28TH AVE
DENVER, CO  80238

MEGHAN A. STRICKLER, ESQUIRE
WILLIAMS & STRICKLER
1320 THIRD ST, SW
ROANOKE, VA  24016

MELANATED PEARL INCORPORATION
11071 PANHANDLE RD 2ND FLOOR
HAMPTON, GA  30228

MELANIN CHILDREN MATTER
3921 HAWTHORNE DRIVE
OWENSBORO, KY  42303

MELISSA SHRUM
[ADDRESS REDACTED]

MELITAS DREAM ANIMAL RESCUE
21200 OXNARD ST NUM 6492
WOODLAND HILLS, CA  91365

MEMORIAL HOSPITAL OF SWEETWATER
COUNTY FOUNDATION
1200 COLLEGE DR.
ROCK SPRINGS, WY  82901

MEMPHIS ARTISTS FOR CHANGE
3890 MILLBRANCH RD
MEMPHIS, TN  38116

MEN OF JESUS INC.
100 TERRA MANGO LOOP SUITE A
ORLANDO, FL  32835

MEN SUPPORTING WOMEN WITH CANCER
5257 BUCKEYSTOWN PIKE/SUITE 193
FREDERICK, MD  21704

MEND HUNGER
127 AUDUBON DR SUITE C - 323
MAUMELLE, AR  72113

MENOMINEE ANIMAL SHELTER INC.
N184 HAGGERSON COURT
MENOMINEE, MI  49858

MENTAL FITNESS 21ST CENTURY LEARNING
149 SW BROAD STREET
FAIRBURN, GA  30213

MENTORCHIP INC.
1755 NORTH TOMAHAWK ISLAND DRIVE 1030
PORTLAND, OR  97217

MENTORING IN MEDICINE & SCIENCE
333 HELGENBERGER STE 208
OAKLAND, CA  94621

MERCY DROPS DREAM CENTER
PO BOX 9416
CHESAPEAKE, VA  23321

MERCY INTERNATIONAL MISSION USA
345 UNIVERSITY AVENUE W
SAINT PAUL, MN  55103

MERCYS SHORE
PO BOX 141062
DALLAS, TX  75214

MERLINS MAGIC WAND FOUNDATION
1 LEGOLAND DRIVE
CARLSBAD, CA  92008

MERRIMACK VALLEY DREAM CENTER
60 ISLAND ST
LAWRENCE, MA  01840

MES TEAM CHARITABLE FOUNDATION INC.
581 SE SOUTHWOOD TRAIL
STUART, FL  34994

MESA DR. MARTIN LUTHER KING JR
CELEBRATION
3501 S. MCCLINTOCK DR. APT 1106
TEMPE, AZ  85282

MESSENGER FILMS
1414 W. SWANN AVENUE STE. 100
TAMPA, FL  33606

METRO DETROIT SHARE GROUP
10227 CONTINENTAL DR
TAYLOR, MI  48180

METROPOLITAN DENVER NORTH ISLAMIC
CENTER
(MASJID IKHLAS)
11141 N IRMA DRIVE
NORTHGLENN, CO  80233

METROPOLITAN SECTION PGA FOUNDATION
49 KNOLLWOOD ROAD
ELMSFORD, NY  10523

METROPOLITAN YOUTH SYMPHONY
ORCHESTRA
655 WOOLEY ROAD
OSWEGO, IL  60543

MHE COALITION
P.O. BOX 128
WILLISBURG, KY  40078

MIAMI VALLEY GOLF FOUNDATION
263 REGENCY RIDGE DR.
DAYTON, OH  45459

MIAMI-DADE FAWL FOUNDATION INC.
1395 BRICKELL AVENUE
MIAMI, FL  33131

MICHAEL D. APGAR TRUST
[ADDRESS REDACTED]

MICHAEL D. APGAR
[ADDRESS REDACTED]

MICHAEL G. MATTHEWS, ESQUIRE
[ADDRESS REDACTED]

MICHAEL SKOUBIS FOUNDATION
1990 E ALGONQUIN ROAD STE 230
SCHAUMBURG, IL  60173

MICHIGAN CHAPTER AMERICAN ACADEMY
OF PEDIATRICS
106 W ALLEGAN ST. SUITE 310
LANSING, MI  48933

MICHIGAN CITY MAINSTREET ASSOCIATION
PO BOX 442
MICHIGAN CITY, IN  46360

MICHIGAN COALITION DEAF & HARD OF
HEARING PEOPLE
P.O. BOX 980553
YPSILANTI, MI  48198-0553

MICHIGAN DOODLE RESCUE CONNECT
P.O. BOX 2471
MIDLAND, MI  48641

MICROSOFT CORPORATION
ONE MICROSOFT WAY
REDMOND, WA  98052

MID CITY REDEVELOPMENT ALLIANCE
419 N 19TH STREET
BATON ROUGE, LA  70802

MIDDEL PUBLIC SCHOOLS FOUNDATION
7217 SE 15TH
MIDWEST CITY, OK  73110

MIDDLE DISTRICT OF FLORIDA
GREGORY W KEHOE
US ATTORNEYS OFFICE
2110 FIRST ST, STE 3-137
FT. MYERS, FL  33901

MIDDLE DISTRICT OF FLORIDA
GREGORY W KEHOE
US ATTORNEYS OFFICE
300 N HOGAN ST, STE 700
JACKSONVILLE, FL  32202

MIDDLE DISTRICT OF FLORIDA
GREGORY W KEHOE
US ATTORNEYS OFFICE
35 SE 1ST AVE, STE 300
OCALA, FL  34471

MIDDLE DISTRICT OF FLORIDA
GREGORY W KEHOE
US ATTORNEYS OFFICE
400 N TAMPA ST, STE 3200
TAMPA, FL  33602

MIDDLE DISTRICT OF FLORIDA
GREGORY W KEHOE
US ATTORNEYS OFFICE
400 W WASHINGTON ST, STE 3100
ORLANDO, FL  32801

MIDDLETOWN FREE LIBRARY
464 S OLD MIDDLETOWN RD SUITE 3
MEDIA, PA  19063

MID-VALLEY LITERACY CENTER
1850 45TH AVENUE NE/PO BOX 7639
SALEM, OR  97303

MIDWEST ANIMAL RESQ
705B SE MELODY LN 199
LEES SUMMIT, MO  64063

MIDWEST RETT SYNDROME FOUNDATION
MRSF
P.O. BOX 43155
BROOKLYN PARK, MN  55443

MIKEYS WAY FOUNDATION
1925 BLACK ROCK TURNPIKE SUITE 201B
FAIRFIELD, CT  06825

MILITARY ACADEMY ALUMNI ASSOCIATION
900 W. 4TH
WESLACO, TX  78596

MILITARY ORDER OF THE PURPLE HEART OF
THE USA
5413-B BACKLICK ROAD
SPRINGFIELD, VA  22151

MILITARY TRANSITION ROUNDTABLE
27026 GRANITE PATH
SAN ANTONIO, TX  78258

MILITARY-VETERANS ADVOCACY
769 ROBERT BLVD SUITE 201D
SLIDELL, LA  70458

MILLENNIUM SCHOOL
888 TURK STREET
SAN FRANCISCO, CA  94102

MIMI CAVE
[ADDRESS REDACTED]

MINISTRY FOR PRIESTLY SUPPORT
P.O. BOX 1097
GRAND ISLE, LA  70358

MINNEAPOLIS SCOTTISH RITE BUILDING AND
MUSEUM FOUNDATION
2011 DUPONT AVENUE SOUTH
MINNEAPOLIS, MN  55405

MINNESOTA FEDERATED HUMANE
SOCIETIES
PO BOX 416
ANOKA, MN  55303

MINNESOTA LAW ENFORCEMENT MEMORIAL
ASSOCIATION
1670 S ROBERT STREET 196
SAINT PAUL, MN  55118

MINNESOTA MONTESSORI NETWORK
30 NORTH 1ST STREET
MINNEAPOLIS, MN  55401

MIRACLE LEAGUE NORTHSHORE
13505 HIGHWAY 1085
COVINGTON, LA  70433

MIRACLE LEAGUE OF CORPUS CHRISTI
PO BOX 531
CORPUS CHRISTI, TX  78403

MIRRORS IN EDUCATION
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

MISHNA SDURA
[ADDRESS REDACTED]

MISS TEXAS SCHOLARSHIP ORGANIZATION
951 GREENSIDE DRIVE SUITE 7108
RICHARDSON, TX  75080

MISSING MAN MINISTRY
5424 SUNOL BLVD 10-107
PLEASANTON, CA  94566

MISSION BELLS
15325 BELLAIRE BLVD.
HOUSTON, TX  77083

MISSION ISPOSSIBLE FOUNDATION
901 N BROAD ST NE STE 100
ROME, GA  30161

MISSION K9 RESCUE
P.O. BOX 395
NEEDVILLE, TX  77461-0395

MISSION OF HOPE INTERNATIONAL
1510 WINDRIDER CT.
FENTON, MO  63026

MISSION OF SIGHT
965 MARSEILLES GALION RD E
MARION, OH  43302

MISSION POSSIBLEDOMINICAN REPUBLIC
929 PEARL RD
BRUNSWICK, OH  44212

MISSION RECONCILE
P.O. BOX 19301
NEW ORLEANS, LA  70179

MISSION SAN PEDRO
1187 COAST VILLAGE RD 101
SANTA BARBARA, CA  93108

MISSION VALLEY TRACK AND FIELD CLUB
25357 VILLAGER LANE
HAYWARD, CA  94555

MISSIONERS OF CHRIST
5880 OAK TERRACE DRIVE
VIRGINIA BEACH, VA  23464

MISSISSIPPI BREASTFEEDING COALITION
405 NORTHTOWN DRIVE
JACKSON, MS  39211

MISSISSIPPI HEADWATERS AUDUBON
SOCIETY
P.O. BOX 193
BEMIDJI, MN  56619

MISSISSIPPI VISION FOUNDATION
141 EXECUTIVE DRIVE SUITE 5
MADISON, MS  39110

MISSOURI STREAM TEAM WATERSHED
COALITION
PO BOX 483
SHELBINA, MO  63468

MITCHELL THORP FOUNDATION
2382 FARADAY AVE SUITE 150
CARLSBAD, CA  92008

MJM HORSE RESCUE
505 W NEBRASKA ST
DUNBAR, NE  68346

MOBILITYVISION INC
2108 N ST SUITE 8299
SACRAMENTO, CA  95816

MOILIILI COMMUNITY CENTER
2535 SOUTH KING STREET
HONOLULU, HI  96826

MONA BAILEY ACADEMY
P.O. BOX 53073
BELLEVUE, WA  98015

MONDANT INITIATIVE
5049 PARK TERRACE
MINNEAPOLIS, MN  55436

MONTANA OUTDOOR SCIENCE SCHOOL
P.O. BOX 502
BOZEMAN, MT  59771

MONTANA RENEWABLE ENERGY
ASSOCIATION
P.O. BOX 276
HELENA, MT  59624

MONTE VISTA PROJECTS
145 N RAYMOND
PASADENA, CA  91105

MONTEGO BAY ANIMAL HAVEN LTD.
125 MAPLE AVE-SUITE C
CHESTER, NJ  07930

MONTESSORI SEEDS OF EDUCATION INC.
631 CHESTER AVE
MOORESTOWN, NJ  08057

MONTHLY MIRACLES
P.O. BOX 1107
PLEASANTON, CA  94566

MONTROSE GRACE PLACE
PO BOX 540632
HOUSTON, TX  77254

MONTROSE VETERANS MEMORIAL
COALITION
4 HILLCREST PLAZA WAY
MONTROSE, CO  81401

MOONLIGHTER FABLAB INC.
1661 PENNSYLVANIA AVE.
MIAMI BEACH, FL  33139

MOONSHADOWS SPIRIT
776 SAFFRON WAY
WEBSTER, NY  14580

MORE THAN WALKING INCORPORATED
155 PEACE ACRE LANE
STRATFORD, CT  06614

MORGAN BARNEY, TREASURER
WASHINGTON YOUTH ACADEMY
FOUNDATION
6947 COAL CREEK PKWY SE 333
NEWCASTLE, WA  98059

MORGAN COUNTY HUMANE SOCIETY
690 WEST MITCHELL AVE
MARTINSVILLE, IN  46151

MORMON WOMEN FOR ETHICAL
GOVERNMENT
6211 S. HIGHLAND DR 4020
SALT LAKE CITY, UT  84121

MORRIS CATHOLIC HIGH SCHOOL
200 MORRIS AVENUE
DENVILLE, NJ  07834

MOSAIC FILM EXPERIENCE
PO BOX 888246
GRAND RAPIDS, MI  49588

MOST HEALTHY BRONX
1525 E GUN HILL RD UNIT 355
BRONX, NY  10469

MOST HOLY REDEEMER SCHOOL
FOUNDATION
9719 S LAWNDALE
EVERGREEN PARK, IL  60805

MOTHER OF MERCY CHARITABLE
FOUNDATION
P.O. BOX 320041
SAN FRANCISCO, CA  94132

MOTHERFUL
1436 CHELSMFORD CT
COLUMBUS, OH  43229

MOTHERLY INTERCESSION
3010 S. DYE ROAD
FLINT, MI  48507

MOTION PICTURE ASSOCIATION OF UTAH
PO BOX 510587
SALT LAKE CITY, UT  84151

MOTLEY ZOO ANIMAL RESCUE
7345 164TH AVE NE SUITE 145 BOX 320
REDMOND, WA  98052

MOUND CITY MEDICAL FORUM
P.O. BOX 16746
SAINT LOUIS, MO  63105

MOUND RIDGE RETREAT AND MISSION
CENTER
31 AGAPE LN
COOK STATION, MO  65449

MOUNT SHEPHERD RETREAT CENTER INC.
1045 MOUNT SHEPHERD ROAD EXT.
ASHEBORO, NC  27205

MOUNT VERNON PARKS FOUNDATION
P.O. BOX 1572
MOUNT VERNON, WA  98273

MOUNTAIN COMMUNITY SCHOOL
613 GLOVER STREET
HENDERSONVILLE, NC  28792

MOUNTAIN TOP JOURNEY
13524 WHITE OAKS RD
HAVANA, IL  62644

MOVEMENT STRATEGY CENTER ACTION FUND
1625 CLAY ST FLOOR 6
OAKLAND, CA  94612

MOVEMENT STRATEGY CENTER
1625 CLAY STREET 6TH FLOOR
OAKLAND, CA  94612

MS IS BS NEW ENGLAND INC.
426 MAIN STREET SUITE ONE
STONEHAM, MA  02180

MS MOMENTS
7118 HORTON AVE
URBANDALE, IA  50322

MS PRESIDENT US INC.
P.O. BOX 238
RIDGEFIELD, CT  06877

MT LOWE CHAMBER PLAYERS
388 E. MARIGOLD STREET
ALTADENA, CA  91001

MUEED INC.
PO BOX 18465
OAKLAND, CA  94619

MULCH FOR MILITARY
84 MANCHESTER ST
LEOMINSTER, MA  01453

MULTIPLIER
2261 MARKET STREET STE 86505
SAN FRANCISCO, CA  94114

MUNDO SOSTENIBLE INC.
P.O. BOX 5473
RICHGROVE, CA  94805

MUNYUNDO FOUNDATION
4812 WEST 34TH STREET
INDIANAPOLIS, IN  46224

MUSES & MELANIN FELLOWSHIP PROGRAM
180 STEUART ST. BOX 190206
SAN FRANCISCO, CA  94119

MUSEUM OF CHILDRENA€™S ART
1221 BROADWAY LL-49
OAKLAND, CA  94612

MUSIC FOR MINORS II (MFMII)
P.O. BOX 2661
FREMONT, CA  94536

MUSIC IS FIRST
1446 MARKET STREET
SAN FRANCISCO, CA  94102

MUSIC MOVES
66 JOYCE BLVD. SUITE 1
FAYETTEVILLE, AR  72703

MUSICAL MENTORS
28001 PASEO ALBA
SAN JUAN CAPISTRANO, CA  92675

MUSLIM ALLIANCE FOR SEXUAL AND GENDER DIVERSITY
THE MASGD
P.O. BOX 5473
RICHMOND, CA  94805

MY BROTHERS KEEPER CARES
5646 BEAUMONT AVE
PHILADELPHIA, PA  19143

MY BUDDY BENCH PROJECT FOUNDATION
9555 SW 175 TER PMB 563
PALMETTO, FL  33157

MY JUMP INC.
P.O. BOX 119
LA QUINTA, CA  92247

MY LIONS HEART
8001 CASTOR AVENUE 333
PHILADELPHIA, PA  19152

MY OWN HOME PROJECT INC.
402 PALM TRAIL
DELRAY BEACH, FL  33483

MY PKU AWARENESS FOUNDATION
10851 SCARSDALE BLVD
HOUSTON, TX  77089

MY STRENGTH WELLNESS PROGRAM INC.
12823 SEAHORSE DR
RANCHO CUCAMONGA, CA  91739

MYINTERVIEW LTD
156 MENACHEM BEGIN ROAD
TEL AVIV-YAFO
TEL AVIV DISTRICT  6492108
ISRAEL

MYKINGSTONKIDS
101 HURLEY AVENUE SUITE 5
KINGSTON, NY  12401

MYWHY
6050 STIRRUP ROAD
CINCINNATI, OH  45244

NACAA® FOUNDATION
13 HARBISON WAY
COLUMBIA, SC  29212

N-ACTION FAMILY NETWORK
P.O. BOX 1715
LA MIRADA, CA  90637

NAHAZ ZARNIGHIAN, ESQUIRE
BALLARD SPAHR LLP
2029 CENTURY PARK EAST, SUITE 1400
LOS ANGELES, CA  90067

NAMECHEAP, INC.
4600 E. WASHINGTON ST., SUITE 305
PHOENIZ, AZ  85034

NAMI MAIN LINE PA
320 WOODLEY ROAD
MERION STATION, PA  19066

NAMI NORTHERN LAKES
235 N STEVENS ST
RHINELANDER, WI  54501

NANA GRANTS INC.
6065 ROSWELL RD 450
ATLANTA, GA  30328

NAPILI BAY AND BEACH FOUNDATION INC.
P.O. BOX 10823
LAHAINA, HI  96761

NASHIRA
[ADDRESS REDACTED]

NASHUA EDUCATION FOUNDATION
1617 SOUTHWOOD DR SUITE 200
NASHUA, NH  03063

NASHVILLE FILMMAKERS GUILD
P.O. BOX 330564
NASHVILLE, TN  37203

NASHVILLE GENERAL HOSPITAL
FOUNDATION
1818 ALBION STREET
NASHVILLE, TN  37208

NASHVILLE IN HARMONY
P.O. BOX 159156
NASHVILLE, TN  37215

NASHVILLEHEALTH
3810 BEDFORD AVE. STE 200
NASHVILLE, TN  37215

NATHAN EBANKS CHILDREN ADVOCACY
GROUP INC.
P.O BOX 341033
JAMAICA, NY  11434

NATIONAL ACTIVE AND RETIRED FEDERAL
EMPLOYEES ASSOCIATION
606 N WASHINGTON ST.
ALEXANDRIA, VA  22314

NATIONAL ALLIANCE OF AFRICAN AMERICAN
ATHLETES
P.O. BOX 60743
HARRISBURG, PA  17106

NATIONAL ASSOC. OF ORTHOPAEDIC
NURSES FOUNDATION
289 S. MAIN STREET
ALPHARETTA, GA  30009

NATIONAL ASSOCIATION OF STATE TRUST
LANDS
3800 N CENTRAL AVE STE 460
PHOENIX, AZ  85021

NATIONAL BLACK HOME EDUCATORS
RESOURCE ASSOCIATION
13434 PLANK ROAD
BAKER, LA  70714

NATIONAL BLACK LIVES MATTER AT SCHOOL
340 S. LEMON AVENUE 3717
WALNUT, CA  91789

NATIONAL BLACK TRANS ADVOCACY
COALITION
1925 E. BELTLINE RD. 404
CARROLLTON, TX  75011

NATIONAL CENTER ON DOMESTIC AND
SEXUAL VIOLENCE
4612 SHOAL CREEK BLVD
AUSTIN, TX  78756

NATIONAL COALITION FOR COMMUNITY
CAPITAL NC3
1680 WOODBINE ST
NEW YORK, NY  11385

NATIONAL COALITION OF 100 BLACK WOMEN
PA CHAPTER
P.O. BOX 13108
PHILADELPHIA, PA  19101

NATIONAL COLLEGIATE GYMNASTIC
ASSOCIATION
5 LENAPE RD
MARLBORO, NJ  07746

NATIONAL COLLEGIATE RUGBY
ORGANIZATION
24A TROLLEY SQUARE 1365
WILMINGTON, DE  19806

NATIONAL EDUCATION FINANCE ACADEMY
INC.
1096C CB 3500 PEABODY HALL
CHAPEL HILL, NC  27599-3500

NATIONAL EMS MUSEUM
26422 OAKRIDGE DRIVE SUITE 105
MILWAUKEE, WI  53185-1402

NATIONAL FISH HABITAT FUND INC
1100 1ST ST NE STE 825
WASHINGTON, DC  20002

NATIONAL HOUSING RESOURCE CENTER
P.O. BOX 399385
SAN FRANCISCO, CA  94139

NATIONAL MUSEUM OF AMERICAN RELIGION
240 E LOUDOUN VALLEY DRIVE
PURCELLVILLE, VA  201

NATIONAL PTSD SERVICE ASSOCATION
2685 TEMPLE ST
SARASOTA, FL  34239

NATIONAL QUEER & TRANS THERAPISTS OF
COLOR NETWORK
FISCAL SPONSOR: SOCIAL AND
ENVIRONMENTAL ENTREPRENEURS INC.
P.O. BOX 50058
BALTIMORE, MD  21211

NATIONAL QUEER AND TRANS THERAPISTS
OF
COLOR NETWORK - FISCAL SPONSOR:
SOCIAL AND ENVIRONMENTAL
ENTREPRENEURS INC.
P.O. BOX 50058
BALTIMORE, MD  21211

NATIONAL SMALL COLLEGE RUGBY
ORGANIZATION
116 NORTH LAKESIDE DRIVE EAST
MEDFORD, NJ  08055

NATIONAL STORM CHASER SUMMIT
PO BOX 451
BURKBURNETT, TX  76354

NATIONAL URBAN FELLOWS INC.
1120 AVENUE OF AMERICAS
NEW YORK, NY  10036

NATURAL CREATIVITY
5534 PULASKI AVE
PHILADELPHIA, PA  19144

NATURE SPEAKS
11065 164TH COURT NORTH
JUPITER, FL  33478

NAV TECHNOLOGIES
13693 S 200 W., SUITE 200
DRAPER, UT  84020

NAVATMAN
38 W 32ND ST SUITE 300
NEW YORK, NY  10001

NCOMPASS
PO BOX 1429
BEAVERTON, OR  97075

NE OHIO GREYHOUND RESCUE
905 MECHANICSVILLE RD
GENEVA, OH  44041

NEAL F. WEINRICH, ESQUIRE
BERMAN FINK VAN HORN
3475 PIEDMONT ROAD NE, SUITE 1640
ATLANTA, GA  30305

NEBRASKA SUSTAINABLE AGRICULTURE
SOCIETY INC.
PO BOX 22573 1201 CALVERT ST.
LINCOLN, NE  68542

NEED 4 BRIDGES
3806 W COMMONWEALTH AVE
FULLERTON, CA  92833

NEED TO READ INC.
8053 GILLIAM ROAD
APOPKA, FL  32703

NEIGHBORS ABROAD
355 ALMA ST
PALO ALTO, CA  94301

NEIGHBORS NOURISHING NEIGHBORS
474 N HAYS RD STE E1
PROSPER, TX  75078

NESIKA WILAMUT
[ADDRESS REDACTED]

