IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FLIPCAUSE, INC.[1] | Case No. 25-12246 (TMH) |
| Debtor. | Re: D.I. 15 |

**NOTICE OF WITHDRAWAL OF CERTIFICATION OF COUNSEL WITH RESPECT TO DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR TO (A) CONTINUE AND MAINTAIN ITS EXISTING CASH MANAGEMENT SYSTEM, (B) CONTINUE AND MAINTAIN ITS EXISTING BANK ACCOUNT, AND (C) USE EXISTING BUSINESS FORMS; AND(II) GRANTING RELATED RELIEF**

**PLEASE TAKE** NOTICE that on December 22, 2025, Flipcause, Inc. (the "Debtor"), by and through undersigned counsel, hereby withdraws the *Certification of Counsel With Respect to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue and Maintain its Existing Cash Management System, (B) Continue and Maintain its Existing Bank Account, and (C) Use Existing Business Forms; and (II) Granting Related Relief* filed with the United States Bankruptcy Court for the District of Delaware on December 22, 2025 [DI 15].

| | |
|---|---|
| Dated: February 28, 2025<br>Wilmington, Delaware | GELLERT SEITZ BUSENKELL & BROWN, LLC<br><br>*/s/ Ronald S. Gellert*<br>Ronald S. Gellert (DE 4259)<br>Margaret M. Manning (DE 4183)<br>Denisse Guevara (DE 7206)<br>1201 North Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-5800<br>Facsimile: (302) 425-5814<br>Email: regellert@gsbblaw.com<br>           mmanning@gsbblaw.com<br>           dguevara@gsbblaw.com<br><br>*Proposed Attorneys for the Debtor and Debtor In-Possession* |

---

[1] The last four digits of the Debtor's federal tax identification number are 0758. The Debtor's address is 101 Broadway, FL 3, Oakland, CA 94607.