IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FLIPCAUSE, INC.[1],<br><br>               Debtor. | Chapter 11<br><br>Case No. 25-12246 (TMH) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITION AND RELATED DOCUMENTS AND (II) _AMENDED_[2] AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR DECEMBER 22, 2025, AT 3:00 PM (ET) BEFORE THE HONORABLE THOMAS M. HORAN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 3rd FLOOR, COURTROOM 7**

<u>**THIS PROCEEDING WILL BE CONDUCTED IN PERSON FOR DELAWARE COUNSEL**</u>

**OUT OF TOWN PARTIES MAY APPEAR REMOTELY**

**Parties may observe or attend the hearing remotely by registering with the link below no later than one hour prior to the hearing.
To attend this hearing remotely, please register using the eCourtAppearances tool (available on the Court's website https://www.deb.uscourts.gov/ecourt-appearances ).**

**After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

      **PLEASE TAKE NOTICE** that on December 19, 2025, the above-captioned debtor and debtor-in-possession (the "<u>Debtor</u>") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

<u>**VOLUNTARY PETITION AND RELATED PLEADING**</u>

1.     Flipcause, Inc. [<u>D.I. 1</u>; Filed December 19, 2025]

---

[1] The last four digits of the Debtor's federal tax identification number are 0758. The Debtor's address is 101 Broadway, FL 3, Oakland, CA 94607.

[2] Amended items appear in **bold.**

2. Declaration of Emerson Rayvn in Support of First Day Motions [D.I. 4; Filed December 19, 2025]

**PLEASE TAKE FURTHER NOTICE** that a hybrid hearing with respect to the following first day motions (collectively, the "First Day Motions"), to the extent set forth below, is scheduled for **December 22, 2025, at 3:00 pm** (prevailing Eastern Time) (the "First Day Hearing") before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

**FIRST DAY MOTIONS GOING FORWARD:**

3. Application of Debtor for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtor, Effective Nunc Pro Tunc to the Petition Date, and (II) Granting Related Relief [D.I. 5; Filed December 19, 2025].

    Related Documents:

    **A.    Certification of Counsel With Respect to Application of Debtor for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtor, Effective Nunc Pro Tunc to the Petition Date, and (II) Granting Related Relief [DI 20; Filed December 22, 2025]**

    Responses Received:  **The Debtor received informal comments from the office of the UST and made changes accordingly**.

    Status:   This matter is going forward.

4. The Debtor's Motion For Entry of Interim and Final Orders (I) Authorizing The Debtor to (A) Pay Certain Employee Compensation and Benefits, and (B) Maintain and Continue Such Benefits and Other Employee-Related Programs and (II) Granting Related Relief [D.I. 6; Filed December 19, 2025].

    Responses Received:  The Debtor received informal comments from the office of the UST and made changes accordingly.

    Status:   This matter is going forward.

5. Debtor's Motion For Entry of Interim and Final Orders Authorizing The Debtor to (I) Maintain, Continue, and Renew Its Property, Liability and Other Insurance Policies and Agreements, Surety Bonds and Letters Of Credit and (II) Honor All Obligations in Respect Thereof [D.I. 7; Filed December 19, 2025].

   Responses Received:  The Debtor received informal comments from the office of the UST and made changes accordingly.

   Status:   This matter is going forward.

6. Debtor's Motion For Entry of an Order (I) Authorizing and Directing the Debtor's Payment Processor Stripe, Inc. (A) to Cease Any Holds on Debtor's Funds, (B) to Fulfill its Payment Processing Obligations Under the Payment Processing Agreement with Debtor, (C) to Comply with the Automatic Stay, and (II) Granting Related Relief [D.I. 8; Filed December 19, 2025].

   Responses Received:  Informal comments from the U.S. Trustee.

   Status:   This matter is going forward.

7. Debtor's Motion for Interim and Final Orders (I) Authorizing, but Not Directing, Payment of Prepetition Sales, Use, Property and Similar Taxes and Fees and (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing [DI 9; Filed December 19, 2025]

   Responses Received:  The Debtor received informal comments from the office of the UST and made changes accordingly.

   Status:   This matter is going forward.

8. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue and Maintain Its Existing Cash Management System, (B) Continue and Maintain Its Existing Bank Account, and (C) Use Existing Business Forms; and (II) Granting Related Relief [D.I. 10; Filed December 19, 2025].

   Related Documents:

   **A. Certification of Counsel With Respect to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue and Maintain Its Existing Cash Management System, (B) Continue and Maintain Its Existing Bank Account, and (C) Use Existing Business Forms; and (II) Granting Related Relief [DI 17; Filed December 22, 2025]**

      <u>Responses Received</u>:  **The Debtor received informal comments from the office of the UST and made changes accordingly**.

      <u>Status</u>:   This matter is going forward.

9. Debtor-In-Possession's Motion for Entry of Interim and Final Orders Authorizing the Debtor-In-Possession to Use Cash Collateral and Granting Related Relief [D.I. 11; Filed December 19, 2025].

      <u>Responses Received</u>:  Informal comments from the U.S. Trustee.

      <u>Status</u>:   This matter is going forward.


Dated: December 22, 2025  
Wilmington, DE

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
Margaret M. Manning (DE 4183)
Denisse Guevara (DE 7206)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: rgellert@gsbblaw.com
       mmanning@gsbblaw.com
       dguevara@gsbblaw.com

*Proposed Attorneys for the Debtor and Debtor-In-Possession*