**CASE NAME:** Flipcause
**CASE NO:** 25-12246

# SIGN-IN SHEET

**COURTROOM LOCATION:** 7
**DATE:** 12/22/2025 at 3:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Aaron Applebaum | DLA Piper | Stripe, Inc. |
| Malcolm Bates | US Trustee | UST |
| Ron Gellert | ~~Gellert~~ Gellert Seitz | Debtor |
| Denise Guerin | " | Debtor |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Flipcause 25-12246
December 22, 2025

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Sophie | Frodsham | Epiq Corporate Restructuring, LLC | Debtor | Video and Audio |
| Michelle | Friedman | Gellert Seitz | Debtor (paralegal) | Video and Audio |
| Michael | Firmage | Firmage Investments LLC | Firmage Investments LLC | Video and Audio |
| Natalie | Rowles | McDermott Will & Schulte | N/A | Audio Only |
| James | McPherson | California Attorney General's Office | People of California | Video and Audio |
| Fred | Wilson | Uplands Consulting LLC | Ready To Empower | Video and Audio |
| Maria | Morales | State of Florida, Office of the Attorney General | Ready to Empower, Inc. | Audio Only |
| William | Countryman | DLA Piper LLP (US) | State of Florida | Audio Only |
| Nicole | McLemore | DLA Piper LLP (US) | Stripe, Inc. | Video and Audio |
| Matthew | Sarna | DLA Piper LLP (US) | Stripe, Inc. | Video and Audio |
| CarylAnn | O&#039;Neill Niven | The Michelle O&#039;Neill Foundation, Inc. | Stripe, Inc. | Video and Audio |
| CarylAnn | Niven | The Michelle ONeill Foundation | The Michelle O&#039;Neill Foundation | Video and Audio |
| Chelsea | Fife | Safety Compass | The Michelle ONeill Foundation | Video and Audio |
| Esther | Garrett | Safety Compass | Unsecured creditor of the Debtor | Audio Only |
| Malcolm | Bates | Office of the United States Trustee | Unsecured Creditor of the Debtor | Video and Audio |
| Maneesha | Birdee | | US Trustee | Video and Audio |
| Stephen | Brower | Brentwood Law Group | | Audio Only |
| Alejandro | Cintron Medina | Florida Office of the Attorney General | | Video and Audio |
| Eisenberg & Baum | Eisenberg & Baum | | | Audio Only |
| Pat | Esposito | | | Audio Only |
| Jonathan | Gertler | | | Audio Only |
| Uday | Gorrepati | | | Video and Audio |
| Doreen | Harr | Pennsylvania Office of Attorney General | | Audio Only |
| Taylor | Harrison | | | Video and Audio |
| Kim | Kasreliovich | CA Attorney General&#039;s Office | | Audio Only |
| Alan | Mackenzie | Grand Avenue Investments LP - Series 14B | | Video and Audio |
| Megan | Nelson | Ohio Attorney General&#039;s Office | | Audio Only |
| Jaidyn | Smith | Brentwood Law Group | | Audio Only |
| Hunter | Thompson | | | Audio Only |