IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FLIPCAUSE, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-12246 (TMH) |

**STRIPE, INC'S WITNESS AND EXHIBIT LIST**
**FOR HEARING ON JANUARY 5, 2026 AT 10:00 A.M. (ET)**

Stripe, Inc. ("Stripe"), by and through its undersigned counsel, hereby files this Witness and Exhibit List regarding the hearing scheduled for Monday, January 5, 2026 at 10:00 a.m. (ET) before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, Courtroom 7, 824 North Market Street, Third Floor, Wilmington, Delaware 19801 (the "Hearing").

**WITNESS LIST**

At the hearing, Stripe intends to call the following witnesses:

1. Gustavo Aponte, Stripe's Risk Operations Manager.[2]

2. Any witness on Flipcause, Inc.'s (the "Debtor") witness list.

3. Any witness called by any other party.

4. Rebuttal witnesses as necessary.

Stripe reserves the right to call any witness necessary to establish the authenticity or admissibility of documents, call any witness identified by any other party, and cross examine any witness called by another party. Stripe reserves the right to supplement or amend this witness list and to identify additional witnesses prior to the Hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 0758. The Debtor's address is 101 Broadway, FL 3, Oakland, CA 94607.

[2] Gustavo Aponte will testify consistent with his declaration (see Exhibits 9 – 14).

## **EXHIBIT LIST**

A list of exhibits on which Stripe may seek to introduce or rely at the Hearing is set forth below.

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Chapter 11 Voluntary Petition, Schedules of Assets and Liabilities, Statement of Financial Affairs [D.I. 1; filed 12/19/2025] | | | | |
| 2. | Declaration of Emerson Ravyn in Support of First Day Motions [D.I. 4; filed 12/19/2025] | | | | |
| 3. | Debtor's Motion for Entry of an Order (I) Authorizing and Directing the Debtor's Payment Processor Stripe, Inc. (A) to Cease and Holds on Debtor's Funds, (B) to Fulfill Its Payment Processing Obligations Under the Payment Processing Agreement with Debtor, (C) to Comply with the Automatic Stay, and (II) Granting Related Relief [D.I. 8; filed 12/19/2025]. | | | | |
| 4. | Stripe Services Agreement [D.I. 8-2; filed 12/19/2025]. | | | | |
| 5. | Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue and Maintain Its Existing Cash Management System, (B) Continue and Maintain Its Existing Bank Account, and (C) Use Existing Business Forms; and (II) Granting Related Relief [D.I. 10; filed 12/19/2025]. | | | | |

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 6. | Debtor-In-Possession's Motion for Entry of Interim and Final Orders Authorizing the Debtor-In-Possession to Use Cash Collateral and Granting Related Relief [D.I. 11; filed 12/19/2025]. | | | | |
| 7. | Debtor's Motion for Entry of (I) an Order (A) Approving Bid Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief; and (II) and Order (A) Authorizing the Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [D.I. 13; filed 12/19/2025]. | | | | |
| 8. | Stripe, Inc.'s Objection to Debtors Motion for Entry of an Order (I) Authorizing and Directing the Debtors Payment Processor Stripe, Inc. (A) to Cease Any Holds on Debtors Funds, (B) to Fulfill Its Payment Processing Obligations Under the Payment Processing Agreement with Debtor, (C) to Comply with the Automatic Stay, and (II) Granting Related Relief [D.I. 26; filed 12/29/2025]. | | | | |

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 9. | Declaration of Gustavo Aponte in Support of Stripe, Inc.'s Objection to Debtors Motion for Entry of an Order (I) Authorizing and Directing the Debtors Payment Processor Stripe, Inc. (A) to Cease Any Holds on Debtors Funds, (B) to Fulfill Its Payment Processing Obligations Under the Payment Processing Agreement with Debtor, (C) to Comply with the Automatic Stay, and (II) Granting Related Relief [D.I. 26-1; filed 12/29/2025]. | | | | |
| 10. | Initial Violation Letter [D.I. 26-1; filed 12/29/2025]. | | | | |
| 11. | Fine Assessment Letter [D.I. 26-1; filed 12/29/2025]. | | | | |
| 12. | November 21 and 24 Correspondence [D.I. 26-1; filed 12/29/2025]. | | | | |
| 13. | December 2 and 3 Correspondence [D.I. 26-1; filed 12/29/2025]. | | | | |
| 14. | December 4 Correspondence [D.I. 26-1; filed 12/29/2025]. | | | | |
| 15. | Order to Cease and Desist. | | | | |

Stripe reserves the right to further supplement or amend this Exhibit List, including to add and/or remove documents prior to the Hearing.

**RESERVATION OF RIGHTS**

Stripe reserves the right to call, refer to, or seek to introduce one or more, or none, of these witnesses or exhibits listed above at the Hearing. Stripe also reserves the right to supplement, add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the Hearing.

| | |
|---|---|
| Dated: December 30, 2025 | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> */s/ Aaron S. Applebaum*<br>Aaron S. Applebaum (DE 5587)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: aaron.applebaum@us.dlapiper.com<br><br>*Counsel to Stripe, Inc.* |

## **CERTIFICATE OF SERVICE**

 I, Aaron S. Applebaum, hereby certify that on this 30th day of December 2025, a true and correct copy of the foregoing Witness and Exhibit List was served via the Court's CM/ECF system upon the parties registered to receive such notifications in this case.

           */s/ Aaron S. Applebaum*
           Aaron S. Applebaum (DE 5587)