IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FLIPCAUSE, INC.[1],<br><br>          Debtor. | Chapter 11<br><br>Case No. 25-12246 (TMH) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITION AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JANUARY 5, 2026, AT 10:00 AM (ET) BEFORE THE HONORABLE THOMAS M. HORAN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 5**

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT AS THERE ARE NO MATTERS GOING FORWARD**

**PLEASE TAKE NOTICE** that on December 19, 2025, the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

## VOLUNTARY PETITION AND RELATED PLEADING

1. Flipcause, Inc. [D.I. 1; Filed December 19, 2025]

2. Declaration of Emerson Rayvn in Support of First Day Motions [D.I. 4; Filed December 19, 2025]

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day motions (collectively, the "First Day Motions"), to the extent set forth below, is rescheduled for **January 15, 2026, at 2:00 pm** (prevailing Eastern Time) (the "First Day Hearing") before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware.

---

[1] The last four digits of the Debtor's federal tax identification number are 0758. The Debtor's address is 101 Broadway, FL 3, Oakland, CA 94607.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

**ADJOURNED MATTERS:**

3. Application of Debtor for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtor, Effective Nunc Pro Tunc to the Petition Date, and (II) Granting Related Relief [D.I. 5; Filed December 19, 2025].

    Related Documents:

    A. Certification of Counsel With Respect to Application of Debtor for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtor, Effective Nunc Pro Tunc to the Petition Date, and (II) Granting Related Relief [D.I. 20; Filed December 22, 2025]

    Responses Received: The Debtor received informal comments from the office of the UST and made changes accordingly.

    Status: This matter is adjourned to January 15, 2026, at 2:00 pm (ET).

4. The Debtor's Motion For Entry of Interim and Final Orders (I) Authorizing The Debtor to (A) Pay Certain Employee Compensation and Benefits, and (B) Maintain and Continue Such Benefits and Other Employee-Related Programs and (II) Granting Related Relief [D.I. 6; Filed December 19, 2025].

    Responses Received: The Debtor received informal comments from the office of the UST and made changes accordingly.

    Status: This matter is adjourned to January 15, 2026, at 2:00 pm (ET).

5. Debtor's Motion For Entry of Interim and Final Orders Authorizing The Debtor to (I) Maintain, Continue, and Renew Its Property, Liability and Other Insurance Policies and Agreements, Surety Bonds and Letters Of Credit and (II) Honor All Obligations in Respect Thereof [D.I. 7; Filed December 19, 2025].

    Responses Received: The Debtor received informal comments from the office of the UST and made changes accordingly.

    Status: This matter is adjourned to January 15, 2026, at 2:00 pm (ET).

6. Debtor's Motion For Entry of an Order (I) Authorizing and Directing the Debtor's Payment Processor Stripe, Inc. (A) to Cease Any Holds on Debtor's Funds, (B) to Fulfill its Payment Processing Obligations Under the Payment Processing Agreement with Debtor, (C) to Comply with the Automatic Stay, and (II) Granting Related Relief [D.I. 8; Filed December 19, 2025].

   Responses Received: Informal comments from the U.S. Trustee.

   i. Stripe, Inc.'s Objection to Debtors Motion for Entry of an Order (I) Authorizing and Directing the Debtors Payment Processor Stripe, Inc. (A) to Cease Any Holds on Debtors Funds, (B) to Fulfill Its Payment Processing Obligations Under the Payment Processing Agreement with Debtor, (C) to Comply with the Automatic Stay, and (II) Granting Related Relief [D.I. 26; Filed December 29, 2025].

   Status: This matter is adjourned to January 15, 2026, at 2:00 pm (ET).

7. Debtor's Motion for Interim and Final Orders (I) Authorizing, but Not Directing, Payment of Prepetition Sales, Use, Property and Similar Taxes and Fees and (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing [D.I. 9; Filed December 19, 2025]

   Related Documents:

   A. Notice of Debtor's Intent to Offer Witness Testimony and Exhibits at the Hearing Scheduled for January 5, 2026 at 10:00 am (ET) [D.I. 31; Filed December 30, 2025].

   Responses Received: The Debtor received informal comments from the office of the UST and made changes accordingly.

   Status: This matter is adjourned to January 15, 2026, at 2:00 pm (ET).

8. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue and Maintain Its Existing Cash Management System, (B) Continue and Maintain Its Existing Bank Account, and (C) Use Existing Business Forms; and (II) Granting Related Relief [D.I. 10; Filed December 19, 2025].

   Related Documents:

   A. Certification of Counsel With Respect to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue and Maintain Its Existing Cash Management System, (B) Continue and Maintain Its Existing Bank Account, and (C) Use Existing Business Forms; and (II) Granting Related Relief [D.I. 17; Filed December 22, 2025]

<blockquote>

<u>Responses Received</u>:  The Debtor received informal comments from the office of the UST and made changes accordingly.

<u>Status</u>:   This matter is adjourned to January 15, 2026, at 2:00 pm (ET).

</blockquote>

9. Debtor-In-Possession's Motion for Entry of Interim and Final Orders Authorizing the Debtor-In-Possession to Use Cash Collateral and Granting Related Relief [D.I. 11; Filed December 19, 2025].

<blockquote>

<u>Related Documents</u>:

<blockquote>

A. Notice of Debtor's Intent to Offer Witness Testimony and Exhibits at the Hearing Scheduled for January 5, 2026 at 10:00 am (ET) [D.I. 31; Filed December 30, 2025].

</blockquote>

<u>Responses Received</u>:  Informal comments from the U.S. Trustee.

<u>Status</u>:   This matter is adjourned to January 15, 2026, at 2:00 pm (ET).

</blockquote>

| | |
|---|---|
| Dated: December 31, 2025<br>Wilmington, DE | GELLERT SEITZ BUSENKELL<br>& BROWN, LLC<br><br>*/s/ Ronald S. Gellert*<br>Ronald S. Gellert (DE 4259)<br>Margaret M. Manning (DE 4183)<br>Denisse Guevara (DE 7206)<br>1201 North Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-5800<br>Facsimile: (302) 425-5814<br>Email: rgellert@gsbblaw.com<br>           mmanning@gsbblaw.com<br>           dguevara@gsbblaw.com<br><br>*Proposed Attorneys for the Debtor and Debtor-In-Possession* |