### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FLIPCAUSE, INC.[1],<br><br>                Debtor. | Chapter 11<br><br>Case No. 25-12246 (TMH) |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L. R. 2002-1(a), the United States Bankruptcy Court for the District of Delaware has scheduled the following hearing date in the above-captioned case:

| **DATE** | **TIME** |
|---|---|
| February 4, 2026 | 2:00 p.m. (ET) |

**Dated: January 8th, 2026**
**Wilmington, Delaware**

*Thomas M. Horan*
**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The last four digits of the Debtor's federal tax identification number are 0758. The Debtor's address is 101 Broadway, FL 3, Oakland, CA 94607.