# SIGN-IN SHEET

**CASE NAME:** Flip Cause
**CASE NO:** 25-12246

**COURTROOM LOCATION:**
**DATE:** 1/15/26   at 2 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Malcolm Bates | US Trustee's Office | UST |
| Ron Gellert | Gellert Seitz | Debtor |
| Denisse Guereca | " | " |
| Eva Miller | Saul Ewing | Critan Crindy Perkins |
| Aaron Applebaum | DLA Piper | Stripe |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Flipcause 25-12246
January 15, 2026

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Jennifer | Alan | AAPA | AAPA | Video and Audio |
| Kim | Kasreliovich | Office of The Attorney General | California Attorney General | Video and Audio |
| Candice | Elder | East Oakland Collective | Case Participant/Creditor | Video and Audio |
| Eve | Feinberg | Chicago Coalition for Family Building | Chicago Coalition for Family Building | Video and Audio |
| Timothy | Mazzocca | Pennsylvania Office of Attorney General | Commonwealth of Pennsylvania | Video and Audio |
| Sophie | Frodsham | Epiq Corporate Restructuring, LLC | Debtor | Audio Only |
| Christopher | Beebe | FamCore Foundation Inc | FamCore Foundation Inc | Video and Audio |
| Emerson | Ravyn | | Flipcause, Inc. | Video and Audio |
| Sean | Wheeler | | Flipcause, Inc. | Video and Audio |
| Nicole | Spencer | Fresh Start Rescue Inc | Fresh Start Rescue Inc | Video and Audio |
| Frank | Oswald | Togut, Segal &Segal LLP | Grand Avenue Advisors LLC | Video and Audio |
| Audra | Leichleiter | KAMO, Inc | KAMO, Inc. | Video and Audio |
| Amanda | Cordano | Ms President US | Ms President US | Video and Audio |
| Veera | Kazak | | Music For Minors II | Video and Audio |
| Carol | Zilli | | Music for MinorsII | Video and Audio |
| Rasheed | Shabazz | | Oakland Voices | Audio Only |
| Doreen | Harr | PA Office of Attorney General | PA Office of Attorney General | Video and Audio |
| Giavanni | Washington | | Restorative Justice for Oakland Youth | Video and Audio |
| Allie | Renar | Sahar Education | Sahar Education | Video and Audio |
| William | Countryman | DLA Piper LLP (US) | Stripe, Inc. | Video and Audio |
| Nicole | McLemore | DLA Piper LLP (US) | Stripe, Inc. | Video and Audio |
| Rebecca | Winthrop | Fulbright & Jaworski L.L.P. | Sweet Relief Musicians Fund | Video and Audio |
| Korey | Dean | | The Man Up Club | Video and Audio |
| Juliet | White | The Torch Foundation | The Torch Foundation | Video and Audio |
| Michael | Battle | Garden of Peace, Inc. | | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Uday | Gorrepati | | | Audio Only |
| Anthony | Greene | Togut, Segal & Segal LLP | | Video and Audio |
| Juyoun | Han | | | Video and Audio |
| Navina | Khanna | | | Video and Audio |
| John | Mills | Mills Business Law | | Video and Audio |
| Stronger Together | Now | | | Audio Only |

Flipcause 25-12246
January 15, 2026

| Frederick | Rosner | The Rosner Law Group LLC | | Video and Audio |
|---|---|---|---|---|
| Vince | Sullivan | Law360 | | Audio Only |
| Jacqueline | Wolfson | | | Video and Audio |
| Jenelle | Wrede | Three Little Pitties Rescue | | Audio Only |