# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Flipcause, Inc.,[1] | Case No. 25-12246 (TMH) |
| Debtor. | Re: Docket No. 52 |

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To:

Jeffrey T. Testa, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 622-4444
JTesta@mccarter.com

  Pursuant to this Court's *Order* entered on January 13, 2026 [D.I. 52] directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints Jeffrey T. Testa to serve as the chapter 11 trustee in this case.

  The chapter 11 trustee bond is initially set at 150% of the current aggregate cash balances held in bank accounts of Flipcause, Inc. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made. Pursuant to 11 U.S.C. § 322, the bond must be filed with the United States Trustee within seven days of the date of your appointment. You are required to notify the Court and the United States Trustee, in writing, within seven days after receipt of this notice of your acceptance of this appointment.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The last four digits of the Debtor's federal tax identification number are 0758. The Debtor's address is 101 Broadway, FL 3, Oakland, CA 94607.

Dated: January 20, 2026

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: */s/ Malcolm M. Bates*
    Malcolm M. Bates
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 N. King Street, Room 2207, Lockbox 35
    Wilmington, DE 19801
    Telephone: (302) 573-6491
    Email:  Malcolm.M.Bates@usdoj.gov