IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Flipcause, Inc.,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 25-12246 (TMH)<br><br>**Re: Docket Nos. 52, 64** |

**UNITED STATES TRUSTEE'S APPLICATION
FOR THE ENTRY OF AN ORDER APPROVING
THE APPOINTMENT OF JEFFREY T. TESTA AS CHAPTER 11 TRUSTEE**

Andrew R. Vara, the United States Trustee for Regions Three and Nine (the "U.S. Trustee"), through his undersigned counsel, hereby applies (this "Application") to this Court pursuant to Rule 2007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for the entry of an order approving the appointment of Jeffrey T. Testa, Esq. as the chapter 11 trustee in the above-captioned case, and in support of this Application respectfully states:

**JURISDICTION AND STANDING**

1. This Court has jurisdiction to hear and determine the Application pursuant to: (i) 28 U.S.C. § 1334; (ii) applicable order(s) of the United States District Court of the District of Delaware issued pursuant to 28 U.S.C. § 157(a); and (iii) 28 U.S.C. § 157(b)(2).

2. Pursuant to 28 U.S.C. § 586, the U.S. Trustee is charged with overseeing the administration of chapter 11 cases filed in this judicial district. The duty is part of the U.S. Trustee's overarching responsibility to enforce the bankruptcy laws as written by Congress and interpreted by the Courts. *See Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the U.S. Trustee as a "watchdog").

---

[1] The last four digits of the Debtor's federal tax identification number are 0758. The Debtor's address is 101 Broadway, FL 3, Oakland, CA 94607.

3. The statutory predicates for the relief sought herein are 11 U.S.C. §§ 105(a) and 1104(d) and Bankruptcy Rule 2007.1.

## BACKGROUND

4. On December 19, 2025 (the "Petition Date"), Flipcause, Inc. ("Flipcause," or the "Debtor") filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code," or "Code"), in the United States Bankruptcy Court for the District of Delaware (this "Court"), thereby commencing the above-captioned chapter 11 case (the "Chapter 11 Case").

5. On January 5, 2026, the California Attorney General (the "AG") filed his *Motion of the California Attorney General, a Real Party in Interest, for Appointment of a Chapter 11 Trustee or in the Alternative, Conversion of the Case to Chapter 7* [D.I. 40] (the "Trustee Motion") seeking appointment of a chapter 11 trustee or conversion of the Chapter 11 Case for cause pursuant to sections 1104(a) and 1112(b) of the Bankruptcy Code.

6. On January 13, 2026, the Debtor and the AG submitted a joint *Certification of Counsel Regarding Motion of California Attorney General for Appointment of Chapter 11 Trustee* [D.I. 51] (the "Trustee Certification"). By and through the Trustee Certification, the Debtor consented to the appointment of a chapter 11 trustee in this case, without "agreeing or consenting" to any of the AG's allegations in the Trustee Motion, and with both parties reserving all rights. *Id.* at ¶¶ 5-6.

7. Also on January 13, the Court entered its *Order Directing Appointment of Chapter 11 Trustee* [D.I. 52] (the "Trustee Order"). The Trustee Order granted the Trustee Motion insofar as it sought the appointment of a chapter 11 trustee and directed the U.S. Trustee to appoint a chapter 11 trustee. *Id.* at ¶ 1.

8.	Pursuant to the Trustee Order, the U.S. Trustee has appointed Jeffrey T. Testa, Esq. (the "Proposed Trustee") as chapter 11 trustee in the Chapter 11 Case. D.I. 64. A copy of the as-filed *Notice of Appointment of Chapter 11 Trustee* is attached hereto as **Exhibit A** and incorporated herein by reference.[2]

9.	Counsel for the U.S. Trustee has consulted with the following parties in interest regarding the appointment: (i) Ronald Gellert (Gellert Seitz Busenkell & Brown, LLC), proposed counsel to the Debtor; (ii) Kim Kasreliovich (Deputy Attorney General), counsel to the AG; and (iii) Frederick B. Rosner (The Rosner Law Group LLC) and Frank A. Oswald (Togut, Segal & Segal), counsel to Grand Avenue Investments LP.

10.	To the best of the U.S. Trustee's knowledge, the Proposed Trustee's connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the verified statement of the Proposed Trustee, which is attached hereto as **Exhibit B** and incorporated herein by reference.

**WHEREFORE**, the U.S. Trustee respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit C**, approving the appointment of Jeffrey T. Testa, Esq. as chapter 11 trustee in the Chapter 11 Case.

[*Remainder of Page Intentionally Left Blank*]

---

[2] For ease of reference, the U.S. Trustee has removed the prior ECF header in Exhibit A.

Dated: January 20, 2026

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: */s/ Malcolm M. Bates*
Malcolm M. Bates
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (302) 573-6491
Email:   Malcolm.M.Bates@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Malcolm M. Bates, hereby certify that on January 20, 2026, I caused to be served a copy of the foregoing Application by electronic service on the registered parties via the Court's CM/ECF system and courtesy copies were served via email on parties in interest.

Dated: January 20, 2026                                */s/ Malcolm M. Bates*
                                                                  Malcolm M. Bates