# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Flipcause, Inc., | Case No. 25-12246 (TMH) |
| Debtor. | Re: Docket No. 66 |

## ORDER APPROVING THE APPOINTMENT OF
## JEFFREY T. TESTA AS CHAPTER 11 TRUSTEE

The Court having considered the *United States Trustee's Application for the Entry of an Order Approving the Appointment of Jeffrey T. Testa as Chapter 11 Trustee* in the above-captioned case, it is hereby **ORDERED** that the appointment is **APPROVED**.

*[signature: Thomas M. Horan]*

**Dated: January 22nd, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**