NET GAINS FOUNDATION
P.O. BOX 5473
RICHMOND, CA  94805

NETWORK SUPPORT SERVICES INC.
THIRD FLOOR WEST WING
BRONX, NY  10455

NEVADA HANDS & VOICES
PO BOX 570
SPARKS, NV  89432

NEVADA HUMANITIES
P.O. BOX 8029
RENO, NV  89507

NEVILLE DANCE THEATRE INC.
PO BOX 1625
NEW YORK, NY  10101

NEW ATTITUDE ON MY IMAGE INC
2321 WARREN
TOLEDO, OH  43620

NEW BEGINNINGS GLOBAL OUTREACH
5950 LAKEHURST DRIVE SUITE 169
ORLANDO, FL  32819

NEW BRAUNFELS ANGELS
1447 W MILL ST
NEW BRAUNFELS, TX  78130

NEW CARLISLE COMMUNITY GARDEN INC.
307 N HENRY ST
NEW CARLISLE, OH  45344

NEW CREATION INC.
544 E. SPRUCE ST OLATHE KS. 66061
OLATHE, KS  66061

NEW HAMPSHIRE ACADEMY OF SCIENCE
49 MOUNTAIN MEADOW ROAD
WARREN, NH  03279

NEW HAVEN PRIDE CENTER
84 ORANGE ST.
NEW HAVEN, CT  06510

NEW HEALTHCARE CONCEPTS
1980 BOSTIAN ROAD
CHINA GROVE, NC  28088

NEW HOPE FUND
1420 LAKEWOOD DRIVE
BOLIVAR, MO  65613

NEW JERSEY ANGELS
915 BENNETTS MILLS ROAD 794
JACKSON, NJ  08527

NEW JERSEY BUREAU OF SECURITIES
OFFICE OF THE NEW JERSEY ATTORNEY
GENERAL
153 HALSEY ST
6TH FL
NEWARK, NJ  07102

NEW JERSEY DEPT OF LABOR
AND WORKFORCE DEVELOPMENT
1 JOHN FITCH PLAZA
TRENTON, NJ  08611

NEW JERSEY DEPT OF LABOR
DIV OF WAGE AND HOUR COMPLIANCE
1 JOHN FITCH PLAZA
TRENTON, NJ  08611

NEW JERSEY DEPT OF THE TREASURY
DIVISION OF ADMINISTRATION
PO BOX 211
TRENTON, NJ  08625-0211

NEW JERSEY SLEEP SOCIETY INC.
PO BOX 473
PEDRICKTOWN, NJ  08067

NEW LEAF ORGANIZATION
690 S TIFFIN ST
PORT CLINTON, OH  43452

NEW LIFE GLOBAL MINISTRIES
201 E BURKE ST
MARTINSBURG, WV  25401

NEW LIFE MOVEMENT
322 HARBOUR WAY
RICHMOND, CA  94801

NEW MEXICO AUTISM SOCIETY
P.O. BOX 30955
ALBUQUERQUE, NM  87190

NEW MEXICO DREAM CENTER
126 GENERAL CHENNAULT NE
ALBUQUERQUE, NM  87123

NEW MEXICO ETHICS WATCH
P.O. BOX 30586
ALBUQUERQUE, NM  87190

NEW NEIGHBOR RELIEF
10031 PROSPECT AVENUE STE B
SANTEE, CA  92071

NEW ORLEANS KIDS PARTNERSHIP
2640 CANAL STREET 4TH FLOOR
NEW ORLEANS, LA  70119

NEW PALESTINE LIONS CLUB
PO BOX 492
NEW PALESTINE, IN  46163

NEW REVELATIONS COLLEGIATE MISSION
3281 HOPKINS ROAD
KRUM, TX  76249

NEW RIVER ALLIANCE OF CLIMBERS INC.
101 W. WISEMAN AVE
FAYETTEVILLE, WV  25840

NEW RIVER GORGE LEARNING CO-OP
P.O. BOX 696
FAYETTEVILLE, WV  25840

NEW ROADS RETREATS
PO BOX 751014
PETALUMA, CA  94975

NEW STORY LEADERSHIP
713 N VERMONT ST
ARLINGTON, VA  22203

NEW VISION DANCE COMPANY
5206 HANOVER CLOSE
NEW ALBANY, OH  43054-8728

NEW WAY MISSISSIPPI
PO BOX 24404
JACKSON, MS  39225

NEW WOMEN NEW YORKERS
55 W 68TH STREET
BROOKLYN, NY  10023

NEW YORK CITY AND LOWER
HUDSON VALLEY CLEAN COMMUNITIES INC.
55 WATER STREET 6TH FLOOR
NEW YORK, NY  10041

NEW YORK SCHOOL FOR THE DEAF
FOUNDATION
555 KNOLLWOOD ROAD
WHITE PLAINS, NY  10603

NEWBURGH CREATES FOUNDATION
10 CARPENTER AVENUE
NEWBURGH, NY  12550

NEWTON COUNTY CHRISTIAN LEARNING
CENTER
PO BOX 941
COVINGTON, GA  30015

NEWVINES INTERNATIONAL INC.
P.O. BOX 2971
SALEM, VA  24153

NEXT CHAPTER INITIATIVE
P.O. BOX 399385
SAN FRANCISCO, CA  94139

NEXT GENERATION LEARNING CHALLENGES
P.O. BOX 399385
SAN FRANCISCO, CA  94139

NEXT GENERATION POLITICS/YVOTE
12651 SAN PABLO AVE 5473
RICHMOND, CA  94805

NEXT STEP ATHLETICS
PO BOX 13361
MILL CREEK, WA  98082

NEXT STEP EDUCATION FOUNDATION
P.O. BOX 490062
ATLANTA, GA  30349

NEXT STEPS OF OCONNOR FOUNDATION
8434 CORCORAN RD
WILLOW SPRINGS, IL  60480

NEXT STEPS TODAY INC.
PO BOX 1856
SIMPSONVILLE, SC  29681

NGAAP IMPACT INITIATIVES
P.O. BOX 5473
RICHMOND, CA  94805

NICHOLAS WIHLBORG FOUNDATION
P.O. BOX 64
STANHOPE, NJ  07874

NIGERIAN AMERICAN PUBLIC AFFAIRS
COMM FOUNDATION
5777 WEST CENTURY BOULEVARD SUITE
1125-2200
LOS ANGELES, CA  90045

NIGHT WITH THE STARS PROM
13614 7TH AVENUE CIR. NE
BRADENTON, FL  34212

NIGHTINGALE AWARDS OF PENNSYLVANIA
45 E. CITY AVE
BALA CYNWYD, PA  19004

NIKENOS SECOND CHANCES
1446 ESTES STREET
LAKEWOOD, CO  80215

NINOS DEL SOL
85 CIRCLE LOOP
NEW YORK, NY  10304

NO LIMIT HEALTH AND EDUCATION
819 EAST 1ST STREET SUITE 4
SANFORD, FL  32771

NO LONGER ORPHANS
PO BOX 134
DERBY, KS  67037

NO MORE DIRTY
5045 MEMORIAL PKWY. NW SUITE B
HUNTSVILLE, AL  35810

NO MORE TEARS INC.
1714 FRANKLIN STREET SUITE 100-355
OAKLAND, CA  94612

NOBLE PUBLIC SCHOOLS FOUNDATION
FOR ACADEMIC EXCELLENCE INC.
P.O. BOX 1111
NOBLE, OK  73068

NOEL FAMILY FOUNDATION INC.
(FKA MAKE A MARK FOUNDATION INC.)
4501 STATE HWY 66
STEVENS POINT, WI  54482

NOKOTA HORSE CONSERVANCY INC.
PO BOX 761
LINTON, ND  58552

NOMA ARIZONA
[ADDRESS REDACTED]

NONPROFIT MORTGAGE
4445 W 77TH ST
MINNEAPOLIS, MN  55435

NONVIOLENCE WORKS
7351 SOUTH COLES AVENUE
CHICAGO, IL  60649

NOR CAL FDC
300 FRANK H. OGAWA PLAZA
OAKLAND, CA  94612

NORTH AMERICAN HINDU CHAPLAINS
ASSOCIATION
26 DUTTON PLACE WAY
GLASTONBURY, CT  06033

NORTH AMERICAN ONE-ARMED GOLFER
ASSOCIATION
481 GREEN LN
PEACH BOTTOM, PA  17563

NORTH BROOKLYN COALITION AGAINST
FAMILY VIOLENCE
893 LEXINGTON AVE
BROOKLYN, NY  11221

NORTH CAROLINA DOWN SYNDROME
ALLIANCE
P.O. BOX 99562
RALEIGH, NC  27624

NORTH COUNTY CHRISTIAN SCHOOL
6255 ATASCADERO MALL ROAD
ATASCADERO, CA  93422

NORTH DAKOTA FARM BUREAU
FOUNDATION
1101 1ST AVE N
FARGO, ND  58102

NORTH DAKOTA SOLID WASTE AND
RECYCLING ASSOCIATION
P.O. BOX 1071
BISMARCK, ND  58502

NORTH PORT AREA ART GUILD INC.
5950 SAM SHAPOS WAY
NORTH PORT, FL  34287

NORTH SHORE HELPERS
2600 FOREST GLEN TRL
DEERFIELD, IL  60015

NORTHERN ALLIANCE REENTRY INC
4001 INGRA ST. SUITE 147
ANCHORAGE, AK  99503

NORTHERN CALIFORNIA WEIMARANER
RESCUE
P.O. BOX 92
CLOVERDALE, CA  95425

NORTHERN DISTRICT OF CALIFORNIA
PATRICK D ROBBINS
FEDERAL COURTHOUSE
1301 CLAY ST
OAKLAND, CA  94612

NORTHERN DISTRICT OF CALIFORNIA
PATRICK D ROBBINS
FEDERAL COURTHOUSE
450 GOLDEN GATE AVE
SAN FRANCISCO, CA  94102

NORTHERN DISTRICT OF CALIFORNIA
PATRICK D ROBBINS
HERITAGE BANK BLDG
150 ALMADEN BLVD STE 900
SAN JOSE, CA  95113

NORTHERN DISTRICT OF FLORIDA
MICHELLE SPAVEN
GAINESVILLE DIVISION
300 E UNIVERSITY AVE, STE 310
GAINESVILLE, FL  32601

NORTHERN DISTRICT OF FLORIDA
MICHELLE SPAVEN
PENSACOLA DIVISION
21 E GARDEN ST, STE 400
PENSACOLA, FL  32502

NORTHERN DISTRICT OF FLORIDA
MICHELLE SPAVEN
TALLAHASSEE HEADQUARTERS, 111 N
ADAMS ST
4TH FL US COURTHOUSE
TALLAHASSEE, FL  32301

NORTHERN DISTRICT OF INDIANA
TINA L NOMMAY
E. ROSS ADAIR FEDERAL BLDG & US
COURTHOUSE, 3128 FEDERAL BLDG
1300 S HARRISON ST
FORT WAYNE, IN  46802

NORTHERN DISTRICT OF INDIANA
TINA L NOMMAY
HAMMOND FEDERAL BLDG & US
COURTHOUSE, UNITED STATE ATTORNEYS
OFFICE
5400 FEDERAL PLAZA, STE 1500
HAMMOND, IN  46320

NORTHERN DISTRICT OF INDIANA
TINA L NOMMAY
ROBERT A. GRANT FEDERAL BLDG & US
COURTHOUSE
204 S MAIN ST, ROOM MO-1
SOUTH BEND, IN  46601

NOURISH YOU COMMUNITY KITCHEN
11260 DONNER PASS ROAD 543
TRUCKEE, CA  96161

NOVEMBER IN MY SOUL
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

NSEMBUI FOUNDATION
13352 WEST 88 CIRCLE APT B
LENEXA, KS  66215

NUMERACLE, INC.
7918 JONES BRANCH DR., 4TH FLOOR
MCLEAN, VA  22102

NURTURE CULTIVATE INC
200 N VINEYARD BLVD STE A325 - 282
HONOLULU, HI  96817

NY CRUSADERS
257 GREENE AVE APT 1L
BROOKLYN, NY  11238

NY TRI-STATE CHAPTER OF NAMC
58-09 28TH AVENUE
WOODSIDE, NY  11377

OAK GROVE SCHOOL EDUCATION
FOUNDATION
1700 OPLAINE ROAD
LIBERTYVILLE, IL  60048

OAKHURST NEIGHBORHOOD ASSOCIATION
2055 W LOTUS AVE
FORT WORTH, TX  76111

OAKLAND DATA SYSTEMS
PUROK 2
POBLACION, LILA
BOHOL
PHILIPPINES

OAKLAND SERVES
4028 COOLIDGE AVE
OAKLAND, CA  94602

OAKLAND STYLE LAB
2830 20TH ST STE 201
SAN FRANCISCO, CA  94110

OAKLAND TECHNOLOGY AND EDUCATION CENTER
8117 SUNKIST DR
OAKLAND, CA 94605

OBODO COLLECTIVE
1770 POST ST SUITE 135
SAN FRANCISCO, CA 94115

OCEAN DEBRIS MANAGEMENT INITIATIVE
8470 RIDGECREST DR
WEST CHESTER, OH 45069

OCEAN OS GROUP, INC.
220 EMERALD VISTA WAY, UNIT 517
LAS VEGAS, NV 89144

OCEAN OUTREACH INC.
28 RAILROAD AVE SUITE 2C
WARWICK, NY 10990

ODDFELLOWS PLAYHOUSE YOUTH THEATER
128 WASHINGTON STREET
MIDDLETOWN, CT 06457

OFF THE BLOCK
157-10 RIVERSIDE DRIVE WEST 7P
NEW YORK, NY 10032

OFFERING ALTERNATIVE THERAPY WITH SMILES
4920 GROVELAND RD
ORTONVILLE, MI 48462

OFFICE OF SEC. OF STATE OF CALIFORNIA
HON. SHIRELY N WEBER
1500 11TH ST
SACRAMENTO, CA 95814

OFFICE OF SEC. OF STATE OF COLORADO
HON. JENA GRISWOLD
1700 BROADWAY, STE 550
DENVER, CO 80290

OFFICE OF SEC. OF STATE OF CT.
HON. STEPHANIE THOMAS
PO BOX 150470
STE 1000
HARTFORD, CT 06115-0470

OFFICE OF SEC. OF STATE OF DELAWARE
HON. JEFFREY W. BULLOCK
401 FEDERAL ST
DOVER, DE 19901

OFFICE OF SEC. OF STATE OF DELAWARE
HON. JEFFREY W. BULLOCK
820 N FRENCH ST, 10TH FL
WILMINGTON, DE 19801

OFFICE OF SEC. OF STATE OF FLORIDA
HON. CORD BYRD
R.A. GRAY BLDG
500 S BRONOUGH ST
TALLAHASSEE, FL 32399

OFFICE OF SEC. OF STATE OF INDIANA
HON. DIEGO MORALES
200 W WASHINGTON ST, ROOM 201
INDIANAPOLIS, IN 46204

OFFICE OF SEC. OF STATE OF MARYLAND
HON. SUSAN C LEE
16 FRANCIS ST
ANNAPOLIS, MD 21401

OFFICE OF SEC. OF STATE OF NEW JERSEY
HON. TAHESHA L. WAY, ESQ
LIEUTENANT GOVERNOR -E
PO BOX 001
TRENTON, NJ 08625

OFFICE OF SEC. OF STATE OF OREGON
HON. TOBIAS READ
900 COURT ST NE
CAPITOL RM 136
SALEM, OR 97301

OFFICE OF SEC. OF STATE OF WASHINGTON
HON. STEVE HOBBS
LEGISLATIVE BLDG
416 SID SNYDER AVE SW
OLYMPIA, WA 98501

OFFICE OF THE CALIFORNIA STATE ATTORNEY GENERAL
CHARITABLE TRUSTS SECTION
PO BOX 944255
SACRAMENTO, CA 94244

OFFICE OF THE CALIFORNIA STATE ATTORNEY GENERAL
PUBLIC INQUIRY UNIT
PO BOX 944255
SACRAMENTO, CA 94244

OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
BUFFALO REGIONAL OFFICE
MAIN PLACE TOWER, SUITE 300A
350 MAIN ST
BUFFALO, NY 14202

OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
BUREAU OF INTERNET & TECHNOLOGY
28 LIBERTY STREET
NEW YORK, NY 10005

OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
DIVISION OF ECONOMIC JUSTICE
THE CAPITOL BUILDING
ALBANY, NY 12224

OFFICE OF THE OHIO STATE ATTORNEY GENERAL
30 E BROAD ST, 14TH FLOOR
COLUMBUS, OH 43215

OFFICE OF THE STATE OF ALABAMA ATTORNEY GENERAL
CONSUMER INTEREST DIVISION
501 WASHINGTON AVE
PO BOX 300152
MONTGOMERY, AL 36130

OFFICE OF THE STATE OF ARIZONA ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
CONSUMER PROTECTION & ADVOCACY SECTION
2005 NORTH CENTRAL AVE
PHOENIX, AZ 85004

OFFICE OF THE STATE OF ILLINOIS ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
115 S. LA SALLE ST, 26TH FLOOR
CHICAGO, IL 60603

OFFICE OF THE STATE OF INDIANA ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
302 W WASHINGTON ST
IGCS 5TH FLOOR
INDIANAPOLIS, IN 46204

OFFICE OF THE STATE OF IOWA ATTORNEY GENERAL
HOOVER BUILDING
1305 E WALNUT ST
DES MOINES, IA 50319

OFFICE OF THE STATE OF MARYLAND
ATTORNEY GENERAL
200 SAINT PAUL PLACE
BALTIMORE, MD  21202

OFFICE OF THE STATE OF MICHIGAN
ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
PO BOX 30213
LANSING, MI  48909

OFFICE OF THE STATE OF MINNESOTA
ATTORNEY GENERAL
445 MINNESOTA STREET, SUITE 600
ST PAUL, MN  55101

OFFICE OF THE STATE OF MISSOURI
ATTORNEY GENERAL
PO BOX 899
JEFFERSON CITY, MO  65102

OFFICE OF THE STATE OF N. CAROLINA
ATTY GENERAL
CONSUMER PROTECTION DIVISION
114 W. EDENTON STREET
RALEIGH, NC  27603

OFFICE OF THE STATE OF N. DAKOTA
ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
1720 BURLINGTON DRIVE, SUITE C
BISMARCK, ND  58504

OFFICE OF THE STATE OF WASHINGTON
ATTORNEY GENERAL
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA  98104

OFFICE OF THE UNITED STATES ATTORNEY
DISTRICT OF DELAWARE
HERCULES BUILDING
1313 N. MARKET STREET, SUITE 400
WILMINGTON, DE  19801

OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
ATTN:
844 KING ST, STE 2207, LOCKBOX 35
WILMINGTON, DE  19801

OHIO CAMPUS COMPACT
1179 UNIVERSITY DR
NEWARK, OH  43055

OHIO VETERANS HALL OF FAME
FOUNDATION
PO BOX 20955
COLUMBUS, OH  43220

OKB HOPE FOUNDATION
9 SOUTH GROSSER PLACE
SOMERSET, NJ  08873

OKOMO OTADO AND LEONORA ODINYA
FOUNDATION INC
4938 HAMPDEN LANE STE 201
BETHESDA, MD  20814

OLD MAROON RUGBY FOOTBALL CLUB
804 SOUTHERN HILLS CT
COLLEGE STATION, TX  77845-8930

OLD PROS
P.O. BOX 5473
RICHMOND, CA  94805

OLD WESTBURY COLLEGE FOUNDATION INC.
223 STORE HILL ROAD
OLD WESTBURY, NY  11568-0210

OLIVIA CALDWELL FOUNDATION
419 SOUTH WASHINGTON STREET SUITE 102
CASPER, WY  82601

OLOUWAFEMI S J TEVOEDJRE
FOUNDATION (FEMIS HEART FOUNDATION)
11522 SOUTH 39TH STREET
BELLEVUE, NE  68123-5

OMEGA UPLIFTS FOUNDATION INC.
401 W. ATLANTIC AVE SUITE O9
DELRAY BEACH, FL  33444

ON EAGLES WINGS INC.
1221 CHAPEL HILL DRIVE
MISHAWAKA, IN  46545

ONDECK
4201 WILSON BLVD, STE 110-209
ARLINGTON, VA  22203

ONDECK
4201 WILSON BLVD., SUITE 110-209
ARLINGTON, VA  22203

ONE DOG AT A TIME
234 W MILL ST.
COLORADO SPRINGS, CO  80903

ONE FOR HEALTH FOUNDATION INC.
290 SOUTH ST
WALPOLE, MA  02081

ONE HEART WILD EDUCATION SANCTUARY
12620 WILLAMETTE MERIDIAN
SILVERDALE, WA  98383

ONE LIFE LIBERIA
940 EAGLE HEIGHTS
MADISON, WI  53705

ONE LIFE TO LIVE FOUNDATION
1931 WEST COURT
WEST PALM BEACH, FL  33406

ONE LIFE
P.O. BOX 66
BATTLE GROUND, WA  98604

ONE LOVE MARKET NC
409 40TH ST
SUNSET BEACH, NC  28468

ONE MORE MOMENT
772 BRADFORD PL NE
GRAND RAPIDS, MI  49525

OON JAI FOUNDATION INC.
133 FABYAN WOODSTOCK ROAD
NORTH GROSVENORDALE, CT  06255

OPEN CONNECTIONS
1616 DELCHESTER RD
NEWTOWN SQUARE, PA  19073

OPEN DOORS FOR REFUGEES
116 N. FEW ST. SUITE 3
MADISON, WI  53703

OPEN OUT PROFESSIONAL ENGAGEMENT
NETWORK
116 N. FEW ST. SUITE 3
MADISON, WI  53703

OPEN ROAD GLOBAL
1811 PALISADES DRIVE
CARLSBAD, CA  92008

OPEN SOURCE PHARMA FOUNDATION USA
P.O. BOX 5473
RICHMOND, CA  94805

OPEN SOURCE WELLNESS
6921 SNOWDON AVE
EL CERRITO, CA  94530

OPEN WORKS
1400 GREENMOUNT AVENUE
BALTIMORE, MD  21202

OPENAI, LLC
548 MARKET ST., PMB 97273
SAN FRANCISCO, CA  94104

OPERA THEATRE OF THE ROCKIES
PO BOX 8110
COLORADO SPRINGS, CO  80933

OPERATION GRATEFUL HEARTS
481 SOUTH TIBURON AVENUE
MERIDIAN, ID  83642-3587

OPERATION GROW
222 WOODLAND AVENUE
EAST ORANGE, NJ  07017

OPERATION HONOR OUR LOCAL VETERANS
INC.
6238 TIBALDO LN
SANTA FE, TX  77510

OPERATION PROJECT HOPE
2629 FOOTHILL BLVD. SUITE  415
LA CRESCENTA, CA  91214

OPERATION PROVIDER
PO BOX 26
TWIN PEAKS, CA  92391

OPERATION SAVE
220 EAST MAIN STREET
MARSHVILLE, NC  28103

OPPORTUNITY HOUSE INC.
357 N CALIFORNIA ST.
SYCAMORE, IL  60178

OPTIMAL ACCESS
1003 STATE ROUTE 662 W
NEWBURGH, IN  47630

OPTIONS CARE CENTER
560 WEST 3RD ST
JAMESTOWN, NY  14701

OPTIONS COMMUNITY HELP CENTER
DBA OPTIONS PREGNANCY HELP CENTER
434 DUNCAN ST
NEWPORT, TN  37821

OPUS
1000 E 15TH ST.
EDMOND, OK  73013

ORACLE EGG
145 N RAYMOND
PASADENA, CA  90013

ORANGE COUNTY BOMBEROS
4770 EUREKA AVE. 216
YORBA LINDA, CA  92885

ORANGE DOWNTOWN ALLIANCE INC.
130 W. MAIN STREET
ORANGE, VA  22960

ORANS: THE CAMPAIGN FOR RELATIONAL
LEADERSHIP INC.
102 LONGWOOD ROAD
BALTIMORE, MD  21210

ORCHESTRA OF THE SOUTHERN FINGER
LAKES
PO BOX 15
CORNING, NY  14830

OREGON BASKETBALL CLUB
14925 SW BARROWS RD SUITE 109 107
BEAVERTON, OR  97007

OREGON BUREAU OF LABOR AND
INDUSTRIES
1800 SW 1ST AVE, STE 500
PORTLAND, OR  97201

OREGON DEPT OF REVENUE
955 CENTER ST NE
SALEM, OR  97301

OREGON DIVISION OF FINANCIAL
REGULATION
PO BOX 14480
SALEM, OR  97309-0405

OREGON PARKS FOREVER
1501 SW JEFFERSON STREET
PORTLAND, OR  97201

OREGON STATE K OF C CHARITIES
2455 FIR STREET
NORTH BEND, OR  97459

ORPHELINAT AVENIR DE DEMAIN OAD
6730 RIVER HILLS DR
GREENSBORO, NC  27410

ORRS & BAILEY ISLANDS FIRE DEPARTMENT
1600 HARPSWELL ISLANDS ROAD
ORRS ISLAND, ME  04066

ORTHODOX CHRISTIAN COACHING
1613 ASHBURY PLACE
EAGAN, MN  55122

OSSINING ATHLETIC BOOSTER CLUB INC.
P.O. BOX 82
MARYKNOLL, NY  10545

OSTARA INITIATIVE
PO BOX 18603
MINNEAPOLIS, MN  55418

OUR DAILY BREAD
909 N LOOP 288
DENTON, TX  76209

OUR FATHERS HOUSE MISSIONS
INTERNATIONAL
1546 ROWLETT RD. 115
GARLAND, TX  75043

OUR LEGACY
P.O. BOX 874
OWATONNA, MN  55060

OUR WORDS OUR WATER
P.O. BOX 5473
RICHMOND, CA  94805

OUT OF THE BOX BOXER RESCUE INC.
6003 HIGHWAY 81
LOGANVILLE, GA  30052

OUTDOORITHM COLLECTIVE
P.O. BOX 5473
RICHMOND, CA  94805

OUTDOORS NETWORK INTERNATIONAL INC.
P.O. BOX 4502
MISSOULA, MT  59801

OWE
2225 SAINT ALBANS ST
PHILADELPHIA, PA  19146

OXFORD RESEARCH INSTITUTE INC
PO BOX 10982
ROCKVILLE, MD  20849

OZARKS PET RESCUE
1404 SOUTHERN HILLS CTR PMB 364
WEST PLAINS, MO  65775

P.A.S.O WEST SUBURBAN ACTION PROJECT
3415 W NORTH AVE STE D
MELROSE PARK, IL  60160

PACESETTERS OUTREACH MINISTRY
2578 FOREST SPRING DRIVE
WARREN, OH  44484

PACIFIC ATROCITIES EDUCATION
950 GRANT AVE. 2ND FLOOR
SAN FRANCISCO, CA  94108

PACIFIC GUARDIAN LIFE
1440 KAPIOLANI BLVD, SUITE 1700
HONOLULU, HI  96814

PACIFIC RIVERS
1001 SE WATER AVE. SUITE 450
PORTLAND, OR  97214

PACIFIC SOUTHWEST MENNONITE
CONFERENCE
379 N. CAMPUS AVE.
UPLAND, CA  91786

PACIFIC WEST AEROSPACE ACADEMY
P.O. BOX 5861
KENT, WA  98064

PACIFICA FAMILY FUND
P.O. BOX 5473
RICHMOND, CA  94805

PACT
9311 N FM 620 SUITE 156
AUSTIN, TX  78726

PADDLE.COM INC.
3811 DITMARS BLVD 1071
ASTORIA, NY  11105

PAINT THE VOID
1446 MARKET ST
SAN FRANCISCO, CA  94102

PAITITI INSTITUTE
1187 COAST VILLAGE RD SUITE 101
SANTA BARBARA, CA  93108

PAJAMA PROGRAM INC.
114 E.39 STREET GROUND FLOOR
NEW YORK, NY  10016

PALANTE TRANSFORMATIVE JUSTICE INC.
220 LINDEN ST.
HOLYOKE, MA  01040

PALESTINIAN AMERICAN COMMUNITY
CENTER
388 LAKEVIEW AVENUE
CLIFTON, NJ  07011

PALMER DRUG ABUSE PROGRAM
3730 KIRBY DRIVE STE 1200
HOUSTON, TX  77098

PALMER HOUSE
PO BOX 17593
SUGAR LAND, TX  77496

PANDADOC, INC.
DEPT LA 24920
PASADENA, CA  91185

PARADISE STRONGER
PO BOX 1000
PARADISE, CA  95967

PARADISE VALLEY MOTHERS OF MULTIPLES
DBA PHOENIX VALLEY MOTHERS OF
MULTIPLES
6501 E. GREENWAY PARKWAY SUITE 103-521
PHOENIX, AZ  85008

PARANGELLO PLAYERS
2067 SAN DIEGO DR.
CORONA, CA  92882

PARASPORT SPOKANE
3407 W 7TH AVE
SPOKANE, WA  99224

PARENTING FOR LIBERATION
P.O. BOX 5473
RICHMOND, CA  94805

PARENTING FOR NON-VIOLENCE
5113 S. HARPER AVENUE STE 2C
CHICAGO, IL  60615

PARENTS COALITION TO STOP TEEN
DRIVING DEATHS NOW
1253 SPRINGFIELD AVE. STE 167
NEW PROVIDENCE, NJ  07974

PARK LAWN ASSOCIATION
10833 LAPORTE AVENUE
OAK LAWN, IL  60453

PARKER ARTISTS GUILD
PO BOX 4595
PARKER, CO  80134

PARKINSONS COMMUNITY LOS ANGELES
119 N FAIRFAX AVE 424
LOS ANGELES, CA  90036

PARTNERS IN HOPE USA
PO BOX 51173
AMARILLO, TX  79159

PARTNERS IN SUSTAINABLE LEARNING
1674 BUTTE ST.
RICHMOND, CA  94804

PASADENA PHOTOGRAPHY ARTS
480 S. ORANGE GROVE BLVD 14
PASADENA, CA  91105

PASADENA ROVING ARCHERS
P.O. BOX 683
PASADENA, CA  91102

PASADENANS ORGANIZING FOR PROGRESS
1030 S. ARROYO PARKWAY STE. 106
PASADENA, CA  91105

PASHODO COMMUNITY MUTUAL
ASSISTANCE ASSOCIATION
PO BOX 41091
DES MOINES, IA  50311-3198

PASS IT ALONG
75 STATE ROUTE 15 UNIT 62
LAFAYETTE, NJ  07848

PATHWAYS TO INDEPENDENCE INC.
401 NORTHLAKE BLVD SUITE 4
NORTH PALM BEACH, FL  33408

PATIENTS UNITED
P.O. BOX 4141
SALEM, OR  97302

PAUFVE DANCE
1446 MARKET STREET
SAN FRANCISCO, CA  94530

PAWS 4 AUTISM
4065 SW PENDANT DR
LEES SUMMIT, MO  64082

PAWS AND CLAWS RESOURCE CENTER
1803 WEST 5TH STREET
CLIFTON, TX  76634

PAWS4GOOD
9 REED RD
MORRISTOWN, NJ  07960

PAWS-ABILITY
PO BOX 6174
OCEAN ISLE BEACH, NC  28469

PAYETTE LAKES SKI CLUB INC.
P.O. BOX 442
MCCALL, ID  83638

PAYPRO GLOBAL, INC.
225 THE EAST MALL, SUITE 1117
TORONTO, ON  M9 B 6J1
CANADA

PEACE AT ANY PACE INC
4400 KELLER AVE STE 140 PMB 160
OAKLAND, CA  94605

PEACE LOVE RESCUE NEW YORK
339 WEEKS AVENUE
MANORVILLE, NY  11949

PEACEFUL FAMILIES PROJECT
P.O BOX 771
GREAT FALLS, VA  22066

PEACOCK REBELLION
1714 FRANKLIN ST. 100-404
OAKLAND, CA  94612

PEBBLE BEACH PARLOR LEGACY
112 STAGE ROAD
PESCADERO, CA  94060

PEDAL IT FORWARD NWA LLC
3902 NW WISHING SPRINGS RD
BENTONVILLE, AR  72712

PEJMAN TAETEH
[ADDRESS REDACTED]

PENDRAGON THEATRE
15 BRANDY BROOK AVE
SARANAC LAKE, NY  12983

PENNSYLVANIA CHAPTER OF THE
AMERICAN ACADEMY OF PEDIATRICS
661 MOORE ROAD SUITE 200
KING OF PRUSSIA, PA  19406

PEOPLE FIRST FOUNDATION - BY EPIC
1 CALIFORNIA ST
SAN FRANCISCO, CA  94111

PEOPLE INC.
2495 MAIN ST. SUITE 446
BUFFALO, NY  14214

PEOPLE TRUST COMMUNITY LOAN FUND
5300 W 65TH STREET
LITTLE ROCK, AR  72209

PEOPLES KITCHEN COLLECTIVE /
BLACKNESS IN AMERICA
P.O. BOX 5473
RICHMOND, CA  94805

PEOPLES POTTERY PROJECT
2807 BEVERLY BLVD
LOS ANGELES, CA  90057

PET PEACE OF MIND
1313 MILL STREET SE 304
SALEM, OR  97301

PETS OF AGUIRRE WELFARE SHELTER INC.
1623 WASHINGTON
DENVER, CO  80203

PEYTONS PROMISE
P.O. BOX 271
SCHOFIELD, WI  54476

PFLAG NEW ORLEANS CHAPTER INC.
P.O. BOX 15515
NEW ORLEANS, LA  70175

PHARMACISTS UNITED FOR TRUTH AND
TRANSPARENCY
326 S. MAIN STREET
WINSTON SALEM, NC  27101

PHILADELPHIA ASSOCIATION OF BLACK
JOURNALISTS
30 S 15TH ST (15TH FLOOR)
PHILADELPHIA, PA  19102

PHILADELPHIA AUTO AND PAROLE INC.
5224 WOODLAND AVE
PHILADELPHIA, PA  19143

PHILADELPHIA COLLEGE PREP ROUNDTABLE
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

PHILADELPHIA FAMILY PRIDE
P.O. BOX 31848
PHILADELPHIA, PA  19104

PHILANTHROPYPHOENIXPANHELLENIC.COM
1007 W KRISTAL WAY
PHOENIX, AZ  85027

PHILIPPINE DEVELOPMENT FOUNDATION
325 LYTTON AVE. SUITE 4A
PALO ALTO, CA  94301

PHILIPPINE INTERNATIONAL AID
1813 EL CAMINO REAL SUITE 3
BURLINGAME, CA  94010

PHILIPPINE NURSES ASSOCIATION OF
AMERICA
1346 HOW LANE BLOCK 37 LOT 1
NORTH BRUNSWICK, NJ  08902

PHILLY CHILDRENS MOVEMENT
PHILADELPHIA
PHILADELPHIA, PA  19119

PHILOMATH FROLIC & RODEO ASSOCIATION
502 S 13TH STREET
PHILOMATH, OR  97370

PIEDMONT ANIMAL RESCUE
228 EAST WATERLYNN RD
MOORESVILLE, NC  28117

PILZNO INC.
128 POPLAR ST
WEST HEMPSTEAD, NY  11552

PINE RICHLAND OPPORTUNITIES FUND
PO BOX 248
WEXFORD, PA  15090

PINK DAISY PROJECT
15600 NE 8TH STREET SUITE B1 632
BELLEVUE, WA  98008

PINK QUEEN FOUNDATION
2635 OLD OKEECHOBEE RD.
WEST PALM BEACH, FL  33409

PJS FOR SICK DAYS
481 N. SANTA CRUZ AVE STE 170
LOS GATOS, CA  95030

PLAN FOR AMERICA
29000 US HWY 98 SUITE B201
DAPHNE, AL  36526

PLANNED2GIVE
25 VILLA POINTE DR
SPRINGBORO, OH  45066

PLANT A MILLION CORALS
24215 CARIBBEAN DRIVE W
SUMMERLAND KEY, FL  33042

PLANTDIEGO
P.O. BOX 5473
RICHMOND, CA  94805

PLANTERS SEED FOUNDATION
2815 BLACK OAK DRIVE
PEKIN, IL  61554

PLASTIC OCEAN PROJECT INC.
5998 MARVIN K. MOSS LANE SUITE 2009
WILMINGTON, NC  28409

PLAY ON PURPOSE
2502 HARFORD ROAD SUITE B
BALTIMORE, MD  21218

PLAYA ANIMAL WELFARE SERVICES INC.
PO BOX 2518
ANASCO, PR  610

PLAYBUILDERS OF HAWAII THEATER
COMPANY
807 KALUANUI RD
HONOLULU, HI  96825

PLAYING 4 HOPE
PO BOX 10156
COLUMBIA, MO  65205

PLEASE SELECT
617 MCCORKLE BLVD 1994
WESTERVILLE, OH  43086-1994

PLUM SKI-TERS WATER SKI SHOW TEAM
P.O. BOX 404
SAINT GERMAIN, WI  54558

POCATELLO FIELD ARCHERS
8578 POCATELLO CREEK ROAD
POCATELLO, ID  83201

POCKETS OF HOPE
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

POETS READING THE NEWS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

POINT HOPE INC.
P.O. BOX 8623
PORT ORCHARD, WA  98366

PONO ACADEMY
893 MIDDLE ROAD
KULA, HI  96790

PORT COMPANIES
344 20TH ST
OAKLAND, CA  94612

PORTERVILLE COLLEGE FOUNDATION
100 EAST COLLEGE AVENUE
PORTERVILLE, CA  93257

PORTSWIGGER LTD
6 BOOTHS PARK, CHELFORD RD
KNUTSFORD
UNITED KINGDOM

POSITIVE DEPOSITS
7112 DONNELL PL APT D4
WASHINGTON, DC  20747

POST-LANDFILL ACTION NETWORK
1 WASHINGTON ST SUITE 3123
DOVER, NH  03820

POSTMAN, INC.
1 MARKET PLAZA, SUITE 0800
STEUART TOWER
SAN FRANCISCO, CA  94105

POWER OF ONE FOUNDATION
918 N. CLEVELAND ST.
ORANGE, CA  92867

POWERHOUSE COMMUNITY DEVELOPMENT
CORPORATION
103 NORTH MIAMI AVE
MARSHALL, MO  65340

PRAXIS FIBER WORKSHOP
PO BOX 85
CLEVELAND, OH  44110

PRECINCT2GETHER
14350 WALLISVILLE RD. SUITE 101
HOUSTON, TX  77049

PRELINGER LIBRARY
1446 MARKET STREET
SAN FRANCISCO, CA  94102

PRESENTING AFROCLASSICAL COMPOSERS
1430 N HARPER AVENUE 105
LOS ANGELES, CA  90046

PRESIDENTIAL SCHOLARS FOUNDATION
1058 N. TAMIAMI TRAIL SUITE 108-115
SARASOTA, FL  34228

PRETTY BEAT
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

PREVENT CHILD ABUSE OREGON
P.O. BOX 185
SALEM, OR  97308

PREVENT SUICIDE GREATER MILWAUKEE -
FISCAL SPONSOR: JEWISH FAMILY
SERVICES INC.
1300 N JACKSON STREET
MILWAUKEE, WI  53202

PREVENT SUICIDE GREATER MILWAUKEE -
FISCAL SPONSOR: NAMI SOUTHEAST WI INC.
2717 N. GRANDVIEW BLVD. SUITE 205
WAUKESHA, WI  53188

PRIDE PAWS
26 S. MAIN STREET
MEDFORD, NJ  08055

PRIMOS DALLAS
6060 N CENTRAL EXPRESSWAY 500
DALLAS, TX  75206

PRISON FROM-THEINSIDE-OUT INC.
P.O. BOX 4853
ANTIOCH, CA  94531

PRO LIFE WACO
4200 GRIM AVE.
WACO, TX  76710

PRODIGY KIDS
1407 WEST FREMONT STREET
STOCKTON, CA  95203

PROGRAMS IN BOWEN THEORY
120 PLEASANT HILL AVE NORTH SUITE 370
SEBASTOPOL, CA  95472

PROJECT 34
10479 E. SAN SALVADOR DR
SCOTTSDALE, AZ  85258

PROJECT CLOTHE A CHILD
2402 BARTON SHORES DR
PEARLAND, TX  77584

PROJECT DIVA INTERNATIONAL
410 OAK GROVE STREET
MINNEAPOLIS, MN  55403

PROJECT ECHO
P.O. BOX 2410
SANTA MONICA, CA  90407

PROJECT GIRLS FOR GIRLS
P.O. BOX 5473
RICHMOND, CA  94805

PROJECT IMPACT SOUTH BEND INC.
55501 MOSS RD.
SOUTH BEND, IN  46628

PROJECT LPAC
P.O. BOX 5473
RICHMOND, CA  94805

PROJECT MAKEOVER
1307 SW 96TH ST
GAINESVILLE, FL  32607

PROJECT MOBILITY
2930 CAMPTON HILLS ROAD
SAINT CHARLES, IL  60175

PROJECT MONAS HOUSE INC.
111 WEST HUMBOLDT PARKWAY
BUFFALO, NY  14214

PROJECT PRAKASH FOUNDATION
955 MASSACHUSETTS AVENUE 351
CAMBRIDGE, MA  02139

PROJECT READINESS
75 BLOOMFIELD AVENUE SUITE 304
DENVILLE, NJ  07834

PROJECT ROOTS INC.
7000 N 16TH ST. 326
PHOENIX, AZ  85020

PROJECT SAFE OF THE CEDAR RIVER
CORRIDOR AREA INC
2794 CROY RD NW
SWISHER, IA  52338

PROJECT SCLERODERMA
119 HASTINGS AVE
HAVERTOWN, PA  19083

PROJECT SEMICOLON INC.
P.O. BOX 337134
GREELEY, CO  80633

PROJECT THUG INC
9300 NW 18TH AVE
MIAMI, FL  33147

PROJECT UPLIFT INC.
7245 ROCKBRIDGE ROAD SUITE 300-826
LITHONIA, GA  30058

PROLOGUE THEATRE
6408 WILLIAMSBURG BLVD
ARLINGTON, VA  22207

PROMISE OF DEMOCRACY FOUNDATION INC.
1401 MERCANTILE LANE - SUITE 200-0
UPPER MARLBORO, MD  20774

PROMISE TO KATE FOUNDATION
2380 OSPREY LAKE DRIVE
JACKSONVILLE, FL  32224

PROMONTORY POINT CONSERVANCY
5052 S WOODLAWN AVE APT 1BNA
CHICAGO, IL  60615

PROTECTIVE FORCES
110 CHAPMAN STREET
BUENA VISTA, GA  31803

PROUD STUTTER
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

PROVISION PACKS
289 WALNUT ST
ORMOND BEACH, FL  32174

PUBLIC ART EXCHANGE PAX
145 N RAYMOND
PASADENA, CA  91105

PUBLIC MATTERS
145 N RAYMOND
PASADENA, CA  91105

PUBLIC SQUARE INC.
P.O. BOX 15573
WASHINGTON, DC  20003

PUENTES
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

PUGET SOUNDWORKS
6523 CALIFORNIA AVE SW 514
SEATTLE, WA  98136

PUPPY KITTY NY CITY
6329 75TH ST
MIDDLE VILLAGE, NY  11379

PURE 1
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

PURE HOPE FOUNDATION DBA DOLLAR
FUND
450 CO RD NW 1051
TALCO, TX  75487

PURE JUSTICE
4530 WEST 34TH STREET
HOUSTON, TX  77092

PURPLE LIGHT TOUCH FOUNDATION
5757 RUFE SNOW DR SUITE B
NORTH RICHLAND HILLS, TX  76180

PURPOSE PARENTING
2236 WASHINGTON AVE 102
SILVER SPRING, MD  20910

PURR PARTNERS FELINE RESCUE
PO BOX 905
YOUNGSVILLE, NC  27596

PUTTING 4 POPS
27638 AUTUMN TER
BOERNE, TX  78006

PUZZLE SOLVERS
50 CLINTON AVENUE
CORTLAND, NY  13045

QMI RESTORE THE QUEEN
2105 S. BASCOM AVE STE 360
CAMPBELL, CA  95008

QUALITY CARE INSTITUTE INC.
21726 E HIGHWAY 412
SPRINGDALE, AR  72764

QUARTERBACKING CHILDRENS HEALTH
FOUNDATION
2019 4TH AVENUE NORTH SUITE 101
BIRMINGHAM, AL  35203

QUEEN ANNE HELPLINE
311 WEST MCGRAW ST
SEATTLE, WA  98119

QUEEN CITY HONOR FLIGHT INC.
13663 PROVIDENCE RD 389
WEDDINGTON, NC  28104

QUEER HEALING ARTS CENTER
P.O. BOX 5473
RICHMOND, CA  94805

QUEER MAPS
145 N RAYMOND
PASADENA, CA  91105

QUEER REBEL PRODUCTIONS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

QUINCY AREA NETWORK AGAINST
DOMESTIC ABUSE
2707 MAINE ST
QUINCY, IL  62301

QUINCY SOCIETY OF FINE ARTS
300 CIVIC CENTER PLAZA SUITE 244
QUINCY, IL  62301

QUINN CENTER
815 LEXINGTON STREET
MAYWOOD, IL  60153

QUITDOC FOUNDATION
5944 CORAL RIDGE DRIVE 255
POMPANO BEACH, FL  33076

R AND R THE REST OF OUR LIVES
P.O. BOX 5473
RICHMOND, CA  94805

RAASIN IN THE SUN
1801 E 51ST STREET SUITE 365 551
AUSTIN, TX  78723

RAB WILKINSON FOUNDATION INC.
1600 HYLAN BOULEVARD
STATEN ISLAND, NY  10305

RACE MATTERS SLO COUNTY
PO BOX
SAN LUIS OBISPO, CA  93403

RACE TRACK CHAPLAINCY OF AMERICA
NEW YORK DIVISION
2150 HEMPSTEAD TPKE GATE 6
ELMONT, NY  11003

RACHEL KURZ, ESQUIRE
FIDELIS LEGAL
180 W ADAMS STREET, SUITE 300
CHICAGO, IL  60603

RAD OPS
1625 CLAY STREET 6TH FLOOR
OAKLAND, CA  94612

RADIO CLUB COLLECTIVE
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

RAF ZAYAS MINISTRIES
9 GEORGE ST
DENVILLE, NJ  07834

RAFIKI VILLAGE PROJECT
1141 SE 72ND AVENUE
PORTLAND, OR  97215

RAFT - RESILIENCE FOR ADVOCATES
THROUGH FOUNDATIONAL TRAINING
594 SAWDUST ROAD 355
THE WOODLANDS, TX  77380

RAIDER SAILING
12402 NORTH DIVISION STREET STE 255
SPOKANE, WA  99218

RAINBOW ANIMAL ASSISTED THERAPY
6042 W. OAKTON
MORTON GROVE, IL  60053

RAINBOW STREET
3244 CALIFORNIA STREET
BERKELEY, CA  94703

RAINE FOUNDATION
17 RACOON DRIVE
HAZLET, NJ  07730

RAINIER VALLEY LEADERSHIP ACADEMY
6020 RAINIER AVE S
SEATTLE, WA  98118

RAINTANK, INC DBA GRAFANA LABS
165 BROADWAY, 23RD FLOOR
NEW YORK, NY  10006

RAIZES COLLECTIVE
1535 FRANKLIN AVE
SANTA ROSA, CA  95404

RALLY2GIVE
32 LOWELL RD
CONCORD, MA  01742

RANCHO LOS AMIGOS FOUNDATION
7601 IMPERIAL HWY HB2011
DOWNEY, CA  90242

RANDY JONES FOUNDATION INC.
11618 BOULTON AVE
SAN DIEGO, CA  92128

RANGE OF THE CONDOR
60 BONIFACIO PLAZA
MONTEREY, CA  93940

RARARA
339 SIERRA MADRE VILLA AVE.
PASADENA, CA  91107

RATZON - CENTER FOR HEALING AND RESISTANCE
P.O. BOX 5473
RICHMOND, CA  94805

RA-VE CULTURAL FOUNDATION INC.
2001 NE OAKVIEW COVE
BENTONVILLE, AR  72712

RAVENS ROOST 50 - FOUNDATION FOR FAMILIES INC.
P.O. BOX 20426
BALTIMORE, MD  21284

RAYS THE ROOF HOUSE THE HOMELESS FOUNDATION
4330 POND ROAD
BURLINGTON, NC  27215

RC HOWELL MUSIC
1446 MARKET STREET
SAN FRANCISCO, CA  94102

REACH AFRICA INC.
P.O. BOX 1432
RADFORD, VA  24143

REACH FOR THE STARS HOT AIR BALLOON FOUNDATION
32365 THOMPSON ROAD
WINCHESTER, CA  92596

REACH INC.
344 CHURCH AVE SW
ROANOKE, VA  24016

REACH RESCUE INC.
372 TOWNLINE ROAD
MUNDELEIN, IL  60060

REACH SHIRATI
PO BOX 7776
BERKELEY, CA  94707

REACH THE CHILDREN INC.
14 CHESHAM WAY
FAIRPORT, NY  14450

REACHING YOUR DREAM FOUNDATION
808 GLEN ROAD
DANVILLE, CA  94526

READY SET PUSH INC
1740 WINDING WOODS LANE
JONESBORO, GA  30236

READY TO EMPOWER
PO BOX 4498
GREENWICH, CT  06831

REAL VALIDATION
3001 NORTH ROCKY POINT DRIVE EAST, SUITE 200
TAMPA, FL  33607

REAL WAY FOUNDATION INC
28422 CONSTELLATION ROAD STE 215
LOS ANGELES, CA  91355

REALTIMEBOARD INC DBA MIRO
201 SPEAR STREET, SUITE 1100
SAN FRANCISCO, CA  94105

REALTY ONE GROUP CARES
23811 ALISO CREEK ROAD
LAGUNA NIGUEL, CA  92677

REBECCA T. VAUGHN, ESQUIRE
[ADDRESS REDACTED]

REBOUND INC.
6120 EARLE BROWN DR. SUITE 230
MINNEAPOLIS, MN  55430

REBUILD THE HOOD
205 NORTH MICHIGAN AVENUE SUITE 810
CHICAGO, IL  60601

REBUILDING THE VILLAGE
720 WILSON AVENUE
SAINT PAUL, MN  55106

REBUILDING TOGETHER - EL PASO INC.
6400 AIRPORT ROAD BLDG A SUITE G
EL PASO, TX  79925

RECLAIM ME
4612 STONINGTON COURT
COLUMBIA, MO  65203

RECLAIM.AI, INC.
548 MARKET ST PMB 83627
SAN FRANCISCO, CA  94104

RECLAMATION COMMUNITY CENTER
2456 TILBROOK RD
MONROEVILLE, PA  15146

RECOVERY CAFE FROGTOWN
499 CHARLES AVENUE
SAINT PAUL, MN  55103-1

RECYCLE COLORADO
205 KEN PRATT. BLVD. STE 120 73
LONGMONT, CO  80501

RECYCLING ASSOCIATION OF MINNESOTA
2250 WABASH AVE
SAINT PAUL, MN  55114

RED CEDAR ROWING FOUNDATION
4910 DANCER RD
HORTON, MI  49246

RED DOOR URBAN MISSIONS
3636 QUEENSLAND DR SUITE 1
MEMPHIS, TN  38116

RED POPPY ART HOUSE
1446 MARKET STREET
SAN FRANCISCO, CA  94102

REDEFINING YOU FOUNDATION
2526 12TH STREET PL SW
PUYALLUP, WA  98373

REDFORD RANCH FOUNDATION
1640 W DEBERRY AVE
ARANSAS PASS, TX  78336

REDWOOD DISCOVERY MUSEUM
612 G STREET 102
EUREKA, CA  95501

REEDSBURG AREA YOUTH GOLF
P.O. BOX 4
REEDSBURG, WI  53959

REEL FATHERS
6 TORNEO COURT
SANTA FE, NM  87508

REENTRY TASK FORCE OF COLUMBIA
COUNTY
52 GREEN STREET
HUDSON, NY  12534

REFUGEE WOMENS CENTER
76 MOUNTAIN RD
NORTH GRANBY, CT  06060

REGENERATIVE MEDICINE FOUNDATION INC.
9314 FOREST HILL BLVD. STE 2
WELLINGTON, FL  33411

REID FAMILY FOUNDATION
2733 N POWER RD 102-183
MESA, AZ  85215

REIKI HOME
1711 WILLAMETTE SUITE 301 BOX 504
EUGENE, OR  97401

REIMAGINE OUTDOORS
P.O. BOX 5473
RICHMOND, CA  94805

REINA ROBINSON MA
[ADDRESS REDACTED]

REINFORCING HOUSTON
P.O. BOX 840913
HOUSTON, TX  77284

RELATIONAL LIFE FOUNDATION
10810 N TATUM BLVD STE 102-2030
PHOENIX, AZ  85028

RELEAF MICHIGAN INC.
1100 N. MAIN ST. SUITE 105
ANN ARBOR, MI  48104

RELIEF INC.
4120 DALE RD. STE J-8 163
MODESTO, CA  95356

RELIFE INITIATIVES CORPORATION
362 POOLE BRIDGE ROAD
HIRAM, GA  30141

RENDEZVOUS IN MOSCOW INC.
PO BOX 8004
MOSCOW, ID  83843

RENEWED INSPIRATION
2750 E WT HARRIS BLVD SUITE 219
CHARLOTTE, NC  28213

RENO TAHOE ATHLETICS
2000 VASSAR ST. 20255
RENO, NV  89515

REPAIRERS OF BROKEN WALLS DBA RBW
MISSIONS
405 ROBBINS AVE
WILLMAR, MN  56201

REPERTORY DANCE THEATRE
PO BOX 510427
SALT LAKE CITY, UT  84151

REPRESENTED FOUNDATION
950 FULTON ST UNIT 380616
BROOKLYN, NY  11238

RESCUED HEARTS RANCH
PO BOX 1893
ZEPHYR COVE, NV  89448

RESCUED LOVE INC.
7950 1/2 S. SAM HOUSTON PWKY W - UNIT
344
HOUSTON, TX  77085

RESCUES ROCK INC.
8757 WONDERLAND PARK AVE
LOS ANGELES, CA  90046

RESILIENCE HUMAN SERVICES INC
14605 ELM STREET STE 365
UPPER MARLBORO, MD  20772

RESILIENTME INC.
2875 W RAY RD
CHANDLER, AZ  85224

RESONANCE NETWORK
1625 CLAY STREET 6TH FLOOR
OAKLAND, CA  94612

RESOUND RESEARCH FOR REPRODUCTIVE
HEALTH
P.O. BOX 399385
SAN FRANCISCO, CA  94139

RESPECT THE HAVEN
PO BOX 161345
MEMPHIS, TN  38186

RESPONSIVE LAW
1380 MONROE ST NW 210
WASHINGTON, DC  20010

RESTORATIVE JUSTICE FOR OAKLAND
YOUTH
1733 BROADWAY
OAKLAND, CA  94612

RESTOREHER US.AMERICA INC
(RESTOREHER)
211 GREEN VALLEY RD.
FAYETTEVILLE, GA  30214

RESTORING OAKS INC
3280 36 TAMIAMI TRAIL 255
PORT CHARLOTTE, FL  33952

RESTORING ONES HOPE OF ATLANTA INC.
P. O. BOX 311908
ATLANTA, GA  31131

RESTORING THE BREACH
515 DENMARK STREET SUITE 2500
STATESBORO, GA  30458

RETURN THE SALUTE
P.O. BOX 1731
GRAPEVINE, TX  76099

REVIVE THE ROOTS
10 OLD FORGE RD
SMITHFIELD, RI  02917

REY CULTURAL CENTER
PO BOX 286
WATERVILLE VALLEY, NH  03215

RHEA OF HOPE FOUNDATION
1385 MONARCH CIR
NAPERVILLE, IL  60564

RHODE ISLAND DIETETIC ASSOCIATION INC.
P.O. BOX 6892
PROVIDENCE, RI  02940

RHODE ISLAND JUVENILE OFFICERS
ASSOCIATION
102 A PALMER DRIVE
NORTH PROVIDENCE, RI  02904

RHODE TRIP
630 CURRANT ROAD
FALL RIVER, MA  02720

RIBE PROJECT INC.
8951 SHELBURNE WAY
ZIONSVILLE, IN  46077

RICH AT HEART
11100 TELEGRAPH RD SPACE 85
VENTURA, CA  93004

RICH DAE ENTREPRENEUR FOUNDATION
359 SIGOURNEY ST STE 3
HARTFORD, CT  06112

RICHARD L. PERPI II, ESQUIRE
GOODSPEED MERRILL
9605 S. KINGSTON CT., SUITE 200
ENGLEWOOD, CO  80112

RICHARD MYLES JOHNSON FOUNDATION
2855 E. GUASTI RD. SUITE 202
ONTARIO, CA  91761

RICK L. SOLLARS, ESQUIRE
WESTERN LAW ASSOCIATES, PC
277 LINCOLN STREET
LANDER, WY  82520

RIDE4LIFE
P.O. BOX 39594
SOLON, OH  44139

RIGHT FIT RESCUE
910 BRYANT ST
CALIMESA, CA  92320

RIGHT KIND OF BLACK GIRL
819 W WASHINGTON BLVD. SUITE 151201
LOS ANGELES, CA  90015

RIGHT SIDE CAPITAL MANAGEMENT, LLC
649 MISSION ST
SAN FRANCISCO, CA  94105

RIGHT TO PROTECT
1256 W LATHROP RD 210
MANTECA, CA  95336

RILEY L. PARR, ESQUIRE
LAW OFFICES OF R.L. PARR
PO BOX 213
LEBANON, IN  46052

RIO RANCHO CREATIVE CROSSROADS
5033 WHITE OWL WAY NE
RIO RANCHO, NM  87144

RIPPLING HOPE
PO BOX 27499
DETROIT, MI  48227

RIPPLING
PEOPLE CENTER, INC.
430 CALIFORNIA ST, 12TH FLOOR
SAN FRANCISCO, CA  94104

RISALA FOUNDATION
7623 WESTMORELAND
SUGAR LAND, TX  77479

RISE AND LEAD MOMS
P.O. BOX 5473
RICHMOND, CA  94805

RISE AND SHINE FOUNDATION INC.
4400 TROOST AVE
KANSAS CITY, MO  64110

RISE TOGETHER
410 HAZEL GROVE LN
CROZET, VA  22932

RISHAMA INTERNATIONAL
204 STATION AVE
GLENSIDE, PA  19038

RISING SOUL FOUNDATION
4649 GUTHRIE HIGHWAY
CLARKSVILLE, TN  37040

RISING SUN RECOVERY
3446 PARSONS GREENE CT
POWDER SPRINGS, GA  30127

RIVER & RAIL THEATRE COMPANY
111 STATE STREET
KNOXVILLE, TN  37902

RIVER RAISIN NATIONAL BATTLEFIELD PARK
FOUNDATION
333 N DIXIE HWY
MONROE, MI  48162

RIVERSIDE AFRICAN AMERICAN HISTORICAL
SOCIETY
PO BOX 209
RIVERSIDE, CA  92502

RIVERSIDE COMMUNITY SERVICES
FOUNDATION
6927 MAGNOLIA AVENUE
RIVERSIDE, CA  92506

RIVERSIDE INTERFAITH COUNCIL
6185 MAGNOLIA AVENUE SUITE 262
RIVERSIDE, CA  92506

RJ MEDIA
71-19 80TH ST
FRESH MEADOWS, NY  11385

ROB DOLLAR FOUNDATION
368 S DUTCHMANS TRAIL 403
YOUNG, AZ  85554

ROBERT J. HUGUELET, JR., ESQUIRE
ROBERT J. HUGUELET, JR., PC
WINTERSET III OFFICE PARK
10749 WINTERSET DRIVE
ORLAND PARK, IL  60467

ROBOT GARDEN
700 TERMINAL CIRCLE
LIVERMORE, CA  94551

ROCHESTER OUTREACH CENTER
1500 1ST AVE NE SUITE 126
ROCHESTER, MN  55906

ROCK LIFE MEMPHIS INC.
200 MADISON AVENUE OP 423
MEMPHIS, TN  38103

ROCK TO RECOVERY
7250 FRANKLIN AVE UNIT 409
LOS ANGELES, CA  90046

ROCKY MOUNTAIN YOUTH LEADERSHIP
FOUNDATION INC.
P.O. BOX 2152
MONUMENT, CO  80132

ROD SMITH, ESQUIRE
AVERA & SMITH LLP
2814 SW 13TH STREET
GAINESVILLE, FL  32608

RODRIGUEZ ATHLETIC BOOSTERS
5000 RED TOP ROAD
FAIRFIELD, CA  94534

ROGUELIKE CELEBRATION
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

ROME SYMPHONY ORCHESTRA
PO BOX 533
ROME, GA  30162-0

ROOTS CHARTER HIGH SCHOOL
2250 SOUTH 1300 WEST
WEST JORDAN, UT  84119

ROOTS FOR LIFE
1905 GALES STREET NE
WASHINGTON, DC  20002

ROOTS OF JUSTICE
PO BOX 27345
PHILADELPHIA, PA  19118

ROOTS OF RESILIENCE PROJECT
124 CENTER ROAD
CHIMACUM, WA  98325

ROSE L FORTUNE FAITH OUTREACH
MINISTRIES INC.
2823 ORCHARD RD
CONYERS, GA  30094

ROSE LEAF FOUNDATION
P.O. BOX 290303
COLUMBIA, SC  29229

ROSEMARIE RWITTER FOUNDATION INC.
610 5TH AVENUE 3953
NEW YORK, NY  10185

ROTARY CLUB OF LOS ANGELES
FOUNDATION
1150 S. OLIVE STREET 10TH FLOOR
LOS ANGELES, CA  90015

ROUTE 1 EMERGING FARMERS INSTITUTE
P.O. BOX 5473
RICHMOND, CA  94805

ROUTE 7 ORLANDO
P.O. BOX 165
OCOEE, FL  34761

ROYAL CHRISTIAN INSTITUTE
55 SOUTH STATE AVENUE SUITE 312
INDIANAPOLIS, IN  46201

RTB MEMPHIS
2019 BALL RD
MEMPHIS, TN  38114

RUNNING RIVERS
P.O. BOX 460694
DENVER, CO  80246

RUNWAY FOR A CAUSE FOUNDATION
8205 LAPPING BROOK COURT
LAUREL, MD  20723

RUSSELL E. EDWARDS, ESQUIRE
EDWARDS & EDWARDS
LANCASTER BUILDING, HAZEL PATH
177 EAST MAIN STREET
HENDERSONVILLE, TN  37075

RUTH AND NAOMI PROJECT INC.
10347 SILVERBERRY STREET
APPLE VALLEY, CA  92308

RVCC
P.O. BOX 5473
RICHMOND, CA  94805

RYAN ROCKS OUTDOOR ADVENTURES INC.
850 STEPHENSON HWY SUITE 301
TROY, MI  48083

RYAN T. DUNN, ESQUIRE
DUNN & PANAGOTACOS LLP
354 PINE ST, FLOOR 5
SAN FRANCISCO, CA  94104

RYANS HOUSE FOR YOUTH
19777 SR 20
COUPEVILLE, WA  98239

RYSE CENTER
205 41ST STREET
RICHMOND, CA  94805

S.T.R.O.N.G. YOUTH INC.
559 JERUSALEM AVE
UNIONDALE, NY  11553

SABRINA COHEN FOUNDATION
1800 PURDY AVE APT 2406
MIAMI BEACH, FL  33139

SACRAMENTO AFGHAN COMMUNITY AND
RELIGIOUS CENTER
700 GLIDE AVE
WEST SACRAMENTO, CA  95691

SACRED DESIGN LAB CHAPLAINCY
INNOVATION LAB
P.O. BOX 399385
SAN FRANCISCO, CA  94139

SACRED EARTH COMMUNITY GARDEN LLC
136 TAIT PL
LOUISVILLE, KY  40212

SADIE KELLER FOUNDATION
2650 FM 407 E 145/180
ARGYLE, TX  76226

SAFE COMMUNITIES
313 W LIBERTY STREET SUITE 242
LANCASTER, PA  17603

SAFE KIDS CLARK COUNTY
3196 SOUTH MARYLAND PARKWAY SUITE 101
LAS VEGAS, NV  89109

SAFE PASSAGE PROJECT
185 WEST BROADWAY
NEW YORK, NY  10013

SAFE RETURN PROJECT
P.O. BOX 5473
RICHMOND, CA  94805

SAFE SOLDIERS AND FAMILIES EMBRACED
INC.
2693 TOWNSEND CT STE A
CLARKSVILLE, TN  37043

SAFETY COMPASS
P.O. BOX 1293
SILVERTON, OR  97381

SAFFRON COMMUNITIES INITIATIVES
1275 MINNESOTA ST. 205
SAN FRANCISCO, CA  94107

SAGES AND SEEKERS
1925 CURSON PLACE
LOS ANGELES, CA  90046

SAHAR EDUCATION
PO BOX 17672
SEATTLE, WA  98127

SAILFUTURE
801 3RD STREET SOUTH
SAINT PETERSBURG, FL  33701

SALS SCHOOL FOR ARTS-INFUSED LEARNING
4575 BLANCHARD WOODS DRIVE
EVANS, GA  30809

SAINT FRANCIS CHALLENGE
401 S. VENTURA STREET
OJAI, CA  93023

SALEM ANGELS
4742 LIBERTY RD S 555
SALEM, OR  97302

SALESFORCE, INC.
SALESFORCE TOWER
415 MISSION ST, 3RD FLOOR
SAN FRANCISCO, CA  94105

SALINAS POLICE ACTIVITIES LEAGUE
100 HOWARD STREET PO BOX 88 SALINAS
CA.93902
SALINAS, CA  93901

SALISBURY ROWAN COMMUNITY ACTION
AGENCY INC.
1300 WEST BANK STREET
SALISBURY, NC  28144

SALT LAKE COUNTY REPUBLICAN PARTY
P.O. BOX 571058
SALT LAKE CITY, UT  84157

SALT LIGHT HELPING HANDS
59 ABERDALE LN
SICKLERVILLE, NJ  08081

SALTED ROOTS SURF
P.O. BOX 5473
RICHMOND, CA  94805

SALUTE2SERVICE
190 SO. SYCAMORE STREET
NEWTOWN, PA  18940

SAMA SAMA COOPERATIVE
P.O. BOX 5473
RICHMOND, CA  94805

SAMMYS SUPERHEROES FOUNDATION
2002 23RD ST
COLUMBUS, NE  68601

SAMPSON AND BUTTERS RESCUE AND
REHAB
5745 SOBB AVE
LAS VEGAS, NV  89118

SAN ANGELO CIVIC BALLET
15 W. BEAUREGARD
SAN ANGELO, TX  76903

SAN ANTONIO BLACK INTERNATIONAL FILM
FESTIVAL
322 RICE ROAD
SAN ANTONIO, TX  78220

SAN ANTONIO BUSY BODIES INCORPORATED
11985 STARCREST DR
SAN ANTONIO, TX  78247

SAN DIEGO BREASTFEEDING CENTER
FOUNDATION INC.
8325 UNIVERSITY AVE
LA MESA, CA  91942

SAN DIEGO CONSORTIUM FOR
EXCELLENCE IN NURSING AND ALLIED
HEALTH
4983 DATE PLACE
SAN DIEGO, CA  92102

SAN DIEGO URBAN SUSTAINABILITY
COALITION INC.
2325 MANZANA WAY
SAN DIEGO, CA  92139

SAN FRANCISCO BAY BIRD OBSERVATORY
524 VALLEY WAY
MILPITAS, CA  95035

SAN FRANCISCO NATURE EDUCATION
P.O. BOX 210303
SAN FRANCISCO, CA  94121

SAN FRANCISCO NEOFUTURISTS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

SAN FRANCISCO PUBLIC BANK COALITION
P.O. BOX 5473
RICHMOND, CA  94805

SAN FRANCISCO RECOVERY THEATRE
1446 MARKET STREET
SAN FRANCISCO, CA  94102

SAN FRANCISCO ZINE FEST
1446 MARKET STREET
SAN FRANCISCO, CA  94102

SAN GABRIEL VALLEY NCNW INC.
P. O. BOX 413
WALNUT, CA  91788

SAN JUAN CAPISTRANO EQUESTRIAN
COALITION
28382 PASEO ESTABLO
SAN JUAN CAPISTRANO, CA  92675

SAN MATEO ARBORETUM SOCIETY INC.
101 NINTH AVENUE
SAN MATEO, CA  94401

SAN RAMON CHAMBER ENSEMBLE
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

SANTA CLARA SCHOOLS FOUNDATION
PO BOX 1369
SANTA CLARA, CA  95052

SANTA FE AREA COUNCIL
3007 E 32ND ST
KANSAS CITY, MO  64128

SAPPHIRE RAYS OF SUNSHINE
19710 GOVERNORS HWY. STE. 5 1024
FLOSSMOOR, IL  60422

SARA SNYDER DEFENDANT SUPPORT FUND
1849 SE 36TH AVE
PORTLAND, OR  97214

SARA
[ADDRESS REDACTED]

SARAH A. THOMPSON, ESQUIRE
RYTHER LAW GROUP LLP
40477 MURRIETA HOT SPRINGS ROAD,
SUITE D1 157
MURRIETA, CA  92563

SARAHS CAUSE INC
PO BOX 613
CANDOR, NY  13743

SARAHS FIGHT FOR HOPE FOUNDATION
PO BOX 578
LONG VALLEY, NJ  07853

SARATOGA SYMPHONY
P.O. BOX 5473
RICHMOND, CA  94805

SAVE A LIFE SAVE THE WORLD FOUNDATION
7371 ATLAS WALK WAY SUITE 305
GAINESVILLE, VA  20155

SAVE THEIR SMILES
24127 CRYSTAL LAKE ROAD
WOODINVILLE, WA  98077

SAVEMONEYSAVELIFE FOUNDATION
517 E. 47TH STREET
CHICAGO, IL  60609

SBA - EIDL
14925 KINGSPORT RD
FORT WORTH, TX  76155

SBA EIDL LOAN
14925 KINGSPORT RD
FORT WORTH, TX  76155

SCHEUERMANNS DISEASE FUND
124 FROEBE ROAD
VENETIA, PA  15367

SCHOLARS FOR A NEW DEAL FOR HIGHER
EDUCATION
P.O. BOX 5473
RICHMOND, CA  94805

SCIENTISTS CENTER FOR ANIMAL WELFARE
2660 NE HWY 20 SUITE 610-115
BEND, OR  97701

SEAN WHEELER
[ADDRESS REDACTED]

SEATTLES LGBTQ CENTER
400 E PINE STREET SUITE 100
SEATTLE, WA  98122

SEBASTIAN RIVER ROWING INC
PO BOX 782083
SEBASTIAN, FL  32978

SEBASTOPOL EDUCATIONAL FOUNDATION
7611 HUNTLEY ST
SEBASTOPOL, CA  95472

SECOND CHANCE ANIMAL RESCUE
1908 REDBIRD DR
LAS VEGAS, NV  89134

SECOND CHANCE ANIMAL SHELTER
P O BOX 147
SELMA, CA  93662

SECOND CHANCE FOR LIFE FOUNDATION
P.O.BOX 131462
ROSEVILLE, MN  55113

SECOND FAMILY INC.
4611 ASSEMBLY DR STE N
LANHAM, MD  20706

SECOND HARVEST FOOD BANK OF SAN
JOAQUIN &
STANISLAUS COUNTY INC.
1220 VANDERBILT CIR
MANTECA, CA  95337

SECOND HARVEST FOOD BANK OF
SAN JOAQUIN & STANISLAUS COUNTY INC.
1220 VANDERBILT CIR
MANTECA, CA  95337

SECRETARY OF STATE/DIV OF REVENUE
DIVISION OF CORPORATIONS
FRANCHISE TAX
P.O. BOX 898
DOVER, DE  19903

SECRETARY OF STATE/DIV OF REVENUE
DIVISION OF CORPORATIONS; FRANCHISE
TAX
JOHN G TOWNSEND BLDG
401 FEDERAL ST, STE 4
DOVER, DE  19901

SECURITIES & EXCHANGE COMMISSION
ATTN: DEVON STAREN
100 F STREET, NE
WASHINGTON, DC  20549-5985

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL
DIRECTOR
BROOKFIELD PLACE 200 VESEY ST, STE 400
NEW YORK, NY  10281-1022

SEED A PROJECT OF TIDES
P.O. BOX 750162
SAN FRANCISCO, CA  11375

SEEDING MERCY
2747 E UNIVERSITY DR
MESA, AZ  85213

SEEDS OF HOPE FOR HAITI INC.
910 MAIN STREET SOUTH PO BOX 284
SOUTHBURY, CT  06488

SEEDS OF LOVE
1113 ELDERBERRY CIRCLE SEEDS OF LOVE
FOLSOM, CA  95630

SEEDS- SUPPORTING EDUCATIONAL
EXCELLENCE IN DAPHNE SCHOOLS
P.O. BOX 460
DAPHNE, AL  36526

SEENA MAGOWITZ FOUNDATION
PO BOX 4119
ARLINGTON, VA  22204

SEGNER MINISTRIES (HEALING FAITH)
PO BOX 1649
BRYAN, TX  77806

SEGUIN CHRISTIAN ACADEMY INC.
1456 E KINGSBURY STREET
SEGUIN, TX  78155

SELAH GOSPEL CHOIR
C/O FULCRUM ARTS EMERGE PROGRAM 145
N RAYMOND AVE.
PASADENA, CA  91103

SELF REFLECTION GIRLS AND WOMEN
ORGANIZATION INC
LOCATION:
IRVING, TX  75060

SEMINARY COOP BOOKSTORES
P.O. BOX 5473
RICHMOND, CA  94805

SEMIS COALITION
10925 FOREMAN ST.
LOWELL, MI  49331

SEND
1100 NORTH MAIN STREET SUITE 103A
ANN ARBOR, MI  48104

SENIOR CITIZENS LEGAL SERVICES
317 SOQUEL AVE
SANTA CRUZ, CA  95062

SENIOR CITIZENS OF LOGAN COUNTY INC.
2810 WOODLAWN ROAD
LINCOLN, IL  62656

SENSEE FOUNDATION OF HOPE
37951 47 ST E STE A7 -539
PALMDALE, CA  93552

SENTRY
45 FREMONT ST, 8TH FL
SAN FRANCISCO, CA  94105

SEPA MUJER INC.
110 NORTH OCEAN AVE
PATCHOGUE, NY  11772

SERVE2GETHER
2550 W UNION HILLS DR SUITE 350
PHOENIX, AZ  85027

SERVICE & THERAPY ANIMALS OF
ROCKBRIDGE INC.
90 BUCKLAND DRIVE
LEXINGTON, VA  24450

SERVICE DOC
7807 CENTELLA STREET
CARLSBAD, CA  92009

SERVICE DOG SOLUTIONS
2035 SUMMERHILL LN
HENDERSON, KY  42420

SERVICES FOR THE DEAF AND HARD OF
HEARING
8 FRANKLIN STREET
LEXINGTON, NC  27292

SERVICES IMMIGRANT RIGHTS &
EDUCATION NETWORK
1769 PARK AVE STE 200
SAN JOSE, CA  95126

SERVICES TO ABUSED FAMILIES INC.
501 EAST PIEDMONT ST
CULPEPER, VA  22701

SERVING MELANIN COLLECTIVE
P.O. BOX 5473
RICHMOND, CA  94805

SET FREE SERVICES
1032 W MAIN ST
MEDFORD, OR  97501

SEVACHILD INTERNATIONAL
P.O. BOX 1300
IDYLLWILD, CA  92549

SEVEN PEARLS FOUNDATION INC.
1000 SOUTHHILL DRIVE SUITE 100
CARY, NC  27513

SEVENTH WAVE MAGAZINE INC.
1213 SW 174TH PL
SEATTLE, WA  98166

SF FIREFIGHTERS TOY PROGRAM
1139 MISSION STREET
SAN FRANCISCO, CA  94103

SFAI LEGACY FOUNDATION AND ARCHIVE
20 HAWTHORNE ST
SAN FRANCISCO, CA  94105

SFC VIRGINIA
9916 BROCK RD
SPOTSYLVANIA, VA  22553

SHABBAT WITH FRIENDS NM AKA PANIM
HADASHOT
9701 MONTGOMERY BLVD NE. 1015
ALBUQUERQUE, NM  87111

SHADAROBAH HORSE RESCUE INC.
3395 CO RD 19
AUBURN, IN  46706

SHADLE PARK HIGH SCHOOL BOOSTERS
1818 W. FRANCIS 233
SPOKANE, WA  99205

SHADOWS FOREVER FRIENDS
1474 GREENVILLE DR
BELLINGHAM, WA  98226

SHANA SIMMONS DANCE
134 SUMNER AVE
PITTSBURGH, PA  15221

SHAPING SAN FRANCISCO
518 VALENCIA STREET
SAN FRANCISCO, CA  94110

SHARE TO CARE FOUNDATION INC.
12357 YEW COURT
PORTER RANCH, CA  91326

SHARED SPACE FOR ALL
22301 51ST AVE W
MOUNTLAKE TERRACE, WA  98043-4003

SHARETHECAREGIVINGA,¢ A PROJECT OF
THE
NATIONAL CENTER FOR CIVIC INNOVATION
(501C3)
6TH FL. 121 AVE OF THE AMERICAS
NEW YORK, NY  10013

SHARETHECAREGIVINGA,¢ A PROJECT OF
THE NATIONAL CENTER FOR CIVIC
INNOVATION (501C3)
6TH FL. 121 AVE OF THE AMERICAS
NEW YORK, NY  10013

SHARSWOOD FOUNDATION
5685 RICEVILLE RD
GRETNA, VA  24557

SHAW COMMUNITY CENTER
1701 11TH STREET NW
WASHINGTON, DC  20001

SHE-CAN GLOBAL
P.O. BOX 876
MILL VALLEY, CA  94942

SHELBY JONES/MARCIELO MANAGEMENT
CONSULTING LLC
3608 VOLEYN STREET
CARMICHAEL, CA  95608

SHELTER ME PHOTOGRAPHY
143 HARRYS COURT
PAGOSA SPRINGS, CO  81147

SHEMA KOLAINU-HEAR OUR VOICES
4302 NEW UTRECHT AVE.
BROOKLYN, NY  11219

SHESLAYED FOUNDATION
4934 W IOWA ST
CHICAGO, IL  60651

SHIFT PRESS
P.O. BOX 5473
RICHMOND, CA  94805

SHINE
PO BOX 68
VICTORIA, MN  55386

SHOALS SCHOLAR DOLLARS
20 HIGHTOWER PLACE
FLORENCE, AL  35630

SHOOT BASKETBALLS NOT PEOPLE
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

SHORELINE ARTS ALLIANCE
63 WALL STREET
MADISON, CT  06443

SHULE FOUNDATION INC.
211 EAST 35 STREET 3G
NEW YORK, NY  10016

SICK IN QUARTERS
145 N RAYMOND AVENUE
PASADENA, CA  91103

SICKLE CELL REPRODUCTIVE HEALTH
EDUCATIO
10 CHELTENHAM CT
OWINGS MILLS, MD  21117

SIERRA HOPE
P.O. BOX 159
ANGELS CAMP, CA  95222

SIERRA LEONE FOUNDATION FOR NEW
DEMOCRACY
2409 16TH AVE SOUTH
MINNEAPOLIS, MN  55404

SILICON VALLEY RHYTHM DANCE
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

SILVER LININGS FOUNDATION
832 11TH AVE
YORK, PA  17402

SIMPLE TRUTH FOUNDATION INC.
P.O. BOX 618343
ORLANDO, FL  32861

SIMPLY SOUTHERN RESCUE
4232 BEACON LIGHT RD
RUSTON, LA  71270

SINGLE SEED ENRICHMENT SCHOOL INC.
7914 HATCHMERE COURT
CONVERSE, TX  78109

SISTER CITIES OF NASHVILLE
PO BOX 120555
NASHVILLE, TN  37212

SISTERREACH
2811 CLARKE ROAD
MEMPHIS, TN  38115

SISTERS OF SOLACE
3024 FREDERICK AVENUE
SAINT JOSEPH, MO  64506

SISTERS OF WATTS
36635 LITTLE SYCAMORE ST
PALMDALE, CA  93552

SKID ROW ARTS ALLIANCE
1317 E. 7TH ST.
LOS ANGELES, CA  90021

SKJAJA FUND
117 W. MAIN STREET
CARRBORO, NC  27510

SKY CROSS INC
11118 WURZBACH ROAD STE 300
SAN ANTONIO, TX  78230

SKYLIGHT ENGAGEMENT INC.
147 PRINCE STREET 3RD FLOOR
BROOKLYN, NY  11201

SKYS THE LIMIT OBSERVATORY & NATURE
CENTER
P O BOX 1
TWENTYNINE PALMS, CA  92277

SKYTOUR LIVESTREAM
9221 E. BASELINE ROAD SUITE 109 297
MESA, AZ  85209

SLAMMIN FAMINE
PO BOX 270365
FORT COLLINS, CO  80527

SMALL BALL UNITED
666 DUNDEE ROAD 600
NORTHBROOK, IL  60062

SMART COAST CALIFORNIA
2350 WANKEL WAY
OXNARD, CA  93030

SMARTCOHORT
116 N. FEW ST. SUITE 3
MADISON, WI  53703

SMARTPOWER
4075 WILSON BLVD 8TH FLOOR
ARLINGTON, VA  22203

SNYK, INC
100 SUMMER ST., 7TH FL
BOSTON, MA  02110

SOCIAL JUSTICE TOURS
172 ALLEN STREET
NEW YORK, NY  10002

SOCIAL PRESCRIBING USA
1569 SOLANO AVENUE 238
BERKELEY, CA  94707

SOCIAL RESPONSIBILITY THROUGH ME
1703 SOUTH 4TH STREET
CAMDEN, NJ  08104

SOCIETY FOR HISTORY AND RACIAL EQUITY
471 W. SOUTH SUITE 42A
KALAMAZOO, MI  49007

SOCIETY OF EXTRAORDINARY WOMEN
6820 INDIANA AVE SUITE 110
RIVERSIDE, CA  92506

SOCIETY OF MAYFLOWER DESCENDANTS IN
THE STATE OF DELAWARE
1007 ORANGE STREET
WILMINGTON, DE  19899

SOCIETY OF MILITARY
OTOLARYNGOLOGISTS
5150 BROADWAY ST. 251
SAN ANTONIO, TX  78209

SOFESA
6201 W 87TH STREET SUITE 2651
LOS ANGELES, CA  90045

SOIL4CLIMATE INC.
BOX 332
THETFORD CENTER, VT  05075

SOLAR PUNK SONOMA
145 N RAYMOND
PASADENA, CA  91105

SOLAREQUITY
BOX 356 FPG STUDENT UNION UNCH
CAMPUS BOX 5210
CHAPEL HILL, NC  27599

SOLEMN PRIDE
4542 WHISKEY LN
MIMS, FL  32754

SOLID PASTORAL COACHING INC.
1246 LUCCA DR
DRIPPING SPRINGS, TX  78620

SOMALI WOMEN FOUNDATION
13932 ROCKLAND VILLAGE DR STE 104
CHANTILLY, VA  20151

SOMALILAND COMMUNITY OF GREATER
WASHINGTON DC
2667 S. ARLINGTON MILL DR UNIT 212
ARLINGTON, VA  22206

SOMETHING MAAGIC FOUNDATION
PO BOX 156481
FORT WORTH, TX  76155

SON MISSION
932 CRAWFORD AVE
WENATCHEE, WA  98801

SONOMA COAST TRAUMA TREATMENT
314B KELLER STREET
PETALUMA, CA  94952

SONOMA COUNTY PHILHARMONIC
P.O BOX 7438
COTATI, CA  94931

SOUL FOOD CAFE MISSION
1717 S. DONAGHEY
CONWAY, AR  72034

SOUL MISSIONS INC.
8685 EAST BAY DRIVE
TREASURE ISLAND, FL  33706

SOUL PURPOSE MINISTRIES
PO BOX 51283
EUGENE, OR  97405

SOULATLAS
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

SOULFLOW OAKLAND
P.O. BOX 5473
RICHMOND, CA  94805

SOULWELL MINISTRIES
9818 FRY RD 150 UNIT 82
CYPRESS, TX  77433

SOUTH ALAMO REGIONAL ALLIANCE FOR
THE HOMELESS
4100 E. PIEDRAS SUITE 105
SAN ANTONIO, TX  78228

SOUTH BAY MILITARY VETERANS CHORUS
1446 MARKET STREET
SAN FRANCISCO, CA  94102

SOUTH BAY PHILHARMONIC
P.O. BOX 5473
RICHMOND, CA  94805

SOUTH DAKOTA YOUTH FOUNDATION INC.
1310 MAIN AVE. S. SUITE 109
BROOKINGS, SD  57006

SOUTH FLORIDA WILDLANDS ASSOCIATION
INC.
1314 EAST LAS OLAS BLVD. 2297
FORT LAUDERDALE, FL  33301

SOUTH MIAMI MIDDLE COMMUNITY SCHOOL
CENTER FOR THE ARTS MAGNET BAND
9745 NW 29TH TERRACE
SOUTH MIAMI, FL  33143

SOUTH PHILLY PUNKS WITH LUNCH
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

SOUTH SHORE CARIBBEAN CONNECTION
22 BOYLSTON ST
RANDOLPH, MA  02368

SOUTHEAST OHIO YOUTH MENTORING INC.
449 EAST STATE STREET
ATHENS, OH  45701

SOUTHERN ARIZONA ASSOCIATION
FOR THE EDUCATION OF YOUNG CHILDREN
P.O. BOX 68475
ORO VALLEY, AZ  85737

SOUTHERN CALIFORNIA AREA NATIONAL
COUNCIL OF NEGRO WOMEN
3720 W. 54TH ST
LOS ANGELES, CA  90043

SOUTHERN CALIFORNIA DANCE THEATRE
4410 GREENMEADOW ROAD
LONG BEACH, CA  90808

SOUTHERN DISTRICT OF CALIFORNIA
ANDREW R HADEN
880 FRONT ST, ROOM 6293
SAN DIEGO, CA 92101-8893

SOUTHERN DISTRICT OF CALIFORNIA
ANDREW R HADEN
IMPERIAL COUNTY OFFICE
516 INDUSTRY WAY, STE C
IMPERIAL, CA 92251-7501

SOUTHERN DISTRICT OF FLORIDA
HAYDEN OBYRNE
US ATTORNEYS OFFICE
101 S US 1, STE 3100
FT. PIERCE, FL 34950

SOUTHERN DISTRICT OF FLORIDA
HAYDEN OBYRNE
US ATTORNEYS OFFICE
301 SIMONTON ST
KEY WEST, FL 33040

SOUTHERN DISTRICT OF FLORIDA
HAYDEN OBYRNE
US ATTORNEYS OFFICE
500 E BROWARD BLVD
FT. LAUDERDALE, FL 33394

SOUTHERN DISTRICT OF FLORIDA
HAYDEN OBYRNE
US ATTORNEYS OFFICE
500 S AUSTRALIAN AVE STE 400
W. PALM BEACH, FL 33401

SOUTHERN DISTRICT OF FLORIDA
HAYDEN OBYRNE
US ATTORNEYS OFFICE
99 NE 4TH ST
MIAMI, FL 33132

SOUTHERN DISTRICT OF INDIANA
JOHN E CHILDRESS
UNITED STATES ATTORNEYS OFFICE
10 W MARKET ST, STE 2100
INDIANAPOLIS, IN 46204

SOUTHERN DISTRICT OF INDIANA
JOHN E CHILDRESS
UNITED STATES ATTORNEYS OFFICE
101 NW MLK BLVD, STE 250
EVANSVILLE, IN 47708

SOUTHERN NEVADA ASSOCIATION OF
WOMEN ATTORNEYS
1180 N TOWN CENTER DR. SUITE 100
LAS VEGAS, NV 89144

SOUTHWEST FLORIDA HONOR FLIGHT
P.O. BOX 495065
PORT CHARLOTTE, FL 33949

SOUTHWEST TENNIS FOUNDATION INC.
7010 E. ACOMA DR. STE. 201
SCOTTSDALE, AZ 85254

SOVERN INTERSECTIONAL ARTS
5757 WEST ADAMS BLVD.
LOS ANGELES, CA 90016

SPACE BETWEEN
PO BOX 81041
SEATTLE, WA 98108

SPANDANA FOUNDATION
1146 YORKSHIRE DRIVE
BREINIGSVILLE, PA 18031

SPANISH HAWAIIAN HERITAGE ASSOCIATION
2830 20TH STREET STE 201
SAN FRANCISCO, CA 94110

SPARK IN THE DARK
1249 3 MILE RD S.
TRAVERSE CITY, MI 49696

SPEAKLIFE MINISTRIES INC.
609 HOLLY DRIVE
EDMOND, OK 73034

SPEAR FOUNDATION LLC
4375 N. LAS VEGAS BLVD. SUITE 7 PMB 5051
NORTH LAS VEGAS, NV 89115

SPEAR HEAD MISSIONS INC.
881 BRACHT PINER ROAD
MORNING VIEW, KY 41063

SPECIAL OLYMPICS ARKANSAS (SOA
2115 MAIN STREET
NORTH LITTLE ROCK, AR 72046

SPECIAL OLYMPICS LOUISIANA
46 LOUIS PRIMA DRIVE UNIT A
COVINGTON, LA 70433

SPECIAL OLYMPICS MISSISSIPPI INC.
2906 NORTH STATE STREET SUITE 206
JACKSON, MS 39216

SPECIAL SPECTATORS INC.
1160 5TH AVENUE 206
NEW YORK, NY 10029

SPECIAL SURFERS
P.O. BOX 752
SACO, ME 04072

SPELLMAN MINISTRIES
P.O. BOX 242
OLATHE, KS 66051

SPERO
1114 E 38TH ST.
MINNEAPOLIS, MN 55407

SPIRIT & TRUTH MESSAGE TABERNACLE INC.
2228 BRIGHTSEAT RD APT 302
LANDOVER, MD 20785

SPIRIT FILLED HEARTS MINISTRY
3943 IRVINE BLVD 231
IRVINE, CA 92602

SPLASHES OF HOPE INC
PO BOX 537
HUNTINGTON, NY 11743

SPOKANE ANGELS NONPROFIT
104 S FREYA ST  RED BUILDING SUITE 203
SPOKANE, WA  99202

SPORTS BOOSTERS OF MD
12118 HENESON GARTH
OWINGS MILLS, MD  21117

SPORTS OUTREACH NORTHWEST
2459 SE T.V. HWY PMB145
HILLSBORO, OR  97123

SPREADPEACE.ORG
304 S. JONE BLVD 3339
LAS VEGAS, NV  89107

SPRINGBROOK NY INC.
105 CAMPUS DRIVE
ONEONTA, NY  13820

SPRINGCLEAN
932 SEIGLE AVENUE
CHARLOTTE, NC  28205

SPRINT TO CITE SOLEIL
5215 MORGAN AVE S
MINNEAPOLIS, MN  55419

SPROUT DETROIT
1168 WABASSO ST
WALLED LAKE, MI  48390

SPROUTING TOTOWA INC.
11 COLONIAL COURT
TOTOWA, NJ  07512

SPURS N HALOS
P.O. BOX 1186
ENUMCLAW, WA  98022

ST GEORGE EPISCOPAL CHURCH
200 W 4TH ST
LEADVILLE, CO  80461

ST JOSEPH SVDP CONFERENCE MARINETTE
WI
2715 TAYLOR ST PO BOX 563
MARINETTE, WI  54143

ST MARYS COUNTY NAACP
PO BOX 189
LEXINGTON PARK, MD  20653

ST MARYS OUTREACH CENTER
3939 ROLAND AVENUE LOWER LEVEL (POB
4739)
BALTIMORE, MD  21211

ST. HOPE
PO BOX 5447
SACRAMENTO, CA  95817

ST. JOSEPH SCHOOL
PO BOX 370/ 26 SCHOOL RD.
SAN FIDEL, NM  87049

ST. MARK UNITED METHODIST CHURCH
6217 GLEN OAKS DRIVE
BATON ROUGE, LA  70811

ST. RAYMOND NONNATUS FOUNDATION FOR
FREEDOM FAMILY AND FAITH
P.O. BOX 951
SKIPPACK, PA  19474-0951

ST.TERESA OF AVILA SCHOOL
402 E HIGH ST.
GRANTS, NM  87020

STAAR LOW-GRADE SEROUS OVARIAN
CANCER
680 NORTH LAKE SHORE DRIVE SUITE 110
1185
CHICAGO, IL  60611

STAGE 62
P.O. BOX 462
CARNEGIE, PA  15106

STAGEWRITE
1446 MARKET STREET
SAN FRANCISCO, CA  94102

STAND 4 SISTERHOOD
2435 SQUIRE PLACE SUITE 100
FARMERS BRANCH, TX  75234

STAND FOUNDATION
706 RIDGE RD SE
WASHINGTON, DC  20019

STAND WITH TRANS
23332 FARMINGTON RD. 84
FARMINGTON, MI  48336

STAR ALLIANCE
2322 SHATTUCK AVE
BERKELEY, CA  94704

STAR WALKERS FOUNDATION INC.
7766 HIGHPOINT CIRCLE
WEST BEND, WI  53090

STARFLEET SERVICE DOGS
7910 WOODMONT AVE 500
BETHESDA, MD  20814

STARLIGHT OUTREACH AND RESCUE
PO BOX 1642
ALVIN, TX  77512

STARS PERFORMING ARTS
6710 OXON HILL RD. SUITE 210
OXON HILL, MD  20745

STARTANEW
1401 NEWTON AVE N
MINNEAPOLIS, MN  55411

STARVED ROCK REGIONAL CENTER FOR
THERAPY AND CHILD DEVELOPMENT
1013 ADAMS STREET
OTTAWA, IL  61325

STATE OF CALIFORNIA ATTORNEY GENERAL
ATTN: ROB BONTA
1300 "I" ST
SACRAMENTO, CA  95814-2919

STATE OF CALIFORNIA ATTORNEY GENERAL
CONSUMER PROTECTION SECTION
ATTN: BANKRUPTCY NOTICES
455 GOLDEN GATE AVE., STE. 11000
SAN FRANCISCO, CA  94102-7004

STATE OF CALIFORNIA LABOR AND
WORKFORCE DEVELOPMENT AGENCY
800 CAPITOL MALL
STE 5000 (MIC 55)
SACRAMENTO, CA  95814

STATE OF COLORADO ATTORNEY GENERAL
ATTN: PHIL WEISER
RALPH L CARR COLORADO JUDICIAL BLDG
1300 BROADWAY, 10TH FL
DENVER, CO  80203

STATE OF CONNECTICUT ATTORNEY
GENERAL
ATTN: WILLIAM TONG
165 CAPITOL AVENUE
HARTFORD, CT  06106

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: KATHY JENNINGS
CARVEL STATE BUILDING
820 N FRENCH ST
WILMINGTON, DE  19801

STATE OF FLORIDA ATTORNEY GENERAL
ATTN: JAMES UTHMEIER
PL-01, THE CAPITOL
TALLAHASSEE, FL  32399-1050

STATE OF INDIANA ATTORNEY GENERAL
ATTN: TODD ROKITA
INDIANA GOVERNMENT CENTER SOUTH
302 W WASHINGTON ST, 5TH FL
INDIANAPOLIS, IN  46204

STATE OF MARYLAND ATTORNEY GENERAL
ATTN: ATHONY G. BROWN
200 ST PAUL PLACE
BALTIMORE, MD  21202

STATE OF MIND FOUNDATION
2213 GABRIELS HORN RD
LEANDER, TX  78641

STATE OF NEW JERSEY ATTORNEY
GENERAL
ATTN: MATTHEW J. PLATKIN
RJ HUGHES JUSTICE COMPLEX
25 MARKET ST - PO BOX 080
TRENTON, NJ  08625-0080

STATE OF OREGON ATTORNEY GENERAL
ATTN: DAN RAYFIELD
JUSTICE BLDG
1162 COURT ST, NE
SALEM, OR  97301-4096

STATE OF WASHINGTON ATTORNEY
GENERAL
ATTN: NICK BROWN
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA, WA  98504

STATE OF WASHINGTON
DEPT OF LABOR & INDUSTRIES
7273 LINDERSON WAY SW
OLYMPIA, WA  98501

STATESMEN
P.O. BOX 321
MEADE, KS  67864

STAY HAPPY FUNDATION
6701 POWER INN RD STE A
SACRAMENTO, CA  95828

STEER FOR STUDENT ATHLETES INC.
304 MIDLAND AVENUE
PORT CHESTER, NY  10573

STEMBIOTIC COMMUNITIES INC
1239 BURGOS DRIVE
SARASOTA, FL  34238

STEP SEVEN INC.
10890 ACADIA PLACE
PARKER, CO  80138

STEP UP AND DO SOMETHING INC.
1314 GAINSVILLE AVE
SAN JOSE, CA  95122

STEP UP SAVANNAH INC.
428 BULL STR. STE 208
SAVANNAH, GA  31401

STEP UP TRANSITIONAL LIVING PROGRAM
500 N WASHINGTON SUITE 5
WEATHERFORD, OK  73096

STEPHEN H. LAST, ESQUIRE
ANDERSON, WILLIAMS & FARROW, LLC
7515 HALCYON POINTE DRIVE
MONTGOMERY, AL  36117

STEPHEN J. JONCUS
JONCUS LAW PC
13202 SE 172ND AVE, SUITE 166 344
HAPPY VALLEY, OR  97086

STEPPING STONE PATHWAYS
500 LAUREL DRIVE
MONROEVILLE, PA  15146

STILLBORN AND INFANT LOSS SUPPORT
322 MAIN STREET SUITE 116
LAUREL, MD  20707

STOOPS
398 HANCOCK ST. GROUND FLOOR
NEW YORK, NY  11216

STOP ALZHEIMERS NOW
300 BEARDSLEY LANE
AUSTIN, TX  78746

STORIED SF
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

STORM THE HEAVENS FUND
2424 E. YORK STREET UNIT 327
PHILADELPHIA, PA  19125

STORY STARTERS
P.O. BOX 5473
RICHMOND, CA  94805

STRATTON OVARIAN CANCER FOUNDATION
6662 N CALLE DE CALIPSO
TUCSON, AZ  85718

STREET SPIRIT
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

STRENGTH IN SISTERS - US
8697 LA MESA BLVD. SUITE C-122
LA MESA, CA  91942

STRIPE, INC.
354 OYSTER POINT BLVD
SOUTH SAN FRANCISCO, CA  94080

STRONG AND SALTY
P.O. BOX 5473
RICHMOND, CA  94805

STRONG FAMILIES
P.O. BOX 399385
SAN FRANCISCO, CA  94139

STRONG LIKE LISA INC
14460 NORTHWEST 61ST STREET
KANSAS CITY, MO  64152

STUFF THE SLEIGH
PO BOX 342
KATY, TX  77492

SUBSTRATUM
145 N RAYMOND
PASADENA, CA  91105

SUCCESS STORIES PROGRAM
23638 NEWHALL AVE STE 6 356
NEWHALL, CA  91321

SUMMIT SCHOOL
1600 N 8TH AVE E
DULUTH, MN  55805

SUN CAMP
P.O. BOX 5473
RICHMOND, CA  94805

SUNCOAST YOUTH FOR CHRIST
PO BOX 123
BRADENTON, FL  34206

SUNDANCE CIRCLE HIPPOTHERAPY
FOUNDATION
17217 92ND ST E
SUMNER, WA  98390

SUNFLOWER KIDS
PO BOX 1324
LANDER, WY  82520

SUNRISE OF PHILADELPHIA
907 CANTRELL ST
PHILADELPHIA, PA  19148

SUNSHINE MEADOWS RETIREMENT
COMMUNITY
400 S. BUHLER ROAD
BUHLER, KS  67522

SUPPORT CREATIVITY
521 WEST 146TH STREET 512
NEW YORK, NY  10031

SUPPORT FOR FAMILIES OF CHILDREN WITH
DISABILITIES
1663 MISSION STREET SUITE 700
SAN FRANCISCO, CA  94103

SUPPORT SISTERZ
P.O. BOX 6841
NORCO, CA  92860

SUPPORT THE KID FOR CANCER
11 PAUL ST
PORT JEFFERSON STATION, NY  11776

SURE WE CAN
219 MCKIBBIN STREET
NEW YORK, NY  11206

SUSAN DUMONT, ESQUIRE
MILES & STOCKBRIDGE
100 LIGHT STREET
BALTIMORE, MD  21202

SUSTAIN OUR ABILITIES
17 LAKESIDE PLACE WEST
PALM COAST, FL  32137

SUSTAINABLE COASTLINES HAWAII
3160 WAIALAE AVE SUITE 120
HONOLULU, HI  96816

SUSTAINABLE CRESTED BUTTE INC.
P.O. BOX 1866
CRESTED BUTTE, CO  81224

SUSTAINABLE SEATTLE
7511 GREENWOOD AVE N 121
SEATTLE, WA  98103

SUSTAINABLE TAHOE
1048 WAR BONNET WAY
INCLINE VILLAGE, NV  89451

SUSTAINABLE TRANSFORMATION OF YOUTH
LIVES - STYL
NEPI C/O LAW OFFICE OF JANET M.
RICKERSHAUSER LLC
321 WALNUT STREET 350
NEWTON, MA  02460

SWARAVEDIKA
17675 62ND AVE N
MINNEAPOLIS, MN  55311

SWEET BEGINNINGS DIAPER BANK
P.O. BOX 5473
RICHMOND, CA  94805

SWEET BLACKBERRY
11 S. ANGELL ST. 349
PROVIDENCE, RI  02906

SWEET DREAMS FOUNDATION
P.O. BOX 1233
FOLSOM, CA  95763

SWEET RELIEF MUSICIANS FUND
2650 E IMPERIAL HWY STE 208
BREA, CA  92821

SWIM ACROSS AMERICA INC.
22 VANDEWATER 105
SAN FRANCISCO, CA  94133

SYDNEY N. PAHREN, ESQUIRE
VORYS SLATER SEYMOUR AND PEASE LLP
52 EAST GAY STREET
PO BOX 1008
COLUMBUS, OH  43216

SYNAPSE SCHOOL
3375 EDISON WAY
MENLO PARK, CA  94025

SYNTHESIA LIMITED
LEVEL 3, 20 TRITON ST
REGENTS PLACE
LONDON
UNITED KINGDOM

SYZYGY DANCE PROJECT
PO BOX 2532
SAUSALITO, CA  94966

TABITHAS CLOSET
373 E FOSTER-MAINEVILLE
MAINEVILLE, OH  45039

TABLE TENNIS CONNECTIONS
122 3RD ST
FORT COLLINS, CO  80524

TACO-LA
P.O. BOX 5473
RICHMOND, CA  94805

TAHOE YOUTH AND FAMILY SERVICES
1021 FREMONT AVE
SOUTH LAKE TAHOE, CA  96150

TAKING SHAPE NON-PROFIT YOUTH
LEADERSHIP
1018 E 10TH STREET
CARROLLTON, MO  64633

TALENT4CHANGE INC.
710 MICHIGAN AVENUE SUITE 9
MIAMI BEACH, FL  33139

TALONS OUT HONOR FLIGHT INC.
PO BOX 280
PORTAGE, MI  49081

TAME THE KRAKEN INC.
2985 GORDY PARKWAY
MARIETTA, GA  30066

TAMPA KIDS CAMP
1704 N 16TH ST
TAMPA, FL  33605

TANNER, LLC
36 S. STATE ST, SUITE 600
SALT LAKE CITY, UT  84111

TAPIN YOUTH DANCE ENSEMBLE
1446 MARKET STREET
SAN FRANCISCO, CA  94139

TAPS
P.O. BOX 5473
RICHMOND, CA  94805

TARRANT COUNTY SHERIFFS POSSE
P.O. BOX 164342
FORT WORTH, TX  76161

TATES PLACE
407 CLAY RD
BIG SPRING, TX  79720

TAYLOR HAGEN MEMORIAL FOUNDATION
6376 SOUTH CRESTMOUNT CIR
SALT LAKE CITY, UT  84121

TC MINISTRIES
126 CAMP LANE
AHOSKIE, NC  27910

TEA VERSE POETRY SALON
145 N RAYMOND
PASADENA, CA  91103

TEACH (TRAINING IN EARLY ABORTION
FOR COMPREHENSIVE HEALTHCARE)
PO BOX 720189
SAN FRANCISCO, CA  94172

TEACH ABOUT WOMEN
30 HARTFORD LANE
WHITE PLAINS, NY  10603

TEACH RWANDA
1787 CHATEAU PLACE APT C
EASTON, PA  18045

TEACHER SALARY INITIATIVE
1446 MARKET STREET
SAN FRANCISCO, CA  94102

TEAM A.S.S.I.S.T. PROGRAM
601 W 11TH AVE 114
DENVER, CO  80204

TEAM AMERICA RELIEF
P.O. BOX 5473
RICHMOND, CA  94805

TEAM ECCO INC.
511 N MAIN STREET
HENDERSONVILLE, NC  28792

TEAM HOYT VB
501 21ST STREET
VIRGINIA BEACH, VA  23451

TEAM SUNSHINE PERFORMANCE
CORPORATION
2329 S. 3RD STREET 3RD FLOOR
PHILADELPHIA, PA  19148

TEAM TOBATI
9 ROGERS PLACE
NEW BRITAIN, CT  06051

TEAM TRUCK MELANOMA
2092 NW 17TH ST
GRESHAM, OR  97030-4

TEAMKAKATA ASSOCIATION INC
1404 ORANGETIP OURT
FREDERICK, MD  21703

TEAMVIEWER GERMANY GMBH
BAHNHOFSPLATZ 2
GOPPINGEN 73033
GERMANY

TEANECK VOLUNTEER AMBULANCE CORPS
855 WINDSOR ROAD
TEANECK, NJ  07666

TEARS
P.O. BOX 471353
LAKE MONROE, FL  32747

TEATRO MASCARA MAGICA A COMMON
GROUND COMPANY
1604 DARTMOUTH ST
CHULA VISTA, CA  91913

TECH IN THE TENDERLOIN
1446 MARKET STREET
SAN FRANCISCO, CA  94102

TECHNOLOGY INSURANCE COMPANY, INC.
800 SUPERIOR AVE EAST, 21ST FL
CLEVELAND, OH  44114

TECHTONICA
P.O. BOX 5473
RICHMOND, CA  94805

TELEGRAPH HILL ARTS AND LITERATURE
1501 GRANT AVE
SAN FRANCISCO, CA  94133

TELLER COUNTY REGIONAL ANIMAL
SHELTER INC.
308 WEAVERVILLE ROAD P.O. BOX 904
DIVIDE, CO  80814

TEMA CHOIR USA INC.
1266 BELLE VIEW RD 302
WOODBRIDGE, VA  22191

TEMENOS CATHOLIC WORKER
PO BOX 642656
SAN FRANCISCO, CA  94164

TEMPLE BETH JACOB
290 NORTH STREET
NEWBURGH, NY  12550

TEMPLE CHILDRENS MUSEUM
11 N. 4TH ST.
TEMPLE, TX  76501

TENDER HEARTS GIRLS HOME INC.
DBA TENDER HEARTS MINISTRIES
145 BLACKBURN STREET
YORK, SC  29745

TENNESSEE COMPOSTING COUNCIL
ONE VANTAGE WAY SUITE E250
NASHVILLE, TN  37210

TENNESSEE EDUCATORS OF COLOR
ALLIANCE
41 PEABODY ST
NASHVILLE, TN  37210

TENNESSEE ENVIRONMENTAL COUNCIL
1 VANTAGE WAY SUITE E-250
NASHVILLE, TN  37228

TENXSG
7000 COLISEUM WAY
OAKLAND, CA  94621

TESTICULAR CANCER SOCIETY
8190A BEECHMONT AVENUE SUITE 161
CINCINNATI, OH  45255

TETON WILDLIFE REHABILITATION CENTER
PO BOX 885
DRIGGS, ID 83455

TEXANS AGAINST GERRYMANDERING
811 WINDSOR WOODS LN
KATY, TX 77494

TEXAS CULTURE CHANGE COALITION
3361 PIONEER CROSSING
ROUND ROCK, TX 78665

TEXAS GOOD DEEDS PROJECT
PO BOX 2521
GRAPEVINE, TX 76099

TEXAS GULF COAST CRIME PREVENTION
ASSOCIATION
PO BOX 2790
ANGLETON, TX 77516

TEXAS SPORTS HALL OF FAME
1108 S. UNIVERSITY PARKS DRIVE
WACO, TX 76706

TEXAS SWIMMING & DIVING HALL OF FAME
1900 ROBERT DEDMAN DRIVE
AUSTIN, TX 78712

TFT ORGANIZATION
PO BOX 24621
FORT WORTH, TX 76124

THAI COMMUNITY DEVELOPMENT CENTER
6376 YUCCA STREET SUITE B
LOS ANGELES, CA 90028

THANK YOU FIRST RESPONDER
401 EAST LAS OLAS BLVD STE 130-516
FORT LAUDERDALE, FL 33301

THE 280 PROJECT
P.O. BOX 5473
RICHMOND, CA 94805

THE 411 LIVE INC.
12201 W BURLEIGH SUITE 14
WAUWATOSA, WI 53205

THE 500 CAPP STREET FOUNDATION
500 CAPP STREET
SAN FRANCISCO, CA 94110

THE ADRIAN DELL AND CARMEN ROBERTS
FOUNDATION CORPORATION
4567 SEDGWICK AVENUE
RIVERSIDE, CA 92507

THE AMERICAN FRIENDS OF WATERFORD
1025 CONNECTICUT AVE NW STE 904
WASHINGTON, DC 20036

THE ARC DETROIT
51 W. HANCOCK SUITE 200
DETROIT, MI 48201

THE ARCTIC ARTS PROJECT
1143 AURARIA PKWY UNIT 106
DENVER, CO 80204

THE ARLINGTON CHORALE
4422 19TH RD N
ARLINGTON, VA 22207

THE ASAFA COLLECTIVE
4096 PIEDMONT AVE UNIT 190
OAKLAND, CA 94611

THE ASCENSION FUND
406 EAST WORTHY
GONZALES, LA 70769

THE ASET FOUNDATION
312 SW GREENWICH DR STE 669
LEES SUMMIT, MO 64082

THE BAK SANDBOX
P.O. BOX 5473
RICHMOND, CA 94805

THE BAKARI FOUNDATION
P O BOX 28081
AUSTIN, TX 78755

THE BARDO FOUNDATION INC.
2555 PONCE DE LEON BLVD. SUITE 600
CORAL GABLES, FL 33134

THE BARNRAISERS PROJECT
P.O. BOX 5473
RICHMOND, CA 94805

THE BEAT WITHIN
1448 MARKET ST.
SAN FRANCISCO, CA 94102

THE BEREAN WAY
PO BOX 63
FRANKLIN, TN 37064

THE BLUE FAMILY TREE
236 S PARK COURT
FRUITA, CO 81521

THE BOLD ITALIC
PO BOX 420442
SAN FRANCISCO, CA 94142

THE BOSTON EDUCATION DEVELOPMENT
FOUNDATION INC.
7 PALMER ST. 2ND FLOOR
BOSTON, MA 02119

THE BOSTON FENCING CLUB
100 HOLTON STREET
BOSTON, MA  02135

THE BRADDOCK INCLUSION PROJECT
114 9TH STREET
BRADDOCK, PA  15104

THE BRICC FOUNDRY
65 PINE AVE PMB 356
LONG BEACH, CA  90802

THE BRIDGE AT CROSSING CREEKS INC.
221 EADY RD
SHELBYVILLE, TN  37160

THE BRIDGE CONNECTION
1570 BOZMAN RD WYLIE TX 75098
WYLIE, TX  75098

THE BRITTON FUND INC.
31916 COUNTRY CLUB DRIVE
PORTERVILLE, CA  93257

THE BROOK WELLNESS CENTER INC.
P.O. BOX 826
BRANSON, MO  65615

THE BROWN BOI PROJECT
436 14TH STREET 5TH FLOOR
OAKLAND, CA  94612

THE CAMERON HEYWARD FOUNDATION INC.
745 NORTH NEGLEY AVENUE
PITTSBURGH, PA  15206

THE CAT COLLABORATIVE
201 ROUSE BLVD
PHILADELPHIA, PA  19112

THE CENTER FOR SEXUALITY & GENDER
DIVERSITY
902 18TH STREET
BAKERSFIELD, CA  93301

THE CHARIS PROJECT
306-N WEST EL NORTE PKWY. 314
ESCONDIDO, CA  92026

THE CHILDREN FIRST FOUNDATION
PO BOX 233
CROMWELL, CT  06416

THE CJK FOUNDATION
PO BOX 242
CHESHIRE, CT  06410

THE CLIMB FOR CANCER FOUNDATION
5745 SW 75TH STREET 317
GAINESVILLE, FL  32608

THE COALITION FOR DISABILITY RIGHTS &
JUSTICE CDRJ
P.O. BOX 5473
RICHMOND, CA  94805

THE COHILL FOUNDATION
717 AVE I
BESSEMER, AL  35020

THE COMMUNITY ECOLOGY INSTITUTE
8000 HARRIET TUBMAN LANE
COLUMBIA, MD  21044

THE COMPTON INITIATIVE
8303 ALONDRA BLVD.
PARAMOUNT, CA  90723

THE CONTRIBUTOR INC.
154 REP JOHN LEWIS WAY N
NASHVILLE, TN  37219

THE COOL COOPERATIVE
800 RICHARD ST
NEW ORLEANS, LA  70130

THE COUNCIL FOR AMERICAN
STUDENTS IN INTERNATIONAL
NEGOTIATIONS
PO BOX 2243
NEW YORK, NY  10108

THE CURVE FOUNDATION
P.O. BOX 5473
RICHMOND, CA  94805

THE CUTLER FOUNDATION
PO BOX 7374
OCEAN ISLE BEACH, NC  28469

THE DEBBIE FRANK LEGACY FUND
625 NORTH MICHIGAN AVENUE
CHICAGO, IL  60611

THE DEE DEE JACKSON FOUNDATION
18375 VENTURA BLVD 126
TARZANA, CA  91356

THE DEMAND PROJECT
PO BOX 1352
JENKS, OK  74037

THE DENTED FENDER
1324 ORCHARDVIEW CT
DAYTON, OH  45458

THE DEPOT
200 S. JONES
NORMAN, OK  73069

THE DESERT TORTOISE CONSERVANCY
305 W. ARENAS ROAD
PALM SPRINGS, CA  92262

THE DOCK ELLIS FOUNDATION
304 S JONES BLVD 6405
LAS VEGAS, NV 89107

THE DOUGLAS BROTHERS FOUNDATION INC.
495 HIGHWAY 138
JONESBORO, GA 30236

THE DR ANNISE MABRY FOUNDATION
PO BOX 114
PORTERDALE, GA 30070

THE DREAM CENTER
111 HILLCREST DRIVE SUITE A
EASLEY, SC 29640

THE ELEVATION PROJECT
4950 PARKSIDE AVE ANNEX
PHILADELPHIA, PA 19131

THE ELLINGTON FUND
3500 R STREET NW
WASHINGTON, DC 20007

THE ETOWAH FOUNDATION INC.
104 E CHEROKEE AVE
CARTERSVILLE, GA 30120

THE EVERY VOICE COALITION
P.O. BOX 5473
RICHMOND, CA 94805

THE EYE CANCER FOUNDATION
115 EAST 61ST STREET SUITE 5B
NEW YORK, NY 10065

THE FACTORY MINISTRIES
3293 LINCOLN HIGHWAY EAST PO BOX 282
PARADISE, PA 17562

THE FATHER IN ME
2532 S HAIRSTON RD
DECATUR, GA 30035

THE FIBROID FOUNDATION
1201 SEVEN LOCKS RD STE 360
ROCKVILLE, MD 20854

THE FLOWER PROJECT
P.O. BOX 5473
RICHMOND, CA 94805

THE FOUR-SEVEN INC.
675 DEIS DR. SUITE N 273
FAIRFIELD, OH 45014

THE FREEDOM CAFA©
10 MILL RD
DURHAM, NH 03824

THE GEANCO FOUNDATION
435 S. DETROIT STREET 202
LOS ANGELES, CA 90036

THE GIFT OF CHESS INC
308 W 46TH ST
NEW YORK, NY 10036

THE GLOBAL FOUNDATION FOR EDUCATION
AND ECONOMIC MOBILITY
2 INTERLOCK AVE. NW
ATLANTA, GA 30318

THE GLOBAL MAJORITY CONSORTIUM
928 SW AUSTIN ST
SEATTLE, WA 98106

THE GOOD KARMA LOS ANGELES ORG
10600 LEMONA AVE
MISSION HILLS, CA 91345

THE GRAPEHOUND WINE TOUR INC
111 TYLER DRIVE
COATESVILLE, PA 19320

THE GRAY MATTER EXPERIENCE
20 N WACKER DR SUITE 1200
CHICAGO, IL 60606

THE GREATER WORCESTER LAND TRUST
4 ASH STREET
WORCESTER, MA 01608

THE GREENHOUSE CONNECTION CENTER
4700 CLAUDE CT
DENVER, CO 80216

THE H.E.A.R.T CENTER
21152 N 22ND ST
PHOENIX, AZ 85024

THE H3 PROJECT
P.O. BOX 5473
RICHMOND, CA 94805

THE HALL METHOD DANCE ENSEMBLE
145 N RAYMOND
PASADENA, CA 91105

THE HARBOR HOME MINISTRIES
P.O. BOX 416
CONWAY, AR 72033

THE HEALTHCARE PLUG
P.O. BOX 5473
RICHMOND, CA 94805

THE HEARTBEAT COLLECTIVE
1446 MARKET STREET
SAN FRANCISCO, CA 94102

THE HELEN PROJECT INTERNATIONAL INC
P.O. BOX 306
KEENE, VA  22946

THE HINABI PROJECT
1320 PALOMA AVENUE
BURLINGAME, CA  94010

THE HOME TEAM FOUNDATION
42 BROOKSIDE LOOP
STATEN ISLAND, NY  10309

THE HOUSE OF WHISKERS
6539 ALAMANCE RD
HOPE MILLS, NC  28348

THE HUMAN ANIMAL BOND
15392 ASSEMBLY LANE
HUNTINGTON BEACH, CA  92649

THE HUMANE SOCIETY OF NORTH MYRTLE
BEACH INC.
409 BAY STREET
NORTH MYRTLE BEACH, SC  29582

THE INSTITUTE FOR ART AND OLFACTION
932 CHUNG KING ROAD
LOS ANGELES, CA  90012

THE INTERNATIONAL SOCIETY FOR
MILITARY ETHICS
1557 BRUNSWIG LN
EMERYVILLE, CA  94608

THE ISABELLA SANTOS FOUNDATION
9935-D REA ROAD 275
CHARLOTTE, NC  28277

THE JAYA BEEMON FOUNDATION
124 W. 69TH STREET
CHICAGO, IL  60619

THE JILL FOUNDATION
960 N TUSTIN ST 342
ORANGE, CA  92867

THE JK MOVEMENT
1063 IGLEHART AVE
SAINT PAUL, MN  55104

THE JONAH PROJECT
PO BOX 18374
SPOKANE, WA  99228

THE JUDE PROJECT
P.O. BOX 532
DULLES, VA  20146

THE KIDS CO-OP INC.
3634 23RD ST.
SAN FRANCISCO, CA  94110

THE KIRAN ANJALI PROJECT
P.O. BOX 757
MERCER ISLAND, WA  98040

THE LAST ICE
1446 MARKET STREET
SAN FRANCISCO, CA  94102

THE LAZARUS FAMILY FOUNDATION
2738 OAK.RD. APT161
WALNUT CREEK, CA  94597

THE LEARNING COLLABORATIVE
P.O. BOX 220488
CHARLOTTE, NC  28222

THE LEARNING FUND FOUNDATION
1370 N RIVERWOODS RD
LINCOLNSHIRE, IL  60069

THE LEARNING SOURCE
929 29TH STREET
DENVER, CO  80205

THE LEGACY FOUNDATION OF SC
PO BOX 277
PINELAND, SC  29934

THE LITTLE FOX - TOBYS FOUNDATION
142 KELVINGTON DRIVE
MONROEVILLE, PA  15146

THE LORDS GYM VANCOUVER
2410 GRAND BLVD
VANCOUVER, WA  98661

THE LOVE PIT
2029 E LEVEE ST
DALLAS, TX  75207

THE LUCSTRONG FOUNDATION
PO BOX 7374
THOUSAND OAKS, CA  91359

THE LUKEZIC FAMILY FOUNDATION
55 WALL STREET APT 708
NEW YORK, NY  10005

THE LUNAR COLLECTIVE
P.O. BOX 5473
RICHMOND, CA  94805

THE MAALE FOUNDATION
601 CENTER DR
CACTUS, TX  79013

THE MACJANNET FOUNDATION
396 WASHINGTON ST SUITE 200
WELLESLEY HILLS, MA  02481

THE MADE TO PLAY FOUNDATION
208 W. STEPHENSON AVE.
HARRISON, AR  72601

THE MAN UP CLUB
1018 N. 5TH ST.
ROSEVILLE, MN  55411

THE MATIAS ROSADO FOUNDATION
6008 PINEWOOD COURT
WEDDINGTON, NC  28104

THE MATZEVAH FOUNDATION INC.
2020 FIELDSTONE PARKWAY STE 900-246
FRANKLIN, TN  37069

THE MICHELLE ONEILL FOUNDATION INC.
PO BOX 478
LONG BEACH, NY  11561

THE MITZVAH PROJECT INC.
6795 HUNTINGTON LN APT 103
DELRAY BEACH, FL  33446

THE MOJAVE PROJECT
POB 1085
JOSHUA TREE, CA  92252

THE MULTI CULTURAL CENTER
951 TRISTAR DRIVE
WEBSTER, TX  77598

THE MYA LIN TERRY FOUNDATION
1637 FINDERNE STREET
OAKHURST, NJ  07755

THE NATALIE PROJECT
P.O. BOX 5473
RICHMOND, CA  94805

THE NATIONAL ADRENAL DISEASES
FOUNDATION
P.O. BOX 95149
NEWTON, MA  02495

THE NATIONAL AGRICULTURAL CENTER AND
HALL OF FAME
630 N 126TH ST.
BONNER SPRINGS, KS  66012

THE NATIONAL ASSOC. OF BUNCO
INVESTIGATORS INC.
614 APPLETON PL
OVIEDO, FL  32765

THE NATIONAL COALITION FOR DIALOGUE
AND DELIBERATION INC.
203 FRONT STREET
BOILING SPRINGS, PA  17007

THE NATIONAL COALITION OF
100 BLACK WOMEN DECATUR-DEKALB
CHAPTER INC.
PO BOX 360752
DECATUR, GA  30036

THE NATIVE AMERICAN HUMANE SOCIETY
776 MCHENRY ST.
BALTIMORE, MD  21230

THE NEPHROTIC SYNDROME FOUNDATION
325 MARKS RD.
ALAMO, CA  94507

THE NOCTURNISTS
THE NOCTURNISTS C/O SOCIAL GOOD FUND
12651 SAN PABLO AVE. 5473
RICHMOND, CA  94850

THE OKRA PROJECT
223 BEDFORD AVE STE A PMB 1049
BROOKLYN, NY  11211

THE ONE WISH PROJECT
1130 REXFORD DRIVE SUITE 4
LOS ANGELES, CA  90035

THE PACIFIC COAST CONSERVATION
ALLIANCE
66 TERRACE HILL DRIVE
PASO ROBLES, CA  93446

THE PARTNERSHIP FOR A DRUG FREE ST.
JOSEPH COUNTY
227 W. JEFFERSON BLVD
SOUTH BEND, IN  46601

THE PAW MISSION
13229 7TH PL
YUCAIPA, CA  92399

THE PENCIL BOX INC.
2002 E SIXTH ST.
TULSA, OK  74104

THE PINKNEY FOUNDATION
306 12TH STREET
OAKLAND, CA  94607

THE PINKROSE FOUNDATION
P.O. BOX 1527
SOUTH DENNIS, MA  02660

THE PLATFORM OF HOPE
1640 COLUMBIA ROAD NW
WASHINGTON, DC  20009

THE POPE VALLEY FARM CENTER
5820 CHILES POPE VALLEY RD.
SAINT HELENA, CA  94567

THE PORCH
2811 DOGWOOD PL.
NASHVILLE, TN  37203

THE POTTERS RECOVERY CENTER INC
15218 SUMMIT AVE. STE 300-211
FONTANA, CA  92336

THE POWER OF LIFE FOUNDATION
1116 20TH ST SUITE 432
BIRMINGHAM, AL  35205

THE PRIDE TREE
7995 BLUE DIAMOND ROAD STE 102 MAIL
BOX 633
LAS VEGAS, NV  89178

THE PROTEGE PROJECT
2911 MILLS AVE NE
WASHINGTON, DC  20018

THE QUINAN STREET PROJECT -
FISCAL SPONSOR: INTERSECTION FOR THE
ARTS
1448 MARKET ST
SAN FRANCISCO, CA  94103

THE QUINAN STREET PROJECT
FISCAL SPONSOR: INTERSECTION FOR THE
ARTS
1448 MARKET ST
SAN FRANCISCO, CA  94103

THE REACH INSTITUTE
54 WEST 40TH STREET 1
NEW YORK, NY  10018

THE REBOUND FOUNDATION
P.O. BOX 14482
SPRINGFIELD, MO  65814

THE RILEY KATHERYN FOUNDATION
PO BOX 538
SOUTH LYON, MI  48178

THE ROYAL OAK INITIATIVE (ROI)
80 PARSONS AVE
COLUMBUS, OH  43215

THE SACRAMENTO BLUES SOCIETY
P.O. BOX 60580
SACRAMENTO, CA  95860

THE SAFE HOUSE EDUCATION (S.H.E.) FUND
225 LAUREL DR.
FAIRFAX, CA  94930

THE SANCTUARY AT SOLEDAD GOATS -
WHERE EVERY ANIMAL HAS A HOME
1525 SE COUNTY ROAD 405
MAYO, FL  32066

THE SASAMANI FOUNDATION
P.O. BOX 315
OLD MYSTIC, CT  06372

THE SATANIC TEMPLE
64 BRIDGE ST
SALEM, MA  01970

THE SEAN HANNA FOUNDATION
PO BOX 223
PISCATAWAY, NJ  08854

THE SESSIONS  ENRICH EDUCATE
EMPOWER
1060 PINELLAS BAYWAY 101
SAINT PETERSBURG, FL  33715

THE SMALL MONSTERS PROJECT
P.O. BOX 5473
RICHMOND, CA  94805

THE SOUTH COAST LGBTQ NETWORK
1213 PURCHASE ST. UNIT 2
NEW BEDFORD, MA  02740

THE STAR CHAPTER FOUNDATION
PO BOX 17002
CINCINNATI, OH  45217

THE STORK FOUNDATION FOR INFERTILITY
6265 OLD CARPENTER RD.
EDWARDSVILLE, IL  62025

THE STRONG AND BRAVE FOUNDATION INC.
PO BOX 563
MANORVILLE, NY  11949

THE SUSAN MOSURE MEMORIAL FUND
6660 DOUBLETREE AVE
COLUMBUS, OH  43229

THE THANKFUL ONES
4011 PASEO CAMPANARIO DR.
RICHMOND, TX  77406

THE THERAPEUTIC PLAY FOUNDATION INC.
530 S LAKE AVENUE SUITE 236
PASADENA, CA  91101

THE TORCH FOUNDATION
3435 WILSHIRE BLVD 14TH FLOOR
LOS ANGELES, CA  90010

THE TRINITY RESET
234 RIVER MEADOW DR
LAGRANGE, GA  30241

THE TWIN CITIES COMMUNITY GOSPEL
CHOIR
12299 CHAMPLIN DRIVE SUITE 87
SAINT PAUL, MN  55316

THE UNCHARTED TRAIL CO.
3016 AMELLIA DR.
JACKSONVILLE, FL  32257

THE URBAN FARMERS
P.O. BOX 1632
SANTA CRUZ, CA  95061

THE VANDERPUMP DOG FOUNDATION
8134 W 3RD ST
LOS ANGELES, CA  90048

THE VASCULAR ACCESS ADVANCEMENT
GROUP
23075 JACOBSON RD
BROOKSVILLE, FL 34601

THE VILLAGE METHOD (TVM)
33170 ALVARADO NILES RD. 795
UNION CITY, CA 94587

THE VISIBILITY IMPACT FUND
P.O. BOX 5473
RICHMOND, CA 94805

THE WAHINE PROJECT INC.
333 JUNIPERO AVE
PACIFIC GROVE, CA 93950

THE WAY COFFEE CO
15174 CHARLUENE DRIVE
FENTON, MI 48430

THE WIDOW MOTHER FOUNDATION
2893 ISLAND POINT DR NW
CONCORD, NC 28027

THE WILD HUNT
2830 20TH STREET STE 201
SAN FRANCISCO, CA 94110

THE WILHELM AND KARL MAYBACH
FOUNDATION
2423 POLK STREET
SAN FRANCISCO, CA 94109

THE WISDOM CENTER FOR AUTISM
810 KOKOMO ROAD
HAIKU, HI 96708

THE WOMENS COUNCIL OF THE FIRST
COAST
7235 BENTLEY ROAD SUITE 220
JACKSONVILLE, FL 32256

THE XENA FOUNDATION
7945 30TH AVENUE SW
SEATTLE, WA 98126

THEEPICFOUNDATION
PO BOX 160273
ATLANTA, GA 30316

THERAPY ON THE MOVE
1921 MAPLE SHADE DRIVE
VIRGINIA BEACH, VA 23453

THINK WATTS FOUNDATION
1225 E. 100TH ST
LOS ANGELES, CA 90002

THINKBIG PEDIATRIC CANCER FUND
530 MONTOUR BLVD SUITE B
BLOOMSBURG, PA 17815

THIS IS RENO
2830 20TH STREET STE 201
SAN FRANCISCO, CA 94110

THIS IS THE WAY FOUNDATION
1800 S PARKVIEW BLVD
BRANDON, SD 57005

THREE HOTS AND A COT
7353 KIMBERLY AVE
BIRMINGHAM, AL 35206

THREE LITTLE BIRDS PERINATAL &
PALLIATIVE CARE
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA 19148

THREE LITTLE PITTIES RESCUE
509 RUSTIC LANE
FRIENDSWOOD, TX 77546

THRIVE NETWORK
436 14TH STREET 5TH FLOOR
OAKLAND, CA 94612

THUGGIN FOR CHRIST
4411 WALZEM RD
SAN ANTONIO, TX 78218

TIDEWATER CLASSICAL GUITAR
PO BOX 777
NORFOLK, VA 23501

TIFFANIE TURNERPAPEL SF
1446 MARKET STREET
SAN FRANCISCO, CA 94102

TIGHT LIPPED
P.O. BOX 5473
RICHMOND, CA 94805

TINA FULLER FOUNDATION
707 NW 10TH COURT
HALLANDALE, FL 33009

TINY PAWS PUG RESCUE
P.O. BOX 281
APTOS, CA 95001

TIPTAP
C/O PADDLE.COM MARKET LTD
JUDD HOUSE, 18-29 MORA ST
LONDON
UNITED KINGDOM

TIYUV
116 N. FEW ST. SUITE 3
MADISON, WI 53703

TO SHOW WE CARE
15 DALE AVENUE 836
GLOUCESTER, MA 01931

TOBYS PLACE INC.
P.O. BOX 2578
MCCALL, ID  83638

TODAYS FUTURE SOUND - FISCAL SPONSOR:
OAKLAND PARKS AND RECREATION
FOUNDATION
2625 ALCATRAZ AVE PMB 139
BERKELEY, CA  94705

TODEC LEGAL CENTER PERRIS
MAILING ADDRESS: PO BOX 1733
PERRIS, CA  92570

TOGONETWORK
P.O.BOX 1001
VIRGINIA BEACH, VA  23451

TOLEDO HARBOR LIGHTHOUSE
PRESERVATION SOCIETY
1750 PARK RD. 2
OREGON, OH  43616

TOMB OF THE UNKNOWN SOLDIER
FOUNDATION
PO BOX 409
SIMPSONVILLE, MD  21150

TOP FOUNDATION
359 REDONDO AVE.
LONG BEACH, CA  90814

TOPEKA CENTER FOR PEACE AND JUSTICE
2914 SW MACVICAR AVE.
TOPEKA, KS  66611

TOPEKA DOULA PROJECT
2303 SW COLLEGE AVE
TOPEKA, KS  66611

TOPHAND SPORTS
206 W ATLANTIC ST
EMPORIA, VA  23847

TORREY PINES POP WARNER
3830 VALLEY CENTER DR. PMB 551 705
SAN DIEGO, CA  92130

TORUS TEENS
P.O. BOX 5473
RICHMOND, CA  94805

TOUCHING LIVES WORLDWIDE INC.
2908 MILLENNIUM CIRCLE
MELBOURNE, FL  32940

TOUGH2GETHER FOUNDATION
2201 COLUMBIAN ROAD
WAMEGO, KS  66547

TOYS FOR JOY INC.
3200 MAIN STREET 110
MINNEAPOLIS, MN  55448

TRACIS PAWS INC.
7922 BLUE JAY PL
SAN DIEGO, CA  92123

TRACKSIDE TEEN CENTER OF WILTON INC.
15 STATION ROAD
WILTON, CT  06897

TRACY COMMUNITY CONNECTIONS CENTER
INC
95 W 11TH ST. SUITE 206
TRACY, CA  95376

TRAGIC TO MAGIC
160 WEST 71ST STREET APT 12F
NEW YORK, NY  10023

TRAILMIXER - OUT HIKING FOR OUR
COMMUNITY
1414 ELLSMERE AVE
LOS ANGELES, CA  90019

TRAILS FOR ALL
PO BOX 386
WESTCLIFFE, CO  81252

TRANFORMATIONAL PRISON PROJECT
P.O. BOX 399385
SAN FRANCISCO, CA  94139

TRANS ADVOCACY AND CARE TEAM
P.O. BOX 5473
RICHMOND, CA  94805

TRANSCENDING THROUGH EDUCATION
FOUNDATION
127 DORRANCE ST. 4TH FLOOR
PROVIDENCE, RI  02903

TRANSEC BPO SOLUTIONS INC.
3103 31ST FLOOR ONE CORPORATE CENTRE
MERALCO AVE, ORTIGAS CENTER
PASIG CITY, METRO MANILLA  1600
PHILIPPINES

TRANSFORM NETWORK
9805 STATESVILLE RD. SUITE 4030
CHARLOTTE, NC  28269

TRANSFORMATIONS BY BOISE ANGELS
7154 W STATE ST 252
BOISE, ID  83714

TRANSFORMATIONS BY CHARLOTTE ANGELS
P.O. BOX 77755
CHARLOTTE, NC  28271

TRANSFORMATIONS BY CLEVELAND ANGELS
25935 DETROIT ROAD PMB 220
CLEVELAND, OH  44145

TRANSFORMATIVE EDUCATIONAL
LEADERSHIP
P.O. BOX 399385
SAN FRANCISCO, CA  94139

TRANSFORMATIVE JUSTICE ALLIANCE
PLANNING PROJECT
P.O. BOX 5473
RICHMOND, CA  94805

TRANSGENDER ALLIES GROUP
1095 WAVERLY DRIVE
RENO, NV  89519

TRANSGENDER STRATEGY CENTER
P.O. BOX 5473
RICHMOND, CA  94805

TRANSITIONAL REENTRY ADULT PROGRAM
1331 UNION AVE SUITE 750D
MEMPHIS, TN  38104

TRANSPORTATION ENERGY PARTNERS
311 CONFERENCE CENTER BUILDING
KNOXVILLE, TN  37996

TRAUMA ART MINISTRIES INC.
CO/PITTSBURGH BAPTIST CHURCH 3100
PIONEER AVENUE
PITTSBURGH, PA  15226

TREASURE VALLEY CHILDRENS THEATER
440 W PENNWOOD ST. STE. 100
MERIDIAN, ID  83642

TREES FOR THE TRIANGLE
226 BRACKEN CT
RALEIGH, NC  27615

TRIAD INDEPENDENT CAT RESCUE INC.
2405 COTTAGE PLACE
GREENSBORO, NC  27455

TRINIDAD COASTAL LAND TRUST
PO BOX 457
TRINIDAD, CA  95570

TRINITY ENRICHMENT CENTER
401 TOM LANDRY 224661
DALLAS, TX  75222

TRINITY FOUNDATION
5640 COLUMBIA AVE.
DALLAS, TX  75214

TRINITY THERAPEUTIC RIDING CENTER INC.
14870 EL SOBRANTE RD
RIVERSIDE, CA  92503

TRIPS FOR KIDS MARIN
610 4TH STREET
SAN RAFAEL, CA  94901

TRISTEN SCOTT FOUNDATION NFP
8705 PYOTT RD
LAKE IN THE HILLS, IL  60156

TRUE MENTORS INC.
PO BOX 6264
HOBOKEN, NJ  07030

TRUE PROSPERITY EVANGELIST OUTREACH
INC.
8751 N 40TH ST
TAMPA, FL  33604

TRUE TO THE STREETS CORP
3939 N VIRGINIA RD
LONG BEACH, CA  90807

TRUMBULL MANOR INC
50 RICA VISTA
NOVATO, CA  94947

TU PRENSA LOCAL
PO BOX 1032
CENTER MORICHES, NY  11934

TUCSON POPS ORCHESTRA
P O BOX 43114
TUCSON, AZ  85733

TULAROSA ARTS AND HISTORY COUNCIL
PO BOX 334
TULAROSA, NM  88352

TULIPS
436 W. AZURE AVE.
NORTH LAS VEGAS, NV  89031

TULSA YOUTHWORKS
1073 NORTH OWASSO AVENUE
TULSA, OK  74106

TURFGRASS WATER CONSERVATION
ALLIANCE
1581 NW TERRACEGREEN PL
CORVALLIS, OR  97330

TURN THE BUS
21213 SE 42ND PL
ISSAQUAH, WA  98029

TUSCALOOSA ANGELS
P.O. BOX 3001
TUSCALOOSA, AL  35403

TUSCARAWAS COUNTY UNIVERSITY
FOUNDATION
330 UNIVERSITY DR. NE
NEW PHILADELPHIA, OH  44663

TUSTIN COMMUNITY FOUNDATION
PO BOX 362
TUSTIN, CA  92781

TWILIO INC
101 SPEAR ST., SUITE 500
SAN FRANCISCO, CA  94105

TWIN CITIES HABITAT FOR HUMANITY
1954 UNIVERSITY AVENUE W
SAINT PAUL, MN  55104

TWIN VALLEY COMMUNITY EDUCATION
FOUNDATION
4851 N TWIN VALLEY ROAD
ELVERSON, PA  19520

TYME FOUNDATION
373 REDONDO AVE. 458
LONG BEACH, CA  90814

TYPEFORM S.L.
CAN RABIA, 3-5, 4TH FL
BARCELONA, CATALUNA, SPAIN  08017

U.S.  DEPT HEALTH & HUMAN SERVICES
OFFICE OF THE SECRETARY
200 INDEPENDENCE AVE, SW
WASHINGTON, DC  20201

U.S.  DEPT OF STATE
DIRECTORATE OF DEFENCE TRADE
CONTROLS
COMPLIANCE & REGISTRATION DIV
2401 E STREET NW, SA-1, 12TH FL RM H1200
WASHINGTON, DC  20522-0112

U.S. - MEXICO BORDER PHILANTHROPY
PARTNERSHIP
2508 HISTORIC DECATUR ROAD SUITE 130
SAN DIEGO, CA  92106

U.S. CUSTOMS AND BORDER PROTECTION
1300 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20229

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20530-0001

U.S. ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL 2310A
1200 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20460

U.S. MASTERS SWIMMING
1751 MOUND STREET SUITE 201
SARASOTA, FL  34236

UC BERKELEY CHICANX LATINX ALUMNI
ASSOCIATION
888 CALICO DRIVE ROCKLIN
ROCKLIN, CA  95765

UGALI YOUTH
11831 WOODVALE CT
CINCINNATI, OH  45246

UKRAINE ORPHAN OUTREACH
18519 CR 5
BERTHOUD, CO  80513

UKRAINIAN RESOURCE CENTER INC.
3407 PEMBROOK DR
SARASOTA, FL  34239

UNDER THE BRIDGES AND ON THE STREETS
2261 W. 28TH STREET
LOS ANGELES, CA  90018

UNEED2
1005 E. PESCADERO AVE SUITE 167
TRACY, CA  95304

UNFIXED
P.O. BOX 5473
RICHMOND, CA  94805

UNIKIDS
10416 SANDBOURNE WY
LOUISVILLE, KY  40241

UNION DIVERSIFIED INDUSTRIES INC.
2815 WALKUP AVE.
MONROE, NC  28110

UNION SHAREWAVES FOUNDATION
6721 W 121ST
OVERLAND PARK, KS  66207

UNIQUE UMBRELLA EFFECT
709 PADDINGTON PLACE
BRANDON, FL  33510

UNITE TO LIGHT
1117 STATE ST 19
SANTA BARBARA, CA  93101

UNITED AFRICAN WOMEN
9003 ARTESIAN STREET
DETROIT, MI  48228

UNITED BY MEDIA
737 SW 17TH AVE 214
PORTLAND, OR  97205

UNITED FOR BABY
9 JONQUIL COURT
ELGIN, SC  29045

UNITED HMONG WITH DISABILITIES INC.
1425 MINNEHAHA AVE E 600203
SAINT PAUL, MN  55106

UNITED HMONG WITH DISABILITIES
PO BOX 84601
SEATTLE, WA  98124

UNITED IN HUMANITY
P.O. BOX 5473
RICHMOND, CA  94805

UNITED IRISH CULTURAL CENTER INC.
2700 45TH AVENUE
SAN FRANCISCO, CA  94116

UNITED MANAGED CARE ALZHEIMER SUPPORT INC.
5010 N. TRAVELERS PALM LN
TAMARAC, FL 33319

UNITED STATELESS
P.O. BOX 5473
RICHMOND, CA 94805

UNITED STATES SUBMARINE VETERANS CHARITABLE FOUNDATION
PO BOX 1063
GROTON, CT 06340-1063

UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
ROOM 2134
WASHINGTON, DC 20220

UNITED WAY OF 1000 LAKES
350 NW 1ST AVE. SUITE A
GRAND RAPIDS, MN 55744

UNITED WAY OF BARTOW COUNTY
PO BOX 1264
CARTERSVILLE, GA 30120

UNITED WAY OF RHEA COUNTY
224 4TH AVENUE SUITE 101
DAYTON, TN 37321

UNITED WOMEN OF COLOR
PO BOX 296
CAPSHAW, AL 35742

UNITING PRIDE OF CHAMPAIGN COUNTY
1001 SOUTH WRIGHT STREET
CHAMPAIGN, IL 61820

UNITY IS STRENGTH
P.O. BOX 5473
RICHMOND, CA 94805

UNIVERSE GIVES INC.
9120 TELFAIR AVE UNIT 1
SUN VALLEY, CA 91352

UNIVERSIDAD SIMON BOLIVAR ALUMNI ASSOCIATION OF AMERICA INC.
35 JENNINGS RD.
WALTHAM, MA 02451

UNIVERSITY CITY HOSPITALITY COALITION INC.
PMB 410 3720 SPRUCE ST
PHILADELPHIA, PA 19104

UNKNOWN
[ADDRESS REDACTED]

UNM STUDENT OCCUPATIONAL THERAPY ASSOCIATION
316 12TH ST SW
ALBUQUERQUE, NM 87102

UNSPOKEN TREASURE SOCIETY
3850 NW 83RD STREET
GAINESVILLE, FL 32606

UP ZAMBIA
P.O. BOX 5473
RICHMOND, CA 94805

UPBEAT ACADEMY FOUNDATION
715 GIROD ST. SUITE 100
NEW ORLEANS, LA 70130

UPBUILD FOUNDATION
4593 PATRICIA DR
LONG GROVE, IL 60047

UPLIFTING SOCIETY INC.
312 RAINIER DR
FAYETTEVILLE, NC 28311

UPSHUR COUNTY RECREATION COMPLEX INC.
P.O BOX 216
BUCKHANNON, WV 26201

UPSTREAM PODCAST
2830 20TH STREET STE 201
SAN FRANCISCO, CA 94110

URBAN COWGIRL RANCH FOUNDATION
24977 PALOMARES ROAD
CASTRO VALLEY, CA 94552

URBAN FINANCIAL SERVICES COALITION FOUNDATION
182 HOWARD ST 731
SAN FRANCISCO, CA 94105

URBAN FINANCIAL SERVICES COALITION
PO BOX 11450
OMAHA, NE 68111

URBAN IMPACT OF BLACK ROCK INC.
P.O. BOX 3716
BRIDGEPORT, CT 06605

URBAN INDIGO
1700 NORTHSIDE DRIVE NW STE A7-3414
ATLANTA, GA 30318

URBAN JAZZ DANCE COMPANY
1446 MARKET STREET
SAN FRANCISCO, CA 94102

URBAN MENTORS NETWORK
PO BOX 18782
OAKLAND, CA 94619

URBAN NEIGHBORHOOD INITIATIVES INC.
8300 LONGWORTH
DETROIT, MI 48209

URBAN TRIAGE
2312 SOUTH PARK STREET
MADISON, WI 53713

URBAN VILLAGE OUTREACH
1800 WALNUT STREET
KANSAS CITY, MO 64108

US DEPARTMENT OF LABOR
S-2521
200 CONSITUTION AVE, NW
WASHINGTON, DC 20210

US MENS SHEDS
3465 NORTH PINES WAY STE 104
WILSON, WY 83014

USA SURFING
1001 AVENIDA PICO STE C229
SAN CLEMENTE, CA 92673

USA TOUCH
PO BOX 11792
TEMPE, AZ 85284

USA WARRIOR STORIES
PO BOX 2755
EAST HAMPTON, NY 11937

USE YOUR GIFT FOUNDATION
PO BOX 1855
JACKSONVILLE, OR 97530

USMWF
P.O. BOX 12
TOPSFIELD, MA 01983

USPA POWERLIFTING FOUNDATION
30 WATERWORKS WAY
IRVINE, CA 92618

UTAH ASSOC. FOR THE EDUCATION OF
YOUNG CHILDREN
PO BOX 25836
SALT LAKE CITY, UT 84125

UTAH MOUNTAIN SPORTS ACADEMY
4399 N. CANYON ROAD
PROVO, UT 84604

UTAH PET PARTNERS
10102 S REDWOOD RD UNIT 95507
SOUTH JORDAN, UT 84095

VALDEZ CHARITABLE FOUNDATION
329 TENNESSEE STREET
VALLEJO, CA 94590

VALOR RANCH
109 BRIDGEPORT DR
SMITHVILLE, MO 64089

VAN COURTLANDT FOUNDATION
3306 CORYELL COVE
SAN ANTONIO, TX 78253

VAN NESS MAIN STREETS INC.
4401 A CONNECTICUT AVENUE NW 126
WASHINGTON, DC 20008

VAW/VRC FOUNDATION INC.
9696 BUSINESSPARK AVE
SAN DIEGO, CA 92131

VAYLA NEW ORLEANS
650 POYDRAS ST. SUITE 1400 PMB 1553
NEW ORLEANS, LA 70130

VC INCLUDE
[ADDRESS REDACTED]

VENICE CAT COALITION
1131 COLUMBINE RD.
VENICE, FL 34293

VENICE INSTITUTE FOR PERFORMING ARTS
CENTER MANAGEMENT
100 VENICE AVENUE WEST SUITE G
VENICE, FL 34285

VENISON PROVISIONS
1884 COUNTY ROAD 6
SHORTER, AL 36075

VENTURA COUNTY FAMILY JUSTICE CENTER
FOUNDATION
3170 LOMA VISTA ROAD
VENTURA, CA 93003

VENTURE FREE FOUNDATION
307 COUNTY RD
WOODSIDE, CA 94062

VERDUN ADVENTURE BOUND
17044 ADVENTURE BOUND TRAIL
RIXEYVILLE, VA 22737

VERIFALIA
COBISI RESEARCH
VIADELLA COSTITUZIONE, 31
VIGONZA, ITALY 35010

VERIZON WIRELESS
ATTN: BANKRUPTCY
500 TECHNOLOGY DR., SUITE 550
WELDON SPRINGS, MO 63304

VERMONT AMBUCS A CHAPTER OF
NATIONAL AMBUCS
46 WALLIS DRIVE
WAITSFIELD, VT 05673

VERMONT DAY SCHOOL
6701 SHELBURNE ROAD
SHELBURNE, VT 05482

VETERAN AIR WARRIORS
1001 SOUTH 24TH STREET WEST
BILLINGS, MT 59102

VETERAN BUSINESS PROJECT
2020 CALAMOS COURT SUITE 120
NAPERVILLE, IL 60563

VETERANS GREEN PROJECTS INITIATIVE
FOUNDATION
826 RANCHEROS RD.
SAN MARCOS, CA 92069

VETERANS OF ARMENIA
1146 N. CENTRAL AVE 684
GLENDALE, CA 91202

VETERANS ON THE RISE
5002 SHERIFF RD NE
WASHINGTON, DC 20019

VETERANS RESEARCH AND EDUCATION
FOUNDATION OF ST LOUIS
501 N GRAND BLVD - SUITE 300
SAINT LOUIS, MO 63103

VETERANS TV INC.
101 W MCKNIGHT WAY STE B 402
GRASS VALLEY, CA 95949

VETERANS
PO BOX 2166
LAKESIDE, AZ 85929

VETERANS4USA
4 KENSINGTON CIR APT C
MOUNT PLEASANT, MI 48858

VETERINARY EMERGENCY TREATMENT
FUND
6102 MORNINGSIDE DRIVE VA
HENRICO, VA 23226

VETOGA
220 32ND STREET
MANHATTAN BEACH, CA 90266

VETS COMMUNITY CONNECTIONS (VCC)
401 MILE OF CARS WAY
NATIONAL CITY, CA 91950

VICTORY CENTER RESCUE MISSION INC.
516 9TH AVE SOUTH
CLINTON, IA 52732

VIDA AUTENTICA
853 MOULTRIE STREET
SAN FRANCISCO, CA 94110

VILLAGE MICRO FUND
1679 N OLYMPIAN WAY SW
ATLANTA, GA 30310

VINTAGE PAWS SANCTUARY INC.
7950 STATE ROAD 72
SARASOTA, FL 34241

VIRGINIA AFRICAN AMERICAN CULTURAL
CENTER
P.O. BOX 61701
VIRGINIA BEACH, VA 23466

VIRGINIA FARMERS MARKET ASSOCIATION
14241 MIDLOTHIAN TRNPK. 153
MIDLOTHIAN, VA 23113

VISIBLE.VC, INC.
2045 W GRAND AVE., SUITE B
CHICAGO, IL 60612

VISION CARTHAGE
221 W. 4TH STREET SUITE 15
CARTHAGE, MO 64836

VISION LEADS FOUNDATION
PO BOX 562
ELM GROVE, WI 53122

VISIONBOX STUDIO
7108 E. LOWRY BLVD. 2114
DENVER, CO 80230

VISIONPASSAGE, LLC
112 PARKHAVEN DR
DANVILLE, CA 94506

VISUALITY OF SWFL
P.O. BOX 9385
FORT MYERS, FL 33902

VITAL SEED MINISTRIES INTERNATIONAL INC.
8418 BEAR TREE CIRCLE SUITE 100
SAN ANTONIO, TX 78255

VITENDO 4 AFRICA
7220 N. LINDBERGH BLVD SUITE 270
HAZELWOOD, MO 63042

VIVIENNES JOY FOUNDATION
1041 GRAND AVE 111
SAINT PAUL, MN 55105

VOICE OF THE EXPERIENCED (VOTE)
2022 ST. BERNARD AVE.
NEW ORLEANS, LA 90116

VOICES OF THE COMMUNITY
1446 MARKET STREET
SAN FRANCISCO, CA 94102

VOLUNTEERING UNTAPPED- ATX
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA 19148

VOOM FOUNDATION
1602 ROCK PRAIRIE ROAD SUITE 130A
COLLEGE STATION, TX  77845

VORTEX THEATRE
2900 CARLISLE BOULEVARD NORTHEAST
ALBUQUERQUE, NM  87110

VOTE EARLY DAY
P.O. BOX 399385
SAN FRANCISCO, CA  94139

VT SEVA
P.O. BOX 1125
COPPELL, TX  75019

WAFA HOUSE
23 HOWE AVE
PASSAIC, NJ  07055

WAKE
P.O. BOX 399385
SAN FRANCISCO, CA  94139

WALK WITH AUSTIN INC.
2201 FRANCISCO DR. STE 140-578
EL DORADO HILLS, CA  95762

WALKIN & ROLLIN COSTUMES INC.
26050 W. 143RD PLACE
OLATHE, KS  66061

WALLS FOR JUSTICE
1901 S 9TH STREET BOK ROOM 212
PHILADELPHIA, PA  19148

WALLS OF HOPE
1446 MARKET STREET
SAN FRANCISCO, CA  94102

WAM BLOCK PARTY
7296 W MANCHESTER AVE
LOS ANGELES, CA  90045

WAREHAM AREA COMMITTEE FOR THE
HOMELESS INC.
777 MAIN STREET
WAREHAM, MA  02571

WARM HEART WORLDWIDE
434 CEDAR AVENUE
HIGHLAND PARK, NJ  08904

WARRIOR COLLECTIVE INC.
54 DANBURY RD SUITE 454
RIDGEFIELD, CT  06877

WARRIOR HEALTH FOUNDATION
3535 MILITARY TRL STE 103
JUPITER, FL  33458

WARRIOR PATH HOME
917 GRAY FOX CT
HOWELL, MI  48843

WARRIOR WELLNESS PROGRAM
1750 ARCADIA ROAD
HOLIDAY, FL  34690

WARRIORS IN NATURE PROJECT
415 WESTERN PKWY
SEYMOUR, IN  47274

WASATCH WIGEONS
475 WEST 2125 NORTH
OGDEN, UT  84414

WASHINGTON DEPT OF FINANCIAL
INSTITUTIONS
SECURITIES DIVISION
PO BOX 41200
OLYMPIA, WA  98504-1200

WASHINGTON DEPT OF LABOR AND
INDUSTRIES
7273 LINDERSON WAY SW
TUMWATER, WA  98501-5414

WASHINGTON DEPT OF LABOR AND
INDUSTRIES
PO BOX 44000
OLYMPIA, WA  98504-4000

WASHINGTON STATE CRIME PREVENTION
ASSOC
SEATTLE PD- SOUTH PRECINCT 3001 SOUTH
MYRTLE ST
3001 SOUTH MYRTLE STREET
SEATTLE, WA  98108

WASHINGTON STATE DEPT OF REVENUE
EXECUTIVE OFFICE
PO BOX 47450
OLYMPIA, WA  98504-7450

WASHINGTON STATE DEPT OF REVENUE
PO BOX 47478
OLYMPIA, WA  98504-7478

WASHINGTON YOUTH ACADEMY
FOUNDATION
1207 CARVER STREET W
BREMERTON, WA  98312

WASTECAP RESOURCE SOLUTIONS INC.
2123 W. MICHIGAN ST. SUITE 100
MILWAUKEE, WI  53233

WATER CHARITY
404 S. MAIN ST. 118
YREKA, CA  96097

WATER FOR A WARRIOR
1079 SUNRISE AVE. STE. B 224
ROSEVILLE, CA  95661

WATER UNDERGROUND
3080 ARLOTTE AVENUE
LONG BEACH, CA  90808

WATERISLIFE
P.O. BOX 7481
EDMOND, OK  73083

WATERVILLE VALLEY ADAPTIVE SPORTS
1 SKI AREA RD
WATERVILLE VALLEY, NH  03215

WATTS COMMUNITY CORE
9501 CERRITOS AVE
ANAHEIM, CA  92804

WAVE FINANCIAL INC.
155 QUEENS QUAY EAST
TORONTO, ON  M5A 1B4
CANADA

WAVE PROJECT
20588 HALL ROAD
CLINTON TOWNSHIP, MI  48038

WAVYS INC
5682 FLETCHER OAKS DRIVE
TALLAHASSEE, FL  32317

WAY 2 LOVE INC
1503 MACDONALD AVE.
RICHMOND, CA  94801

WE ALL RISE AFRICAN AMERICAN
RESOURCE CENTER
430 S WEBSTER AVE
GREEN BAY, WI  54301

WE ARE A.L.I.V.E. INC.
1211 TECH BLVD
TAMPA, FL  33619

WE ARE LAUREL CANYON
8751 WONDERLAND PARK AVE
LOS ANGELES, CA  90046

WE ARE LIMITLESS
10153 1/2 RIVERSIDE DRIVE 752
TOLUCA LAKE, CA  91602

WE CARE - LAGOINHA ORLANDO CHURCH
67808 GRAND NATIONAL DR
ORLANDO, FL  32819

WE LEAD OURS
55 SANTA CLARA AVE SUITE 127
OAKLAND, CA  94610

WE MOURN TOGETHER PROJECT
P.O. BOX 1143
DOYLESTOWN, PA  18901

WECONNECT RECONNECT
111 N REUS ST
PENSACOLA, FL  32502

WECOUNT
PO BOX 344116
FLORIDA CITY, FL  33034

WEEBLY
C/O BLOCK INC
1955 BROADWAY
OAKLAND UPTOWN, CA  94612

WEEKEND ADVENTURES
P.O. BOX 5473
RICHMOND, CA  94805

WELCOME HOME ALLIANCE FOR VETERANS
4 HILLCREST PLAZA WAY
MONTROSE, CO  81401

WELLESLEY COMMUNITY CHILDRENS
CENTER INC.
106 CENTRAL STREET
WELLESLEY, MA  02481

WELLESLEY PARENTS OF PERFORMING
STUDENTS
P.O. BOX 812136
WELLESLEY, MA  02482

WELLS 4 WELLNESS INC.
P.O. BOX 233
MOLINE, IL  61266

WELLSPRING FOUNDATION
P.O. BOX 232
ALBURTIS, PA  18011

WEST LIBERTY YOUTH DREAM CATCHERS
1330 100TH STREET
WEST LIBERTY, IA  52776

WEST MICHIGAN ALLIANCE FOR VETERANS
2633 MIDDLEBORO LANE NE WEST
MICHIGAN ALLIANCE FOR
VETERANS
GRAND RAPIDS, MI  49506

WEST POINT RETREATS
1132 GREEN RIDGE RD
EAST BERLIN, PA  17316

WEST POINT SCHOOL OF MUSIC
1233 W 109TH PL
CHICAGO, IL  60643

WEST REHOBOTH COMMUNITY LAND TRUST
P.O. BOX 633
REHOBOTH BEACH, DE  19971

WEST VIRGINIA BOTANIC GARDEN INC.
714 VENTURE DRIVE PMB 121
MORGANTOWN, WV  26508

WESTBY NORSE FUND INC
PO BOX 45
WESTBY, WI  54667

WESTCHESTER TORAH ACADEMY
1000 PINEBROOK BLVD.
NEW ROCHELLE, NY  10804

WESTERN DISTRICT OF WASHINGTON
TEAL LUTHY MILLER
UNITED STATES ATTORNEYS OFFICE
1201 PACIFIC AVE, STE 700
TACOMA, WA  98402

WESTERN DISTRICT OF WASHINGTON
TEAL LUTHY MILLER
UNITED STATES ATTORNEYS OFFICE
700 STEWART ST, STE 5220
SEATTLE, WA  98101-1271

WETHECHANGE
P.O. BOX 5473
RICHMOND, CA  94805

WHATCOM FAMILY & COMMUNITY NETWORK
2303 MOORE STREET
BELLINGHAM, WA  98229

WHEAT RIDGE COMMUNITY FOUNDATION
C/O WR REC CENTER 4005 KIPLING ST.
WHEAT RIDGE, CO  80033

WHEELING FORWARD
540 COURT ST  2002
BROOKLYN, NY  11231

WHEN SHE THRIVES
P.O. BOX 675
CORAOPOLIS, PA  15108

WHENWELOVE
1100 E. LANCASTER AVE
FORT WORTH, TX  76102

WHIN FOOD COUNCIL
P.O. BOX 5473
RICHMOND, CA  94805

WHISKER CITY FELINE RESCUE
1620 N. 183RD STREET
SHORELINE, WA  98133

WHITE BIRD CLINIC
341 E 12TH AVE
EUGENE, OR  97401

WHITEFISH BAY CIVIC FOUNDATION
5300 N MARLBOROUGH DRIVE
MILWAUKEE, WI  53217

WHITMAN COUNTY HUMANE SOCIETY INC.
1340 OLD MOSCOW RD
PULLMAN, WA  99163

WHY NOT PROSPER INC.
717 E. CHELTEN AVENUE
PHILADELPHIA, PA  19144

WI ECOLATINOS
116 N. FEW ST. SUITE 3
MADISON, WI  53703

WICONDUIT
11150 CANYON RD FORESTVILLE
CALIFORNIA USA
FORESTVILLE, CA  95436

WIKS-USA INC.
P.O. BOX 200413
NEW HAVEN, CT  06520

WILD ALABAMA
552 LAWRENCE ST
MOULTON, AL  35650

WILD AND FREE FOUNDATION
502 W MANOR DR
PITTSBURGH, PA  15238

WILD ME
1726 NORTH TERRY STREET
PORTLAND, OR  97217

WILD RAMP PUBLISHING
2830 20TH STREET STE 201
SAN FRANCISCO, CA  94110

WILDLIFE WATCH
PO BOX 562
NEW PALTZ, NY  12561

WILLIAM F. MURPHY, ESQUIRE
DILLINGHAM & MURPHY LLP
115 SANSOME STREET, SUITE 700
SAN FRANCISCO, CA  94104

WILLIAM HARRIS HOMESTEAD
3636 GA HWY 11
ATLANTA, GA  30656

WILLIDEN PROPERTIES
140 SALT FORK DRIVE
LIBERTY HILL, TX  78642

WIND RIVER CULTURAL CENTERS
FOUNDATION
BOX 1863
LANDER, WY  82520

WINDY25 MEMORIAL FUND
61903 FALL CREEK LOOP
BEND, OR  97702

WINGS FOR EWING SARCOMA
3 POWDERHORN ROAD
ARDSLEY, NY  10502

WINNER MINDSET
7350 MONTGOMERY ROAD SUITE 499
CINCINNATI, OH  45236

WINTERS CENTER FOR AUTISM
92 MAHAN STREET
WEST BABYLON, NY  11704

WISCONSIN MENS LACROSSE FOUNDATION
116 N. FEW ST. SUITE 3
MADISON, WI  53703

WISESUPPORT
64 BRIDGE STREET
SALEM, MA  01970

WITHIN PROJECT
P.O. BOX 5473
RICHMOND, CA  94805

WNY MOBILE OVERDOSE PREVENTION
SERVICES
800 SYCAMORE STREET
BUFFALO, NY  14212

WOMAN WITHIN INTERNATIONAL LTD.
2222 W. GRAND RIVER AVE STE A
OKEMOS, MI  48864

WOMEN BLESSING WOMEN
6187 ATLANTIC AVE 332
LONG BEACH, CA  90805

WOMEN IN SCIENCE PORTLAND
537 5331 S MACADAM AVE STE 258
PORTLAND, OR  97239

WOMEN INVESTED TO SAVE EARTH FUND
CORPORATION
1966 TICE VALLEY BLVD. 132
WALNUT CREEK, CA  94595

WOMEN OF COLOR INTERNATIONAL
STOCKTON
6333 PACIFIC AVENUE 188
STOCKTON, CA  95207

WOMEN OFFICIALS NETWORK FOUNDATION
30325 PONDS VIEW DRIVE
FRANKLIN, MI  48025

WOMENS DEBATE INSTITUTE
47 HARRINGTON STREET
SAN FRANCISCO, CA  94112

WOMENS INITIATIVE FOR SELF
EMPOWERMENT
570 N ASBURY ST SUITE 202
SAINT PAUL, MN  55104

WOMENS PRISON ASSOCIATION AND HOME
INC.
110 SECOND AVENUE
NEW YORK, NY  10003

WOODLAWN COMMUNITY TABLE INC.
139 54TH STREET NORTH
BIRMINGHAM, AL  35212

WOOF DOG RESCUE INC.
14 EAST 60TH STREET SUITE 500
NEW YORK, NY  10022

WORK IT WELL PROJECT
248 3RD ST 624
OAKLAND, CA  94607

WORLD ACCESS FOR THE BLIND
VISIONEERS.ORG
650 N. ROSE DRIVE 208
PLACENTIA, CA  92870

WORLD ARTS WEST
1446 MARKET STREET
SAN FRANCISCO, CA  94102

WORLD CANNABIS FOUNDATION
825 NORTH LA JOLLA AVENUE
LOS ANGELES, CA  90046

WORLD CHRISTIAN OUTREACH
2336 CHAD COURT
NAPA, CA  94558

WORLD ORPHANS EDUCATION FUND
9620 BARREL HOUSE ROAD P
LAUREL, MD  20723

WORLDWIDE MUSICIANS UNITED
943A URANIA AVENUE
ENCINITAS, CA  92024

WORTHINGTON PARTNERSHIP
777 HIGH STREET
COLUMBUS, OH  43085

WORTHY STABLES
502 SHEEPLO LOOP
PETAL, MS  39465

WOUNDED HEROES HUNTING CAMP INC.
8839 OLD NATIONAL PIKE
BOONSBORO, MD  21713

WOUNDED WARRIORS UNITED-MINNESOTA
6043 WOODBURY DRIVE
WRIGHT, MN  55798

WRIGHTWOOD BLUES SOCIETY
P.O. BOX 3432
WRIGHTWOOD, CA  92397

WUMANITI EARTH NATIVE SANCTUARY NAC
203 LEDOUX ST.
TAOS, NM  87571

WWW.ABFACHARITY.ORG
PO BOX 173
ALDIE, VA  20108

WWW.ATEFEO.ORG
3916 SHEPWAY LOOP
GREENSBORO, NC 27405

WWW.FREEDOMFIGHTINGMISSIONARIES.ORG
222 S CHURCH ST CHARLOTTE NC 28202
CHARLOTTE, NC 28210

YACHAD INC.
8720 GEORGIA AVENUE SUITE 705
SILVER SPRING, MD 20910

YE MOBILITY ASSISTANCE
1028 NATIONS DR
CHARLOTTE, NC 28217

YES WE CARE INC
55 ILLINOIS ST
WORCESTER, MA 01610

Y-KNOT MISSIONS
PO BOX 132767
DALLAS, TX 75313

YOPRO GLOBAL FOUNDATION
100 SE 3RD AVE
FORT LAUDERDALE, FL 33394

YORK OPIOID COLLABORATIVE
227 W. MARKET STREET SUITE 101
YORK, PA 17401

YOU ARTISTRY COLLABORATIVE INC.
9510 MARY GENEVA LANE
OWINGS MILLS, MD 21117

YOUNG MASTERMINDS INITIATIVE INC
137 MONTAGUE ST. SUITE 185
BROOKLYN, NY 11201

YOUNG PARENT COLLECTIVE
116 N. FEW ST. SUITE 3
MADISON, WI 53703

YOUR CHILDRENS TREES
69 CALAVERAS AVE
GOLETA, CA 93117

YOUR LOCAL EPIDEMIOLOGIST
P.O. BOX 5473
RICHMOND, CA 94805

YOUR MONEY MATTERS
420 E MAIN ST
AUBURN, WA 98002

YOUTH AND FAMILY CIRCLE INC.
1935 COUNTY ROAD B2 WEST SUITE 108
ROSEVILLE, MN 55113

YOUTH DEMOCRACY INSTITUTE
P.O. BOX 5473
RICHMOND, CA 94805

YOUTH FOR TECHNOLOGY FOUNDATION
(YTF)
1300 W MUHAMMAD ALI BLVD.
LOUISVILLE, KY 40203

YOUTH HELP FOUNDATION
710 12TH STREET SOUTH APT 2001
ARLINGTON, VA 22202

YOUTH IN ARTS
917 C STREET
SAN RAFAEL, CA 94901

YOUTH VOLUNTEER CORPS OF GREATER
PHILADELPHIA
1501 S BEAVER HILL ROAD
CHESTER SPRINGS, PA 19425

YOUTH WITH A MISSION MODESTO
300 TRASK LANE
MODESTO, CA 95354

YOUTHHAVEN PUBLIC ECOVILLAGEA®
941 EDGETREE LANE
CINCINNATI, OH 45238

YOUTHREACH COSTA RICA
PO BOX 357
SUMMERDALE, AL 36580

YUVAAN TIWARI FOUNDATION
P.O. BOX 570753
ATLANTA, GA 30357

YWCA KALAMAZOO
353 E MICHIGAN
KALAMAZOO, MI 49007

ZACH KLONOSKI, ESQUIRE
CENTER FOR NONPROFIT LAW, PC
590 W 13TH AVENUE
EUGENE, OR 97401

ZAM ZAM WATER
P.O. BOX 5473
RICHMOND, CA 94805

ZAPIER INC
548 MARKET ST 62411
SAN FRANCISCO, CA 94104

ZEALOUS
P.O. BOX 399385
SAN FRANCISCO, CA 94139

ZEPHYRUS ARTS INSTITUTE
3333 SOUTH HARVARD SUITE D
TULSA, OK 74135

ZION GLOBAL MISSIONS INC.
9180 CINCINNATI COLUMBUS ROAD
WEST CHESTER, OH  45069

ZIPCODEAPI
ATTN:  CFO
300 MILL STREET, SUITE 200
MOORESTOWN, NJ  08057

ZIRU FAMILY FOUNDATION
303 TWIN DOLPHIN DR FLOOR 6
REDWOOD CITY, CA  94065

ZOOM COMMUNICATIONS, INC.
55 ALMADEN BLVD., 6TH FLOOR
SAN JOSE, CA  95113

ZSQUARE4THECURE
4505 JUBILEE DRIVE
MCKINNEY, TX  75070

Total: 3635

# United States Bankruptcy Court
## District of Delaware

In re    **Flipcause, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Flipcause, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 19, 2025**

Date

**/s/ Ronald S. Gellert**

**Ronald S. Gellert**

Signature of Attorney or Litigant

Counsel for    **Flipcause, Inc.**

**Gellert Seitz Busenkell & Brown, LLC**

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**(302) 425-5806**
**rgellert@gsbblaw.com**

## CERTIFICATE OF RESOLUTION
## AUTHORIZING PREPARATION FOR FILING OF
## VOLUNTARY PETITION FOR REORGANIZATION
## UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

At a special meeting of the Board of Directors (the "Board of Directors") of Flipcause, Inc., a Delaware corporation (the "Corporation"), duly constituted and held on December 17, 2025, the following resolutions were discussed and thereafter adopted by unanimous consent:

WHEREAS, the Board of Directors of the Corporation has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts, the offer received by the Corporation to acquire the Corporation and its business through a reorganization of the Corporation, options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the President & Chief Executive Officer (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), and to commence the Chapter 11 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 11 of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 11 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Seitz Busenkell and Brown, LLC as general reorganization counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer

is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Seitz Busenkell & Brown, LLC;

RESOLVED, that the Corporation shall employ SC&H Capital as investment banker and advisor to advise the Corporation in carrying outs it duties; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of SC&H Capital;

RESOLVED, that the Corporation shall employ Epiq Corporate Restructuring, LLC as claims and noticing agent to advise the Corporation in carrying outs it duties; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Epiq Corporate Restructuring, LLC;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer determines are necessary in order to conduct the Chapter 11 Case and to operate the business while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 11 Case and to effectuate a reorganization or liquidation of the Corporation as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

RESOLVED, that the Authorized Officer is authorized to (i) obtain debtor in possession financing and enter into any related agreements; and (ii) pursue the sale of the Corporation's assets subject to court approval under section 363 of the Bankruptcy Code.

I, the undersigned, the sole Director of Flipcause, Inc., do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Corporation by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of Flipcause, Inc. this 17th day of December 2025.

By: _____

Name:  Emerson Ravyn

Title:   Director / Chairman